FILED
CLERK, U.S. DISTRICT COURT

NOVEMBER 12, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ch___ DEPUTY

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091
     Facsimile: (213) 894-2927
     Email:    mack.jenkins@usdoj.gov
               veronica.dragalin@usdoj.gov
               melissa.mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-326(A)-JFW |
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF MACK E. JENKINS |
| v. | |
| JOSE HUIZAR, et al., | **(UNDER SEAL)** |
| Defendants. | |

The government hereby applies ex parte for an order that the indictment and any related documents in the above-titled case (except the arrest warrants for the charged defendants) be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

//

//

//

//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Mack E. Jenkins.

Dated: November 12, 2020    Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s/ Mack E. Jenkins
MACK E. JENKINS
VERONICA DRAGALIN
MELISSA MILLS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF MACK E. JENKINS**

I, MACK E. JENKINS, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. Jose Huizar et al. (20-326(A)-JFW), the indictment in which is being presented to a federal grand jury in the Central District of California on November 12, 2020.

2. Two of the defendants (Raymond She Wah Chan and Dae Yong Lee) charged in the above-captioned indictment have not been taken into custody on the charges contained in the indictment and have not been informed that they were named as defendants in the indictment presented to the grand jury on November 12, 2020. Although both defendants are aware of the investigation and their status as targets, the likelihood a defendant may seek to manipulate evidence, tamper with witnesses, or flee may increase if they learn they have now been formally named in indictment before we have negotiated plans for their arrest on the indictment.

3. Accordingly, the government requests that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until such time as the government files a "Report Commencing Criminal Action" in this matter.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 12, 2020.

_____
MACK E. JENKINS

1