NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091
     Facsimile: (213) 894-2927
     Email:    mack.jenkins@usdoj.gov
               veronica.dragalin@usdoj.gov
               melissa.mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
11/24/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: jb  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION TO MODIFY ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; DECLARATION OF MACK E. JENKINS |
| v. | |
| JOSE HUIZAR, et al., | **(UNDER SEAL)** |
| Defendants. | |

The government hereby applies ex parte for an order to modify an existing order to seal the indictment and related documents in the above-titled case, issued by the Honorable Paul L. Abrams, United States Magistrate Judge, on November 12, 2020.

//
//
//
//
//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of Mack E. Jenkins.

Dated: November 24, 2020  Respectfully submitted,

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

/s/ Mack E. Jenkins
MACK E. JENKINS
VERONICA DRAGALIN
MELISSA MILLS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF MACK E. JENKINS**

I, MACK E. JENKINS, declare as follows:

1. I am an Assistant United States Attorney ("AUSA") in the United States Attorney's Office for the Central District of California. I am one of the AUSAs who represent the government in the prosecution of United States v. Jose Huizar, et al., 20-CR-326(A)-JFW, the indictment in which was presented to a federal grand jury in the Central District of California on November 12, 2020. On November 12, 2020, the grand jury returned the indictment, which was filed and remains under seal.

2. Three of the individual defendants (Raymond She Wah Chan, Wei Huang, and Dae Yong Lee) charged in the above-captioned indictment have not been taken into custody on the charges contained in the indictment and have not been informed that they were named as defendants in the indictment presented to the grand jury on November 12, 2020. Although these defendants are aware of the investigation and their status as targets, the likelihood a defendant may seek to manipulate evidence, tamper with witnesses, or flee may increase if they learn they have now been formally named in an indictment before we have negotiated plans for their arrest on the indictment.

3. Accordingly, the government previously requested that the indictment and sealed documents in this case (except the arrest warrants) be sealed and remain so until such time as the government files a "Report Commencing Criminal Action" in this matter. The Report Commencing Criminal Action typically is filed as soon as a defendant is arrested on the indictment.

4. On November 12, 2020, pursuant to the government's request, the Honorable Paul L. Abrams, United States Magistrate Judge, issued

an order that the indictment and any related documents (except the arrest warrants), the government's sealing application, and the sealing order be kept under seal until the government files a "Report Commencing Criminal Action" in this matter.

5. Given the ongoing and increasing risks of the COVID-19 pandemic in the Central District of California, and in an effort to minimize person-to-person interactions, the government intends to alert counsel for the charged defendants of the charges in the superseding indictment to negotiate self-surrender of defendants Chan and Lee[1] to the FBI at the Roybal Federal Courthouse, rather than executing arrest warrants at the defendants' homes or places of work, if possible.[2]

6. To that end, the government requests to modify the original sealing order entered in this case on November 12, 2020, to permit the government to unseal the indictment and any related documents at the time it successfully notifies counsel for defendant Chan or Lee of the indictment, which it presently intends to do on November 30, 2020. The government shall then promptly notify the Clerk's office of its request to unseal upon this notification to defense counsel.

//
//
//
//
//

---

[1] Huang is a Chinese national who we believe currently resides in China.

[2] If notification to counsel is unsuccessful, agents will seek to execute the arrest warrants as originally planned and the unsealing should occur upon filing of the Report Commencing Criminal Action.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on November 24, 2020.

_____
MACK E. JENKINS