Case 2:20-cr-00326-JFW Document 92 Filed 11/24/20 Page 1 of 2 Page ID #:1184

FILED
CLERK, U.S. DISTRICT COURT
11/24/20
CENTRAL DISTRICT OF CALIFORNIA
BY: jm DEPUTY

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No.242101)
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorney
Public Corruption and Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091
    Facsimile: (213) 894-2927
    Email:    mack.jenkins@usdoj.gov
              veronica.dragalin@usdoj.gov
              melissa.mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER MODIFYING ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | |
| JOSE HUIZAR, et al., | **(UNDER SEAL)** |
| Defendants. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and any related documents in the above-titled case (except the arrest warrants), the government's previous and current sealing application, the prior sealing order, and this order shall be kept under seal until the government notifies the Clerk's office that the

//
//
//

indictment and related documents in the above-titled case may be unsealed upon successful notification to defense counsel of the charges contained in the indictment or upon the filing of a Report Commencing Criminal Action, whichever occurs first.

____11/24/20_____          _____
DATE                                HONORABLE MARIA A. AUDERO
                                    UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. This sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                HONORABLE MARIA A. AUDERO
                                    UNITED STATES MAGISTRATE JUDGE

Prepared by:

_/s/ Mack Jenkins_____
MACK E. JENKINS
Assistant United States Attorney

2