NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Veronica.Dragalin@usdoj.gov
                Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING DOCUMENT; DECLARATION OF VERONICA DRAGALIN |
| v. | |
| JOSE HUIZAR, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Melissa Mills hereby applies ex parte for an order that the government's Notice Disclosing Individuals and Entities Named in the First Superseding Indictment be filed under seal.

//

1    This ex parte application is based upon the attached declaration
2 of Veronica Dragalin, the files and records in this case, and such
3 further evidence and argument as the Court may permit.

4  Dated: December 2, 2020           Respectfully submitted,

5                                    NICOLA T. HANNA
                                     United States Attorney
6
                                     BRANDON D. FOX
7                                    Assistant United States Attorney
                                     Chief, Criminal Division
8

9                                    _____
                                     MACK E. JENKINS
10                                   VERONICA DRAGALIN
                                     MELISSA MILLS
11                                   Assistant United States Attorneys

12                                   Attorneys for Applicant
                                     UNITED STATES OF AMERICA

**DECLARATION OF VERONICA DRAGALIN**

I, Veronica Dragalin, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am the attorney representing the government in this case.

2. The government requests leave to file the government's Notice Disclosing Individuals and Entities Named in the First Superseding Indictment ("Notice") under seal.

3. At a hearing on August 5, 2020, the Court requested the names of the individuals and entities named and masked in the indictment, and authorized the filing of such a disclosure under seal and in camera. Pursuant to the Court's order at the hearing, the government requested leave to file the Notice under seal rather than in camera, in order to provide a service copy to counsel for defendant JOSE HUIZAR.

4. On November 12, 2020, the government filed a First Superseding Indictment in the case, which included additional masked individuals and entities. For the reasons stated on the record at the August 5, 2020 hearing, the government respectfully requests that the Notice be filed under seal.

5. On December 1, 2020, I informed defendant JOSE HUIZAR's counsel, Carel Ale and Charles Snyder, Deputy Federal Public Defenders, that the government would be filing the Notice under seal. Defendant's counsel informed me that they do not oppose the application.

//
//
//

6. Should the Court deny this application, the government requests that the Notice not be filed, but be returned to the government, without filing of the document on the clerk's public docket.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 2, 2020.

_____
VERONICA DRAGALIN