# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:20-CR-00326-JFW          Recorder: Maria Bustillos          Date: 12/01/2020

Present: The Honorable Karen L. Stevenson, U.S. Magistrate Judge

Court Clerk: Donnamarie Luengo                    Assistant U.S. Attorney: Veronica Dragalin

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2) RAYMOND SHE WAH CHAN<br>    BOND-PRESENT | 2) HARLAND BRAUN<br>    RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the First Superseding Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the First Superseding Indictment.

This case was previously assigned to the calendar of District Judge John F. Walter.
It is ordered that the following date(s) and time(s) are set:
    Trial Setting Conference 12/04/2020 at 8:00 AM by ZOOM.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

    The government shall turn over all discovery to defense counsel.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 02
Initials of Deputy Clerk: DL by TRB