Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.



FILED
CLERK, U.S. DISTRICT COURT
12/1/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DD  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>CR20-326(A)-JFW |
|---|---|
| RAYMOND SHE WAH CHAN<br>USMS# ____<br>DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/01/2020 at 9:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the N/A District of N/A on N/A at N/A ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 1962, 1346, 666, 1001

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: ____

7. Year of Birth: 1956

8. Defendant has retained counsel: ☐ No
   ☒ Yes  Name: Harland Braun  Phone Number: 310-277-4777

9. Name of Pretrial Services Officer notified: Intake Email

10. Remarks (if any): N/A

11. Name: SA Andrew Civetti  (please print)

12. Office Phone Number: 310-294-0386

13. Agency: FBI

14. Signature: [signature]

15. Date: 12/01/2020

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION