*United States Probation & Pretrial Services*

United States District Court
Central District of California

FILED
2020 DEC -2 AM 9: 56
CLERK U.S. DISTRICT
CENTRAL DIST. OF CA
LOS ANGELES
BY: ___

Kiry K. Gray
District Court Executive / Clerk of Court



Michelle A. Carey
Chief Probation & Pretrial Services Officer

PACTS No: 728163

**Passport Receipt**

Defendant Name: Raymond She Wah Chan

Name on passport, if different:

Country of Origin: USA

Date passport issued: 7-Feb-2013

Expiration date of passport: 6-Feb-2023

Ordered by court in the Central District of California or Southern District of California

Docket Number: 2:20-CR-00326-JFW-2

_____
Surrendered By: Jeremy Chan          Date: 12/1/2020

_____
Received By: Joel Hanshu             Date: 12/1/2020

_____
Returned To                          Date

_____
Returned By                          Date

Purpose Returned
Address (if mailed)