UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                        Dated: December 4, 2020

====================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
|  |  | Melissa E. Mills |
|  | Interpreter: None | Asst. U.S. Attorney present |

====================================================================
U.S.A. vs (Dfts listed below)                           Attorneys for Defendants

2.   Raymond She Wah Chan                          2.   Harland Braun
     present on bond                                         present  retained

_____

**PROCEEDINGS (ZOOM): TRIAL SETTING CONFERENCE**

Case called, and counsel make their appearance.

Trial Setting Conference held as to defendant Raymond She Wah Chan.


CC: USPO/PSA

Initials of Deputy Clerk   sr
1/50