# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　PLAINTIFF,<br>v.<br>RAYMOND SHE WAH CHAN,<br>　　　　　　　　　DEFENDANT(S) | CASE NUMBER:<br>CR20-326(A)-JFW　　　2<br><br>**WARRANT FOR ARREST** |

To:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **RAYMOND SHE WAH CHAN** and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with RICO Conspiracy, in violation of Title 18, United States Code, Section 1962(d), Wire Fraud through Deprivation of Honest Services, in violation of Title 18, United States Code, Sections 1343 and 1346, Federal Program Bribery, in violation of Title 18, United States Code, Section 666(a), and False Statements, in violation of Title 18, United States Code, Section 1001(a)(2).



| | |
|---|---|
| Kiry K. Gray<br>NAME OF ISSUING OFFICER<br><br>Clerk of Court<br>TITLE OF ISSUING OFFICER<br><br>Dion D. Mitchell<br>SIGNATURE OF DEPUTY CLERK | November 12, 2020    Los Angeles, CA<br>DATE AND LOCATION OF ISSUANCE<br><br>By:  PAUL L. ABRAMS<br>　　　NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| | |
|---|---|
| 11/12/2020<br>DATE RECEIVED<br><br>12/01/2020<br>DATE OF ARREST | Andrew R. Cretti<br>NAME OF ARRESTING OFFICER<br><br>Special Agent, FBI<br>TITLE<br><br>[signature]<br>SIGNATURE OF ARRESTING OFFICER |

**DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF, | CASE NUMBER: CR20-326(A)-JFW  2 |
|---|---|
| v. RAYMOND SHE WAH CHAN, DEFENDANT(S) | **WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: | |
|---|---|---|---|---|---|---|---|
| YEAR OF BIRTH: **1956** | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | | AUTO LICENSE NO.: | ISSUING STATE |

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME: **FBI** | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES: