Ariel A. Neuman - State Bar No. 241594
    aneuman@birdmarella.com
James S. Threatt - State Bar No. 325317
    jthreatt@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA,, | CASE NO. 20-CR-0326-JFW |
|---|---|
| Plaintiff, | **DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S JOINDER IN DEFENDANT JOSE HUIZAR'S MOTION TO COMPEL DISCOVERY** |
| vs. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendant. | Assigned to Hon. John F. Walter |

3702924.1

DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S JOINDER IN DEFENDANT JOSE HUIZAR'S
MOTION TO COMPEL DISCOVERY

Defendants Dae Yong Lee and 940 Hill, LLC, by and through their undersigned counsel, join in Defendant Jose Huizar's Motion to Compel Discovery (Dkt. No. 160).

Mr. Lee and 940 Hill agree with the arguments made in the Motion, and the same arguments apply to Mr. Lee and 940 Hill with equal force. Mr. Lee and 940 Hill adopt the legal positions and bases set forth in the Motion as if fully set forth herein.

DATED: February 24, 2021

Ariel A. Neuman
James S. Threatt
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: /s/ *Ariel A. Neuman*
Ariel A. Neuman
Attorneys for Defendants 940 Hill, LLC and Dae Yong Lee