UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 20-326(A)-JFW**                                         Dated: May 10, 2021

========================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Melissa E. Mills |
| | Annie Eunhee Lee | Asst. U.S. Attorney |
| | Julie Kim Wagner | present |
| | Korean interpreters | |

========================================================================

U.S.A. vs (Dfts listed below) - Present/Bond         Attorneys for Defendants - Present

1. Jose Luis Huizar                                  1) Carel Ale, DFPD/Charles James Snyder, DFPD
2. Raymond She Wah Chan                              2. Harland W Braun, Retained
4. Shen Zhen New World I, LLC                        4. Richard M. Steingard, Retained
5. Dae Yong Lee                                      5. Ariel A Neuman, Retained
6. 940 Hill, LLC                                     6. Ariel A Neuman, Retained

_____

**PROCEEDINGS:**   **STATUS CONFERENCE**

**FURTHER HEARING ON STIPULATION REGARDING REQUEST FOR (1) SETTING TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT**

Case called and counsel make their appearance.

Court and counsel discuss the Stipulation to Continue Trial Date and status of the case.

The Court grants the joint request to continue pretrial and trial dates.  Counsel shall file a Stipulation and proposed Order Regarding Request for (1) Setting Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act in accordance with the dates discussed at the hearing.


CC: USPO/ PSA;  USM

Initials of Deputy Clerk  _sr_