TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-6436
     E-mail:   Mack.Jenkins@usdoj.gov
               Veronica.Dragalin@usdoj.gov
               Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW-1,2,4,5,6 |
|---|---|
| Plaintiff, | REVISED JOINT STATUS REPORT REGARDING REQUEST FOR SETTING TRIAL AND RELATED DATES |
| v. | |
| JOSE LUIS HUIZAR, et al., | **CURRENT TRIAL DATE:** Vacated |
| Defendants. | **PROPOSED TRIAL DATE:** 05/24/2022 |

Pursuant to the Court's May 10, 2021 Order, plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, Melissa Mills, and defendants JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL, LLC (collectively, "defendants"), both individually and by and through

their respective counsel of record, hereby file the attached Revised Joint Status Report.

Dated: May 11, 2021              Respectfully submitted,

                                 TRACY L. WILKISON
                                 Acting United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division

                                 _____
                                 MACK E. JENKINS
                                 VERONICA DRAGALIN
                                 MELISSA MILLS
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

Dated: May 11, 2021               /s/ via e-mail authorization
                                 _____
                                 CAREL ALE
                                 CHARLES SNYDER
                                 Attorneys for Defendant
                                 JOSE LUIS HIUZAR

Dated: May 12, 2021               /s/ via e-mail authorization
                                 _____
                                 HARLAND W. BRAUN
                                 Attorneys for Defendant
                                 RAYMOND CHAN

Dated: May 11, 2021               /s/ via e-mail authorization
                                 _____
                                 RICHARD M. STEINGARD
                                 Attorneys for Defendant
                                 SHEN ZHEN NEW WORLD I, LLC

Dated: May 11, 2021               /s/ via e-mail authorization
                                 _____
                                 ARIEL A. NEUMAN
                                 Attorneys for Defendants
                                 DAE YONG LEE and 940 HILL, LLC

**JOINT STATUS REPORT**

1. On May 10, 2021, this Court held a status conference regarding the trial and related dates. The Court considered the parties' jointly requested May 24, 2022 trial date and additional agreed-upon pre-trial dates, as well as four disputed dates, as set forth in the Joint Status Report filed on May 5, 2021 (CR 182). The Court ordered the parties to file a revised status report and proposed order pursuant to the Court's rulings at the hearing, with the following revised dates (Court hearings appear in **bold**):

| Event | Date |
|---|---|
| Pretrial Motions (Severance) | 08/09/2021 |
| Oppositions | 09/07/2021 |
| Replies | 09/27/2021 |
| **Hearing re: Motions to Sever** | **10/15/2021 at 8:00 a.m.** |
| Pretrial Motions (Dismiss) | 09/07/2021 |
| Oppositions | 10/04/2021 |
| Replies | 10/25/2021 |
| **Hearing re: Motions to Dismiss** | **11/15/2021 at 8:00 a.m.** |
| Suppression Motions | 11/01/2021 |
| Oppositions | 12/06/2021 |
| Replies | 01/03/2022 |
| **Hearing re: Suppression Mtns** | **01/31/2022 at 8:00 a.m.** |
| Govt Experts | 12/15/2021 |
| Defense Experts | 01/15/2022 |
| Govt 404(b) | 02/01/2022 |
| Govt Witness List | 02/15/2022 |
| Govt Exhibit List | 02/15/2022 |
| Exchange Joint MIL Mtns | 02/14/2022 |
| Exchange Joint MIL Opps | 03/07/2022 |
| Joint MILs (filing) | 03/09/2022 |
| **Hearing re: MIL** | **03/28/2022 at 8:00 a.m.** |
| Brady/Giglio | 03/25/2022 |
| Govt Jencks Statements | 03/25/2022 |
| Govt Charts & Summaries | 04/22/2022 |
| Final Transcripts & Translations | 04/22/2022 |
| **Pretrial Conference** | **05/13/2022 at 11:00 a.m.** |
| Def Jencks Statements | 05/16/2022 |
| Def Charts & Summaries | 05/16/2022 |

| Event | Date |
|---|---|
| Defense Witness List | 05/16/2022 |
| Defense Exhibit List | 05/16/2022 |
| **TRIAL** | **05/24/2022 at 8:30 a.m.** |