UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES</u>

Case No.    **CR 20-326(A)-JFW**                                    Dated: July 12, 2021

================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Veronica Dragalin |
| | | Melissa E. Mills |
| | | Asst. U.S. Attorney |
| | | **Not Present** |

================================================================

U.S.A. vs (Dfts listed below) - **Not Present**       Attorneys for Defendants - **Not Present**

1. Jose Luis Huizar                                     1. Carel Alé, DFPD; Charles James Snyder, DFPD
2. Raymond She Wah Chan                                 2. Harland W Braun, Retained
4. Shen Zhen New World I, LLC                           4. Richard M. Steingard, Retained
5. Dae Yong Lee                                         5. Ariel A Neuman, Retained
6. 940 Hill, LLC                                        6. Ariel A Neuman, Retained

_____

**PROCEEDINGS (IN CHAMBERS):   ORDER REQUIRING SUPPLEMENTAL BRIEFING RE:
                                RULE 17(c) SUBPOENAS AND "GAG" ORDER**

        The Court has denied Defendant Shen Zen New World I, LLC's *Ex Parte* Application for Issuance of Early-Return Subpoenas *Duces Tecum* without prejudice (filed in camera and under seal).  In connection with the Court's review of the *Ex Parte* Application, the Court found Defendant's briefing inadequate as to the request for the issuance of a "gag" order on a third party recipient of a Rule 17(c) subpoena.  If Defendant files a revised *Ex Parte* Application and continues to request a "gag" order, Defendant shall provide notice to the Government of its request when it files the revised *Ex Parte* Application.  Within five days of notifying the Government of its request, the parties shall meet and confer and prepare a joint statement, setting forth their positions on this limited legal issue with citations to relevant authority.  The joint statement shall be filed within five days of the parties' conference.

        IT IS SO ORDERED.