Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:  (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC
[And on Behalf of All Defendants]

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-20-326(A)-JFW |
| Plaintiff, | **DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR DEFENDANTS' MOTION FOR RECONSIDERATION OF DATE FOR GOVERNMENT'S DISCLOSURE OF EXHIBIT LIST; DECLARATION OF RICHARD M. STEINGARD** |
| v. | |
| JOSE LUIS HUIZAR, ET AL., | |
| Defendants. | |

The defendants hereby apply *ex parte* for an order shortening time to hear the Defendants' Motion for Reconsideration of Date for Government's Disclosure of Exhibit List.

///
///
///

1

The grounds for this *ex parte* application are set forth in the attached declaration of counsel.

DATED: August 16, 2021             Respectfully submitted,

                                   LAW OFFICES OF RICHARD M. STEINGARD


                                   */s/ Richard M. Steingard*
                                   RICHARD M. STEINGARD
                                   Attorney for Defendant
                                   SHEN ZHEN NEW WORLD I, LLC

                                   [And on Behalf of All Defendants]

## DECLARATION OF RICHARD M. STEINGARD

I, Richard M. Steingard, state and declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Honorable Court. My firm represents Shen Zhen New World I, LLC in the above-captioned matter.

2. At a hearing on May 10, 2021, the Court considered when the government should disclose its trial exhibits. The Court ultimately set the date as February 15, 2022, but in doing so, proposed that the government meet with defense counsel and informally disclose its trial exhibits. The government agreed to do so. The Court invited counsel to return to court if there were issues with the discovery process.

3. Since that date, the government has declined to meet with defense counsel and, instead, is producing its trial exhibits at an unreasonably slow rate. After a three month wait, the government recently provided a list of exhibits for 4 of its 40 non-RICO counts (10 percent), and 75 of the 452 overt acts (approximately 16 percent). The government has advised it will not provide another partial list for three more months, to be followed by a two-month gap before a final production.

4. The defense seeks reconsideration of the government's disclosure date. The defense believes this matter should come before the court as soon as possible and asks for an order shortening time to allow for an expedited hearing schedule on this issue.

5. On August 13, 2022, I emailed the prosecutors assigned to this case to ask for their position on this *ex parte* application. That same date, the government asked for clarification on a briefing schedule and hearing date. I responded that I believed the court would set briefing and hearing dates, invited government counsel to call me over the weekend to discuss the matter, advised that I would be filing this application and the underlying motion on August 16, 2021, and requested that the government advise of its position on or before that date. On August 15, 2021, the government responded that it "object[s] to an application to

shorten time for a hearing on a motion to reconsider as unnecessary." A copy of the email correspondence is attached as Exhibit A to this application.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of August, 2021, at Los Angeles, California.

_____
Richard M. Steingard