# Exhibit B

**Richard Steingard**

| | |
|---|---|
| **From:** | Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov> |
| **Sent:** | Monday, August 16, 2021 1:34 PM |
| **To:** | Richard Steingard; Dragalin, Veronica (USACAC); 'Carel Ale'; 'Charles Snyder'; 'Harland Braun'; 'Adam Olin'; 'Ariel A. Neuman'; 'Ray S. Seilie' |
| **Cc:** | Mills, Melissa (USACAC) 2 |
| **Subject:** | RE: U.S. v. Huizar, et al. - Draft Exhibits Project |

Hi Richard: Thanks for the follow up. Please note in your application that we object to an application to shorten time for a hearing on a motion to reconsider as unnecessary.

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Friday, August 13, 2021 10:09 PM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>; 'Carel Ale' <Carel_Ale@fd.org>; 'Charles Snyder' <Charles_Snyder@fd.org>; 'Harland Braun' <harland@braunlaw.com>; 'Adam Olin' <Adam_Olin@fd.org>; 'Ariel A. Neuman' <aneuman@birdmarella.com>; 'Ray S. Seilie' <rseilie@birdmarella.com>
**Cc:** Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>
**Subject:** RE: U.S. v. Huizar, et al. - Draft Exhibits Project

I didn't intend on requesting a briefing schedule or hearing date. I expect the court will do so. If you want to call over the weekend to discuss, you can reach me on my cell, 213-880-4792. Alternatively, you can email me your position on the ex parte to shorten time. My plan is to file on Mon.

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450
E-mail: Richard@SteingardLaw.com
www.steingardlaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Friday, August 13, 2021 4:16 PM

1

**To:** Richard Steingard <richard@steingardlaw.com>; Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>; 'Carel Ale' <Carel_Ale@fd.org>; 'Charles Snyder' <Charles_Snyder@fd.org>; 'Harland Braun' <harland@braunlaw.com>; 'Adam Olin' <Adam_Olin@fd.org>; 'Ariel A. Neuman' <aneuman@birdmarella.com>; 'Ray S. Seilie' <rseilie@birdmarella.com>
**Cc:** Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>
**Subject:** RE: U.S. v. Huizar, et al. - Draft Exhibits Project

Hi Richard: Your request is not clear to us. Please advise your proposed briefing and hearing schedule for your motion to reconsider so we can respond to your inquiry.

---

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Friday, August 13, 2021 3:23 PM
**To:** Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>; 'Carel Ale' <Carel_Ale@fd.org>; 'Charles Snyder' <Charles_Snyder@fd.org>; 'Harland Braun' <harland@braunlaw.com>; 'Adam Olin' <Adam_Olin@fd.org>; 'Ariel A. Neuman' <aneuman@birdmarella.com>; 'Ray S. Seilie' <rseilie@birdmarella.com>
**Cc:** Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Subject:** RE: U.S. v. Huizar, et al. - Draft Exhibits Project

Veronica—
Defense counsel are preparing to file a motion to seek reconsideration of the 2/15/22 disclosure date for the government's list of trial exhibits. The government's 8/2/21 disclosure of exhibits includes just 4 of the 40 non-RICO counts and 75 of the 452 RICO overt acts, equating to 10 and 16 percent, respectively. Under the government's schedule, we are expected to wait another 3 months before we get another partial list. We do not believe this is in accordance with the Court's proposal that we meet with the government so that you would informally disclose your trial exhibits.

We think it best to get this issue before the Court as soon as possible. We are filing an ex parte application to shorten time so that we can expedite a resolution of this matter—would you pls advise of the government's position on this application.
Thank you.
Richard

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450
E-mail: Richard@SteingardLaw.com
www.steingardlaw.com


The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to,

third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

---

**From:** Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Sent:** Monday, August 2, 2021 6:00 PM
**To:** Richard Steingard <richard@steingardlaw.com>; 'Carel Ale' <Carel_Ale@fd.org>; 'Charles Snyder' <Charles_Snyder@fd.org>; 'Harland Braun' <harland@braunlaw.com>; 'Ariel A. Neuman' <aneuman@birdmarella.com>; 'Ray S. Seilie' <rseilie@birdmarella.com>
**Cc:** Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Subject:** U.S. v. Huizar, et al. - Draft Exhibits Project

Hi All,

Per the below email and subject to the terms outlined therein, attached please find the first of the rolling production of the Draft Exhibits Project. The attached index contains a list of 471 documents, providing the Bates number, file name, and production volume. The index lists the corresponding Overt Act Number, and, where applicable, the substantive Count Number for the document. We are providing this index in Excel form, which will allow you to sort it and filter it by Overt Act Number and Count Number. The index is a work in progress, as explained below.

Regards,

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
1500 United States Courthouse | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov

---

**From:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Sent:** Wednesday, July 7, 2021 4:50 PM
**To:** Richard Steingard <richard@steingardlaw.com>; 'Carel Ale' <Carel_Ale@fd.org>; 'Charles Snyder' <Charles_Snyder@fd.org>; 'Harland Braun' <harland@braunlaw.com>; 'Ariel A. Neuman' <aneuman@birdmarella.com>; 'Ray S. Seilie' <rseilie@birdmarella.com>
**Cc:** Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>; Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>
**Subject:** RE: Correspondence from Richard Steingard

Hi Richard:

We have taken into account the defense position and request for a rolling production of the Draft Exhibits Project, and we have evaluated internally the various requirements that imposes on us and our support staff. As a result, we have revised our plan for the project to accommodate your various requests (in a way that should not be resource or time prohibitive for us).

First, we will endeavor to produce information on a rolling basis with three productions in advance of the Court deadline on approximately August 2, 2021, November 1, 2021, and January 10, 2022.

Second, pursuant to your request for an index with Bates numbers to allow you to integrate the information into your respective discovery databases, the first three rolling productions will consist of an index sorted by the appliable Overt Act No. and/or Introductory Allegation Paragraph No. and/or Count No., with the corresponding Bates numbers, Source Path, and File Name of the applicable draft "exhibits." Please note that unlike the plan we previously proposed (wherein we offered to produce a new set of the draft exhibits closer to the Court-ordered deadline, which is significantly resource intensive for the government), these rolling productions will not include copies of draft exhibits, but rather will contain the necessary data to allow defense team members to efficiently compile their own draft exhibit sets from information already produced by the government.

<u>Third</u>, on or before the Court deadline of February 15, 2022, we will produce a more traditional draft exhibit list with corresponding Bates numbers or copies of draft exhibits to the extent not already produced (e.g., a summary chart, an excerpt of relevant text messages).

8/2/2021 – Rolling Production Index 1

11/1/2021 – Rolling Production Index 2

1/10/2021 – Rolling Production Index 3

2/15/2022 – Draft Govt Exhibit List and copies of draft exhibits to the extent not already produced

Because these rolling productions will represent the government's evolving work product as it prepares its own case for trial, the government's selection of items as draft exhibits may change over the time in advance of the Court-ordered production. Thus, each rolling production will reflect our best judgment as to the exhibits at that time, which, given it will be so far in advance of trial, likely will be different from the final draft exhibit list. (Moreover, as the Court stated and the defense has agreed, the final draft exhibit list will itself not be used to preclude the government from further changes that may be necessary after the 2/15/22 date).

As we mentioned on the call, our offer to share this work product with the defense goes well beyond the government's discovery obligations, beyond the Court's order, and is extraordinarily rare. Nevertheless, in the spirit of cooperation and in the interest of ensuring a smooth and efficient trial beginning on May 24, we agree to take these additional steps to aid in your preparation for trial. (Note: we intend to object to any further trial continuances, absent extraordinary cause.) We trust that the additional assistance we are volunteering will be sufficient to permit the capable, experienced, and well-resourced defense counsel on this case to competently perform their duties in representing their clients without further aid from the government. Please also note that our agreement, in this unique and significant case, to provide organizational labor far above and beyond what our legal obligations require should not be construed as precedent for any other case. Finally, this offering by us also should not be read to waive any applicable other work product or available privileges.

---

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Tuesday, July 6, 2021 11:30 AM
**To:** Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>; 'Carel Ale' <Carel_Ale@fd.org>; 'Charles Snyder' <Charles_Snyder@fd.org>; 'Harland Braun' <harland@braunlaw.com>; 'Ariel A. Neuman' <aneuman@birdmarella.com>; 'Ray S. Seilie' <rseilie@birdmarella.com>
**Cc:** Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Subject:** RE: Correspondence from Richard Steingard

Mack, et al—
Hope you had a great holiday. I am following up on our all-counsel phone conference almost two weeks ago. At that time, I asked that you reconsider two matters: (1) whether you would provide a non-binding timetable for the government's work on the Preliminary Exhibit Project beyond telling us it would be done prior to February 2022, and (2) whether you would provide the information gathered from that project to us on a rolling basis.
Can you please advise us of your decision on these two items.
Thank you.
Richard

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050

Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450
E-mail: Richard@SteingardLaw.com
www.steingardlaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

**From:** Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Sent:** Monday, June 21, 2021 6:09 PM
**To:** Richard Steingard <richard@steingardlaw.com>; 'Carel Ale' <Carel_Ale@fd.org>; 'Charles Snyder' <Charles_Snyder@fd.org>; 'Harland Braun' <harland@braunlaw.com>; 'Ariel A. Neuman' <aneuman@birdmarella.com>; 'Ray S. Seilie' <rseilie@birdmarella.com>
**Cc:** Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Subject:** RE: Correspondence from Richard Steingard

Richard,

Thursday at 3 pm works for everyone on our side. To make the call most productive, please let us know what issues you believe are outstanding that we did not already address in our letter. That way, we can discuss internally in advance and be prepared to address your concerns on the call.

Regards,

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
1500 United States Courthouse | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov

**From:** Richard Steingard <richard@steingardlaw.com>
**Sent:** Monday, June 21, 2021 5:40 PM
**To:** Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>; 'Carel Ale' <Carel_Ale@fd.org>; 'Charles Snyder' <Charles_Snyder@fd.org>; 'Harland Braun' <harland@braunlaw.com>; 'Ariel A. Neuman' <aneuman@birdmarella.com>; 'Ray S. Seilie' <rseilie@birdmarella.com>
**Cc:** Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Subject:** RE: Correspondence from Richard Steingard

We are all available on Thursday afternoon. I suggest 3 pm. Let us know if that works for all of you. We can use my call in number, 213-293-2551, no passcode needed.
Richard

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017

Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450
E-mail: Richard@SteingardLaw.com
www.steingardlaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above. This message may not be shared with, or forwarded to, third parties without the express written permission of the sender. If you have received this message in error, please notify the sender immediately and delete the message and all copies. Thank you.

**From:** Dragalin, Veronica (USACAC) <Veronica.Dragalin@usdoj.gov>
**Sent:** Monday, June 21, 2021 11:43 AM
**To:** Carel Ale <Carel_Ale@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; Richard Steingard <richard@steingardlaw.com>; Harland Braun <harland@braunlaw.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Ray S. Seilie <rseilie@birdmarella.com>
**Cc:** Mills, Melissa (USACAC) 2 <Melissa.Mills@usdoj.gov>; Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Subject:** RE: Correspondence from Richard Steingard

Dear Counsel,

We are in receipt of your letter, and are amenable to a conference call as you suggest. Please send us some proposed times on Thursday, June 24, 2021 that work for all defense counsel. Please also send us an agenda of the issues or questions you'd like to address on the call.

Thank you,

**Veronica Dragalin | Assistant United States Attorney**
United States Attorney's Office | Central District of California
1500 United States Courthouse | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0647 | F: 213.894.0141 | Veronica.Dragalin@usdoj.gov

**From:** Anthony Wong <awong@steingardlaw.com>
**Sent:** Monday, June 14, 2021 3:53 PM
**To:** Dragalin, Veronica (USACAC) <VDragalin@usa.doj.gov>; Mills, Melissa (USACAC) 2 <mmills2@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Cc:** Carel Ale <Carel_Ale@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; Richard Steingard <richard@steingardlaw.com>; Harland Braun <harland@braunlaw.com>; Ariel A. Neuman <aneuman@birdmarella.com>; Ray S. Seilie <rseilie@birdmarella.com>
**Subject:** Correspondence from Richard Steingard

Good afternoon,

Please find attached correspondence from Richard Steingard on behalf of all counsel in the matter of US v. Huizar. A physical version of this letter is also being sent to your office.

Best regards,

**Anthony K. Wong**
**Law Offices of Richard M. Steingard**

800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Direct: (213) 260-9438
Office: (213) 260-9449
Facsimile: (213) 260-9450
E-mail: awong@steingardlaw.com
www.steingardlaw.com