Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:  (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

[And on Behalf of All Defendants]

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE LUIS HUIZAR, ET AL.,<br><br>    Defendants. | Case No.: CR-20-326(A)-JFW<br><br>**ORDER RE: DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR DEFENDANTS' MOTION FOR RECONSIDERATION OF DATE FOR GOVERNMENT'S DISCLOSURE OF EXHIBIT LIST** |

After full consideration of the defendants' *ex parte* application to shorten time to hear the defendants' Motion for Reconsideration of Date for Government's Disclosure of Exhibit List, IT IS HEREBY ORDERED:

____  Defendant's Application is GRANTED.  The hearing on Defendant's Motion to Suppress shall occur on _____.

**X**  Defendant's Application is DENIED.

DATED: August 26, 2021          _____
                                                        HONORABLE JOHN F. WALTER
                                                        United States District Court

1