CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(Email: carel_ale@fd.org)
CHARLES SNYDER (Bar No. 287247)
(Email: charles_snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: adam_olin@fd.org)
Deputy Federal Public Defenders
321 E. 2nd Street
Los Angeles, California 90012
Telephone: (213) 894-5186
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSÉ LUIS HUIZAR

[And on Behalf of Defendants
Raymond She Wah Chan
and Shen Zhen New World I, LLC]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, and SHEN ZHEN NEW WORLD I, LLC,<br><br>Defendants. | Case No. CR-20-326-JFW<br><br>***EX PARTE* APPLICATION FOR LEAVE TO FILE EXCESS PAGES AS TO MOTION TO DISMISS AND/OR STRIKE; PROPOSED ORDER** |

Defendants José Luis Huizar, Raymond She Wah Chan, and Shen Zhen New World I, LLC, by and through their counsel of record, hereby apply *ex parte* to this Court for an Order permitting them to file a Memorandum in support of their Motion to Dismiss and/or Strike that exceeds 25 pages.

//

//

1

The grounds for this request are based on the attached declaration of counsel and all other records in this case.

Respectfully submitted,

CUAUHTÉMOC ORTEGA
Federal Public Defender

DATE: September 7, 2021      By  s/ *Carel Alé*
                                 CAREL ALÉ
                                 Deputy Federal Public Defender

# DECLARATION OF CAREL ALÉ

I, Carel Alé, hereby state and declare as follows:

1. I am an attorney in the Office of the Federal Public Defender in the Central District of California appointed to represent defendant José Luis Huizar in the above-titled action.

2. On November 12, 2020, defendants Mr. Huizar, Raymond She Wah Chan, and Shen Zhen New World I, LLC, were charged by a First Superseding Indictment with violations of 18 U.S.C. § 1962(d): Racketeer Influenced and Corrupt Organizations Conspiracy; 18 U.S.C. §§ 1341, 1343, 1346: Honest Services Mail and Wire Fraud; 18 U.S.C. § 1952(a)(3): Interstate and Foreign Travel in Aid of Racketeering; 18 U.S.C. § 666(a)(1)(B): Bribery Concerning Programs Receiving Federal Funds; 18 U.S.C. § 1956(a)(1)(B)(i), (a)(2)(B)(i): Money Laundering; 18 U.S.C. § 1014: False Statements to a Financial Institution; 18 U.S.C. § 1001(a)(2): Making False Statements; 31 U.S.C. § 5324(a)(3): Structuring of Currency Transactions to Evade Reporting Requirements; 26 U.S.C. § 7201: Attempt to Evade and Defeat the Assessment and Payment of Income Tax; 18 U.S.C. § 981(a)(1)(C), 982(a)(1), 982(a)(2), and 1963, 26 U.S.C. § 7301, 28 U.S.C. § 2461(c), 31 U.S.C. § 5317: Criminal Forfeiture. ECF No. 74. The First Superseding Indictment alleged 41 separate counts against the various defendants and totaled 138 pages. Count 1 alone alleged 452 overt acts.

3. Mr. Huizar, Mr. Chan, and Shen Zhen New World now file a Motion To Dismiss and/or Strike. Because many of the issues overlap as to these defendants, defendants believe that presenting a joint motion most efficiently presents the issues to the Court. In order for defendants to efficiently and fully explore and brief the issues raised by the First Superseding Indictment, defendants' brief exceeds 25 pages.

4. Central District of California Local Civil Rule 11-6 instructs that "No memorandum of points and authorities, pre-trial brief, trial brief, or post-trial brief shall

exceed 25 pages in length, excluding indices and exhibits, unless permitted by order of the judge." As such, the undersigned makes this declaration and files this *ex parte* application for an order permitting the filing a brief exceeding 25 pages.

   5. On September 2, 2021, I emailed Assistant United States Attorney Mack Jenkins regarding this application. I explained to Mr. Jenkins that in an effort to present the arguments most efficiently for the Court, defendants were planning to file a joint motion. I estimated that the joint brief would be no lengthier than if the parties each filed one individual motion. Mr. Jenkins informed me: "we do not object provided we receive the same courtesy and/or potentially an extension to our response date."

  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: September 7, 2021   By  *s/ Carel Alé*
              CAREL ALÉ
              Attorney for JOSÉ LUIS HUIZAR