1  CUAUHTÉMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  CAREL ALE (Bar No. 283717)
   (Email: carel_ale@fd.org)
3  CHARLES SNYDER (Bar No. 287247)
   (Email: charles_snyder@fd.org)
4  ADAM OLIN (Bar No. 298380)
   (Email: adam_olin@fd.org)
5  Deputy Federal Public Defenders
   321 E. 2nd Street
6  Los Angeles, California  90012
   Telephone:  (213) 894-5186
7  Facsimile:  (213) 894-0081

8  Attorneys for Defendant
   JOSÉ LUIS HUIZAR
9
   [And on Behalf of Defendants
10 Raymond She Wah Chan
   and Shen Zhen New World I, LLC]

11

12            **UNITED STATES DISTRICT COURT**

13            **CENTRAL DISTRICT OF CALIFORNIA**

14            **WESTERN DIVISION**

15

16  UNITED STATES OF AMERICA,          Case No. 20-CR-326-JFW

17          Plaintiff,                 **[PROPOSED] ORDER RE *EX PARTE* APPLICATION FOR LEAVE TO
18          v.                         FILE EXCESS PAGES AS TO
                                       MOTION TO DISMISS AND/OR
19  JOSE LUIS HUIZAR,                  STRIKE; PROPOSED ORDER**
    RAYMOND SHE WAH CHAN, and
20  SHEN ZHEN NEW WORLD I, LLC,

21          Defendants.

22

23       GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the

24  defendant may file an oversized motion to dismiss and/or strike.

25       IT IS SO ORDERED.

26

27  DATED: September ___, 2021      _____
                                    HONORABLE JOHN F. WALTER
28                                  United States District Judge

                                    1