Ariel A. Neuman - State Bar No. 241594
   aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
   rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendant. | CASE NO. 20-CR-0326-JFW <br><br> **DEFENDANT DAE YONG LEE AND 940 HILL, LLC'S JOINDER TO JOSE HUIZAR, RAYMOND CHAN, AND SHEN ZHEN NEW WORLD'S JOINT MOTION TO DISMISS AND/OR STRIKE** <br><br> Date: November 15, 2021 <br> Time: 8:00 a.m. <br> Crtrm.: 7A <br><br> Assigned to Hon. John F. Walter |

3746927.1

Defendants Dae Yong Lee and 940 Hill, LLC hereby join those portions of Jose Huizar, Raymond Chan, and Shen Zhen New World I, LLC's Joint Motion to Dismiss and/or Strike (ECF No. 235) that are relevant to the charges against them, specifically, Sections III.E.1 (pp. 48–62) and III.E.3 (p. 65) regarding the unconstitutionality of 18 U.S.C. § 666 and 18 U.S.C. § 1346.

DATED: September 8, 2021

Ariel A. Neuman
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____
Ray S. Seilie
Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee