Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC
[And on Behalf of All Defendants]

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSE LUIS HUIZAR, ET AL.,<br><br>            Defendants. | CR-20-326(A)-JFW<br><br>**NOTICE OF LODGING OF DEFENDANTS' SUPPLEMENTAL MOTION TO DISMISS COUNTS 2-17** |

1  Defendant Shen Zhen New World I, LLC, by and through its counsel of
2  record, Richard M. Steingard, and on behalf of all defendants, hereby files its
3  Notice of Lodging of Defendants' Supplemental Motion to Dismiss Counts 2-17.

Dated: September 14, 2021          Respectfully submitted,

**LAW OFFICES OF RICHARD M. STEINGARD**

By: /s/ Richard M. Steingard

Attorney for Defendant
Shen Zhen New World I, LLC
[And on Behalf of All Defendants]

ii