UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **CR 20-326 JFW** |
| Plaintiff, | **AMENDED CRIMINAL TRIAL ORDER NO. 1 RE: GOVERNMENT'S TRIAL EXHIBITS** |
| v. | |
| Jose Luis Huizar, Raymond She Wah Chan, Wei Huang, Shen Zhen New World I, LLC, Dae Yong Lee, and 940 Hill, LLC,, | |
| Defendants. | |

The above matter is set for trial on May 24, 2022 before the Honorable John F. Walter, Courtroom 7A, United States Courthouse. In addition to the filing deadlines required by the Court, the Court Orders the following:[1]

    1. The Government shall prepare (but not file) a Pre-Trial Exhibit List which shall contain a numbered list of all of the exhibits the Government intends to offer during trial.

---

[1] The Pre-Trial Exhibit List and Joint Pre-Trial Exhibit Stipulation described herein are in addition to, and do not replace, counsel's obligations to comply with the Court's Criminal Trial Orders, the Court's Order filed May 13, 2021 (Docket No. 187)and the Local Rules regarding exhibits.

For each exhibit listed, the Government shall identify the exhibit by providing the following information: title, date, bates number, number of pages, and author (if identified in the document) (collectively the "description" of the exhibit).  The Government shall also identify each witness it anticipates will testify about and/or lay the foundation for the exhibit.  The Government shall provide a copy of the foregoing Pre-Trial Exhibit List and each exhibit to the Defendants no later than **February 15, 2022**.  Within fourteen (14) calendar days of receipt of the Government's Pre-Trial Exhibit List, lead counsel for each Defendant shall meet and confer with the Government, in person, to prepare a Joint Pre-Trial Exhibit Stipulation.  The Joint Pre-Trial Exhibit Stipulation shall set forth the Defendant's objections to the Government's exhibits, if any, the basis for each objection and the Government's response to the objection.  All exhibits to which there is no objection shall be admitted into evidence.  The parties shall stipulate to the authenticity of exhibits whenever possible, and the Pre-Trial Exhibit Stipulation shall identify any exhibits for which authenticity has not been stipulated to and the specific reasons for Defendant's failure to stipulate.

   The Joint Pre-Trial Exhibit Stipulation filed by the Government and the Defendants shall be substantially in the following form:

<u>Joint Pre-Trial Exhibit Stipulation</u>

<u>Government's Exhibits</u>

<u>Number</u>   <u>Description</u>   <u>Witness</u>   <u>If Objection, State Grounds</u>   <u>Response to Objection</u>

1    The Joint Pre-Trial Exhibit Stipulation shall be filed no later than **March 15, 2022**. Failure by the Defendant to meet and confer and/or advise the Government of his objections will constitute a waiver of those objections unless the Defendant is able to demonstrate good cause for his failure to comply with this Order.

   IT IS SO ORDERED.

Dated: September 21, 2021

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

3