1   TRACY L. WILKISON
    Acting United States Attorney
2   SCOTT M. GARRINGER
    Assistant United States Attorney
3   Chief, Criminal Division
    MACK E. JENKINS (SBN: 242101)
4   Assistant United States Attorney
    Chief, Public Corruption & Civil Rights Section
5   VERONICA DRAGALIN (SBN: 281370)
    MELISSA MILLS (SBN: 248529)
6   Assistant United States Attorneys
    Public Corruption & Civil Rights Section
7        1500 United States Courthouse
         312 North Spring Street
8        Los Angeles, California 90012
         Telephone: (213) 894-2091/0647/0627
9        Facsimile: (213) 894-7631
         E-mail: Mack.Jenkins@usdoj.gov
10               Veronica.Dragalin@usdoj.gov
                 Melissa.Mills@usdoj.gov
11
    Attorneys for Plaintiff
12  UNITED STATES OF AMERICA

13                  UNITED STATES DISTRICT COURT

14              FOR THE CENTRAL DISTRICT OF CALIFORNIA

15  UNITED STATES OF AMERICA,          No. CR 20-326(A)-JFW

16           Plaintiff,                GOVERNMENT'S *EX PARTE* APPLICATION
                                       FOR LEAVE TO FILE OMINBUS
17              v.                     OPPOSITION IN EXCESS OF 25 PAGES;
                                       DECLARATION OF MACK E. JENKINS
18  JOSE LUIS HUIZAR, et al.,

19           Defendants.

20

21       Plaintiff United States of America, by and through its counsel

22  of record, the Acting United States Attorney for the Central District

23  of California and Assistant United States Attorneys Mack E. Jenkins,

24  Veronica Dragalin, and Melissa Mills, hereby applies ex parte for

25  leave to file the Government's Omnibus Opposition to Defendants'

26  Motions to Dismiss and/or Strike (CR 229, 231, 235, 251) that exceeds

27  25 pages.

28  //

1        This <u>ex</u> <u>parte</u> application is based upon the attached declaration

2   of Mack E. Jenkins.

3    Dated: October 14, 2021              Respectfully submitted,

4                                         TRACY L. WILKISON
                                          Acting United States Attorney
5
                                          SCOTT M. GARRINGER
6                                         Assistant United States Attorney
                                          Chief, Criminal Division
7

8        _____

                                          MACK E. JENKINS
9                                         VERONICA DRAGALIN
                                          MELISSA MILLS
10                                        Assistant United States Attorneys

11                                        Attorneys for Plaintiff
                                          UNITED STATES OF AMERICA
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          2

**DECLARATION OF MACK E. JENKINS**

I, Mack E. Jenkins, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I, along with Assistant United States Attorneys Veronica Dragalin and Melissa Mills, am an attorney representing the government in this case.

2.   On September 7, 2021, defendants filed a Motion to Dismiss and/or Strike (CR 235), a Motion to Strike Language from Count 5 (CR 229), and a Motion to Strike Language from Count 25 (CR 231).  On September 16, 2021, defendants filed a Supplemental Motion to Dismiss Counts 2-17 (CR 251).  The briefs in support of defendants' motions to dismiss and/or strike total 116 pages.

3.   The government requests leave to file one Omnibus Opposition to defendants' four motions to dismiss and/or strike that exceeds 25 pages.  In order to make the Court's review more efficient, the government seeks leave to respond in this single filing to defendants' arguments in the four separate motions.  To address defendants' arguments in full, the final Omnibus Opposition is expected to be no longer than 60 pages.

4.   On October 13, 2021, AUSA Dragalin received confirmation via e-mail from Carel Ale, (counsel for defendant JOSE HUIZAR), Harland Braun (counsel for defendant RAYMOND CHAN), Richard Steingard (counsel for defendant SHEN ZHEN NEW WORLD I, LLC), and Ariel Neuman (counsel for defendant DAE YONG LEE and 940 HILL, LLC), that they do

1  not oppose the government's request for a brief exceeding 25 pages.

2      I declare under penalty of perjury under the laws of the United

3  States of America that the foregoing is true and correct and that

4  this declaration is executed at Los Angeles, California, on October

5  14, 2021.

6

7  _____
   MACK E. JENKINS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2