# Exhibit E

| | |
|---|---|
| **From:** | Harland Braun |
| **To:** | Jenkins, Mack (USACAC); Richard Steingard; Carel Ale; Charles Snyder; Ariel A. Neuman; Ray S. Seilie |
| **Cc:** | Mills, Melissa (USACAC) 2; Dragalin, Veronica (USACAC); Raymond Chan |
| **Subject:** | RE: The China Initiative |
| **Date:** | Tuesday, August 24, 2021 10:53:57 AM |
| **Attachments:** | image001.png<br>1-Response-Lei.docx (1) (1).pdf<br>Guan.Harland.Bin.Airport.jpg |

What Guan Lei said in Mandarin (my interpretation) just before the picture was taken was "Fuck you US government, but thank you to Judge Fitzgerald."

Sincerely,
Harland Braun



10880 Wilshire Blvd., Suite 1020
Los Angeles, CA  90024
(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Tuesday, August 24, 2021 10:19 AM
**To:** 'Jenkins, Mack (USACAC)' <Mack.Jenkins@usdoj.gov>; 'Richard Steingard' <richard@steingardlaw.com>; 'Carel Ale' <Carel_Ale@fd.org>; 'Charles Snyder' <Charles_Snyder@fd.org>; 'Ariel A. Neuman' <aneuman@birdmarella.com>; 'Ray S. Seilie' <rseilie@birdmarella.com>
**Cc:** 'Mills, Melissa (USACAC) 2' <Melissa.Mills@usdoj.gov>; 'Dragalin, Veronica (USACAC)' <Veronica.Dragalin@usdoj.gov>; 'Raymond Chan' <ray.sw.chan@gmail.com>
**Subject:** The China Initiative

See attached article regarding the China Initiative. When I first met Ray I told him the only reason he was being charged was because he is a Chinses-American.
Two weeks ago the government dismissed five Chinese  cases in California including my case before Judge Fitzgerald. Of course there was no reason given the Judge because there is no provision for dismissal based on racism and government corruption.[See U.S. v Guan Li)

Both the Washington Post and the LA Times are working on articles about the anti-Chinese pogrom

initiated by our twice impeached President. My twice rejected offer of a reverse proffer proves there is no evidence of a quid pro quo which would pass muster under McDonald. But the US attorneys in the Chan was are just mindless immoral spear carriers for Trump. The absurd length of the indictment proves there is no case, If there were a case, a five page indictment would have been sufficient.

Sincerely,
Harland Braun



10880 Wilshire Blvd., Suite 1020
Los Angeles, CA  90024
(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP