CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail:  Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-4740
Facsimile:  (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

[And on Behalf of All Defendants]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0326-JFW |
| Plaintiff, | **UNOPPOSED *EX PARTE* APPLICATION EXTENDING THE DUE DATE FOR DEFENDANTS' REPLY TO THE GOVERNMENT'S OMNIBUS OPPOSITION; DECLARATION OF COUNSEL** |
| v. | |
| JOSE LUIS HUIZAR, | |
| Defendant. | |

The defendants hereby apply *ex parte* for an order extending the due date for the defendants' reply to the Government's Omnibus Opposition to Defendants' Motions to Dismiss Counts and Strike Language From the First Superseding Indictment, ECF No. 259, from October 25, 2021 to November 4, 2021. The government does not oppose this request.

//

The grounds for this *ex parte* application are set forth in the attached declaration of counsel.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: October 19, 2021

By   *s/Carel Alé*

Carel Alé
Charles Snyder
Adam Olin
Deputy Federal Public Defenders
Attorneys for Defendant
José Luis Huizar

[On behalf of All Defendants]

# DECLARATION OF COUNSEL

I, Carel Alé, declare:

1.      I am a Deputy Federal Public Defender for the Federal Public Defender's Office, and counsel of record, along with Deputy Federal Public Defenders Charles Snyder and Adam Olin, for defendant José Luis Huizar.  I submit this declaration in support of the All Defendants' Unopposed *Ex Parte* Application to continue the date for defendants' to file their reply to the Government's Omnibus Opposition to Defendants' Motions to Dismiss Counts and Strike Language From the First Superseding Indictment, (ECF No. 259), from October 25, 2021 to November 4, 2021.

2.      On May 3, 2021, this Court issued an Order setting dates for, *inter alia*, the filing of motions to dismiss. (ECF No. 187.) The Court ordered that motions to dismiss by September 7, 2021. (*Id.*) The Court also set dates for opposition briefs, reply briefs, and hearings on this and other motions. (*Id.*)

3.      On September 7, 2021, Defendants Huizar, Chan and SZNW filed a joint motion to dismiss (ECF No. 235), and the Lee defendants filed motions to strike (ECF Nos. 229 & 230).

4.      On September 14, 2021, the defendants filed an Unopposed Ex Parte Application for an Order Permitting Filing of a Supplement Motion to Dismiss. (ECF No. 245.)

5.      In that application defendants also sought to extend the due date for the government's opposition to defendants' motions to dismiss from October 4, 2021 to October 14, 2021. (*Id.* at ¶7.) Defendants also explained in the application that the government agreed to extend the date for defendants' reply briefs should the defense require it. (*Id.*)

6.      On September 15, 2021, the Court granted defendants' Unopposed *Ex Parte* Application. (ECF No. 248.) The Court ordered defendants to file their

1

1  Supplemental Motion to Dismiss by September 15, 2021, and the government to file its
2  opposition by October 14, 2021. (*Id.*)

3       7.    On October 14, 2021, the government filed the Government's Omnibus
4  Opposition to Defendants' Motions to Dismiss Counts and Strike Language From the
5  First Superseding Indictment. (ECF No. 259).

6       8.    On October 18, 2021, the parties met and conferred about, *inter alia*, the
7  defendant's request to extend the due date of their replies to the government's
8  opposition. Defendants explained that they would request a 10 day extension, as the
9  parties had previously discussed, to correspond with the 10 day extension agreed to by
10  the parties for the government's opposition.

11       9.    On October 19, 2021, the government emailed defense counsel that it did
12  not oppose this request.

13       10.    Accordingly, defendants respectfully request that the Court grant
14  defendants' application to extend the due for defendants' reply to the Government's
15  Omnibus Opposition to Defendants' Motions to Dismiss Counts and Strike Language
16  From the First Superseding Indictment, (ECF No. 259), from October 25, 2021 to
17  November 4, 2021.

18

19       I declare under penalty of perjury under the laws of the United States of America
20  that the foregoing is true and correct.

21

22       Executed on October 19, 2021, in Los Angeles, California.

23

24           *s/Carel Alé*
25           CAREL ALÉ

26

27

28                      2