CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail:  Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-4740
Facsimile:  (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

[And on Behalf of All Defendants]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-0326-JFW |
| Plaintiff, | **UNOPPOSED *EX PARTE* APPLICATION TO EXTEND THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO SUPPRESS; DECLARATION OF COUNSEL** |
| v. | |
| JOSE LUIS HUIZAR, *et al.*, | |
| Defendants. | |

Defendants hereby apply *ex parte* for an order to extend the briefing schedule for defendants' motions to suppress. The defendants seek to extend the due date for the defendants' motions to suppress from November 1, 2021 to November 15, 2021, the due date for the government's oppositions from December 6, 2021 to December 20, 2021, and the due date for defendants' replies from January 3, 2022 to January 15, 2022. The hearing on any motions to remain the same, January 31, 2022.

The government does not oppose this request.

i

1    The grounds for this *ex parte* application are set forth in the attached declaration

2    of counsel.

3
4                                          Respectfully submitted,

5                                          CUAUHTEMOC ORTEGA
                                           Federal Public Defender

6

7    Dated: October 25, 2021              By   *s/Carel Alé*

8                                          Carel Alé
                                           Charles Snyder
9                                          Adam Olin
                                           Deputy Federal Public Defenders
10                                         Attorneys for Defendant
                                           José Luis Huizar

11                                         [On behalf of All Defendants]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           ii

1

## **DECLARATION OF COUNSEL**

2       I, Carel Alé, declare:

3       1.      I am a Deputy Federal Public Defender for the Federal Public Defender's

4  Office, and counsel of record, along with Deputy Federal Public Defenders Charles

5  Snyder and Adam Olin, for defendant José Luis Huizar.  I submit this declaration in

6  support of the All Defendants' Unopposed *Ex Parte* Application to Extend the Briefing

7  Schedule for Defendants' Motions Suppress.

8       2.      This application seeks to extend the briefing schedule as follows:

9  suppression motions due date extended from November 1 to November 15, 2021;

10 opposition to those motions due date extended from December 6 to December 20,

11 2021; and due date for replies extended from January 3 to January 15, 2022.

12      3.      On May 3, 2021, this Court issued an Order setting dates for, *inter alia*,

13 the filing of motions to suppress. (ECF No. 187.) The Court ordered that motions to

14 suppress be filed by November 1, 2021. (*Id.*) The Court also set dates for opposition

15 briefs, reply briefs, and hearings on this and other motions. (*Id.*)

16      4.      On September 7, 2021, Defendants Huizar, Chan and SZNW filed a joint

17 motion to dismiss (ECF No. 235), and the Lee defendants filed motions to strike (ECF

18 Nos. 229 & 231). Defendants also filed a Supplemental Motion to Dismiss on

19 September 14, 2021 (ECF No. 251), and the Government filed an Omnibus Opposition

20 to all motions on October 14, 2021, (ECF No. 259).

21      5.      Defendants sought and this Court granted an extension for defendants to

22 file their replies in support of their motions to dismiss and strike from October 25, 2021

23 to November 4, 2021. (ECF Nos. 261 & 262).

24      6.      On October 22, 2021, I emailed the government about the defendants'

25 request to extend the due date of any potential motions to suppress from November 1,

26 2021 to November 19, 2021. Defendants explained that they would request an

27 extension beyond the November 1, 2021 deadline so as to avoid having overlapping

28

1

1  briefing schedules for the replies in support of the motions to dismiss and the motions

2  to suppress. Defendants explained that they anticipated having no more than four, and

3  more likely two to three motions to suppress; that one of the anticipated motions

4  concerned an issue defendants had already raised and discussed with the government;

5  and that defendants believed the briefing could be completed by the January 31, 2022

6  hearing date set for the motions to suppress.

7          7.        On October 25, 2021, I spoke with Assistant United States Attorney Mack

8  Jenkins about defendants' proposed request. Later that day, the government emailed

9  defense counsel that it did not oppose extending the due date to November 15, 2021 in

10  light of the anticipated motions as discussed.

11          8.        Accordingly, defendants respectfully request that the Court grant

12  defendants' application to extend the due for any motions to suppress from November

13  1, 2021 to November 15, 2021; opposition to those motions due date extended from

14  December 6 to December 20, 2021; due date for replies extended from January 3 to

15  January 15, 2022; hearing date to remain January 31, 2022.

16

17          I declare under penalty of perjury under the laws of the United States of America

18  that the foregoing is true and correct.

19

20          Executed on October 25, 2021, in Los Angeles, California.

21

22                                    *s/Carel Alé*

23                                    CAREL ALÉ

24

25

26

27

28

2