1  CUAUHTEMOC ORTEGA (Bar No. 257443)
   Federal Public Defender
2  CAREL ALÉ (Bar No. 283717)
   (E-Mail: Carel_Ale@fd.org)
3  CHARLES SNYDER (Bar No. 287246)
   (E-Mail: Charles_Snyder@fd.org)
4  ADAM OLIN (Bar No. 298380)
   (Email: Adam_Olin@fd.org)
5  Deputy Federal Public Defenders
   321 East 2nd Street
6  Los Angeles, California 90012-4202
   Telephone: (213) 894-4740
7  Facsimile: (213) 894-0081

8  Attorneys for Defendant
   JOSE LUIS HUIZAR
9
10 [And on Behalf of Defendants Raymond Chan
   And Shen Zhen New World I, LLC]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR, *et al.*,<br><br>Defendants. | Case No. 20-CR-0326-JFW<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED REPLY IN EXCESS OF 25 PAGES; DECLARATION OF COUNSEL** |

Defendant, Jose Luis Huizar, by and through his counsel of record, Carel Alé, Deputy Public Defender, and on behalf of defendants Rayomond Chan and Shen Zhen New World I, LLC, hereby applies *ex parte* for leave to file the Defendants' Reply to the Government's Omnibus Opposition to Motion to Dismiss and/or Strike (ECF No. 259) that exceeds 25 pages.

\ \ \

\ \ \

\ \ \

i

The grounds for this *ex parte* application are set forth in the attached declaration of counsel.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

Dated: November 4, 2021  By  *s/Carel Alé*

Carel Alé
Charles Snyder
Adam Olin
Deputy Federal Public Defenders
Attorneys for Defendant
José Luis Huizar

[And on Behalf of Defendants Raymond Chan And Shen Zhen New World I, LLC]

# DECLARATION OF COUNSEL

I, Carel Alé, hereby state and declare as follows:

1. I am an attorney in the Office of the Federal Public Defender in the Central District of California appointed to represent defendant José Luis Huizar in the above-titled action.

2. On November 12, 2020, defendants Mr. Huizar, Raymond She Wah Chan, and Shen Zhen New World I, LLC, were charged by a First Superseding Indictment with violations of 18 U.S.C. § 1962(d): Racketeer Influenced and Corrupt Organizations Conspiracy; 18 U.S.C. §§ 1341, 1343, 1346: Honest Services Mail and Wire Fraud; 18 U.S.C. § 1952(a)(3): Interstate and Foreign Travel in Aid of Racketeering; 18 U.S.C. § 666(a)(1)(B): Bribery Concerning Programs Receiving Federal Funds; 18 U.S.C. § 1956(a)(1)(B)(i), (a)(2)(B)(i): Money Laundering; 18 U.S.C. § 1014: False Statements to a Financial Institution; 18 U.S.C. § 1001(a)(2): Making False Statements; 31 U.S.C. § 5324(a)(3): Structuring of Currency Transactions to Evade Reporting Requirements; 26 U.S.C. § 7201: Attempt to Evade and Defeat the Assessment and Payment of Income Tax; 18 U.S.C. § 981(a)(1)(C), 982(a)(1), 982(a)(2), and 1963, 26 U.S.C. § 7301, 28 U.S.C. § 2461(c), 31 U.S.C. § 5317: Criminal Forfeiture. ECF No. 74. The First Superseding Indictment alleged 41 separate counts against the various defendants and totaled 138 pages. Count 1 alone alleged 452 overt acts.

3. Mr. Huizar, Mr. Chan, and Shen Zhen New World sought, and the court granted, leave to file an oversized memorandum in support of their Motion To Dismiss and/or Strike on September 7, 2021. (ECF No. 238). The defendants filed a supplemental Motion to Dismiss on September 14, 2021. (ECF No. 246).

\ \ \
\ \ \
\ \ \
\ \ \

4. On October 14, 2021, the Government filed Omnibus Opposition to Defendants' Motions to Dismiss and/or Strike. (ECF No. 259.) The government sought leave to file an oversized brief in support. (ECF No. 258)

5. Central District of California Local Civil Rule 11-6 instructs that "No memorandum of points and authorities, pre-trial brief, trial brief, or post-trial brief shall exceed 25 pages in length, excluding indices and exhibits, unless permitted by order of the judge." As such, the undersigned makes this declaration and files this *ex parte* application for an order permitting the filing a brief exceeding 25 pages.

6. In order to address all of the arguments in the government's opposition, defendants' brief is over the 25 page limit.

7. On November 3, 2021, I emailed Assistant United States Attorney Mack Jenkins about this request and advised him that the reply brief was approximately 10 pages over the page limit. He advised that the government did not oppose this request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: November 4, 2021          By  *s/ Carel Alé*
                                     CAREL ALÉ
                                     Attorney for JOSÉ LUIS HUIZAR