CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALE (Bar No. 283717)
(E-Mail: Carel_Ale@fd.org)
CHARLES SNYDER (Bar No. 287246)
(E-Mail: Charles_Snyder@fd.org)
ADAM OLIN (Bar No. 298380)
(Email: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-4740
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE LUIS HUIZAR

[And on Behalf of Defendants Raymond Chan
And Shen Zhen New World I, LLC]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE LUIS HUIZAR, *et al.*, <br><br> Defendants. | Case No. 20-CR-0326-JFW <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED REPLY IN EXCESS OF 25 PAGES** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the defendants may file an oversized reply to the government's Omnibus Opposition to Defendant's Motions to Dismiss and/or Strike, (ECF No. 259).

IT IS SO ORDERED.

DATED: November ___, 2021          _____
                                   HONORABLE JOHN F. WALTER
                                   United States District Judge

1