CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for José Luis Huizar

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSÉ LUIS HUIZAR, *et al.* Defendants. | Case No. 20-CR-326-JFW-1 **[PROPOSED] ORDER SEALING EXHIBITS FILED ISO MOTION TO SUPPRESS PRIVILEGED ATTORNEY-CLIENT COMMUNICATIONS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1)   Exhibits A–G in Support of Defendant Huizar's Motion to Suppress Privileged Attorney-Client Communications

Dated: November 15, 2021        By _____
                                HON. JOHN F. WALTER
                                United States District Judge

Presented by:
*s/ Carel Alé,*        .
Deputy Federal Public Defender

1