TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:   (213) 894-2091/0647/0627
    Facsimile:   (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
               Veronica.Dragalin@usdoj.gov
               Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE HUIZAR, et al., <br><br> Defendants. | No. 2:20-CR-326(A)-JFW <br><br> ORDER SEALING DOCUMENT |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for sealed filing is GRANTED. The document sought to be filed under seal shall be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

Date: November 22, 2021

*/s/ John F. Walter*
**Hon. John F. Walter, U.S. District Judge**

**Presented by:**

*/s/ Veronica Dragalin*
VERONICA DRAGALIN
Assistant United States Attorney