TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (SBN: 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (SBN: 281370)
MELISSA MILLS (SBN: 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0647/0627
     Facsimile: (213) 894-7631
     E-mail: Mack.Jenkins@usdoj.gov
             Veronica.Dragalin@usdoj.gov
             Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION TO MODIFY BRIEFING SCHEDULE RE: ORDER OF PROOF FOR MOTIONS TO SEVER (CR 200 and 201); DECLARATION OF VERONICA DRAGALIN |
| v. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Melissa Mills, hereby applies ex parte to modify and advance by one week the briefing schedule for the Government's Order of Proof and the responses of defendants SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC's in connection with

defendants' Motions to Sever (CR 200 and CR 201).

This <u>ex</u> <u>parte</u> application is based upon the attached declaration of Veronica Dragalin.

Dated: January 20, 2022                Respectfully submitted,

                                       TRACY L. WILKISON
                                       United States Attorney

                                       SCOTT M. GARRINGER
                                       Assistant United States Attorney
                                       Chief, Criminal Division

                                       _____
                                       MACK E. JENKINS
                                       VERONICA DRAGALIN
                                       MELISSA MILLS
                                       Assistant United States Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

**DECLARATION OF VERONICA DRAGALIN**

I, Veronica Dragalin, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I, along with Assistant United States Attorneys Mack E. Jenkins and Melissa Mills, am an attorney representing the government in this case.

2. On January 7, 2022, at a hearing on defendants SHEN ZHEN NEW WORLD I, LLC ("SZNW"), DAE YONG LEE ("LEE"), and 940 HILL, LLC ("940 HILL") (collectively, "defendants") motions to sever (CR 200 and CR 201), the Court ordered the Government to file an "Offer of Proof," setting forth the evidence it intends to offer to establish that the Developer Defendants were participants in the single scheme alleged in the First Superseding Indictment. (CR 330.) Pursuant to the Court's order, the deadline for the government's filing is January 28, 2022, and the deadline for defendants' respective filings is February 14, 2022.

3. The current trial order has two upcoming deadlines in February 2022 that could be impacted by the Court's decision on severance: a February 14, 2022 deadline for the exchange of motions in limine, and a February 15, 2022 deadline for the Government's Exhibit List. (CR 187.) In addition, a Joint Pre-Trial Exhibit Stipulation is due on March 15, 2022. (CR 254.)

4. Because the government believes it would be beneficial to all parties to have a decision on the severance issue, the government proposes filing its Order of Proof one week in advance of the Court's deadline, on January 21, 2022. Advancing the deadlines by one week

would result in a February 7, 2022 deadline for defendants' respective response.

5.   On January 18, 2022, I received confirmation via e-mail from Richard Steingard (counsel for defendant SHEN ZHEN NEW WORLD I, LLC) and Ariel Neuman (counsel for defendants DAE YONG LEE and 940 HILL LLC), that they do not oppose the government's request for the above modified briefing schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 20, 2022.

_____
VERONICA DRAGALIN