TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (SBN: 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (SBN: 281370)
MELISSA MILLS (SBN: 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0627
    Facsimile: (213) 894-7631
    E-mail: Mack.Jenkins@usdoj.gov
           Veronica.Dragalin@usdoj.gov
           Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOSE LUIS HUIZAR, et al.,<br><br>        Defendants. | No. CR 20-326(A)-JFW<br><br>[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE ON SUPPLEMENTAL BRIEFING ON MOTIONS TO SEVER (CR 200 AND CR 201) |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's _ex parte_ application for an order modifying the briefing schedule on the Order of Proof in connection with defendants' motions to sever (CR 200 and CR 201) is GRANTED.

    1.    The government shall file its Order of Proof by January 28, 2022.

2. Defendants SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HIL LLC shall file their respective response to the Order of Proof by February 7, 2022.

IT IS SO ORDERED.

_____          _____
DATE                                    HONORABLE JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE

Presented by:

       /s/
_____
VERONICA DRAGALIN
Assistant United States Attorney

2