TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (SBN: 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (SBN: 281370)
MELISSA MILLS (SBN: 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-2091/0647/0627
     Facsimile:    (213) 894-7631
     E-mail: Mack.Jenkins@usdoj.gov; Veronica.Dragalin@usdoj.gov' Melissa.Mills@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

==Note Changes Made by Court==

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JOSE LUIS HUIZAR, et al.,<br><br>　　　　　Defendants. | No. CR 20-326(A)-JFW<br><br>ORDER MODIFYING BRIEFING SCHEDULE ON SUPPLEMENTAL BRIEFING ON MOTIONS TO SEVER (CR 200 AND CR 201) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for an order modifying the briefing schedule on the Order of Proof in connection with defendants' motions to sever (CR 200 and CR 201) is GRANTED.

1.　The government shall file its Offer of Proof by January 21, 2022.

2.　Defendants SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HIL LLC shall file their respective response to the Offer of Proof by February 7, 2022.

IT IS SO ORDERED.

January 20, 2022　　　　　　　　　　　　　　　　／s／ John F. Walter
DATE　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:　　／s／
VERONICA DRAGALIN
Assistant United States Attorney