TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0627
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
              Veronica.Dragalin@usdoj.gov
              Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JOSE LUIS HUIZAR, et. al,<br><br>        Defendants. | No. 2:20-CR-326(A)-JFW-1,2,4,5,6<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**[PROPOSED] TRIAL DATE:**<br>       08/23/2022 at 8:30 a.m. |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and Related Deadlines and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by Plaintiff United States of America and defendant JOSE HUIZAR and in this matter, the Central District of California's General Orders and Orders of the Chief Judge regarding the Coronavirus Public Emergency (collectively, "Coronavirus Orders").  The Court hereby

finds that the Stipulation and Coronavirus Orders, which this Court incorporates by reference into this Order, demonstrate facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; (iv) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (v) a delay resulted from pretrial motions, and (vi) defendants RAYMOND CHAN, SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC, are each joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued to **August 23, 2022 at 8:30 a.m.** The briefing and hearings schedule for motions and other pre-trial deadlines shall be:

| Event | Date |
| --- | --- |
| Govt 404(b) | 03/01/2022 |

| Event | Date |
|---|---|
| Govt Witness List | 04/11/2022 |
| Govt Exhibit List | 04/11/2022 |
| Conference re: Exhibit List | 05/31/2022 |
| Joint Pre-Trial Exhibit Stipulation | 06/14/2022 |
| Exchange Joint MIL Mtns | 05/16/2022 |
| Exchange Joint MIL Opps | 06/06/2022 |
| Joint MILs (filing) | 06/08/2022 |
| **Hearing re: MIL** | **06/24/2022 at 8:00 a.m.** |
| Brady/Giglio | 06/24/2022 |
| Govt Jencks Statements | 06/24/2022 |
| Final Transcripts & Translations | 07/22/2022 |
| Govt Charts & Summaries | 07/22/2022 |
| **Pretrial Conference** | **08/12/2022 at 11:00 a.m.** |
| Def Jencks Statements | 08/15/2022 |
| Def Charts & Summaries | 08/15/2022 |
| Defense Witness List | 08/15/2022 |
| Defense Exhibit List | 08/15/2022 |

2.  The time period of May 24, 2022 to August 23, 2022, inclusive, as to defendants JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), (h)(7)(B)(iv), (h)(6).

3. The following time periods, as to defendants JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC, is be excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. § 3161(h)(1)(D):

 a. The time period of August 9, 2021, to the date of the resolution of the motions to sever;

 b. The time period of September 7, 2021, to January 7, 2022, inclusive (date of the resolution of the motions to dismiss/strike);

 c. The time period of November 15, 2021 to the date of the resolution of the motions to suppress currently scheduled to be heard on January 31, 2022.

4. Defendants JOSE LUIS HUIZAR, RAYMOND SHE WAH CHAN, SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC shall appear in Courtroom 7A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on August 23, 2022 at 8:30 a.m.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of

//
//
//
//
//
//
//
//

4

the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____      _____
 DATE                                HONORABLE JOHN F. WALTER
                                     UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
VERONICA DRAGALIN
Assistant United States Attorney