Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450
Attorney for Defendant

Attorney for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR, ET AL.,<br><br>Defendants. | CR-20-326(A)-JFW<br><br>**DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S POSITION RE CONTINUANCE OF TRIAL DATE** |

Defendants Shen Zhen New World I, LLC ("SZNW") submits its position regarding a possible continuance of the trial to October 18, 2022.

Dated: February 2, 2022        Respectfully submitted,

**LAW OFFICES OF RICHARD M. STEINGARD**

By:  /s/ Richard M. Steingard
       Richard M. Steingard
       Attorney for Defendant
       **SHEN ZHEN NEW WORLD I, LLC**

# SHEN ZHEN NEW WORLD I, LLC'S
# POSITION RE TRIAL CONTINUANCE

On January 31, 2022, following the hearing on defendants' motions to suppress, the Court addressed a stipulation filed by defendant Jose Huizar and the government proposing to continue the trial to August 23, 2022. (ECF 352.) The Court noted that defendants 940 Hill, LLC and Dae Yong Lee had filed a response to the stipulation opposing a continuance of the trial (ECF 354), and that SZNW had joined in that opposition. (ECF 355.)

At one point, the Court asked SZNW's counsel for his position on the continuance. Counsel requested time to contact SZNW's management representatives before responding. The Court ordered counsel to file his position on or before February 2, 2022.

SZNW hereby submits its response to the Court's inquiry. SZNW continues to maintain its position that trial should begin on the previously set May 24, 2022 trial date. SZNW understands and agrees that if the Court grants defendants' severance motions, the Court intends to try defendants 940 Hill, LLC and Dae Yong Lee first, which would move SZNW's trial to sometime in June 2022. SZNW also understands and agrees that there is a backlog of cases awaiting trial due to the recent COVID-19 surge, that custody cases take priority, and that these factors could delay the start of SZNW's trial.

Dated: February 2, 2022         Respectfully submitted,

                                          **LAW OFFICES OF RICHARD M. STEINGARD**

By: /s/ Richard M. Steingard
Richard M. Steingard
Attorney for Defendant
**SHEN ZHEN NEW WORLD I, LLC**