Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

[And on Behalf of Jose Huizar and Ray Chan]

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR-20-326(A)-JFW |
|---|---|
| Plaintiff, | **ORDER RESETTING HEARING DATE FOR DEFENDANTS' MOTIONS** |
| v. | |
| JOSE LUIS HUIZAR, ET AL., | |
| Defendants. | |

After consideration of the parties' stipulation to reset the hearing date for Defendants' Motion for a Bill of Particulars (ECF 334) and Motion to Dismiss Counts 22 and 23 (ECF 359), and good cause having been shown, IT IS HEREBY ORDERED THAT:

1. The hearing on the motions is continued for March 7, 2022, at 8:00 a.m.

DATED: February 16, 2022   _____
HONORABLE JOHN F. WALTER
United States District Court

1