# Exhibit A

FD-1087 (Rev. 5-8-10)

UNCLASSIFIED




# FEDERAL BUREAU OF INVESTIGATION

**Collected Item Log**

**Event Title:** (U) Consent via GEORGE ESPARZA **Date:** 02/15/2019

**Approved By:** SSA Dae Hwan Chung

**Drafted By:** Andrew R. Civetti

**Case ID #:** 194B-LA-255905 (U) Operation Casino Loyale; Sensitive Investigative Matter

**Enclosure(s):** Enclosed are the following items:
1. (U) Consent to Search

**Collected From:** George Esparza

**Receipt Given?:** No

**Holding Office:** LOS ANGELES

**Details:**

GEORGE ESPARZA via his attorney Terrance Jones, consensually provided the following cell phones:

[REDACTED], Apple iPhone 7 Plus, serial number: [REDACTED], IMEI: [REDACTED], belonging to GEORGE ESPARZA;

[REDACTED], Apple iPhone 6s, serial number: [REDACTED], IMEI: [REDACTED], belonging to GEORGE ESPARZA;

[REDACTED], Apple iPhone 6, serial number: [REDACTED], IMEI: [REDACTED], belonging to GEORGE ESPARZA.

| **Item Type** | **Description** |
| --- | --- |

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

UNCLASSIFIED

Title: (U) Consent via GEORGE ESPARZA
Re: 194B-LA-255905, 02/15/2019

1B Digital (U) [redacted], Apple iPhone 7 Plus, serial number: [redacted], IMEI: [redacted]
Collected On: 11/27/2018 03:00 AM EST
Seizing Individual: Andrew R. Civetti
Collected By: Andrew R. Civetti
Location Area: Consent
Specific Location: Consent
Device Type: Cell Phone
Make: Apple
Model: iPhone 7 Plus
Serial Number: [redacted]
Number of Devices Collected: 1

1B Digital (U) [redacted], Apple iPhone 6s, serial number: [redacted], IMEI: [redacted]
Collected On: 11/27/2018 03:00 AM EST
Seizing Individual: Andrew R. Civetti
Collected By: Andrew R. Civetti
Location Area: Consent
Specific Location: Consent
Device Type: Cell Phone
Make: Apple
Model: iPhone 6s
Serial Number: [redacted]
Number of Devices Collected: 1

1B Digital (U) [redacted], Apple iPhone 6, serial number: [redacted], IMEI: [redacted]
Collected On: 11/27/2018 03:00 AM EST
Seizing Individual: Andrew R. Civetti
Collected By: Andrew R. Civetti
Location Area: Consent
Specific Location: Consent
Device Type: Cell Phone
Make: Apple
Model: iPhone 6
Serial Number: [redacted]
Number of Devices Collected: 1

Title: (U) Consent via GEORGE ESPARZA
Re: 194B-LA-255905, 02/15/2019

♦♦

FD-26 (Rev. 7-20-94)

DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF INVESTIGATION

**CONSENT TO SEARCH**

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

(Describe the person(s), place(s), or thing(s) to be searched.)

On November 27, 2018, my attorney, Terrance Jones, provided the following items to SA Andy Civetti. I provided my consent to the FBI to search the items.

[REDACTED], Apple iPhone 7 Plus, serial number: [REDACTED], IMEI: [REDACTED];
[REDACTED], Apple iPhone 6s, serial number: [REDACTED], IMEI: [REDACTED];
[REDACTED], Apple iPhone 6, serial number: [REDACTED], IMEI: [REDACTED].

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

Feb 7, 2019
Date

[signature]
Signature

Witness [signature]

This is to certify that on ____________ at ______________________________________
Special Agents of the Federal Bureau of Investigation, U. S. Department of Justice, conducted a search of ______________________________________________________.
I certify that nothing was removed from my custody by Special Agents of the Federal Bureau of Investigation. U. S. Department of Justice.

(Signed) ______________________________
George Esparza

Witnessed:

______________________________
Special Agent Andy Civetti
Federal Bureau of Investigation
U. S. Department of Justice

______________________________
Special Agent Tony Logan
Federal Bureau of Investigation
U. S. Department of Justice