CUAUHTÉMOC ORTEGA (Bar No. 257443)
Federal Public Defender
CAREL ALÉ (Bar No. 283717)
Email: Carel_Ale@fd.org
CHARLES J. SNYDER (Bar No. 287246)
Email: Charles_Snyder@fd.org
ADAM OLIN (Bar No. 298380)
Email: Adam_Olin@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854 Facsimile: (213) 894-0081

Attorneys for José Luis Huizar

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSÉ LUIS HUIZAR, *et al.*

Defendants.

Case No. 20-CR-326(A)-JFW-1

**ORDER SEALING EXHIBIT E FILED ISO MOTION TO COMPEL PRODUCTION OF (1) COOPERATORS' DEVICES AND ACCOUNTS, (2) COMMUNICATIONS BETWEEN GOVERNMENT AND COOPERATORS AND/OR THEIR COUNSEL, AND (3) JOSE HUIZAR'S PHONE**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the following documents be filed under seal:

Exhibit E in support of defendants' Motion to Compel Production of (1) cooperators' devices and accounts, (2) communications between government and cooperators and/or their counsel, and (3) Jose Huizar's phone, filed March 3, 2022. (ECF No. 381).

Dated: March 3, 2022

By ______________________
HON. JOHN F. WALTER
United States District Judge

Presented by:
*s/ Carel Alé,* .
Deputy Federal Public Defender