TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0627
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
               Veronica.Dragalin@usdoj.gov
               Melissa.Mills@usdoj.gov
               Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SETTING TRIAL DATES AND PRETRIAL DEADLINES |
| v. | |
| JOSE LUIS HUIZAR, et. al, | **[PROPOSED] TRIAL DATES:**<br>   06/14/2022 at 8:30 a.m.<br>   08/02/2022 at 8:30 a.m. |
| Defendants. |    10/18/2022 at 8:30 a.m. |

The Court has read and considered the Government's Status Report Regarding Proposed Schedule for Three Trials and Pretrial Deadlines, and the responses filed by the defendants in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial for defendants DAE YONG LEE and 940 HILL, LLC in this matter is advanced from October 18, 2022 to **June 14, 2022 at 8:30 a.m.**

2. The trial for defendant SHEN ZHEN NEW WORLD I, LLC in this matter is advanced from October 18, 2022 to **August 2, 2022 at 8:30 a.m.**

3. The trial for defendants JOSE HUIZAR and RAYMOND CHAN in this matter remains set for **October 18, 2022 at 8:30 a.m.**

4. The pre-trial deadlines for the three trials shall be:

| Event | LEE/ 940 HILL Trial | SZNW Trial | HUIZAR/ CHAN Trial |
|---|---|---|---|
| Giglio/Brady Declaration | 4/29/2022 | 6/17/2022 | 9/2/2022 |
| MIL Filing | 5/2/2022 | 6/20/2022 | 9/6/2022 |
| **MIL Hearing** | **5/20/2022** | **7/8/2022** | **9/23/2022** |
| Gov Pre-Trial Exhibit List | 5/23/2022 | 7/11/2022 | 9/26/2022 |
| Meet & Confer re Exhibit List | 5/27/2022 | 7/15/2022 | 9/30/2022 |
| Joint Exhibit Stipulation | 5/31/2022 | 7/18/2022 | 10/3/2022 |
| Certified Translations | 5/31/2022 | 7/18/2022 | 10/3/2022 |
| Expert Offer of Proof | 5/31/2022 | 7/19/2022 | 10/4/2022 |
| Gov Pre-Trial Witness List | 5/31/2022 | 7/19/2022 | 10/4/2022 |
| Def Resp to Witness List | 6/02/2022 | 7/21/2022 | 10/6/2022 |
| Proposed Voir Dire | 6/03/2022 | 7/22/2022 | 10/7/2022 |
| Gov Trial Brief | 6/06/2022 | 7/25/2022 | 10/10/2022 |
| Jury Verdict Form | 6/06/2022 | 7/25/2022 | 10/10/2022 |
| Jury Instructions | 6/06/2022 | 7/25/2022 | 10/10/2022 |
| **Pretrial Conference** | **6/08/2022** | **7/27/2022** | **10/12/2022** |
| Joint Statement of Case | 6/09/2022 | 7/28/2022 | 10/13/2022 |
| Def Pre-Trial Witness List | 6/13/2022 | 8/1/2022 | 10/17/2022 |
| **TRIAL** | **6/14/2022** | **8/2/2022** | **10/18/2022** |

| Event | LEE/ 940 HILL Trial | SZNW Trial | HUIZAR/ CHAN Trial |
|---|---|---|---|
| Def Exhibit Stipulation | *(start of Δ case)* | *(start of Δ case)* | *(start of Δ case)* |

5. The government shall file proposed orders for findings of time periods to be excluded in computing the time within which the trial must commence for defendants SHEN ZHEN NEW WORLD I, LLC, DAE YONG LEE, and 940 HILL LLC, pursuant to the Speedy Trial Act.

IT IS SO ORDERED.

_____          _____
 DATE                                    HONORABLE JOHN F. WALTER
                                         UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Veronica Dragalin*
_____
VERONICA DRAGALIN
Assistant United States Attorney