TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0627
    Facsimile: (213) 894-6436
    E-mail:  Mack.Jenkins@usdoj.gov
             Veronica.Dragalin@usdoj.gov
             Melissa.Mills@usdoj.gov
             Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326-JFW |
|---|---|
| Plaintiff, | <u>DECLARATION OF CASSIE D. PALMER IN SUPPORT OF GOVERNMENT'S POSITION RE: SUBPOENAS AND NON-DISCLOSURE ORDER; EXHIBITS A-E</u> |
| v. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, Melissa Mills, and Cassie D. Palmer, hereby submits the declaration of Cassie D. Palmer and Exhibits A through E

//

//

attached thereto, in support of the government's position in the Joint Filing re: Rule 17 Subpoenas and Non-Disclosure Order.

Dated: March 28, 2021              Respectfully submitted,

                                        TRACY L. WILKISON
                                      United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        /s/ *Cassie D. Palmer*
                                        MACK E. JENKINS
                                        VERONICA DRAGALIN
                                        MELISSA MILLS
                                        CASSIE D. PALMER
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

**DECLARATION OF CASSIE D. PALMER**

I, Cassie D. Palmer, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. Attached hereto as Exhibit A is a true and correct copy of a minute order issued on June 16, 2015, in United States v. Guillermo Francisco Alonzo, CR 2:15-009-DSF, C.D. Cal., Dkt. 46.

3. Attached hereto as Exhibit B is a true and correct copy of a minute order issued on October 12, 2016, in United States v. Luke Willis McDermon, CR 2:16-613-JAK, C.D. Cal., Dkt. 65.

4. Attached hereto as Exhibit C is a true and correct copy of a minute order issued on March 16, 2021, in United States v. Philip J. Layfield, CR 2:18-124-MWF, C.D. Cal., Dkt. 212.

5. Attached hereto as Exhibit D is a true and correct copy of a letter to the court submitted on behalf of the United States Attorney's Office for the Eastern District of New York on November 6, 2015, in United States v. Angelo Gigliotti, et al., CR 1:15-204-RJD-RER, E.D.N.Y., Dkt. 107.

6. Attached hereto as Exhibit E is a true and correct copy of a minute order issued on September 11, 2020, in United States v. Jerome Brown, CR 2:19-579-RGK, C.D. Cal., Dkt. 119.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in Los Angeles, California, on March 28, 2022.

_____
CASSIE D. PALMER