TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0627
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
               Veronica.Dragalin@usdoj.gov
               Melissa.Mills@usdoj.gov
               Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW-5,6 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| JOSE LUIS HUIZAR, et. al, | **[PROPOSED] TRIAL DATE:** |
| Defendants. | 6/14/2022 at 8:30 a.m. |

    The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and Related Deadlines and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by Plaintiff United States of America and defendants DAE YONG LEE and 940 HILL LLC. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; (iv) failure to grant the continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (v) a delay resulted from pretrial motions.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is set for **June 14, 2022, at 8:30 a.m.** The briefing and hearings schedule for motions and other pre-trial deadlines shall be:

| Event | Proposed Date |
|---|---|
| Exchange Joint MIL Motions | 04/11/2022 |
| Govt Witness List | 04/15/2022 |
| Govt Exhibit List & Exhibits | 04/15/2022 |
| Exchange Joint MIL Opposition | 04/25/2022 |
| Exchange Joint MIL Replies | 04/28/2022 |
| Joint MILs (filing) | 04/28/2022 |
| Conference re: Exhibit List | 04/29/2022 |
| Brady/Giglio | 04/29/2022 |
| Govt Jencks Statements | 04/29/2022 |
| Govt Charts & Summaries | 04/29/2022 |

| Event | Proposed Date |
|---|---|
| Final Transcripts & Translations | 04/29/2022 |
| Joint Pre-Trial Exhibit Stipulation | 05/16/2022 |
| **Hearing re: MIL** | **05/16/2022 OR 05/23/2022** |
| Government's Proposed Joint Statement of Case (draft to defense) | 05/25/2022 |
| Expert Offer of Proof | 05/31/2022 |
| Government's Proposed Jury Instructions (draft to defense) | 05/31/2022 |
| Joint Statement of Case | 06/01/2022 |
| Proposed Voir Dire | 06/02/2022 |
| **Pretrial Conference** | **06/03/2022** |
| Govt Trial Brief | 06/06/2022 |
| Jury Verdict Form | 06/06/2022 |
| Jury Instructions | 06/06/2022 |
| Defense Jencks Statements | 06/06/2022 |
| Defense Charts & Summaries | 06/06/2022 |
| Defense Witness List | 06/06/2022 |
| Defense Exhibit List | 06/06/2022 |

2.  The time period of May 24, 2022 to June 14, 2022, inclusive, as to defendants DAE YONG LEE and 940 HILL LLC, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), (h)(7)(B)(iv).

3.  The following time periods are excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) as to defendants LEE and 940 HILL, because they constitute delay resulting from a pretrial motion, from the filing of the motion through the prompt resolution of the motion:

    a.  The time period of August 9, 2021, to March 7, 2022, inclusive (date of the resolution of the motion to sever);

3

      b. The time period of September 7, 2021, to January 7, 2022, inclusive (date of the resolution of the motions to dismiss/strike).

4. Defendants DAE YONG LEE and 940 HILL LLC shall appear in Courtroom 7A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on June 14, 2022, at 8:30 a.m.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____        _____
DATE        HONORABLE JOHN F. WALTER
      UNITED STATES DISTRICT JUDGE

Presented by:

   /s/
_____
MELISSA MILLS
Assistant United States Attorney

4