# Exhibit 3

| | |
|---|---|
| **From:** | Terrence Jones |
| **To:** | Dragalin, Veronica (USACAC); Jenkins, Mack (USACAC) |
| **Subject:** | [EXTERNAL] George Esparza |
| **Date:** | Friday, March 11, 2022 9:43:28 AM |
| **Attachments:** | image003.png<br>ESPARZA --- Search Consent re Cell Phones [2.7.2019].pdf |

Counsel,

As you know, on November 7, 2018, federal law enforcement authorities executed a search warrant at the residence of my client, George Esparza.  As part of that search, agents seized various computing and digital devices from my client, including cell phones.  Subsequent thereto, as part of his ongoing cooperation with the government's investigation, my client voluntarily agreed to turn over additional cell phones to the FBI which were not seized at the time of the November 7 search and which the government may not have been unaware of.  I provided those three cell phones to FBI Special Agent Andy Civetti on November 27, 2018.

As we verbally discussed extensively amongst government and defense counsel prior to that handover, my client would agree to turn over the cell phones and consent to their search and seizure consistent with the parameters of the underlying warrant, and no more.  We then memorialized that consent in writing, which Mr. Esparza executed on February 7, 2019 (see attached).

Mr. Esparza does now, as he did in February 2019, assert his Fourth Amendment rights with respect to those three cell phones and his email accounts accessible therein; that is, Mr. Esparza does not now, as he did not then, consent to the search of those three cell phones and his email accounts beyond the scope of the search warrant parameters.  Mr. Esparza does not now, and did not then, consent to a blanket review of all the contents of those phones.

Please do not hesitate to contact me directly via phone or email should you wish to further discuss the foregoing.

Take care and be safe,
Terrence


**TERRENCE JONES**

Attorney at Law

The Law Office of Terrence Jones, APC
6737 Bright Avenue, Suite B6
Whittier, California 90601


213.863.4490 | Terrence@JonesOnLaw.com


www.JonesOnLaw.com


JONES LAW [cutout]

FD-26 (Rev. 7-20-94)

## DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

### CONSENT TO SEARCH

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

   (Describe the person(s), place(s), or thing(s) to be searched.)

   On November 27, 2018, my attorney, Terrance Jones, provided the following items to SA Andy Civetti. I provided my consent to the FBI to search the items.

   Redacted Apple iPhone 7 Plus, serial number: Redacted
   Apple iPhone 6s, serial number: 
   Apple iPhone 6, serial number: F

   

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

   Feb 7, 2019
   Date

   Signature

   Witness

This is to certify that on _____ at _____
Special Agents of the Federal Bureau of Investigation, U. S. Department of Justice, conducted a search of _____.
I certify that nothing was removed from my custody by Special Agents of the Federal Bureau of Investigation. U. S. Department of Justice.

(Signed) _____
George Esparta

Witnessed:

_____
Special Agent Andy Civetti
Federal Bureau of Investigation
U. S. Department of Justice

_____
Special Agent Tony Logan
Federal Bureau of Investigation
U. S. Department of Justice