# Exhibit 9

| | |
|---|---|
| **From:** | Alan Eisner |
| **To:** | Dragalin, Veronica (USACAC) |
| **Subject:** | [EXTERNAL] Redacted |
| **Date:** | Thursday, March 10, 2022 11:22:28 AM |

Hi Ms. Dragalin,

This email will confirm that I am still counsel for Businessperson A. It will further confirm that Redacted will formally assert his 4th Amendment rights with respect to all electronic devices (or hard drives obtained therefrom). To emphasize, Redacted does not want any information on his phone(s) or computer(s) disseminated to anyone at this time. Don't hesitate to contact me if you have any questions in this regard.
-Alan Eisner

**Alan Eisner | Eisner Gorin LLP | Certified Criminal Law Specialist**

Mailing address: 14401 Sylvan Street, Suite 112 | Van Nuys, CA 91401

(818)781-1570 | Fax: (818)781-5033

Century City office:

1999 Avenue of the Stars, 11th Floor | Century City, CA 90067

Email: alan@EGattorneys.com