**DECLARATION OF CASSIE D. PALMER**

I, Cassie D. Palmer, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California and am assigned to the prosecution of United States v. Jose Huizar, et al., No. CR 2:20-326-JFW. I make this declaration in support of the government's ex parte application for an order permitting disclosure of a grand jury materials.

2. I expect that the government may call at trial witnesses who testified before the grand jury during the investigation of this case. Such testimony constitutes a statement under the Jencks Act, 18 U.S.C. § 3500, which the government is required to provide to the defendant. The government also seeks permission to produce any grand jury exhibits relevant to the witnesses' testimony, because they provide necessary context for the witnesses' testimony.

3. I expect that the government will seek to admit copies of certain grand jury subpoenas at trial in order to allow defense counsel to adequately prepare for trial.

//
//

4. On or about April 4, 2022, I contacted counsel for all defendants who have appeared in this case – Jose Huizar ("Huizar"), Raymond She Wah Chan ("Chan"), Shen Zhen New World I, LLC ("SZNW"), Dae Yong Lee ("Lee"), and 940 Hill LLC ("940 Hill") -- and informed them that the government would be filing the present ex parte application and asked for their position on the ex parte nature of the application. Counsel for defendants Huizar, Chan, SZNW, and Lee/940 Hill informed me that they do not oppose the ex parte filing of this application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 5, 2022.

*/s/ Cassie D. Palmer*
CASSIE D. PALMER

2