```
 1  TRACY L. WILKISON
    United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    MACK E. JENKINS (Cal. Bar No. 242101)
 4  Assistant United States Attorney
    Chief, Public Corruption & Civil Rights Section
 5  VERONICA DRAGALIN (Cal. Bar No. 281370)
    MELISSA MILLS (Cal. Bar No. 248529)
 6  CASSIE D. PALMER (Cal. Bar No. 268383)
    Assistant United States Attorneys
 7  Public Corruption & Civil Rights Section
         1500 United States Courthouse
 8       312 North Spring Street
         Los Angeles, California 90012
 9       Telephone: (213) 894-2091/0647/0627/0363
         Facsimile: (213) 894-6436
10       E-mail:  Mack.Jenkins@usdoj.gov
                  Veronica.Dragalin@usdoj.gov
11                Melissa.Mills@usdoj.gov
                  Cassie.Palmer@usdoj.gov
12
    Attorneys for Plaintiff
13  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326-JFW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER ALLOWING DISCLOSURE OF GRAND JURY MATERIALS |
| v. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendants. | |

For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with copies of the grand jury testimony of witnesses whom the government may call at the upcoming trials in this matter, relevant grand jury exhibits, and certain grand jury subpoenas issued during the investigation of this case ("grand jury materials"). The purpose of

this order is to enable defendants to prepare their defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

IT IS FURTHER ORDERED that defense counsel shall not disclose such grand jury testimony to any other person or persons, except as necessary in preparation of the defense, without prior authorization from this Court, and that the copy of the grand jury materials provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

IT IS SO ORDERED.

_____         _____
DATE                                   HONORABLE JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Cassie D. Palmer*
_____
CASSIE D. PALMER
Assistant United States Attorney