TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section
VERONICA DRAGALIN (Cal. Bar No. 281370)
MELISSA MILLS (Cal. Bar No. 248529)
CASSIE D. PALMER (Cal. Bar No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0647/0627/0363
    Facsimile: (213) 894-6436
    E-mail:  Mack.Jenkins@usdoj.gov
            Veronica.Dragalin@usdoj.gov
            Melissa.Mills@usdoj.gov
            Cassie.Palmer@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326-JFW |
|---|---|
| Plaintiff, | ORDER ALLOWING DISCLOSURE OF GRAND JURY MATERIALS |
| v. | |
| JOSE LUIS HUIZAR, et al., | |
| Defendants. | |

    For good cause shown, IT IS HEREBY ORDERED that plaintiff, United States of America, may supply defense counsel of record with copies of the grand jury testimony of witnesses whom the government may call at the upcoming trials in this matter, relevant grand jury exhibits, and certain grand jury subpoenas issued during the investigation of this case ("grand jury materials"). The purpose of

this order is to enable defendants to prepare their defense and to permit compliance with the disclosure provisions of the Jencks Act, 18 U.S.C. § 3500.

IT IS FURTHER ORDERED that defense counsel shall not disclose such grand jury testimony to any other person or persons, except as necessary in preparation of the defense, without prior authorization from this Court, and that the copy of the grand jury materials provided to defense counsel (and any reproductions or copies made of the produced copy) shall be returned to the government at the conclusion of the proceedings in this case.

IT IS SO ORDERED.

April 5, 2022
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Cassie D. Palmer
CASSIE D. PALMER
Assistant United States Attorney