**DECLARATION OF CASSIE D. PALMER**

I, Cassie D. Palmer, declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California and am one of the attorneys for the United States assigned to the prosecution of <u>United States v. Jose Luis Huizar, et al.</u>, CR No. 2:20-326(A)-JFW. I make this declaration in support of the government's <u>ex parte</u> application for an order permitting disclosure of tax return and return information relating to defendant 940 HILL, LLC.

2. During the investigation in this case, the United States Attorney's Office for the Central District of California obtained copies of defendant 940 HILL LLC's tax returns and return information from the Internal Revenue Service for the years 2016 through 2019, inclusive ("940 HILL tax materials"), pursuant to 26 U.S.C. § 6103(i)(1) & (4). Defendant LEE was the designated partnership representative for 940 HILL for the tax returns.

3. To ensure compliance with the government's discovery obligations under Rule 16 of the Federal Rules of Criminal Procedure and <u>Brady v. Maryland</u>, 373 U.S. 83 (1963), the government seeks an order permitting disclosure of the 940 HILL tax materials to counsel for defendants LEE, 940 HILL, and HUIZAR.

4. Out of an abundance of caution, the government also seeks an order permitting disclosure of the 940 HILL tax materials to counsel for the other co-defendants in this case, to the extent the materials are requested by that defendant and the government determines the materials are discoverable as to that defendant.

5. On April 27, 2022, I emailed defense counsel for each of the defendants in this case and informed them that the government

would be filing the present ex parte application and asked for them for position on the ex parte nature of the application. As of May 2, 2022, all defense counsel had informed me that they do not oppose the ex parte nature of the application.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 2, 2022.

*/s/ Cassie D. Palmer*
CASSIE D. PALMER
Assistant United States Attorney