1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   MACK E. JENKINS (Cal. Bar No. 242101)
4  Assistant United States Attorney
   Chief, Public Corruption & Civil Rights Section
5  VERONICA DRAGALIN (Cal. Bar No. 281370)
   CASSIE D. PALMER (Cal Bar. No. 268383)
6  SUSAN S. HAR (Cal Bar. No. 301924)
   Assistant United States Attorneys
7  Public Corruption & Civil Rights Section
        1500 United States Courthouse
8       312 North Spring Street
        Los Angeles, California 90012
9       Telephone: (213) 894-2091/0647/0363/3289
        Facsimile: (213) 894-6436
10      E-mail:   Mack.Jenkins@usdoj.gov
                  Veronica.Dragalin@usdoj.gov
11                Cassie.Palmer@usdoj.gov
                  Susan.Har@usdoj.gov
12
   Attorneys for Plaintiff
13 UNITED STATES OF AMERICA

14

15                  UNITED STATES DISTRICT COURT

16              FOR THE CENTRAL DISTRICT OF CALIFORNIA

17  UNITED STATES OF AMERICA,          CR No. 2:20-326(A)-JFW

18          Plaintiff,                 [PROPOSED] ORDER PERMITTING
                                       DISCLOSURE OF TAX RETURNS AND
19              v.                     INFORMATION

20  JOSE LUIS HUIZAR, et. al,

21          Defendants.

22       The Court's having considered the Government's unopposed ex

23  parte application for an order permitting disclosure of tax return

24  and return information relating to defendant 940 HILL, LLC ("940

25  HILL tax materials"), and good cause appearing therefor, the Court

26  hereby ORDERS as follows:

27

28

1      1.   The government may produce copies of the 940 HILL tax

2 materials to counsel for defendants LEE, 940 HILL, and HUIZAR.

3      2. ` The government may produce copies of the 940 HILL tax

4 materials to counsel for any other defendant in the case, to the

5 extent that defendant requests the materials and the government

6 determines the materials are discoverable as to that defendant.

7      3.   The 940 HILL tax materials shall be designated as

8 "Sensitive Materials," pursuant to the Protective Order issued in

9 this case on August 3, 2020.  (See Dkt. 47.)

10      4.   The government and the defense may disclose the 940 HILL

11 tax materials in any court proceeding relating to this case,

12 including at the trial, subject to the provisions for filing and

13 publishing documents contained in the Protective Order and the Local

14 Criminal Rules for the Central District of California.

15      IT IS SO ORDERED.

16

17 _____          _____
    DATE                                  HONORABLE JOHN F. WALTER
18                                         UNITED STATES DISTRICT JUDGE

19 Presented by:

20   /s/
   _____
21 CASSIE D. PALMER
   Assistant United States Attorney

22

23

24

25

26

27

28