Ariel A. Neuman - State Bar No. 241594
   aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
   rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendant. | CASE NO. 20-CR-0326-JFW <br><br> **STIPULATION RE DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S POST-TRIAL MOTIONS FOR JUDGMENT OF ACQUITTAL (FED. R. CRIM. P. 29(c)) AND NEW TRIAL (FED. R. CRIM. P. 33)** <br><br> Filed Concurrently with [Proposed] Order <br><br> Assigned to Hon. John F. Walter |

Defendant Dae Yong Lee and 940 Hill, LLC, by and through their counsel of record, Ariel A. Neuman and Ray S. Seilie of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. and Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Veronica Dragalin, and Cassie D. Palmer, hereby STIPULATE as follows:

1.     The parties agree that the deadline for defendants to file a post-trial Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29(c) and/or a Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33(a) should be continued until after the Court hears argument on defendants' Motion for Judgment of Acquittal Before Submission to the Jury on July 15, 2022.

2.     The deadline for defendants to file a post-trial Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29(c) and/or a Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33(a) shall therefore be extended from July 11, 2022 to August 5, 2022.

3.     The government's oppositions to both post-trial motions shall be filed on or before September 2, 2022.

4.     Defendants' reply briefs in support of both motions shall be filed on or before September 9, 2022.

5.     The hearing on both of defendants' motions shall be held on September 19, 2022.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    **IT IS SO STIPULATED.**

2    DATED:  June 30, 2022                   Respectfully submitted,

3                                             Ariel A. Neuman
4                                             Ray S. Seilie
                                              Bird, Marella, Boxer, Wolpert, Nessim,
5                                             Drooks, Lincenberg & Rhow, P.C.

6

7

8                                             By:   _____/s/ Ariel A. Neuman_____
9                                                       Ariel A. Neuman
                                                  Attorneys for Defendants 940 Hill, LLC
10                                                and Dae Yong Lee

11   Dated: June 30, 2022                     TRACY L. WILKISON
                                              United States Attorney
12
                                              SCOTT M. GARRINGER
13                                            Assistant United States Attorney
                                              Chief, Criminal Division
14

15

16

17

18                                            By:   _____/s/ (with permission)_____
                                                  MACK E. JENKINS
19                                                VERONICA DRAGALIN
                                                  CASSIE D. PALMER
20                                                Assistant United States Attorneys

21                                                Attorneys for Plaintiff
                                                  UNITED STATES OF AMERICA
22

23

24

25

26

27

28

1

## **LOCAL RULE 5-4.3.4 ATTESTATION**

2      I attest and certify that all other signatories listed, and on whose behalf this

3   filing is submitted, concur with the filing's content and have authorized the filing.

4

5   DATED: June 29, 2022          By:      _/s/ Ariel A. Neuman_

6                                          Ariel A. Neuman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28