Ariel A. Neuman - State Bar No. 241594
  aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendant. | CASE NO. 20-CR-0326-JFW <br><br> **[PROPOSED] ORDER RE STIPULATION RE DEFENDANTS DAE YONG LEE AND 940 HILL, LLC'S POST-TRIAL MOTIONS FOR JUDGMENT OF ACQUITTAL (FED. R. CRIM. P. 29(c)) AND NEW TRIAL (FED. R. CRIM. P. 33)** <br><br> Assigned to Hon. John F. Walter |

Pursuant to the Stipulation between Defendants Dae Yong Lee and 940 Hill, LLC and Plaintiff United States of America, this Court hereby ORDERS as follows:

1. The deadline for defendants to file a post-trial Motion for Judgment of Acquittal Pursuant to Federal Rule of Criminal Procedure 29(c) and/or a Motion for New Trial Pursuant to Federal Rule of Criminal Procedure 33(a) shall be extended from July 11, 2022 to August 5, 2022.

2. The government's oppositions to both post-trial motions shall be filed on or before September 2, 2022.

3. Defendants' reply briefs in support of both motions shall be filed on or before September 9, 2022.

4. The hearing on both of defendants' motions shall be held on September 19, 2022.

**IT IS SO ORDERED.**

DATED:

Hon. John F. Walter
United States District Judge