Ariel A. Neuman - State Bar No. 241594
  aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendant. | CASE NO. 20-CR-0326-JFW <br><br> **[PROPOSED] ORDER RE STIPULATION TO CONTINUE SENTENCING HEARING DATE FOR DEFENDANTS DAE YONG LEE AND 940 HILL, LLC FROM SEPTEMBER 19, 2022 TO DECEMBER 5, 2022** <br><br> Assigned to Hon. John F. Walter |

3799475.1

Case No. 20-CR-0326-JFW

[PROPOSED] ORDER

| | |
|---|---|
| 1 | Pursuant to the Stipulation between Defendants Dae Yong Lee and 940 Hill, |
| 2 | LLC and Plaintiff United States of America, this Court hereby ORDERS that the |
| 3 | sentencing hearing for Defendants Dae Yong Lee and 940 Hill, LLC in this matter |
| 4 | shall be continued from September 19, 2022, to **December 5, 2022 at 8:00 a.m.** |
| 5 | |
| 6 | **IT IS SO ORDERED.** |
| 7 | |
| 8 | DATED: |

Hon. John F. Walter
United States District Judge