1  Richard M. Steingard (SBN 106374)
   *rsteingard@SteingardLaw.com*
2  LAW OFFICES OF RICHARD M. STEINGARD
   800 Wilshire Boulevard, Suite 1050
3  Los Angeles, California 90017
   Telephone:  (213) 260-9449
4  Facsimile:  (213) 260-9450

5  Attorney for Defendant
6  Shen Zhen New World I, LLC

7  [And on Behalf of Jose Huizar and Raymond Chan]

8

9              IN THE UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          Case No.: CR-20-326(A)-JFW

13              Plaintiff,             **[PROPOSED] ORDER RE:**
                                       **DEFENDANTS' MOTION TO**
14         v.                          **COMPEL DISCOVERY**

15  JOSE LUIS HUIZAR, ET AL.,

16              Defendants.

17

18

19

20       Having considered the pleadings and arguments, IT IS HEREBY

21  ORDERED that Defendants' Motion to Compel Discovery is GRANTED.  The

22  government is ordered to provide a detailed summary of conversations between

23  government counsel and Terrence Jones, George Esparza's attorney, in and about

24  March, 2020, regarding the parties' plea negotiations and draft factual bases.

25

26  DATED:  _____       _____

27                               HONORABLE JOHN F. WALTER
                                 United States District Court

28

                                   1