# Exhibit D




**Extraction Report** - Apple iPhone

## Participants



+16263748770
Ricky*

+15623055579

## Conversation - Instant Messages (15)

> +15623055579
> How's it going bro?
> **Status:** Sent
> **Delivered:** 5/15/2016 7:03:45 PM(UTC-7)
> **Read:** 5/15/2016 7:04:42 PM(UTC-7)
> 5/15/2016 7:03:43 PM(UTC-7)
>
> Source Extraction:
> File System

> +16263748770 Ricky
> 1.2m
> **Status:** Read
> **Read:** 5/15/2016 7:06:13 PM(UTC-7)
> 5/15/2016 7:05:56 PM(UTC-7)
>
> Source Extraction:
> File System

> +15623055579
> Up?
> **Status:** Sent
> **Delivered:** 5/15/2016 7:06:19 PM(UTC-7)
> **Read:** 5/15/2016 7:06:23 PM(UTC-7)
> 5/15/2016 7:06:19 PM(UTC-7)
>
> Source Extraction:
> File System

> +15623055579
> Down?
> **Status:** Sent
> **Delivered:** 5/15/2016 7:06:20 PM(UTC-7)
> **Read:** 5/15/2016 7:06:23 PM(UTC-7)
> 5/15/2016 7:06:20 PM(UTC-7)
>
> Source Extraction:
> File System

**+16263748770 Ricky**
Down
Status: Read
Read: 5/15/2016 7:06:33 PM(UTC-7)
5/15/2016 7:06:32 PM(UTC-7)

Source Extraction: File System

**+15623055579**
No refill lol
Status: Sent
Delivered: 5/15/2016 7:06:43 PM(UTC-7)
Read: 5/15/2016 7:08:38 PM(UTC-7)
5/15/2016 7:06:43 PM(UTC-7)

Source Extraction: File System

**+16263748770 Ricky**
We are coming down
Status: Read
Read: 5/15/2016 7:09:54 PM(UTC-7)
5/15/2016 7:08:54 PM(UTC-7)

Source Extraction: File System

**+15623055579**
Ok
Status: Sent
Delivered: 5/15/2016 7:09:58 PM(UTC-7)
Read: 5/15/2016 7:11:42 PM(UTC-7)
5/15/2016 7:09:56 PM(UTC-7)

Source Extraction: File System

**+16263748770 Ricky**
At villa
Status: Read
Read: 5/15/2016 7:23:42 PM(UTC-7)
5/15/2016 7:22:50 PM(UTC-7)

Source Extraction: File System

**+15623055579**
Is Jose with you
Status: Sent
Delivered: 5/15/2016 7:25:51 PM(UTC-7)
Read: 5/15/2016 7:25:56 PM(UTC-7)
5/15/2016 7:25:51 PM(UTC-7)

Source Extraction: File System

2

**+16263748770 Ricky**
No
Status: Read
Read: 5/15/2016 7:25:58 PM(UTC-7)
5/15/2016 7:25:58 PM(UTC-7)

Source Extraction: File System

**+15623055579**
He wants me to cash chips.
Status: Sent
Delivered: 5/15/2016 7:26:18 PM(UTC-7)
Read: 5/15/2016 7:26:23 PM(UTC-7)
5/15/2016 7:26:17 PM(UTC-7)

Source Extraction: File System

**+15623055579**
I can't stand this motherfuker
Status: Sent
Delivered: 5/15/2016 7:27:05 PM(UTC-7)
Read: 5/15/2016 7:28:05 PM(UTC-7)
5/15/2016 7:27:04 PM(UTC-7)

Source Extraction: File System

**+16263748770 Ricky**
Come up
Status: Read
Read: 5/15/2016 7:31:34 PM(UTC-7)
5/15/2016 7:29:19 PM(UTC-7)

Source Extraction: File System

**+15623055579**
Coming up
Status: Sent
Delivered: 5/15/2016 7:55:20 PM(UTC-7)
Read: 5/15/2016 8:10:01 PM(UTC-7)
5/15/2016 7:55:20 PM(UTC-7)

Source Extraction: File System