# Exhibit H





Casino_0364409



Casino_0364411



```
0-C
10,000. x
0.68 =
6,800. *
```

Casino_0364410