**Exhibit 1**



🏠 News > News

News | Media focus | Group journals | promotio

# New World Group purchased the second hotel in LA successfully ── Sheraton Universal

2011-01-12

 At 10:30 Am., Jan.5, 2011, local time of America, new owner handover ceremony andcelebration party of the famous Sheraton Universal in Los Angeles was held inthe hotel. Qiu Shaofang- Consul General of Consulate General of the PRC in LA,Vance Baugham- President of Los Angeles Long Beach World Trade Organization andChief representative of foreign investment and trade development of Los AngelesCounty, related officials of LA county and city, Huangwei-President of thegroup, and his wife, and Zheng Dawei-General Manager of the Group, attended theceremony; together with more than 200 other participants, including leaders ofindustry associations of hotel, convention and exhibition and tourism, peoplefrom the business circle, and medias like the Associated Press, NBC, ABC, andetc.. This is the second successful purchase of famous hotel in LA within 9months, following its purchase of Los Angeles Downtown hotel last March.

Sheraton UniversalLos Angeles has a history of 41 years. It has 20 floors and 451 guest rooms intotal. This hotel is famous for its luxury, the convenient transportation andits elegant environment; it is the first choice for southern Californians tostay for their holidays. In year 2007, local developer Love Enterprisespurchased this hotel at a high price of 122 million dollars. But since then itwas affected by the financial crisis and its business was bad. At the beginningof 2010, this developer loses the ownership of the hotel. At the end of April,2010, Sheraton Universal was listed for sale officially by Jones Lang LaSalle Hotels-a global hotel investment company. Our Group purchased the ownership of thishotel from Rim Hospitality (court trustee) through bidding. Sheraton Universalis near to the main tourist attractions of Los Angeles. Here, there are Hollywoodin Universal Studios and entertainment production center in San Fernando Valley.For example, Warner Bros. Pictures and Disney studios located in Burbank. 101highway and the red line subway links Sheraton Universal to Los AngelesDowntown.

==Huang wei,President of the Group said "the acquisition of Sheraton Universal strengthenour company's investment strategy on U.S. real estate, and perfect ourinvestment in Los Angeles. We believed that Los Angeles's real estate markethas great potential for development."==

"SheratonUniversal is an iconic building in Los Angeles and enjoys significanthistorical value. We believe that Sheraton Universal, with its location near tothe main entertainment industry area, will maintain its decisive position inservice industry. We planned to have strategic cooperation with domesticbusiness partners to expand the guest source of Sheraton Universal. "

At the handover ceremony, Huangwei, President of the Group took the golden keywhich represents the property right of the hotel from the U.S trustees.President Huangwei said that after taking the golden key, he felt the responsibilitybesides proud and joy. The Los Angeles county government and relatedassociations and organizations granted President Huangwei a certificate ofhonor.

⬅ Return

**Popular activities re**



上下一心，从我做起：

American University P

COPYRIGHT © 2010 GROUP ALL RIGHT RESERVED   SITE STATISTICS   Copyright © 2010 Group All Right Reserved Technical Suppost:Qizhisida Guangdong ICP prepare