**Exhibit 4**

**APPLICATIONS:**

# DEPARTMENT OF CITY PLANNING APPLICATION

---

*THIS BOX FOR CITY PLANNING STAFF USE ONLY*

**Case Number** _____

**Env. Case Number** _____

**Application Type** _____

**Case Filed With (Print Name)** _____  **Date Filed** _____

Application includes letter requesting:

☐ Waived hearing     ☐ Concurrent hearing     ☐ Hearing not be scheduled on a specific date (e.g. vacation hold)
                      Related Case Number

---

*Provide all information requested. Missing, incomplete or inconsistent information will cause delays.*
*All terms in this document are applicable to the singular as well as the plural forms of such terms.*
*Detailed filing instructions are found on form CP-7810*

1. **PROJECT LOCATION**

    Street Address[1] __333 East Universal Hollywood Drive, Universal City, CA 91608__   Unit/Space Number _____

    Legal Description[2] (Lot, Block, Tract) __FR B, P M 5569__

    Assessor Parcel Number __2424-044-021__     Total Lot Area __374,589 sf__

2. **PROJECT DESCRIPTION**

    Present Use __Hotel ( guestrooms)__

    Proposed Use __31-story hotel tower (see attached project description)__

    Project Name (if applicable) __Reimagine Sheraton Universal__

    Describe in detail the characteristics, scope and/or operation of the proposed project _____

    __The Project will consist of a construction of a 31-story hotel with 551 guest rooms, a ground floor__
    __restaurant, and a rooftop pool and lounge/bar. The Project is an addition to an existing hotel.__

    Additional information attached     ☐ YES     ☐ NO

    Complete and check all that apply:

    **Existing Site Conditions**

    ☐ Site is undeveloped or unimproved (i.e. vacant)          ☐ Site is located within 500 feet of a freeway or railroad

    ☐ Site has existing buildings (provide copies of building   ☐ Site is located within 500 feet of a sensitive use (e.g.
      permits)                                                    school, park)

---

[1] Street Addresses must include all addresses on the subject/application site (as identified in ZIMAS—http://zimas.lacity.org)
[2] Legal Description must include all contiguously owned properties (even if they are not a part of the proposed project site)

CP-7771.1 [revised 03/15/2018]                                                                    Page **1** of **8**

☐ Site is/was developed with use that could release hazardous materials on soil and/or groundwater (e.g. dry cleaning, gas station, auto repair, industrial)

☐ Site has special designation (e.g. National Historic Register, Survey LA)

**Proposed Project Information**

(Check all that apply or could apply)

☐ Demolition of existing buildings/structures

☐ Relocation of existing buildings/structures

☐ Interior tenant improvement

☐ Additions to existing buildings

☐ Grading

☐ Removal of any on-site tree

☐ Removal of any street tree

☐ New construction: 293,245 square feet

☐ Accessory use (fence, sign, wireless, carport, etc.)

☐ Exterior renovation or alteration

☐ Change of use and/or hours of operation

☐ Haul Route

☐ Uses or structures in public right-of-way

☐ Phased project

**Housing Component Information**

Number of Residential Units:     Existing  0   – Demolish(ed)[3]  0   + Adding  0   = Total  0

Number of Affordable Units[4]    Existing  0   – Demolish(ed)  0   + Adding  0   = Total  0

Number of Market Rate Units      Existing  0   – Demolish(ed)  0   + Adding  0   = Total  0

Mixed Use Projects, Amount of Non-Residential Floor Area:  N/A  square feet

**Public Right-of-Way Information**

Have you submitted the Planning Case Referral Form to BOE? (required)   ☐ YES   ☐ NO
Is your project required to dedicate land to the public right-of-way?   ☐ YES   ☐ NO
If so, what is/are your dedication requirement(s)?  N/A  ft.
If you have dedication requirements on multiple streets, please indicate:  N/A

3. **ACTION(S) REQUESTED**

Provide the Los Angeles Municipal Code (LAMC) Section that authorizes the request and (if applicable) the LAMC Section or the Specific Plan/Overlay Section from which relief is sought; follow with a description of the requested action.

Does the project include Multiple Approval Requests per LAMC 12.36?   ☐ YES   ☐ NO

**Authorizing Code Section** _____
**Code Section from which relief is requested (if any):** _____
**Action Requested, Narrative:** (See Attached) _____

_____

**Authorizing Code Section** _____
**Code Section from which relief is requested (if any):** _____
**Action Requested, Narrative:** _____

_____

Additional Requests Attached     ☐ YES     ☐ NO

---

[3] Number of units to be demolished and/or which have been demolished within the last five (5) years.
[4] As determined by the Housing and Community Investment Department

CP-7771.1 [revised 03/15/2018]                                                    Page **2** of **8**

4. **RELATED DEPARTMENT OF CITY PLANNING CASES**
   Are there previous or pending cases/decisions/environmental clearances on the <u>project site</u>?   ☐ YES   ☐ NO
   If YES, list all case number(s) _____
   _____

   If the <u>application/project</u> is directly related to one of the above cases, list the pertinent case numbers below and complete/check all that apply (provide copy).

   Case No. _____   Ordinance No.: _____

   ☐ Condition compliance review          ☐ Clarification of Q (Qualified) classification
   ☐ Modification of conditions           ☐ Clarification of D (Development Limitations) classification
   ☐ Revision of approved plans           ☐ Amendment to T (Tentative) classification
   ☐ Renewal of entitlement
   ☐ Plan Approval subsequent to Master Conditional Use

   For purposes of environmental (CEQA) analysis, is there intent to develop a larger project?   ☐ YES   ☐ NO
   Have you filed, or is there intent to file, a Subdivision with this project?   ☐ YES   ☐ NO
   If YES, to either of the above, describe the other parts of the projects or the larger project below, whether or not currently filed with the City:  N/A
   _____

5. **RELATED DOCUMENTS / REFERRALS**
   To help assigned staff coordinate with other Departments that may have a role in the proposed project, please provide a copy of any applicable form and reference number if known.
   a. Specialized Requirement Form _____
   b. Geographic Project Planning Referral  See attached
   c. Citywide Urban Design Guidelines Checklist  See attached
   d. Affordable Housing Referral Form  N/A
   e. Mello Form  N/A
   f. Unpermitted Dwelling Unit (UDU) Inter-Agency Referral Form  N/A
   g. HPOZ Authorization Form  N/A
   h. Management Team Authorization _____
   i. Expedite Fee Agreement       N/A
   j. Department of Transportation (DOT) Referral Form  Deferred submittal
   k. Bureau of Engineering (BOE) Planning Case Referral Form (PCRF)  N/A
   l. Order to Comply  N/A
   m. Building Permits and Certificates of Occupancy  See attached
   n. Hillside Referral Form  N/A
   o. Low Impact Development (LID) Referral Form (Storm water Mitigation)  See attached
   p  Proof of Filing with the Housing and Community Investment Department  N/A
   q. Are there any recorded Covenants, affidavits or easements on this property?   ☐ YES (provide copy)   ☐ NO

**PROJECT TEAM INFORMATION** (Complete all applicable fields)

Applicant[5] name  Virginia Clark
Company/Firm  Shen Zhen New World II, LLC
Address:  333 S. Figueroa St.                                            Unit/Space Number _____
City  Los Angeles                     State CA            Zip Code: 90071
Telephone  (213) 617-6057                   E-mail: Virginia.Clark@sznw-usa.com
Are you in escrow to purchase the subject property?    ☐ YES    ☐ NO


**Property Owner of Record**    ☐ Same as applicant    ☐ Different from applicant
Name (if different from applicant)  _____
Address  _____ Unit/Space Number _____
City  _____ State _____ Zip Code: _____
Telephone  _____ E-mail: _____


**Agent/Representative name**  Paul Garry
Company/Firm  Psomas
Address:  555 S. Flower Street                                      Unit/Space Number 4300
City  Los Angeles                     State CA            Zip: 90071
Telephone  (213) 223-1451               E-mail: paul.garry@psomas.com


**Other** (Specify Architect, Engineer, CEQA Consultant etc.)  _____
Name  _____
Company/Firm  _____
Address:  _____ Unit/Space Number _____
City  _____ State _____ Zip Code: _____
Telephone  _____ E-mail: _____


**Primary Contact for Project Information**   ☐ Owner         ☐ Applicant
*(select only one)*                            ☐ Agent/Representative   ☐ Other
                                                                _____

To ensure notification of any public hearing as well as decisions on the project, make sure to include an individual mailing label for each member of the project team in both the Property Owners List, and the Abutting Property Owners List.

---

[5] An applicant is a person with a lasting interest in the completed project such as the property owner or a lessee/user of a project. An applicant is not someone filing the case on behalf of a client (i.e. usually not the agent/representative).

CP-7771.1  [revised 03/15/2018]                                           Page **4** of **8**

| PROPERTY OWNER |
|---|

7. **PROPERTY OWNER AFFIDAVIT.** Before the application can be accepted, the owner of each property involved must provide a notarized signature to verify the application is being filed with their knowledge. Staff will confirm ownership based on the records of the City Engineer or County Assessor. In the case of partnerships, corporations, LLCs or trusts the agent for service of process or an officer of the ownership entity so authorized may sign as stipulated below.

- **Ownership Disclosure.** If the property is owned by a partnership, corporation, LLC or trust, a disclosure identifying the agent for service or process or an officer of the ownership entity must be submitted. The disclosure must list the names and addresses of the principal owners (25% interest or greater). The signatory must appear in this list of names. A letter of authorization, as described below, may be submitted provided the signatory of the letter is included in the Ownership Disclosure. Include a copy of the current partnership agreement, corporate articles, or trust document as applicable.

- **Letter of Authorization (LOA).** A LOA from a property owner granting someone else permission to sign the application form may be provided if the property is owned by a partnership, corporation, LLC or trust or in rare circumstances when an individual property owner is unable to sign the application form. To be considered for acceptance, the LOA must indicate the name of the person being authorized the file, their relationship to the owner or project, the site address, a general description of the type of application being filed and must also include the language in items A-D below. In the case of partnerships, corporations, LLCs or trusts the LOA must be signed and notarized by the authorized signatory as shown on the Ownership Disclosure or in the case of private ownership by the property owner. Proof of Ownership for the signatory of the LOA must be submitted with said letter.

- **Grant Deed.** Provide a Copy of the Grant Deed If the ownership of the property does not match City Records <u>and/or</u> if the application is for a Coastal Development Permit. The Deed must correspond <u>exactly</u> with the ownership listed on the application.

- **Multiple Owners.** If the property is owned by more than one individual (e.g. John and Jane Doe or Mary Smith and Mark Jones) notarized signatures are required of all owners.

a. I hereby certify that I am the owner of record of the herein previously described property located in the City of Los Angeles which is involved in this application or have been empowered to sign as the owner on behalf of a partnership, corporation, LLC or trust as evidenced by the documents attached hereto.

b. I hereby consent to the filing of this application on my property for processing by the Department of City Planning.

c. I understand if the application is approved, as a part of the process the City will apply conditions of approval which may be my responsibility to satisfy including, but not limited to, recording the decision and all conditions in the County Deed Records for the property.

d. By my signature below, I declare under penalty of perjury under the laws of the State of California that the foregoing statements are true and correct.

*Property Owner's signatures must be signed/notarized in the presence of a Notary Public. The City requires an original signature from the property owner with the "wet" notary stamp. A Notary Acknowledgement is available for your convenience on following page.*

Signature _V Clark_ Date _6/7/18_

Print Name _Virginia Clark_

Signature _____ Date _____

Print Name _____

CP-7771.1 [revised 03/15/2018]                             Page **5** of **8**

Space Below For Notary's Use

---

California All-Purpose Acknowledgement                                   Civil Code ' 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __Los Angeles__

On __6/7/18__ before me, __Renee DeLoza Notary Public__
(Insert Name of Notary Public and Title)

personally appeared __Virginia Huang Clark, COO__, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf on which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

__Renee DeLoza__            (Seal)
Signature

> RENEE DELOZA
> Notary Public – California
> Los Angeles County
> Commission # 2213622
> My Comm. Expires Sep 10, 2021

CP-7771.1 [revised 03/15/2018]                                          Page 6 of 8

**APPLICANT**

8. **APPLICANT DECLARATION.** A separate signature from the applicant, whether they are the property owner or not, attesting to the following, is required before the application can be accepted.

   a. I hereby certify that the information provided in this application, including plans and other attachments, is accurate and correct to the best of my knowledge. Furthermore, should the stated information be found false or insufficient to fulfill the requirements of the Department of City Planning, I agree to revise the information as appropriate.

   b. I hereby certify that I have fully informed the City of the nature of the project for purposes of the California Environmental Quality Act (CEQA) and have not submitted this application with the intention of segmenting a larger project in violation of CEQA. I understand that should the City determine that the project is part of a larger project for purposes of CEQA, the City may revoke any approvals and/or stay any subsequent entitlements or permits (including certificates of occupancy) until a full and complete CEQA analysis is reviewed and appropriate CEQA clearance is adopted or certified.

   c. I understand that the environmental review associated with this application is preliminary, and that after further evaluation, additional reports, studies, applications and/or fees may be required.

   d. I understand and agree that any report, study, map or other information submitted to the City in furtherance of this application will be treated by the City as public records which may be reviewed by any person and if requested, that a copy will be provided by the City to any person upon the payment of its direct costs of duplication.

   e. I understand that the burden of proof to substantiate the request is the responsibility of the applicant. Additionally, I understand that planning staff are not permitted to assist the applicant or opponents of the project in preparing arguments for or against a request.

   f. I understand that there is no guarantee, expressed or implied, that any permit or application will be granted. I understand that each matter must be carefully evaluated and that the resulting recommendation or decision may be contrary to a position taken or implied in any preliminary discussions.

   g. I understand that if this application is denied, there is no refund of fees paid.

   i. I understand and agree to defend, indemnify, and hold harmless, the City, its officers, agents, employees, and volunteers (collectively "City), from any and all legal actions, claims, or proceedings (including administrative or alternative dispute resolution (collectively "actions"), arising out of any City process or approval prompted by this Action, either in whole or in part. Such actions include but are not limited to: actions to attack, set aside, void, or otherwise modify, an entitlement approval, environmental review, or subsequent permit decision; actions for personal or property damage; actions based on an allegation of an unlawful pattern and practice; inverse condemnation actions; and civil rights or an action based on the protected status of the petitioner or claimant under state or federal law (e.g. ADA or Unruh Act). I understand and agree to reimburse the City for any and all costs incurred in defense of such actions. This includes, but it not limited to, the payment of all court costs and attorneys' fees, all judgments or awards, damages, and settlement costs. The indemnity language in this paragraph is intended to be interpreted to the broadest extent permitted by law and shall be in addition to any other indemnification language agreed to by the applicant.

   i. By my signature below, I declare under penalty of perjury, under the laws of the State of California, that all statements contained in this application and any accompanying documents are true and correct, with full knowledge that all statements made in this application are subject to investigation and that any false or dishonest answer to any question may be grounds for denial or subsequent revocation of license or permit.

The City requires an original signature from the applicant. The applicant's signature below does not need to be notarized.

Signature: _[signed]_   Date: 6/7/18

Print Name: Virginia Clark

CP-7771.1 [revised 03/15/2018]                                                                 Page 7 of 8

## OPTIONAL
## NEIGHBORHOOD CONTACT SHEET

9. **SIGNATURES** of adjoining or neighboring property owners in support of the request are <u>not required</u> but are helpful, especially for projects in single-family residential areas. Signatures may be provided below (attach additional sheets if necessary).

| NAME (PRINT) | SIGNATURE | ADDRESS | KEY # ON MAP |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**REVIEW** of the project by the applicable Neighborhood Council is <u>not required</u>, but is helpful. If applicable, describe, below or separately, any contact you have had with the Neighborhood Council or other community groups, business associations and/or officials in the area surrounding the project site (attach additional sheets if necessary).

CP-7771.1 [revised 03/15/2018]　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 8 of 8

CITY PLANNING APPLICATION FORM ATTACHMENT

333 East Universal Hollywood Drive, Universal City, CA 91608

2. PROJECT DESCRIPTION

The Project consists of a 30-story hotel addition with 551 guest rooms to the Sheraton Universal Hotel. The new hotel tower will also include 6,401 square feet of restaurant/lounge space, and 1,922 square feet of hotel amenities.

3. ACTION(S) REQUESTED

Authorizing section: __12.32-F & Q.__
Section from which relief is requested (if any): __N/A__
Action Requested, Narrative: Vesting Zone Change for the Property from C2-1, PB-1, and RE15-1-H to C2-1

Authorizing Code Section: __16.05__
Section from which relief is requested (if any): __N/A__
Action Requested, Narrative: Site Plan Review for a development that results in an increase of 551 hotel guest rooms.

Authorizing section: __12.24-U.14__
Section from which relief is requested (if any): __N/A__
Action Requested, Narrative: Conditional Use for a "Major" development project that creates or results in 250 or more hotel guest rooms in the C2 zone (551 hotel guest rooms proposed).

Authorizing section: __12.24 W.1__
Section from which relief is requested (if any): __N/A__
Action Requested, Narrative: Conditional Use Permit for on-site sale and consumption of alcohol at a hotel with the lounge and restaurant areas.