**Exhibit 5**



**DEPARTMENT OF BUILDING AND SAFETY**

```
LA Department of Building and Safety
LA NELI 101125685  6/13/2018 10:59:27 AM

PLAN & LAND USE                        $49,682.40
DEV SERV CENTER SURCH-PLANNING $1,242.06

                       Sub Total:      $50,924.46
Receipt #: 0101902572
```



**DEPARTMENT OF BUILDING AND SAFETY**

```
LA Department of Building and Safety
LA NELI 101125685  6/13/2018 10:59:27 AM

Receipt #: 0101902572              $50,924.46
                       Total:      $50,924.46
                       Check      $37,394.46
                       Check      $13,530.00
```

Office: Downtown
**Return to Planning Copy**
Application Invoice No: 47084

City of Los Angeles
Department of City Planning





Scan this QR Code® with a barcode reading app on your Smartphone. Bookmark page for future reference.

## City Planning Request

NOTICE: The staff of the Planning Department will analyze your request and accord the same full and impartial consideration to your application, regardless of whether or not you obtain the services of anyone to represent you.

This filing fee is required by Chapter 1, Article 9, L.A.M.C.

| Applicant: SHEN ZHEN NEW WORLD - CLARK, VIRGINIA ( B:213-6176057 ) |
|---|
| Representative: PSOMAS - GARRY, PAUL ( B:213-2231451 ) |
| Project Address: 333 E UNIVERSAL HOLLYWOOD DR, 91608 |

**NOTES:**

### CPC-2018-3389-VZCJ-CU-CUB-SPR

| Item | Fee | % | Charged Fee |
|---|---|---|---|
| Zone Change-With New Construnction (Section 12.32) * | $20,229.00 | 100% | $20,229.00 |
| Conditional Use by APC or CPC (each) * | $12,633.00 | 50% | $6,316.50 |
| Conditional Use by ZA (Alcohol [on or off-site sales], Entertainment [dance halls, hostess dance halls, massage parlors]) * | $6,412.00 | 25% | $1,603.00 |
| Site Plan Review (All Other) * | $9,014.00 | 25% | $2,253.50 |
| | | Case Total | $30,402.00 |

### ENV-2018-3390-EIR

| Item | Fee | % | Charged Fee |
|---|---|---|---|
| EIR Initial Deposit * | $11,000.00 | 100% | $11,000.00 |
| | | Case Total | $11,000.00 |

| Item | Charged Fee |
|---|---|
| *Fees Subject to Surcharges | $41,402.00 |
| Fees Not Subject to Surcharges | $0.00 |
| Plan & Land Use Fees Total | $41,402.00 |
| Expediting Fee | $0.00 |
| Development Services Center Surcharge (3%) | $1,242.06 |
| City Planning Systems Development Surcharge (6%) | $2,484.12 |
| Operating Surcharge (7%) | $2,898.14 |
| General Plan Maintenance Surcharge (7%) | $2,898.14 |
| Grand Total | $50,924.46 |
| Total Invoice | $50,924.46 |
| Total Overpayment Amount | $0.00 |
| Total Paid (this amount must equal the sum of all checks) | $50,924.46 |

Council District:
Plan Area: Sherman Oaks - Studio City - Toluca Lake - Cahuenga Pass
Processed by PEREZ, YOVANA on 06/13/2018

Signature: _____

Printed by PEREZ, YOVANA on 06/13/2018. Invoice No: 47084. Page 1 of 1    QR Code is a registered trademark of Denso Wave, Incorporated

| Shenzhen New World II LLC | | | City of Los Angeles | | 002902 |
|---|---|---|---|---|---|
| Date | Invoice No. | Invoice Date | Description | | Amount |
| 6/11/2018 | RCS2018-06-001 | 6/5/2018 | Planning Entitlements Case Filling | | 37,394.46 |

| Check Date | 6/11/2018 | Check Number | 002902 | Total | 37,394.46 |
|---|---|---|---|---|---|

| Shenzhen New World II LLC | | | City of Los Angeles | | 002902 |
|---|---|---|---|---|---|
| Date | Invoice No. | Invoice Date | Description | | Amount |
| 6/11/2018 | RCS2018-06-001 | 6/5/2018 | Planning Entitlements Case Filling | | 37,394.46 |

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Casino_0824677

| Check Date | 6/11/2018 | Check Number | 002901 | Total | 13,530.00 |

Shenzhen New World II LLC    City of Los Angeles    002901

| Date | Invoice No. | Invoice Date | Description | Amount |
|---|---|---|---|---|
| 6/8/2018 | RCS2018-06-001 | 6/5/2018 | Environmental Review | 13,530.00 |

| Check Date | 6/11/2018 | Check Number | 002901 | Total | 13,530.00 |

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials
*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*
Casino_0824678