**Exhibit 8**



# REIMAGINE SHERATON UNIVERSAL

333 E. UNIVERSAL HOLLYWOOD DR.
UNIVERSAL CITY, CA 91608

## PROJECT INFORMATION

DESCRIPTION:
370' HIGH 30-STORY TYPE I-B (SPRINKLERED) S31 ROOM HOTEL TOWER (R-1) OVER 3 STORY ENTRY LOBBY/RESTAURANT AND 3 STORY SUBTERRANEAN PARKING STRUCTURE INCLUDING LOADING ZONE.

ADDRESS:
333 E. UNIVERSAL HOLLYWOOD DR.
UNIVERSAL CITY, CA 91608

ASSESSOR PARCEL NO (APN):
2424-044-023

EXISTING PROPERTY STATUS:
- 3 STORY SUBTERRANEAN PARKING STRUCTURE TO BE DEMOLISHED AND REBUILT
- 3-STORY, TYPE I-A, PARKING STRUCTURE TO REMAIN
- 18-STORY 461 ROOM HOTEL TOWER OVER 3 STORY PODIUM WITH BALLROOMS/MEETING ROOMS TO REMAIN
- 3 STORY COURTYARD GUESTROOM WING TO REMAIN

PLANNING JURISDICTION:
CITY OF LOS ANGELES

EXISTING ZONING:
C2-1 / PB-1 / RE13-1H

PROPOSED ZONING:
C2-1

OCCUPANCY GROUP:
R-1, A-3

ZONING INFORMATION:
D-1443 TRANSIT PRIORITY AREA IN THE CITY OF LOS ANGELES
D-1417 FREEWAY ADJACENT ADVISORY NOTICE FOR SENSITIVE USES
ZI-1191

ESTIMATED DIRT EXCAVATION
EXISTING BASEMENT AREA:
33,997 SF
NEW BASEMENT AREA:
53,154 SF
ESTIMATED EXCAVATION VOLUME:
(53,154-33,997) x (15+3) = 380,140 CUBIC FT
380,140 CUBIC FT = 14,264 CUBIC YARD

## FLOOR AREA SUMMARY

EXISTING HOTEL FLOOR AREA

| | | | |
|---|---|---|---|
| 18TH FLOOR | 7,786 SF | BALLROOM/LOUNGE | |
| 14TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 16TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 17TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 16TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 15TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 14TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 13TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 12TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 11TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 10TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 9TH FLOOR | 9,051 SF | GUESTROOMS/LOUNGE | |
| 8TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 7TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 6TH FLOOR | 8,982.5 SF | GUESTROOMS | |
| 5TH FLOOR | 9,053.5 SF | GUESTROOMS | |
| 4TH FLOOR | 9,053.5 SF | GUESTROOMS | |
| 3RD FLOOR | 36,701 SF | LOBBY LOUNGE/GUESTROOMS | |
| 2ND FLOOR | 83,998 SF | GUESTROOMS | |
| GROUND FLOOR | 35,958 SF | BALLROOM MEETING ROOM/ RESTAURANT/LOUNGE | |
| BASEMENT FLOOR | 5,309 SF | OFFICE/EMPLOYEE DINING | |

| | | |
|---|---|---|
| EXISTING HOTEL TOTAL AREA: | 383,096.5 SF | |
| TOTAL AREA: | 536,341.5 SF | |

TOTAL COMMERCIAL AREA/ALCOHOL SERVING AREA

| NAME | AREA (SF) | LOCATION |
|---|---|---|
| RESTAURANT | 5,330 | GROUND LEVEL |
| BAR LOUNGE | 1,071 | ROOF LEVEL |

| | |
|---|---|
| TOTAL | 6,401 SF |

TOTAL HOTEL AMENITIES

| NAME | AREA (SF) | LOCATION |
|---|---|---|
| HOTEL LOBBY | 1,902 | GROUND LEVEL |

| | |
|---|---|
| TOTAL | 1,902 SF |

## FAR SUMMARY

TOTAL PARCEL AREA
374,589 SF

FAR
1.5 : 1

TOTAL ALLOWABLE FAR
561,883.5 SF

TOTAL EXISTING FAR
383,096.5 SF

TOTAL AVAILABLE FAR
298,787 SF

TOTAL PROPOSED FAR
393,245 SF

## LOT COVERAGE

BUILDING FOOTPRINT

| | W/ BASEMENT | ABOVE GROUND |
|---|---|---|
| EXISTING | 38% | 37% |
| NEW TOWER | 14% | 6% |
| TOTAL | 40% | 33% |

PAVING/HARDSCAPE
24%

LANDSCAPE
43%

## DEVELOPMENT STANDARD

| | REQUIRED |
|---|---|
| FRONT YARD SETBACK | NONE |
| SIDE YARD SETBACK | NONE |
| BACK YARD SETBACK | NONE |
| MAXIMUM BUILDING HT. PER ZONING | N/A |

PROPOSED HOTEL FLOOR AREA

| | | | |
|---|---|---|---|
| ROOF | 1,398 SF | KITCHEN/CIRCULATION | |
| 30TH FLOOR | 9,331 SF | GUESTROOM | |
| 29TH FLOOR | 9,331 SF | GUESTROOM | |
| 28TH FLOOR | 9,331 SF | GUESTROOM | |
| 27TH FLOOR | 9,331 SF | GUESTROOM | |
| 26TH FLOOR | 9,331 SF | GUESTROOM | |
| 25TH FLOOR | 9,331 SF | GUESTROOM | |
| 24TH FLOOR | 9,331 SF | GUESTROOM | |
| 23RD FLOOR | 9,331 SF | GUESTROOM | |
| 22ND FLOOR | 9,331 SF | GUESTROOM | |
| 21ST FLOOR | 9,331 SF | GUESTROOM | |
| 20TH FLOOR | 9,331 SF | GUESTROOM | |
| 19TH FLOOR | 9,331 SF | GUESTROOM | |
| 18TH FLOOR | 9,331 SF | GUESTROOM | |
| 17TH FLOOR | 9,331 SF | GUESTROOM | |
| 16TH FLOOR | 9,331 SF | GUESTROOM | |
| 15TH FLOOR | 9,331 SF | GUESTROOM | |
| 14TH FLOOR | 9,331 SF | GUESTROOM | |
| 13TH FLOOR | 9,331 SF | GUESTROOM | |
| 12TH FLOOR | 9,331 SF | GUESTROOM | |
| 11TH FLOOR | 9,331 SF | GUESTROOM | |
| 10TH FLOOR | 9,331 SF | GUESTROOM | |
| 9TH FLOOR | 9,331 SF | GUESTROOM | |
| 8TH FLOOR | 9,331 SF | GUESTROOM | |
| 7TH FLOOR | 9,331 SF | GUESTROOM | |
| 6TH FLOOR | 9,331 SF | GUESTROOM | |
| 5TH FLOOR | 9,331 SF | GUESTROOM | |
| 4TH FLOOR | 9,331 SF | GUESTROOM | |
| 3RD FLOOR | 9,331 SF | GUESTROOM | |
| 2ND FLOOR | 12,565 SF | LOBBY LOUNGE/ RESTAURANT | |
| GROUND FLOOR | 13,565 SF | LOBBY LOUNGE/ RESTAURANT | |
| BASEMENT FLOOR | 3,896 SF | KITCHEN | |

| | | |
|---|---|---|
| NEW HOTEL TOTAL AREA: | 393,245 SF | |

## PARKING SUMMARY

EXISTING 3-STORY, TYPE I-A, 135' X 376' PARKING STRUCTURE. F-1/P OCCUPANCY. 375 STANDARD AND 86 COMPACT SPACES IN STRUCTURE, PER CERTIFICATE OF OCCUPANCY FROM CITY OF LOS ANGELES.
ONE SUBT SURFACE LOT WITH 14 STANDARD SPACES.
NEW TOWER BASEMENT PROVIDES 4 SURFACE PARKING SPACES.

AUTO PARKING
REQUIRED AUTO PARKING

| | | SUBTOTAL | TOTAL |
|---|---|---|---|
| 461 EXISTING GUESTROOMS AND BALLROOM | (PER CofO) | 295 | 295 |
| | FIRST 30, 1 per 1 | 30 | |
| 531 NEW GUESTROOMS | SECOND 30, 1 per 2 | 15 | |
| | REMAINDER, 1 per 3 | 163 | |
| 6,401 SF NEW RESTAURANT | 1 per 100 SF | 64 | 272 |

| | | | |
|---|---|---|---|
| TOTAL | | | 567 |
| REQUIRED ACCESSIBLE PARKING (VAN) | | | 10 (3) |

PROVIDED AUTO PARKING
EXISTING

| | |
|---|---|
| EXISTING GARAGE | 461 SPACES (86 COMPACT) |
| EXISTING WEST SURFACE LOT | 14 (3 COMPACT) |
| NEW | |
| PORTE COCHERE PARKING | 0 |
| NEW TOWER BASEMENT | 18 SPACES (3 COMPACT) |

| | |
|---|---|
| TOTAL PROVIDED | 168 SPACES (132 COMPACT) |

EV & ACCESSIBLE (NEW TOWER BASEMENT)

| | |
|---|---|
| EV (CLEAN AIR/VANPOOL | 0 |
| EVCS (VAN EVCS/NOT COUNTED) | 0 (3) |
| ACCESSIBLE SPACES | 3 |

| | |
|---|---|
| TOTAL | 9 |

BICYCLE PARKING
REQUIRED BICYCLE PARKING NEW HOTEL

HOTEL GUESTROOMS

| | SHORT TERM | | LONG TERM | |
|---|---|---|---|---|
| | 1 PER 10 UNITS | 55 | 1 PER 10 UNIT | 55 |
| 531 UNITS | TOTAL SPACES | 55 | TOTAL SPACES | 55 |

COMMERCIAL FUNCTIONS

| AREA (SF) | FUNCTION | LOCATION | SHORT TERM | LONG TERM |
|---|---|---|---|---|
| 5,330 | RESTAURANT | GROUND LEVEL | 1 PER 2,000 SF (MIN. 2) | 2.70 (3) |
| 1,071 | BAR LOUNGE | ROOF LEVEL | 2.70 (3) | 0.50 (2) |

| | | | | |
|---|---|---|---|---|
| 6,401 | TOTAL SF | TOTAL SPACES | 5 | 5 |

SUBTOTAL

| | SHORT TERM | LONG TERM |
|---|---|---|
| TOTAL REQUIRED SPACES | 60 | 60 |

PROVIDED BICYCLE PARKING NEW HOTEL

| TYPE | LOCATION | SPACES |
|---|---|---|
| SHORT TERM | B1 LEVEL | 60 |
| LONG TERM | B1 LEVEL | 60 |

## SHEET INDEX

GENERAL

| | |
|---|---|
| G0.1 | GENERAL INFORMATION |

SURVEY

| | |
|---|---|
| L1.1 | LANDSCAPE CONCEPT PLAN |

ARCHITECTURAL

| | |
|---|---|
| A0.1 | EXISTING HOTEL FLOOR AREA DIAGRAM |
| A0.2 | PROPOSED NEW HOTEL FLOOR AREA DIAGRAM |
| A0.3 | VIEW STUDY DIAGRAM |
| A0.4 | VIEW STUDY DIAGRAM |
| A0.5 | VIEW STUDY DIAGRAM |
| A0.6 | SITE TRANSIT DIAGRAM |
| A1.0 | OVERALL SITE PLAN |
| A1.1 | SITE PLAN |
| A2.0 | FLOOR PLAN, PARTIAL BASEMENT |
| A2.00 | FLOOR PLAN, BASEMENT |
| A2.1 | FLOOR PLAN, GROUND FLOOR |
| A2.2 | FLOOR PLAN, SECOND FLOOR |
| A2.3 | FLOOR PLAN, TYPICAL FLOOR & ROOF |
| A3.0 | BUILDING SECTION, TRANSVERSE |
| A3.1 | BUILDING SECTION, LONGITUDINAL |
| A4.0 | BUILDING ELEVATION |
| A4.1 | BUILDING ELEVATION |
| A5.0 | 3D VIEWS |
| A5.1 | 3D VIEWS |
| A5.2 | 3D VIEWS |
| A5.3 | NEIGHBORHOOD VIEWS |
| A5.4 | NEIGHBORHOOD VIEWS W/ SHEVIN |
| A5.5 | 3D AERIAL VIEW FROM ADJACENT SITE |
| A5.6 | 3D VIEW FROM UNIVERSAL HOLLYWOOD DR. |
| A5.7 | 3D VIEW FROM UNIVERSAL HOLLYWOOD DR. |

## ABBREVIATIONS

| | |
|---|---|
| ABV. | ABOVE |
| ADD. | ADDITIONAL |
| ADJ. | ADJACENT |
| BLDG. | BUILDING |
| C. | COMPACT |
| CL. | CENTER LINE |
| CONC. | CONCRETE |
| DIM. | DIMENSION |
| DN. | DOWN |
| EA. | EACH |
| EL. | ELEVATION |
| EQ. | EQUAL |
| EV. | ELECTRICAL VEHICLE |
| EVCS. | ELECTRICAL VEHICLE CHARGING SPACE |
| EXT. | EXTERIOR |
| (E) | EXISTING |
| F.E. | FINISH ELEVATION |
| HT. | HEIGHT |
| INFO. | INFORMATION |
| INT. | INTERIOR |
| N. | NORTH |
| (N) | NEW |
| TYP. | TYPICAL |
| T.O. | TOP OF |
| W. | WEST |
| W/O | WITHOUT |

## VICINITY MAP





---

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

GENERAL INFORMATION

G0.1

## COMMENTS

**BOUNDARY LINES** . . . WERE ESTABLISHED FROM RECOVERED CITY, COUNTY AND/OR PRIVATE SURVEY MONUMENTS WHOSE CHARACTER AND SOURCE ARE SO NOTED ON THE SURVEY.

**LEGAL DESCRIPTION** . . . FROM CLIENT SUPPLIED TITLE REPORT. THE SURVEY DEPICTS THE PROPERTY AS DESCRIBED PER LEGAL DESCRIPTION IN THE PRELIMINARY TITLE REPORT NOTED BELOW.

**EASEMENTS** . . . PLOTTABLE EASEMENTS ARE SHOWN FROM AN OWNER SUPPLIED TITLE REPORT. NON-PLOTTABLE EASEMENTS ARE NOTED ON THE SURVEY AS HAVING "EFFECT OF". BECAUSE OUR SERVICE IS LIMITED TO THOSE DOCUMENTS OF RECORD, THE OWNER'S ATTORNEY SHOULD BE CONSULTED TO REPORT ON TITLE MATTERS IN THEIR ENTIRETY.

**TITLE REPORT** . . . STEWART TITLE OF CALIFORNIA, INC. PRELIMINARY TITLE REPORT NO. 01180-286612, DATED OCTOBER 6, 2017.

*(1)* INDICATES FILE REPORT EXCEPTION NO.

**BASIS OF BEARINGS** . . . THE BEARING NORTH 29°47'36" EAST OF THE CENTERLINE OF LANKERSHIM BOULEVARD, SHOWN AS NORTH 29°35'06" EAST ON THE MAP OF TRACT NO. 28061, AS FILED IN BOOK 763 PAGE 95 AND 96 OF MAPS, RECORDS OF LOS ANGELES COUNTY, WAS TAKEN AS THE BASIS OF BEARINGS FOR THIS SURVEY

**AREA** . . . BASED UPON MEASURED BEARINGS AND DISTANCES AS SHOWN HEREON THE AREA IS.
374,589 SQ. FT. = 8.5994 ACRES

**FLOOD ZONE** . . . SUBJECT PROPERTY LIES WITHIN FLOOD ZONE X, AREAS DETERMINED TO BE OUTSIDE THE 0.2% ANNUAL CHANCE FLOODPLAIN, AS SHOWN ON FLOOD INSURANCE RATE MAP COMMUNITY PANELS NO. 06037C1740F, DATED SEPTEMBER 26, 2008, AS PUBLISHED BY FEDERAL EMERGENCY MANAGEMENT AGENCY.

**CONTOUR INTERVAL** . . . 1 FOOT.

**ZONING** . . . ZONING REPORT NOT PROVIDED.

**PARKING** . . . 84 SURFACE PARKING SPACES.

**STREET RIGHT OF WAY** . . . REQUIRED STREET WIDENING TO BE DETERMINED BY THE LOCAL AGENCY ONCE DEVELOPMENTAL PLANS ARE SUBMITTED FOR REVIEW. SEE SURVEYOR'S NOTE 4.

**EARTH WORK** . . . THERE IS NO OBSERVABLE EVIDENCE OF CURRENT EARTH MOVING WORK, BUILDING CONSTRUCTION OR BUILDING ADDITIONS, NO EVIDENCE OF RECENT STREET OR SIDEWALK CONSTRUCTION OR REPAIRS.

**WETLANDS** . . . THE SUBJECT PROPERTY IS NOT IN A DESIGNATED WETLAND AREA PER THE U.S. FISH AND WILDLIFE SERVICE, NATIONAL WETLAND INVENTORY.

**EFFECT OF** . . . PROPERTY TAXES, GENERAL AND SPECIAL TAXES, THE LIEN OF SUPPLEMENTAL TAXES AND ASSESSMENTS.
*(2)*

### THE FOLLOWING MATTERS AFFECT PARCEL 1 (FEE PARCEL):

**EFFECT OF** . . . WATER RIGHTS, CLAIMS OR TITLE TO WATER IN OR UNDER SAID LAND, WHETHER OR NOT SHOWN BY THE PUBLIC RECORDS.
*(3)*

**EFFECT OF** . . . MINERALS OF WHATSOEVER KIND, SUBSURFACE AND SURFACE SUBSTANCES, INCLUDING BUT NOT LIMITED TO COAL, LIGNITE, OIL, GAS, URANIUM, CLAY, ROCK, SAND AND GRAVEL IN, ON, UNDER AND THAT MAY BE PRODUCED FROM THE LAND, TOGETHER WITH ALL RIGHTS, PRIVILEGES, AND IMMUNITIES RELATING THERETO, WHETHER OR NOT APPEARING IN THE PUBLIC RECORDS OR LISTED IN SCHEDULE B; THE COMPANY MAKES NO REPRESENTATION AS TO THE PRESENT OWNERSHIP OF ANY SUCH INTERESTS. THERE MAY BE LEASES, GRANTS, EXCEPTIONS OR RESERVATIONS OF INTERESTS THAT ARE NOT LISTED.
*(4)*

**EFFECT OF** . . . EASEMENT FOR UNDERGROUND TELEPHONE, TELEGRAPH AND COMMUNICATIONS STRUCTURES AND RIGHTS INCIDENTAL PURPOSES RECORDED MAY 24, 1968 AS INSTRUMENT NO. 3335, O.R. PLOTTED HEREON.
*(5)*

**EFFECT OF** . . . EASEMENT FOR SEWER AND RIGHTS INCIDENTAL PURPOSES RECORDED OCTOBER 4, 1984 AS INSTRUMENT NO. 84-1197224, O.R. PLOTTED HEREON.
*(6)*

**EFFECT OF** . . . EASEMENT FOR SANITARY SEWERS AND RIGHTS INCIDENTAL PURPOSES RECORDED FEBRUARY 24, 1986 AS INSTRUMENT NO. 86-239205, O.R. PLOTTED HEREON.
*(7)*

**EFFECT OF** . . . COVENANT AND AGREEMENT RECORDED MARCH 17, 1987 AS INSTRUMENT NO. 87-393461, O.R.
*(8)*

**EFFECT OF** . . . COVENANT AND AGREEMENT RECORDED FEBRUARY 23, 1993 AS INSTRUMENT NO. 93-341825, O.R.
*(9)*

**EFFECT OF** . . . COVENANT AND AGREEMENT RECORDED DECEMBER 14, 1994 AS INSTRUMENT NO. 94-2214985, O.R.
*(10)*

**EFFECT OF** . . . COVENANTS AND AGREEMENT RECORDED JANUARY 27, 2003 AS INSTRUMENT NO. 03-247386, O.R.
*(11)*

**EFFECT OF** . . . RECIPROCAL EASEMENT AGREEMENT RECORDED JUNE 17, 2003 AS INSTRUMENT NO. 03-1725663, MODIFIED BY INSTRUMENT NO. 20150529685 RECORDED MAY 7, 2015, BOTH O.R. PLOTTED HEREON.
*(12)*

**EFFECT OF** . . . DECLARATION OF MAINTENANCE OBLIGATION RECORDED JUNE 17, 2003 AS INSTRUMENT NO. 03-1725668, O.R. AFFECTS LOTS 2 AND 3.
*(13)*

**EFFECT OF** . . . COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED JULY 7, 2003 AS INSTRUMENT NO. 03-1921428, O.R.
*(14)*

**EFFECT OF** . . . RECIPROCAL EASEMENT AGREEMENT RECORDED JUNE 17, 2003 AS INSTRUMENT NO. 03-1725663, O.R. (SEE PARCELS 2-12)
*(15)*

### THE FOLLOWING MATTERS AFFECT PARCELS 2 THROUGH 12 (RECIPROCAL AGREEMENT/EASEMENT PARCELS):

NOTE: TITLE MATTERS FOR PARCELS 2-12 ARE LISTED FOR INFORMATIONAL PURPOSES ONLY. ONLY RIGHTS AFFECTING THE FEE OWNERSHIP PARCEL HAVE BEEN PLOTTED.

**EFFECT OF** . . . EASEMENT FOR STORM DRAIN STRUCTURES AND RIGHTS INCIDENTAL PURPOSES RECORDED DECEMBER 9, 1949, IN BOOK 25899 PAGE 270, GRANTED BY DEED RECORDED APRIL 8, 1949 AS INSTRUMENT NO. 2802 IN BOOK 26884 PAGE 90, BOTH O.R.
*(16)*

**EFFECT OF** . . . WAIVER OF DAMAGES, EASEMENT FOR SLOPES IN CASE OF PIPE AND EASEMENTS AND RIGHTS TO RUN WITH THE LAND RECORDED MAY 18, 1964 AS INSTRUMENT NO. 4471, O.R.
*(17)*

**EFFECT OF** . . . EASEMENT FOR A LINE OR LINES OF PIPE OF WHATEVER NATURE, VAULTS, MANHOLES, LATERALS, SERVICE AND DISTRIBUTION CONNECTIONS, WITH ALL AND EVERY THE APPENDAGES, STRUCTURES AND EQUIPMENT NECESSARY OR CONVENIENT TO BE INSTALLED OR USED BY GRANTEE RECORDED JULY 11, 1966 AS INSTRUMENT NO. 3490, O.R. PLOTTED HEREON.
*(18)*

**EFFECT OF** . . . EASEMENT FOR PIPE LINES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED OCTOBER 25, 1967 AS INSTRUMENT NO. 3309 IN BOOK D-3850 PAGE 887, O.R.
*(19)*

**EFFECT OF** . . . EASEMENT FOR PUBLIC UTILITIES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED MARCH 22, 1968 AS INSTRUMENT NO. 3949 IN BOOK D-3940 PAGE 784, O.R.
*(20)*

---

**EFFECT OF** . . . EASEMENT FOR PIPE LINES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED MAY 10, 1968 AS INSTRUMENT NO. 2499 IN BOOK D-3988 PAGE 426, O.R.
*(21)*

**EFFECT OF** . . . EASEMENT FOR PUBLIC UTILITIES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED JULY 22, 1969 AS INSTRUMENT NO. 2870, O.R.
*(22)*

**EFFECT OF** . . . EASEMENT FOR PIPE LINES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED FEBRUARY 14, 1968 AS INSTRUMENT NO. 2481 IN BOOK D-4272 PAGE 667, O.R.
*(23)*

**EFFECT OF** . . . EASEMENT FOR PIPE LINES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED APRIL 14, 1970 AS INSTRUMENT NO. 1745 IN BOOK D-4685 PAGE 314, O.R.
*(24)*

**EFFECT OF** . . . EASEMENT FOR PIPE LINES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED MAY 15, 1970 AS INSTRUMENT NO. 2197 IN BOOK D-4714 PAGE 737, O.R.
*(25)*

**EFFECT OF** . . . ACCEPTANCE FORM RECORDED JUNE 15, 1970 AS INSTRUMENT NO. 4630, O.R.
*(26)*

**EFFECT OF** . . . EASEMENT FOR PUBLIC UTILITIES AND RIGHTS INCIDENTAL THERETO PURPOSES RECORDED APRIL 22, 1981 AS INSTRUMENT NO. 81-403285, O.R.
*(27)*

**EFFECT OF** . . . COVENANT AND AGREEMENT RECORDED MARCH 23, 1982 AS INSTRUMENT NO. 82-307819, O.R.
*(28)*

**EFFECT OF** . . . FACT THAT THE OWNERSHIP OF SAID LAND DOES NOT INCLUDE RIGHTS OF ACCESS TO OR FROM A PUBLIC STREET OR HIGHWAY ABUTTING SAID LAND RECORDED JUNE 10, 1982 AS INSTRUMENT NO. 82-586408, O.R. PLOTTED HEREON.
*(29)*

**EFFECT OF** . . . COVENANT AND AGREEMENT RECORDED OCTOBER 13, 1982 AS INSTRUMENT NO. 82-1032071, O.R.
*(30)*

**EFFECT OF** . . . TERMS AND PROVISIONS OF A LEASE RECORDED OCTOBER 4, 1984 AS INSTRUMENT NO. 84-1197224, AGREEMENT WHICH STATES THAT SAID LEASE IS SUBORDINATE TO THE EASEMENT FOR SANITARY SEWER AND RIGHTS INCIDENTAL PURPOSES RECORDED FEBRUARY 24, 1986 AS INSTRUMENT NO. 86-239205 AND 86-1197224, MODIFIED BY INSTRUMENT NO. 89-2004078, ALL O.R.
*(31)*

**EFFECT OF** . . . EASEMENT FOR STORM SEWER PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTIONED.
*(32)*

**EFFECT OF** . . . EASEMENT FOR STORM DRAIN PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTIONED.
*(33)*

**EFFECT OF** . . . EASEMENT FOR OTHER UNDERGROUND DRAINAGE PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTIONED.
*(34)*

**EFFECT OF** . . . EASEMENT FOR WATER LINES PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTIONED.
*(35)*

**EFFECT OF** . . . EASEMENT FOR UNDERGROUND TELEPHONE LINES PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTIONED.
*(36)*

**EFFECT OF** . . . EASEMENT FOR OTHER RIGHTS FOR INGRESS, EGRESS AND UTILITY LINES PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTION.
*(37)*

**EFFECT OF** . . . EASEMENT FOR OTHER RIGHTS FOR INGRESS AND EGRESS PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTION.
*(38)*

**EFFECT OF** . . . EASEMENT FOR OTHER RIGHTS FOR DRIVEWAYS, CURBS, GUTTERS, CONCRETE HEAD WALLS, LIGHT STANDARDS, PLANTERS, MATERIAL SYSTEMS, LANDSCAPING, CONCRETE WALKS OR STAKES WHICH HAVE BEEN CONSTRUCTED ON, IN OR UNDER THE SITE WHICH MAY OR MAY NOT BE OWNED BY LANDLORD ADJACENT THERETO PURPOSES AND RIGHTS INCIDENTAL THERETO AS SET FORTH IN THE DOCUMENT ABOVE MENTION.
*(39)*

**EFFECT OF** . . . EASEMENT RECORDED NOVEMBER 8, 1984 AS INSTRUMENT NO. 84-1346758, O.R.
*(40)*

**EFFECT OF** . . . EASEMENT FOR PIPELINES AND RIGHTS INCIDENTAL THERETO RECORDED FEBRUARY 6, 1985 AS INSTRUMENT NO. 85-144201, O.R.
*(41)*

**EFFECT OF** . . . EASEMENT FOR PUBLIC UTILITIES PURPOSES AND RIGHTS INCIDENTAL THERETO RECORDED NOVEMBER 18, 1985 AS INSTRUMENT NO. 85-1450863, O.R.
*(42)*

**EFFECT OF** . . . EASEMENT FOR PUBLIC UTILITIES PURPOSES AND RIGHTS INCIDENTAL THERETO RECORDED JUNE 9, 1986 AS INSTRUMENT NO. 95-923050, O.R.
*(43)*

**EFFECT OF** . . . TERMS AND PROVISIONS OF A LEASE FOR PIPES, VAULTS AND MANHOLES, TOGETHER WITH APPURTENANT STRUCTURES AND EQUIPMENT PURPOSES AND RIGHTS INCIDENTAL THERETO RECORDED SEPTEMBER 26, 1985 AS INSTRUMENT NO. 95-1582818, O.R.
*(44)*

**EFFECT OF** . . . EASEMENT FOR ONE OR MORE PIPELINES, TOGETHER WITH METERING, MEASURING, REGULATING, CATHODIC PROTECTION AND OTHER APPURTENANCES, FOR THE TRANSPORTATION OF GAS, PETROLEUM PRODUCTS AND OTHER SUBSTANCES PURPOSES AND RIGHTS INCIDENTAL THERETO RECORDED SEPTEMBER 27, 1989 AS INSTRUMENT NO. 89-1504353, O.R.
*(45)*

**EFFECT OF** . . . TERMS AND PROVISIONS RECORDED JUNE 3, 2003 AS INSTRUMENT NO. 03-1725806, O.R. AFFECTS LOTS 2 AND 3.
*(46)*

**EFFECT OF** . . . TERMS AND PROVISIONS RECORDED JUNE 17, 2003 AS INSTRUMENT NO. 03-1725807, O.R. AFFECTS LOTS 1 AND 2.
*(47)*

**EFFECT OF** . . . TERMS AND PROVISIONS RECORDED JUNE 19, 2003 AS INSTRUMENT NO. 03-1746233, O.R. AFFECTS LOT 3.
*(48)*

**EFFECT OF** . . . TERMS AND PROVISIONS RECORDED JUNE 26, 2003 AS INSTRUMENT NO. 03-1828806, O.R. AFFECTS LOT 3.
*(49)*

**EFFECT OF** . . . MATTERS CONTAINED IN THE DEDICATION STATEMENT OF ELSEWHERE ON THE TRACT MAP OF TRACT NO. 36001.
*(50)*

**EFFECT OF** . . . DEED OF TRUST TO SECURE AN INDEBTEDNESS RECORDED JANUARY 5, 2011 AS INSTRUMENT NO. 20110072553, O.R.
*(51)*

---

**EFFECT OF** . . . MECHANIC'S LIEN RECORDED JUNE 5, 2014 AS INSTRUMENT NO. 20140564331, EXTENSION OF TIME TO ENFORCE MECHANIC'S LIEN AND NOTICE OF CREDIT RECORDED AUGUST 26, 2014 AS INSTRUMENT NO. 20140914206 AND A NOTICE OF PENDENCY OF ACTION TO FORECLOSE A MECHANIC'S LIEN RECORDED FEBRUARY 17, 2015 AS INSTRUMENT NO. 20150169818, ALL O.R.
*(52)*

**EFFECT OF** . . . MECHANIC'S LIEN RECORDED MARCH 29, 2017 AS INSTRUMENT NO. 20170347205, AND A NOTICE OF PENDENCY OF ACTION TO FORECLOSE A MECHANIC'S LIEN RECORDED MAY 15, 2017 AS INSTRUMENT NO. 20170536006, BOTH O.R.
*(53)*

**EFFECT OF** . . . CLAIMS FOR MECHANIC'S LIENS THAT MAY BE RECORDED, BY REASON OF A WORK OF IMPROVEMENT THAT IS DISCLOSED BY THE SURVEY AS SHOWN IN THE LAST ABOVE NUMBERED ITEMS.
*(54)*

**EFFECT OF** . . . RIGHTS OF TENANTS IN POSSESSION OF SAID LAND BY REASON OF UNRECORDED LEASES.
*(55)*

## LEGAL DESCRIPTION

**PARCEL 1 (FEE PARCEL):**

A PARCEL OF LAND IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, BEING PORTIONS OF PARCELS A AND B OF PARCEL MAP L.A. NO. 5569, AS PER MAP FILED IN BOOK 193, PAGES 82 AND 83 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHWESTERLY CORNER OF SAID PARCEL A, BEING ALSO THE NORTHWESTERLY CORNER OF LOT 1 OF TRACT NO. 37621, AS PER MAP FILED IN BOOK 769, PAGES 14 AND 15 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY; THENCE ALONG THE NORTHERLY LINE OF SAID PARCEL THE FOLLOWING COURSES:

SOUTH 82° 41' 29" EAST 105.00 FEET;
NORTH 71° 29' 54" EAST 90.95 FEET TO THE BEGINNING OF A NON-TANGENT CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 150.00 FEET, A RADIAL LINE TO SAID BEGINNING BEARS SOUTH 12° 40' 59" WEST;
THENCE EASTERLY ALONG SAID CURVE THROUGH A CENTRAL ANGLE OF 13° 41' 43" A DISTANCE OF 33.50 FEET;
THENCE NORTH 89° 53' 12" EAST 271.45 FEET TO THE TRUE POINT OF BEGINNING;

THENCE LEAVING SAID NORTHERLY LINE, SOUTH 00° 22' 20" EAST 280.49 FEET TO THE EASTERLY LINE OF SAID PARCEL A; THENCE SOUTH 04° 02' 21" WEST 489.26 FEET ALONG SAID EASTERLY LINE AND ITS SOUTHERLY PROLONGATION TO THE WEST SOUTHERLY CORNER OF SAID PARCEL B; THENCE ALONG THE SOUTHERLY LINES OF SAID PARCEL THE FOLLOWING COURSES:

NORTH 40° 01'40" EAST 46.81 FEET;
SOUTH 70°45'39" EAST 450.17 FEET;

THENCE LEAVING SAID SOUTHERLY LINE, NORTH 04° 03' 28" EAST 803.57 FEET;
THENCE SOUTH 85° 57' 48" WEST 473.60 FEET;
THENCE NORTH 00° 22' 20" WEST 26.00 FEET TO THE NORTHERLY RIGHT-OF-WAY THEREOF; THENCE SOUTH 89° 53' 12" WEST 20.00 FEET TO THE TRUE POINT OF BEGINNING;

SAID LAND IS DESCRIBED AS LOT 2 AFTER ADJUSTMENT IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1793213 OF OFFICIAL RECORDS.

NOTE: THE BOUNDARIES OF PARCELS 2-12 ARE DEPICTED EXCLUSIVELY IN SHEET NO. 03-1725807 BY APPROXIMATE DEPICTION ONLY, WITHOUT DIMENSIONS OF ANY KIND. THE APPROXIMATE LOCATIONS ARE SHOWN ON SHEET 2 OF 4. MATTERS OF TITLE AFFECTING SAID PARCELS 2-12 ARE NOT PLOTTED.

**PARCEL 2:**

A NON-EXCLUSIVE EASEMENT FOR PEDESTRIAN USE ON, OVER, ACROSS AND THROUGH PORTIONS OF THE LAND DESCRIBED AS LOT 1 AFTER ADJUSTMENT IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1793213 OF OFFICIAL RECORDS, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725663 OF OFFICIAL RECORDS.

**PARCEL 3:**

A NON-EXCLUSIVE EASEMENT FOR PEDESTRIAN USE ON, OVER, ACROSS AND THROUGH PORTIONS OF THE LAND DESCRIBED AS LOT 3 AFTER ADJUSTMENT IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1793213 OF OFFICIAL RECORDS, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725663 OF OFFICIAL RECORDS.

**PARCEL 4:**

A NON-EXCLUSIVE EASEMENT FOR MAINTENANCE AND PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS ON, OVER, ACROSS AND THROUGH THOSE PORTIONS OF THE LAND DESCRIBED AS LOT 3 AFTER ADJUSTMENT IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1793213 OF OFFICIAL RECORDS, UPON WHICH THE TURNOUT DRIVEWAY AND SIDEWALKS FOR THE HOTEL LOCATED ON PARCEL 1 ARE LOCATED, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725663 OF OFFICIAL RECORDS.

**PARCEL 5:**

A NON-EXCLUSIVE EASEMENT FOR MAINTENANCE AND PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS UPON THAT PORTION OF THE DRIVE COMMONLY KNOWN AS BUDDY HOLLY DRIVE, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725663 OF OFFICIAL RECORDS.

**PARCEL 6:**

A NON-EXCLUSIVE EASEMENT FOR MAINTENANCE AND PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS ON, OVER, ACROSS AND THROUGH THOSE PORTIONS OF THE LAND DESCRIBED AS LOT 1 AFTER ADJUSTMENT IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1793213 OF OFFICIAL RECORDS, UPON WHICH THE EXIST ENTRANCE DRIVEWAYS FOR THE HOTEL LOCATED ON PARCEL 1 AND THE LAND DESCRIBED AS LOT 3 AFTER ADJUSTMENT IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1793213 OF OFFICIAL RECORDS, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725663 OF OFFICIAL RECORDS.

**PARCEL 7:**

A NON-EXCLUSIVE EASEMENT FOR PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS ON, OVER, ACROSS AND THROUGH THE PRIVATE DRIVE COMMONLY KNOWN AS UNIVERSAL HOLLYWOOD DRIVE, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725663 OF OFFICIAL RECORDS.

**PARCEL 8:**

A NON-EXCLUSIVE EASEMENT FOR LANDSCAPING AND MAINTENANCE AND PEDESTRIAN AND VEHICULAR INGRESS AND EGRESS ON, ON, AND ACROSS PORTIONS OF THE LAND DESCRIBED AS LOT 1 AFTER ADJUSTMENT IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1793213 OF OFFICIAL RECORDS, IN THE STATE OF CALIFORNIA, BEING A PORTION OF LOT 3 OF THE PARTITION OF LOTS 275, 276, 277 AND 278 OF THE LANKERSHIM RANCH LAND AND WATER COMPANY'S SUBDIVISION PER MAP RECORDED IN BOOK 31, PAGE 39 TO 44, INCLUSIVE OF MISCELLANEOUS RECORDS, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725663 OF OFFICIAL RECORDS.

**PARCEL 9:**

A NON-EXCLUSIVE EASEMENT FOR EMERGENCY EGRESS ON, OVER, ACROSS AND THROUGH THE LAND DESCRIBED AS LOT 1 AFTER ADJUSTMENT... AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725663 OF OFFICIAL RECORDS.

**PARCEL 10:**

A NON-EXCLUSIVE EASEMENT FOR STORM DRAINAGE... AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1725663 OF OFFICIAL RECORDS.

**PARCEL 11:**

A NON-EXCLUSIVE EASEMENT FOR STORM DRAINAGE AND WATER, SEWER, ELECTRICAL, GAS AND TELEPHONE LINES AND PIPES UNDER, ACROSS THE THROUGH PORTIONS OF THE LAND DESCRIBED AS LOT 1 AFTER ADJUSTMENT IN THAT CERTAIN CERTIFICATE OF COMPLIANCE FOR LOT LINE ADJUSTMENT, PARCEL MAP EXEMPTION NO. AA-2002-3685-PMEX RECORDED JULY 30, 2002 AS INSTRUMENT NO. 02-1793213 OF OFFICIAL RECORDS, AS CREATED BY THE RECIPROCAL EASEMENT AGREEMENT RECORDED ON JUNE 17, 2003 AS INSTRUMENT NO. 03-1921428 OF OFFICIAL RECORDS.

APN: 2424-044-021

---



## VICINITY MAP
NOT TO SCALE

## LEGEND



PROPERTY / BOUNDARY LINE
STREET R/W LINE
CURB LINE ( FROM 1"=20' ON TO 1"=200' )
CURB LINE ( 1"=10', 1"=8' )
CENTER LINE
FLOW LINE
LOT LINE / PARCEL LINE
EASEMENT LINE (AS NOTED)
CONTOUR LINE (MAJOR)
BUILDING FOOT PRINT LINE
OVERHANG LINE
FENCE LINE
GUARD RAIL
RETAINING WALL
PROPERTY CORNER
EDGE OF ASPHALT PAVING
CONCRETE PAVING
CONCRETE CURB
CATCH BASIN INLET
MANHOLE (SEWER, STORM DRAIN, PHONE, TELEPHONE)
POWER POLE / LIGHT POLE
STREET LIGHT
TRAFFIC SIGNAL
FIRE HYDRANT
WATER METER
FIRE DEPARTMENT CONNECTION
POST INDICATOR VALVE
GAS METER
WATER VALVE
SIGN
TREE
BOLLARD
APPROACH
HANDICAP PARKING
DRAINAGE
ELECTRICAL LINE
COMMUNICATION LINE
OVERHEAD UTILITY

## SURVEYOR'S NOTES

THIS SURVEY HAS BEEN PREPARED FOR TITLE INSURANCE PURPOSES.

1. THE BOUNDARY DATA AND TITLE MATTERS AS SHOWN HEREON HAVE BEEN DEVELOPED FROM THE REFERENCED TITLE REPORT.

2. THIS SURVEY MAY NOT CONTAIN SUFFICIENT DETAILS FOR DESIGN PURPOSES.

3. THIS SURVEY DOES NOT INCLUDE EASEMENTS EXCEPT THOSE SPECIFICALLY DELINEATED HEREON, NOR DOES IT SHOW THE LOCATION OF, OR ENCROACHMENTS BY SUBSURFACE FOOTINGS OR FOUNDATIONS OF BUILDINGS SHOWN ON THIS MAP.

4. IF UNDERGROUND PUBLIC UTILITIES AND OTHER SUBSTRUCTURES, ZONES, SET BACK AND STREET WIDENING DATA ARE SHOWN HEREON, IT IS FOR INFORMATION ONLY, AS SUCH INFORMATION IS AVAILABLE TO THE FIELD SURVEYOR. THE PUBLIC COUNTER AND/OR OTHER SOURCES NOT CONNECTED WITH THIS COMPANY. NO REPRESENTATION IS MADE AS TO THE ACCURACY, CURRENCY OR COMPLETENESS OF SAID INFORMATION AND ANY USERS OF SUCH INFORMATION IS URGED TO CONTACT THE LOCAL AGENCY DIRECTLY.

## SURVEYOR'S CERTIFICATE:

TO: SHENZEN NEW WORLD INVESTMENTS (USA), INC. AND STEWART TITLE INSURANCE COMPANY:

THIS IS TO CERTIFY THAT THIS MAP OR PLAT AND THE SURVEY ON WHICH IT IS BASED WERE MADE IN ACCORDANCE WITH THE 2016 MINIMUM STANDARD DETAIL REQUIREMENTS FOR ALTA/NSPS LAND TITLE SURVEYS, JOINTLY ESTABLISHED AND ADOPTED BY ALTA AND NSPS, AND INCLUDES ITEMS 2, 3, 4, 5, 6(A), 8, 9, 13, 14 AND 16 OF TABLE A THEREOF. THE FIELD WORK WAS COMPLETED ON APRIL 27, 2018.

 5/22/2018

DOUGLAS R. HOWARD PLS 6169
PSOMAS

NOTE: LOCATION OF UTILITIES IS THE CITY OF LOS ANGELES, CALIFORNIA BUSINESS AND PROFESSIONS CODE, STATES THAT THE USE OF THE WORD CERTIFY OR CERTIFICATION BY A LICENSED LAND SURVEYOR IN THE PRACTICE OF LAND SURVEYING OR THE PREPARATION OF MAPS, PLATS, SURVEYS, REPORTS OR OTHER SURVEYING DOCUMENTS ONLY CONSTITUTES A PROFESSIONAL OPINION AS TO THOSE FACTS OR FINDINGS WHICH ARE THE SUBJECT OF THE CERTIFICATION AND DOES NOT CONSTITUTE A WARRANTY OR GUARANTEE, EITHER EXPRESSED OR IMPLIED.

---



CITY OF LOS ANGELES BENCH MARK NO. 08-00090
WIRE SPK IN S CURB OF N SERVICE ROAD
HOLLYWOOD FREEWAY,
22FT E OF BCR E OF LANKERSHIM BL, W END CB
585.730 FEET     2000 (NAVD88)

| | |
|---|---|
| DESIGNED | D.R. |
| DRAWN | H.O.O. |
| CHECKED | D.R.H. |

# PSOMAS
555 South Power Street, Suite 4300
Los Angeles, CA 90071
(213) 223-1400   (213) 223-1444 fax
www.psomas.com

ALTA/NSPS LAND TITLE SURVEY FOR:
# SHENZHEN NEW WORLD INVESTMENTS USA, INC.
### 333 E. UNIVERSAL HOLLYWOOD DRIVE

IN THE CITY OF LOS ANGELES     COUNTY OF LOS ANGELES     STATE OF CALIFORNIA

| | |
|---|---|
| DATE | APRIL 27, 2018 |
| SCALE | 1" = 20' |
| SHEET | 1 |
| | 4 |
| JOB NO. | 1SHE130300 T100 |

REF.



SITE BOUNDARY

**PSOMAS**

555 South Flower Street, Suite 4300
Los Angeles, CA 90071
(213) 223-1400   (213) 223-1444 fax
www.psomas.com

ALTA/NSPS LAND TITLE SURVEY FOR:

# SHENZHEN NEW WORLD INVESTMENTS USA, INC.

### 333 E. UNIVERSAL HOLLYWOOD DRIVE

IN THE CITY OF LOS ANGELES    COUNTY OF LOS ANGELES    STATE OF CALIFORNIA

| DATE | APRIL 27, 2018 |
| SCALE | 1" = 50' |
| SHEET | 2 |

CITY OF LOS ANGELES BENCH MARK NO. 08-00090
WIRE SPK IN S CURB OF N SERVICE ROAD
HOLLYWOOD FREEWAY,
22FT E OF BCR E OF LANKERSHIM BL, W END CB

ELEVATION   585.730 FEET   DATUM   2000 (NAVD88)

D.R.

H.O.D.

D.R.H.



UNIVERSAL HOLLYWOOD DRIVE
PRIVATE STREET

GRAPHIC SCALE
SCALE 1" = 20'

SEE MATCH LINE SHEET 5 TOP

LOT 1

LOT 2

TYJADE RANCH LLC

MULTI LEVEL BUILDING
333 UNIVERSAL HOLLYWOOD DRIVE
GROUND LEVEL AREA = 73,023 SQ. FT.

ALTA/NSPS LAND TITLE SURVEY FOR:

# SHENZHEN NEW WORLD INVESTMENTS USA, INC.

333 E. UNIVERSAL HOLLYWOOD DRIVE

IN THE CITY OF LOS ANGELES    COUNTY OF LOS ANGELES    STATE OF CALIFORNIA

CITY OF LOS ANGELES BENCH MARK NO. 08-00090
WIRE SPK IN S CURB OF N SERVICE ROAD
HOLLYWOOD FREEWAY,
22FT E OF BCR E OF LANKERSHIM BL., W END CB

585.730 FEET          2000 (NGVD88)

PSOMAS

555 South Flower Street, Suite 4300
Los Angeles, CA 90071
(213) 223-1400   (213) 223-1444 fax
www.psomas.com

DATE: APRIL 27, 2018

SCALE: 1" = 20'

3

4

D.R.

H.O.D.

D.R.H.

SEE MATCH LINE SHEET 3 BOTTOM



GRAPHIC SCALE
SCALE: 1" = 20'

PARKING
STRUCTURE

BUDDY HOLLY DRIVE

UNIVERSAL STUDIOS LLC

**PSOMAS**

555 South Flower Street, Suite 4300
Los Angeles, CA 90071
(213) 223-1400   (213) 223-1444 fax
www.psomas.com

| | |
| --- | --- |
| DESIGNED | D.R. |
| DRAFTED | H.O.O. |
| CHECKED | D.R.H. |

BENCHMARK: CITY OF LOS ANGELES BENCH MARK NO. 08-00090
WIRE SPK IN S CURB OF N SERVICE ROAD
HOLLYWOOD FREEWAY,
22FT E OF BCR E OF LANKERSHIM BL, W END CB

ELEVATION: 585.730 FEET   DATUM: 2000 (NAVD88)

ALTA/NSPS LAND TITLE SURVEY FOR:
# SHENZHEN NEW WORLD INVESTMENTS USA, INC.
### 333 E. UNIVERSAL HOLLYWOOD DRIVE

IN THE CITY OF LOS ANGELES   COUNTY OF LOS ANGELES   STATE OF CALIFORNIA

| | |
| --- | --- |
| DATE | APRIL 27, 2018 |
| SCALE | 1" = 20' |
| SHEET | 4 |



## PLANTING LEGEND:

| SYMBOL | BOTANICAL NAME | COMMON NAME | SIZE | WUCOLS |
|---|---|---|---|---|
| **TREES** | | | | |
| T-1 | PHOENIX DACTYLIFERA 'MEDJOOL' | MEDJOOL DATE PALM | 20' B.T. | LOW |
| T-2 | SCHINUS MOLLE | CALIFORNIA PEPPER TREE | STANDARD TRUNK, 24" BOX | VERY LOW |
| T-3 | PODOCARPUS GRACILIOR | FERN PODOCARPUS | STANDARD TRUNK, 24" BOX | MODERATE |
| T-4 | JACARANDA MIMOSIFOLIA | JACARANDA | STANDARD TRUNK, 24" BOX | MODERATE |
| T-5 | KOELREUTERIA BIPINNATA | CHINESE FLAME TREE | STANDARD TRUNK, 24" BOX | MODERATE |
| T-6 | EXIST. OAK TREE TO REMAIN | NA | NA | NA |
| T-7 | EXISTING TREE | NA | NA | NA |
| **ORNAMENTAL GRASSES AND GRASS LIKE PLANTS** | | | | |
| S-1 | CORDYLINE HY. 'ELECTRIC PINK' | PHORMIUM 'BRONZE BABY' | 5 GAL. @7' O.C. | MODERATE |
| S-2 | DIANELLA 'SILVER STREAK' | VARIGATED FLAX LILY | 1 GAL. @7' O.C. | MODERATE |
| S-3 | FESTUCA GLAUCA 'ELIJAH BLUE' | ELIJAH BLUE FESCUE | 1 GAL. @12" O.C. | LOW |
| S-4 | LOMANDRA 'LIME TUFF' | DWARF MAT RUSH | 5 GAL. @7' O.C. | MODERATE |
| S-5 | MUHLENBERGIA CAPILLARIS 'IRVINE' | PLUMETASTIC PINK MUHLY GRASS | 5 GAL. @7' O.C. | MODERATE |
| S-6 | ANIGOZANTHOS HY. 'HARMONY' | HYBRID KANGAROO PAWS | 5 GAL. @7' O.C. | MODERATE |
| **SHRUBS/ PERENNIALS** | | | | |
| S-7 | CALLISTEMON CITRINUS 'LITTLE JOHN' | DWARF BOTTLEBRUSH | 5 GAL. @7' O.C. | LOW |
| S-8 | CARISSA M. TUTTLE | TUTTLE NATAL PLUM | 5 GAL. @7' O.C. | LOW |
| S-9 | LIGUSTRUM JAPONICUM 'TEXANUM' | WAXLEAF PRIVET | 5 GAL. @7' O.C. | LOW |
| S-10 | NANDINA DOMESTICA 'GULF STREAM' | GULF STREAM HEAVENLY BAMBOO | 5 GAL. @7' O.C. | LOW |
| V-1 | FICUS PUMILA | CREEPING FIG | 5 GAL. @ 12' O.C. OR AS SHOWN ON PLANS | MODERATE |
| **SUCCULENTS, MIXED & GROUNDCOVER** | | | | |
| S-12 | ALOE 'BLUE ELF' | BLUE ELF ALOE | 5 GAL. @7' O.C. | LOW |
| S-13 | AGAVE 'BLUE GLOW' | BLUE GLOW AGAVE | 5 GAL. @7' O.C. | LOW |
| S-14 | EUPHORBIA TIRUCALLI 'STICKS ON FIRE' | RED PENCIL TREE | 1 GAL. @7' O.C. | VERY LOW |
| S-15 | SENECIO SERPENS | BLUE CHALKSTICKS | 1 GAL. @ 2' O.C. | LOW |
| M-1 | AEONIUM 'ZWARTKOP' / AEONIUM 'KIWI' / CRASSULA 'CAMP FIRE' | LARGE PURPLE AEONIUM / KIWI AEONIUM / CAMPFIRE CRASSULA | AS SHOWN ON PLANS | LOW |
| GC-1 | CAREX PANSA | CALIFORNIA DUNE SEDGE | 1 GAL AT 12" O.C. | MODERATE |

CORNERSTONE STUDIOS, INC.

**DiMarzio | Kato Architecture**
11662 West Pico Boulevard
Los Angeles, California 90064 USA

**REIMAGINE SHERATON UNIVERSAL**
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.03.2018

LANDSCAPE CONCEPT PLAN
SCALE: 1:20

**L1.1**



## GROUND FLOOR

| | |
|---|---|
| BALLROOM / MEETING ROOMS | 16,592 SF |
| RESTAURANT | 6,557 SF |
| GUESTROOMS (32 UNITS) | 9,842 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 20,965 SF |
| TOTAL | 53,956 SF |

## BASEMENT FLOOR

| | |
|---|---|
| OFFICE | 678 SF |
| EMPLOYEE DINING | 839 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 3,792 SF |
| TOTAL | 5,309 SF |

## THIRD FLOOR

| | |
|---|---|
| LOBBY / LOUNGE | 14,243 SF |
| GUESTROOMS (47 UNITS) | 15,139.5 SF |
| OFFICE | 2,819 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 4,559.5 SF |
| TOTAL | 36,761 SF |

## SECOND FLOOR

| | |
|---|---|
| GUESTROOMS (34 UNITS) | 11,032 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 2,932 SF |
| TOTAL | 13,964 SF |

## 20TH FLOOR

| | |
|---|---|
| GUESTROOM (19 UNITS) | 4,854 SF |
| LOBBY/LOUNGE | 895 SF |
| KITCHEN | 646 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 1,391 SF |
| TOTAL | 7,786 SF |

## 9TH FLOOR

| | |
|---|---|
| GUESTROOM (19 UNITS) | 5,791 SF |
| LOUNGE | 1,623 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 1,637 SF |
| TOTAL | 9,051 SF |

## 4TH &15TH FLOOR

| | |
|---|---|
| GUESTROOM (24 UNITS) | 7,433 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 1,600.5 SF |
| SUBTOTAL | 9,033.5 SF |
| TOTAL | 18,067 SF |

## TYPICAL FLOOR (5TH-8TH, 10TH-14TH,16-19TH)

| | |
|---|---|
| GUESTROOM (24 UNITS) | 7,433 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 1,659.5 SF |
| SUBTOTAL | 9,092.5 SF |
| TOTAL | 118,202.5 SF |

EXISTING HOTEL FLOOR AREA DIAGRAM

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A0.1





**ROOFTOP**

| | |
|---|---|
| KITCHEN | 1,071 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 317 SF |
| **TOTAL** | **1,388 SF** |





**TYPICAL FLOOR (3RD - 30TH)**

| | |
|---|---|
| GUESTROOM (19 UNITS) | 7,660 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 1,901 SF |
| SUBTOTAL | 9,531 SF |
| **TOTAL** | **250,868 SF** |



**SECOND FLOOR**

| | |
|---|---|
| GUESTROOM (19 UNITS) | 6,800 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 1,940 SF |
| **TOTAL** | **8,740 SF** |





**GROUND FLOOR**

| | |
|---|---|
| LOBBY / LOUNGE | 2,750 SF |
| RESTAURANT / KITCHEN | 3,150 SF |
| OFFICE | 883 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 374 SF |
| **TOTAL** | **13,163 SF** |



**BASEMENT FLOOR**

| | |
|---|---|
| KITCHEN | 3,513 SF |
| CIRCULATION & OTHER HOTEL FUNCTIONS | 383 SF |
| **TOTAL** | **3,896 SF** |

**PROPOSED NEW HOTEL FLOOR AREA DIAGRAM**

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

**REIMAGINE SHERATON UNIVERSAL**
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

**A0.2**



PRELIMINARY SCHEME A - VIEW1



PRELIMINARY SCHEME A - VIEW3



PRELIMINARY SCHEME A - VIEW2





KEY PLAN

VIEW STUDY DIAGRAM

**DiMarzio | Kato Architecture**
11662 West Pico Boulevard
Los Angeles, California 90064 USA

**REIMAGINE SHERATON UNIVERSAL**
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

**A0.3**



PRELIMINARY SCHEME B - VIEW1



PRELIMINARY SCHEME B - VIEW3



PRELIMINARY SCHEME B - VIEW2



KEY PLAN

VIEW STUDY DIAGRAM

DiMarzio | Kato Architecture

11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive          Date: 06.06.2018
Universal City, California 91608 USA

A0.4



PROPOSED SCHEME - VIEW1



PROPOSED SCHEME - VIEW3



PROPOSED SCHEME - VIEW2





KEY PLAN

VIEW STUDY DIAGRAM

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive         Date: 06.06.2018
Universal City, California 91608 USA

A0.5



N

SITE-TRANSIT DIAGRAM

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A0.6



OVERALL SITE PLAN

N←

0 3 10        30           60                    120

SCALE 1/32"=1'-0"

**DiMarzio | Kato Architecture**
11662 West Pico Boulevard
Los Angeles, California 90064 USA

**REIMAGINE SHERATON UNIVERSAL**
333 East Universal Hollywood Drive          Date: 06.06.2018
Universal City, California 91608 USA

# A1.0



N— PARTIAL SITE PLAN

0 2 5 10        30        60

SCALE:1/16"=1'-0"

**DiMarzio | Kato Architecture**
11662 West Pico Boulevard
Los Angeles, California 90064 USA

**REIMAGINE SHERATON UNIVERSAL**
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

**A1.1**



KITCHEN
CIRCULATION AND OTHER HOTEL FUNCTIONS

N

FLOOR PLAN_PARTIAL BASEMENT

0 2 5 10 30

SCALE:1/8"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A2.0



KITCHEN
CIRCULATION AND OTHER HOTEL FUNCTIONS

N

## FLOOR PLAN_PARTIAL BASEMENT

0 2 5 10 30

SCALE:1/8"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A2.01



FLOOR PLAN_GROUND FLOOR

0 2 5 10 30

SCALE:1/8"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A2.1



FLOOR PLAN_SECOND FLOOR

GUESTROOM
CIRCULATION AND OTHER HOTEL FUNCTIONS

N

**DiMarzio | Kato Architecture**
11662 West Pico Boulevard
Los Angeles, California 90064 USA

**REIMAGINE SHERATON UNIVERSAL**
333 East Universal Hollywood Drive
Universal City, California 91608 USA          Date: 06.06.2018

**A2.2**



ROOF PLAN



TYPICAL FLOOR PLAN

GUESTROOM
KITCHEN
GUESTROOM
CIRCULATION AND OTHER HOTEL FUNCTIONS

N   FLOOR PLAN_TYPICAL FLOOR & ROOF

0  2  5  10              30
SCALE1/8"=1'-0"

**DiMarzio | Kato Architecture**
11662 West Pico Boulevard
Los Angeles, California 90064 USA

**REIMAGINE SHERATON UNIVERSAL**
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A2.3



BUILDING SECTION - TRANSVERS

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A3.0



## BUILDING SECTION - LONGITUDINAL

0 2 5 10 30 60
SCALE:1/16"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL

333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A3.1



02 EAST ELEVATION

01 NORTH ELEVATION

BUILDING ELEVATION

0 2 5 10 30 60
SCALE:1/16"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 05.31.2018

A4.0



02 WEST ELEVATION

01 SOUTH ELEVATION

BUILDING ELEVATION

0 2 5 10 30 60
SCALE:1/16"=1'-0"

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 05.31.2018

A4.1



02 VIEW FROM ENTRY DRIVEWAY



01 VIEW AT THE OUTDOOR RESTAURANT SEATING

3D VIEWS

| | | |
|---|---|---|
| DiMarzio \| Kato Architecture | **REIMAGINE SHERATON UNIVERSAL** | **A5.0** |
| 11662 West Pico Boulevard | 333 East Universal Hollywood Drive    Date: 06.06.2018 | |
| Los Angeles, California 90064 USA | Universal City, California 91608 USA | |



02 AERIAL VIEW FROM NORTH-WEST



01 VIEW FROM HOTEL ENTRANCE

3D VIEWS

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

**REIMAGINE SHERATON UNIVERSAL**
333 East Universal Hollywood Drive     Date: 06.06.2018
Universal City, California 91608 USA

**A5.1**



02 VIEW FROM UNIVERSAL HOLLYWOOD DR.



01 AERIAL VIEW FROM SOUTH-EAST

3D VIEWS

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive        Date: 06.06.2018
Universal City, California 91608 USA

A5.2



VIEW4



VIEW5



VIEW6



VIEW1



VIEW2



VIEW3

KEY PLAN 



NEIGHBORHOOD VIEWS

**DiMarzio | Kato Architecture**
11662 West Pico Boulevard
Los Angeles, California 90064 USA

**REIMAGINE SHERATON UNIVERSAL**
333 East Universal Hollywood Drive
Universal City, California 91608 USA
Date: 06.06.2018

**A5.3**



VIEW4



VIEW5



VIEW6



VIEW1



VIEW2



VIEW3

KEY PLAN    

NEIGHBORHOOD VIEWS WITH HILTON

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive                Date: 06.06.2018
Universal City, California 91608 USA

A5.4



AERIAL VIEW FROM SOUTH-EAST

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

# REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive          Date: 06.06.2018
Universal City, California 91608 USA

A5.5



VIEW FROM UNIVERSAL HOLLYWOOD DR.

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive     Date: 06.06.2018
Universal City, California 91608 USA

A5.6



VIEW FROM UNIVERSAL HOLLYWOOD DR.

DiMarzio | Kato Architecture
11662 West Pico Boulevard
Los Angeles, California 90064 USA

REIMAGINE SHERATON UNIVERSAL
333 East Universal Hollywood Drive
Universal City, California 91608 USA

Date: 06.06.2018

A5.7