# Exhibit A

# CITY OF LOS ANGELES



## RESOLUTION
### Chairman Huang Wei

WHEREAS, Chairman Huang Wei began his successful career with humble roots in fermenting soybean and processing plant successively; and

WHEREAS, Chairman Huang Wei also worked in a hotel where he escalated positions until finally becoming business director; and

WHEREAS, Chairman Huang Wei was later transferred to Yangchaun County Commerce Bureau of Guangdong where he was in charge of the Market Business; and

WHEREAS, Chairman Huang Wei began to learn the skills and character that would lead him to success as he began to gain experience in communicating with people, listening, and observation; and

WHEREAS, Chairman Huang Wei transferred to a different workforce in 1991 as he began to work at Shenzhen Real Estate Group but decided to do business on his own in October of the same year; and

WHEREAS, Chairman Huang Wei established New World Industrial Company in Baoan the Month of March of 1993; and

WHEREAS, Chairman Huang Wei had very little money and his company had only 30,000 Yuan with three workers at front of his establishment; and

WHEREAS, Chairman Huang Wei served Baoan Longhua as a real estate sales agent, depending on his gilb mouth and integrating to win over costumers, not only gained their trust but also gained their relatives and friends as costumers; and

WHEREAS, Chairman Huang Wei became very successful in real estate due to the popularity of home owning at the time and was able to earn lots of agency fees making that the very first profit in his life; and

WHEREAS, Chairman Huang Wei expanded his resources and tried to begin a restaurant, hotel, dance hall and building material company but did not gain much profit while attracting more than ten lawsuits; and

WHEREAS, Chairman Huang Wei overcame his challenges and continued with his success learning that the enterprise operation had its risk but with awareness he would be able to succeed; and

WHEREAS, Chairman Huang Wei now holds important titles such as President of Shenzhen New World Group, Vice-Chairman of Entrepreneurs with Yangjiang Nationality Sodality of Dongguang of Shenzhen, Vice Chairman of Shenzhen Knowledge and Economy Association, Executive Vice Chairman of Shenzhen Legal Newspaper Development Center, President of Council of Shenzhen Domestic and Foreign Enterprise Association of Shenzhen Enterprise Association; and

WHEREAS, Chairman Huang Wei also holds titles such as Member of Chinese People's Political Consultative Conference of Guangdong Province, Special Researcher of Sun Yat-sen University - 3rd Industry Research Center of China, Member of Shenzhen Real Estate Association of China Real Estate Association:

APR 2 3 2014

NOW THEREFORE BE IT RESOLVED, by the City of Los Angeles that the Los Angeles City Council hereby recognizes CHAIRMAN HUANG WEI for his achievements and hardships over the years in building a successful background for himself;

BE IT FURTHER RESOLVED, that Councilmember José Huizar, on behalf of the people of the Fourteenth Council District, extends a special thank you to CHAIRMAN HUANG WEI for the contributions he has and will continue to make to economy of the Fourteenth District, our beloved city, and all over the world, that will be long cherished by many. Best wishes for long, happy, and countless years to come.

PRESENTED BY: _____
JOSE HUIZAR
Councilmember, 14th District

SECONDED BY: _____
ALL COUNCIL

**ADOPTED**
APR 2 3 2014
LOS ANGELES CITY COUNCIL

Casino_0356469