# Government Exhibit 1

FD-302 (Rev. 5-8-10)

**OFFICIAL RECORD**
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/22/2019

On November 13, 2018, GEORGE ESPARZA, date of birth ███████ social security number ███████, home address ████████████████ California, telephone number ███████ was interviewed at the United States Attorney's Office, 312 N. Spring Street, Los Angeles, California. Also present in the interview was ESPARZA's attorney, Terrance Jones, and Assistant United States Attorneys Mack Jenkins and Veronica Dragalin. After being advised of the identity of the interviewing Agent and the nature of the interview, ESPARZA provided the following information:

[Agent Note: Prior to the interview ESPARZA was advised that the interview was voluntary. ESPARZA was instructed that he could leave at any time and that he had the right to consult with his attorney. ESPARZA was advised that lying to the FBI was a federal offense and that lying included omitting information. ESPARZA affirmatively acknowledged he understood all of these admonishments and that he must be completely truthful.]

## INTRODUCTION

ESPARZA apologized for putting the USAO and the FBI in the previous position of him not cooperating. ESPARZA appreciated that that he was given this new opportunity and wanted to fully cooperate. ESPARZA had met with his attorney prior to the FBI searches on November 7, 2018 and said that he was willing to come forward and cooperate. ESPARZA was in the process of downloading and going through everything the day before on Election Day (November 6, 2018). ESPARZA really needed to get out of JOSE HUIZAR's office and move on.

ESPARZA assisted WENDY CARILLO in her campaign and was offered a position. ESPARZA felt this was the best way to get out of HUIZAR's "mind control." ESPARZA encouraged MAYRA ALVAREZ and PAULINE MEDINA to document everything that was happening at the office. ESPARZA introduced ALVAREZ and MEDINA to Attorney Jones.

---

Investigation on 11/13/2018 at Los Angeles, California, United States (In Person)

File # 194B-LA-255905                                           Date drafted 11/13/2018

by Andrew R. Civetti

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-8   Filed 08/29/22   Page 3 of 18   Page ID #:14911

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1379

194B-LA-255905

Continuation of FD-302 of (U) 11/13/2018_George Esparza , On 11/13/2018 , Page 2 of 17

In the summer of 2017, after ESPARZA was interviewed by the FBI, HUIZAR told ESPARZA, "looks like you have a problem" and "if you don't say anything, we won't get in trouble." HUIZAR reminded ESPARZA about the stuff they had done together and been involved [outlined below].

ESPARZA wanted to take full responsibility of everything he had done, be truthful, and wanted to "earn a spot on [the government's] team."

**LAS VEGAS**

HUIZAR and ESPARZA first met WEI HUANG and RICKY ZHENG around 2012 through RAYMOND CHAN. CHAN was the former Deputy Mayor and former General Manager of the Department of Building and Safety ("LADBS"). CHAN now had a consulting firm. HUIZAR/ESPARZA met HUANG/ZHENG at a Chinese food restaurant. In addition to the food, they had wine. In 2012, HUIZAR/ESPARZA had no access to the Chinese development companies. CHAN first set this "access" up with FRANCINE GODOY. ESPARZA was HUIZAR's driver at the time, but was present for these initial meeting set up by CHAN. SARA HERNANDEZ, a HUIZAR staff member, was also present. ZHENG referred to ESPARZA as "#12" because ZHENG had eleven siblings and he felt ESPARZA was his twelfth.

HUANG, also referred to as "the Chairman" was the owner of SHENZHEN NEW WORLD. ZHENG was HUANG's "right hand man." HUIZAR and ESPARZA would go to Las Vegas with HUANG and ZHENG about every time HUANG was in town. HUANG lived in China and came back approximately every other month. From about 2013 to 2017, HUIZAR/ESPARZA went to Las Vegas with HUANG/ZHENG about every other month. Some months they would go back to back weekend and other months they would skip a weekend if HUANG was not in town. HUANG did not speak English other than basic phrases. ZHENG or the other Chinese individuals present would translate for HUANG.

The first trip to Las Vegas occurred on or around March 18, 2013. ESPARZA remembered the first trip because it was his mom's birthday. ESPARZA was picking up a birthday cake when ZHENG called ESPARZA and told him that HUANG wanted to take HUIZAR and ESPARZA to Las Vegas and that they would be taking a private jet. The jet was planned to leave in a few hours. ESPARZA did not remember HUIZAR's exact reaction to the invitation, but remembered it was positive and seemed to be "just do it."

In addition to HUANG and ZHENG, other people also attended the trips to Las

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-8   Filed 08/29/22   Page 4 of 18   Page ID #:14912

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1379

194B-LA-255905

Continuation of FD-302 of (U) 11/13/2018_George Esparza , On 11/13/2018 , Page 3 of 17

Vegas including, "UNCLE FRANK," DON LI, RICHARD LNU, ANDY WANG, RICHELLE RIOS HUIZAR, ISIDRA HUIZAR, HUIZAR's children, and HUIZAR's nanny. UNCLE FRANK was a designer or architect. LI was in hospitality services and owned his own hospitality business. RICHARD was the Vice President of Starwood Hotels or Marriott Hotels. WANG was a "flashy" guy and had all the toys and gadgets [WANG is further described below].

HUANG enjoyed gambling and focused his time on the gambling while the rest of the party did other activities such as golf or spa treatments. HUANG sometimes brought his girlfriend and/or wife. If both the girlfriend and wife were present, they stayed in different hotels and there was always drama with HUANG catering to both. ZHENG complained to ESPARZA about HUANG having both women. The party would typically play blackjack or baccarat. ESPARZA was not familiar with baccarat prior to his trips with HUANG and ZHENG. At one point HUANG wanted to buy a casino, but the casino did not have private VIP rooms so he did not follow through on the purchase.

While in Las Vegas, HUIZAR/ESPARZA received a number of benefits from HUANG/ZHENG. These benefits included the following:

**Flights and Transportation**: On at least two occasions HUIZAR/ESPARZA took a private jet with HUANG/ZHENG to Las Vegas. The party took the jet until approximately 2015. The private jet did not originally ask for identification. HUIZAR/ESPARZA stopped taking the jet because while in Las Vegas someone from the Palazzo/Venetian casino approached HUIZAR because he was a government official and asked HUIZAR to sign paper work. HUIZAR did not want to sign the forms requested so HUIZAR and ESPARZA left. After this incident, HUIZAR and ESPARZA started flying Southwest airlines out of Burbank or LAX because the private jet started asking for identification. RICHELLE also took the private jet on at least two occasions. RICHELLE did not go to Las Vegas with them after the 2015 event. While in Las Vegas, the party typically took limos or other luxury vehicles provided by the casinos. The private jets and ground transportation were also a "comp" or provided by HUANG.

**Hotels**: HUIZAR and ESPARZA always stayed in the luxury villas with HUANG and ZHENG. On the first trip, the party stayed in a luxury villa at the Wynn. ESPARZA did not know of any records stating they had their own rooms, but each of them had a private room within the villa. There was a keycard or key

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-8   Filed 08/29/22   Page 5 of 18   Page ID #:14913

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1379

194B-LA-255905

Continuation of FD-302 of (U) 11/13/2018_George Esparza                , On  11/13/2018 , Page  4 of 17

to access the villa, but the individual rooms inside the villa did not require separate key cards. HUIZAR sometimes asked ESPARZA to take home the towels for him. HUIZAR did not want HUANG knowing that HUIZAR was taking the towels so he made ESPARZA do it for him. The party stayed at a variety of hotels including Wynn, Palazzo/Venetian, Caesars Palace, and Cosmopolitan. While in Las Vegas, there was always a "host" that took care of all of the arrangements. The host always seemed to be familiar with HUANG and had a close relationship with HUANG. The host varied by casino. MICHAEL LNU was the host at Venetian. The hosts were typically female.

**Chip Sharing**: HUANG was usually provided approximately $200,000 worth of chips that he would then pass out to the party. The chips were provided based on the hierarchy of position. ESPARZA always received the least amount of chips. HUIZAR always received the highest amount of chips. The seating arrangement was also based on this hierarchy. HUIZAR always sat next to HUANG and ESPARZA was always the furthest away and sat next to ZHENG. Sometimes ESPARZA did not even have a place at the table depending who all was on the trop. ESPARZA received approximately $2,000 to $5,000 in casino chips during each visit. During the first trip ESPARZA walked away with approximately $5,000. ESPARZA attempted to give chips back to HUANG/ZHENG, but they told ESPARZA to keep the money. ESPARZA subsequently kept the cash and deposited the money into his bank account. After the first trip, ESPARZA just spent the cash and did not make deposits. HUIZAR received approximately $10,000 to $20,000 in casino chips during each visit. On at least one occasion HUIZAR received straight cash from HUANG. On at least one occasion ESPARZA observed HUANG give HUIZAR what he thought was a brown chip worth $25,000. ZHENG sometimes passed chips to HUIZAR on HUANG's behalf. HUIZAR accused ZHENG of taking some of HUIZAR's chips. ESPARZA was not aware how much cash HUIZAR received. ESPARZA was not sure how much HUIZAR cashed out in cash during the trips. On at least one occasion, RICHELLE was present when HUANG passed chips to HUIZAR.

There was a limit to how much money could be cashed out from chips without identification. At some point the casinos started to be stricter and required identification while playing at the table and when cashing chips out. On at least one occasion HUIZAR asked for ESPARZA's identification and ESPARZA's player card so that HUIZAR could play at the table with HUANG, but did not have to show his actual identification. Because HUIZAR had his

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of (U) 11/13/2018_George Esparza ,On 11/13/2018 ,Page 5 of 17

identification, ESPARZA was not allowed in the private VIP room without providing identification.

HUIZAR started to be "creative" and would "cash down" chips at "normal" tables to be able to cash out the smaller chips. The "normal" tables were those tables not in the private VIP room areas that HUIZAR initially received the chips from HUANG/ZHENG. On at least two occasions HUIZAR provided the chips to ESPARZA, asked ESPARZA to cash down the chips at the "normal" tables, cash out the chips for cash, and then meet HUIZAR in the bathroom to provide the cash. After ESPARZA provided HUIZAR the cash in the bathroom, HUIZAR would count the cash there to ensure ESPARZA did not take any. On a few occasions HUIZAR/ESPARZA did not cash the chips out during their trip in Las Vegas and would send ESPARZA text messages asking to go back to Las Vegas to cash these chips. On at least one occasion HUIZAR gave chips to ESPARZA in Los Angeles and asked that ESPARZA go to Las Vegas to cash out the chips. Most of the time HUIZAR did not want to bring chips home and would make an effort to find ways to cash the chips out before leaving for Los Angeles.

At one point ESPARZA expressed some concern to HUIZAR about HUIZAR and ESPARZA taking chips/cash from HUANG/ZHENG. HUIZAR told ESPARZA it was fine because the casinos would not provide the information or camera footage to anyone because it was "protected." In addition, HUIZAR told ESPARZA multiple times that "they (HUANG/ZHENG) don't care about you, you are a nobody." ESPARZA believed this to mean that the purpose of the Las Vegas trips were for HUIZAR.

**Clubs**: While in Las Vegas, the party typically went out and partied at the clubs. While at the clubs, HUIZAR/ESPARZA received bottle service. If HUANG had to pay out of pocket he would typically purchase a couple bottles. If the hotel was providing a comp, they would have unlimited bottles and the comp was approximately $50,000 to $60,000. On at least one occasion ESPARZA asked how much the comp was because he was interested in how much their night cost. ZHENG typically took care of the "bill" and on at least one occasion ESPARZA saw the bill come out to approximately $35,000. ESPARZA remembered this occasion because ZHENG was upset he had to pay the bill on his credit card.

**Meals and Restaurants**: ESPARZA never saw the bill and the hostess always took

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-8   Filed 08/29/22   Page 7 of 18   Page ID #:14915

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1379

194B-LA-255905

Continuation of FD-302 of  (U) 11/13/2018_George Esparza                    , On  11/13/2018  , Page  6 of 17

care of everything. ESPARZA believed that HUANG paid for their meals or it was a comp from the hotel/casino on behalf of HUANG. HUIZAR would typically order the most expensive wine on the menu. ESPARZA did not think that HUIZAR was familiar with the wine, but would order them based on cost. HUIZAR ordered wine many times to the room and never opened the bottle, but would ask ESPARZA to take it home for him. The wine ranged in price and typically cost between $1,000 and $8,000. Almost every trip HUIZAR had ESPARZA take home two or three bottles for HUIZAR.

**Spas**: HUANG and ESPARZA both received spa treatments regularly. HUIZAR would order expensive lotions, ointments, and creams and sign them to the room. ZHENG commented one time that HUIZAR was charging a lot of expensive stuff to the room so ZHENG was going to be the only one to authorize room charges.

**Entertainment**: HUIZAR and ESPARZA frequently played golf on the Las Vegas trips. The golf outings were a comp or paid by HUANG.

**Prostitution**: On the first trip to Las Vegas the hostess arranged for prostitutes at the Wynn. On different trips HUIZAR would bring women back and have ZHENG pay for them. On at least two occasions, ZHENG told ESPARZA that he paid for the women. ESPARZA believed these women to be prostitutes, because he did not think HUIZAR had any game and these women that showed up were not around during the evening. These women would come to the villas and ESPARZA would hear HUIZAR having sex. The women would then leave.

June or July 2018 was the last trip that ESPARZA took to Las Vegas with HUANG and ZHENG. HUIZAR was not on this trip. The party took the private jet and stayed at the Venetian Villas. ESPARZA was happy to be there and be invited even though HUIZAR was not there. ESPARZA felt that he was still good friends with HUANG and ZHENG and could experience all of the benefits of Las Vegas without HUIZAR. ESPARZA felt there was no problems going to Las Vegas because HUANG/ZHENG did not have any projects with the State of California (ESPARZA's employment). CARILLO, ESPARZA's boss, was aware of the trip. ESPARZA took $2,000 worth of chips and received them outside the view of the cameras. ZHENG cashed the chips for ESPARZA. ESPARZA also received meals and golf while on the trip. ESPARZA did not pay for anything while in Las Vegas during this trip.

<u>MITCH ENGLANDER</u>

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-8   Filed 08/29/22   Page 8 of 18   Page ID #:14916

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1379

194B-LA-255905

Continuation of FD-302 of (U) 11/13/2018_George Esparza , On 11/13/2018 , Page 7 of 17

ENGLANDER attended a trip to Las Vegas with ESPARZA around June 2017. WANG, MICHAEL BAI, CHRIS PAK, and ENGLANDER's Chief of Staff were also on the trip. The thought of going to Las Vegas was brought up during a poker game between ESPARZA, WANG, BAI, and PAK at La Vue. ESPARZA traveled out of Burbank Airport to Las Vegas. ESPARZA first saw ENGLANDER when he arrived at the airport and was unaware that ENGLANDER and JOHN LEE, ENGANDER's Chief of Staff, were attending. WANG, BAI, nor PAK mentioned ENGLANDER attending and ESPARZA was unaware why they were invited. ENGLANDER was sitting with BAI and WANG at the airport. Based on BAI's and WANG's interactions with ENGLANDER, it appeared as though they had a prior relationship and were familiar with each other.

ESPARZA introduced himself to ENGLANDER and felt awkward because he did not expect other City officials to be going on the trip. Just as ESPARZA felt this way, he also felt as though it was a "vibe where this elected official was wondering why this other public official was there."

The party was all on the same flight out of Burbank. ESPARZA sat next to ENGLANDER and LEE on the plane. ESPARZA had small talk with them. The party stayed at the "Ardra." ESPARZA shared a room with WANG. Everyone, including ENGLANDER, stayed in the same hotel. Upon arriving at the hotel, a hostess provided room keys. There was not check in and ESPARZA believed the rooms were "comped" to WANG.

WANG provided chips to everyone. WANG gave approximately $1,000 to $5,000 worth of chips to ESPARZA. BAI did not provide any chips to ESPARZA. ENGLANDER and LEE also received chips, but ESPARZA was unsure whether they were provided by WANG or BAI. Based on WANG/BAI passing around chips, ESPARZA inferred that ENGLANDER also received chips. At one point ESPARZA left the table to watch a sports game. ENGLANDER and LEE also walked away from the table. ESPARZA then went to play Blackjack. On ESPARZA's way to meet back up with the party, ESPARZA observed ENGLANDER give chips to WANG. ESPARZA did not see LEE provide WANG any chips.

The party had dinner at a Chinese restaurant. WANG paid for the dinner or the dinner was comped by the hotel. After dinner, the party went to a club and received bottle service. The party took limos provided by the hotel to the club. WANG paid for the first round of alcohol, BAI paid for a round, and PAK may have paid for a round. The "rounds" consisted of bottle service.

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-8   Filed 08/29/22   Page 9 of 18   Page ID #:14917

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1379

194B-LA-255905

Continuation of FD-302 of (U) 11/13/2018_George Esparza , On 11/13/2018 , Page 8 of 17

ESPARZA knew that each of them (WANG, BAI, and PAK) paid a round, because depending on who paid determined the country flag that came out with the bottles. When PAK paid, a Korean flag came out, when WANG paid a Chinese flag came out, and then a Mexican flag for ESPARZA. There were four rounds of bottle service that included Champaign and vodka (America, China, Korea, and Mexico).

ESPARZA was not sure how much the bill would have been. ENGLANDER and LEE were also drinking the bottles. ESPARZA did not observe ENGLANDER give any money to WANG for the club. ESPARZA did not give WANG any money for the club. ESPARZA believed everyone left on their own accord, but that he left with WANG.

Upon arriving back at the hotel, ESPARZA and WANG gambled a little more before returning to their room. When back in the room escorts or prostitutes arrived. ESPARZA did not know where they came from, but assumed WANG called them. ESPARZA did not see or hear WANG call, but the women just arrived to the room. ESPARZA did not pay and was not sure if they were paid. ESPARZA and WANG had sex with the women and they left. ESPARZA was not sure where the women went after they left, but there was some talk with WANG about sending the women to ENGLANDER's room. WANG mentioned something about ENGLANDER and the girls going to ENGLANDER's room on WANG's behalf. ESPARZA then went to sleep. WANG had to leave early and ESPARZA was not sure that WANG ever slept. ESPARZA stayed in the room himself.

ESPARZA previously went to Las Vegas with BAI and WANG for a total of two trips for the three of them together. On one of the trips, ESPARZA went to breakfast the next morning with BAI, but could not remember which trip. ESPARZA remembered seeing ENGLANDER and LEE in the lobby the next morning and they mentioned staying another night. ESPARZA and BAI then left the hotel.

ESPARZA then saw ENGLANDER approximately a week later at the Morongo golf tournament. The tournament occurred prior to ESPARZA's initial interview with the FBI. HUIZAR, ESPARZA, ENGLANDER, WANG, BAI, PAK, and LEE were all present at the golf tournament. ESPARZA played golf with ENGLANDER and also played poker. WANG gave ESPARZA approximately $1,000 in chips and ESPARZA believed he ended up winning. ESPARZA did not give the money back and did not pay anything back to WANG. This was not the first time that WANG gave

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-8   Filed 08/29/22   Page 10 of 18   Page ID #:14918

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1379

194B-LA-255905
Continuation of FD-302 of (U) 11/13/2018_George Esparza , On 11/13/2018 , Page 9 of 17

cash to ESPARZA.

**ANDY WANG**

WANG owned some type of recycling business and an additional business selling Italian cabinets. ESPARZA did not remember if WANG provided any chips to anyone during the Las Vegas trips with HUANG. WANG would give money to ESPARZA from time to time. WANG provided envelopes with $8,000 or $10,000. Since approximately 2016 or 2017, HUIZAR and ESPARZA started building a relationship with WANG. HUIZAR and WANG started getting close and WANG asked HUIZAR to set up meeting for him with developers in an effort to get the developers to utilize WANG's company. If there was a dinner with HUIZAR, ESPARZA, and WANG, ESPARZA would hear WANG ask HUIZAR to set up these meetings and then HUIZAR would have ESPARZA reach out to the developers and set up the meetings.

During these dinners, WANG would give ESPARZA a "red envelope" in the bathroom that usually contained $1,000 to $2,000. ESPARZA then went home and counted the money. WANG really wanted meetings with the Chinese developers and anyone with large-scale projects downtown. ESPARZA was in charge of setting up these meetings. HUIZAR instructed ESPARZA to set up these meetings for WANG. At first WANG specifically asked to be put in touch with specific companies like HAZENS, LENDLEASE, or meet with CHAN. These meetings with numerous developers occurred. HUIZAR and ESPARZA were both present for these meetings. There may have been additional meetings with just HUIZAR, WANG, and the developers that ESPARZA was not a part. During these meeting HUIZAR would tell the developer that WANG was a good friend and thought it would be a good thing for the introductory meeting. HUIZAR rarely pushed for anyone and to ESPARZA's best recollection he did not "know that [HUIZAR] ever made a strong push for anyone." ESPARZA believed it was something different for WANG. Ultimately WANG never got any deals because ESPARZA felt that WANG could not close the deal.

WANG sometimes hosted house parties at his friend's house in Walnut, California. There were not many people who attended the parties, but there would be a dj and women. HUIZAR was, "all about pussy and money."

As the relationship with WANG grew, WANG learned from ESPARZA that ESPARZA wanted to leave HUIZAR's office at some point. WANG told ESPARZA that if

194B-LA-255905

Continuation of FD-302 of (U) 11/13/2018_George Esparza ,On 11/13/2018 ,Page 10 of 17

ESPARZA were to stay with HUIZAR's office, WANG would "take care" of ESPARZA. In exchange, ESPARZA would need to make sure HUIZAR stayed true to his commitments with these developers and set up meetings to push WANG's company. ESPARZA agreed and asked WANG for money. WANG gave a monthly payment in exchange for three meetings per month. HUIZAR asked for a list to be put together of who WANG should be introduced. ESPARZA created this list and HUIZAR approved each meeting prior to it being set up. HUIZAR was not aware that WANG was paying ESPARZA. ESPARZA believed that HUIZAR was also being "taken care of" by WANG. ESPARZA did not see any payments made from WANG to HUIZAR, but ESPARZA and WANG would meet at the end of the month and then HUIZAR would also meet at the end of the month. ESPARZA believed it felt very similar and saw on HUIZAR's calendar that he was meeting with WANG. HUIZAR soon started putting abbreviations instead of names. Specifically the calendar would say, "Meeting with A." ESPARZA understood this to be a reference to WANG. In addition, from time to time, JONATHAN ZUNIGA, HUIZAR's driver, told ESPARZA that he dropped HUIZAR off to meet with WANG for coffee.

WANG's first monthly payment occurred in January 2017. WANG provided ESPARZA $10,000. ESPARZA asked for $10,000, but WANG only wanted to provide $6,000. WANG agreed to give $10,000 the first month (January), but would give $8,000 each month thereafter. WANG subsequently provided $8,000 a month until June 2017 when the FBI approached ESPARZA and WANG. ESPARZA would have continued to accept the payments from WANG, but for the FBI showing up. WANG promised ESPARZA that he would help him get out of the office once one of these projects secured a contract with WANG. ESPARZA spent the money on clothes and family matters. ESPARZA never deposited the cash, because he "knew that was a bad decision and did not want to deposit anything."

At some point, WANG called ESPARZA excited about a project in ENGLANDER's district. ESPARZA did not know what happened with the project. WANG was trying to get involved with all of the elected officials and was "very generous."

HUIZAR, ESPARZA, and WANG had a meeting with CHAN at some point. At the time, CHAN was the General Manager of LADBS and ESPARZA believed that WANG would benefit from being in touch with CHAN.

**RAYMOND CHAN**

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-8   Filed 08/29/22   Page 12 of 18   Page ID #:14920

194B-LA-255905 Serial 1379

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of  (U) 11/13/2018_George Esparza                      , On  11/13/2018 , Page  11 of 17

ESPARZA first met CHAN around 2012. CHAN always called ESPARZA his "little brother." ESPARZA was closer to CHAN's business partner, GEORGE CHIANG. HUIZAR provided CHAN access to CD14. HUIZAR allowed CHAN to meet with HUIZAR's planning staff on any occasion. HUIZAR told ESPARZA, "if it was not for him [HUIZAR], CHAN would not have got the LADBS General Manager position." Around 2013 or 2014, there was something going on with the Department of City Planning ("LADCP") taking over LADBS. HUIZAR did something to stop this from happening and "helped" CHAN get the position. At this same time, CHAN was introducing HUIZAR to all of the Chinese developers and CHAN helped HUIZAR secure the settlement for the GODOY lawsuit [see below].

CHAN could make problems go away, expedite permits, and streamline projects. CHAN had experience with many City processes and ultimately became a consultant when he retired from the City. CHAN retired approximately one year ago around June 2017. There were certain projects that HUIZAR would set up with CHAN. One example was HAZENS. HAZENS was redeveloping the LUXE HOTEL property. HAZENS' chairman was CHAIRMAN LIN or YIN. HUIZAR had a close interest in HAZENS' project because of how much money HAZENS' contributed to HUIZAR. ESPARZA met with CHIANG to get these contributions and asked CHIANG for "bundling." Bundling was one individual collecting a number of checks to provide a large contribution such as $50,000.

ESPARZA never heard HUIZAR ask CHAN to "hurt" projects, but HUZIAR had asked CHAN for help. HUIZAR asked for CHAN's help with GREENLAND's METROPOLIS project. CHAN had the access and could meet with the developer and/or consultants directly

**FRANCINE GODOY LAWSUIT**

Around 2012 or 2013, HUIZAR was sued by his former staff member GODOY. GODOY asked for $1 million to settle the law suit. HUIZAR was getting desperate and did not want the City to pay the settlement because it would be disclosed to the public and HUIZAR wanted to settle before his reelection in 2015. ESPARZA could not remember the initial conversation, but HUIZAR asked HUANG for $600,000 to pay the settlement. ZHENG told ESPARZA about the conversation and HUIZAR asked ESPARZA to arrange for the money. HUIZAR had ESPARZA answering depositions, deleting emails, and going through everything related to GODOY. HUIZAR had ESPARZA specifically work with ZHENG to secure

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-8   Filed 08/29/22   Page 13 of 18   Page ID #:14921

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1379

194B-LA-255905

Continuation of FD-302 of (U) 11/13/2018_George Esparza , On 11/13/2018 , Page 12 of 17

the settlement from HUANG. CHAN helped structure the whole arrangement. The settlement was structured to conceal the arrangement by using another entity to transfer the $600,000 from China to an EAST WEST BANK account. The bank was to then loan HUIZAR the money to provide to HUIZAR's attorney and pay the settlement. The woman that helped sign the settlement currently worked for CHAN and previously worked for HUANG. HUIZAR did not expect to pay the $600,000 back, nor was it expected by HUANG.

**PAY 2 PLAY**

Every Chinese company or developer had their "guy" that would interface with ESPARZA. This person was typically their consultant or lobbyist. CHIANG was the "guy" for a number of companies and specifically HAZENS [see below].

If you did not know HUIZAR or you were not "paying to play" you would not get any type of treatment from HUIZAR and HUIZAR's office. HUIZAR asked for donations or contributions through a multitude of means including his office holder account, SALESIAN HIGH SCHOOL, Los Angeles County High School for the Arts (LACHSA) and non-profit organizations (Make-a-Wish). If a developer/investor did not cooperate or were not "friends," HUIZAR would stall the project and not put them on the Planning and Land Use Management (PLUM) committee agenda. HUIZAR was the chair of PLUM. HUIZAR would specifically instruct ESPARZA not to meet with them.

Every major project had to go through PLUM. Because HUIZAR was the chair of PLUM, it was up to CD14 staff to put or not put the projects on the agenda. One example was the REEF Project in MARQUEECE HARRIS-DAWSON's district. The consultant who worked for BAI before told ESPARZA that they were "tapped out" and could not give anything more when ESPARZA asked for contributions. REEF was then not put on the agenda when REEF thought they were going to be based on their status in the process. REEF eventually made a commitment to an independent expenditure (IE) or political action committee (PAC) for RICHELLE RIOS HUIZAR's campaign. ESPARZA had a list that HUIZAR approved of which projects were "playing" and "not playing."

ESPARZA was instructed by HUIZAR to be careful of direct conversations with the developers or their consultants that they must pay or nothing will happen. HUIZAR and ESPARZA "designed" the scheme in a way that it was approximately two weeks before the hearing that ESPARZA would ask for a

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of (U) 11/13/2018_George Esparza , On 11/13/2018 , Page 13 of 17

contribution or donation. HUIZAR and ESPARZA did this for alcohol licenses, conditional use permits (CUPs), and PLUM. HUIZAR and ESPARZA would have a planning meeting and come up with a good time to "hit these guys up." HUIZAR told ESPARZA that he needed to learn how to "size these people up." HUIZAR and ESPARZA needed to figure out when a developer came into the room how much they were able to get from them. Most of the Chinese companies were willing to pay.

**Example**: GREENLAND needed help for the permitting. GREENLAND was asked for $40,000 for the democratic convention, $10,000 for SALESIAN HIGH SCHOOL, and then $5,000 for another Councilman in another City. In addition, GREENLAND was expected to pay contributions to HUIZAR's officeholder account. HUIZAR also asked GREENLAND to host events at their hotels. HUIZAR required this just for access to the office.

**Example**: SEARS Project located in Boyle Heights. IZEK SHOMOF wanted the City to give them a piece of land to continue the development project. HUIZAR asked for the value of the land and would not give the land for free. HUIZAR said that he would give the land, but he needed a community benefit package. For example, HUIZAR said he needed $200K for housing and 11% for affordable housing. HUIZAR could cut the percentage for affordable housing, but would need more public benefit. HUIZAR instructed SHOMOF to provide some money to the public benefit and then the other part to an IE or PAC.

For the past two years, everything was about RICHELLE's PAC, "Community of Friends." MORRIE GOLDMAN, lobbyist, was in charge of the PAC.

ESPARZA was closest to WANG, CHIANG, and ZHENG. ESPARZA did not feel WANG was a good friend, because when the FBI came around, WANG disappeared and did not care about ESPARZA. HUANG and ZHENG understood the troubles and problems with dealing with HUIZAR. CHIANG and ZHENG ultimately have remained close to ESPARZA. BAI and PAK also disappeared after the FBI approached ESPARZA.

**HAZENS**

HAZENS was a Chinese developer from, Shenzhen, China. HAZENS had a project on Figueroa and Olympic. HAZENS frequently gave money to whatever HUIZAR asked. CHIANG told ESPARZA that HUIZAR wanted HAZENS's to hire RICHELLE's law firm, VANDERFORD & RUIZ. Every place that RICHELLE "worked" HUIZAR would

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-8   Filed 08/29/22   Page 15 of 18   Page ID #:14923

194B-LA-255905 Serial 1379

FD-302a (Rev. 5-8-10)

194B-LA-255905
Continuation of FD-302 of (U) 11/13/2018_George Esparza , On 11/13/2018 , Page 14 of 17

instruct ESPARZA to fundraise. ESPARZA believed they were fundraising for RICHELLE's salary. This included VANDERFORD & RUIZ and SALESIAN HIGH SCHOOL. SAM ROBLES was the principal of SALESIAN HIGH SCHOOL at the time.

CHIANG told ESPARZA that he had talks with HUIZAR about HAZENS' paying HUIZAR $10,000 per month in cash. HUIZAR worked out a scheme with HAZENS' chairman in which HAZENS would pay HUIZAR's friend, ERNIE CAMACHO and then CAMACHO would pay HUIZAR. CAMACHO was a long time friend of HUIZAR's and owned a construction management company. At some point, HUIZAR told CHIANG that he needed more than $10,000, because CAMACHO was withholding taxes, so HUIZAR did not ultimately receive $10,000 a month as arranged. HUIZAR wanted to reach out to HAZENS' chairman directly and that was the reason for going to China in 2017. CHIANG told ESPARZA that after the China trip to see HAZENS' chairman, HAZENS agreed to pay HUIZAR $100,000 in cash and an additional $100,000 to RICHELLE's PAC.

HAZENS project process started at the beginning of 2016. The entitlements were already done. ESPARZA did not have confirmation that CHIANG provided cash to HUIZAR, but HUIZAR also asked CHIANG for event tickets and ESPARZA knew that these tickets were provided by CHIANG. For example, HUIZAR asked for KENDRICK LAMAR tickets and said it was for his daughter, but ESPARZA believed it to be for LILLIE GROSS. CHIANG was pissed that HUIZAR lied and CHIANG subsequently told HUIZAR not to use the tickets. CHIANG ended up going to the concert and while there, GROSS showed up, confirming to CHIANG and ESPARZA that the tickets were for GROSS and not for HUIZAR's daughter.

**LA HOTEL & SHERATON UNIVERSAL**

CHAN was close friends with HUANG. CHAN played a role in guiding HUANG through the process as it related to HUANG's LA HOTEL and SHERATON UNIVERSAL. HUANG had issues with his school, APU. CHAN "helped" HUANG with these issues. There was an issue with decorations or construction and CHAN called asking if the office "okayed" it. ESPARZA had no knowledge of complaints made against the hotel. ZHENG mentioned to ESPARZA that CHAN was no help, but on one occasion ZHENG was mad and complained that CHAN was not helping. ESPARZA could not remember exactly what HUIZAR helped regarding these projects. HUIZAR helped with a press release for the school and ESPARZA arranged the media to attend through RICK COCA, HUIZAR's Communications Director.

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-8   Filed 08/29/22   Page 16 of 18   Page ID #:14924

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1379

194B-LA-255905

Continuation of FD-302 of (U) 11/13/2018_George Esparza , On 11/13/2018 , Page 15 of 17

**JUSTIN KIM**

KIM came to HUIZAR and ESPARZA around 2016 with an issue on a project at Olympic and Hill regarding the labor union CREED LA. HUIZAR told KIM that he could help take the unions off the project, but he wanted $1.25 million in cash. The arrangement was for HUIZAR to get $500K, KIM to get $500K, and ESPARZA to get $250K. KIM told HUIZAR this was too much, and the final number ended up being $600K or $800K. KIM told HUIZAR that he could get the cash from the developer, DAVID LEE JOIA.

HUIZAR then instructed ESPARZA to "go test the waters and see what is up with the union." ESPARZA was to speak to CHRIS MODRZEJEWSKI. HUIZAR told MODRZEJEWSKI that he had to support this project and drop the appeal. MODRZEJEWSKI said he would go talk to his guys. For approximately two or three months everything was quiet and HUIZAR subsequently sent a text message to ESPARZA saying to follow up on the Olympic and Hill project. ESPARZA felt this was the "real deal" and was specifically a "this for that." Around March 2017, KIM informed ESPARZA that CREED's appeal was withdrawn and felt that HUIZAR actually did something.

Around February 2017, KIM asked to meet with ESPARZA. When ESPARZA showed up, KIM gave ESPARZA a bag full of cash and said he got the cash for HUIZAR. ESPARZA believed KIM kept approximately $100,000 and KIM instructed ESPARZA to give HUIZAR $100,000. ESPARZA took the money to his residence and wrote on napkins, "Giving cash to CM Huizar 2/10/2017" and "Giving him cash from JUSTIN KIM for the Olympic & Hill project. No unions 2/10/2017." ESPARZA subsequent photographed the cash with the napkin. [The photographs are electronically attached as a 1A.]

On or about March 14, 2017, ESPARZA subsequently placed $100,000 into a Johnny Walker box and brought the money to HUIZAR. ESPARZA narrated a video of the money in the box and on his car seat prior to driving to HUIZAR's residence. ESPARZA also took pictures of the box while walking up the stairs at HUIIZAR's residence. [The photographs and video are electronically attached.] When ESPARZA met HUIZAR that day, HUIZAR said, "Oh JUSTIN [KIM] finally came through." HUIZAR looked at the cash in the Johnny Walker box and told ESPARZA to hold the money at ESPARZA's residence. HUIZAR asked ESPARZA how much. KIM said it would be $500K. HUIZAR said, "this is how it goes, I get 70% and you get 30%." HUIZAR then told ESPARZA that ESPARZA

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1379

194B-LA-255905

Continuation of FD-302 of (U) 11/13/2018 George Esparza , On 11/13/2018 , Page 16 of 17

could get $100K and help out his family.

Over the next few months, approximately March 2017 to June 2017, HUIZAR asked ESPARZA what was going on and if there was any news from KIM. KIM did not respond during this time and ESPARZA believed it was because the FBI contacted KIM. ESPARZA had text messages with HUIZAR about providing the cash around April 1, 2018 and October 1, 2018. ESPARZA had a recording from December 28, 2017 with HUIZAR asking if the "2" is okay and when would he get it. HUIZAR said, "it's mine though, and I am going to get it." [The recording and transcript is electronically attached as a 1A].

Around October 2018, HUIZAR sent a text message to ESPARZA that said, "You're making excuses and want it for yourself." ESPARZA understood this to be in reference to the cash from KIM. KIM told ESPARZA that HUIZAR told KIM recently, "if he goes down, everyone is going down" in regard to the money. On October 12, 2018, HUIZAR showed up at ESPARZA's residence and told ESPARZA's grandfather that HUIZAR gave ESPARZA a loan that ESPARZA needed to pay back. [A screenshot from ESPARZA's residence camera is electronically attached.]

Ultimately KIM provided $200,000 to ESPARZA, but HUIZAR never got the money after telling ESPARZA to keep it at ESPARZA's residence. After the FBI interviewed ESPAERZA in June or July 2017, ESPARZA got scared and through the FBI would raid his residence. ESPARZA was worried that the FBI would find $200K that he would not be able to explain. ESPARZA subsequently provided the money to ZHENG and asked him to hold on to it for ESPARZA. ESPARZA did not know if ZHENG still had the money.

HUIZAR also sent ESPARZA messages via the Confide application that said HUIZAR had information that would be detrimental to ESPARZA's career. HUIZAR subsequently sent people to talk to ESPARZA including ULISSE SANCHEZ.

**FBI INVESTIGATION**

ZHENG was aware that ESPARZA was meeting with the FBI and prosecutors. ESPARZA told ZHENG that he was going to tell the truth. ESPARZA informed ZHENG about this from a new cell phone.

ELMA MARQUEZ, a new potential girlfriend, and ESPARZA's grandparents knew that ESPARZA was meeting with the FBI.

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-8   Filed 08/29/22   Page 18 of 18   Page ID #:14926

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1379

194B-LA-255905

Continuation of FD-302 of (U) 11/13/2018_George Esparza , On 11/13/2018 , Page 17 of 17

JESSE LEON was also aware that ESPARZA was meeting with the FBI. LEON was an attorney and told ESPARZA to tell the truth and be honest. LEON told ESPARZA that he was also interviewed and told the FBI that they should speak to ESPARZA.

HUIZAR referred to the FBI as "orange juice" and would say things like, "always up for a glass of orange juice." This was code that HUIZAR wanted to talk to ESPARZA privately.