# **Government Exhibit 3**

```
FD-302 (Rev. 5-8-10)
```

194B-LA-255905 Serial 1381
-1 of 10-



## FEDERAL BUREAU OF INVESTIGATION

Date of entry    05/22/2019

On January 15, 2019, GEORGE ESPARZA, date of birth ▮▮▮▮▮ social security number ▮▮▮▮▮ home address ▮▮▮▮▮ ▮▮▮▮▮, telephone number ▮▮▮▮▮ was interviewed at the United States Attorney's Office, 312 N. Spring Street, Los Angeles, California. Also present in the interview was FBI Special Agents Andy Civetti and Tony Logan, and ESPARZA's attorney, Terrance Jones. After being advised of the identity of the interviewing Agents and the nature of the interview, ESPARZA provided the following information:

*[Agent Note: Prior to the interview ESPARZA was advised that the interview was voluntary. ESPARZA was instructed that he could leave at any time and that he had the right to consult with his attorney. ESPARZA was advised that lying to the FBI was a federal offense and that lying included omitting information. ESPARZA affirmatively acknowledged he understood all of these admonishments and that he must be completely truthful.]*

### LADBS/LADCP Consolidation

Around 2013 or 2014, there was something going on with the Department of Building and Safety ("LADBS") and Department of City Planning ("LADCP") merging together. MITCH ENGLANDER supported the consolidation. JOSE HUIZAR did something to stop this from happening and "helped" RAYMOND CHAN get the General Manager of LADBS position. CHAN provided "talking points" to HUIZAR regarding the consolidation. Had the departments merged, MICHAEL LOGRANDE was expected to be in charge of the new department and CHAN would be "kicked out." LOGRANDE was pissed at CHAN for lobbying for the position. ESPARZA was unsure whether LOGRANDE knew that CHAN asked HUIZAR to present the motion and stop the consolidation. While drinking on more than one occasion, CHAN stated that HUIZAR, HERB WESSON, and MICHAEL BAI, helped block the consolidation from occurring. BAI bragged to ESPARZA that CHAN was the General Manager because of BAI. ESPARZA could not remember the specifics of

| | | |
|---|---|---|
| Investigation on | 01/15/2019 at | Los Angeles, California, United States (In Person) |
| File # | 194B-LA-255905 | Date drafted 01/15/2019 |
| by | Andrew R. Civetti, LOGAN ROBERT ANTHONY | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-10   Filed 08/29/22   Page 3 of 11   Page ID #:14952

FD-302a (Rev. 5-8-10)
194B-LA-255905 Serial 1381

194B-LA-255905
Continuation of FD-302 of (U) 01/15/2019_George Esparza , On 01/15/2019 , Page 2 of 10

the consolidation, but remembered that because HUIZAR was chair of the Planning and Land Use Management (PLUM) committee, CHAN would "go to him to get things done." ESPARZA did not know whether CHAN went to other councilman besides HUIZAR and WESSON about the consolidation.

ESPARZA was shown Exhibits 1-4, an email dated August 31, 2013 from CHAN (█████████) to ESPARZA (█████████) with the subject "Re: motion" and body including, "Attached is a draft motion that Jose and I talked about… please tell Jose that I will brief him Tuesday morning." ESPARZA remembered CHAN sending this email and asking to provide the email to HUIZAR. ESPARZA did not remember the specific conversations, but remembered that this motion had to do with the consolidation. ESPARZA was not that close to CHAN yet, but remembered a private meeting at HUIZAR's office between HUIZAR and CHAN. ESPARZA thought there may have been some text message exchange with CHAN at this time.

On at least one occasion, HUIZAR stated to ESPARZA and made it a point that HUIZAR was the one that stopped the consolidation. After the consolidation ceased, ESPARZA attended a dinner with HUIZAR, CHAN, WESSON, BAI, and DERON WILLIAMS at a private dining room at PATINA by Disney concert hall. During the dinner CHAN made a toast and thanked WESSON and HUIZAR. CHAN said something along the lines of, "If it wasn't for you two, I wouldn't be here right now."

After ESPARZA's 2017 FBI interview, during poker at LA VUE, BAI told ESPARZA that CHAN asked WILLIAMS if WILLIAMS knew where HUIZAR got the FRANCINE GODOY settlement payment. CHAN also asked CHRIS PAK. BAI asked ESPARZA if he knew why CHAN was asking and if ESPARZA knew where the money came from. ESPARZA felt this was random and suspicious timing. ESPARZA told HUIZAR that CHAN was asking. ESPARZA mentioned that it was "weird CHAN was asking because wasn't CHAN a part of it." HUIZAR told ESPARZA, "yeah he [CHAN] should know. ESPARZA thought CHAN may be working with the FBI.

**GODOY SETTLEMENT**

Around the time of the FRANCINE GODOY lawsuit, CHAN was introducing HUIZAR to all of the Chinese developers. CHAN subsequently helped HUIZAR secure the settlement for the lawsuit. There was a joint venture, promissory note, and East West Bank certificate of deposit used to conceal the settlement

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-10   Filed 08/29/22   Page 4 of 11   Page ID #:14953

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1381

194B-LA-255905

Continuation of FD-302 of  (U) 01/15/2019 George Esparza                    , On  01/15/2019 , Page  3 of 10

payment.

On at least one occasion HUIZAR told ESPARZA, "we met the Chairman [HUANG] just at the right time." ESPARZA understood this to mean that they met WEI HUANG, when HUIZAR needed money for the settlement. HUIZAR was having trouble getting people to give him the money to pay the settlement. HUIZAR told ESPARZA that he spoke to CHAN and CHAN suggested that they ask HUANG for the money. CHAN was involved at least by asking HUANG for the payment for HUIZAR. RICKY ZHENG told ESPARZA that there was a meeting between HUIZAR, CHAN, and HUANG to discuss how to structure the settlement to conceal HUANG's payment. Shortly after this meeting occurred, HUIZAR instructed ESPARZA to work with ZHENG directly on securing the payment.

HUIZAR told ESPARZA that HUANG could not give the $600,000 to HUIZAR directly for the settlement, because it was a conflict of interest for HUANG because HUANG had developments in HUIZAR's district. HUIZAR did not want anything to show that the payment was from HUANG. ZHENG told ESPARZA that HUANG did not want to be seen with two hotels in Los Angeles and that he gave a gift or bribe to HUIZAR because he had these projects in the city. The arrangement was to send money to the bank and have YAN YAN sign off a loan with HUIZAR. YAN worked under ZHENG for SHENZHEN NEW WORLD. The money was ultimately transferred from GRACE LUCK HOLDINGS to East West Bank.

HUIZAR worked with RUDY ESTRADO, Vice President of East West Bank. ESPARZA was with HUIZAR in the car when HUIZAR called ESTRADO and told him that HUIZAR needed to talk to him. ESTRADO was a friend of ART GASTELUM.

ESPARZA believed GRACE LUCK HOLDINGS was some type of shell company to conceal the payment. ESPARZA was familiar with the company name from emails that he was a part of. ESPARZA believed the company was made up just to have HUANG's involvement not be disclosed. HUIZAR and HUANG wanted the payment to "look clean and have no ties to the Chairman." HUIZAR was fully aware that they needed to stay away from having the payment show it was from HUANG. HUIZAR told ESPARZA that he spoke to his political attorney, STEPHEN KAUFMAN, regarding the arrangement. HUIZAR was originally just going to sign the loan, but then said he "needed to do a promissory note to make it look more clean." HUIZAR was aware of the "shell" company. ESPARZA went with HUIZAR to meet with YAN to sign the documents.

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-10   Filed 08/29/22   Page 5 of 11   Page ID #:14954

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1381

194B-LA-255905

Continuation of FD-302 of  (U) 01/15/2019 George Esparza                    , On  01/15/2019  , Page  4 of 10

HUANG told ZHENG a few months prior to the search warrants executed on November 7, 2018, that HUANG wanted his money back. HUANG said HUIZAR was not being a "good friend" and HUANG wanted to detach himself from HUIZAR. HUIZAR was in-debited to HUIZAR and CHAN. HUIZAR gave CHAN lots of access to him. HUIZAR could never tell CHAN or HUANG no. When HUANG told him to jump, HUIZAR jumped.

ESPARZA was not sure whether RICHELLE RIOS HUIZAR ("RICHELLE") knew that HUANG gave HUIZAR the $600,000 payment for the settlement. ESPARZA did not know whether WESSON was aware of the GODOY settlement. HUIZAR's "contact" said he had to pay in six years, but ESPARZA did not know if he was making any payments. HUANG was not expecting HUIZAR to pay the settlement back, but because of how HUIZAR was treating ESPARZA, HUANG wanted to "fuck with HUIZAR." HUIZAR may have wanted cash from JUSTIN KIM (memorialized in ESPARZA's November 13, 2018 interview) to pay HUANG, back or HUIZAR may just have wanted more cash. HUIZAR never expected to pay HUANG back. ESPARZA never heard any conversations about paying HUANG back for the $600,000.

**RAYMOND CHAN**

HUIZAR did not initially have a direct relationship with HUANG or ZHENG. CHAN was always the middle man and acted as the translator. Because CHAN introduced HUIZAR to HUANG, CHAN was always around. CHAN's value to HUIZAR was that he had "big whales" for donations. CHAN's value for HUANG was that he had access to HUIZAR and CHAN was the General Manager of LADBS. CHAN was able to give HUANG the "VIP" treatment. ESPARZA believed this to be the "perfect combo."

CHAN was the "main Chinese dude" that connected the Chinese companies to politicians, specifically HUIZAR. CHAN was building his "capital" with public officials. CHAN was able to expedite things for projects. ESPARZA believed this only happened for specific projects. GREENLAND was the first project that seemed to be "assisted." ESPARZA did not believe CHAN or HUIZAR helped anyone simply because of the merits of the project.

CHAN was the main guy that controlled the Chinese companies and CHIANG was the middle guy. CHAN and CHIANG had the perfect set up because CHAN told companies to hire CHIANG and then they could work directly with CHAN. CHAN and CHIANG monopolized the situation because CHIANG could coordinate and

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-10   Filed 08/29/22   Page 6 of 11   Page ID #:14955

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1381

194B-LA-255905

Continuation of FD-302 of (U) 01/15/2019 George Esparza , On 01/15/2019 , Page 5 of 10

then CHAN had HUIZAR. ESPARZA believed CHAN "did it good because he could leverage the Chairman [HUANG] over HUIZAR." HUIZAR said on at least one occasion, "if RAY [CHAN] did not help me with the loan, I would have told him to fuck off a long time ago." CHAN was always the facilitator.

**HUANG Development Projects**

On at least one occasion HUANG went to HUIZAR's office with CHAN, LADCP representatives, and LADBS representatives. HUANG provided a presentation about what they wanted to do to expand the LA Hotel Downtown. ESPARZA believed that HUANG brought plans to present. The discussion of HUANG's hotel expansion was brought up a lot of times. HUANG wanted to build "the tallest tower in downtown and West of the Mississippi." At times the conversations between HUANG and HUIZAR just seemed to be bullshitting around. If HUANG really wanted something done he went through ZHENG. HUANG could not speak English.

It seemed as though there was an expectation that HUIZAR would be there no matter what if HUANG needed something. Because of the money provided in Las Vegas and the settlement payment, there was an idea that HUIZAR should be there for HUANG at all times. ESPARZA did not believe that HUIZAR nor HUANG held each others "feet to the fire," but rather HUANG provided a lot to HUIZAR and ESPARZA did not believe HUIZAR ever delivered.

HUIZAR never had a discussion with ESPARZA, nor did ESPARZA hear about a discussion in which HUIZAR stated he needed to recluse himself or that HUIZAR could not be involved in any of HUANG's projects. There were times at dinner that CHAN, HUANG, HUIZAR, and ZHENG huddled up and CHAN said that he would help HUANG. CHAN told HUANG that HUIZAR was the "downtown guy" so whatever HUANG needed CHAN and HUIZAR could do. On at least one occasion, CHAN told HUANG, "the idea of HUIZAR is the investment." CHAN was smart enough to have HUANG use the $600,000 as the means i.e. investment. HUIZAR told HUANG that he would help HUANG because "this tallest building would be his penis downtown." HUIZAR said on multiple occasions that, HUANG's project, "would be the tallest thing there" and because he "had the biggest dick" this would be his "big dick above the City."

ESPARZA was shown Exhibit 5, an Urbanize LA article titled, "Proposed 77-Story Tower Would Be L.A.'s Tallest Building. Chinese developer plans the

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-10   Filed 08/29/22   Page 7 of 11   Page ID #:14956

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1381

194B-LA-255905

Continuation of FD-302 of (U) 01/15/2019 George Esparza , On 01/15/2019 , Page 6 of 10

tallest building West of the Mississippi River." ESPARZA was not surprised because this was exactly what they had previously discussed. The filing for this project happened after ESPARZA already left HUIZAR's office, so ESPARZA was not a part of any recent conversations regarding the tower.

At some point, ZHENG told ESPARZA that HUANG had "all his eggs in one basket" and HUANG asked ZHENG about bringing ENGLANDER to Las Vegas. ZHENG asked ESPARZA who ENGLANDER was and ESPARZA was surprised that they were asking about ENGLANDER. On at least one occasion, ANDY WANG took ENGLANDER to LA VUE with HUANG. ENGLANDER was on PLUM at the same time.

CHAN described to the Chinese development companies the importance of PLUM. One specific example involved the company R&F. ESPARZA was at a dinner with CHAN, HUANG, GEORGE CHIANG, and two representatives from R&F. CHAN was the General Manager of LADBS at the time. CHAN told R&F that CHIANG could direct the company through the process and connect the company to ESPARZA. Because ESPARZA was HUIZAR's special assistant, ESPARZA could work directly with CHIANG to make sure things happened with HUIZAR. CHAN explained that HUIZAR had the power of PLUM to 1) put things on the agenda, 2) overturn rules, and 3) change ordinances. CHAN stated, "if you do not have a relationship with JOSE [HUIZAR] your project would be at the end of the list."

On at least one occasion ZHENG said that HUANG discussed "getting" DAVID RYU. RYU was the councilman for Council District 4, where HUANG's UNIVERSAL SHERATON was located. HUANG hosted a fundraiser for RYU. HUANG and HUIZAR hosted a fundraiser event for JOHN CHIANG ("JOHN").

### QUINCEANERA

HUIZAR had a quinceanera for his daughter EMILIA HUIZAR in November 2016. The quinceanera was paid for by HUANG indirectly by giving HUIZAR a higher amount of chips than he normally did when in Las Vegas to cover the expenses. RICHELLE asked ESPARZA to look for different locations downtown to host the event. RICHELLE wanted a free venue. HUIZAR asked HUANG if he could host the event at the UNIVERSAL SHERATON. RICHELLE did not want the quinceanera at the UNIVERSAL SHERATON because she did not like HUANG. ESPARZA spoke to VIRGINIA CLARK, the hotel's General Manager. The event was supposed to be approximately 100 people, but when HUANG said he would pay, RICHELLE changed the number to approximately 300-500 people and was okay

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-10   Filed 08/29/22   Page 8 of 11   Page ID #:14957

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1381

194B-LA-255905

Continuation of FD-302 of (U) 01/15/2019_George Esparza , On 01/15/2019 , Page 7 of 10

having HUANG host the party. ESPARZA connected RICHELLE to ZHENG's nephew ALEX or ALEC ZHENG ("ALEC").

The event was estimated at $100 per head at first and HUIZAR said this was too expensive. ALEC told ESPARZA that RICHELLE kept asking for more and the event ended up being approximately $200 per person. HUIZAR told ESPARZA to talk to HUANG and get the event for free. CHIANG was with ESPARZA when ESPARZA called CLARK and told CLARK that HUIZAR would not pay. CLARK said she would talk to HUANG.

The event cost approximately $45,000. This cost included food, beverages, and hotel rooms. ALEC started bugging ESPARZA for the payment. HUIZAR said to have HUANG pay. Ultimately, HUIZAR reluctantly paid a $10,000 deposit via check. The weekend after HUIZAR paid the $10,000, HUIZAR and ESPARZA went to Las Vegas with HUANG and ZHENG. During that trip, HUIZAR got more chips than he normally got during previous trips. HUIZAR wanted the quinceanera to look legit by paying some amount. HUIZAR had no intention of paying for the quinceanera. HUIZAR also did this with their trip to Australia. HUIZAR told ESPARZA to write a check to document the payment, but that HUANG would never cash it.

### CASH PAYMENTS

HUANG gave cash directly to HUIZAR during their first trip to Las Vegas. HUIZAR kept cash at his house. HUIZAR asked ESPARZA on a few occasions to deposit $10,000 checks from HUIZAR's mother and brother. HUIZAR had ESPARZA deposit them in HUIZAR's account for him. HUIZAR would endorse the checks before and make the deposits at the Wells Fargo on Whittier Boulevard and Lorena. ESPARZA never asked what the checks were from, but believed they were from Las Vegas because HUIZAR got at least $10,000 each trip. HUIZAR always paid for things in cash.

### HUANG "ASKS"

On at least one occasion HUIZAR told ESPARZA, "If Chairman [HUANG] gave us something we would prioritize it." The following were "asks" that HUANG requested and HUIZAR provided to HUANG:

1. Around May 2013, HUIZAR provided a visa to HUANG for one of HUANG's employees. HUANG needed a letter of support for the visa application. HUIZAR

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-10   Filed 08/29/22   Page 9 of 11   Page ID #:14958

FD-302a (Rev. 5-8-10)

194B-LA-255905 Serial 1381

194B-LA-255905

Continuation of FD-302 of (U) 01/15/2019 George Esparza , On 01/15/2019 , Page 8 of 10

started doing this more when the Chinese companies started doing business. ESPARZA was not sure whether the visa was dependant on HUIZAR's letter or if this was just an addition to the application.

2. HUIZAR got a Department of Transportation ("DOT") street sign constructed for HUANG's son EVAN HUANG ("EVAN"). HUIZAR also did a sign for HUANG.

3. Around June 2013, HUANG asked HUIZAR to assist in getting EVAN into the University of Southern California ("USC"). HUANG was giving money to HUIZAR and HUIZAR thought he needed to do a favor for HUANG. HUIZAR made direct calls to TOM SAYLES at USC and felt this was a "big favor." HUIZAR held a lunch meeting at USC with ESPARZA, SAYLES, EVAN and HUANG. The group went on a tour of the school. It was insinuated that HUANG would make a large donation. HUIZAR told SAYLES, "HUANG could be a big support of the school." Everything was set up for EVAN to be accepted, but EVAN never applied. ESPARZA felt this situation was unique because HUIZAR specifically went out of his way, which HUIZAR was not known to do.

4. Around December 2013, HUANG needed assistance with a parking situation. The DELIJANI family owned World Mart or some building across the street from HUANG's hotel. The DELIJANI's owned the building which contained a parking structure. The structure was used for valet by the hotel. CHAN gave a letter at a dim sun dinner with HUIZAR and asked HUIZAR to give the letter to the DELIJANIs. The letter requested the DELIJANIs to give up their contract or renegotiate the contract with HUANG. HUIZAR did provide the letter. The DELIJANI's told HUIZAR to be careful with HUANG because they were in a lawsuit with HUANG before.

5. Around April 2014, HUIZAR provided a "resolution" for HUANG. The resolution was a "celebratory" type recognition for HUANG. The resolution "looked official" and contained the signature of all of the council members and the Mayor. ESPARZA thought HUIZAR may have said they needed to do this for HUANG.

6. HUIZAR made a call to SAYLES to help HUANG's friend DON LI's son DRAKE LI ("DRAKE"), to get accepted to USC. ESPARZA did not know whether DRAKE ended up getting in.

7. There was an issue with one of HUANG's friend's kids who went to USC. The issue involved a roommate problem or dorm issue.

Subject to Protective Order
Case 2:20-cr-00326-JFW   Document 645-10   Filed 08/29/22   Page 10 of 11   Page ID #:14959

194B-LA-255905 Serial 1381

FD-302a (Rev. 5-8-10)

194B-LA-255905

Continuation of FD-302 of (U) 01/15/2019 George Esparza , On 01/15/2019 , Page 9 of 10

8. EVAN interned in HUIZAR's office one summer. EVAN was not paid. HUANG wanted ESPARZA to mentor EVAN.

9. Around 2016, HUANG needed a letter of support in order for the Chinese government or embassy to allow HUANG to come to the United States. HUANG needed the letter to be for a business reason and directly come from HUIZAR on letterhead. ESPARZA was not sure why HUANG really needed the letter, but heard a rumor that HUANG was arrested in China and may have needed the letter to get out of China.

10. Around 2016, there was a City owned lot under a bridge next to the LA HOTEL DOWNTOWN. HUANG wanted to buy or lease the property for parking. ESPARZA worked directly with CLARK. HUIZAR and CHAN ended up telling ESPARZA not to follow up. Eventually the situation "died."

11. HUANG asked HUIZAR for a list of land use attorneys to hire. HUIZAR had staff contact TOM WALSH from UNITE HERE 11. There was a meeting with HUIZAR, ESPARZA, WALSH, and CLARK. WALSH seemed hesitant to work with HUANG. The UNIVERSAL SHERATON did not want the labor unions involved with the hotel.

12. HUANG was building a school next to the LA HOTEL DOWNTOWN and asked HUIZAR's office for help on navigating the process. HUANG also asked CHAN for assistance with LADBS. CHAN may have helped HUANG with code stuff for the school. HUANG asked HUIZAR to get media to do a press conference for the school. RICK COCA sent a request to the media to have people them attend on behalf of HUIZAR.

**UNION ARTICLE**

There was a recent LA Times article that described a developer suing Local 300. ESPARZA read the article and thought about how electeds could "weaponize the unions to stop projects." The lawsuit was what ESPARZA wanted to explain HUIZAR did with the unions. This article was similar to the situation with the Olympic and Hill project involving JIM and DAVID LEE JOIA.

**CONTACTS**

ESPARZA communicated recently with KIM regarding "general stuff" such as Merry Christmas, Happy New Year, and the Governor's inauguration.

194B-LA-255905

Continuation of FD-302 of (U) 01/15/2019 George Esparza , On 01/15/2019 , Page 10 of 10

ZHENG had not reached out or brought anything up.

MIKE TRUIJLLO had not reached out nor did ESPARZA run into him.

JACKIE PASILLAS ( ) was ESPARZA and HUIZAR's hairdresser. PASILLAS lived in HUIZAR's La Guardia house. To ESPARZA's knowledge, PASILLAS paid HUIZAR rent. PASILLAS told ESPARZA that HUIZAR discussed with her that ESPARZA was the mastermind behind the FBI investigation and MAYRA ALVAREZ complaint. HUIZAR asked if PASILLAS had seen ESPARZA and if ESPARZA still got his haircut with PASILLAS. HUIZAR was attempting to sell the La Guardia house for $600,000. PASILLAS said HUIZAR has not been able to pay her for haircuts.