# **Government Exhibit 4**

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   01/13/2020

On April 08, 2019, RICKY ZHENG was interviewed at the United States Attorney's Office, 312 N. Spring Street, Los Angeles, California. Also present in the interview were ZHENG's attorney, Evan Jenness and Assistant United States Attorney ("AUSA") Mack Jenkins and AUSA Veronica Dragalin. A translator was present for the interview. After being advised of the identity of the interviewing Agents and the nature of the interview, SITU provided the following information:

*[Agent Note: Prior to the interview ZHENG was advised that the interview was voluntary. ZHENG was instructed that he could leave at any time and that he had the right to consult with his attorney. ZHENG was advised that lying to the FBI was a federal offense and that lying included omitting information. ZHENG affirmatively acknowledged he understood all of these admonishments and that he must be completely truthful. ZHENG consented to record the interview. Due to technical issues, the recording was not preserved.]*

## GODOY SETTLEMENT

On multiple occasions, ZHENG was present during discussions about the $600,000 payment. ZHENG also had conversations with WEI HUANG regarding the payment. Initially ZHENG thought that HUANG should not lend the money to JOSE HUIZAR, but RAYMOND CHAN was pushing for HUANG to lend the money. ZHENG told HUANG not to lend the money directly and that HUANG should utilize a lawyer.

There was at least one dinner before the loan was executed between HUANG, HUIZAR, and CHAN. ZHENG was present for the dinner. The dinner occurred at HUANG's residence. ZHENG cooked the meal. GEORGE ESPARZA may have also been present. The first half of the evening ZHENG was not present for the conversation because he was cooking. ZHENG did hear CHAN tell HUANG to make the $600,000 payment. HUANG, HUIZAR, and CHAN were all a part of the discussion regarding the $600,000 at the dinner. The next day HUANG asked ZHENG how HUANG could loan the money. HUANG told ZHENG that HUANG spoke to CHAN and HUIZAR extensively about the $600,000.

On at least two additional occasions, ZHENG was present for a discussion between HUANG and HUIZAR regarding the $600,000. The loan was discussed in Las Vegas during dinner and at HUANG's house. At HUANG's house, HUANG's family, HUIZAR's family

---

Investigation on  04/08/2019  at  Los Angeles, California, United States (In Person)

File #  194B-LA-255905                                              Date drafted  04/08/2019

by  Andrew R. Civetti, LOGAN ROBERT ANTHONY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_0368261

Continuation of FD-302 of (U) 04/08/2019 Ricky Zheng ,On 04/08/2019 ,Page 2 of 6

(including RICHELLE RIOS HUIZAR ("RICHELLE"), and ZHENG were present. HUANG told HUIZAR that he hoped HUIZAR would return the money to the bank on time. HUIZAR responded, "Yeah, yeah, yeah." ZHENG did not recall if ESPARZA was present.

Future conversations between HUANG and HUIZAR did not usually involved the loan because the payment was already made. HUANG asked ZHENG to get the money back from HUIZAR after HUANG heard about the FBI investigation. HUANG was worried there was an issue with the payment being made. HUANG directed ZHENG to figure out how to get back the money. ZHENG found a contract attorney and the attorney said the contract was good until 2020. HUANG asked what if he wanted the money earlier and the attorney said there was no way because the money was locked in the bank and could not be touch until 2020.

**FBI INVESTIGATION**

HUANG heard from CHAN that the FBI was investigation HUIZAR. HUANG told ZHENG that HUIZAR was expected to get in trouble. ZHENG was not aware why HUIZAR was being investigation. After HUANG heard about the FBI investigation, HUANG wanted the $600,000 back from HUIZAR. HUANG knew it was wrong to loan the money to HUIZAR and HUANG did not want to do it, but CHAN pushed for HUANG to make the payment. ZHENG was not aware whether HUANG spoke to HUIZAR about paying back the loan, but HUANG asked ZHENG to relay the message through ESPARZA to HUIZAR. ZHENG told ESPARZA that HUANG really wanted HUIZAR to return the money and have the bank return the money to the Hong Kong company. ESPARZA agreed to speak to HUIZAR. ZHENG never followed up with ESPARZA and did not know whether ESPARZA told HUIZAR.

HUANG asked ZHENG to get the money back sometime in 2017, prior to the trip to Cabo. HUANG made the request as soon as HUANG heard about the FBI investigation. ZHENG first heard about the FBI investigation from HUANG and then ESPARZA. ESPARZA told ZHENG that the FBI was looking at HUIZAR and ESPARZA. ESPARZA told ZHENG that the FBI went to their residences and offices. ZHENG only understood portions of what ESPARZA told ZHENG. ESPARZA was worried at this time. These conversations happened in 2017. After ZHENG heard about the investigation, ZHENG did not do or change anything, but was not sure if ESPARZA did anything. ZHENG and ESPARZA were just friends. HUANG no longer invited HUIZAR to Las Vegas. ESPARZA attended on at least one occasion after finding out about the FBI investigation.

**EVENTS**

HUANG asked HUIZAR to help with a fundraising event for JOHN CHIANG. HUANG invited HUIZAR to HUANG's daughters engagement party. ZHENG did not know if any trips HUIZAR took with HUANG individually.

**CHINA**

HUANG's daughter saw HUIZAR at the airport coming back from China. HUIZAR did not visit HUANG during the trip. HUANG did not know HUIZAR went to China and was angry HUIZAR did not tell him. This trip occurred at least a year ago.

**ESPARZA MONEY**

ESPARZA gave money to ZHENG that was from GEORGE CHIANG and ANDY WANG. CHIANG used a check to exchange the money for cash in the amount of $30,000 from ZHENG. The $30,000 was not a loan, CHIANG wrote that it was a loan in the memo, but that was false. CHIANG received cash from ZHENG on two or three occasions.

About $2,000 or $4,000, CHIANG asked ZHENG to give to ESPARZA. ZHENG gave the cash to ESPARZA, but ESPARZA told ZHENG to keep the cash for ESPARZA in the safe. This money was part of a subsequent $12,000 that ZHENG consenually provided to the FBI (memorialized in 194B-LA-255905, serial 1360). ZHENG did not know why CHIANG gave money to ESPARZA, but ZHENG knew CHIANG worked for HAZENS and CHAN and HAZENS was building a hotel in HUIZAR's district. ESPARZA never explained why CHIANG provided the money and ZHENG never asked. ZHENG did not know whether ESPARZA had the ability to do anything for HAZENS, but thought ESPARZA may be able to get HUIZAR to act for HAZENS.

On three or four occasions, ESPARZA gave cash to ZHENG and ZHENG put the cash in his safe. ESPARZA provided $12,000 in addition to the $250,000 that ZHENG previously provided to the FBI (memorialized in 194B-LA-255905, serial 1324). Part of the $12,000 was from ANDY WANG. ZHENG knew WANG really wanted projects in Los Angeles and sometimes provided gifts to ESPARZA. ESPARZA instructed ZHENG to save the money and when ESPARZA wanted it he would come back for the money. ESPARZA wanted to buy a house and start a business. ZHENG did not know what ESPARZA did with the cash that ESPARZA received from HUANG in Las Vegas.

**ANDY WANG**

ZHENG knew WANG for over twenty years. ZHENG introduced WANG to ESPARZA. ESPARZA subsequently introduced WANG to HUIZAR. WANG and HUIZAR and WANG and ESPARZA had a relationship that did not involved ZHENG. WANG bought drinks, dinners, and prostitutes for HUIZAR and ESPARZA. On multiple occasions, WANG hosted house parties at WANG's friend's residence in Walnut, California. Prostitutes were present each time. HUANG, ZHENG, HUIZAR, and ESPARZA all attended. ZHENG believed the girls to be prostitutes because WANG took HUIZAR and ESPARZA up to the rooms and then ZHENG observed WANG bring the girls to the same rooms and pay them prior to entering. WANG paid in cash. ZHENG did not know how much WANG paid. WANG's driver arranged for the

girls to attend.

HUIZAR liked to find women. On one occasion, WANG drove the girls to a motel and then drove HUIZAR and ESPARZA to the motel. ZHENG waited for HUIZAR outside with WANG, ESPARZA, and WANG's driver. ZHENG did not remember WANG's driver's name because there were multiple drivers over the years. One of the drivers was fat and either white or Mexican.

WANG also took HUIZAR and ESPARZA to Las Vegas. WANG followed HUANG to Las Vegas and brought HUIZAR. Anytime that HUIZAR drank a lot, HUIZAR would look for girls at the hotel or outside services. ZHENG did not recall observing WANG pay for prostitutes in Las Vegas. HUIZAR never paid for the prostitutes himself. HUANG paid once through ZHENG and reimbursed ZHENG.

WANG really needed cash. Every time that ZHENG returned from Las Vegas, WANG asked ZHENG if ZHENG had cash. ZHENG used his credit card to pay expenses for HUANG and HUANG reimbursed ZHENG with cash. WANG told ZHENG to save cash for ZHENG to exchange with WANG. On multiple occasions (possibly seven or eight), ZHENG gave cash to WANG and WANG wired the money to ZHENG's Bank of America account. ZHENG typically provided $30,000 to $40,000 per occasion to WANG over multiple years. HUANG had ZHENG pay, because HUANG did not want to use his Chinese credit card because the bank may stop the credit card in the United Stated. HUANG had cash because of Las Vegas winnings.

WANG used a lot of cash and gave money to everyone. Every time ZHENG came back from Las Vegas, WANG asked for cash. ZHENG asked WANG how much WANG needed and WANG would request a number. ZHENG provided whatever amount of cash he could to WANG based on WANG's request. WANG received the cash as ZHENG's residence. WANG went to ZHENG's residence to play games and hang out with ZHENG. WANG never mentioned what he did with the cash. WANG was a very careful person. WANG hid everything that he did.

**VIRGINIA CLARK**

CLARK was the General Manager for HUANG's hotels. ZHENG met CLARK when the LA HOTEL was a Hyatt Hotel. HUANG fired CLARK on one occasion, but due to no one being able to replace her, HUANG instructed ZHENG to go to Las Vegas and hire CLARK again. CLARK had a residence in Las Vegas. CLARK lived at the LA HOTEL. CLARK's husband lived in Las Vegas. CLARK spoke English and Chinese. CLARK had no familiar relationship to HUANG. CLARK attended the trips to Las Vegas with HUANG and ZHENG. HUIZAR and ESPARZA may have also been on some trips to Las Vegas with CLARK.

CLARK was involved in all aspects of the hotel. CLARK disclosed to ZHENG that CLARK received a subpoena. CLARK did not mention any details about the subpoena or if

194B-LA-255905

Continuation of FD-302 of (U) 04/08/2019 Ricky Zheng , On 04/08/2019 , Page 5 of 6

CLARK had an interview. CLARK said her attorney handled everything.

**LADBS**

ZHENG was hired by HUANG because HUANG fired a bunch of people and pushed ZHENG to manage the hotels. HUANG fired people due to poor work on the LA HOTEL renovation. HUANG hired a guy, RICHARD LNU, to work on the renovation. HUANG instructed the staff that if there were any problems with the renovation they should go through CHAN. ZHENG was not sure whether CHAN could do anything to help the hotel, but HUANG provided this direction.

On some occasions ZHENG asked CHAN to have someone from LADBS come to look at the renovations. The staff followed all of the instructions provided by LADBS and made the necessary corrections. CHAN "did not help as much" and ZHENG did not believe CHAN liked HUANG. CHAN mentioned to ZHENG that he did not like HUANG.

*Lighting Fixture: UL Stickers*

Before the renovations, the lighting fixtures were not UL standards. Someone went to China and bought the UL tickers to put on the fixtures. LADBS found out about the illegal stickers during an inspection. HUANG was mad and fired everyone. The issue was resolved when ZHENG was hired. ZHENG heard all of the fixtures were replaced. ZHENG was not aware if CHAN was involved with the lighting fixture issue. ZHENG believed that HUANG did go to CHAN for assistance because anything that happened with the renovation, HUANG instructed ZHENG to go to CHAN. CHAN was the head of LADBS at the time.

*Laundry Room*

ZHENG purchased all of the equipment in the laundry room. There was some problem with the laundry room that ZHENG was not familiar. RICHARD YU was the project manager and would know about the issue. HUANG never mentioned the issue to ZHENG.

*AUP*

PART WEST was hired for the renovation of the school AUP, but was fired because of the poor work. HUANG asked ZHENG and YU to handle the project. ZHENG did not know of any issues with LADBS in regard to the school. Most of the time ZHENG worked at the UNIVERSAL SHERATON and did not pay attention to the hotel renovation.

**JAE CHUNG**

CHUNG assisted with the renovation of the swimming pool at the UNIVERSAL SHERATON. CHUNG did a very bad job on the project. CHUNG used the wrong tile and people were

FD-302a (Rev. 5-8-10)

Case 2:20-cr-00326-JFW    Document 645-11    Filed 08/29/22    Page 7 of 7    Page ID #:14967

194B-LA-255905

Continuation of FD-302 of  (U) 04/08/2019 Ricky Zheng , On 04/08/2019 , Page 6 of 6

slipping. CHUNG was hired because he was a close friend of CHAN. CHAN referred CHUNG to HUANG. HUANG currently had a lawsuit against CHUNG. HUAG never mentioned CHAN getting anything from CHUNG. HUANG never mentioned providing anything to CHAN or CHAN pushing for anything related to the renovation.