# **Government Exhibit 7**

## *Radar Screen - Work*                                                                                           11/22/2015

**GENERAL MANAGER**
- <u>Leadership</u> - Assemble draft slides 11/25, 11/30, & 12/1—Outline draft slides
  - Prepare for Workshop #1—Workshop #2—Workshop #3—Workshop #4 --handouts
  - Send invitation (TT Nani 11/25)—check RSVP
  - Workshops 1/26, 2/2, 2/9, 2/23
- <u>Listen</u>      - List to agencies (WF Ashley to finalize)—meet w/ agencies—finalize list—list to Industry—meet w/ industry
- PW         - List to Kevin & Monica—Brainstorm partnership plan with BOE (Dec)—present to Kevin & Monica?
  - Plan check and inspection partnership w/ BOE (WF 2nd meeting)
- CP         - TT Kevin and Jason on Expedite fee
- Meetings   - ECPC, PDPP, ICM, & RHEP 12/2   /   set meet w/ Concierge & DSCM 11/23
  - New Employees Orientation?
- PerformanceStat - SMs discuss w/ MMs (PEB?  /  TSB?  /  CEB almost done  /  RMB 12/14)  /  IB & DSCM done
- Mayor Off  - Update every Wed  /  Kelli [4th Wed @ 10am (12/23)]
  - ICM Innovation Awards (WF Ashley to determine "site" so to decide which projects should be invited)
  - Excessive Damage (WF council)  /  Rating of City's Bldg. (129 * and **)  /  Back to Business Program
- Karen      - Plaque for "My Statements"
- Newsletter- 8th (start—final—email—2500 prints—1800 to CD, MO, & DSCs—refill)
- LAFD-EF    - PLUM (WF)—Council--implement in Jan  /  DOT (TT Seleta after FD)
- Dennis     - Check w/ SO 11/23—transfer 12/1  /  $20,000 for George (George will TT SO)
- Awards     - CALBO Department of The Year (start 2016)
- Meals      - Tony 11/23  /  Sharon (schedule 11/23)
  - Nazario  /  Enrique  /  Ed  /  John  /  Flint (WF)  /  Kevin J  /  Wendy
  - Seleta 9/11  /  Gary 9/29  /  Marcie 10/7  /  Santana 11/6  /  Michaelson 11/7

**EXECUTIVE OFFICER**
- 1-on-1     - Radar, Calendar, **Evaluation**  /  Monthly meet for assignments & DS report
- Vision     - 4th draft 11/23
- Supporters- List Supporters (work on mine--merge my list w/ Frank's)--meet with supporters
- Bureau Chiefs Training Rotation (TT Larry, Lincoln, & Ifa)
  - [Jan - 1st round: Larry (PEB) / Lincoln (IB) / Ifa (CEB)]
  - [Feb - 2nd round: Larry (CEB) / Lincoln (PEB) / Ifa (IB)]
- Budget     - Ask SO to check on DPO III position
- Evaluation- Frank evaluate EMs (1 per week?)—Frank's self-evaluation—Evaluate Frank
  - Work on Expectation of LADBS Managers w/ Frank (after Leadership Workshop)
- Staffing   - BMIs (re-exam)  /  2 Pr. Clerk  /  Chief Accountant (try in Dec)
  - Consolidate inspection classifications (Gina prepares memo for Johnny's review?—TT Johnny)
  - Out of State Diversity Hiring (Jan)
- Lina       - WF approved by MO—Cynthia's position--start)
- Invest & Audit - Eugene Day (inform Ethic 11/23)
- Relocation- Welcome Home Party? (will chip in)
  - Green & Elec to 5th fl.?  /  TSB to 9th fl.?  /  Soft Story to 8th fl. (221 5th temp Jan)  /  BuildLA
- Soft Story - Timeline 11/23  /  Effective (11/22)--Courtesy notice (Jan)—order to comply
- Concrete   - Timeline?  /  Effective (11/22)—establish list—courtesy notice—order to comply—checklist
- Placard    - Send email to all LADBS staff and to thank DOT (WF DOT's stickers)?
- <u>Shoring PC w/ BOE</u> (Notification?--Implementation date?)
- CEQA on Demo – add 40,000 historical significant projects to PCIS to require a sign off at CP counter
- Motions    - ATC Certification to PLUM (pending on scheduling)
- Off-site   - Back to PLUM?—Council (1) Sign Districts & (2) No Amnesty (determined by CPC)

**RESOURCE MANAGEMENT BUREAU**
- SO's radar screen 11/23 / CMA (WF cert?) / MA (WF screening write up)
- Private cell number (email to the 153 staff—bureau chiefs will call—SMM 11/23)—HMRS
- Change cell phone and service provider (testing new phones to select vendor—new phone (Jan))
- Finance - EF Report 2nd QTR (Jan) / Liens (CLA reviews LADBS proposals (PLUM/retirees/BBSC)—Council--CA)
- Set a meeting to discuss Reassignment Requests & History Report

**TECHNICAL SERVICES BUREAU**
- <u>Website</u> - Meet w/ SMs for content 11/24—focus group--[delete Community & intranet]—implement (Jan)
- <u>Bldg. Info</u> - Show to SMM 11/24--implement 11/30
- Smart Boards and Video Boards (meet w/ bureau chiefs to determine order number and locations 11/24—order)
- <u>Build L.A</u> - Preparing contract--TT CA to expedite contract
- Kiosk at counter (order new ones) / Data Card replacement?
- WTC Web

**CASE MANAGEMENT OFFICE**
- <u>DWP Partnership</u> - Transformer Prelim / Transformer & power pole (biweekly meeting to review procedure)

**PERMIT & ENGINEERING BUREAU**
- <u>Expanded Counter PC</u> for Elec and Mech (CW Osama 11/24)
- <u>DWP Partnership</u> (solar installation (CW Osama 11/24) / $150,000 training fund (WF Osama)
- <u>Expand PDPP w/FD</u> (Jan)
- Revise Peer Review's protocol & criteria 11/24--wxpand peer reviewer list 1/5—notification)
- Distribution of Pr. & Sr. Clerks / Kim's job responsibility (code amendment done Jan 2016)

**INSPECTION BUREAU**
- BMIs' performance (WF new staff to come in)
- <u>Expand ICM w/FD</u> (Jan)
- Fix statistic inconsistency between quarterly report and weekly report 11/30
- RL's $495,000 settlement (going to council—happy hour after council approval (Jan))

**CODE ENFORCEMENT BUREAU**
- Backlog reduction to 50% complaints responded in 10 days (Jan)
- <u>CUB/CUX/CUP Enforcement</u> (2 visits within 3 years for $700 / Ordinance meeting--PLUM—Council—Mayor)

**PROJECTS**
- Ray - Hazen: TFAR review process (WF bid to come back?—select reviewer--result)
  - Joseph: 12th & Grand (biweekly Prelim? / monthly B permit)
    Submit as apt (Nov)—CP application (Jan)--construction (Apr)—entitlement (May)—done Mar 2018
    Meet for all projects—meet w/ all agencies
  - Atlas: WF meeting w/ Goldburger & JN--meet for all projects—meet w/ all agencies
  - Bea Hsu: Related (call 11/24--submittal in Dec?)
  - Henry: 1147 7th (submittal in Dec?)
  - Ricky: 1135 7th (No verification as apartment yet / going through entitlement) / Xia
    400 S. Broadway (submittal in Dec?) / Shanghai Construction
  - MRT 3960 Hepburn: will revise permit for storage w/ interior door and no footing for garage door / due 3/15
- CNG - Stuart: 1000 Hanover (call 11/23)
  - Rocky: 800 S. Windsor (AL is reviewing hazardous and structural reports--structural report)
  - Kristina: Her friend (WF soil reports & fact finding / illegal construction)
- Ara - M. Chang: 411 Normandy (WF plans to come in / met w/ Kevin)

## *Radar Screen - Home*

- X'mas Cards (buy cards 1128—notes 11/25, 11/27. 11/28. 11/29)
- Take winter clothes (11/27) / Take shirts for tailoring (11/28) / Recycle (11/28)
- 12 / 9 (Linda works on the List 11/24—call Brandon and Earnest to set meeting—meet to pass on info)
- Herb's birthday ▇ (TT Bai about title 11/23 / TT Ricky (5) 11/23 / TT Joseph 11/26 / from Mr. Wang)
- Lot      - 1 page layout (done) / Fees (done)
  - Cost (send to Sam? & send to BG 11/24)
  - Finance analysis (WF GC?)
  - Set JB's meeting (WF GC?)--meet w/ DOT for questions
  - Data base—road trip—review plans
- Anthony Wong (close in Nov)
- JN will set up meeting w/ CP (TOT) / Set meeting w/ Kevin (after TFAR)
- Negotiation w/ Petroleum building (set options--TT JH about Richelle's deal?
- TT JH & Huang Wei:     Sign & build (164,840 lot x 6 = 989,027 allow – 447,738 built = 541,289 buildable)
                         Payment now and collapse loan
- John Ek
- Dinner w/ (GD 11/23 / LG 12/7 / AS 12/15 / OY 9/30 / JB 10/1) / Breakfast w/ (SO / PC 11/19)
- R class 12/4
- Notify   - MO (Feb): Kevin (dinner)--Kelli (meeting)
  - SMs (Fe b): Dinner
  - MMs (Feb): last workshop
  - Staff (Mar): staff meeting
  - Industry (Mar): meeting ask for support for Frank
  - GMs, etc.
- Party    - In house gatherin
  - Party?
  - MO
  - Council
- Mom's neighbor (Follow-up w/ Email to code enforcement? / went out on 9/21 / Police ▇▇▇ )Jeremy: Budget table / Purchasing House (looking)
- Sort prints--Decide which one to order--order prints--put hard copy pictures into album
- Bobby's physical examination

## LABXG

- Exam for Alex? and Yan Yan 11/24
- Set Own training routine / Revise Sparring / Revise "Levels of Learning" – the 5th level
- Set Training for Tournament
- Website & Video (TT Alex)