# Exhibit C




**Extraction Report** - Apple iPhone

## Participants

  +15623055579

  +14088327814
Virginia  WH Grand Hotel *

## Conversation - Instant Messages (2)

**+15623055579**

Hi Virginia, when does the chairman come back? I want to make sure we schedule the meeting with Walsh?
**Status:** Sent
**Delivered:** 6/15/2016 2:37:33 PM(UTC-7)
**Read:** 6/15/2016 2:39:08 PM(UTC-7)

6/15/2016 2:37:28 PM(UTC-7)

Source Extraction:
File System

**+14088327814 Virginia  WH Grand Hotel**

Chairman mentioned will be back either in end of June or first part of July.
**Status:** Read
**Read:** 6/15/2016 2:47:58 PM(UTC-7)

6/15/2016 2:47:49 PM(UTC-7)

Source Extraction:
File System




**Extraction Report** - Apple iOS iTunes (Backup)

## Participants

 +12132159910

 zhengr11@icloud.com

## Conversation - Instant Messages (19)

> **zhengr11@icloud.com**
> Chairman want me to make sure the meeting with Tom walsh
> **Status:** Read
> **Read:** 3/17/2015 1:41:49 PM(UTC-7)
> 3/17/2015 12:05:36 PM(UTC-7)

> **+12132159910**
> Tom hasn't gotten back to us today...he said he would on Monday.   I am tracking him down today to get answer...give me til this evening.
> **Status:** Sent
> **Delivered:** 3/17/2015 1:43:01 PM(UTC-7)
> **Read:** 3/17/2015 1:50:08 PM(UTC-7)
> 3/17/2015 1:42:57 PM(UTC-7)

> **zhengr11@icloud.com**
> Chairman ask you can dinner tonight?
> **Status:** Read
> **Read:** 3/17/2015 2:05:01 PM(UTC-7)
> 3/17/2015 1:52:16 PM(UTC-7)

> **zhengr11@icloud.com**
> 7:00
> **Status:** Read
> **Read:** 3/17/2015 2:05:01 PM(UTC-7)
> 3/17/2015 1:52:16 PM(UTC-7)

> **+12132159910**
> I have a dinner at 6.  Join u guys for drinks afterward?
> **Status:** Sent
> **Delivered:** 3/17/2015 2:05:50 PM(UTC-7)
> **Read:** 3/17/2015 2:14:25 PM(UTC-7)
> 3/17/2015 2:05:46 PM(UTC-7)

zhengr11@icloud.com
Cool
Status: Read
Read: 3/17/2015 2:37:42 PM(UTC-7)
3/17/2015 2:14:35 PM(UTC-7)

zhengr11@icloud.com
We are here
Status: Read
Read: 3/17/2015 8:35:04 PM(UTC-7)
3/17/2015 8:30:14 PM(UTC-7)

+12132159910
Address?
Status: Sent
Delivered: 3/17/2015 8:35:10 PM(UTC-7)
Read: 3/17/2015 8:35:28 PM(UTC-7)
3/17/2015 8:35:09 PM(UTC-7)

zhengr11@icloud.com
Five stars
140 w valley blvd #d4
San Gabriel
Status: Read
Read: 3/17/2015 8:35:37 PM(UTC-7)
3/17/2015 8:35:28 PM(UTC-7)

zhengr11@icloud.com
Sorry I forgot
Status: Read
Read: 3/17/2015 8:35:47 PM(UTC-7)
3/17/2015 8:35:28 PM(UTC-7)

zhengr11@icloud.com
Cool
Status: Read
Read: 3/17/2015 8:36:25 PM(UTC-7)
3/17/2015 8:35:28 PM(UTC-7)

+12132159910
Leaving downtown right now...going with Richelle....
Status: Sent
Delivered: 3/17/2015 8:35:46 PM(UTC-7)
Read: 3/17/2015 8:35:28 PM(UTC-7)
3/17/2015 8:35:46 PM(UTC-7)

2

> +12132159910
> Who is there?
> **Status:** Sent
> **Delivered:** 3/17/2015 8:36:31 PM(UTC-7)
> **Read:** 3/17/2015 8:41:52 PM(UTC-7)
>
> 3/17/2015 8:36:31 PM(UTC-7)

> +12132159910
> Thursday dinner with Tom Walsh at 7 at five stars or other restaurant?
> **Status:** Sent
> **Delivered:** 3/23/2015 4:34:47 PM(UTC-7)
> **Read:** 3/23/2015 4:46:06 PM(UTC-7)
>
> 3/23/2015 4:34:45 PM(UTC-7)

> zhengr11@icloud.com
> Thanks you !Chairman say me , Virginia clark & JC(my secretary ) will go! At five stars 7:00! Love you!
> **Status:** Read
> **Read:** 3/23/2015 5:09:35 PM(UTC-7)
>
> 3/23/2015 4:53:36 PM(UTC-7)

> +12132159910
> Ok.  We need to talk before dinner so that I explain to chairman a little bit about Tom.
> **Status:** Sent
> **Delivered:** 3/23/2015 8:40:06 PM(UTC-7)
> **Read:** 3/23/2015 8:41:52 PM(UTC-7)
>
> 3/23/2015 8:40:04 PM(UTC-7)

> zhengr11@icloud.com
> Yes sir !
> **Status:** Read
> **Read:** 3/23/2015 8:42:57 PM(UTC-7)
>
> 3/23/2015 8:41:52 PM(UTC-7)

> +12132159910
> Luv u sir!
> **Status:** Sent
> **Delivered:** 3/23/2015 8:43:19 PM(UTC-7)
> **Read:** 3/23/2015 8:41:52 PM(UTC-7)
>
> 3/23/2015 8:43:17 PM(UTC-7)

> zhengr11@icloud.com
> Dinner tonight at five star 7:00
> **Status:** Read
> **Read:** 3/27/2015 7:45:27 PM(UTC-7)
>
> 3/26/2015 5:19:12 PM(UTC-7)

3