# Exhibit E

| Linesheet - Minimization Details | User: Andrew Civetti |
|---|---|

| Case: 194B-LA-255905 | Target: Jose Huizar | Line: 2132159910 | File Number: |
|---|---|---|---|

and the process, um it was good, you know, so that thing couldn't go sideways (talk over each other)

JW    um hm, um hm, Okay

JH then asked if she was going to stay on the project and she said yes. She wants to make sure everything is going to go the way it's supposed to. She was part of the initial proposal. She considers JH a good friend and she care about him and his family and she trust Vanessa. She doesn't think Vanessa would not do anything to fall through in terms of her commitment, in terms of her proposal and her intent. JW said she's staying involved. JH remembered that at some point there was some tension between JW and Vanessa. JW said they worked through it. JH said Vanessa was there at the meeting and he didn't see JW there.

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 16:48:18 PDT |
| Minimize On (User) | 16:52:00 PDT |
| Minimize On (User) | 16:52:41 PDT |

| | | | | | |
|---|---|---|---|---|---|
| Session: | 1529 | Times minimized: | 1 | Associate DN: | (626) 297-6796 |
| Start Time: | 16:56:23 PDT | Duration minimized: | 00:00:14 | Monitor ID: | dmmaltinsky |
| Stop Time: | 16:57:51 PDT | Duration monitored: | 00:01:14 | In/Out Digits: | 6262976796 |
| Date: | 05/09/2017 | Total Duration: | 00:01:28 | Subscriber: | |
| Direction: | Incoming | Language: | Unknown | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | Huang, Wei |
| | | | | | Huizar, Jose |

**Comments**

**Synopsis 1**

Call from Wei Huang to Jose Huizar, Ricky Zheng is with Huang.
(Laughing)
JH:    Where are you? I miss you!
WH:    How are you? How are you? How are you?
RZ:    Home, home.
JH:    You guys are at home?
RZ:    Uhhhh, yeah.
WH:    (CHINESE)
RZ:    Okay, Chairman told you on the May 27, for the AUP school, for the media.
JH:    Oh okay. Okay.
RZ:    He's going to send, he's going to send the, the, the, the, all the information for you.
JH:    Okay. Yeah we need, give us the information and who we could work with at AUP to let us know. Okay?
RZ:    Yeah.
JH:    Okay.
RZ:    I'm going to send to George to send to you.
JH:    Send it to George. Send it to George.
RZ:    Okay, alright.
WH:    (CHINESE) Okay, buh bye.

Linesheet - Minimization Details                                        User:       Andrew Civetti

| Case: | 194B-LA-255905 | Target: | Jose Huizar | Line: | 2132159910 | File Number: |
|---|---|---|---|---|---|---|

RZ:   Okay. Thank you Jose!
JH:   Okay, okay, thank you buh bye. Buh bye.
WH:   (CHINESE)
RZ:   Can you let Chairman know.
JH:   Okay, I will let him know, I will let him know. Okay.
RZ:   Buh bye.

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 16:56:23 PDT |

| Session: | 1532 | Times minimized: | 2 | Associate DN: | |
|---|---|---|---|---|---|
| Start Time: | 17:10:56 PDT | Duration minimized: | 00:05:21 | Monitor ID: | canarro |
| Stop Time: | 17:20:43 PDT | Duration monitored: | 00:04:26 | In/Out Digits: | |
| Date: | 05/09/2017 | Total Duration: | 00:09:47 | Subscriber: | |
| Direction: | None | Language: | Unknown | Classification: | Pertinent |
| Content: | Audio | Complete: | Unknown | Participants: | Huizar, Jose |

**Comments**

**Synopsis 1**

JH called Rick and asked if he was still in the office. Rick said yes and JH said that GE told him that Rick and Paul (Habib) were going to have a meeting about Richelle. Rick said they met earlier and finished about half hour ago. JH asked how it went. Rick said they just threw thins out there. Paul is going to put together a memo for JH to consider. JH asked who was in the meeting and Rick said just the Executive team - Rick, Paul, GE, Jessie and Renee. Rick said they talked about how to get her out there, what events can they get her out there  They realize they should have a sit down and hear her story about what things she's passionate about so they can tailor some things to topics she wants to focus on. Paul is going to put together a memo about what they need to do and how to do it in a way that they are sending her out there but not letting everybody and their mother know, she' running, unless that's their goal, when do they really want it out there in a definitive way. JH asked him to hold on and went on another call [CONVERSATION CONTINUES]  Rick said Paul is going to put a memo for JH. Rick said it was a good meeting, advantages, disadvantages and how to message it. He said they are going to have a meeting soon and Paul will put something in front of him maybe this week. JH said he's been brainstorming himself and jotting down some ideas. JH said that at some point they have to all come together, having the Executive team go through everything and come up with a final plan. Rick said it has to be a living document with a timeline. Rick said they have to be clear on a short term strategy and long term goals. Rick also suggests they have to get together with Richelle sooner thant laters.

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 17:10:56 PDT |
| Minimize On (User) | 17:13:26 PDT |

> **Male Speaker 1**: Huang
> **Male Speaker 2**: Jose Huizar
> **Male Speaker 3**: Unidentified Voice (Translator)
> **[O/V]**: Overlapping Voices
> **[U/A]**: Unintelligible audio
> Sentences spoken in English are in italics.

[START RECORDING [2132159910 2017-05-09 16-56-23 01529-001]]

00:00:00

Huang: [U/A]

Jose Huizar: *Where are you? I miss you.*

Huang: *How are you? How are you? Home, at home.*

Jose Huizar: [O/V]

Huang: You tell him about the press conference on May, 27th. I send the press release to him and George. You tell him to brief George on this work.

Translator: *Okay, Chairman [U/A] on the May, 27th for the AUP School, for the media.*

Jose Huizar: *Okay.*

Translator: *We are going to send you all the information for you.*

Jose Huizar: *Okay, yeah. We need* [O/V] *as soon as you give us the information. And who we could work with at AUP. So let us know, okay?*

Translator: *Yeah. I am going to send it to George, or send it to you?*

Jose Huizar: *Send it to George.*

Translator: *Send it to George, okay, all right. Okay.*

Jose Huizar: *Yeah.*

Huang: *Okay, okay. Bye-bye.*

Translator: *Okay, thank you.*

Jose Huizar: *Okay, good. Thank you, bye-bye.*

Huang: You ask him to tell George.

Translator: *Can you talk to director George [U/A]?*

Jose Huizar: *Yeah, I would let him know.*

Translator: *Okay, Bye-bye.*

Jose Huizar: *Thank you. Bye-bye.*


00:01:13

[END RECORDING [2132159910 2017-05-09 16-56-23 01529-001]]

[ PAGE  \* MERGEFORMAT ]

**Linesheet - Minimization Details**                                                 User:    Andrew Civetti

| Case: | 194B-LA-255905 | Target: | George Esparza | Line: | 5623055579 | File Number: | |
|---|---|---|---|---|---|---|---|

GC:   Ok. Cool.
GE:   Ok George.
GC:   Alright.
GE:   Bye
GC:   Alright bye.

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 14:48:47 PDT |

| | | | | | |
|---|---|---|---|---|---|
| **Session:** 3262 | **Times minimized:** | 1 | **Associate DN:** | (626) 297-6796 |
| **Start Time:** 16:58:40 PDT | **Duration minimized:** | 00:00:00 | **Monitor ID:** | dmmaltinsky |
| **Stop Time:** 17:00:56 PDT | **Duration monitored:** | 00:02:15 | **In/Out Digits:** | 6262976796 |
| **Date:** 05/09/2017 | **Total Duration:** | 00:02:16 | **Subscriber:** | |
| **Direction:** Incoming | **Language:** | Unknown | **Classification:** | Pertinent |
| **Content:** Audio | **Complete:** | Completed | **Participants:** | Esparza, George |
| | | | | Huang, Wei |

**Comments**

### Synopsis 1

Ricky Zhan calling George ESPARZA on behalf of Wei Huang.  Ricky translates Wei's Chinese to GE.
**
GE: Hello?
RZ: Hi George here.
GE: Hi, hi Chairman.
RZ: Hi, how are you?
GE: Good.
RZ: [Chinese]
WH: [Chinese]
RZ: The, uh, Chairman asked you, how title, did Jose talk to about a title part- uh- today?
GE: No he didn't.
WH: Ok [Chinese]
RZ: He call the Chairman to say it that this is about the title today.  He say.
GE: Oh no.  He hasn't talked to me about it.
UM: [Chinese]
RZ: Ok he gonna call Jose later to talk to him again.
GE: Ok.  Ok.
RZ: I'm gonna send you some- uh- uh, for A- A.U.P. for some information.  I've already- you've already talked to Jose.
GE: Ok.
RZ: On the graduation date, on the May 27th.  He needs some media to come over.
GE: Oh ok.
RZ: Ok I'm gonna send it to you right now.
GE: Ok. Alright.
WH: [Chinese]
RZ: Yeah for the-

Linesheet - Minimization Details     User:    Andrew Civetti

| Case: | 194B-LA-255905 | Target: | George Esparza | Line: | 5623055579 | File Number: | |
|---|---|---|---|---|---|---|---|

WH: [Chinese]
RZ: I need they send it, tell all the information to
WH: [Chinese]
RZ: [Chinese] I'm gonna send you all the information.  You send it to uh, Jose's media.  They want- I- they want all the media to come over. Hello?
GE: Ok. Ok.
RZ: [UNI] Raymond Chan and Don Chang and [UNI]
GE: Ok.
RZ: Ok?
GE: Ok.
RZ: I'm gonna [UNI] right now.
GE: Alright send it to me.
RZ: Ok.
GE: Alright bye.  Ok bye Chairman.
WH: [Chinese]
RZ: Will you uh- uh- uh- uh let the media know, can you give him, the which comp- whi- whi- whi- who- which- Huizar will come over.
GE: Ok.
RZ: Ok.
GE: Ok.
RZ: Alright
GE: Bye bye

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 16:58:40 PDT |

| Session: | 3265 | Times minimized: | 1 | Associate DN: | (213) 215-9910 |
|---|---|---|---|---|---|
| Start Time: | 17:13:33 PDT | Duration minimized: | 00:00:00 | Monitor ID: | dmmaltinsky |
| Stop Time: | 17:18:25 PDT | Duration monitored: | 00:04:52 | In/Out Digits: | 12132159910 |
| Date: | 05/09/2017 | Total Duration: | 00:04:52 | Subscriber: | |
| Direction: | Outgoing | Language: | Unknown | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | Esparza, George |
| | | | | | Huizar, Jose |

**Comments**

**Synopsis 1**

**
GE: It's kind of uh, turn and park in Starbucks though.
JH: Huh?
GE: I said we were gonna go to Starbucks but it was too much, too much- no parking.  So we came to Burger King.
JH: Alright, which Burger King?
GE: Right here on Cesar Chavez, and um... like Downtown over here.
JH: Yeah.
GE: Um
JH: Hey

> **Male Speaker 1:** George Esparza
> **Male Speaker 2:** Huang
> **Female Speaker 1:** Virginia
> **Female Speaker 2:** Cathy Li
> **[O/V]:** Overlapping Voices
> **[U/A]:** Unintelligible audio
> Sentences spoken in English are in italics.

[START RECORDING [5623055579 2017-05-09 17-52-09 03272-001]

00:00:00

George Esparza: *Hello.*

Huang: *Hi, George.*

George Esparza: *Hey, Chairman.*

Huang: *Hi. How are you?*

George Esparza: *Good.*

Huang: You tell him that he needs to send you his email. And the invitation letter, you send it to him. And later he'll send it back to you. And tell him what I've just said.

Virginia: *Hey, George.*

George Esparza: *Yes, hi, Virginia.*

Virginia: *We are with Chairman, the GP and Cathy here. They are going to talk to you and they need your email address.*

George Esparza: *Okay.*

Cathy: *Yes, so. Hi George. This is Cathy Li. I am calling from- I am actually from the AUP School. So may I have your email address? And your contact number in order to follow up with the details.*

George Esparza: *Okay, yes. So my email is georgesparza@gmail.com.*

Cathy: *Okay. May I have your phone number as well? So I can* [O/V]

George Esparza: *Yes. 5623055579.*

Cathy: *Okay, just let me repeat. 5623055579. Correct?*

George Esparza: *Yes.*

Cathy: *Thank you so much.*

Huang: And tell him to prepare two items. First he needs to prepare a certificate for the school. And he also needs to provide the media list. Send it to us, okay?

Cathy: *Okay. So George, Chairman just said that you have two things that he wants you [U/A]. One is the preparation for the recognition to give it to AUP during the graduation ceremony. The other one is the list of media that you are preparing to contact. So that's the two items that he just mentioned.*

George Esparza: *Okay, yes. I'll be able to- I'll work with you to get all the language for the certificate. And then also I'll work with you to get the names of the people we'll be- the media. Yeah.*

Cathy: Yep. And the media list.

Huang: And give me the media list. And then we'll know who he has invited. If there are names that need to be added or eliminated, we will tell him.

Cathy: *Okay, yeah. So yeah, just basically those two items.*

Virginia: *Another one [O/V] list of the VIPs.*

Cathy: [O/V]

Huang: VIPs should include Wayman, the vice mayor. He will invite him. And we will invite him as well, as we co-host the event together. We both will invite him. And Antonovich, John Chan, the LA County, and the Consul General from the Chinese Consulate.

Cathy: So now I tell George about this. *So George, Chairman wants to add another item which is actually the list of the VIPs. To name a few are Wayman, the LA County...*

Virginia: *Wayman Chan.*

[ PAGE \* MERGEFORMAT ]

Cathy: *Wayman Chan, and Antonio... Antonio? The LA County...*

George Esparza: *Antonovich?*

Cathy: *Yes, exactly. And John Chan, and also the councilor of China. So I will work with you regarding the list.*

George Esparza: *Okay.*

Cathy: *Okay.*

George Esparza: *Sounds good. Okay.*

Cathy: *Okay, I will call you shortly to email you my company information as well.*

George Esparza: *Perfect, that works.*

Cathy: *Thank you so much, George.*

George Esparza: *All right. Thank you. Thank you, bye.*


00:04:48

[END RECORDING [5623055579 2017-05-09 17-52-09 03272-001]

[ PAGE \* MERGEFORMAT ]

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Linesheet - Minimization Details** | | | User: | Andrew Civetti |

| **Case:** | 194B-LA-255905 | **Target:** | George Esparza | **Line:** | 5623055579 | **File Number:** | |

GE: Alright, we'll I'm not going.  I take your advice, bro, I take your advice.  So, and it's the smart thing to do, so I was just, I thought telling him, but if.... unfortunately we always have to play these games, you know?  With him, so....
AW: Even in the future, don't mention you and me go anywhere
GE: Of course bro, he never asks you, he never...you know
AW: Two weeks ago, remember I told you he ask me did I...
GE: Take care of you?
AW: yeah, I was shocked too
GE: Look, I already told you, I don't tell him that we hang out, we talk, we go...you know, I don't tell him any of that.  So...he doesn't even know anything about Ricky, I think because of the Cabo trip, he's asking, right?  So, you're right, I thought about it too, but I was like, I'll just throw it out there, to see, what he thinks, or what he says, and like I said it seemed pretty, genuine , but you're right, based on the conversation and everything , it's best that I don't go
AW: So you get it?
GE: I get it, it's just frustrating
AW: It's nothing too frustrating (UI) You supposed to be happy, you know, that your boss isn't a smart smart to control everything, you have a chance
GE: Right right, I get it
AW: Alright, I talk to you later
GE: You're coming back tomorrow?
AW: Tomorrow...afternoon yeah

| **Minimization Event** | **Time** |
|---|---|
| Minimize On (System) | 12:40:38 PDT |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Session:** | 5467 | **Times minimized:** | 1 | **Associate DN** | (818) 919-2027 | |
| **Start Time:** | 13:29:27 PDT | **Duration minimized:** | 00:00:00 | **Monitor ID:** | jcmcdonald | |
| **Stop Time:** | 13:30:06 PDT | **Duration monitored:** | | **In/Out Digits:** | 8189192027 | |
| **Date:** | 05/26/2017 | **Total Duration:** | 00:00:39 | **Subscriber:** | | |
| **Direction:** | Outgoing | **Language:** | Unknown | **Classification:** | Pertinent | |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | Coca (Communications Director), Rick Esparza, George | |

**Comments**
Call came in from Chairman to JH line asking if media was sent out. Pertinent because related to something requested by the Chairman.

**Synopsis 1**
Frome GE to Rick Coca
GE calls Rick to ensure press release was sent to media. Rick assures GE that was sent to over 200.
(Related to call on JH line #3211)
End
JCM
GE: Hey Rick, hey just wanted to double check that we sent it out to all our, that thing to all our folks
RC: No, I just sent it to you
GE: Oh, but I know you sent it to me but we could say we sent it right?
RC: Yes, 200 over 200 media folks

Linesheet - Minimization Details  User:  Andrew Civetti

| Case: 194B-LA-255905 | Target: George Esparza | Line: 5623055579 | File Number: |
|---|---|---|---|

GE: That's who we sent it to, that includes blogs, that includes newspapers, that includes news
RC: (UI) downtown news, (UI), CBS, CNN, FOX
GE: Alright, good good, okay, good, perfect, just making sure we did it

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 13:29:27 PDT |

| | | | | | |
|---|---|---|---|---|---|
| Session: | 5473 | Times minimized: | 1 | Associate DN: | (323) 358-1117 |
| Start Time: | 14:07:52 PDT | Duration minimized: | 00:00:00 | Monitor ID: | jcmcdonald |
| Stop Time: | 14:11:14 PDT | Duration monitored: | | In/Out Digits: | 13233581117 |
| Date: | 05/26/2017 | Total Duration: | 00:03:22 | Subscriber: | |
| Direction: | Outgoing | Language: | Unknown | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | Esparza, George |
| | | | | | Zuniga, Jonathan |

**Comments**

**Synopsis 1**

GE to Jonathan Zuniga
JZ briefing GE on call that came in from Georeg Chiang, because JZ heard Chiang's voice when he turned on the car and Huizar's phone switched to the car speakers. Huizar asked JZ what he heard and JZ played it off, but knew it was George Chiang. They also discuss there thoughts on Andy.
Call ends when JZ sees (presumably Huizar) coming out.
End
JCM
GE: I'm not stupid, I knew Andy met with em, and then so, Andy called him?
JZ: yeah
GE: And said what?
JZ: We were getting in the car
GE: Cuz I told Andy, I'm like councilman told me that you met with some Chinese yesterday, and then he's like, oh, it doesn't matter who they met with (UI)...was fucking you.
JZ: Yeah, yeah
GE: So he called and was like, hold on hold on Andy..
JZ: And he told me to go in the car, so I came in the car, and he was talking with Andy in the garage, and I turned on the car and was like I'm gonna warm up the car before he gets on.  But when you turn on the car the call automatically goes to radio, and then, so Andy was saying something like, oh yeah, with Mr. Chiang, and then, he was like, hello hello, boss can you talk? can you talk?  Boss, can you talk?  And then I turned off the car, and the councilman came in and's like, what did you hear? I was like, nothing, I just heard, hello hello.  He's like, oh ok, and then I was like yeah.  And then he called him again , and then he was like (UI)...I know how to be quiet, and I know who to talk to, and who not to talk to, you don't tell anybody, this is between you and I.  Like be careful who you open your mouth to and stuff like that.
GE: Yeah
JZ: I was like oh bitch, you're talking about fucking George.  So I was like whatever fucker.
GE: Dude, what the fuck is up with these guys man?
JZ: No but it's Andy too man, like, Andy like, he's a good guy, he's a good guy, bro, he does what the boss tells him to do.  I can tell, Andy doesn't want to keep stuff from you, it's this fucker who's specifically telling him to keep it from you.  If it were up to Andy, he'd tell you dude.  But it's the boss that always tells him, oh

Linesheet - Minimization Details                                       User:     Andrew Civetti

| Case: 194B-LA-255905 | Target: Jose Huizar | Line: 2132159910 | File Number: |
|---|---|---|---|

[Chinese overheard on Huang's phone.]
RZ: I say the, the media, uh, tomorrow you have [UI] graduation 11 o'clock.
JH: 11 o'clock, yes yes.
RZ: Are you go there?
JH: Yeah, I'll be there, yes, and my uh, my my office sent out two hundred, uh, press releases yesterday, and they're calling today to see who they could get there, they're gonna, they're trying, they're working on it.
RZ: And how come Chairman say there's no Chinese media uh uh anything.
JH: Oh, well we don't know Chinese media, umm.
RZ: Yeah UI..
JH: We don't have contacts with Chinese media, we don't, we don't know the Chinese media.
RZ: How you contact Chinese media, they don't anything about right now. Nobody know UI.
JH: Yeah, but we don't know the Chinese media.
RZ: UI
JH: We sent it to the uh American media, we don't know, we don't have contact with the Chinese media.
RZ: UI Chairman ask can you contact, contact the China Embassy.
JH: To what?
RZ: China, Chinese, China Embassy.
JH: Oh, to ask them?
RZ: Yeah, to ask them to uh contact uh media. and call back right away.
JH: Oh ok.
RZ: Do right now, he's saying.
JH: Yeah ok, ok.
[both sign off]
[Cantonese overheard part is intelligible. translated: Nancy Cheng]

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 13:35:40 PDT |

| Session: | 3215 | Times minimized: | 1 | Associate DN: | (213) 200-9974 |
|---|---|---|---|---|---|
| Start Time: | 13:39:06 PDT | Duration minimized: | 00:00:00 | Monitor ID: | pmfeders |
| Stop Time: | 13:40:58 PDT | Duration monitored: | 00:01:37 | In/Out Digits: | 2132009974 |
| Date: | 05/26/2017 | Total Duration: | 00:01:52 | Subscriber: | |
| Direction: | Outgoing | Language: | Unknown | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | Coca (Communications Director), Rick Huizar, Jose |

**Comments**

**Synopsis 1**
Call from Huizar to Rick Coca.
Asks Coca to get media to attend graduation, attendance and Chinese media. Asks Coca to call Chinese Consul General's office.
RC: Hello.
JH: Hey Rick.
RC: Hey boss.

| Linesheet - Minimization Details | User: Andrew Civetti |
|---|---|

| Case: 194B-LA-255905 | Target: Jose Huizar | Line: 2132159910 | File Number: |
|---|---|---|---|

JH: Hey so are you uh sending out stuff about this thing tomorrow?
RC: For the uh graduation?
JH: Yeah.
RC: Yes, I have already.
JH: Ok, can you try to get some media there, this guy is bugging me, try and get media there.
RC: Yeah, I, I did, I took their bad press release and made it a little more interesting, I think those are good angles there cause they're international...
JH: Yeah, yeah but what I mean is, I get that, I get that. You're gonna send a press release, I get that, but can you try an get people there? Can you call and all that stuff?
RC: Yeah, no I'm gonna do that, I'm gonna follow-up and uh, try to hustle up some folks.
JH: Now do you know any Chinese media?
RC: Chinese media, I do not.
JH: We've never had contacts with any newspaper or anything, or anything?
RC: Ummm, let me look.
JH: Yeah, can you do me a favor, they gave me this idea, as crazy as it is, they wanted us to call the Chinese Embassy to see if they have, or the Consul General's office, can you call the Consul General's office, look, I just need some help here with these guys.
RC: Sure.
JH: And if you could call over there, say hey we're doing this great thing, uh, the, the uh owner of the hotel, the owner of the school is Chinese and is got some Chinese students, do you have like a list of Chinese media we could send this press release to, that's all, you know.
RC: Alright, let me hit 'em up.
JH: Or think of any Chinese groups that are friendly with us, see if they could do with us, the Chinese-American museum, I don't know.
[Both sign off.]

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 13:39:06 PDT |

| | | | | | | |
|---|---|---|---|---|---|---|
| Session: | 3216 | Times minimized: | 1 | Associate DN: | (323) 707-5125 | |
| Start Time: | 14:05:45 PDT | Duration minimized: | 00:00:00 | Monitor ID: | pmfeders | |
| Stop Time: | 14:05:45 PDT | Duration monitored: | | In/Out Digits: | 13237075125 | |
| Date: | 05/26/2017 | Total Duration: | 00:00:00 | Subscriber: | | |
| Direction: | Outgoing | Language: | Unknown | Classification: | Pertinent | |
| Content: | SMS | Complete: | Completed | Participants: | Huizar, Jose | |
| | | | | | Sotelo, Juan | |

### Content (SMS - Pager)

Hey.  Our investor broke her lease at other place expecting June 3 would be able to get new location...let me know...

### Comments

### Synopsis 1

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 14:05:45 PDT |

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                Casino_0055783

| | | | | | |
|---|---|---|---|---|---|
| | | Linesheet - Minimization Details | | User: | Andrew Civetti |

| Case: | 194B-LA-255905 | Target: | George Esparza | Line: | 5623055579 | File Number: |
|---|---|---|---|---|---|---|

RZ: Ok I won't.  I won't talk to anyone about that
GE: Yea, uh but that's why Jose was being weird when I was talking to him about Hawaii.
RZ: Uh huh
GE: He was just like 'oh, why are you going to go?  You know, 'you just were with him', you know, that he didn't feel comfortable, so just kind of weird bro, that's why I wanted to tell you-
RZ: Why why do you tell, say you are going to Hawaii?  It's a long weekend.
GE: I know I shouldn't have to tell him anything, huh?
RZ: (UI) I don't know why you tell.  That's your personal life (UI)
GE: No I know, but-
RZ: You you you fuck up yourself (UI)
GE: Yea, yea I know
RZ: Hopefully you, it's a long weekend dude
GE: No I know bro, I know
RZ: (laughing)
GE: No, I fucked up when I, I was trying to be ok, cuz you know lately he has been questioning my loyalty, right? And everything, so I was trying to be cool with him but I realized I can't, he's not normal, right?  Even more-
RZ: Yea  (UI) don't say anything about that
GE: So so it's like I thought about it and was like fuck, I should have just left and then "oh where are you-', I'm in Hawaii with my friends, you know?
RZ: Yup, he doesn't know
GE: So..yea, but anyways bro--
(RZ and GE talking over one another)
GE: I know, I know, but make sure you don't tell Andy nothing, ok?
RZ: No no no.  How could I tell Andy anything?
GE: If he says anything.  Ok, alright alright bro. Love you
RZ: Ok bye
GE: Alright, bye
-SC

| Minimization Event | | Time | | | |
|---|---|---|---|---|---|
| Minimize On (System) | | 14:57:08 PDT | | | |
| **Session:** | 5482 | **Times minimized:** | 1 | **Associate DN:** | (626) 374-8770 |
| **Start Time:** | 15:01:05 PDT | **Duration minimized:** | 00:00:00 | **Monitor ID:** | jcmcdonald |
| **Stop Time:** | 15:01:34 PDT | **Duration monitored:** | 00:00:29 | **In/Out Digits:** | 6263748770 |
| **Date:** | 05/26/2017 | **Total Duration:** | 00:00:29 | **Subscriber:** | |
| **Direction:** | Incoming | **Language:** | Unknown | **Classification:** | Pertinent |
| **Content:** | Audio | **Complete:** | Completed | **Participants:** | Esparza, George |
| | | | | | Zheng, Ricky |

**Comments**

### Synopsis 1
Incoming call from Ricky Zheng to George Esparza-
RZ: (UI) the fucking China, uh uh, everything
GE: (laughing) Ok

Linesheet - Minimization Details                                  User:       Andrew Civetti

| Case: | 194B-LA-255905 | Target: | George Esparza | Line: | 5623055579 | File Number: | |

RZ: (UI) fuck, he fucking every fucking minute (UI) Chairman call me
GE (laughing)
RZ: I'm saying fucking, and he he he say I have to go to Vegas with him tomorrow. I'm not going.
GE: (UI)
RZ: And he hasn't paid me all the money back yet.
GE: Oh, ok. Alright bro
RZ: Just email it to me, ok?
GE: Ok
RZ: And when you email it, send me an email with you saying you sent, ok?
GE: Ok, alright, bye
RZ: Bye
-SC

**Minimization Event**                                **Time**
Minimize On (System)                                  15:01:05 PDT

| Session: | 5486 | Times minimized: | 1 | Associate DN: | (213) 500-0069 |
|---|---|---|---|---|---|
| Start Time: | 15:09:19 PDT | Duration minimized: | 00:00:00 | Monitor ID: | jcmcdonald |
| Stop Time: | 15:09:19 PDT | Duration monitored: | | In/Out Digits: | 12135000069 |
| Date: | 05/26/2017 | Total Duration: | 00:00:00 | Subscriber: | |
| Direction: | Outgoing | Language: | Unknown | Classification: | Pertinent |
| Content: | SMS | Complete: | Completed | Participants: | Esparza, George |

**Content (SMS - Pager)**
What type of the letter? What was it called?

**Comments**

**Synopsis 1**

**Minimization Event**                                **Time**
Minimize On (System)                                  15:09:19 PDT

| Session: | 5488 | Times minimized: | 1 | Associate DN: | (626) 374-8770 |
|---|---|---|---|---|---|
| Start Time: | 15:12:15 PDT | Duration minimized: | 00:00:00 | Monitor ID: | jcmcdonald |
| Stop Time: | 15:12:52 PDT | Duration monitored: | | In/Out Digits: | 16263748770 |
| Date: | 05/26/2017 | Total Duration: | 00:00:37 | Subscriber: | |
| Direction: | Outgoing | Language: | Unknown | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | Esparza, George |
| | | | | | Zheng, Ricky |

**Comments**

**Synopsis 1**
Outgoing call from George Esparza to Ricky Zheng-

Linesheet - Minimization Details                          User:        Andrew Civetti

| Case: | 194B-LA-255905 | Target: | George Esparza | Line: | 5623055579 | File Number: | |
|---|---|---|---|---|---|---|---|

RZ: (UI) fuck, he fucking every fucking minute (UI) Chairman call me
GE (laughing)
RZ: I'm saying fucking, and he he he say I have to go to Vegas with him tomorrow.  I'm not going.
GE: (UI)
RZ: And he hasn't paid me all the money back yet.
GE: Oh, ok.  Alright bro
RZ: Just email it to me, ok?
GE: Ok
RZ: And when you email it, send me an email with you saying you sent, ok?
GE: Ok, alright, bye
RZ: Bye
-SC

| Minimization Event | | | Time | | | | |
|---|---|---|---|---|---|---|---|
| Minimize On (System) | | | 15:01:05 PDT | | | | |

| Session: | 5486 | Times minimized: | 1 | Associate DN: | (213) 500-0069 |
|---|---|---|---|---|---|
| Start Time: | 15:09:19 PDT | Duration minimized: | 00:00:00 | Monitor ID: | jcmcdonald |
| Stop Time: | 15:09:19 PDT | Duration monitored: | | In/Out Digits: | 12135000069 |
| Date: | 05/26/2017 | Total Duration: | 00:00:00 | Subscriber: | |
| Direction: | Outgoing | Language: | Unknown | Classification: | Pertinent |
| Content: | SMS | Complete: | Completed | Participants: | Esparza, George |

**Content (SMS - Pager)**

What type of the letter? What was it called?

**Comments**

**Synopsis 1**

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 15:09:19 PDT |

| Session: | 5488 | Times minimized: | 1 | Associate DN: | (626) 374-8770 |
|---|---|---|---|---|---|
| Start Time: | 15:12:15 PDT | Duration minimized: | 00:00:00 | Monitor ID: | jcmcdonald |
| Stop Time: | 15:12:52 PDT | Duration monitored: | | In/Out Digits: | 16263748770 |
| Date: | 05/26/2017 | Total Duration: | 00:00:37 | Subscriber: | |
| Direction: | Outgoing | Language: | Unknown | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | Esparza, George |
| | | | | | Zheng, Ricky |

**Comments**

**Synopsis 1**

Outgoing call from George Esparza to Ricky Zheng-

| | | | | |
|---|---|---|---|---|
| | Linesheet - Minimization Details | | User: | Andrew Civetti |

| Case: | 194B-LA-255905 | Target: | George Esparza | Line: | 5623055579 | File Number: | |
|---|---|---|---|---|---|---|---|

RZ: Hey
GE: Hey bro.
RZ: What?
GE: Hey, our communications guy sent it
RZ: To Chairman Wei?
GE: That's what he told me
RZ: He send it, right?
GE: That's what he said, I don't, you know, but--
RZ: Ok, can you, uh fuck, ok, alright.  Can you ask him to--send it to Chariman also
GE: But we gave it to the Chariman already, bro
RZ: No send it, send it, CC the Chairman
GE: (sigh) Alright bro
RZ: Fuck.  This gives-- how do you, how you prove that we send it to him?
GE: Ok, I'll send it, I'll CC him. I'll, I'll--
RZ: Ok bye
GE: Alright, Bye
-SC

| Minimization Event | | | Time | | | |
|---|---|---|---|---|---|---|
| Minimize On (System) | | | 15:12:15 PDT | | | |
| Session: | 5489 | Times minimized: | 1 | Associate DN: | (626) 374-8770 |
| Start Time: | 15:21:16 PDT | Duration minimized: | 00:00:00 | Monitor ID: | jcmcdonald |
| Stop Time: | 15:21:39 PDT | Duration monitored: | | In/Out Digits: | 6263748770 |
| Date: | 05/26/2017 | Total Duration: | 00:00:23 | Subscriber: | |
| Direction: | Incoming | Language: | Unknown | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | Esparza, George |
| | | | | | Zheng, Ricky |

**Comments**

**Synopsis 1**

Incoming call from Ricky Zheng to George Esparza-
RZ: (UI) the email (UI) the, the Chinese (UI) embassy email
GE: The Chinese Embassy, right?
RZ: Mm hm
GE: Yea, ok.
RZ: That's the one, the one (UI) the one from me
GE: Ok
RZ: (UI)
GE: Ok my bro.
RZ:Ok
GE: Ok bye

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 15:21:16 PDT |

Linesheet - Minimization Details                         User:        Andrew Civetti

| Case: | 194B-LA-255905 | Target: | George Esparza | Line: | 5623055579 | File Number: | |

RZ: Hey
GE: Hey bro.
RZ: What?
GE: Hey, our communications guy sent it
RZ: To Chairman Wei?
GE: That's what he told me
RZ: He send it, right?
GE: That's what he said, I don't, you know, but--
RZ: Ok, can you, uh fuck, ok, alright.  Can you ask him to--send it to Chariman also
GE: But we gave it to the Chariman already, bro
RZ: No send it, send it, CC the Chairman
GE: (sigh) Alright bro
RZ: Fuck.  This gives-- how do you, how you prove that we send it to him?
GE: Ok, I'll send it, I'll CC him. I'll, I'll--
RZ: Ok bye
GE: Alright, Bye
-SC

| Minimization Event | | | Time | | |
|---|---|---|---|---|---|
| Minimize On (System) | | | 15:12:15 PDT | | |
| Session: | 5489 | Times minimized: | 1 | Associate DN: | (626) 374-8770 |
| Start Time: | 15:21:16 PDT | Duration minimized: | 00:00:00 | Monitor ID: | jcmcdonald |
| Stop Time: | 15:21:39 PDT | Duration monitored: | | In/Out Digits: | 6263748770 |
| Date: | 05/26/2017 | Total Duration: | 00:00:23 | Subscriber: | |
| Direction: | Incoming | Language: | Unknown | Classification: | Pertinent |
| Content: | Audio | Complete: | Completed | Participants: | Esparza, George |
| | | | | | Zheng, Ricky |

**Comments**

**Synopsis 1**

Incoming call from Ricky Zheng to George Esparza-
RZ: (UI) the email (UI) the, the Chinese (UI) embassy email
GE: The Chinese Embassy, right?
RZ: Mm hm
GE: Yea, ok.
RZ: That's the one, the one (UI) the one from me
GE: Ok
RZ: (UI)
GE: Ok my bro.
RZ:Ok
GE: Ok bye

| Minimization Event | Time |
|---|---|
| Minimize On (System) | 15:21:16 PDT |