# Exhibit A

| | |
|---|---|
| **From:** | Rose Fistrovic <rose.fistrovic@psomas.com> |
| **Sent:** | Thursday, April 26, 2018 5:20 PM |
| **To:** | jdimarzio@d-kgroup.com; Satoru Kato; Kristin Starbird; Mitchell B. Menzer (mitchmenzer@paulhastings.com); Michaelnytzen@paulhastings.com; David S. Shender; max.chang@thelahotel.com; Virginia.Clark@sznw-usa.com; Rong.Zhu@sznw-usa.com; Mark@brennerconsultinggroup.com; Aly Smith; renie@csstudios.com; David S. Shender |
| **Cc:** | Jeff Kim; Jeff Kim |
| **Subject:** | Downtown Hotel (Shenzhen) Weekly Update |
| **Attachments:** | EIR Entitlement Schedule (LA Grand Hotel Downtown).pdf; NO Call 4_26.docx |

TEAM, due to a cancellation of our call today, please find few weekly updates:

1. Attached – Entitlement Schedule for teams review and comments.
2. Today's proposed Agenda that will be transferred and expended for next week. (Please review and let me know if any questions).

**Rose Fistrovic**
**PSOMAS** | *Balancing the Natural and Built Environment*
Senior Project Manager
Land Use Entitlements
555 So. Flower Street, Suite 4300
Los Angeles, CA 90071
Direct: 213.223.1537
www.psomas.com

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 1 | **The LA Grand Hotel Downtown Redevelopment Entitlement/EIR Schedule** | **655 days** | **Mon 4/2/18** | **Fri 10/2/20** |
| 2 | Architect prepares plans for Project Outreach | 10 days | Mon 4/2/18 | Fri 4/13/18 |
| 3 | Shenzhen finalizes Project Description | 12 days | Mon 4/16/18 | Tue 5/1/18 |
| 4 | **Architect prepares draft Site Plan Review set of plans for review** | **2 ewks** | **Tue 4/17/18** | **Tue 5/1/18** |
| 5 | LLG Submits traffic Memorandum of Understanding (MOU) to LADOT (M.2) | 2 ewks | Tue 5/1/18 | Tue 5/15/18 |
| 6 | Case Management Meeting with LADBS (M.3) | 1 day | Thu 5/10/18 | Thu 5/10/18 |
| 7 | Urban Design Studio Meeting with Planning (M.3) | 1 day | Thu 5/17/18 | Thu 5/17/18 |
| 8 | Meeting with Council District Office (M.3) | 1 day | Mon 5/21/18 | Mon 5/21/18 |
| 9 | Meeting with Planning Major Projects Section (M.3) | 1 day | Wed 5/23/18 | Wed 5/23/18 |
| 10 | Architect completes final Site Plan Review set for submission | 31 edays | Tue 5/1/18 | Fri 6/1/18 |
| 11 | Psomas completes the entitlement application, including the tract map (M.2) | 36 edays | Tue 5/1/18 | Wed 6/6/18 |
| 12 | **Entitlement applications are filed with the Planning Department (M.2)** | **1 eday** | **Wed 6/6/18** | **Thu 6/7/18** |
| 13 | Deemed Complete Letter Issued by City | 35 edays | Thu 6/7/18 | Thu 7/12/18 |
| 14 | Psomas prepares the Initial Study (M.4) | 49 edays | Thu 6/7/18 | Thu 7/26/18 |
| 15 | Planning Request DWP to prepare Water Supply Assessment (WSA) | 3 edays | Thu 7/12/18 | Sun 7/15/18 |
| 16 | City Review of NOP/IS (M.4) | 45 edays | Thu 7/26/18 | Sun 9/9/18 |
| 17 | NOP/IS revisions per City input (M.4) | 14 edays | Sun 9/9/18 | Sun 9/23/18 |
| 18 | LLG Conducts Traffic Counts at study Intersections (M.4) | 90 days | Tue 5/15/18 | Mon 9/17/18 |
| 19 | LLG Prepares Traffic Study (M.5) | 120 days | Tue 5/15/18 | Mon 10/29/18 |
| 20 | NOP 30-day circulation (M.4) | 30 edays | Sun 9/23/18 | Tue 10/23/18 |
| 21 | Conduct Scoping meeting (M.4) | 1 day | Wed 10/3/18 | Wed 10/3/18 |
| 22 | LADOT issues Assessment Letter | 6 ewks | Mon 10/29/18 | Mon 12/10/18 |
| 23 | Psomas prepares First Admin DEIR (M.5) | 6 wks | Tue 10/30/18 | Mon 12/10/18 |

Project: The LA Grand Hotel
Revised: 4/26/18

| | | | |
|---|---|---|---|
| Task | Rolled Up Split | External Milestone | Manual Task | Finish-only |
| Split | Rolled Up Milestone | Inactive Task | Duration-only | External Tasks |
| Milestone | Rolled Up Progress | Inactive Milestone | Manual Summary Rollup | External Milestone |
| Summary | External Tasks | Inactive Milestone | Manual Summary | Progress |
| Rolled Up Task | Project Summary | Inactive Summary | Start-only | Deadline |

| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 24 | Team review of First Admin DEIR (M.5) | 10 edays | Mon 12/10/18 | Thu 12/20/18 |
| 25 | Psomas revises and submits First Admin DEIR to City (M.5) | 14 edays | Thu 12/20/18 | Thu 1/3/19 |
| 26 | City Review of First Admin DEIR (M.5) | 90 edays | Thu 1/3/19 | Wed 4/3/19 |
| 27 | DWP Board approves WSA | 90 edays | Sun 7/15/18 | Sat 10/13/18 |
| 28 | Psomas revises Admin DEIR and submit to Second Admin (M.6) | 35 edays | Wed 4/3/19 | Wed 5/8/19 |
| 29 | Team review of Second Admin DEIR (M.6) | 10 edays | Wed 5/8/19 | Sat 5/18/19 |
| 30 | City Review of Second Admin DEIR (M.6) | 75 edays | Sat 5/18/19 | Thu 8/1/19 |
| 31 | Psomas revises and completes Draft EIR for publication (M.7) | 21 edays | Thu 8/1/19 | Thu 8/22/19 |
| 32 | City review of final (pre-print) Draft EIR for circulation (M.8) | 14 days | Fri 8/23/19 | Wed 9/11/19 |
| 33 | **DEIR circulated for 45-day public review (M.8)** | **45 edays** | **Wed 9/11/19** | **Sat 10/26/19** |
| 34 | Psomas prepares Response to comments on DEIR (M.9) | 45 edays | Sat 10/26/19 | Tue 12/10/19 |
| 35 | Team review of Response to Comments (FEIR) and CAJA revises (M.9) | 10 edays | Tue 12/10/19 | Fri 12/20/19 |
| 36 | City Review of Draft Responses to Comments (FEIR) (M.9) | 45 edays | Fri 12/20/19 | Mon 2/3/20 |
| 37 | Psomas revises FEIR per City comments (M.9) | 30 edays | Mon 2/3/20 | Wed 3/4/20 |
| 38 | Revised FEIR reviewed by City (M.9) | 30 edays | Wed 3/4/20 | Fri 4/3/20 |
| 39 | Psomas revises FEIR for City approval (M.9) | 14 edays | Fri 4/3/20 | Fri 4/17/20 |
| 40 | Staff review of Entitlements by EPS (M.10) | 90 edays | Fri 4/17/20 | Thu 7/16/20 |
| 41 | **Joint Advisory Agency/Zoning Administrator Hearing (M.10)** | **1 day** | **Fri 7/17/20** | **Fri 7/17/20** |
| 42 | Advisory Agency Decision Letter issued on VTTM (M.10) | 30 edays | Fri 7/17/20 | Sun 8/16/20 |
| 43 | 10 day appeal period on Advisory Agency decision (M.11) | 10 edays | Sun 8/16/20 | Wed 8/26/20 |
| 44 | Post Notice of Determination (NOD) on Advisory Agency Decision (M.11) | 5 days | Thu 8/27/20 | Wed 9/2/20 |
| 45 | **CEQA Challenge period ends after posting of NOD (M.11)** | **30 edays** | **Wed 9/2/20** | **Fri 10/2/20** |

Project: The LA Grand Hotel
Revised:4/26/18

| | | | | |
|---|---|---|---|---|
| Task | Rolled Up Split | External Milestone | Manual Task | Finish-only |
| Split | Rolled Up Milestone | Inactive Task | Duration-only | External Tasks |
| Milestone | Rolled Up Progress | Inactive Milestone | Manual Summary Rollup | External Milestone |
| Summary | External Tasks | Inactive Milestone | Manual Summary | Progress |
| Rolled Up Task | Project Summary | Inactive Summary | Start-only | Deadline |

