# Exhibit B

**1/26/2021 – Andy Civetti, Tony Logan, Veronica Dragalin, Peggy Odonovan (East West Bank), Camille Evert (East West Bank's attorney)**

[41:21]

Civetti: Would the… if… would knowledge of the- um- arrangement affect the bank's decisions at all?

Odonovan: Huh?

Civetti: I guess I could say it more specifically. If the bank was aware that these were bribe proceeds, would the bank have made the same decision?

Evert: Wait, seriously? You're asking her if the bank knew there was a bribe? What bribe?

Civetti: Meaning if the bank was aware that there was some kind of illegal relationship between the parties, does that put the bank at risk and would the bank not have done that then.

Evert: I'll let- I mean, Peggy, you can answer but, you know, I don't know how you can speak for the bank except for [unintelligible]

Odonovan: [unintelligible] that question, so yeah. I mean, I'm not sure how we would've known.

Civetti: So-

Evert: Just to be clear-

Odonovan: And you know, for the record, the bank only makes loans if they know it's legal. So-

Evert: Right.

Odonovan: [unintelligible] that the bank would make a loan if something illegal was going on… is just not a question, in my opinion.

Civetti: And that's the exact thing I'm getting to. If the bank was aware that it was illegal, the bank wouldn't engage in it.

Odonovan: Right.

Civetti: Meaning that there was information withheld from the bank.

Odonovan: Right. So- I, yeah. We would not make- we don't do things that are illegal.

## 1/26/2021 – Andy Civetti, Tony Logan, Veronica Dragalin, Peggy Odonovan (East West Bank), Camille Evert (East West Bank's attorney)

Civetti: So, in the situation that the bank- that it was known that "hey, this was a bribe payment…" The bank wouldn't have done the loan.

Odonovan: No.

Civetti: Okay.

Odonovan: [unintelligible]

Dragalin: [unintelligible]

Odonovan: [unintelligible] I mean we're just doing the loans because we're trying to accommodate our customers, so…

Dragalin: So- uh- Ms. Evert, just so I can explain a little bit- uh- why we're asking these questions. And I hope that you don't, you know, take the wrong inference. So- uh- from our perspective, uh- the- this transaction, in terms of Jose Huizar getting a personal loan from [unintelligible] is a significant one in our investigation. And what we are trying to understand is if he withheld material information from the bank at the time that he requested this money. And what we're trying to understand is- you know- would it have been material to the bank to know that these proceeds were really potentially illegal proceeds. And it may sound such an obvious answer, uh- but we are asking it because our, you know, opinion that it's obvious doesn't count as evidence. We just want to sort of hear from a bank- you know- a bank representative [unintelligible] there with loans and how that gets processed. That that is something that's material and that the bank would then recognize that they would not do it. [unintelligible]. I recognize that it sounds like a very obvious, uh, answer. And the reason we're asking is, to us, it is significant if he withheld material information, and the only way to prove that it is material is to just have the bank… someone from the bank confirm that that is information that the bank would like to know for engaging in this type of loan. So, I hope that clarifies a little bit. So, with that context, uh, Ms. Odonovan, [unintelligible]. Would the bank consider it to be material or important information when deciding to issue this loan to Jose Huizar? Would they have wanted to know that the collateral that was being provided was in fact being provided as a potentially illegal bribe payment?

**1/26/2021 – Andy Civetti, Tony Logan, Veronica Dragalin, Peggy Odonovan (East West Bank), Camille Evert (East West Bank's attorney)**

Evert: Did you understand the question? If the bank knew that it was an illegal bribe situation, would the bank made the loan?

Odonovan: No, would not have made the loan.

Evert: So, that would have been material information that was withheld, if in fact that was a potential bribe- bribe transaction. Correct? It's material. It would've been important for the bank to know that, correct?

Odonovan: Are you asking me? Yes.

Evert: Okay.

Dragalin: Okay, [unintelligible].

Evert: And I just wanna say that- also, that we still, to this day, do not know… just… your information, we don't have. That's why also this was a first-time question that was different because we don't have any such knowledge that it's connected to that. [unintelligible].

Dragalin: Under- understood, yes. And we are asking a hypothetical question, so we're not asking you to assume that what we're saying, in- in fact, occurred. It's a hypothetical question. Um, in terms of what the bank would consider to report.

Evert: Okay.

Odonovan: Okay.

[46:46]