Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE LUIS HUIZAR, ET AL.,<br><br>Defendants. | CR-20-326(A)-JFW<br><br>**[PROPOSED] ORDER PERMITTING DEFENDANT SHEN ZHEN NEW WORLD I, LLC TO FILE MOTION *IN LIMINE* NO. 5: SHEN ZHEN NEW WORLD I, LLC'S MOTION TO EXCLUDE IMPROPER OPINION TESTIMONY REGARDING EAST WEST BANK'S RISK OF LOSS** |

Upon reviewing Defendant Shen Zhen New World I, LLC's application and for good cause shown,

_____        The application is GRANTED.

**OR IN THE ALTERNATIVE:**

_____        The application is DENIED.

DATED: _____          _____
                                           HONORABLE JOHN F. WALTER
                                           United States District Court

Presented By:
/s/ - *Richard M. Steingard*
LAW OFFICES OF RICHARD M. STEINGARD
Attorney for Defendant
Shen Zhen New World I, LLC