Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>SHEN ZHEN NEW WORLD I, LLC,<br><br>              Defendant. | CR-20-326(A)-JFW-4<br><br>**JOINT MOTIONS *IN LIMINE* REVISED TABLES OF EXHIBITS**<br><br>Date:   September 23, 2022<br>Time:  8:00 a.m.<br>Crtrm: 7A<br><br>Trial Date: October 25, 2022<br><br>Assigned to Hon. John F. Walter |

        Pursuant to the Court's order (ECF 661), the parties hereby submit Revised Table of Exhibits for Motions *In Limine* Nos. 1-9.  Motions *In Limine* Nos. 11 and 12 did not have any government trial exhibits.  Motion *In Limine* No. 10 is to be filed on or before September 5, 2022 and, per the Court's order, will identify any government trial exhibits in its Table of Exhibits.

//

//

DATED: September 2, 2022

RICHARD M. STEINGARD
Law Offices of Richard M. Steingard

By: /s/

RICHARD M. STEINGARD
Attorney for Defendant
SHEN ZHEN NEW WORLD I, LLC

DATED: September 2, 2022

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

By: /s/

MACK JENKINS
SUSAN HAR
CASSIE PALMER
JAMARI BUXTON
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

.

**JOINT MOTION *IN LIMINE* NO. 1:**

**SZNW'S MOTION TO EXCLUDE EVIDENCE OF**

**JOSE HUIZAR AND GEORGE ESPARZA'S ACTS OF CONCEALMENT**

| Govt Trial Ex. # | Exhibit | Description | Page |
|---|---|---|---|
| 284B | A | 3/27/2015 Text Message Between Jose Huizar and George Esparza (Casino_2084682) | 3:14 |
| 285G | B | 5/2/2016 Text Message Between George Esparza and Ricky Zheng (Casino_2084719) | 3:19 |
| 285K | C | 8/5/2016 Text Message Between George Esparza and Ricky Zheng (Casino_2084729) | 3:24 |
| 285H | D | 5/15/2016 Text Messages Between George Esparza and Ricky Zheng (Casino_2084727) | 3:28, 13:18, 17:2 |
| 285Q | E | 2/4/2017 Text Message Between George Esparza and Ricky Zheng (Casino_2084769) | 4:5, 17:4 |
| 493 | F | 7/14/2016 Email Between Jose Huizar and George Esparza (Casino_0005656) | 4:10 |
| n/a | G | 9/2/2015 FD-302 Interview Report of Quyen "Michael" Trang (Casino_0384779) | 5:2 |
| 243-6 | H | Photographs Depicting George Esparza's Exchange of Australian Currency | 5:12 |

LAW OFFICES OF RICHARD M. STEINGARD

**JOINT MOTION _IN LIMINE_ NO. 2**

**SZNW'S MOTION TO EXCLUDE EVIDENCE AND TESTIMONY**

**REGARDING THE EXPANSION OF THE SHERATON UNIVERSAL**

**HOTEL**

| Govt Trial Ex. # | Exhibit | Description | Page |
|---|---|---|---|
| n/a | A | January 27, 2022 Report of Interview with Rose Fistrovic (Casino_2096624) | 3:18 |
| 9 | 1 | www.sznewworld.com – 1/12/2011 News re Sheraton (Casino_2101550) | 9:3 |
| 65 | 2 | 3/18/16 Email Thread Jeff DiMarzio-Victor Li-Satoru Kato Re: Status for the New Design (Casino_0720774) | 9:24, 15:1 |
| 37 | 3 | 6/7/2018 LA Grand Application (Casino_0815590) | 10:5 |
| 113 | 4 | 6/7/2018 Sheraton Universal Application (Casino_0824817) | 10:8, 13:27 |
| 114 | 5 | 6/13/2018 Sheraton Universal LADBS Filing Receipt (Casino_08245675) | 13:28 |
| 69 | 6 | 5/3/16 Email Thread Satoru Kato-Raymond Chan et al. Re: New World Hotels Expansion Study (Casino_0717494) | 14:25 |
| 117 | 7 | Sheraton Universal Application – Entitlement Request (Casino_0825254) | 15:7 |
| 116 | 8 | Sheraton Universal Application – Architectural Plans (Casino_0825290) | 15:8 |
| n/a | 9 | Sheraton Universal Application Tree Inventory Report (Casino_0825324) | 15:9 |

LAW
OFFICES OF
RICHARD M.
STEINGARD

4

1
2
3
4
5

## JOINT MOTION *IN LIMINE* NO. 3
## SZNW'S MOTION TO EXCLUDE EVIDENCE OF
## LOS ANGELES CITY COUNCIL RESOLUTIONS RECOGNIZING
## WEI HUANG AND RICKY ZHENG

6
7
8

| Govt Trial Ex. # | Exhibit | Description | Page |
|---|---|---|---|
| 272 | A | April 23, 2014 Wei Huang City Council Resolution | 2:28 |
| n/a | B | April 23, 2014 City Council Resolutions | 3:28 |
| 310 | C | April 21, 2014 Photograph of Ricky Zheng City Council Resolution | 4:3 |
| 311 | D | April 21, 2014 Photograph of Ricky Zheng and Jose Huizar with City Council Resolution | 4:5 |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW
OFFICES OF
RICHARD M.
STEINGARD

# JOINT MOTION *IN LIMINE* NO. 4

## SZNW'S MOTION TO EXCLUDE RAYMOND CHAN'S

## "RADAR SCREENS" AND SIMILAR DOCUMENTS

| Govt Trial Ex. # | Exhibit | Description | Page |
|---|---|---|---|
| n/a | A | 7/20/2018 Supplemental Wiretap Affidavit, pp. 44-45 (Casino_2005619) | 3:14 |
| 263 | B | 6/17/2013 Radar Screen (Casino_0026681-0026692) | 4:6, 18:16, 18:22, 19:5, 19:9, 34:6 |
| 270 | C | 2/22/2014 CM Tasks Progress Report (Casino_2000663) | 4:23 |
|  | D | 3/31/2014 "[Follow-Up Notice of Construction Issues]" (Casino_2000614) | 5:5, 20:6, 20:16, |
| 25 | E | 3/26/2016 Radar Screen (Casino_0028138) | 5:19, 21:1, 21:8, 21:16 |
| 26 | F | 7/24/2016 Radar Screen (Casino_0028138) | 6:10, 21:21, 21:26 |
| n/a | G | City of Los Angeles Request for Proposal | 35:11 |
| n/a | 1 | FBI 302 Report Re: Interview of George Esparza on November 13, 2018 (Casino_0364373) | 13:12, 13:15, 13:20, 13:25, 13:27, 14:19, 15:9 |

LAW OFFICES OF RICHARD M. STEINGARD

| n/a | 2 | FBI 302 Report Re: Interview of George Esparza on June 6, 2019 (Casino_0364679) | 13:13, 13:17, 13:24, 15:25 |
|---|---|---|---|
| n/a | 3 | FBI 302 Report Re: Interview of George Esparza on January 15, 2019 (Casino_0364465) | 13:15, 14:4, 14:19, 14:23, 15:24, 16:28, 17:7 |
| n/a | 4 | FBI 302 Report Re: Interview of Ricky Zheng on April 8, 2019 (Casino_0368261) | 14:21 |
| n/a | 5 | FBI 302 Report Re: Interview of Ricky Zheng on February 21, 2019 (Casino_0368251) | 15:17, 16:28 |
| 496 | 6 | 05/03/2015 Radar Screen (Casino_0027724) | 22:22, 39:8 |
| 497 | 7 | 11/22/2015 Radar Screen (Casino_0027982) | 22:24, 39:8 |
| 498 | 8 | 05/01/2016 Radar Screen (Casino_0028234) | 22:25, 39:8 |

LAW
OFFICES OF
RICHARD M.
STEINGARD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT MOTION *IN LIMINE* NO. 5**

**SZNW'S MOTION  TO EXCLUDE IMPROPER OPINION**

**TESTIMONY REGARDING EAST WEST BANK'S RISK OF LOSS**

| Govt Trial Ex. # | Exhibit | Description | Page |
|---|---|---|---|
| n/a | A | July 30, 2020, partial transcript of Grand Jury Testimony of FBI SA Andrew Civetti | 3:13 |
| n/a | B | January 26, 2021, partial transcript of interview of East West Bank employee Peggy O'Donnovan | 3:22 |
| n/a | C | February 4, 2021, partial transcript of interview of East West Bank employee Verita Gunido | 4:19 |

LAW OFFICES OF RICHARD M. STEINGARD

# JOINT MOTION *IN LIMINE* NO. 6
## SZNW'S MOTION TO EXCLUDE HEARSAY STATEMENTS
## THAT ARE INADMISSIBLE AS CO-SCHEMER STATEMENTS

| Govt Trial Ex. # | Exhibit | Description | Page |
|---|---|---|---|
| n/a | 1 | FBI 302 Report Re: Interview of George Esparza on November 13, 2018 | 9:11, 9:13, 9:18, 10:5, 10:8, 11:1, 11:20 |
| n/a | 2 | FBI 302 Report Re: Interview of George Esparza on June 6, 2019 | 9:11, 9:15, 9:16, 10:5, 12:9 |
| n/a | 3 | FBI 302 Report Re: Interview of George Esparza on January 15, 2019 | 9:14, 10:12, 11:1, 11:5, 12:7, 13:11, 13:18 |
| n/a | 4 | FBI 302 Report Re: Interview of Ricky Zheng on April 8, 2019 | 11:3 |
| n/a | 5 | FBI 302 Report Re: Interview of Ricky Zheng on February 21, 2019 | 11:28, 13:11 |

LAW OFFICES OF RICHARD M. STEINGARD

## JOINT MOTION IN LIMINE NO. 7

## SZNW'S MOTION TO EXCLUDE EVIDENCE OF INNOCENT OR IRRELEVANT ACTS OR ALTERNATIVELY, FOR A LIMITING INSTRUCTIONS

| Govt Trial Ex. # | Exhibit | Description | Page |
|---|---|---|---|
| 261-2 | A | May 17, 2013 & June 17, 2013, Emails Between Harris Chan & George Esparza (Casino_0004097-8 & 0004146-7) | 3:13 |
| 264-5, 286A | B | June 2013 Text Messages Between Jose Huizar & Harris Chan Text Messages; July 13, 2013, Email Between Harris Chan & George Esparza; September 20, 2013, Email Between Jose Huizar & Staffer (Casino 0004240, 0000041, & 2068655-8) | 3:24 |
| 282B & 292A | C | March 2015 Text Message Between Jose Huizar & Ricky Zheng; June 2016 Text Message Between George Esparza & Virginia Clark (Casino_2084830 & 2084809-11) | 4:2 |
| 266, 268-9, 286B-C, 287A-D, 287F, 287H, 287L | D | September 2013 – January 2014 Emails & Text Messages Between Jose Huizar, Harris Chan, & Ray Chan (Casino_0000048, 0000098-9, 0000101-2, 2084771-4, 2084780-1, 2084812, 2084815-6, 2084813-4, 2084819-20, 2084782-3 & 2084829) | 4:15 |
| 387-8, 399-401, 404-6 | E | May 9, 2017, Line Sheets for Phone Calls Between Wei Huang, Ricky Zheng, Jose Huizar George Esparza, and/or Rick Coca (Casino_0055678-9, 0054670-1, 0054673-5, 0055042-3, 005781-3 & 0055049-51) | 4:25 |

LAW OFFICES OF RICHARD M. STEINGARD

1

## JOINT MOTION IN LIMINE NO. 8
## SZNW'S MOTION TO EXCLUDE IMPROPER QUESTIONS
## TO PROSPECTIVE WITNESS ROSE FISTROVIC

| Govt Trial Ex. # | Exhibit | Description | Page |
|---|---|---|---|
| n/a | A | Psomas April 26, 2018, EIR Schedule | 3:15 |
| n/a | B | Psomas June 22, 2018, EIR Schedule | 3:19 |
| n/a | C | Psomas July 13, 2018, EIR Schedule | 4:2 |
| n/a | D | January 27, 2022, Transcript of Rose Fistrovic Interview | 4:21 |

LAW
OFFICES OF
RICHARD M.
STEINGARD

## JOINT MOTION IN LIMINE NO. 9
## SHEN ZHEN NEW WORLD I, LLC'S MOTION
## TO EXCLUDE EVIDENCE OF OTHER SCHEMES

| Govt Trial Ex. # | Exhibit | Description | Page |
|---|---|---|---|
| 392 | A | 5/11/2017 Line Sheet of Wiretap-Intercepted Phone Call Between George Esparza and Ricky Zheng | 4:6 |
| n/a | B | 6/23/2022 Letter from AUSA Susan Har re FRE 404(b) notice | 4:26 |
| n/a | C | Declaration of Richard Steingard | 18:9, 18:28 |
| n/a | D | 5/3/2022 Memorandum of Meeting with AUSAs re: Motions in Limine | 18:21 |

LAW
OFFICES OF
RICHARD M.
STEINGARD

12