# Exhibit 1

| OA | Date(s) | Description | Huizar Chips/Currency | Family Cash Deposit (Withdrawal) | Payment to HUIZAR | Δ |
|---|---|---|---|---|---|---|
| 4 | 03/22/2013-03/24/2013 | HUIZAR Vegas Trip: Wynn | $10,000 | | | |
| N/A | 11/15/2013 | Isidra Huizar cash deposit into her checking account | | $5,000 | | |
| 401 | 11/26/2013 & 11/27/2013 | Salvador Huizar wrote two $7,500 checks to HUIZAR (posted same day into HUIZAR bank acct) [i] | | | $15,000 | |
| 5 | 12/30/2013-01/02/2014 | HUIZAR Vegas Trip: Wynn | $10,000 | | | |
| 402 | 1/6/2014 | Salvador Huizar wrote check to HUIZAR (posted same day into HUIZAR bank acct) | | | $10,000 | 4 days |
| N/A | 1/7/2014 | Salvador Huizar cash deposit into his checking account (two $500 deposits, two different banks) | | $1,000 | | 5 days |
| N/A | 1/8/2014 | Salvador Huizar cash deposit into his checking account (ATM) | | $500 | | 6 days |
| 367 | 1/8/2014 | Isidra Huizar wrote check to HUIZAR (posted same day into HUIZAR bank acct) | | | $15,000 | 6 days |
| N/A | 4/1/2014 | Isidra Salvador cash deposit into her checking account | | $6,000 | | |
| 368 | 4/7/2014 | Isidra Huizar wrote check to HUIZAR (posted same day into HUIZAR bank acct) | | | $5,000 | |
| 6 | 06/07/2014-06/08/2014 | HUIZAR Vegas Trip: Palazzo/Venetian/ Wynn | $10,000 | | | |
| 7 | 6/14/2014-6/15/14 | HUIZAR Vegas Trip: Palazzo/Venetian/Wynn | $10,000 | | | |
| 403 | 7/10/2014 | Salvador Huizar wrote check to HUIZAR (posted 8/4/2014 into HUIZAR bank acct) | | | $10,000 | |

1

| OA | Date(s) | Description | Huizar Chips/ Currency | Family Cash Deposit (Withdrawal) | Payment to HUIZAR | Δ |
|---|---|---|---|---|---|---|
| 8 | 8/22/2014-8/25/2014 | HUIZAR Vegas Trip: Palazzo/Venetian | $13,500 | | | |
| 404 | 8/27/2014 | Salvador Huizar wrote check to HUIZAR (posted 8/29/14 into HUIZAR bank acct) | | | $10,000 | 2 days |
| N/A | 9/18/14 | Isidra Huizar cash deposit into her checking account | | $15,000 | | |
| N/A | 9/23/14 | Salvador Huizar cash withdrawal from checking account | | ($30,000) | | |
| 369 | 11/3/2014 | Isidra Huizar cash deposit into her checking account | | $5,000 | | |
| 370 | 11/18/2014 | Isidra Huizar wrote check to HUIZAR (posted same day into HUIZAR bank acct) | | | $4,900 | |
| 371 | 12/3/2014 | Isidra Huizar cash deposit into her checking account | | $7,000 | | |
| 372 | 12/3/2014 | Isidra Huizar paid HUIZAR's credit card bill (check posted on 12/11/14) | | | $7,000 | |
| 405 | 12/23/2014 | Salvador Huizar paid HUIZAR's legal fees via check | | | $10,000 | |
| 373 | 3/12/2015 | Isidra Huizar cash deposit into her checking account | | $10,000 | | |
| 374 | 3/12/2015 | Isidra Huizar wrote check to HUIZAR (posted same day into HUIZAR account) | | | $10,000 | |
| 9 | 3/13/2015-3/14/2015 | HUIZAR Vegas Trip: Palazzo/Venetian | $20,000 | | | |
| 10 | 3/28/2015-3/30/2015 | HUIZAR Vegas Trip: Palazzo/Venetian | $10,000 | | | |
| 375 | 4/8/2015 | Isidra Huizar cash deposit into checking account | | $10,000 | | 9 days |
| 376 | 4/21/2015 | Isidra Huizar paid HUIZAR's East West Bank loan interest (check posted same day) | | | $4,272.66 | |

2

| OA | Date(s) | Description | Huizar Chips/ Currency | Family Cash Deposit | Payment to HUIZAR | Δ |
|---|---|---|---|---|---|---|
| 377 | 4/22/2015 | Isidra Huizar cash deposit into her checking account | | $2,300 | | |
| 378 | 4/23/2015 | Isidra Huizar paid HUIZAR's credit card bill (electronic payment posted same day) | | | $8,000 | |
| 11 | 05/01/2015-05/03/2015 | HUIZAR Vegas Trip: Palazzo/Venetian | $10,000 | | | |
| 379 | 7/3/2015 | Isidra Huizar cash deposit into her checking account | | $9,000 | | |
| 380 | 7/5/2015 | Isidra Huizar paid HUIZAR's East West Bank loan interest (check posted same day) | | | $2,895.91 | |
| N/A | 7/5/2015 | Isidra Huizar paid HUIZAR's taxes (check posted same day) | | | $2,640.51 | |
| 12 | 7/7/2015-7/8/2015 | HUIZAR Vegas Trip: Palazzo/Venetian | $65,000 | | | |
| 381 | 7/13/2015 | Isidra Huizar paid HUIZAR's credit card bill (check posted same day) | | | $2,492.45 | 5 days |
| 382 | 7/14/2015 | Isidra Huizar paid HUIZAR's property taxes (check posted same day) | | | $2,640.51 | 6 days |
| 383 | 8/19/2015 | Isidra Huizar cash deposit into her checking account | | $8,100 | | |
| 384 | 8/19/2015 | Isidra Huizar paid HUIZAR's East West Bank loan interest (check posted same day) | | | $2,895.92 | |
| 386 | 8/19/2015 | Isidra Huizar paid HUIZAR's credit card bill (electronic transaction posted on 8/24/2015) | | | $3,042.47 | |
| 385 | 8/24/2015 | Isidra Huizar paid HUIZAR's credit card bill (electronic payment posted same day) | | | $1,844.10 | |

3

| OA | Date(s) | Description | Huizar Chips/ Currency | Family Cash Deposit | Payment to HUIZAR | Δ |
|---|---|---|---|---|---|---|
| 13 | 10/28/2015-10/30/2015 | HUIZAR Vegas Trip: Cosmopolitan | $10,000 | | | |
| 406 | 11/16/2015 | Salvador Huizar wrote check to HUIZAR (posted same day into HUIZAR bank acct) | | | $6,000.00 | 17 days |
| 407 | 11/16/2015 | Salvador Huizar paid HUIZAR's credit card bill (check posted same day) | | | $4,915.92 | 17 days |
| 14 | 12/11/2015-12/13/2015 | HUIZAR Vegas Trip: Caesar's Palace | $10,000 | | | |
| 408 | 12/30/2015 | Salvador Huizar wrote check to HUIZAR (posted same day into HUIZAR bank acct) | | | $9,000 | 17 days |
| 388 | 12/31/2015 | Isidra Huizar paid HUIZAR's credit card bill (check posted on 1/6/2015) | | | $704.57 | 18 days |
| 361 | 1/1/2016 | Australia Trip | | | | |
| 387 | 1/4/2016 | Isidra Huizar cash deposit into her checking account | | $2,900 | | |
| 389 | 1/23/2016 | Isidra Huizar paid HUIZAR's East West Bank loan interest (check posted same day) | | | $2,895.91 | |
| 391 | 1/23/2016 | Isidra Huizar paid HUIZAR's credit card bill (check posted 1/27/2016) | | | $7,730.22 | |
| 390 | 1/25/2016 | Isidra Huizar cash deposit into her checking account | | $13,000 | | |
| 363 | 2/9/2016 | Esparza Exchanged AUS -- USA | $10,000 | | | |
| 364 | 2/10/2016 | Esparza Exchanged AUS -- USA | $10,000 | | | |
| 15 | 2/12/2016-2/13/2016 | HUIZAR Vegas Trip: Cosmopolitan | $10,000 | | | |
| 364 | 2/10/2016 | Esparza Exchanged AUS -- USA | $12,800 | | | |

4

| OA | Date(s) | Description | Huizar Chips/ Currency | Family Cash Deposit | Payment to HUIZAR | Δ |
|---|---|---|---|---|---|---|
| 16 | 2/26/2016-2/28/2016 | HUIZAR Vegas Trip: Caesar's Palace | $10,000 | | | |
| N/A | 3/10/2016 | Isidra Huizar cash deposit into her checking account | | $9,000 | | 10 days |
| N/A | 3/14/2016 | Isidra Huizar paid HUIZAR's credit card bill (check posted same day) | | | $7,075.61 | 14 days |
| N/A | 3/21/2016 | Salvador Huizar paid HUIZAR's East West Bank loan interest (check posted same day) | | | $1,471.70 | |
| 419 | 4/5/2016 | Richelle Rios cash deposit into personal checking account | | $500 | | |
| N/A | 4/27/2016 | Salvador Huizar paid HUIZAR's credit card bill (check posted same day) | | | $5,859.72 | |
| N/A | 4/27/2016 | Salvador Huizar paid HUIZAR's East West Bank loan interest (check posted same day) | | | $2,848.44 | |
| 17 | 4/30/2016-5/2/2016 | HUIZAR Vegas Trip: Palazzo/Venetian/ Cosmopolitan | $10,000 | | | |
| 18 | 5/5/2016-5/7/2016 | HUIZAR Vegas Trip: Palazzo/Venetian/ Cosmopolitan | $10,000 | | | |
| 19 | 05/13/2016-05/16/2016 | HUIZAR Vegas Trip: Palazzo/Venetian/ Caesar's Palace | $10,000 | | | |
| N/A | 06/22/016 | Salvador Huizar paid HUIZAR's credit card bill (check posted same day) | | | $8,091.87 | |

5

| OA | Date(s) | Description | Huizar Chips/Currency | Family Cash Deposit | Payment to HUIZAR | Δ |
|---|---|---|---|---|---|---|
| 420 | 6/23/2016 | Richelle Rios cash deposit into personal checking account | | $400 | | |
| 20 | 07/14/2016 - 07/16/2016 | HUIZAR Vegas Trip: Caesar's Palace | | | | |
| N/A | 7/26/2016 | Salvador Huizar paid HUIZAR's credit card bill (check posted same day) | | | $6,206.25 | 10 days |
| 21 | 8/5/2016- 08/07/2016 | HUIZAR Vegas Trip: Cosmopolitan | $11,000 | | | |
| 421 | 8/16/2016 | Richelle Rios cash deposit into her personal checking account | | $500 | | 9 days |
| 422 | 9/15/2016 | Richelle Rios cash deposit into her personal checking account | | $500 | | |
| 409 | 9/22/2016 | Salvador Huizar paid HUIZAR's credit card bill (check posted same day) | | | $2,836.52 | |
| 410 | 9/22/2016 | Salvador Huizar paid HUIZAR's East West Bank loan interest (check posted same day) | | | $7,263.51 | |
| 411 | 11/9/2016 | Salvador paid HUIZAR's credit card bill (check posted same day) | | | $5,451.68 | |
| N/A | 11/9/2016 | Salvador Huizar paid HUIZAR's Quicken Loans (check posted same day) | | | $2,621.91 | |
| 423 | 11/9/2016 | Richelle Rios cash deposit into her personal checking account | | $800 | | |
| 424 | 12/2/2016 | Richelle Rios cash deposit into her personal checking account | | $1,000 | | |
| 425 | 12/6/2016 | Richelle Rios cash deposit into her personal checking account | | $500 | | |
| 426 | 12/21/2016 | Richelle Rios cash deposit into her personal checking account | | $500 | | |

| OA | Date(s) | Description | Huizar Chips/ Currency | Family Cash Deposit | Payment to HUIZAR | Δ |
|---|---|---|---|---|---|---|
| 412 | 12/23/2016 | Salvador Huizar cash deposit into his checking account | | $10,000 | | |
| 413 | 12/23/2016 | Salvador Huizar paid free for HUIZAR's party (check posted same day) | | | $24,694.53 | |
| 427 | 1/30/2017 | Richelle Rios cash deposit into her personal checking account | | $500 | | |
| 22 | 02/04/2017-02/06/2017 | HUIZAR Vegas Trip: Cosmopolitan /Caesar's Palace | $10,000 | | | |
| 428 | 2/8/2017 | Richelle Rios cash deposit into her personal checking account | | $200 | | 2 days |
| 414 | 2/17/2017 | Salvador Huizar cash deposit into checking account | | $10,000 | | 11 days |
| 415 | 2/17/2017 | Salvador Huizar paid HUIZAR's credit card bill (electronic payment posted same day) | | | $7,263.52 | 11 days |
| 416 | 2/27/2017 | Salvador Huizar cash deposit into his checking account | | $6,000 | | |
| 417 | 3/10/2017 | Salvador Huizar cash deposit into his checking account | | $3,000 | | |
| 418 | 3/13/2017 | Salvador Huizar paid HUIZAR's credit card bill (electronic payment posted same day) | | | $7,464.99 | |
| N/A | 4/13/2017 | Isidra Huizar paid HUIZAR's credit card bill (check posted same day) | | | $5,000 | |
| 392 | 4/27/2017 | Isidra Huizar cash deposit into her checking account | | $9,000 | | |
| 393 | 4/27/2017 | Isidra Huizar paid HUIZAR's East West Bank loan interest (check posted on 4/29/2017) | | | $2,800.97 | |
| N/A | 5/5/2017 | Isidra Huizar paid HUIZAR's credit card bill (check posted same day) | | | $2,192.00 | |

| OA | Date(s) | Description | Huizar Chips/ Currency | Family Cash Deposit | Payment to HUIZAR | Δ |
|---|---|---|---|---|---|---|
| 394 | 6/2/2017 | Isidra Huizar cash deposit into her checking account | | $9,000 | | |
| 395 | 6/5/2017 | Isidra Huizar paid HUIZAR's credit card bill (check posted 6/8/2017) | | | $12,755.11 | |
| 396 | 6/23/2017 | Isidra Huizar paid HUIZAR's East West Bank loan interest (check posted same day) | | | $2,895.91 | |
| 397 | 6/27/2017 | Isidra Huizar cash deposit into her checking account | | $6,000 | | |
| 398 | 7/19/2017 | Isidra Huizar cash deposit into her checking account | | $8,000 | | |
| 399 | 7/19/2017 | Isidra Huizar paid HUIZAR's credit card bill (check posted 7/27/2017) | | | $10,955.91 | |
| 400 | 9/19/2017 | Isidra Huizar cash deposit into her checking account | | $9,000 | | |
| | | **TOTALS:** | **$282,300** | **$149,200** | **$284,621.30** | |
| N/A | 10/3/2017 | Isidra Huizar Account Closed | | ($9,490.11) | | |

---

[i] This table reflects the dates that appear on the faces of the relevant checks, that is, the dates the checks were written. Some dates in the tables in the First Superseding Indictment ("FSI") reflect the transaction dates contained in the account statements, *i.e.*, the dates the checks or payments actually were posted to the relevant accounts, as opposed to the dates they were written. As a result, the dates in this table may vary from the tables in the FSI. The government has adopted the dates the checks were written because those dates more accurately reflect when Huizar requested family members to write checks to him checks or to pay bills on his behalf.

8