Ariel A. Neuman - State Bar No. 241594
 aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
 rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendant. | CASE NO. 20-CR-0326-JFW <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING DATE FOR DEFENDANTS DAE YONG LEE AND 940 HILL, LLC FROM DECEMBER 5, 2022 TO JANUARY 30, 2023** <br><br> Filed Concurrently with [PROPOSED] ORDER <br><br> Assigned to Hon. John F. Walter |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins and Cassie D. Palmer, and Defendants Dae Yong Lee and 940 Hill, LLC, by and through their counsel of record, Ariel A. Neuman and Ray S. Seilie of Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C., hereby STIPULATE as follows:

1. The sentencing hearing for Defendants Dae Yong Lee and 940 Hill, LLC is currently set for December 5, 2022.

2. Lead counsel for Mr. Lee and 940 Hill, is now scheduled to be in trial on December 5, in the matter of *Saybrook Capital, LLC v. Jonathan Rosenthal et al.*, No. SC128007 in the Superior Court of the state of California. That trial was continued from August 2022 after jury selection, when the entire plaintiff team tested positive for Covd-19. Nine jurors have volunteered to return and sit for a two-week trial at the beginning of December, the only time that worked for the relevant judge, all trial counsel, and the majority of jurors. Mr. Neuman is trial counsel for defendant Jonathan Rosenthal. Given that so many jurors have agreed to return for the early-December trial, it is expected to proceed as scheduled.

3. Counsel also will be out of the country for the last two weeks of December.

4. The parties have met and conferred and agree to continue the sentencing date under these circumstances. In order to allow all parties sufficient time to prepare their submissions to the Court in a timely manner, the parties have agreed that the sentencing hearing in this matter should be continued from December 5, 2022 to **January 30, 2023 at 8:00 a.m.**

**IT IS SO STIPULATED.**

DATED: September 13, 2022

Respectfully submitted,

Ariel A. Neuman
Ray S. Seilie
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____*/s/ Ariel A. Neuman*_____
      Ariel A. Neuman
Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

DATED: September 13, 2022

STEPHANIE S. CHRISTENSEN
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

By: _____*/s/ via email authorization*_____
    MACK E. JENKINS
    CASSIE D. PALMER
    Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA