Ariel A. Neuman - State Bar No. 241594
  aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
  rseilie@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants 940 Hill, LLC
and Dae Yong Lee

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE LUIS HUIZAR, et al., <br><br> Defendant. | CASE NO. 20-CR-0326-JFW <br><br> **[PROPOSED] ORDER** <br><br> Assigned to Hon. John F. Walter |

3811527.1

Case No. 20-CR-0326-JFW

## [PROPOSED] ORDER

Pursuant to the Stipulation between Defendants Dae Yong Lee and 940 Hill, LLC and Plaintiff United States of America, this Court hereby ORDERS that the sentencing hearing for Defendants Dae Yong Lee and 940 Hill, LLC in this matter shall be continued from December 5, 2022 to January 30, 2023 **at 8:00 a.m.**

**IT IS SO ORDERED.**

DATED:

_____
Hon. John F. Walter
United States District Judge