# Exhibit A




**Extraction Report** - Apple iOS iTunes (Backup)

### Participants

+16262306463
Ray Chan*

+12132159910

### Conversation - SMS Messages (14)

> +16262306463 Ray Chan
> Can you talk now sir?
> 10/17/2013 1:37:54 PM(UTC-7)

> +16262306463 Ray Chan
> Lets talk later ray.  The lawsuit was filed.  Speaking with my attorneys now.
> 10/17/2013 1:39:15 PM(UTC-7)

> +16262306463 Ray Chan
> Got it.
> 10/17/2013 3:08:26 PM(UTC-7)

> +16262306463 Ray Chan
> The chairman asks if there is anything that he can help.  Please call me.  Thanks.
> 10/17/2013 5:25:40 PM(UTC-7)

> +16262306463 Ray Chan
> (1/3) Sir, the chairman is not home yet.  He has a very stiff neck so he went for a message.  He probably will come back at around 10:45 pm.  Would it be too la
> 10/17/2013 9:50:31 PM(UTC-7)

> +16262306463 Ray Chan
> (2/3) te to call you?  Please advise.
>
>   I also reviewed the press and media clips.  In my opinion, they are pretty neutral.  I am confident that you will win t
> 10/17/2013 9:50:32 PM(UTC-7)



**+16262306463 Ray Chan**
(3/3) he case. I'll brief the chairman.
10/17/2013 9:50:33 PM(UTC-7)

**+16262306463 Ray Chan**
I am available.
10/17/2013 10:20:27 PM(UTC-7)

**+16262306463 Ray Chan**
Chairman just got home. Can you talk now?
10/18/2013 1:21:29 AM(UTC-7)

**+16262306463 Ray Chan**
Good morning sir, sorry for not being able to talk to you yesterday. Can we call you in the afternoon? 4ish? Please advise.
10/18/2013 9:53:32 AM(UTC-7)

**+16262306463 Ray Chan**
Yes. I am home all day. Taking the day off. Anytime is good.
10/18/2013 9:54:05 AM(UTC-7)

**+16262306463 Ray Chan**
CM really wants to see you before he leaves. Can you come to the hotel now? May be you can bring the cigars. Please call me.
10/18/2013 4:37:41 PM(UTC-7)

**+16262306463 Ray Chan**
On my way
10/18/2013 5:10:57 PM(UTC-7)

**+16262306463 Ray Chan**
Great.
10/18/2013 5:13:11 PM(UTC-7)