Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
724 South Spring Street, 9th Floor
Los Angeles, California 90014
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450

Craig Wilke (SBN 150728)
craig@craigwilkelaw.com
LAW OFFICE OF CRAIG WILKE
305 North Harbor Boulevard, Suite 216
Fullerton, California 92832-1901
Telephone: (714) 870-8900
Facsimile: (714) 879-2278

Attorney for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>SHEN ZHEN NEW WORLD I, LLC,<br><br>             Defendant. | CR-20-326(A)-JFW-4<br><br>**[PROPOSED] ORDER RESETTING DATES FOR PRETRIAL FILING** |

1

Upon reviewing the parties' Stipulation Regarding Request for Resetting Dates for Pretrial Filing and for good cause shown, the stipulation is GRANTED. The pre-trial deadlines shall be:

| Event | Deadline |
|---|---|
| Govt Witness List | 10/19/2022 |
| Govt Trial Brief | 10/19/2022 |
| Revised Joint Exhibit Stipulation (Govt's Exhibits) | 10/19/2022 |
| Jury Verdict Form | 10/19/2022 |
| Jury Instructions | 10/19/2022 |
| Defense Jencks Statements | 10/19/2022 |
| Defense Charts & Summaries | 10/19/2022 |
| Defense Witness List | 10/19/2022 |
| Defense Exhibit List (to Govt) | 10/19/2022 |
| Parties to Meet and Confer re: Defense Exhibit List | 10/21/2022 |
| Govt Response to Def Witness List | 10/21/2022 |
| Defense Response to Govt Witness List | 10/21/2022 |
| Joint Exhibit Stipulation (Def.'s Exhibits) | 10/24/2022 |

Additionally, all pre-trial deadlines set forth in the Criminal Trial Order (Dkt. No. 150) shall now be based off of the October 27, 2022 trial date.

DATED: _____   _____
HONORABLE JOHN F. WALTER
United States District Court

Presented By:
/s/ - *Richard M. Steingard*
RICHARD M. STEINGARD
CRAIG WILKE
Attorneys for Defendant
Shen Zhen New World I, LLC


LAW OFFICES OF RICHARD M. STEINGARD

2