Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450

Craig Wilke (SBN 150728)
*craig@craigwilkelaw.com*
LAW OFFICE OF CRAIG WILKE
305 North Harbor Boulevard, Suite 216
Fullerton, California 92832-1901
Telephone: (714) 870-8900
Facsimile: (714) 879-2278

Attorneys for Defendant
Shen Zhen New World I, LLC

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SHEN ZHEN NEW WORLD I, LLC,<br><br><br>                    Defendant. | CR-20-326(A)-JFW-4<br><br>**DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S PRE-TRIAL EXHIBIT LIST**<br><br>Assigned to Hon. John F. Walter |

1      Defendant Shen Zhen New World I, LLC, by and through its counsel of

2 record, Richard Steingard and Craig Wilke, hereby submit the government's

3 Exhibit List.  The Defendant respectfully requests leave of the Court to supplement

4 or modify this exhibit list, including adding or removing certain exhibits, as may

5 be appropriate.

6

7   DATED: October 17, 2022      By:   /s/

8                             RICHARD M. STEINGARD

9                             CRAIG WILKE

10                             Attorneys for Defendant

                            SHEN ZHEN NEW WORLD I, LLC

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES v. SHEN ZHEN NEW WORLD I, LLC

## CR 20-326(A)-JFW

## DEFENDANTS' PRE-TRIAL EXHIBIT LIST

| Exh # | Title | Witness | Govt. Objection | Def. Response | Court's Ruling |
|---|---|---|---|---|---|
| **Background (1000s)** | | | | | |
| 1001 | Map of City of Shenzhen | Bill Allen; Henry Wang | | | |
| 1002 | Photos of City of Shenzhen | Bill Allen; Henry Wang | | | |
| 1003 | April 23, 2014 Los Angeles City Council, Journal/Council Proceeding re: Resolutions | Agent; George Esparza | | | |
| 1004 | April 24, 2014 Los Angeles City Council Resolutions | Agent; George Esparza | | | |
| 1005A | April 24, 2014Audio Recording Clip of Los Angeles City Council proceedings (26:10) | Agent; George Esparza | | | |
| 1005B | April 23, 2014 Video Recording of Los Angeles City Council proceedings (26:10) | Agent; George Esparza | | | |
| 1006 | Bill Allen LAEDC Biography Page | Bill Allen | | | |
| 1007 | Henry Wang LinkedIn Page | Henry Wang | | | |
| 1008 | June 2014 LAEDC "Growing Together: China and Los Angeles County" | Bill Allen; Henry Wang | | | |
| 1009 | April 5-13, 2014 Los Angeles County China Trade Mission Delegation Roster | Bill Allen; Henry Wang, Kim Maevers | | | |
| 1010 | April 5-13, 2014 Los Angeles County China Trade and Investment Mission Itinerary | Bill Allen; Henry Wang, Kim Maevers | | | |
| 1011 | May 5, 2014 Antelope Valley Press - Valley joining in on Asia trade Article | Bill Allen; Henry Wang, Kim Maevers | | | |
| 1012 | April 7, 2014 Photos of China Trip | Henry Wang; Kim Maevers | | | |
| 1013 | U.S. Department of Homeland Security Person Encounter List | Agent | | | |
| **Interviews & Transcripts (1100s & 1200s)** | | | | | |
| 1101 | September 2, 2015 FD-302 Interview Report of Jonathan Bell (Casino_0384761) | Jonathan Bell | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1102 | INTENTIONALLY LEFT BLANK | | | | |
|------|--------------------------|---|---|---|---|
| 1103 | INTENTIONALLY LEFT BLANK | | | | |
| 1104 | INTENTIONALLY LEFT BLANK | | | | |
| 1105 | November 18, 2020 FD-302 Interview Report of Harris Chan (Casino_2007313) | Harris Chan | | | |
| 1106 | November 18, 2020 Harris Chan Interview Transcript | Harris Chan | | | |
| 1107 | November 9, 2021 FD-302 Interview Report of Harris Chan (Casino_2068647) | Harris Chan | | | |
| 1108 | November 9, 2021 Transcript of Harris Chan Interview | Harris Chan | | | |
| 1109 | January 11, 2022 FD-302 Interview Report of Harris Chan (Casino_2068665) | Harris Chan | | | |
| 1110 | July 29, 2022 FD-302 Interview Report of Harris Chan (Casino_2105393) | Harris Chan | | | |
| 1111 | INTENTIONALLY LEFT BLANK | | | | |
| 1112 | INTENTIONALLY LEFT BLANK | | | | |
| 1113 | INTENTIONALLY LEFT BLANK | | | | |
| 1114 | July 11, 2017 FD-302 Interview Report & Transcript of Max Chang (Casino_2105393) | Max Chang | | | |
| 1115 | INTENTIONALLY LEFT BLANK | | | | |
| 1116 | INTENTIONALLY LEFT BLANK | | | | |
| 1117 | INTENTIONALLY LEFT BLANK | | | | |
| 1118 | August 11, 2022 FD-302 Interview Report of Li Chen (SZNW_TRIAL_00044) | Li Chen | | | |
| 1119 | August 11, 2022 Transcript of Li Chen Interview | Li Chen | | | |
| 1120 | INTENTIONALLY LEFT BLANK | | | | |
| 1121 | INTENTIONALLY LEFT BLANK | | | | |
| 1122 | INTENTIONALLY LEFT BLANK | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1123 | July 9, 2020 Grand Jury Testimony of Andrew Civetti (Casino_2095324) | Agent | | | |
| 1124 | November 12, 2020 Grand Jury of Andrew Civetti Testimony (Casino_2095262) | Agent | | | |
| 1125 | June 14, 2022 Andrew Civetti Testimony in U.S. v. Dae Yong Lee, et al. | Agent | | | |
| 1126 | June 16, 2022 Andrew Civetti Testimony in U.S. v. Dae Yong Lee, et al. | Agent | | | |
| 1127 | June 24, 2022 Andrew Civetti Testimony in U.S. v. Dae Yong Lee, et al. | Agent | | | |
| 1128 | INTENTIONALLY LEFT BLANK | | | | |
| 1129 | INTENTIONALLY LEFT BLANK | | | | |
| 1130 | INTENTIONALLY LEFT BLANK | | | | |
| 1131 | INTENTIONALLY LEFT BLANK | | | | |
| 1132 | INTENTIONALLY LEFT BLANK | | | | |
| 1133 | July 13, 2017 FD-302 Interview Report of Virginia Clark (Casino_0359297) | Virginia Clark | | | |
| 1134 | August 8, 2022 FD-302 Interview Report of Virginia Clark (SZNW_TRIAL_00034) | Virginia Clark | | | |
| 1135 | August 8, 2022 Transcript of Virginia Clark Interview | Virginia Clark | | | |
| 1136 | INTENTIONALLY LEFT BLANK | | | | |
| 1137 | INTENTIONALLY LEFT BLANK | | | | |
| 1138 | INTENTIONALLY LEFT BLANK | | | | |
| 1139 | August 11, 2022 FD-302 Interview Report of Mark Davis (SZNW_TRIAL_00053) | Mark Davis | | | |
| 1140 | INTENTIONALLY LEFT BLANK | | | | |
| 1141 | INTENTIONALLY LEFT BLANK | | | | |
| 1142 | INTENTIONALLY LEFT BLANK | | | | |
| 1143 | July 8, 2022 FD-302 Interview Report of Jeff DiMarzio (Casino_2105619) | Jeff DiMarzio | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1144 | July 8, 2022 - Transcript of Jeff DiMarzio Interview (Casino_2105389) | Jeff DiMarzio | | | |
| 1145 | INTENTIONALLY LEFT BLANK | | | | |
| 1146 | INTENTIONALLY LEFT BLANK | | | | |
| 1147 | INTENTIONALLY LEFT BLANK | | | | |
| 1148 | June 20, 2017 FD-302 Interview Report of George Esparza (Casino_0359819) | George Esparza; Agent | | | |
| 1149 | June 20, 2017 Verbatim Transcription of George Esparza Interview (Casino_0359836) | George Esparza; Agent | | | |
| 1150 | June 29, 2017 FD-302 Interview Report of George Esparza (Casino_0360017) | George Esparza; Agent | | | |
| 1151 | June 29, 2017 Transcript of George Esparza Interview, Part 1 | George Esparza; Agent | | | |
| 1152 | June 29, 2017 Transcript of George Esparza Interview, Part 2 | George Esparza; Agent | | | |
| 1153 | June 29, 2017 Transcript of George Esparza Interview, Part 3 | George Esparza; Agent | | | |
| 1154 | July 1, 2017 FD-302 Interview Report of George Esparza (Casino_0360936) | George Esparza; Agent | | | |
| 1155 | July 1, 2017 Verbatim Transcription of George Esparza Interview | George Esparza; Agent | | | |
| 1156 | March 2, 2018 FD-302 Interview Report of George Esparza (Casino_0359712) | George Esparza; Agent | | | |
| 1157 | November 13, 2018 FD-302 Interview Report of George Esparza | George Esparza; Agent | | | |
| 1158 | December 12, 2018 FD-302 Interview Report of George Esparza | George Esparza; Agent | | | |
| 1159 | January 15, 2019 FD-302 Interview Report of George Esparza | George Esparza; Agent | | | |
| 1160 | March 26, 2019 FD-302 Interview Report of George Esparza | George Esparza; Agent | | | |
| 1161 | June 6, 2019 FD-302 Interview Report of George Esparza | George Esparza; Agent | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1162 | March 25, 2020 FD-302 Interview Report of George Esparza (Casino_0370725) | George Esparza; Agent | | | |
| 1163 | June 15, 2020 FD-302 Interview Report of George Esparza (Casino_0381184) | George Esparza; Agent | | | |
| 1164 | September 19, 2022 George Esparza Interview Report (SZNW_TRIAL_00932) | George Esparza; Agent | | | |
| 1165 | September 19, 2022 George Esparza Interview Report (SZNW_TRIAL_00935) | George Esparza; Agent | | | |
| 1166 | May 16, 2022 George Esparza Interview Report (Lee Trial_00011) | George Esparza; Agent | | | |
| 1167 | June 21, 2022 George Esparza Trial Testimony | George Esparza; Agent | | | |
| 1168 | INTENTIONALLY LEFT BLANK | | | | |
| 1169 | INTENTIONALLY LEFT BLANK | | | | |
| 1170 | INTENTIONALLY LEFT BLANK | | | | |
| 1171 | INTENTIONALLY LEFT BLANK | | | | |
| 1172 | INTENTIONALLY LEFT BLANK | | | | |
| 1173 | January 27, 2022 FD-302 Interview Report of Rose Fistrovic (Casino_2096625) | Rose Fistrovic | | | |
| 1174 | January 27, 2022 Transcript of Rose Fistrovic Interview | Rose Fistrovic | | | |
| 1175 | July 20, 2022 FD-302 Interview Report of Rose Fistrovic (Casino_2105384) | Rose Fistrovic | | | |
| 1176 | INTENTIONALLY LEFT BLANK | | | | |
| 1177 | INTENTIONALLY LEFT BLANK | | | | |
| 1178 | INTENTIONALLY LEFT BLANK | | | | |
| 1179 | September 2, 2015 FD-302 Interview Report of Kathy Flynn (Casino_0384813) | Kathy Flynn | | | |
| 1180 | INTENTIONALLY LEFT BLANK | | | | |
| 1181 | INTENTIONALLY LEFT BLANK | | | | |
| 1182 | INTENTIONALLY LEFT BLANK | | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1183 | September 2, 2015 FD-302 Interview Report of Stephen Fryson (Casino_0384796) | Stephen Fryson | | | |
| 1184 | INTENTIONALLY LEFT BLANK | | | | |
| 1185 | INTENTIONALLY LEFT BLANK | | | | |
| 1186 | INTENTIONALLY LEFT BLANK | | | | |
| 1187 | August 11, 2022 FD-302 Interview Report of Darius Hatami (SZNW_TRIAL_00031) | Darius Hatami | | | |
| 1188 | August 11, 2022 Darius Hatami Interview Transcript | Darius Hatami | | | |
| 1189 | INTENTIONALLY LEFT BLANK | | | | |
| 1190 | INTENTIONALLY LEFT BLANK | | | | |
| 1191 | INTENTIONALLY LEFT BLANK | | | | |
| 1192 | November 13, 2022 FD-302 Interview Report of Tiffany Huang (Casino_2007335) | Tiffany Huang | | | |
| 1193 | INTENTIONALLY LEFT BLANK | | | | |
| 1194 | INTENTIONALLY LEFT BLANK | | | | |
| 1195 | INTENTIONALLY LEFT BLANK | | | | |
| 1196 | November 17, 2018 FD-302 Interview Report of Isidra Huizar (Casino_0368186) | Isidra Huizar | | | |
| 1197 | November 17, 2018 Summary Translation of Isidra Huizar Interview (Casino_0368190) | Isidra Huizar | | | |
| 1198 | February 4, 2020 FD-302 Interview Report of Isidra Huizar (Casino_0370191) | Isidra Huizar | | | |
| 1199 | September 28, 2022 Isidra Huizar Interview Report (SZNW_Trial_03786) | Isidra Huizar | | | |
| 1200 | INTENTIONALLY LEFT BLANK | | | | |
| 1201 | INTENTIONALLY LEFT BLANK | | | | |
| 1202 | INTENTIONALLY LEFT BLANK | | | | |
| 1203 | November 17, 2018 FD-302 Interview Report of Salvador Huizar (Casino_0368272) | Salvador Huizar | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1204 | November 17, 2018 Transcript of Salvador Huizar Interview (Casino_0368276) | Salvador Huizar | | | |
|---|---|---|---|---|---|
| 1205 | January 30, 2020 FD-302 Interview Report of Salvador Huizar (Casino_0370203) | Salvador Huizar | | | |
| 1206 | September 27, 2022 Salvador Huizar Interview Report (SZNW_Trial_03799) | Salvador Huizar | | | |
| 1207 | INTENTIONALLY LEFT BLANK | | | | |
| 1208 | INTENTIONALLY LEFT BLANK | | | | |
| 1209 | INTENTIONALLY LEFT BLANK | | | | |
| 1210 | July 8, 2022 FD-302 Interview Report of Satoru Kato (Casino_2106147) | Satoru Kato | | | |
| 1211 | July 8, 2022 Transcript of Satoru Kato Interview (Casino_2105391) | Satoru Kato | | | |
| 1212 | INTENTIONALLY LEFT BLANK | | | | |
| 1213 | INTENTIONALLY LEFT BLANK | | | | |
| 1214 | INTENTIONALLY LEFT BLANK | | | | |
| 1215 | May 7, 2022 FD-302 Interview Report of Kevin Keller (Casino_0371300) | Kevin Keller | | | |
| 1216 | May 7, 2020 Transcript of Interview of Kevin Keller, Part 1 (Casino_1981901) | Kevin Keller | | | |
| 1217 | May 7, 2020 Transcript of Interview of Kevin Keller, Part 2 (Casino_1981900) | Kevin Keller | | | |
| 1218 | May 28, 2020 FD-302 Interview Report of Kevin Keller (Casino_0372237) | Kevin Keller | | | |
| 1219 | August 4, 2022 FD-302 Interview Report of Kevin Keller (Casino_2105609) | Kevin Keller | | | |
| 1220 | September 7, 2022 Kevin Keller Interview Report (SZNW_TRIAL_00922) | Kevin Keller | | | |
| 1221 | INTENTIONALLY LEFT BLANK | | | | |
| 1222 | INTENTIONALLY LEFT BLANK | | | | |
| 1223 | INTENTIONALLY LEFT BLANK | | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1224 | November 7, 2018 FD-302 Interview Report of Shawn Kuk (Casino_0361328) | Shawn Kuk | | | |
|------|------|------|------|------|------|
| 1225 | November 7, 2018 Shawn Kuk Interview Transcript (Casino_0172529) | Shawn Kuk | | | |
| 1226 | November 7, 2018 Shawn Kuk Interview Transcript (Casino_0172530) | Shawn Kuk | | | |
| 1227 | December 13, 2018 FD-302 Interview Report of Shawn Kuk (Casino_0364948) | Shawn Kuk | | | |
| 1228 | July 2, 2019 FD-302 Interview Report of Shawn Kuk (Casino_0366460) | Shawn Kuk | | | |
| 1229 | March 13, 2020 FD-302 Interview Report of Shawn Kuk (Casino_0370819) | Shawn Kuk | | | |
| 1230 | August 12, 2020 FD-302 Interview Report of Shawn Kuk (Casino_2006911) | Shawn Kuk | | | |
| 1231 | September 6, 2022 FD-302 Interview Report of Shawn Kuk (SZNW_Trial_00890) | Shawn Kuk | | | |
| 1232 | June 16, 2022 Shawn Kuk Trial Testimony | Shawn Kuk | | | |
| 1233 | June 17, 2022 Shawn Kuk Trial Testimony | Shawn Kuk | | | |
| 1234 | INTENTIONALLY LEFT BLANK | | | | |
| 1235 | May 29, 2020 FD-302 Interview Report of Nick Maricich (Casino_0372284) | Nick Maricich | | | |
| 1236 | May 29, 2020 Nick Maricich Interview Transcript | Nick Maricich | | | |
| 1237 | INTENTIONALLY LEFT BLANK | | | | |
| 1238 | INTENTIONALLY LEFT BLANK | | | | |
| 1239 | INTENTIONALLY LEFT BLANK | | | | |
| 1240 | January 26, 2021 FD-302 Interview Report of Peggy O'Donovan (Casino_2007543) | Peggy O'Donovan | | | |
| 1241 | January 26, 2021 Peggy O'Donovan Interview Transcript | Peggy O'Donovan | | | |
| 1242 | September 20, 2022 Peggy O'Donovan Interview Report (SZNW_TRIAL_00928) | Peggy O'Donovan | | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| 1243 | INTENTIONALLY LEFT BLANK | | | | |
| --- | --- | --- | --- | --- | --- |
| 1244 | INTENTIONALLY LEFT BLANK | | | | |
| 1245 | INTENTIONALLY LEFT BLANK | | | | |
| 1246 | May 21, 2020 FD-302 Interview Report of Richelle Rios (Casino_0371353) | Richelle Rios | | | |
| 1247 | May 21, 2020 Richelle Rios Interview Transcript | Richelle Rios | | | |
| 1248 | INTENTIONALLY LEFT BLANK | | | | |
| 1249 | INTENTIONALLY LEFT BLANK | | | | |
| 1250 | INTENTIONALLY LEFT BLANK | | | | |
| 1251 | September 2, 2015 FD-302 Interview Report of Jonathan Solomon (Casino_0356405) | Jonathan Solomon | | | |
| 1252 | INTENTIONALLY LEFT BLANK | | | | |
| 1253 | INTENTIONALLY LEFT BLANK | | | | |
| 1254 | INTENTIONALLY LEFT BLANK | | | | |
| 1255 | February 4, 2021 FD-302 Interview Report of Verita Verita (Casino_2053971) | Verita Verita | | | |
| 1256 | February 4, 2021 Verita Verita Interview Transcript | Verita Verita | | | |
| 1257 | INTENTIONALLY LEFT BLANK | | | | |
| 1258 | INTENTIONALLY LEFT BLANK | | | | |
| 1259 | INTENTIONALLY LEFT BLANK | | | | |
| 1260 | September 17, 2018 FD-302 Interview Report of Yan Yan (Casino_0363161) | Yan Yan | | | |
| 1261 | November 19, 2018 FD-302 Interview Report of Yan Yan (Casino_0363895) | Yan Yan | | | |
| 1262 | December 4, 2018 FD-302 Interview Report of Yan Yan (Casino_0363886) | Yan Yan | | | |
| 1263 | September 12, 2022 Interview Report of Yan Yan (SZNW_Trial_00916) | Yan Yan | | | |

| 1264 | INTENTIONALLY LEFT BLANK | | | | |
|---|---|---|---|---|---|
| 1265 | INTENTIONALLY LEFT BLANK | | | | |
| 1266 | INTENTIONALLY LEFT BLANK | | | | |
| 1267 | October 1, 2019 FD-302 Interview Report of Henry Yong (Casino_0365234) | Henry Yong | | | |
| 1268 | INTENTIONALLY LEFT BLANK | | | | |
| 1269 | INTENTIONALLY LEFT BLANK | | | | |
| 1270 | INTENTIONALLY LEFT BLANK | | | | |
| 1271 | February 13, 2019 FD-302 Interview Report of Ricky Zheng (Casino_0364010) | Ricky Zheng | | | |
| 1272 | February 21, 2019 FD-302 Interview Report of Ricky Zheng (Casino_0368251) | Ricky Zheng | | | |
| 1273 | April 8, 2019 FD-302 Interview Report of Ricky Zheng (Casino_0368261) | Ricky Zheng | | | |
| 1274 | October 27, 2020 FD-302 Interview Report of Ricky Zheng (Casino_2007297) | Ricky Zheng | | | |
| 1275 | October 27, 2020 Ricky Zheng Interview Transcript | Ricky Zheng | | | |
| 1276 | September 8, 2022 Interview Report of Ricky Zheng (SZNW_TRIAL_00925) | Ricky Zheng | | | |
| 1277 | September 15, 2022 Interview Report of Ricky Zheng (SZNW_TRIAL_00945) | Ricky Zheng | | | |
| 1278 | September 15, 2022 Interview Report of Ricky Zheng (SZNW_TRIAL_00947) | Ricky Zheng | | | |
| 1279 | INTENTIONALLY LEFT BLANK | | | | |
| 1280 | INTENTIONALLY LEFT BLANK | | | | |
| 1281 | INTENTIONALLY LEFT BLANK | | | | |
| 1282 | INTENTIONALLY LEFT BLANK | | | | |
| 1283 | INTENTIONALLY LEFT BLANK | | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| LA Grand Redevelopment Project (1300s) | | | | |
|---|---|---|---|---|
| 1301 | August 1, 2016 Email from Kevin Keller to Vince Bertoni | Kevin Keller; Nick Maricich | | |
| 1302 | August 1, 2016 Email from Kevin Keller to Nick Maricich | Kevin Keller; Nick Maricich | | |
| 1303 | August 3, 2016 Email from Kevin Keller to Paul Habib | Kevin Keller; Nick Maricich | | |
| 1304 | August 4, 2016 Email from Kevin Keller to Raymond Chan | Kevin Keller; Nick Maricich | | |
| 1305 | August 5, 2016 Planning & Econ Development Weekly Report (Casino_0059841) | Shawn Kuk; Kevin Keller; Nick Maricich | | |
| 1306 | May 4, 2018 Planning & Econ Development Weekly Report (Casino_0060864) | Shawn Kuk; Kevin Keller; Nick Maricich | | |
| 1307 | May 11, 2018 Planning & Econ Development Weekly Report (Casino_0060873) | Shawn Kuk; Kevin Keller; Nick Maricich | | |
| 1308 | June 15, 2018 Planning & Econ Development Weekly Report (Casino_0060919) | Shawn Kuk; Kevin Keller; Nick Maricich | | |
| 1309 | June 29, 2018 Planning & Econ Development Weekly Report (Casino_0060937) | Shawn Kuk; Kevin Keller; Nick Maricich | | |
| 1310 | July 16, 2018 LA Dept. of City Planning Letter, Application Deemed Complete (Casino_0814439) | Kevin Keller; Rose Fistrovic | | |
| 1311 | April 26, 2018 Rose Fistrovic Email and Psomas Entitlement Schedule (Casino_0714333) | Rose Fistrovic; Jeff DiMarzio | | |
| 1312 | June 22, 2018 Aly Smith Email and Psomas Entitlement Schedule (Casino_0714018) | Rose Fistrovic; Jeff DiMarzio | | |
| 1313 | July 13, 2018 Aly Smith Email and Psomas Entitlement Schedule (Casino_0818309) | Rose Fistrovic; Jeff DiMarzio | | |
| 1314 | The L.A. Hotel Downtown Presentation | Agent; DiMarzio | | |
| 1315 | June 7, 2018 Transfer of Floor Area Rights Application | Agent; DiMarzio | | |
| 1316 | Rose Fistrovic Biography | Rose Fistrovic | | |
| 1317 | Psomas' work post-2018 | Rose Fistrovic | | |
| 1318 | DTLA Timeline (SZNW_TRIAL_03792) | Agent; DiMarzio | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1319 | January 15, 2018 CCA Presentation | Rose Fistrovic | | | |
|------|-----------------------------------|----------------|---|---|---|
| 1320 | Roster for Project | Rose Fistrovic | | | |
| 1321 | January 31, 2019 E-mail Between Rose Fistrovic, Virginia Clark, Hanwei and Shenzhen Team | Rose Fistrovic | | | |
| 1322 | June 3, 2019 City of Los Angeles Letter | Rose Fistrovic | | | |
| 1323 | June 17, 2019 E-mail Between Jin Hwang & Daisy Rojas | Rose Fistrovic | | | |
| 1324 | June 17, 2019 Metropolitan East Service Planning Letter | Rose Fistrovic | | | |
| 1325 | June 25, 2019 The L.A. Grand Hotel Downtown Redevelopment Utilities Technical Memorandum - Draft | Rose Fistrovic | | | |
| 1326 | July 17, 2019 E-mail Between Jeffrey DiMarzio, Mike Swan & Satoru Kato | Rose Fistrovic | | | |
| 1327 | July 18, 2019 E-mail Between May Sirinopwongsagon & Jennifer Marks | Rose Fistrovic | | | |
| 1328 | May 29-June 25, 2020 Psomas Invoice | Rose Fistrovic | | | |
| **Loan (1400s)** | | | | | |
| 1401 | Attorney Records | Sun, Yong | | | |
| 1402 | December 2018 East West Bank Demand and Loan Payoff | Peggy O'Donovan; Verita Verita, Yan Yan | | | |
| 1403 | September 24, 2014 East West Bank Short Note Inquiry | Peggy O'Donovan; Verita Verita | | | |
| 1404 | East West Bank Records re: APR Disclosure Results | Peggy O'Donovan; Verita Verita | | | |
| 1405 | EWB Records re: Grace Luck Holdings Account Opening Information | Yan, Verita | | | |
| 1406 | September 17, 2014 East West Bank Records re: Grace Luck Holdings CD Account | Yan Yan; Peggy O'Donovan; Verita Verita | | | |
| 1407 | September 23, 2014 East West Bank Note, Security Agreement and Disclosure Statement | Yan Yan, Peggy O'Donovan; Verita Verita | | | |
| 1408 | August 8, 2014 E-mail Between Henry Yong & George Esparza | Yong, Esparza, Zheng | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1409 | August 10-15, 2014 E-mails re: Promissory Notes | Yong, Esparza, Zheng | | |
|---|---|---|---|---|
| 1410 | August 18, 2014 E-mails re: CD and Bank Loan | Yong; Esparza; Zheng | | |
| 1411 | August 22, 2014 E-mail Between Henry Yong & Jose Huizar | Yong | | |
| 1412 | August 20, 2014 E-mail re: Fee Agreement and Promissory Note | Yong, Esparza, Zheng | | |
| 1413 | August 20, 2014 E-mail re: Amended Promissory Note | Yong, Esparza | | |
| 1414 | August 20, 2014 E-mail re: Joint Venture Agreement | Yong, Esparza | | |
| 1415 | September 3, 2014 E-mail re: American Plus Bank Loan Application | Yong, Esparza, Zheng | | |
| 1416 | September 3, 2014 E-mail re: Promissory Note | Yong, Esparza | | |
| 1417 | September 5, 2014 E-mail re: Grace Luck Holdings Corporate Resolution | Yong, Esparza, Zheng, Yan | | |
| 1418 | September 9, 2014 E-mail re: Grace Luck Holdings Corporate Resolution | Esparza, Zheng, Yong, Verita, O'Donovan | | |
| 1419 | September 18, 2014 E-mail re: Letter of Authorization | Yong, Esparza, Zheng | | |
| 1420 | December 2014 E-mails re: Foreign Address | Yan; Verita, Zheng | | |
| 1421 | October 3, 2015 E-mail re: Letter of Authorization | Esparza; Zheng | | |
| 1422 | April 25, 2018 E-mail re: Letter of Authorization | Zheng; Yong | | |
| 1423 | East West Bank Records re: Loan Payoff | O'Donovan, Verita | | |
| 1424 | December 17-18, 2018 Fax & E-Mail Between Jose Huizar & Jason Gao | | | |
| **Las Vegas (1500s)** | | | | |
| 1501 | August 12, 2015 Venetian Casino Patron Rating Detail of Wei Huang (LVSC-HUIZAR-S 1-001065-7) | Agent; Anderson; Stern | | |

| | | | | |
|---|---|---|---|---|
| 1502 | August 26, 2008 Venetian Casino Credit Line Information for Wei Huang (LVSC-HUIZAR-S 1 -001514, 001210) | Agent; Anderson; Stern | | |
| 1503 | May 30, 2010 MGM Airfare for Wei Huang | Agent; Anderson; Stern | | |
| 1504 | February 5, 2011 to September 21, 2014 MGM Grand Ratings for Wei Huang | Agent; Anderson; Stern | | |
| 1505 | Venetian Casino Patron Rating Summary (LVSC-HUIZAR-S 1 -001029) | Agent; Anderson; Stern | | |
| 1506 | February 4-6, 2011 MGM Grand Spreadsheet of Comps for Wei Huang | Agent; Anderson; Stern | | |
| 1507 | August 24, 2013 Palazzo Report (LVSC-HUIZAR-S1-001581) | Agent; Anderson; Stern | | |
| 1508 | June 7, 2014 Jonathan Bell Emails to Multiple Parties re: "Huang, Wei #2666883" (LVSC-HUIZAR-S 1-001441-2) | Agent; Anderson; Stern | | |
| 1509 | March 18, 2015 Las Vegas Sands Credit Application Supplement Signed by Wei Huang (LVSC-HUIZAR-S 1 -001467-8) | Agent; Anderson; Stern | | |
| 1510 | June 7, 2014 Las Vegas Sands Credit Application Supplement Signed by Wei Huang (LVSC-HUIZAR-S 1 -001449-50) | Agent; Anderson; Stern | | |
| 1511 | INTENTIONALLY LEFT BLANK | | | |
| 1512 | August 24, 2014 Palazzo Report( LVSC-HUIZAR-S 1 -001588-93) | Agent; Anderson; Stern | | |
| 1513 | August 1, 2014 - August 11, 2015 Las Vegas Sands Aviation Passenger Use Report (LVSC-HUIZAR-S 1 -000262-3) | Agent; Anderson; Stern | | |
| 1514 | August 23, 2019 FD-302 re: Government Subpoenas | Agent; Anderson; Stern | | |
| 1515 | CTRs for Huang Wei, Cosmopolitan of Las Vegas | Agent; Anderson; Stern | | |
| 1516 | 12-21-16 - Palazzo Daily Log - (VLV001635) | Agent; Anderson; Stern | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1517 | 12-17-16 - Palazzo Daily Log (VLV001691) | Agent; Anderson; Stern | | |
| 1518 | 12-21-16 - Palazzo Daily Log (VLV001694) | Agent; Anderson; Stern | | |
| 1519 | Palazzo Flight Manifest | Agent; Anderson; Stern | | |
| 1520 | June 14, 2014 [21:21:10] Video Still of Huizar, Huang, Zheng & Esparza | Agent; Anderson; Stern | | |
| 1520A | June 14, 2014 [21:41:50-21:42:06] Video Clip | Agent; Anderson; Stern | | |
| 1520B | June 14, 2014 [22:47:43-22:47:49] Video Clip | Agent; Anderson; Stern | | |
| 1520C | June 14, 2014 [22:48:32-22:48:32] Video Clip | Agent; Anderson; Stern | | |
| 1521 | June 15, 2014 [00:05:33] Video Still of Huizar, Huang, Zheng & Esparza | Agent; Anderson; Stern | | |
| 1521A | June 15, 2014 [23:52:09-23:52:14] Video Clip | Agent; Anderson; Stern | | |
| 1522 | July 7, 2015 [22:26:14] Video Still of Esparza, Zheng, Huang, Yang & Huizar | Agent; Anderson; Stern | | |
| 1522A | July 7, 2015 [21:19:50-21:19:55] Video Clip | Agent; Anderson; Stern | | |
| 1522B | July 7, 2015 [21:52:10-21:52:48] Video Clip | Agent; Anderson; Stern | | |
| 1522C | July 7, 2015 [21:53:47-21:54:02] Video Clip | Agent; Anderson; Stern | | |
| 1522D | July 7, 2015 [22:22:07-22:22:24] Video Clip | Agent; Anderson; Stern | | |
| 1523 | August 5, 2016 [22:09:19] Video Still of Huizar, Zheng, Huang, Esparza & Chu | Agent; Anderson; Stern | | |
| 1523A | August 5, 2016 [22:08:55-22:09:03] Video Clip | Agent; Anderson; Stern | | |
| 1523B | August 5, 2016 [23:09:32-23:09:52] Video Clip | Agent; Anderson; Stern | | |

| 1524 | August 5, 2016 [23:10:00] Video Still of Huizar, Zheng, Huang, Esparza & Chu | Agent; Anderson; Stern | | |
|---|---|---|---|---|
| 1524A | August 5, 2016 [23:10:03-23:10:07] Video Clip | Agent; Anderson; Stern | | |
| 1534B | August 5, 2016 [23:12:13-23:12:15] Video Clip | Agent; Anderson; Stern | | |
| 1524C | August 5, 2016 [00:19:57-00:20:16] Video Clip | Agent; Anderson; Stern | | |
| 1525 | August 6, 2016 [22:46:46] Video Still of Huizar, Zheng, Huang, Yang, Chu & Esparza | Agent; Anderson; Stern | | |
| 1525A | August 6, 2016 [22:46:26-22:46:47] Video Clip | Agent; Anderson; Stern | | |
| 1525B | August 6, 2016 [22:47:10-22:47:13] Video Clip | Agent; Anderson; Stern | | |
| 1525C | August 6, 2016 [23:09:42-23:09:50] Video Clip | Agent; Anderson; Stern | | |
| 1525D | August 6, 2016 [23:12:00-23:12:10] Video Clip | Agent; Anderson; Stern | | |
| 1525E | August 6, 2016 [23:13:21-23:13:30] Video Clip | Agent; Anderson; Stern | | |
| 1525F | August 6, 2016 [23:34:00-23:34:05] Video Clip | Agent; Anderson; Stern | | |
| 1526 | August 6, 2016 [22:39:56] Video Still of Huizar, Zheng, Huang & Yang | Agent; Anderson; Stern | | |
| 1526A | August 6, 2016 [23:40:25-23:40:50] Video Clip | Agent; Anderson; Stern | | |
| 1527 | January 28, 2017 [01:16:57] Video Still of Huizar, Zheng, Huang, Yang, Chu & Esparza | Agent; Anderson; Stern | | |
| 1527A | January 28, 2017 [01:14:33-01:14:54] Video Clip | Agent; Anderson; Stern | | |
| 1527B | January 28, 2017 [01:15:03-01:15:22] Video Clip | Agent; Anderson; Stern | | |
| 1527C | January 28, 2017 [01:18:48-01:18:55] Video Clip | Agent; Anderson; Stern | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1527D | January 28, 2017 [01:19:17-01:19:31] Video Clip | Agent; Anderson; Stern | | | |
| 1527E | January 28, 2017 [01:14:33-01:14:54] Video Clip | Agent; Anderson; Stern | | | |
| 1528 | January 28, 2017 [16:00:21] Video Still of Zheng, UF 1, Huang, UM 1, UM 2, UM 3 | Agent; Anderson; Stern | | | |
| 1528A | January 28, 2017 [15:51:16-15:52:40] Video Clip | Agent; Anderson; Stern | | | |
| 1528B | January 28, 2017 [16:22:40-16:22:47] Video Clip | Agent; Anderson; Stern | | | |
| 1528C | January 28, 2017 [16:23:38-15:52:40] Video Clip | Agent; Anderson; Stern | | | |
| 1528D | January 28, 2017 [19:17:45-19:19:45] Video Clip | Agent; Anderson; Stern | | | |
| 1529 | January 28, 2017 [15:41:56] Video Still of Zheng, UF, Huang, UM | Agent; Anderson; Stern | | | |
| 1529A | January 28, 2017 [15:42:45-15:42:50] Video Clip | Agent; Anderson; Stern | | | |
| **Plea and Immunity Agreements (1600s)** | | | | | |
| 1601 | February 15, 2020 E-mail from AUSA Mack Jenkins to Terrence Jones with Proposed Factual Basis Attached (Casino_2095823-40) | George Esparza; Agent | | | |
| 1602 | March 10, 2020 to March 23, 2020 E-mail Thread Between AUSAs and Terrence Jones (Casino_2095841-43) | George Esparza; Agent | | | |
| 1603 | Highlighted Revised Draft Factual Basis from AUSA Mack Jenkins' March 23, 2020 E-mail (Casino_2095844-63) | George Esparza; Agent | | | |
| 1604 | March 25, 2020 E-mail from AUSA Veronica Dragalin (Casino_2095864) | George Esparza; Agent | | | |
| 1605 | April 1, 2020 E-mail from Terrence Jones to AUSAs Veronica Dragalin and Mack Jenkins with Executed Factual Basis Attached (Casino_2095864) | George Esparza; Agent | | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1606 | September 19, 2014 Note from George Esparza's Phone (Casino_0285983) | George Esparza; Agent | | | |
| 1607 | June 19, 2016 Note from George Esparza's Phone | George Esparza; Agent | | | |
| 1608 | April 27, 2017 Note from George Esparza's Phone | George Esparza; Agent | | | |
| 1609 | June 29, 2017 Note from George Esparza's Phone | George Esparza; Agent | | | |
| **Recordings (1700s)** | | | | | |
| 1701 | April 20, 2017, 5:54 PM Recording of Call Between George Esparza & Jesse Leon | George Esparza; Agent | | | |
| 1701A | April 20, 2017, 5:54 PM Transcript of Call Between George Esparza & Jesse Leon | George Esparza; Agent | | | |
| 1702 | April 23, 2017, 3:21 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | | |
| 1702A | April 23, 2017, 3:21 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | | |
| 1703 | April 28, 2017, 2:36 PM Recording of Call Between George Esparza & George Chiang | George Esparza; Agent | | | |
| 1703A | April 28, 2017, 2:36 PM Transcript of Call Between George Esparza & George Chiang | George Esparza; Agent | | | |
| 1704 | April 28, 2017, 3:52 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | | |
| 1704A | April 28, 2017, 3:52 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | | |
| 1705 | May 1, 2017, 11:40 AM Recording of Call Between George Esparza & George Chiang | George Esparza; Ricky Zheng; Agent | | | |
| 1705A | May 1, 2017, 11:40 AM Transcript of Call Between George Esparza & George Chiang | George Esparza; Ricky Zheng; Agent | | | |
| 1706 | May 1, 2017, 11:48 AM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | | |

| | | | | |
|---|---|---|---|---|
| 1706A | May 1, 2017, 11:48 AM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1707 | May 3, 2017, 9:21 AM Recording of Call Between George Esparza & Justin Kim | George Esparza; Agent | | |
| 1707A | May 3, 2017, 9:21 AM Transcript of Call Between George Esparza & Justin Kim | George Esparza; Agent | | |
| 1708 | May 9, 2017, 4:58 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1708A | May 9, 2017, 4:58 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1709 | May 9, 2017, 9:58 AM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1709A | May 9, 2017, 9:58 AM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1710 | May 17, 2017, 3:03 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1710A | May 17, 2017, 3:03 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1711 | May 17, 2017, 5:30 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1711A | May 17, 2017, 5:30 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1712 | May 18, 2017, 2:05 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1712A | May 18, 2017, 2:05 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1713 | May 18, 2017, 6:28 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1713A | May 18, 2017, 6:28 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1714 | May 19, 2017, 2:46 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1714A | May 19, 2017, 2:46 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| | | | | |
|---|---|---|---|---|
| 1715 | May 19, 2017, 2:52 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1715A | May 19, 2017, 2:52 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1716 | May 19, 2017, 4:30 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1716A | May 19, 2017, 4:30 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | | |
| 1717 | May 24, 2017, 6:56 PM Recording of Call Between George Esparza & Mayra Alvarez | George Esparza; Agent | | |
| 1717A | May 24, 2017, 6:56 PM Transcript of Call Between George Esparza & Mayra Alvarez | George Esparza; Agent | | |
| 1718 | May 9, 2017 Recording of Call Between George Esparza & Ricky Zheng | Agent; George Esparza; Ricky Zheng | | |
| 1718A | May 9, 2017 Transcript of Call Between George Esparza & Ricky Zheng | Agent; George Esparza; Ricky Zheng | | |
| **E-mails (1800s)** | | | | |
| 1801 | INTENTIONALLY LEFT BLANK | | | |
| 1802 | INTENTIONALLY LEFT BLANK | | | |
| 1803 | March 19, 2014 E-mail Between George Esparza and Wei Huang | George Esparza; Ricky Zheng; Agent | | |
| 1804 | May 30, 2013 E-mail Between Harris Chan, George Esparza & Raymond Chan | Harris Chan | | |
| 1805 | May 14, 2017 E-mail Between Jose Huizar & Ricky Zheng | Ricky Zheng | | |
| 1806 | July 24, 2022 E-mail Between Jeffrey DiMarzio & Henry Jannol (SZNW_TRIAL_03793) | Agent; DiMarzio | | |
| 1807 | April 18, 2016 E-mail Between Satoru Kato & 'Summer-SZNW' | Agent; DiMarzio | | |
| 1808 | May 4, 2016 E-mails Between Raymond Chan & Jeffrey DiMarzio | Agent; DiMarzio | | |

| 1809 | July 20, 2016 E-mail Between Jeffrey DiMarzio & 'Summer-SZNW" | Agent; DiMarzio | | |
|------|------|------|------|------|
| 1810 | July 31, 2016 E-mail Between Jeffrey DiMarzio & Satoru Kato | Agent; DiMarzio | | |
| 1811 | May 10, 2018 E-mail Between Rose Fistrovic, Jeffrey DiMarzio, Satoru Kato, Michael Nytzen & Mitch Menzer | Agent; DiMarzio | | |
| 1812 | June 12, 2018 E-Mail Between Jeffrey DiMarzio & Kaige Yang | Agent; DiMarzio | | |
| 1813 | March 18, 2016 E-mail Between Jeffrey DiMarzio & Victor Li | Agent; DiMarzio | | |
| 1814 | July 16, 2015 E-mail Between George Esparza & George Chiang | Agent; Esparza | | |
| 1815 | INTENTIONALLY LEFT BLANK | | | |
| 1816 | INTENTIONALLY LEFT BLANK | | | |
| 1817 | INTENTIONALLY LEFT BLANK | | | |
| 1818 | July 1, 2013 George Esparza E-mail | Agent; Esparza | | |
| 1819 | INTENTIONALLY LEFT BLANK | | | |
| 1820 | INTENTIONALLY LEFT BLANK | | | |
| 1821 | INTENTIONALLY LEFT BLANK | | | |
| 1822 | Ricky Zheng E-mails | Agent; Zheng | | |
| 1823 | INTENTIONALLY LEFT BLANK | | | |
| 1824 | INTENTIONALLY LEFT BLANK | | | |
| 1825 | INTENTIONALLY LEFT BLANK | | | |
| 1826 | INTENTIONALLY LEFT BLANK | | | |
| 1827 | INTENTIONALLY LEFT BLANK | | | |
| 1828 | INTENTIONALLY LEFT BLANK | | | |
| 1829 | INTENTIONALLY LEFT BLANK | | | |
| 1830 | INTENTIONALLY LEFT BLANK | | | |
| 1831 | George Esparza E-mails | Agent; Esparza | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1832 | INTENTIONALLY LEFT BLANK | | | | |
|---|---|---|---|---|---|
| 1833 | INTENTIONALLY LEFT BLANK | | | | |
| 1834 | INTENTIONALLY LEFT BLANK | | | | |
| 1835 | INTENTIONALLY LEFT BLANK | | | | |
| 1836 | INTENTIONALLY LEFT BLANK | | | | |
| 1837 | INTENTIONALLY LEFT BLANK | | | | |
| 1838 | INTENTIONALLY LEFT BLANK | | | | |
| 1839 | INTENTIONALLY LEFT BLANK | | | | |
| 1840 | INTENTIONALLY LEFT BLANK | | | | |
| **Text Messages (1900s)** | | | | | |
| 1901 | May 8-9, 2017 Text Messages Between George Esparza & Scott Yamabe | Agent; Esparza | | | |
| 1902 | Text Messages Between Jeffrey DiMarzio & Virginia Clark | Agent; DiMarzio | | | |
| 1903 | Ricky Zheng Texts | Agent; Zheng | | | |
| 1904 | INTENTIONALLY LEFT BLANK | | | | |
| 1905 | INTENTIONALLY LEFT BLANK | | | | |
| 1906 | INTENTIONALLY LEFT BLANK | | | | |
| 1907 | INTENTIONALLY LEFT BLANK | | | | |
| 1908 | INTENTIONALLY LEFT BLANK | | | | |
| 1909 | INTENTIONALLY LEFT BLANK | | | | |
| 1910 | INTENTIONALLY LEFT BLANK | | | | |
| 1911 | INTENTIONALLY LEFT BLANK | | | | |
| 1912 | INTENTIONALLY LEFT BLANK | | | | |
| 1913 | George Esparza Texts | Agent; Esparza | | | |
| 1914 | INTENTIONALLY LEFT BLANK | | | | |
| 1915 | INTENTIONALLY LEFT BLANK | | | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1916 | INTENTIONALLY LEFT BLANK | | | | |
| 1917 | INTENTIONALLY LEFT BLANK | | | | |
| 1918 | INTENTIONALLY LEFT BLANK | | | | |
| 1919 | INTENTIONALLY LEFT BLANK | | | | |
| 1920 | INTENTIONALLY LEFT BLANK | | | | |
| 1921 | INTENTIONALLY LEFT BLANK | | | | |
| 1922 | INTENTIONALLY LEFT BLANK | | | | |
| **Photos (2000s)** | | | | | |
| 2001 | Photos in Australia | Agent; Esparza; Zheng | | | |
| 2002 | Photos in Cabo | Agent; Esparza; Zheng | | | |
| 2003 | Photos in Las Vegas | Agent; Esparza; Zheng | | | |
| **Miscellaneous (2100s)** | | | | | |
| 2101 | Agent Civetti Warrant Affidavits | Agent | | | |
| 2102 | Agent Civetti Complaint Affidavits | Agent | | | |
| **Summary Charts (2200s)** | | | | | |
| 2201 | Godoy Settlement Money Flow | Demonstrative | | | |
| 2202 | Summary of Chip Sharing by Huang 2013-2018 | | | | |
| 2203 | Individual Trips - Slide 1 WH RZ JH | | | | |
| 2204 | Summary Spreadsheet of Huang Las Vegas Casino Trips | | | | |
| 2205 | INTENTIONALLY LEFT BLANK | | | | |
| 2206 | Bar Graph of Huang Trips to Las Vegas | | | | |
| 2207 | Breakdown of Comps 1 | | | | |
| 2208 | Breakdown of Comps 2 | | | | |

LAW OFFICES OF RICHARD M. STEINGARD