Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
724 S. Spring St., 9th Fl.
Los Angeles, California 90014
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Craig Wilke (SBN 150728)
craig@craigwilkelaw.com
305 N. Harbor Blvd., Suite 216
Fullerton, California 92832-1901
Telephone: (714) 870-8900
Facsimile: (714) 879-2278

Attorneys for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHEN ZHEN NEW WORLD I, LLC,<br><br>Defendant. | CR-20-326(A)-JFW-4<br><br>**DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S RESPONSE TO GOVERNMENT'S PRE-TRIAL WITNESS LIST (DKT. NO. 726)**<br><br>Assigned to Hon. John F. Walter |

1

Defendant Shen Zhen New World I, LLC, by and through its counsels of record, Richard Steingard and Craig Wilke, hereby files its Response to Government's Pre-Trial Witness List, pursuant to the Court's Order (ECF 695).

SZNW respectfully reserves the right to modify this list prior to and throughout the trial.

DATED: October 20, 2022  By:  /s/

RICHARD M. STEINGARD
CRAIG WILKE
Attorneys for Defendant
SHEN ZHEN NEW WORLD I, LLC

# UNITED STATES v. SHEN ZHEN NEW WORLD I, LLC
# CR 20-326(A)-JFW
### DEFENDANT'S RESPONSE TO GOVERNMENT'S PRE-TRIAL WITNESS LIST

| No. | Witness | Direct Estimate | Cross Estimate |
|---|---|---|---|
| 1 | Andrew Civetti | 7 hours | 5 hours |
| 2 | Harris Chan | 1.5 hours | 1 hour |
| 3 | George Esparza | 6 hours | 5 hours |
| 4 | Yan Yan | 1.5 hours | 1 hour |
| 5 | Peggy O'Donovan | 1.0 hours | 1 hour |
| 6 | Kevin Keller | 1.0 hours | 1 hour |
| 7 | Rose Fistrovic | 1.0 hours | 3 hours |
| 8 | Li Chen | 30 min. | 30 mins |
| 9 | Ricky Zheng | 5.0 hours | 4 hours |
| 10 | Jeff DiMarzio | 30 min. | 3 hours |
| 11 | Satoru Kato | 30 min. | 3 hours[1] |
| 12 | Salvador Huizar | 1.5 hours | 1 hour |
| 13 | Isidra Huizar | 30 min. | 30 mins |
| 14 | Richelle Rios | 1.0 hours | 1 hour |
| 15 | Andrew Civetti | 2.0 hours | 1.5 hours |

---

[1] The time estimates for Messrs. DiMarzio and Kato are dependent upon the information adduced during the direct and cross-examination of the first of them to testify.