Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
724 South Spring Street, 9th Floor
Los Angeles, California 90014
Telephone: (213) 260-9449
Facsimile:  (213) 260-9450

Craig Wilke (SBN 150728)
*craig@craigwilkelaw.com*
LAW OFFICE OF CRAIG WILKE
305 North Harbor Boulevard, Suite 216
Fullerton, California 92832-1901
Telephone: (714) 870-8900
Facsimile: (714) 879-2278

Attorneys for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHEN ZHEN NEW WORLD I, LLC,<br><br>Defendant. | CR-20-326(A)-JFW-4<br><br>**JOINT PRETRIAL EXHIBIT STIPULATION RE DEFENSE EXHIBITS**<br><br>Assigned to Hon. John F. Walter |

LAW OFFICES OF RICHARD M. STEINGARD

1

1

2    Defendant Shen Zhen New World I, LLC, by and through its counsel of

3    record, Richard Steingard and Craig Wilke, and plaintiff United States of America

4    hereby submits the Joint Pretrial Exhibit Stipulation regarding defense exhibits

5    pursuant to the Court's order of September 26, 2022. (ECF 697).

6    The defendant respectfully requests leave of the Court to supplement or

7    modify this exhibit list, including adding or removing certain exhibits, as may be

8    appropriate.

9

10   DATED: October 20, 2022          By:               /s/

11                                          RICHARD M. STEINGARD
12                                          CRAIG WILKE
                                            Attorneys for Defendant
13                                          SHEN ZHEN NEW WORLD I, LLC

14

15                                          E. MARTIN ESTRADA
                                            United States Attorney
16

17                                          SCOTT M. GARRINGER
18                                          Assistant United States Attorney
                                            Chief, Criminal Division
19

20

21   DATED: October 20, 2022          By:               /s/

22                                          MACK E. JENKINS
23                                          SUSAN S. HAR
                                            J. JAMARI BUXTON
24                                          PATRICK CASTAÑEDA
25                                          Assistant United States Attorneys

26

27                                          Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA
28

LAW
OFFICES OF
RICHARD M.
STEINGARD

2

# UNITED STATES v. SHEN ZHEN NEW WORLD I, LLC

## CR 20-326(A)-JFW

## DEFENDANTS' PRE-TRIAL EXHIBIT LIST

| Exh # | Title | Witness | Govt. Objection | Def. Response | Court's Ruling |
|---|---|---|---|---|---|
| **Background (1000s)** | | | | | |
| 1001 | Map of City of Shenzhen | Bill Allen; Henry Wang | No objection | | |
| 1002 | Photos of City of Shenzhen | Bill Allen; Henry Wang | No objection | | |
| 1003 | Excerpt from April 23, 2014, Los Angeles City Council, Journal/Council Proceeding re: Resolutions | Agent; George Esparza | No objection | | |
| 1004 | April 24, 2014, Los Angeles City Council Resolutions | Agent; George Esparza | No objection | | |
| 1005A | Excerpt from April 24, 2014, Audio Recording Clip of Los Angeles City Council proceedings (26:10) | Agent; George Esparza | No objection | | |
| 1005B | Excerpt from April 23, 2014, Video Recording of Los Angeles City Council proceedings (26:10) | Agent; George Esparza | No objection | | |
| 1006 | Bill Allen LAEDC Biography Page (photo only) | Bill Allen | No objection | | |
| 1007 | Henry Wang LinkedIn Page (photo only) | Henry Wang | No objection | | |
| 1008 | June 2014, LAEDC "Growing Together: China and Los Angeles County" | Bill Allen; Henry Wang | Hearsay 401 403 | FRE 803(6), 803(8)), FRE 803(17), 803(24)). Relevant to LAEDC's recruitment of foreign investment | |
| 1009 | April 5-13, 2014, Los Angeles County China Trade Mission Delegation Roster | Bill Allen; Henry Wang, Kim Maevers | Hearsay 401 403 | FRE 803(6), 803(8)), FRE 803(17), 803(24)). Relevant to LAEDC's recruitment of foreign investment | |

LAW OFFICES OF RICHARD M. STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1010 | April 5-13, 2014, Los Angeles County China Trade and Investment Mission Itinerary | Bill Allen; Henry Wang, Kim Maevers | Hearsay 401 403 | FRE 803(6), 803(8)), FRE 803(17), 803(24)). Relevant to LAEDC's recruitment of foreign investment | |
| 1011 | May 5, 2014, Antelope Valley Press - Valley joining in on Asia trade Article | Bill Allen; Henry Wang, Kim Maevers | Hearsay 401 403 | Non-hearsay purpose. Relevant to LAEDC's recruitment of foreign investment | |
| 1012 | April 7, 2014, Photos of China Trip | Henry Wang; Kim Maevers | 401 403 | Relevant to LAEDC's recruitment of foreign investment | |
| 1013 | U.S. Department of Homeland Security Person Encounter List | Agent | No objection | | |
| **Interviews & Transcripts[1] (1100s & 1200s)** | | | | | |
| 1101 | September 2, 2015, FD-302 Interview Report of Jonathan Bell (Casino_0384761) [For identification only] | Jonathan Bell | No objection | | |
| 1102 | INTENTIONALLY LEFT BLANK | | | | |
| 1103 | INTENTIONALLY LEFT BLANK | | | | |
| 1104 | INTENTIONALLY LEFT BLANK | | | | |
| 1105 | November 18, 2020, FD-302 Interview Report of Harris Chan (Casino_2007313) [For identification only] | Harris Chan | No objection | | |
| 1106 | November 18, 2020, Harris Chan Interview Transcript [For identification only] | Harris Chan | No objection | | |

---

[1] The defense provided its voluminous draft transcripts to the government on October 17, 2022.  During the parties' meet and confer on October 19, 2022, the defense represented that its transcripts were auto-generated by a computer program and acknowledged that the transcripts may contain inaccuracies.  The defense further advised the government that it did not know which portions of the transcripts it would seek to use, if at all, during trial, as that would depend on a witness' testimony.  Because the defense has not yet identified the specific excerpts that it will use at trial, the government requests a reasonable opportunity to confirm the accuracy of any such selected excerpt during the course of trial and prior to the defense's use of the excerpt with a witness.

| | | | | |
|---|---|---|---|---|
| 1107 | November 9, 2021, FD-302 Interview Report of Harris Chan (Casino_2068647) [For identification only] | Harris Chan | No objection | |
| 1108 | November 9, 2021, Transcript of Harris Chan Interview [For identification only] | Harris Chan | No objection | |
| 1109 | January 11, 2022, FD-302 Interview Report of Harris Chan (Casino_2068665) [For identification only] | Harris Chan | No objection | |
| 1110 | July 29, 2022, FD-302 Interview Report of Harris Chan (Casino_2105393) [For identification only] | Harris Chan | No objection | |
| 1111 | INTENTIONALLY LEFT BLANK | | | |
| 1112 | INTENTIONALLY LEFT BLANK | | | |
| 1113 | INTENTIONALLY LEFT BLANK | | | |
| 1114 | July 11, 2017, FD-302 Interview Report & Transcript of Max Chang (Casino_2105393) [For identification only] | Max Chang | No objection | |
| 1115 | INTENTIONALLY LEFT BLANK | | | |
| 1116 | INTENTIONALLY LEFT BLANK | | | |
| 1117 | INTENTIONALLY LEFT BLANK | | | |
| 1118 | August 11, 2022, FD-302 Interview Report of Li Chen (SZNW_TRIAL_00044) [For identification only] | Li Chen | No objection | |
| 1119 | August 11, 2022, Transcript of Li Chen Interview [For identification only] | Li Chen | No objection | |
| 1120 | INTENTIONALLY LEFT BLANK | | | |
| 1121 | INTENTIONALLY LEFT BLANK | | | |
| 1122 | INTENTIONALLY LEFT BLANK | | | |
| 1123 | July 9, 2020, Grand Jury Testimony of Andrew Civetti (Casino_2095324) [For identification only] | Agent | No objection | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1124 | November 12, 2020, Grand Jury of Andrew Civetti Testimony (Casino_2095262) [For identification only] | Agent | No objection | | |
| 1125 | June 14, 2022, Andrew Civetti Testimony in U.S. v. Dae Yong Lee, et al. [For identification only] | Agent | No objection | | |
| 1126 | June 16, 2022, Andrew Civetti Testimony in U.S. v. Dae Yong Lee, et al. [For identification only] | Agent | No objection | | |
| 1127 | June 24, 2022, Andrew Civetti Testimony in U.S. v. Dae Yong Lee, et al. [For identification only] | Agent | No objection | | |
| 1128 | INTENTIONALLY LEFT BLANK | | | | |
| 1129 | INTENTIONALLY LEFT BLANK | | | | |
| 1130 | INTENTIONALLY LEFT BLANK | | | | |
| 1131 | INTENTIONALLY LEFT BLANK | | | | |
| 1132 | INTENTIONALLY LEFT BLANK | | | | |
| 1133 | July 13, 2017, FD-302 Interview Report of Virginia Clark (Casino_0359297) [For identification only] | Virginia Clark | No objection | | |
| 1134 | August 8, 2022, FD-302 Interview Report of Virginia Clark (SZNW_TRIAL_00034) [For identification only] | Virginia Clark | No objection | | |
| 1135 | August 8, 2022, Transcript of Virginia Clark Interview [For identification only] | Virginia Clark | No objection | | |
| 1136 | INTENTIONALLY LEFT BLANK | | | | |
| 1137 | INTENTIONALLY LEFT BLANK | | | | |
| 1138 | INTENTIONALLY LEFT BLANK | | | | |
| 1139 | August 11, 2022, FD-302 Interview Report of Mark Davis (SZNW_TRIAL_00053) [For identification only] | Mark Davis | No objection | | |
| 1140 | INTENTIONALLY LEFT BLANK | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1141 | INTENTIONALLY LEFT BLANK | | | | | |
| 1142 | INTENTIONALLY LEFT BLANK | | | | | |
| 1143 | July 8, 2022, FD-302 Interview Report of Jeff DiMarzio (Casino_2105619) [For identification only] | Jeff DiMarzio | No objection | | | |
| 1144 | July 8, 2022 - Transcript of Jeff DiMarzio Interview (Casino_2105389) [For identification only] | Jeff DiMarzio | No objection | | | |
| 1145 | INTENTIONALLY LEFT BLANK | | | | | |
| 1146 | INTENTIONALLY LEFT BLANK | | | | | |
| 1147 | INTENTIONALLY LEFT BLANK | | | | | |
| 1148 | June 20, 2017, FD-302 Interview Report of George Esparza (Casino_0359819) [For identification only] | George Esparza; Agent | No objection | | | |
| 1149 | June 20, 2017, Verbatim Transcription of George Esparza Interview (Casino_0359836) [For identification only] | George Esparza; Agent | No objection | | | |
| 1150 | June 29, 2017, FD-302 Interview Report of George Esparza (Casino_0360017) [For identification only] | George Esparza; Agent | No objection | | | |
| 1151 | June 29, 2017, Transcript of George Esparza Interview, Part 1 [For identification only] | George Esparza; Agent | No objection | | | |
| 1152 | June 29, 2017, Transcript of George Esparza Interview, Part 2 [For identification only] | George Esparza; Agent | No objection | | | |
| 1153 | June 29, 2017, Transcript of George Esparza Interview, Part 3 [For identification only] | George Esparza; Agent | No objection | | | |
| 1154 | July 1, 2017, FD-302 Interview Report of George Esparza (Casino_0360936) [For identification only] | George Esparza; Agent | No objection | | | |
| 1155 | July 1, 2017, Verbatim Transcription of George Esparza Interview [For identification only] | George Esparza; Agent | No objection | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1156 | March 2, 2018, FD-302 Interview Report of George Esparza (Casino_0359712) [For identification only] | George Esparza; Agent | No objection | | |
|------|------|------|------|------|------|
| 1157 | November 13, 2018, FD-302 Interview Report of George Esparza [For identification only] | George Esparza; Agent | No objection | | |
| 1158 | December 12, 2018, FD-302 Interview Report of George Esparza [For identification only] | George Esparza; Agent | No objection | | |
| 1159 | January 15, 2019, FD-302 Interview Report of George Esparza [For identification only] | George Esparza; Agent | No objection | | |
| 1160 | March 26, 2019, FD-302 Interview Report of George Esparza [For identification only] | George Esparza; Agent | No objection | | |
| 1161 | June 6, 2019, FD-302 Interview Report of George Esparza [For identification only] | George Esparza; Agent | No objection | | |
| 1162 | March 25, 2020, FD-302 Interview Report of George Esparza (Casino_0370725) [For identification only] | George Esparza; Agent | No objection | | |
| 1163 | June 15, 2020, FD-302 Interview Report of George Esparza (Casino_0381184) [For identification only] | George Esparza; Agent | No objection | | |
| 1164 | September 19, 2022, George Esparza Interview Report (SZNW_TRIAL_00932) [For identification only] | George Esparza; Agent | No objection | | |
| 1165 | September 19, 2022, George Esparza Interview Report (SZNW_TRIAL_00935) [For identification only] | George Esparza; Agent | No objection | | |
| 1166 | May 16, 2022, George Esparza Interview Report (Lee Trial_00011) [For identification only] | George Esparza; Agent | No objection | | |
| 1167 | June 21, 2022, George Esparza Trial Testimony [For identification only] | George Esparza; Agent | No objection | | |
| 1168 | INTENTIONALLY LEFT BLANK | | | | |
| 1169 | INTENTIONALLY LEFT BLANK | | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| | | | | | | |
|---|---|---|---|---|---|---|
| 1170 | INTENTIONALLY LEFT BLANK | | | | | |
| 1171 | INTENTIONALLY LEFT BLANK | | | | | |
| 1172 | INTENTIONALLY LEFT BLANK | | | | | |
| 1173 | January 27, 2022, FD-302 Interview Report of Rose Fistrovic (Casino_2096625) [For identification only] | Rose Fistrovic | No objection | | | |
| 1174 | January 27, 2022, Transcript of Rose Fistrovic Interview [For identification only] | Rose Fistrovic | No objection | | | |
| 1175 | July 20, 2022, FD-302 Interview Report of Rose Fistrovic (Casino_2105384) [For identification only] | Rose Fistrovic | No objection | | | |
| 1176 | INTENTIONALLY LEFT BLANK | | | | | |
| 1177 | INTENTIONALLY LEFT BLANK | | | | | |
| 1178 | INTENTIONALLY LEFT BLANK | | | | | |
| 1179 | September 2, 2015, FD-302 Interview Report of Kathy Flynn (Casino_0384813) [For identification only] | Kathy Flynn | No objection | | | |
| 1180 | INTENTIONALLY LEFT BLANK | | | | | |
| 1181 | INTENTIONALLY LEFT BLANK | | | | | |
| 1182 | INTENTIONALLY LEFT BLANK | | | | | |
| 1183 | September 2, 2015, FD-302 Interview Report of Stephen Fryson (Casino_0384796) [For identification only] | Stephen Fryson | No objection | | | |
| 1184 | INTENTIONALLY LEFT BLANK | | | | | |
| 1185 | INTENTIONALLY LEFT BLANK | | | | | |
| 1186 | INTENTIONALLY LEFT BLANK | | | | | |
| 1187 | August 11, 2022, FD-302 Interview Report of Darius Hatami (SZNW_TRIAL_00031) [For identification only] | Darius Hatami | No objection | | | |
| 1188 | August 11, 2022, Darius Hatami Interview Transcript [For identification only] | Darius Hatami | No objection | | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1189 | INTENTIONALLY LEFT BLANK | | | | |
|------|--------------------------|--|--|--|--|
| 1190 | INTENTIONALLY LEFT BLANK | | | | |
| 1191 | INTENTIONALLY LEFT BLANK | | | | |
| 1192 | November 13, 2022, FD-302 Interview Report of Tiffany Huang (Casino_2007335) [For identification only] | Tiffany Huang | No objection | | |
| 1193 | INTENTIONALLY LEFT BLANK | | | | |
| 1194 | INTENTIONALLY LEFT BLANK | | | | |
| 1195 | INTENTIONALLY LEFT BLANK | | | | |
| 1196 | November 17, 2018, FD-302 Interview Report of Isidra Huizar (Casino_0368186) [For identification only] | Isidra Huizar | No objection | | |
| 1197 | November 17, 2018, Summary Translation of Isidra Huizar Interview (Casino_0368190) [For identification only] | Isidra Huizar | No objection | | |
| 1198 | February 4, 2020, FD-302 Interview Report of Isidra Huizar (Casino_0370191) [For identification only] | Isidra Huizar | No objection | | |
| 1199 | September 28, 2022, Isidra Huizar Interview Report (SZNW_Trial_03786) [For identification only] | Isidra Huizar | No objection | | |
| 1200 | INTENTIONALLY LEFT BLANK | | | | |
| 1201 | INTENTIONALLY LEFT BLANK | | | | |
| 1202 | INTENTIONALLY LEFT BLANK | | | | |
| 1203 | November 17, 2018, FD-302 Interview Report of Salvador Huizar (Casino_0368272) [For identification only] | Salvador Huizar | No objection | | |

LAW OFFICES OF RICHARD M. STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1204 | November 17, 2018, Transcript of Salvador Huizar Interview (Casino_0368276) [For identification only] | Salvador Huizar | No objection | | |
| 1205 | January 30, 2020, FD-302 Interview Report of Salvador Huizar (Casino_0370203) [For identification only] | Salvador Huizar | No objection | | |
| 1206 | September 27, 2022, Salvador Huizar Interview Report (SZNW_Trial_03799) [For identification only] | Salvador Huizar | No objection | | |
| 1207 | INTENTIONALLY LEFT BLANK | | | | |
| 1208 | INTENTIONALLY LEFT BLANK | | | | |
| 1209 | INTENTIONALLY LEFT BLANK | | | | |
| 1210 | July 8, 2022, FD-302 Interview Report of Satoru Kato (Casino_2106147) [For identification only] | Satoru Kato | No objection | | |
| 1211 | July 8, 2022, Transcript of Satoru Kato Interview (Casino_2105391) [For identification only] | Satoru Kato | No objection | | |
| 1212 | INTENTIONALLY LEFT BLANK | | | | |
| 1213 | INTENTIONALLY LEFT BLANK | | | | |
| 1214 | INTENTIONALLY LEFT BLANK | | | | |
| 1215 | May 7, 2022, FD-302 Interview Report of Kevin Keller (Casino_0371300) [For identification only] | Kevin Keller | No objection | | |
| 1216 | May 7, 2020, Transcript of Interview of Kevin Keller, Part 1 (Casino_1981901) [For identification only] | Kevin Keller | No objection | | |
| 1217 | May 7, 2020, Transcript of Interview of Kevin Keller, Part 2 (Casino_1981900) [For identification only] | Kevin Keller | No objection | | |
| 1218 | May 28, 2020, FD-302 Interview Report of Kevin Keller (Casino_0372237) [For identification only] | Kevin Keller | No objection | | |
| 1219 | August 4, 2022, FD-302 Interview Report of Kevin | Kevin Keller | No objection | | |

LAW OFFICES OF RICHARD M. STEINGARD

11

| | | | | | |
|---|---|---|---|---|---|
| | Keller (Casino_2105609) [For identification only] | | | | |
| 1220 | September 7, 2022, Kevin Keller Interview Report (SZNW_TRIAL_00922) [For identification only] | Kevin Keller | No objection | | |
| 1221 | INTENTIONALLY LEFT BLANK | | | | |
| 1222 | INTENTIONALLY LEFT BLANK | | | | |
| 1223 | INTENTIONALLY LEFT BLANK | | | | |
| 1224 | November 7, 2018, FD-302 Interview Report of Shawn Kuk (Casino_0361328) [For identification only] | Shawn Kuk | No objection | | |
| 1225 | November 7, 2018, Shawn Kuk Interview Transcript (Casino_0172529) [For identification only] | Shawn Kuk | No objection | | |
| 1226 | November 7, 2018, Shawn Kuk Interview Transcript (Casino_0172530) [For identification only] | Shawn Kuk | No objection | | |
| 1227 | December 13, 2018, FD-302 Interview Report of Shawn Kuk (Casino_0364948) [For identification only] | Shawn Kuk | No objection | | |
| 1228 | July 2, 2019, FD-302 Interview Report of Shawn Kuk (Casino_0366460) [For identification only] | Shawn Kuk | No objection | | |
| 1229 | March 13, 2020, FD-302 Interview Report of Shawn Kuk (Casino_0370819) [For identification only] | Shawn Kuk | No objection | | |
| 1230 | August 12, 2020, FD-302 Interview Report of Shawn Kuk (Casino_2006911) [For identification only] | Shawn Kuk | No objection | | |
| 1231 | September 6, 2022, FD-302 Interview Report of Shawn Kuk (SZNW_Trial_00890) [For identification only] | Shawn Kuk | No objection | | |
| 1232 | June 16, 2022, Shawn Kuk Trial Testimony [For identification only] | Shawn Kuk | No objection | | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1233 | June 17, 2022, Shawn Kuk Trial Testimony [For identification only] | Shawn Kuk | No objection | | |
| 1234 | INTENTIONALLY LEFT BLANK | | | | |
| 1235 | May 29, 2020, FD-302 Interview Report of Nick Maricich (Casino_0372284) [For identification only] | Nick Maricich | No objection | | |
| 1236 | May 29, 2020, Nick Maricich Interview Transcript [For identification only] | Nick Maricich | No objection | | |
| 1237 | INTENTIONALLY LEFT BLANK | | | | |
| 1238 | INTENTIONALLY LEFT BLANK | | | | |
| 1239 | INTENTIONALLY LEFT BLANK | | | | |
| 1240 | January 26, 2021, FD-302 Interview Report of Peggy O'Donovan (Casino_2007543) [For identification only] | Peggy O'Donovan | No objection | | |
| 1241 | January 26, 2021, Peggy O'Donovan Interview Transcript [For identification only] | Peggy O'Donovan | No objection | | |
| 1242 | September 20, 2022, Peggy O'Donovan Interview Report (SZNW_TRIAL_00928) [For identification only] | Peggy O'Donovan | No objection | | |
| 1243 | INTENTIONALLY LEFT BLANK | | | | |
| 1244 | INTENTIONALLY LEFT BLANK | | | | |
| 1245 | INTENTIONALLY LEFT BLANK | | | | |
| 1246 | May 21, 2020, FD-302 Interview Report of Richelle Rios (Casino_0371353) [For identification only] | Richelle Rios | No objection | | |
| 1247 | May 21, 2020, Richelle Rios Interview Transcript [For identification only] | Richelle Rios | No objection | | |
| 1248 | INTENTIONALLY LEFT BLANK | | | | |
| 1249 | INTENTIONALLY LEFT BLANK | | | | |
| 1250 | INTENTIONALLY LEFT BLANK | | | | |

| 1251 | September 2, 2015, FD-302 Interview Report of Jonathan Solomon (Casino_0356405) [For identification only] | Jonathan Solomon | No objection | | |
|------|------|------|------|---|---|
| 1252 | INTENTIONALLY LEFT BLANK | | | | |
| 1253 | INTENTIONALLY LEFT BLANK | | | | |
| 1254 | INTENTIONALLY LEFT BLANK | | | | |
| 1255 | February 4, 2021, FD-302 Interview Report of Verita Verita (Casino_2053971) [For identification only] | Verita Verita | No objection | | |
| 1256 | February 4, 2021, Verita Verita Interview Transcript [For identification only] | Verita Verita | No objection | | |
| 1257 | INTENTIONALLY LEFT BLANK | | | | |
| 1258 | INTENTIONALLY LEFT BLANK | | | | |
| 1259 | INTENTIONALLY LEFT BLANK | | | | |
| 1260 | September 17, 2018, FD-302 Interview Report of Yan Yan (Casino_0363161) [For identification only] | Yan Yan | No objection | | |
| 1261 | November 19, 2018, FD-302 Interview Report of Yan Yan (Casino_0363895) [For identification only] | Yan Yan | No objection | | |
| 1262 | December 4, 2018, FD-302 Interview Report of Yan Yan (Casino_0363886) [For identification only] | Yan Yan | No objection | | |
| 1263 | September 12, 2022, Interview Report of Yan Yan (SZNW_Trial_00916) [For identification only] | Yan Yan | No objection | | |
| 1264 | INTENTIONALLY LEFT BLANK | | | | |
| 1265 | INTENTIONALLY LEFT BLANK | | | | |
| 1266 | INTENTIONALLY LEFT BLANK | | | | |
| 1267 | October 1, 2019, FD-302 Interview Report of Henry Yong (Casino_0365234) [For identification only] | Henry Yong | No objection | | |
| 1268 | INTENTIONALLY LEFT BLANK | | | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1269 | INTENTIONALLY LEFT BLANK | | | | |
| 1270 | INTENTIONALLY LEFT BLANK | | | | |
| 1271 | February 13, 2019, FD-302 Interview Report of Ricky Zheng (Casino_0364010) [For identification only] | Ricky Zheng | No objection | | |
| 1272 | February 21, 2019, FD-302 Interview Report of Ricky Zheng (Casino_0368251) [For identification only] | Ricky Zheng | No objection | | |
| 1273 | April 8, 2019, FD-302 Interview Report of Ricky Zheng (Casino_0368261) [For identification only] | Ricky Zheng | No objection | | |
| 1274 | October 27, 2020, FD-302 Interview Report of Ricky Zheng (Casino_2007297) [For identification only] | Ricky Zheng | No objection | | |
| 1275 | October 27, 2020, Ricky Zheng Interview Transcript [For identification only] | Ricky Zheng | No objection | | |
| 1276 | September 8, 2022, Interview Report of Ricky Zheng (SZNW_TRIAL_00925) [For identification only] | Ricky Zheng | No objection | | |
| 1277 | September 15, 2022, Interview Report of Ricky Zheng (SZNW_TRIAL_00945) [For identification only] | Ricky Zheng | No objection | | |
| 1278 | September 15, 2022, Interview Report of Ricky Zheng (SZNW_TRIAL_00947) [For identification only] | Ricky Zheng | No objection | | |
| 1279 | INTENTIONALLY LEFT BLANK | | | | |
| 1280 | INTENTIONALLY LEFT BLANK | | | | |
| 1281 | INTENTIONALLY LEFT BLANK | | | | |
| 1282 | INTENTIONALLY LEFT BLANK | | | | |
| 1283 | INTENTIONALLY LEFT BLANK | | | | |

| | LA Grand Redevelopment Project (1300s) | | | | |
|---|---|---|---|---|---|
| 1301 | August 1, 2016, Email from Kevin Keller to Vince Bertoni | Kevin Keller; Nick Maricich | No objection | | |
| 1302 | August 1, 2016, Email from Kevin Keller to Nick Maricich | Kevin Keller; Nick Maricich | No objection | | |
| 1303 | August 3, 2016, Email from Kevin Keller to Paul Habib | Kevin Keller; Nick Maricich | No objection | | |
| 1304 | August 4, 2016, Email from Kevin Keller to Raymond Chan | Kevin Keller; Nick Maricich | No objection | | |
| 1305 | INTENTIONALLY LEFT BLANK | | | | |
| 1306 | Excerpts from May 4, 2018, Planning & Econ Development Weekly Report (Casino_0060864) | Shawn Kuk; Kevin Keller; Nick Maricich | No objection | | |
| 1307 | Excerpts from May 11, 2018, Planning & Econ Development Weekly Report (Casino_0060873) | Shawn Kuk; Kevin Keller; Nick Maricich | No objection | | |
| 1308 | Excerpts from June 15, 2018, Planning & Econ Development Weekly Report (Casino_0060919) | Shawn Kuk; Kevin Keller; Nick Maricich | No objection | | |
| 1309 | Excerpts from June 29, 2018, Planning & Econ Development Weekly Report (Casino_0060937) | Shawn Kuk; Kevin Keller; Nick Maricich | No objection | | |
| 1310 | July 16, 2018, LA Dept. of City Planning Letter, Application Deemed Complete (Casino_0814439) | Kevin Keller; Rose Fistrovic | No objection | | |
| 1311 | April 26, 2018, Rose Fistrovic Email and Psomas Entitlement Schedule (Casino_0714333) | Rose Fistrovic; Jeff DiMarzio | Hearsay | FRE 803(6) | |
| 1312 | June 22, 2018, Aly Smith Email and Psomas Entitlement Schedule (Casino_0714018) | Rose Fistrovic; Jeff DiMarzio | Hearsay | FRE 803(6) | |
| 1313 | July 13, 2018, Aly Smith Email and Psomas Entitlement Schedule (Casino_0818309) | Rose Fistrovic; Jeff DiMarzio | Hearsay | FRE 803(6) | |
| 1314 | The L.A. Hotel Downtown Presentation | Agent; DiMarzio | Hearsay | FRE 803(6) | |

LAW OFFICES OF RICHARD M. STEINGARD

| | 1315 | INTENTIONALLY LEFT BLANK | | | | |
|---|---|---|---|---|---|---|
| | 1316 | Rose Fistrovic Biography [For identification only] | Rose Fistrovic | No objection | | |
| | 1317 | Psomas' work post-2018 | Rose Fistrovic | Hearsay 401 403 | FRE 803(6). Relevant to SZNW continued LA Grand project after investigation became public and Huizar was stripped of all committee assignments | |
| | 1318 | DTLA Timeline (SZNW_TRIAL_03792) | Agent; DiMarzio | Hearsay | FRE 803(5) | |
| | 1319 | January 15, 2018, CCA Presentation | Rose Fistrovic | Hearsay | FRE 803(6) | |
| | 1320 | Roster for Project | Rose Fistrovic | No objection | | |
| | 1321 | January 31, 2019, E-mail Between Rose Fistrovic, Virginia Clark, Hanwei and Shenzhen Team | Rose Fistrovic | Hearsay | FRE 803(6) | |
| | 1322 | June 3, 2019, City of Los Angeles Letter | Rose Fistrovic | Hearsay | FRE 803(6) | |
| | 1323 | June 17, 2019, E-mail Between Jin Hwang & Daisy Rojas | Rose Fistrovic | Hearsay | FRE 803(6) | |
| | 1324 | June 17, 2019, Metropolitan East Service Planning Letter | Rose Fistrovic | Hearsay | FRE 803(6) | |
| | 1325 | June 25, 2019, The L.A. Grand Hotel Downtown Redevelopment Utilities Technical Memorandum – Draft | Rose Fistrovic | Hearsay | FRE 803(6) | |
| | 1326 | July 17, 2019, E-mail Between Jeffrey DiMarzio, Mike Swan & Satoru Kato | Rose Fistrovic | Hearsay | FRE 803(6) | |
| | 1327 | July 18, 2019, E-mail Between May Sirinopwongsagon & Jennifer Marks | Rose Fistrovic | Hearsay | FRE 803(6) | |
| | 1328 | May 29-June 25, 2020, Psomas Invoice | Rose Fistrovic | No objection | | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

17

| Loan (1400s) | | | | | |
|---|---|---|---|---|---|
| 1401 | Attorney Records | Sun, Yong | Foundation Hearsay | FRE 803(6) | |
| 1402 | December 2018 East West Bank Demand and Loan Payoff | Peggy O'Donovan; Verita Verita, Yan Yan | Hearsay | FRE 803(6) | |
| 1403 | September 24, 2014, East West Bank Short Note Inquiry | Peggy O'Donovan; Verita Verita | No objection | | |
| 1404 | East West Bank Records re: APR Disclosure Results | Peggy O'Donovan; Verita Verita | No objection | | |
| 1405 | EWB Records re: Grace Luck Holdings Account Opening Information | Yan, Verita | No objection | | |
| 1406 | September 17, 2014, East West Bank Records re: Grace Luck Holdings CD Account | Yan Yan; Peggy O'Donovan; Verita Verita | No objection | | |
| 1407 | September 23, 2014, East West Bank Note, Security Agreement and Disclosure Statement | Yan Yan, Peggy O'Donovan; Verita Verita | No objection | | |
| 1408 | August 8, 2014, E-mail Between Henry Yong & George Esparza | Yong, Esparza, Zheng | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1409 | August 10-15, 2014, E-mails re: Promissory Notes | Yong, Esparza, Zheng | Hearsay | See response to 1408 | |
| 1410 | August 18, 2014, E-mails re: CD and Bank Loan | Yong; Esparza; Zheng | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1411 | August 22, 2014, E-mail Between Henry Yong & Jose Huizar | Yong | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1412 | August 20, 2014, E-mail re: Fee Agreement and Promissory Note | Yong, Esparza, Zheng | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1413 | August 20, 2014, E-mail re: Amended Promissory Note | Yong, Esparza | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1414 | August 20, 2014, E-mail re: Joint Venture Agreement | Yong, Esparza | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1415 | September 3, 2014, E-mail re: American Plus Bank Loan Application | Yong, Esparza, Zheng | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1416 | September 3, 2014, E-mail re: Promissory Note | Yong, Esparza | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1417 | September 5, 2014, E-mail re: Grace Luck Holdings Corporate Resolution | Yong, Esparza, Zheng, Yan | No objection | | |
| 1418 | September 9, 2014, E-mail re: Grace Luck Holdings Corporate Resolution | Esparza, Zheng, Yong, Verita, O'Donovan | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1419 | September 18, 2014, E-mail re: Letter of Authorization | Yong, Esparza, Zheng | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1420 | December 2014 E-mails re: Foreign Address | Yan; Verita, Zheng | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1421 | October 3, 2015, E-mail re: Letter of Authorization | Esparza; Zheng | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1422 | April 25, 2018, E-mail re: Letter of Authorization | Zheng; Yong | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1423 | East West Bank Records re: Loan Payoff | O'Donovan, Verita | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1424 | December 17-18, 2018, Fax & E-Mail Between Jose Huizar & Jason Gao | | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |

LAW
OFFICES OF
RICHARD M.
STEINGARD

| Las Vegas (1500s) | | | | | |
|---|---|---|---|---|---|
| 1501 | August 12, 2015, Venetian Casino Patron Rating Detail of Wei Huang (LVSC-HUIZAR-S 1-001065-7) | Agent; Anderson; Stern | No objection | | |
| 1502 | August 26, 2008, Venetian Casino Credit Line Information for Wei Huang (LVSC-HUIZAR-S 1 - 001514, 001210) | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |
| 1503 | May 30, 2010, MGM Airfare for Wei Huang | Agent; Anderson; Stern | No objection | | |
| 1504A | February 5, 2011, to September 21, 2014, MGM Grand Ratings for Wei Huang [Highlighted] | Agent; Anderson; Stern | Foundation | Witness to lay foundation | |
| 1504B | February 5, 2011, to September 21, 2014, MGM Grand Ratings for Wei Huang [Clean] | Agent; Anderson; Stern | No objection | | |
| 1505 | Venetian Casino Patron Rating Summary (LVSC-HUIZAR-S 1 -001029) | Agent; Anderson; Stern | No objection | | |
| 1506A | February 4-6, 2011, MGM Grand Spreadsheet of Comps for Wei Huang [Highlighted] | Agent; Anderson; Stern | Foundation | Witness to lay foundation | |
| 1506B | February 4-6, 2011, MGM Grand Spreadsheet of Comps for Wei Huang [Clean] | | Foundation | Witness to lay foundation | |
| 1507 | August 24, 2013, Palazzo Report (LVSC-HUIZAR-S1-001581) | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |
| 1508 | June 7, 2014, Jonathan Bell Emails to Multiple Parties re: "Huang, Wei #2666883" (LVSC-HUIZAR-S 1-001441-2) | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |
| 1509 | March 18, 2015, Las Vegas Sands Credit Application Supplement Signed by Wei Huang (LVSC-HUIZAR-S 1 -001467-8) | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |
| 1510 | June 7, 2014, Las Vegas Sands Credit Application Supplement Signed by Wei Huang (LVSC-HUIZAR-S 1 -001449-50) | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |
| 1511 | August 24, 2014, Palazzo Report (LVSC-HUIZAR-S 1 -001588-93) | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1512 | August 1, 2014 - August 11, 2015, Las Vegas Sands Aviation Passenger Use Report (LVSC-HUIZAR-S 1 - 000262-3) | Agent; Anderson; Stern | No objection | | |
|------|------|------|------|------|------|
| 1513 | August 23, 2019, FD-302 re: Government Subpoenas | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |
| 1514 | INTENTIONALLY LEFT BLANK | | | | |
| 1515 | CTRs for Huang Wei, Cosmopolitan of Las Vegas (for identification only; defense to provide edited record) | Agent; Anderson; Stern | Awaiting edited record from the defense | | |
| 1516A | 12-21-16 - Palazzo Daily Log - (VLV001635) [Highlighted] | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |
| 1516B | 12-21-16 - Palazzo Daily Log - (VLV001635) [Clean] | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |
| 1517A | 12-17-16 - Palazzo Daily Log (VLV001691) [Highlighted] | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |
| 1517B | 12-17-16 - Palazzo Daily Log (VLV001691) [Clean] | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |
| 1518A | 12-21-16 - Palazzo Daily Log (VLV001694) [Highlighted] | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |
| 1518B | 12-21-16 - Palazzo Daily Log (VLV001694) [Clean] | Agent; Anderson; Stern | Hearsay | FRE 803(6) | |
| 1519 | INTENTIONALLY LEFT BLANK | | | | |
| 1520 | June 14, 2014 [21:21:10] Video Still of Huizar, Huang, Zheng & Esparza | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] [2] | See note 1 | |
| 1520A | June 14, 2014 [21:41:50-21:42:06] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| 1520B | June 14, 2014 [22:47:43-22:47:49] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |

[2] All audio/video recordings are from discovery. The defense has provided the government with the dates and times of all video recording excerpts that it seeks to introduce for purposes other than impeachment.

LAW OFFICES OF RICHARD M. STEINGARD

| | 1520C | June 14, 2014 [22:48:32-22:48:32] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
|---|---|---|---|---|---|---|
| | 1521 | June 15, 2014 [00:05:33] Video Still of Huizar, Huang, Zheng & Esparza | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1521A | June 15, 2014 [23:52:09-23:52:14] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1522 | July 7, 2015 [22:26:14] Video Still of Esparza, Zheng, Huang, Yang & Huizar | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1522A | July 7, 2015 [21:19:50-21:19:55] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1522B | July 7, 2015 [21:52:10-21:52:48] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1522C | July 7, 2015 [21:53:47-21:54:02] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1522D | July 7, 2015 [22:22:07-22:22:24] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1523 | August 5, 2016 [22:09:19] Video Still of Huizar, Zheng, Huang, Esparza & Chu | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1523A | August 5, 2016 [22:08:55-22:09:03] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1523B | August 5, 2016 [23:09:32-23:09:52] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1524 | August 5, 2016 [23:10:00] Video Still of Huizar, Zheng, Huang, Esparza & Chu | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |

LAW OFFICES OF RICHARD M. STEINGARD

| 1524A | August 5, 2016 [23:10:03-23:10:07] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
|---|---|---|---|---|---|
| 1534B | August 5, 2016 [23:12:13-23:12:15] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| 1524C | August 5, 2016 [00:19:57-00:20:16] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| 1525 | August 6, 2016 [22:46:46] Video Still of Huizar, Zheng, Huang, Yang, Chu & Esparza | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| 1525A | August 6, 2016 [22:46:26-22:46:47] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| 1525B | August 6, 2016 [22:47:10-22:47:13] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| 1525C | August 6, 2016 [23:09:42-23:09:50] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| 1525D | August 6, 2016 [23:12:00-23:12:10] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| 1525E | August 6, 2016 [23:13:21-23:13:30] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| 1525F | August 6, 2016 [23:34:00-23:34:05] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| 1526 | August 6, 2016 [22:39:56] Video Still of Huizar, Zheng, Huang & Yang | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| 1526A | August 6, 2016 [23:40:25-23:40:50] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |

| | 1527 | January 28, 2017 [01:16:57] Video Still of Huizar, Zheng, Huang, Yang, Chu & Esparza | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
|---|---|---|---|---|---|---|
| | 1527A | January 28, 2017 [01:14:33-01:14:54] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1527B | January 28, 2017 [01:15:03-01:15:22] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1527C | January 28, 2017 [01:18:48-01:18:55] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1527D | January 28, 2017 [01:19:17-01:19:31] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1527E | January 28, 2017 [01:14:33-01:14:54] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1528 | January 28, 2017 [16:00:21] Video Still of Zheng, UF 1, Huang, UM 1, UM 2, UM 3 | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1528A | January 28, 2017 [15:51:16-15:52:40] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1528B | January 28, 2017 [16:22:40-16:22:47] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1528C | January 28, 2017 [16:23:38-15:52:40] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1528D | January 28, 2017 [19:17:45-19:19:45] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
| | 1529 | January 28, 2017 [15:41:56] Video Still of Zheng, UF, Huang, UM | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW
OFFICES OF
RICHARD M.
STEINGARD

| | 1529A | January 28, 2017 [15:42:45-15:42:50] Video Clip | Agent; Anderson; Stern | Timeliness - defense has not provided clips [Dkt. 697] | See note 1 | |
|---|---|---|---|---|---|---|
| **Plea and Immunity Agreements (1600s)** | | | | | | |
| | 1601 | February 15, 2020, E-mail from AUSA Mack Jenkins to Terrence Jones with Proposed Factual Basis Attached (Casino_2095823-40) | George Esparza; Agent | Hearsay 401 403 | Non-hearsay purpose; relevant to Esparza motive to fabricate | |
| | 1602 | March 10, 2020, to March 23, 2020, E-mail Thread Between AUSAs and Terrence Jones (Casino_2095841-43) | George Esparza; Agent | Hearsay 401 403 | Non-hearsay purpose; relevant to Esparza motive to fabricate | |
| | 1603 | Highlighted Revised Draft Factual Basis from AUSA Mack Jenkins' March 23, 2020, E-mail (Casino_2095844-63) | George Esparza; Agent | Hearsay 401 403 | Non-hearsay purpose; relevant to Esparza motive to fabricate | |
| | 1604 | March 25, 2020, E-mail from AUSA Veronica Dragalin (Casino_2095864) | George Esparza; Agent | Hearsay 401 403 | Non-hearsay purpose; relevant to Esparza motive to fabricate | |
| | 1605 | Executed Factual Basis (Casino_2095864) | George Esparza; Agent | Hearsay 401 403 | Non-hearsay purpose; relevant to Esparza motive to fabricate | |
| | 1607 | September 19, 2014, Note from George Esparza's Phone (Casino_0285983) | George Esparza; Agent | Hearsay | Non-hearsay purpose | |
| | 1608 | June 19, 2016, Note from George Esparza's Phone | George Esparza; Agent | Hearsay | Non-hearsay purpose | |
| | 1609 | April 27, 2017, Note from George Esparza's Phone | George Esparza; Agent | Hearsay | Non-hearsay purpose | |
| | 1610 | June 29, 2017, Note from George Esparza's Phone | George Esparza; Agent | Hearsay | Non-hearsay purpose | |

LAW OFFICES OF RICHARD M. STEINGARD

| Recordings (1700s) | | | | | |
|---|---|---|---|---|---|
| 1701 | April 20, 2017, 5:54 PM Recording of Call Between George Esparza & Jesse Leon | George Esparza; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment[3] | |
| 1701A | April 20, 2017, 5:54 PM Transcript of Call Between George Esparza & Jesse Leon | George Esparza; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1702 | April 23, 2017, 3:21 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1702A | April 23, 2017, 3:21 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1703 | April 28, 2017, 2:36 PM Recording of Call Between George Esparza & George Chiang | George Esparza; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1703A | April 28, 2017, 2:36 PM Transcript of Call Between George Esparza & George Chiang | George Esparza; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |

[3] *See supra* note 1.

26

| 1704 | April 28, 2017, 3:52 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1704A | April 28, 2017, 3:52 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1705 | May 1, 2017, 11:40 AM Recording of Call Between George Esparza & George Chiang | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1705A | May 1, 2017, 11:40 AM Transcript of Call Between George Esparza & George Chiang | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1706 | May 1, 2017, 11:48 AM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1706A | May 1, 2017, 11:48 AM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1707 | May 3, 2017, 9:21 AM Recording of Call Between George Esparza & Justin Kim | George Esparza; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |

LAW OFFICES OF RICHARD M. STEINGARD

| | | | | |
|---|---|---|---|---|
| 1707A | May 3, 2017, 9:21 AM Transcript of Call Between George Esparza & Justin Kim | George Esparza; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment |
| 1708 | May 9, 2017, 4:58 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment |
| 1708A | May 9, 2017, 4:58 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment |
| 1709 | May 9, 2017, 9:58 AM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment |
| 1709A | May 9, 2017, 9:58 AM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment |
| 1710 | May 17, 2017, 3:03 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment |
| 1710A | May 17, 2017, 3:03 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment |
| 1711 | May 17, 2017, 5:30 PM Recording of Call Between | George Esparza; | Hearsay 401 403 | Non-hearsay purpose; |

LAW OFFICES OF RICHARD M. STEINGARD

| | | George Esparza & Ricky Zheng | Ricky Zheng; Agent | [DEFENSE HAS NOT PROVIDED CLIPS] | relevant for impeachment | |
| 1711A | May 17, 2017, 5:30 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1712 | May 18, 2017, 2:05 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1712A | May 18, 2017, 2:05 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1713 | May 18, 2017, 6:28 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1713A | May 18, 2017, 6:28 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1714 | May 19, 2017, 2:46 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| 1714A | May 19, 2017, 2:46 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT | Non-hearsay purpose; relevant for impeachment | |

| | 1715 | May 19, 2017, 2:52 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
|---|---|---|---|---|---|---|
| | | | | PROVIDED CLIPS] | | |
| | 1715A | May 19, 2017, 2:52 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| | 1716 | May 19, 2017, 4:30 PM Recording of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| | 1716A | May 19, 2017, 4:30 PM Transcript of Call Between George Esparza & Ricky Zheng | George Esparza; Ricky Zheng; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| | 1717 | May 24, 2017, 6:56 PM Recording of Call Between George Esparza & Mayra Alvarez | George Esparza; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| | 1717A | May 24, 2017, 6:56 PM Transcript of Call Between George Esparza & Mayra Alvarez | George Esparza; Agent | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| | 1718 | May 9, 2017, Recording of Call Between George Esparza & Ricky Zheng | Agent; George Esparza; Ricky Zheng | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |

LAW OFFICES OF RICHARD M. STEINGARD

| | | | | | |
|---|---|---|---|---|---|
| 1718A | May 9, 2017, Transcript of Call Between George Esparza & Ricky Zheng | Agent; George Esparza; Ricky Zheng | Hearsay 401 403 [DEFENSE HAS NOT PROVIDED CLIPS] | Non-hearsay purpose; relevant for impeachment | |
| **E-mails (1800s)** | | | | | |
| 1801 | INTENTIONALLY LEFT BLANK | | | | |
| 1802 | INTENTIONALLY LEFT BLANK | | | | |
| 1803 | March 19, 2014, E-mail Between George Esparza and Wei Huang | George Esparza; Ricky Zheng; Agent | Hearsay | Non-hearsay purpose; relevant for impeachment | |
| 1804 | May 30, 2013, E-mail Between Harris Chan, George Esparza & Raymond Chan | Harris Chan | No objection | | |
| 1805 | May 14, 2017, E-mail Between Jose Huizar & Ricky Zheng | Ricky Zheng | Hearsay | Non-hearsay purpose; relevant for impeachment | |
| 1806 | July 24, 2022, E-mail Between Jeffrey DiMarzio & Henry Jannol (SZNW_TRIAL_03793) [For identification only] | Agent; DiMarzio | No objection | | |
| 1807 | April 18, 2016, E-mail Between Satoru Kato & 'Summer-SZNW' | Agent; DiMarzio | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1808 | May 4, 2016, E-mails Between Raymond Chan & Jeffrey DiMarzio | Agent; DiMarzio | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1809 | July 20, 2016, E-mail Between Jeffrey DiMarzio & 'Summer-SZNW' | Agent; DiMarzio | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1810 | INTENTIONALLY LEFT BLANK | | | | |
| 1811 | May 10, 2018, E-mail Between Rose Fistrovic, Jeffrey DiMarzio, Satoru Kato, Michael Nytzen & Mitch Menzer | Agent; DiMarzio | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| 1812 | June 12, 2018, E-Mail Between Jeffrey DiMarzio & Kaige Yang | Agent; DiMarzio | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |

LAW OFFICES OF RICHARD M. STEINGARD

| | 1813 | INTENTIONALLY LEFT BLANK | | | | |
|---|---|---|---|---|---|---|
| | 1814 | July 16, 2015, E-mail Between George Esparza & George Chiang | Agent; Esparza | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| | 1815 | INTENTIONALLY LEFT BLANK | | | | |
| | 1816 | INTENTIONALLY LEFT BLANK | | | | |
| | 1817 | INTENTIONALLY LEFT BLANK | | | | |
| | 1818 | July 1, 2013, George Esparza E-mail | Agent; Esparza | Hearsay | FRE 803(6); non-hearsay purpose; FRE 106 | |
| | 1819 | INTENTIONALLY LEFT BLANK | | | | |
| | 1820 | INTENTIONALLY LEFT BLANK | | | | |
| | 1821 | INTENTIONALLY LEFT BLANK | | | | |
| | 1822 | Ricky Zheng E-mails | Agent; Zheng | Hearsay 401 Timeliness - defense has not provided emails [Dkt. 697] | Non-hearsay purpose; relevant to impeachment | |
| | 1823 | INTENTIONALLY LEFT BLANK | | | | |
| | 1824 | INTENTIONALLY LEFT BLANK | | | | |
| | 1825 | INTENTIONALLY LEFT BLANK | | | | |
| | 1826 | INTENTIONALLY LEFT BLANK | | | | |
| | 1827 | INTENTIONALLY LEFT BLANK | | | | |
| | 1828 | INTENTIONALLY LEFT BLANK | | | | |
| | 1829 | INTENTIONALLY LEFT BLANK | | | | |
| | 1830 | INTENTIONALLY LEFT BLANK | | | | |
| | 1831 | George Esparza E-mails | Agent; Esparza | Hearsay 401 Timeliness - defense has not provided emails [Dkt. 697] | Non-hearsay purpose; relevant to impeachment | |

LAW OFFICES OF RICHARD M. STEINGARD

| | 1832 | INTENTIONALLY LEFT BLANK | | | | |
|---|---|---|---|---|---|---|
| | 1833 | INTENTIONALLY LEFT BLANK | | | | |
| | 1834 | INTENTIONALLY LEFT BLANK | | | | |
| | 1835 | INTENTIONALLY LEFT BLANK | | | | |
| | 1836 | INTENTIONALLY LEFT BLANK | | | | |
| | 1837 | INTENTIONALLY LEFT BLANK | | | | |
| | 1838 | INTENTIONALLY LEFT BLANK | | | | |
| | 1839 | INTENTIONALLY LEFT BLANK | | | | |
| | 1840 | INTENTIONALLY LEFT BLANK | | | | |
| **Text Messages (1900s)** | | | | | | |
| | 1901 | May 8-9, 2017, Text Messages Between George Esparza & Scott Yamabe [Identification only] | Agent; Esparza | No objection | | |
| | 1902 | Text Messages Between Jeffrey DiMarzio & Virginia Clark [Identification only] | Agent; DiMarzio | Hearsay 401 [DEFENSE WILL PARE DOWN EXHIBIT AND SEND GOV. EXCERPTS] | Not seeking to admit | |
| | 1903 | Ricky Zheng Texts | Agent; Zheng | Hearsay 401 Timeliness - defense has not provided texts [Dkt. 697] | Non-hearsay purpose; relevant to impeachment | |
| | 1904 | INTENTIONALLY LEFT BLANK | | | | |
| | 1905 | INTENTIONALLY LEFT BLANK | | | | |
| | 1906 | INTENTIONALLY LEFT BLANK | | | | |
| | 1907 | INTENTIONALLY LEFT BLANK | | | | |
| | 1908 | INTENTIONALLY LEFT BLANK | | | | |
| | 1909 | INTENTIONALLY LEFT BLANK | | | | |
| | 1910 | INTENTIONALLY LEFT BLANK | | | | |

| | | | | |
|---|---|---|---|---|
| 1911 | INTENTIONALLY LEFT BLANK | | | |
| 1912 | INTENTIONALLY LEFT BLANK | | | |
| 1913 | George Esparza Texts | Agent; Esparza | Hearsay 401 Timeliness - defense has not provided texts [Dkt. 697] | Non-hearsay purpose; relevant to impeachment |
| 1914 | INTENTIONALLY LEFT BLANK | | | |
| 1915 | INTENTIONALLY LEFT BLANK | | | |
| 1916 | INTENTIONALLY LEFT BLANK | | | |
| 1917 | INTENTIONALLY LEFT BLANK | | | |
| 1918 | INTENTIONALLY LEFT BLANK | | | |
| 1919 | INTENTIONALLY LEFT BLANK | | | |
| 1920 | INTENTIONALLY LEFT BLANK | | | |
| 1921 | INTENTIONALLY LEFT BLANK | | | |
| 1922 | INTENTIONALLY LEFT BLANK | | | |
| **Photos (2000s)** | | | | |
| 2001 | Photos in Australia | Agent; Esparza; Zheng | No objection | |
| 2002 | Photos in Cabo | Agent; Esparza; Zheng | No objection | |
| 2003 | Photos in Las Vegas | Agent; Esparza; Zheng | Foundation [some photos undated] | Witness to lay foundation |

LAW OFFICES OF RICHARD M. STEINGARD

| **Miscellaneous (2100s)** | | | | |
|---|---|---|---|---|
| 2101 | Agent Civetti Warrant Affidavits [Identification only] | Agent | No objection | |
| 2102 | Agent Civetti Complaint Affidavits [Identification only] | Agent | No objection | |
| **Summary Charts (2200s)** | | | | |
| 2201 | 2013-2018 Godoy Settlement Money Flow | Agent | No objection | |
| 2202 | Confirmed Instances of Wei Huang's Chip Sharing | Anderson; Stern | Foundation/FRE 1006 Hearsay | FRE 803(6), 1006[4] |
| 2203 | Huang Wei Las Vegas Trips Bar Chart | Anderson; Stern | Foundation/FRE 1006 | FRE 803(6), 1006 |
| 2204 | Summary of Huang Las Vegas Casino Trips | Anderson; Stern | Foundation/FRE 1006 | FRE 803(6), 1006 |
| 2205 | INTENTIONALLY LEFT BLANK | | | |
| 2206 | INTENTIONALLY LEFT BLANK | | | |
| 2207 | Breakdown of Comps 1 | Anderson; Stern | Foundation/FRE 1006 | FRE 803(6), 1006 |
| 2208 | Breakdown of Comps 2 | Anderson; Stern | Foundation/FRE 1006 | FRE 803(6), 1006 |

[4] All casino records received by the defense have been produced to the government.

LAW OFFICES OF RICHARD M. STEINGARD