**DECLARATION OF MACK E. JENKINS**

I, Mack E. Jenkins, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the prosecutors on <u>United States v. Jose Huizar, et al.</u>, CR 20-326(A)-JFW.

2. Counsel for both parties have met and conferred about this motion <u>in limine</u>. To conserve the Court's and parties' resources, counsel for both parties agreed, for joint motions in limines, to a page limit of five pages each for the opening motion and opposition, and three pages for the reply. Counsel for defendant Huizar, Charles Snyder, has declined to stipulate that arguments that the government was motivated by anti-Chinese animus will not be raised or that defendant Huizar will not put on a cultural defense. Mr. Snyder stated his position was that they have no current intention to make such arguments but didn't want to bind themselves before trial.

3. Following the most recent hearing in this matter on December 16, 2022, Mr. Braun told me, on more than one occasion, that his strategy at the trial for Raymond Chan would be to employ "jury nullification." This was similar to what he told me early after he first appeared on this case. Mr. Braun advised me that he would raise this plan with the Court, and I encouraged him to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on December 19, 2022.

_____
MACK E. JENKINS