**<u>Exhibit 2</u>**

## Jenkins, Mack (USACAC)

| | |
|---|---|
| **From:** | Jenkins, Mack (USACAC) |
| **Sent:** | Monday, December 19, 2022 1:56 PM |
| **To:** | Jenkins, Mack (USACAC) |
| **Subject:** | Fw: [EXTERNAL] Re: FW: US v. Huizar, et al, 2:20-CR-326(A)-JFW-1,2, Meet and Confer Re: MILs (Raymond Chan) |

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Sunday, November 6, 2022 10:50 AM
**To:** Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Brendan Pratt <brendan@braunlaw.com>; Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Carel Ale <Carel_Ale@fd.org>; Buxton, Jamari (USACAC) <JBuxton@usa.doj.gov>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Gold, Lessing <LEG@msk.com>
**Subject:** [EXTERNAL] Re: FW: US v. Huizar, et al, 2:20-CR-326(A)-JFW-1,2, Meet and Confer Re: MILs (Raymond Chan)

The PD's MIL are acceptable to Ray Chan.

We do not plan to put on a cultural defense nor do we think the government's motive is racist. The government is simply stupid. Obviously some of the government agents are racist. The cultural differences explain but do not excuse any conduct.

The failure of the government to explain THREE TIMES the dismissal or incarceration of Guan Li speaks volumes about either the racism or complete stupidity of the government.. As a patriotic American citizen, I am embarrassed by the Chinese pogrom of the Trump administration.

Too bad AUSAs have no intellectual or moral integrity.

On Thu, Nov 3, 2022 at 6:55 PM Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov> wrote:
Hi Harland and Brendan,

I am following up on the email below. Per the Court's order, we are required to exchange our Joint MILs **next Tuesday** and must meet and confer beforehand. Please let us know when you are available.

Thank you,

Cassie

**From:** Palmer, Cassie (USACAC) 2
**Sent:** Friday, October 28, 2022 7:33 PM
**To:** Harland Braun <harland@braunlaw.com>; brendan@braunlaw.com
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>
**Subject:** US v. Huizar, et al, 2:20-CR-326(A)-JFW-1,2, Meet and Confer Re: MILs (Raymond Chan)

Hi Harland and Brendan,

1

Exhibit 2
Page 1 of 2

I hope you are well. As I discussed with Harland in court today today, the Court requires the parties to meet and confer before exchanging Joint Motions in Limine for our upcoming trial.  Per the current scheduling order, the Joint MIL exchange must take place on or before November 8.  As I mentioned to Harland, the government and DFPDs have already engaged in the meet and confer process for the MILs.  Based upon that conversation, I understand that Harland prefers to wait until after the Shen Zhen trial verdicts to discuss MILs, but it's unlikely that trial will be finished in advance of our MIL exchange deadline, let alone far enough in advance of that deadline to be able to satisfy the Court's meet and confer requirements.

Perhaps we could schedule a meet and confer next week after 2 PM (after the Shen Zhen trial has ended for the day)? Please let us know which days and times would work best for you.

| Event | Proposed Date |
|---|---|
| Govt Witness List | 10/11/2022 |
| Govt Exhibit List & Exhibits | 10/11/2022 |
| Exchange Joint MIL Motions | 11/8/2022 |
| Conference re: Exhibit List | 11/15/2022 |
| Brady/Giglio | 12/2/2022 |
| Exchange Joint MIL Oppositions | 12/5/2022 |
| Govt Jencks Statements | 12/23/2022 |
| Exchange Joint MIL Replies | 12/19/2022 |
| Joint MILs (filing) | 12/19/2022 |
| Govt Charts & Summaries | 1/6/2023 |
| Joint Pre-Trial Exhibit Stipulation | 1/17/2023 |
| Final Transcripts & Translations | 1/20/2023 |
| **Hearing re: MIL** | **1/20/2023 at 8:00 a.m.** |
| Government's Proposed Joint Statement of Case (draft to defense) | 2/1/2023 |
| Expert Offer of Proof | 2/7/2023 |
| Government's Proposed Jury Instructions (draft to defense) | 2/7/2023 |
| Joint Statement of Case | 2/8/2023 |
| Proposed Voir Dire | 2/9/2023 |
| **Pretrial Conference** | **2/10/2023 at 8:00 a.m.** |
| Govt Trial Brief | 2/13/2023 |
| Jury Verdict Form | 2/13/2023 |
| Jury Instructions | 2/13/2023 |
| Defense Jencks Statements | 2/13/2023 |
| Defense Charts & Summaries | 2/13/2023 |
| Defense Witness List | 2/13/2023 |
| Defense Exhibit List | 2/13/2023 |

Thank you and have a great weekend.

Cassie
**Cassie D. Palmer | Assistant United States Attorney**
Public Corruption & Civil Rights Section
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012