# EXHIBIT A

# (Government's Proposed Questionnaire)

Juror Number: _____

## JUROR QUESTIONNAIRE

### Case No. 2:20-CR-00326-JFW-1,2

Instructions:  This questionnaire is designed to obtain information about potential hardships or conflicts that might prevent you from serving on the jury in this case.  Because this questionnaire is part of the jury selection process, it is to be answered under your oath as a prospective juror.  You have a legal obligation to tell the truth.

Please answer every question either "yes" or "no."  To the extent you need to provide an explanation, please make sure your answers are legible.  The information you provide in this questionnaire will be maintained as confidential by the Court.

Trial in this case is expected to begin February 21, 2023, and may last up to eight weeks (April 18, 2023).  Please assume that trial generally will be in session from 8:00 a.m. to 2:00 p.m., Monday through Friday.

**1.  Do you have any prepaid vacations scheduled during the anticipated trial period?**

   Yes\_\_\_\_\_    No\_\_\_\_\_

If yes, please explain:

_____
_____

**2.  Do you have any preplanned medical procedures or surgery scheduled during the anticipated trial period?**

   Yes\_\_\_\_\_    No\_\_\_\_\_

If yes, please explain:

_____
_____

**3.  Are you currently enrolled as a full-time student and unable to miss extended class time during the anticipated trial period?**

   Yes\_\_\_\_\_    No\_\_\_\_\_

If yes, please explain:

_____
_____

Juror Number: _____

**4. Do you have any extreme financial hardships that make you unable to serve on a jury during the anticipated trial period?**

Yes\_\_\_\_\_   No\_\_\_\_\_

If yes, please explain:

_____
_____
_____

**5. Do you have any personal obligations (other than ordinary employment) to provide necessary care to a dependent, including a child or sick or infirm dependents, that make you unable to serve on a jury during the anticipated trial period?**

Yes\_\_\_\_\_   No\_\_\_\_\_

If yes, please explain:

_____
_____
_____

**6. Do you have any physical, medical, or mental condition(s) that would impair your ability to serve on a jury, including difficulty hearing, seeing, reading, concentrating, or other conditions?**

Yes\_\_\_\_\_   No\_\_\_\_\_

If yes, please explain:

_____
_____
_____

**7. Does your employer limit the number of paid jury days it will provide?**

Yes\_\_\_\_\_   No\_\_\_\_\_   Unknown \_\_\_\_\_

If yes, please explain:

_____
_____
_____

A-002