# EXHIBIT C

| | |
|---|---|
| **From:** | Faerstein, Brian (USACAC) |
| **To:** | Harland Braun; Charles Snyder; Carel Ale; Adam Olin; Cuauhtemoc Ortega; Brendan Pratt |
| **Cc:** | Jenkins, Mack (USACAC); Palmer, Cassie (USACAC) 2; Har, Susan (USACAC); Raymond Chan; Jeremy Chan |
| **Bcc:** | Faerstein, Brian (USACAC) |
| **Subject:** | RE: [EXTERNAL] RE: Govt"s Proposed Juror Questionnaire |
| **Date:** | Friday, December 23, 2022 10:36:00 AM |
| **Attachments:** | image001.png |

Thanks, Harland.  For purposes of incorporating your position in the government's and defendant Huizar's joint filing, we will plan on attaching your email as your position on behalf of defendant Chan, and we can omit you and your client from the joint filing.  The government and the FPD will be exchanging our positions by 12pm, and we will file the joint statement shortly thereafter.

Brian

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Friday, December 23, 2022 10:06 AM
**To:** Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Charles Snyder <Charles_Snyder@fd.org>; Carel Ale <Carel_Ale@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Brendan Pratt <brendan@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Raymond Chan <ray.sw.chan@gmail.com>; Jeremy Chan <jeremychan.la@gmail.com>
**Subject:** RE: [EXTERNAL] RE: Govt's Proposed Juror Questionnaire

We have an objection to some of the questions as indicated. Every sane American objects to money being the basis for federal public policy. Every sane person understands that politicians are less than truthful. The question about Chinese is clearly racist and implies there is something less then trustworthy about Chinese. Compared to what? Our federal government has a long history of lying—that is its very nature. That is what the trial is about.

I think we need more AUSAs assigned to his case. So far I have been dealing with seven. I guess you cannot overstaff a case if you are trying to convict an innocent citizen. Why did the government twice reject my offer of a reverse proffer? Probably because it could not articulate a theory of prosecution.

Why should any AUSAs have a happy holiday. You have destroyed the family and reputation of a honest civil servant by using a bizarre theory of corruption. Is there anyone in the office that has the integrity to resign rather than conduct an unconscionable prosecution? Obviously not.

Sincerely,
Harland Braun

**BRAUN&BRAUN LLP**
Trial Lawyers | Trusted Counsel

10880 Wilshire Blvd., Suite 1020
Los Angeles, CA  90024
(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of

the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

---

**From:** Faerstein, Brian (USACAC) <Brian.Faerstein@usdoj.gov>
**Sent:** Thursday, December 22, 2022 4:39 PM
**To:** Harland Braun <harland@braunlaw.com>; Charles Snyder <Charles_Snyder@fd.org>; Carel Ale <Carel_Ale@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Brendan Pratt <brendan@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Raymond Chan <ray.sw.chan@gmail.com>; Jeremy Chan <jeremychan.la@gmail.com>
**Subject:** RE: [EXTERNAL] RE: Govt's Proposed Juror Questionnaire

Harland – Per the Court's order at the last hearing, the parties will be filing a joint statement tomorrow regarding the parties' proposed juror questionnaires.  We exchanged our proposed questionnaires yesterday, as you know.  (The concerns you raise below relate to the questionnaire proposed by the FPD.)  We are exchanging our positions on the questionnaires by 12pm tomorrow, and we will be filing a joint statement regarding the questionnaires tomorrow afternoon.

Will you be joining in the FPD's proposed questionnaire and position statement, or would you prefer not to take a position in this filing?  Please let us know by 12pm tomorrow or we will indicate in the joint filing that we have not received your position.

Thanks,
Brian

---

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Wednesday, December 21, 2022 3:20 PM
**To:** Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Charles Snyder <Charles_Snyder@fd.org>; Carel Ale <Carel_Ale@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Brendan Pratt <brendan@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Raymond Chan <ray.sw.chan@gmail.com>; Jeremy Chan <jeremychan.la@gmail.com>
**Subject:** [EXTERNAL] RE: Govt's Proposed Juror Questionnaire

#20 & #21 are ridiculous. Most good Americans agree that politicians are less trustworthy than everyone else. Same for #25.  #26 is clearly racist as is the entire prosecution.

We are preparing our opening. See attached video:
https://www.dropbox.com/s/1modxnv26td536z/ray%20report%20video%20v4%20titles.mov?dl=0


Sincerely,
Harland Braun

C-002

**BRAUN & BRAUN LLP**
Trial Lawyers | Trusted Counsel

10880 Wilshire Blvd., Suite 1020
Los Angeles, CA  90024
(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

---

**From:** Faerstein, Brian (USACAC) <Brian.Faerstein@usdoj.gov>
**Sent:** Wednesday, December 21, 2022 1:43 PM
**To:** Charles Snyder <Charles_Snyder@fd.org>; Carel Ale <Carel_Ale@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Harland Braun <harland@braunlaw.com>; Brendan Pratt <brendan@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>
**Subject:** RE: Govt's Proposed Juror Questionnaire

Thanks, Charles.  Our briefing for Friday will pertain solely to the issue of the juror questionnaire.  We agree to leave those other issues to another day.  As for your offer to only use juror numbers in the event the Court provides a substantive questionnaire, we agree with that conditional approach.

Brian

---

**From:** Charles Snyder <Charles_Snyder@fd.org>
**Sent:** Wednesday, December 21, 2022 12:07 PM
**To:** Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Carel Ale <Carel_Ale@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Harland Braun <harland@braunlaw.com>; Brendan Pratt <brendan@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Govt's Proposed Juror Questionnaire

Apologies – I added one more question at the end.  Please use this version.

---

**From:** Charles Snyder
**Sent:** Wednesday, December 21, 2022 11:59 AM
**To:** 'Faerstein, Brian (USACAC)' <Brian.Faerstein@usdoj.gov>; Carel Ale <Carel_Ale@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Harland Braun <harland@braunlaw.com>; Brendan Pratt <brendan@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>
**Subject:** RE: Govt's Proposed Juror Questionnaire

C-003

Brian,

Thanks.  Attached is our draft questionnaire.  For clarification, the government mentioned over the weekend the issues of an anonymous jury and a prohibition on online research.  Is that something that you envision including in the current briefing?  We were not anticipating it, and would suggest saving that for a different day.  If necessary, I think we could agree at this stage to only using juror numbers in the event that the Court provides a substantive questionnaire.  It's currently drafted to include names, but we could make that amendment.

I can't say whether or not we are filing for Chan, but I assume that he will join our filing.

Thanks,
Charles

---

**From:** Faerstein, Brian (USACAC) <Brian.Faerstein@usdoj.gov>
**Sent:** Wednesday, December 21, 2022 11:52 AM
**To:** Carel Ale <Carel_Ale@fd.org>; Charles Snyder <Charles_Snyder@fd.org>; Adam Olin <Adam_Olin@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Harland Braun <harland@braunlaw.com>; Brendan Pratt <brendan@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>
**Subject:** Govt's Proposed Juror Questionnaire

Counsel,

We're attaching the government's proposed juror questionnaire.  To be clear, we are not waiving any objections to the use of a juror questionnaire in this case by providing this proposed questionnaire (which we also will make clear in our position to be filed Friday).  The attached proposed questionnaire primarily addresses potential hardships only, in light of the defense's objection to the Court's inclusion of a time qualifying inquiry in the jury summons.

We will work on a joint statement for filing on Friday, leaving a placeholder for your position/objections to the government's proposed questionnaire.  We assume you will be submitting a joint position for both defendants Huizar and Chan, but if that is incorrect, please let us know.  Per our agreement, please plan on sending us your position/objections by 12pm on Friday (and we'll look for your proposed questionnaire by 12pm today).

Thanks,
Brian

**Brian R. Faerstein | Assistant United States Attorney**
United States Attorney's Office | Central District of California
312 N. Spring Street | Los Angeles, CA 90012
T: 213.894.3819 | brian.faerstein@usdoj.gov