Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
724 South Spring Street, 9th Floor
Los Angeles, California 90014
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450

Craig Wilke (SBN 150728)
*craig@craigwilkelaw.com*
LAW OFFICE OF CRAIG WILKE
305 North Harbor Boulevard, Suite 216
Fullerton, California 92832-1901
Telephone: (714) 870-8900
Facsimile: (714) 879-2278

Attorneys for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHEN ZHEN NEW WORLD I, LLC,<br><br>　　　　　Defendant. | CR-20-326(A)-JFW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING DATE FOR DEFENDANT SHEN ZHEN NEW WORLD I, LLC**<br><br>Current Date: January 23, 2023<br>Proposed Date: May 12, 2023<br><br>Assigned to Hon. John F. Walter |

1

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Susan Har, Jamari Buxton, and Patrick Castaneda, and Defendant Shen Zhen New World I, LLC ("SZNW"), by and through its counsel of record, Richard M. Steingard and Craig Wilke, hereby STIPULATE as follows:

1. On November 11, 2022, after the jury returned its verdict and was discharged, the Court set a sentencing hearing for January 23, 2023. (RT 2387; ECF No. 808). At the time, the Court noted that if counsel needed more time, they could submit a stipulation. *Id*.

2. In addition, on November 11, SZNW made an oral motion for a judgment of acquittal or, alternatively, for a new trial and requested time to file a memorandum in support of the motions. RT 2386-7. The Court indicated it would deny the motions but stated that SZNW could file such a memorandum. RT 2387.

3. SZNW anticipates filing such a memorandum and the government seeks time to respond to any such motions.

4. On December 19, 2022, the Probation Department disclosed the Presentence Investigative Report ("PSR") and Justification Letter. (ECF 879 and 878, respectively.) On January 2, 2023, the government filed its sentencing memorandum. (ECF 895.) The PSR and government recommend that the Court impose the maximum fine and maximum period of probation, as well as numerous terms and conditions. SZNW anticipates responding to these submissions with its own sentencing memorandum. SZNW seeks additional time to prepare these materials; its preparation for sentencing has been hindered because key personnel in China contracted Covid and are still recovering.

5. The trial for Defendants Jose Huizar and Raymond Chan is currently scheduled to begin on February 21, 2023, and a number of deadlines are currently set for between now and then. Some of the prosecutors who will be involved in

preparing for and representing the government at SZNW's sentencing will also be representing the government in the Huizar/Chan trial and are therefore currently engaged in trial preparation. Based on current estimates by the parties involved, that trial may last up to eight weeks.

6. Under these circumstances, the parties met and conferred and agreed to continue the sentencing date. In order to ensure that all parties have sufficient time to prepare their submissions to the Court, the parties ask that the sentencing hearing in this matter be continued from January 23, 2023 to May 12, 2023 at 8:00 a.m. SZNW will file its sentencing memorandum on or before April 14, 2023, and if the government elects to file an optional reply, it shall be filed no later than April 28, 2023.

7. The parties also submit the following briefing schedule for SZNW's post-trial motions:

- SZNW Memorandum: March 1, 2023
- Govt Response: April 3, 2023
- SZNW Reply (optional): April 24, 2023
- Hearing: May 12, 2023 at 8:00 a.m.

///
///
///


LAW OFFICES OF RICHARD M. STEINGARD

3

**IT IS SO STIPULATED.**

DATED: January 5, 2023                Respectfully submitted,

_____/s/_____
RICHARD M. STEINGARD
CRAIG WILKE

ATTORNEYS FOR DEFENDANT
SHEN ZHEN NEW WORLD I, LLC

DATED: January 5, 2023                E. MARTIN ESTRADA
                                       UNITED STATES ATTORNEY

                                       SCOTT M. GARRINGER
                                       ASSISTANT UNITED STATES ATTORNEY
                                       CHIEF, CRIMINAL DIVISION


_____/s/_____
MACK E. JENKINS
SUSAN HAR
JAMARI BUXTON
PATRICK CASTANEDA
ASSISTANT UNITED STATES ATTORNEYS

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA