AT JAN 2013

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
**AMENDMENT**

**STATEMENT OF ECONOMIC INTERESTS**
**COVER PAGE**



Date Received
*Official Use Only*

Please type or print in ink.

| NAME OF FILER | (LAST) | (FIRST) | MIDDLE |
|---|---|---|---|
| Huizar | | Jose | Luis |

### 1. Office, Agency, or Court

Agency Name *(Do not use acronyms)*
City of Los Angeles

Division, Board, Department, District, if applicable: District 14
Your Position: Councilmember

▶ If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: LA, S. CA Association of Gov. Grand Avenue
Position: Member

### 2. Jurisdiction of Office *(Check at least one box)*

☐ State
☐ Multi-County _____
☑ City of Los Angeles
☐ Judge or Court Commissioner (Statewide Jurisdiction)
☐ County of _____
☐ Other _____

### 3. Type of Statement *(Check at least one box)*

☑ **Annual:** The period covered is January 1, 2013, through December 31, 2013.
-or-
☐ The period covered is ___/___/___, through December 31, 2013.

☐ **Leaving Office:** Date Left ___/___/___
(Check one)
○ The period covered is January 1, 2013, through the date of leaving office.
○ The period covered is ___/___/___, through the date of leaving office.

☐ **Assuming Office:** Date assumed ___/___/___

☐ **Candidate:** Election year _____ and office sought, if different than Part 1: _____

### 4. Schedule Summary

Check applicable schedules or "None."

▶ Total number of pages including this cover page: 6

☐ Schedule A-1 - *Investments* – schedule attached
☐ Schedule A-2 - *Investments* – schedule attached
☑ Schedule B - *Real Property* – schedule attached
☑ Schedule C - *Income, Loans, & Business Positions* – schedule attached
☑ Schedule D - *Income – Gifts* – schedule attached
☑ Schedule E - *Income – Gifts – Travel Payments* – schedule attached

-or-
☐ **None** - *No reportable interests on any schedule*

### 5. Verification

I certify under penalty of perjury under the laws of the State of

Date Signed 04/03/2014
*(month, day, year)*

FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE B
### Interests in Real Property
(Including Rental Income)



**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Luis Huizar

---

► ASSESSOR'S PARCEL NUMBER OR STREET ADDRESS
4903 La Calandria Way

CITY
Los Angeles, CA 90032

**FAIR MARKET VALUE**
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☑ $100,001 - $1,000,000
☐ Over $1,000,000

**IF APPLICABLE, LIST DATE:**
__/__/13 ACQUIRED     __/__/13 DISPOSED

**NATURE OF INTEREST**
☑ Ownership/Deed of Trust
☐ Easement
☐ Leasehold _____ Yrs. remaining
☐ Other

**IF RENTAL PROPERTY, GROSS INCOME RECEIVED**
☑ $0 - $499    ☐ $500 - $1,000    ☐ $1,001 - $10,000
☐ $10,001 - $100,000    ☐ OVER $100,000

**SOURCES OF RENTAL INCOME:** If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.
☐ None

Katrina Archer

---

► ASSESSOR'S PARCEL NUMBER OR STREET ADDRESS

CITY

**FAIR MARKET VALUE**
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

**IF APPLICABLE, LIST DATE:**
__/__/13 ACQUIRED     __/__/13 DISPOSED

**NATURE OF INTEREST**
☐ Ownership/Deed of Trust
☐ Easement
☐ Leasehold _____ Yrs. remaining
☐ Other

**IF RENTAL PROPERTY, GROSS INCOME RECEIVED**
☐ $0 - $499    ☐ $500 - $1,000    ☐ $1,001 - $10,000
☐ $10,001 - $100,000    ☐ OVER $100,000

**SOURCES OF RENTAL INCOME:** If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.
☐ None

---

\* You are not required to report loans from commercial lending institutions made in the lender's regular course of business on terms available to members of the public without regard to your official status. Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

NAME OF LENDER*

ADDRESS (Business Address Acceptable)

BUSINESS ACTIVITY, IF ANY, OF LENDER

INTEREST RATE         TERM (Months/Years)
_____%  ☐ None      _____

HIGHEST BALANCE DURING REPORTING PERIOD
☐ $500 - $1,000       ☐ $1,001 - $10,000
☐ $10,001 - $100,000  ☐ OVER $100,000

☐ Guarantor, if applicable

NAME OF LENDER*

ADDRESS (Business Address Acceptable)

BUSINESS ACTIVITY, IF ANY, OF LENDER

INTEREST RATE         TERM (Months/Years)
_____%  ☐ None      _____

HIGHEST BALANCE DURING REPORTING PERIOD
☐ $500 - $1,000       ☐ $1,001 - $10,000
☐ $10,001 - $100,000  ☐ OVER $100,000

☐ Guarantor, if applicable

---

Comments: _____

FPPC Form 700 (2013/2014) Sch. B
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

# SCHEDULE C
## Income, Loans, & Business Positions
(Other than Gifts and Travel Payments)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Luis Huizar

## ▶ 1. INCOME RECEIVED

**NAME OF SOURCE OF INCOME**
Vanderford & Ruiz, LLP

**ADDRESS** (Business Address Acceptable)
221 E. Walnut St., #106 Pasadena CA 91101

**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
Law Firm

**YOUR BUSINESS POSITION**

**GROSS INCOME RECEIVED**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [x] $10,001 - $100,000
- [ ] OVER $100,000

**CONSIDERATION FOR WHICH INCOME WAS RECEIVED**
- [ ] Salary
- [x] Spouse's or registered domestic partner's income
- [ ] Loan repayment
- [ ] Partnership
- [ ] Sale of _____ (Real property, car, boat, etc.)
- [ ] Commission or
- [ ] Rental Income, list each source of $10,000 or more
- [ ] Other _____ (Describe)

## ▶ 1. INCOME RECEIVED

**NAME OF SOURCE OF INCOME**
Bishop Mora Salesian High School

**ADDRESS** (Business Address Acceptable)
960 S. Soto St., Los Angeles 90023

**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
Private School

**YOUR BUSINESS POSITION**

**GROSS INCOME RECEIVED**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [x] $10,001 - $100,000
- [ ] OVER $100,000

**CONSIDERATION FOR WHICH INCOME WAS RECEIVED**
- [ ] Salary
- [x] Spouse's or registered domestic partner's income
- [ ] Loan repayment
- [ ] Partnership
- [ ] Sale of _____ (Real property, car, boat, etc.)
- [ ] Commission or
- [ ] Rental Income, list each source of $10,000 or more
- [ ] Other _____ (Describe)

## ▶ 2. LOANS RECEIVED OR OUTSTANDING DURING THE REPORTING PERIOD

\* You are not required to report loans from commercial lending institutions, or any indebtedness created as part of a retail installment or credit card transaction, made in the lender's regular course of business on terms available to members of the public without regard to your official status. Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

**NAME OF LENDER\***

**ADDRESS** (Business Address Acceptable)

**BUSINESS ACTIVITY, IF ANY, OF LENDER**

**HIGHEST BALANCE DURING REPORTING PERIOD**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**INTEREST RATE**
_____% [ ] None

**TERM** (Months/Years)

**SECURITY FOR LOAN**
- [ ] None
- [ ] Personal residence
- [ ] Real Property _____ Street address _____ City
- [ ] Guarantor
- [ ] Other _____ (Describe)

Comments: _____

FPPC Form 700 (2013/2014) Sch. C
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE D
### Income – Gifts



**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Luis Huizar

---

▶ NAME OF SOURCE *(Not an Acronym)*
Los Angeles Chamber of Commerce
ADDRESS *(Business Address Acceptable)*
350 S. Bixel Street, Los Angeles, CA 90017
BUSINESS ACTIVITY, IF ANY, OF SOURCE
n/a

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 02/07/13 | $100.00 | Event Ticket |

▶ NAME OF SOURCE *(Not an Acronym)*
The Ross Financial Group
ADDRESS *(Business Address Acceptable)*
617 S. Olive St, 11th Floor, Los Angeles CA 90017
BUSINESS ACTIVITY, IF ANY, OF SOURCE
Investment Banking

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 04/04/13 | $50.00 | Event Ticket |

▶ NAME OF SOURCE *(Not an Acronym)*
Southern CA Chinese Lawyers Association
ADDRESS *(Business Address Acceptable)*
PO BOX 861959 Terminal Annex, LA 90086
BUSINESS ACTIVITY, IF ANY, OF SOURCE
n/a

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 04/05/13 | $100.00 | Event Ticket |

▶ NAME OF SOURCE *(Not an Acronym)*
Central City Association
ADDRESS *(Business Address Acceptable)*
626 Wilshire Blvd., Ste. 200, Los Angeles, CA
BUSINESS ACTIVITY, IF ANY, OF SOURCE
n/a

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 05/09/13 | $50.00 | Event Ticket |

▶ NAME OF SOURCE *(Not an Acronym)*
ADDRESS *(Business Address Acceptable)*
BUSINESS ACTIVITY, IF ANY, OF SOURCE

▶ NAME OF SOURCE *(Not an Acronym)*
ADDRESS *(Business Address Acceptable)*
BUSINESS ACTIVITY, IF ANY, OF SOURCE

Comments: _____

FPPC Form 700 (2013/2014) Sch. D
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

**SCHEDULE E**
**Income – Gifts**
**Travel Payments, Advances, and Reimbursements**

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Luis Huizar

- Mark either the gift or income box.
- Mark the "501(c)(3)" box for a travel payment received from a nonprofit 501(c)(3) organization or the "Speech" box if you made a speech or participated in a panel. These payments are not subject to the $440 gift limit, but may result in a disqualifying conflict of interest.

▶ NAME OF SOURCE (Not an Acronym)
UPEXT - Union de Poblanos en El Exterior
ADDRESS (Business Address Acceptable)
2031 Hawkins Circle
CITY AND STATE
Los Angeles, CA 90001
BUSINESS ACTIVITY, IF ANY, OF SOURCE   [✓] 501(c)(3)
Economic and Cultural Study Trip of Puebla, Mexico

DATE(S): 08/29/13 - 09/01/13   AMT: $3,407.31
(If gift)

TYPE OF PAYMENT: (must check one)   [✓] Gift   [ ] Income
[✓] Made a Speech/Participated in a Panel
[✓] Other - Provide Description
Trade Meetings with business and government officials.

▶ NAME OF SOURCE (Not an Acronym)
ADDRESS (Business Address Acceptable)
CITY AND STATE
BUSINESS ACTIVITY, IF ANY, OF SOURCE   [ ] 501(c)(3)

DATE(S): __/__/__ - __/__/__   AMT: $_____
(If gift)

TYPE OF PAYMENT: (must check one)   [ ] Gift   [ ] Income
[ ] Made a Speech/Participated in a Panel
[ ] Other - Provide Description

▶ NAME OF SOURCE (Not an Acronym)
ADDRESS (Business Address Acceptable)
CITY AND STATE
BUSINESS ACTIVITY, IF ANY, OF SOURCE   [ ] 501(c)(3)

DATE(S): __/__/__ - __/__/__   AMT: $_____
(If gift)

TYPE OF PAYMENT: (must check one)   [ ] Gift   [ ] Income
[ ] Made a Speech/Participated in a Panel
[ ] Other - Provide Description

▶ NAME OF SOURCE (Not an Acronym)
ADDRESS (Business Address Acceptable)
CITY AND STATE
BUSINESS ACTIVITY, IF ANY, OF SOURCE   [ ] 501(c)(3)

DATE(S): __/__/__ - __/__/__   AMT: $_____
(If gift)

TYPE OF PAYMENT: (must check one)   [ ] Gift   [ ] Income
[ ] Made a Speech/Participated in a Panel
[ ] Other - Provide Description

Comments: _____

FPPC Form 700 (2013/2014) Sch. E
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

AN0013

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
A PUBLIC DOCUMENT

**STATEMENT OF ECONOMIC INTERESTS**
**COVER PAGE**

(TN)

LOS ANGELES CITY ETHICS COMMISSION
Date Received
*Official Use Only*
APR 3 2014
RECEIVED

Please type or print in ink.

| NAME OF FILER | (LAST) | (FIRST) | (MIDDLE) |
|---|---|---|---|
| | Huizar | Jose | Luis |

**1. Office, Agency, or Court**

Agency Name *(Do not use acronyms)*
City of Los Angeles

Division, Board, Department, District, if applicable: District 14
Your Position: Councilmember

► If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: LA, S. CA Association of Gov. Grand Avenue
Position: Member

2014 JUN -9 PM 2:32
RECEIVED FAIR POLITICAL PRACTICES COMMISSION

**2. Jurisdiction of Office** *(Check at least one box)*

☐ State
☑ Multi-County  LA, OC, SB, Ventura, Riverside, Imperial c
☐ City of _____

☐ Judge or Court Commissioner (Statewide Jurisdiction)
☐ County of _____
☐ Other _____

**3. Type of Statement** *(Check at least one box)*

☐ Annual: The period covered is January 1, 2013, through December 31, 2013.
-or-
The period covered is ___/___/___, through December 31, 2013.

☐ Assuming Office: Date assumed ___/___/___

☐ Leaving Office: Date Left ___/___/___
(Check one)
○ The period covered is January 1, 2013, through the date of leaving office.
○ The period covered is ___/___/___, through the date of leaving office.

☐ Candidate: Election year _____ and office sought, if different than Part 1: _____

**4. Schedule Summary**

Check applicable schedules or "None."

☐ Schedule A-1 - *Investments* – schedule attached
☐ Schedule A-2 - *Investments* – schedule attached
☐ Schedule B - *Real Property* – schedule attached

► Total number of pages including this cover page: _____

☐ Schedule C - *Income, Loans, & Business Positions* – schedule attached
☐ Schedule D - *Income – Gifts* – schedule attached
☐ Schedule E - *Income – Gifts – Travel Payments* – schedule attached

-or-
☐ None - *No reportable interests on any schedule*

**5. Verification**

[redacted]

I certify under penalty of perjury under the laws of the State of [redacted]

Date Signed _____
(month, day, year)

FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE B
### Interests in Real Property
(Including Rental Income)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Luis Huizar

---

► ASSESSOR'S PARCEL NUMBER OR STREET ADDRESS
4903 La Calandria Way

CITY
Los Angeles, CA 90032

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [x] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/13 ACQUIRED   __/__/13 DISPOSED

NATURE OF INTEREST
- [x] Ownership/Deed of Trust
- [ ] Easement
- [ ] Leasehold _____ Yrs. remaining
- [ ] Other

IF RENTAL PROPERTY, GROSS INCOME RECEIVED
- [x] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

SOURCES OF RENTAL INCOME: If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.
- [ ] None

Katrina Archer

---

► ASSESSOR'S PARCEL NUMBER OR STREET ADDRESS

CITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
__/__/13 ACQUIRED   __/__/13 DISPOSED

NATURE OF INTEREST
- [ ] Ownership/Deed of Trust
- [ ] Easement
- [ ] Leasehold _____ Yrs. remaining
- [ ] Other

IF RENTAL PROPERTY, GROSS INCOME RECEIVED
- [ ] $0 - $499
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

SOURCES OF RENTAL INCOME: If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.
- [ ] None

---

\* You are not required to report loans from commercial lending institutions made in the lender's regular course of business on terms available to members of the public without regard to your official status. Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

| | |
|---|---|
| NAME OF LENDER* | NAME OF LENDER* |
| ADDRESS (Business Address Acceptable) | ADDRESS (Business Address Acceptable) |
| BUSINESS ACTIVITY, IF ANY, OF LENDER | BUSINESS ACTIVITY, IF ANY, OF LENDER |
| INTEREST RATE ____%  [ ] None   TERM (Months/Years) | INTEREST RATE ____%  [ ] None   TERM (Months/Years) |
| HIGHEST BALANCE DURING REPORTING PERIOD | HIGHEST BALANCE DURING REPORTING PERIOD |
| [ ] $500 - $1,000   [ ] $1,001 - $10,000 | [ ] $500 - $1,000   [ ] $1,001 - $10,000 |
| [ ] $10,001 - $100,000   [ ] OVER $100,000 | [ ] $10,001 - $100,000   [ ] OVER $100,000 |
| [ ] Guarantor, if applicable | [ ] Guarantor, if applicable |

Comments: _____

FPPC Form 700 (2013/2014) Sch. B
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

Exhibit 7A
Page 7 of 10

Casino_2050751

# SCHEDULE C
## Income, Loans, & Business Positions
(Other than Gifts and Travel Payments)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Luis Huizar

### ▶ 1. INCOME RECEIVED

**NAME OF SOURCE OF INCOME**
Vanderford & Ruiz, LLP

**ADDRESS** (Business Address Acceptable)
221 E. Walnut St., #106 Pasadena CA 91101

**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
Law Firm

**YOUR BUSINESS POSITION**

**GROSS INCOME RECEIVED**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [x] $10,001 - $100,000
- [ ] OVER $100,000

**CONSIDERATION FOR WHICH INCOME WAS RECEIVED**
- [ ] Salary
- [x] Spouse's or registered domestic partner's income
- [ ] Loan repayment
- [ ] Partnership
- [ ] Sale of _____ (Real property, car, boat, etc.)
- [ ] Commission or [ ] Rental Income, list each source of $10,000 or more
- [ ] Other _____ (Describe)

### ▶ 1. INCOME RECEIVED

**NAME OF SOURCE OF INCOME**
Bishop Mora Salesian High School

**ADDRESS** (Business Address Acceptable)
960 S. Soto St., Los Angeles 90023

**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
Private School

**YOUR BUSINESS POSITION**

**GROSS INCOME RECEIVED**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [x] $10,001 - $100,000
- [ ] OVER $100,000

**CONSIDERATION FOR WHICH INCOME WAS RECEIVED**
- [ ] Salary
- [x] Spouse's or registered domestic partner's income
- [ ] Loan repayment
- [ ] Partnership
- [ ] Sale of _____ (Real property, car, boat, etc.)
- [ ] Commission or [ ] Rental Income, list each source of $10,000 or more
- [ ] Other _____ (Describe)

### ▶ 2. LOANS RECEIVED OR OUTSTANDING DURING THE REPORTING PERIOD

\* You are not required to report loans from commercial lending institutions, or any indebtedness created as part of a retail installment or credit card transaction, made in the lender's regular course of business on terms available to members of the public without regard to your official status. Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

**NAME OF LENDER***

**ADDRESS** (Business Address Acceptable)

**BUSINESS ACTIVITY, IF ANY, OF LENDER**

**HIGHEST BALANCE DURING REPORTING PERIOD**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**INTEREST RATE** _____ %   [ ] None

**TERM** (Months/Years)

**SECURITY FOR LOAN**
- [ ] None
- [ ] Personal residence
- [ ] Real Property _____ Street address _____ City
- [ ] Guarantor _____
- [ ] Other _____ (Describe)

**Comments:** _____

FPPC Form 700 (2013/2014) Sch. C
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Casino_2050752

## SCHEDULE D
## Income – Gifts

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Luis Huizar

► **NAME OF SOURCE** *(Not an Acronym)*
Los Angeles Chamber of Commerce
**ADDRESS** *(Business Address Acceptable)*
350 S. Bixel Street, Los Angeles, CA 90017
**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
n/a

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 02/07/13 | $100.00 | Event Ticket |

► **NAME OF SOURCE** *(Not an Acronym)*
The Ross Financial Group
**ADDRESS** *(Business Address Acceptable)*
617 S. Olive St, 11th Floor, Los Angeles CA 90017
**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
Investment Banking

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 04/04/13 | $50.00 | Event Ticket |

► **NAME OF SOURCE** *(Not an Acronym)*
Southern CA Chinese Lawyers Association
**ADDRESS** *(Business Address Acceptable)*
PO BOX 861959 Terminal Annex, LA 90086
**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
n/a

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 04/05/13 | $100.00 | Event Ticket |

► **NAME OF SOURCE** *(Not an Acronym)*
Central City Association
**ADDRESS** *(Business Address Acceptable)*
626 Wilshire Blvd., Ste. 200, Los Angeles, CA
**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
n/a

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 05/09/13 | $50.00 | Event Ticket |

► **NAME OF SOURCE** *(Not an Acronym)*
**ADDRESS** *(Business Address Acceptable)*
**BUSINESS ACTIVITY, IF ANY, OF SOURCE**

► **NAME OF SOURCE** *(Not an Acronym)*
**ADDRESS** *(Business Address Acceptable)*
**BUSINESS ACTIVITY, IF ANY, OF SOURCE**

**Comments:** _____

FPPC Form 700 (2013/2014) Sch. D
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE E
### Income – Gifts
### Travel Payments, Advances, and Reimbursements

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Luis Huizar

- Mark either the gift or income box.
- Mark the "501(c)(3)" box for a travel payment received from a nonprofit 501(c)(3) organization or the "Speech" box if you made a speech or participated in a panel. These payments are not subject to the $440 gift limit, but may result in a disqualifying conflict of interest.

---

▶ NAME OF SOURCE (Not an Acronym)
UPEXT - Union de Poblanos en El Exterior

ADDRESS (Business Address Acceptable)
2031 Hawkins Circle

CITY AND STATE
Los Angeles, CA 90001

BUSINESS ACTIVITY, IF ANY, OF SOURCE  [✓] 501 (c)(3)
Economic and Cultural Study Trip of Puebla, Mexico

DATE(S): 08/29/13 - 09/01/13   AMT: $ 3,407.31
(If gift)

TYPE OF PAYMENT: (must check one)  [✓] Gift   [ ] Income

[✓] Made a Speech/Participated in a Panel

[✓] Other - Provide Description
Trade Meetings with business and government officials.

---

▶ NAME OF SOURCE (Not an Acronym)

ADDRESS (Business Address Acceptable)

CITY AND STATE

BUSINESS ACTIVITY, IF ANY, OF SOURCE  [ ] 501 (c)(3)

DATE(S): __/__/__ - __/__/__  AMT: $_____
(If gift)

TYPE OF PAYMENT: (must check one)  [ ] Gift   [ ] Income

[ ] Made a Speech/Participated in a Panel

[ ] Other - Provide Description

---

▶ NAME OF SOURCE (Not an Acronym)

ADDRESS (Business Address Acceptable)

CITY AND STATE

BUSINESS ACTIVITY, IF ANY, OF SOURCE  [ ] 501 (c)(3)

DATE(S): __/__/__ - __/__/__  AMT: $_____
(If gift)

TYPE OF PAYMENT: (must check one)  [ ] Gift   [ ] Income

[ ] Made a Speech/Participated in a Panel

[ ] Other - Provide Description

---

▶ NAME OF SOURCE (Not an Acronym)

ADDRESS (Business Address Acceptable)

CITY AND STATE

BUSINESS ACTIVITY, IF ANY, OF SOURCE  [ ] 501 (c)(3)

DATE(S): __/__/__ - __/__/__  AMT: $_____
(If gift)

TYPE OF PAYMENT: (must check one)  [ ] Gift   [ ] Income

[ ] Made a Speech/Participated in a Panel

[ ] Other - Provide Description

---

Comments: _____

FPPC Form 700 (2013/2014) Sch. E
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

Exhibit 7A
Page 10 of 10
Casino_2050754