**CALIFORNIA FORM 700**
**FAIR POLITICAL PRACTICES COMMISSION**
**A PUBLIC DOCUMENT**

LOS ANGELES CITY
ETHICS COMMISSION

**STATEMENT OF ECONOMIC INTERESTS**

APR 0 2 2015

**COVER PAGE**

RECEIVED

*Please type or print in ink.*

Date Initial Filing
Received
*Official Use Only*

NAME OF FILER (LAST) Huizar   (FIRST) Jose

## 1. Office, Agency, or Court

Agency Name *(Do not use acronyms)*
City of Los Angeles

| Division, Board, Department, District, if applicable | Your Position |
|---|---|
| District 14 | Councilmember |

► If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: LA, S. CA Association of Gov. Grand Ave JPA   Position: Member

## 2. Jurisdiction of Office *(Check at least one box)*

☐ State

☑ Multi-County  LA, OC, SB, Ventura, Riverside, Imperial C

☐ City of _____

☐ Judge or Court Commissioner (Statewide Jurisdiction)

☐ County of _____

☐ Other _____

## 3. Type of Statement *(Check at least one box)*

☑ **Annual:** The period covered is January 1, 2014, through December 31, 2014.
-or-
The period covered is ___/___/___, through December 31, 2014.

☐ **Assuming Office:** Date assumed ___/___/___

☐ **Candidate:** Election year _____ and office sought, if different than Part 1: _____

☐ **Leaving Office:** Date Left ___/___/___
*(Check one)*
○ The period covered is January 1, 2014, through the date of leaving office.
○ The period covered is ___/___/___, through the date of leaving office.

## 4. Schedule Summary

*Check applicable schedules or "None."*   ► Total number of pages including this cover page: 4

☐ Schedule A-1 - *Investments* – schedule attached
☐ Schedule A-2 - *Investments* – schedule attached
☑ Schedule B - *Real Property* – schedule attached

☑ Schedule C - *Income, Loans, & Business Positions* – schedule attached
☑ Schedule D - *Income – Gifts* – schedule attached
☐ Schedule E - *Income – Gifts – Travel Payments* – schedule attached

-or-

☐ **None** - *No reportable interests on any schedule*

## 5.

I certify under penalty of perjury under the laws of the

Date Signed 04/01/2015
*(month, day, year)*

FPPC Form 700 (2014/2015)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Casino_2050755

## SCHEDULE B
## Interests in Real Property
(Including Rental Income)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name _____

---

► ASSESSOR'S PARCEL NUMBER OR STREET ADDRESS
4903 La Calandria Way

CITY
Los Angeles, CA 90032

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [x] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/14 ACQUIRED    ___/___/14 DISPOSED

NATURE OF INTEREST
- [x] Ownership/Deed of Trust    [ ] Easement
- [ ] Leasehold _____ Yrs. remaining    [ ] _____ Other

IF RENTAL PROPERTY, GROSS INCOME RECEIVED
- [ ] $0 - $499    [ ] $500 - $1,000    [ ] $1,001 - $10,000
- [x] $10,001 - $100,000    [ ] OVER $100,000

SOURCES OF RENTAL INCOME: If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.
- [ ] None
Katrina Archer

---

► ASSESSOR'S PARCEL NUMBER OR STREET ADDRESS

CITY

FAIR MARKET VALUE
- [ ] $2,000 - $10,000
- [ ] $10,001 - $100,000
- [ ] $100,001 - $1,000,000
- [ ] Over $1,000,000

IF APPLICABLE, LIST DATE:
___/___/14 ACQUIRED    ___/___/14 DISPOSED

NATURE OF INTEREST
- [ ] Ownership/Deed of Trust    [ ] Easement
- [ ] Leasehold _____ Yrs. remaining    [ ] _____ Other

IF RENTAL PROPERTY, GROSS INCOME RECEIVED
- [ ] $0 - $499    [ ] $500 - $1,000    [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000    [ ] OVER $100,000

SOURCES OF RENTAL INCOME: If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.
- [ ] None

---

\* You are not required to report loans from commercial lending institutions made in the lender's regular course of business on terms available to members of the public without regard to your official status.  Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

NAME OF LENDER*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF LENDER

INTEREST RATE    TERM (Months/Years)
_____% [ ] None

HIGHEST BALANCE DURING REPORTING PERIOD
- [ ] $500 - $1,000    [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000    [ ] OVER $100,000
- [ ] Guarantor, if applicable

---

NAME OF LENDER*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF LENDER

INTEREST RATE    TERM (Months/Years)
_____% [ ] None

HIGHEST BALANCE DURING REPORTING PERIOD
- [ ] $500 - $1,000    [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000    [ ] OVER $100,000
- [ ] Guarantor, if applicable

---

Comments: _____

FPPC Form 700 (2014/2015) Sch. B
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

Casino_2050756

## SCHEDULE C
## Income, Loans, & Business Positions
### (Other than Gifts and Travel Payments)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name

Jose Huizar

---

**▶ 1. INCOME RECEIVED**

NAME OF SOURCE OF INCOME

Vanderford & Ruiz, LLP

ADDRESS *(Business Address Acceptable)*

221 E. Walnut St., #106, Pasadena CA 91101

BUSINESS ACTIVITY, IF ANY, OF SOURCE

Law Firm

YOUR BUSINESS POSITION

n/a

GROSS INCOME RECEIVED

☐ $500 - $1,000　　　　☐ $1,001 - $10,000
☒ $10,001 - $100,000　☐ OVER $100,000

CONSIDERATION FOR WHICH INCOME WAS RECEIVED

☐ Salary　　☒ Spouse's or registered domestic partner's income
　　　　　　　(For self-employed use Schedule A-2.)

☐ Partnership (Less than 10% ownership. For 10% or greater use
　　Schedule A-2.)

☐ Sale of _____
　　　　　　　　　*(Real property, car, boat, etc.)*

☐ Loan repayment

☐ Commission or　☐ Rental Income, *list each source of $10,000 or more*

_____
　　　　　　　*(Describe)*
☐ Other _____
　　　　　　　*(Describe)*

**▶ 1. INCOME RECEIVED**

NAME OF SOURCE OF INCOME

Bishop Mora Salesian High School

ADDRESS *(Business Address Acceptable)*

960 S. Soto St., Los Angeles, CA 90023

BUSINESS ACTIVITY, IF ANY, OF SOURCE

Private School

YOUR BUSINESS POSITION

n/a

GROSS INCOME RECEIVED

☐ $500 - $1,000　　　　☐ $1,001 - $10,000
☒ $10,001 - $100,000　☐ OVER $100,000

CONSIDERATION FOR WHICH INCOME WAS RECEIVED

☐ Salary　　☒ Spouse's or registered domestic partner's income
　　　　　　　(For self-employed use Schedule A-2.)

☐ Partnership (Less than 10% ownership. For 10% or greater use
　　Schedule A-2.)

☐ Sale of _____
　　　　　　　　　*(Real property, car, boat, etc.)*

☐ Loan repayment

☐ Commission or　☐ Rental Income, *list each source of $10,000 or more*

_____
　　　　　　　*(Describe)*
☐ Other _____
　　　　　　　*(Describe)*

---

**▶ 2. LOANS RECEIVED OR OUTSTANDING DURING THE REPORTING PERIOD**

\* You are not required to report loans from commercial lending institutions, or any indebtedness created as part of a retail installment or credit card transaction, made in the lender's regular course of business on terms available to members of the public without regard to your official status. Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

NAME OF LENDER*

_____

ADDRESS *(Business Address Acceptable)*

_____

BUSINESS ACTIVITY, IF ANY, OF LENDER

_____

HIGHEST BALANCE DURING REPORTING PERIOD

☐ $500 - $1,000

☐ $1,001 - $10,000

☐ $10,001 - $100,000

☐ OVER $100,000

INTEREST RATE

_____%　☐ None

SECURITY FOR LOAN

☐ None　　　☐ Personal residence

☐ Real Property _____
　　　　　　　　　　　　*Street address*

_____
　　　　　　　　　　　　*City*

☐ Guarantor _____

☐ Other _____
　　　　　　　　　*(Describe)*

TERM (Months/Years)

_____

Comments: _____

FPPC Form 700 (2014/2015) Sch. C
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

Casino_2050757

## SCHEDULE D
## Income – Gifts

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name

Jose Huizar

▶ NAME OF SOURCE *(Not an Acronym)*

Central City Association

ADDRESS *(Business Address Acceptable)*

626 Wilshire Blvd., Ste. 200, Los Angeles, CA 90017

BUSINESS ACTIVITY, IF ANY, OF SOURCE

n/a

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 05 / 15 / 14 | $ 50.00 | Event Ticket |
| __ / __ / __ | $ | |
| __ / __ / __ | $ | |

▶ NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| __ / __ / __ | $ | |
| __ / __ / __ | $ | |
| __ / __ / __ | $ | |

▶ NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| __ / __ / __ | $ | |
| __ / __ / __ | $ | |
| __ / __ / __ | $ | |

▶ NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| __ / __ / __ | $ | |
| __ / __ / __ | $ | |
| __ / __ / __ | $ | |

▶ NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| __ / __ / __ | $ | |
| __ / __ / __ | $ | |
| __ / __ / __ | $ | |

▶ NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| __ / __ / __ | $ | |
| __ / __ / __ | $ | |
| __ / __ / __ | $ | |

Comments: _____

_____

FPPC Form 700 (2014/2015) Sch. D
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

Casino_2050758