# CALIFORNIA FORM 700
**FAIR POLITICAL PRACTICES COMMISSION**
**A PUBLIC DOCUMENT**

## STATEMENT OF ECONOMIC INTERESTS
### COVER PAGE

Date Initial Filing Received

*Please type or print in ink.*

2018 APR -2 AM 11: 29

**NAME OF FILER** (LAST) (FIRST) (MIDDLE)

Huizar    Jose    CITY CLERK Luis ~IN SVC

### 1. Office, Agency, or Court

Agency Name *(Do not use acronyms)*
**City of Los Angeles**

LOS ANGELES CITY
ETHICS COMMISSION

APR 0 2 2018

Division, Board, Department, District, if applicable: **District 14**
Your Position: **Councilmember**

**RECEIVED**

▶ If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: **S. CA Assoc. of Gov'ts, Grand Ave. JPA, L.A.**    Position: **Member**

### 2. Jurisdiction of Office *(Check at least one box)*

☐ State
☒ Multi-County **LA, OC, SB, Ventura, Riverside, Imperial**
☐ City of _____

☐ Judge or Court Commissioner (Statewide Jurisdiction)
☐ County of _____
☐ Other _____

### 3. Type of Statement *(Check at least one box)*

☒ **Annual:** The period covered is January 1, 2017, through December 31, 2017.
-or-
☐ The period covered is ___/___/___, through December 31, 2017.

☐ **Assuming Office:** Date assumed ___/___/___

☐ **Leaving Office:** Date Left ___/___/___
*(Check one)*
○ The period covered is January 1, 2017, through the date of leaving office.
-or-
○ The period covered is ___/___/___, through the date of leaving office.

☐ **Candidate:** Date of Election _____ and office sought, if different than Part 1: _____

### 4. Schedule Summary (must complete)   ▶ Total number of pages including this cover page: **4**

**Schedules attached**

☐ Schedule A-1 - *Investments* – schedule attached
☐ Schedule A-2 - *Investments* – schedule attached
☒ Schedule B - *Real Property* – schedule attached

☒ Schedule C - *Income, Loans, & Business Positions* – schedule attached
☒ Schedule D - *Income – Gifts* – schedule attached
☐ Schedule E - *Income – Gifts – Travel Payments* – schedule attached

-or-

☐ **None** - *No reportable interests on any schedule*

### 5.

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a pu[blic document].

I certify under penalty of perjury under the laws of the State of California that the [foregoing is true and correct.]

Date Signed **3/30/2018**
*(month, day, year)*

Signature _____
*(filing official)*

Form 700 (2017/2018)
il: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE B
## Interests in Real Property
(Including Rental Income)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Huizar

---

► **ASSESSOR'S PARCEL NUMBER OR STREET ADDRESS**
4903 La Calandria Way

**CITY**
Los Angeles, CA 90032

**FAIR MARKET VALUE**
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☒ $100,001 - $1,000,000
☐ Over $1,000,000

**IF APPLICABLE, LIST DATE:**
__/__/17 ACQUIRED
__/__/17 DISPOSED

**NATURE OF INTEREST**
☒ Ownership/Deed of Trust
☐ Easement
☐ Leasehold _____ Yrs. remaining
☐ _____ Other

**IF RENTAL PROPERTY, GROSS INCOME RECEIVED**
☐ $0 - $499   ☐ $500 - $1,000   ☐ $1,001 - $10,000
☒ $10,001 - $100,000   ☐ OVER $100,000

**SOURCES OF RENTAL INCOME:** If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.
☐ None
Jacqueline Pasillas

---

► **ASSESSOR'S PARCEL NUMBER OR STREET ADDRESS**

**CITY**

**FAIR MARKET VALUE**
☐ $2,000 - $10,000
☐ $10,001 - $100,000
☐ $100,001 - $1,000,000
☐ Over $1,000,000

**IF APPLICABLE, LIST DATE.**
__/__/17 ACQUIRED
__/__/17 DISPOSED

**NATURE OF INTEREST**
☐ Ownership/Deed of Trust
☐ Easement
☐ Leasehold _____ Yrs. remaining
☐ _____ Other

**IF RENTAL PROPERTY, GROSS INCOME RECEIVED**
☐ $0 - $499   ☐ $500 - $1,000   ☐ $1,001 - $10,000
☐ $10,001 - $100,000   ☐ OVER $100,000

**SOURCES OF RENTAL INCOME:** If you own a 10% or greater interest, list the name of each tenant that is a single source of income of $10,000 or more.
☐ None

---

\* You are not required to report loans from commercial lending institutions made in the lender's regular course of business on terms available to members of the public without regard to your official status. Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

**NAME OF LENDER\***

**ADDRESS** (Business Address Acceptable)

**BUSINESS ACTIVITY, IF ANY, OF LENDER**

**INTEREST RATE**     **TERM** (Months/Years)
_____%   ☐ None   _____

**HIGHEST BALANCE DURING REPORTING PERIOD**
☐ $500 - $1,000        ☐ $1,001 - $10,000
☐ $10,001 - $100,000   ☐ OVER $100,000
☐ Guarantor, if applicable

**NAME OF LENDER\***

**ADDRESS** (Business Address Acceptable)

**BUSINESS ACTIVITY, IF ANY, OF LENDER**

**INTEREST RATE**     **TERM** (Months/Years)
_____%   ☐ None   _____

**HIGHEST BALANCE DURING REPORTING PERIOD**
☐ $500 - $1,000        ☐ $1,001 - $10,000
☐ $10,001 - $100,000   ☐ OVER $100,000
☐ Guarantor, if applicable

---

**Comments:** _____

FPPC Form 700 (2017/2018) Sch. B
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

## SCHEDULE C
## Income, Loans, & Business Positions
(Other than Gifts and Travel Payments)

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Huizar

### ▶ 1. INCOME RECEIVED

**NAME OF SOURCE OF INCOME**
Vanderford & Ruiz, LLP

**ADDRESS** (Business Address Acceptable)
221 E Walnut Street, #106 Pasadena, CA 91101

**BUSINESS ACTIVITY, IF ANY, OF SOURCE**
Law Firm

**YOUR BUSINESS POSITION**
n/a

**GROSS INCOME RECEIVED**
- [ ] No Income - Business Position Only
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [x] $10,001 - $100,000
- [ ] OVER $100,000

**CONSIDERATION FOR WHICH INCOME WAS RECEIVED**
- [ ] Salary
- [x] Spouse's or registered domestic partner's income (For self-employed use Schedule A-2.)
- [ ] Partnership (Less than 10% ownership. For 10% or greater use Schedule A-2.)
- [ ] Sale of _____ (Real property, car, boat, etc.)
- [ ] Loan repayment
- [ ] Commission or [ ] Rental Income, list each source of $10,000 or more
_____ (Describe)
- [ ] Other _____ (Describe)

### ▶ 1. INCOME RECEIVED

**NAME OF SOURCE OF INCOME**

**ADDRESS** (Business Address Acceptable)

**BUSINESS ACTIVITY, IF ANY, OF SOURCE**

**YOUR BUSINESS POSITION**

**GROSS INCOME RECEIVED**
- [ ] No Income - Business Position Only
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**CONSIDERATION FOR WHICH INCOME WAS RECEIVED**
- [ ] Salary
- [ ] Spouse's or registered domestic partner's income (For self-employed use Schedule A-2.)
- [ ] Partnership (Less than 10% ownership. For 10% or greater use Schedule A-2.)
- [ ] Sale of _____ (Real property, car, boat, etc.)
- [ ] Loan repayment
- [ ] Commission or [ ] Rental Income, list each source of $10,000 or more
_____ (Describe)
- [ ] Other _____ (Describe)

### ▶ 2. LOANS RECEIVED OR OUTSTANDING DURING THE REPORTING PERIOD

* You are not required to report loans from commercial lending institutions, or any indebtedness created as part of a retail installment or credit card transaction, made in the lender's regular course of business on terms available to members of the public without regard to your official status. Personal loans and loans received not in a lender's regular course of business must be disclosed as follows:

**NAME OF LENDER***

**ADDRESS** (Business Address Acceptable)

**BUSINESS ACTIVITY, IF ANY, OF LENDER**

**HIGHEST BALANCE DURING REPORTING PERIOD**
- [ ] $500 - $1,000
- [ ] $1,001 - $10,000
- [ ] $10,001 - $100,000
- [ ] OVER $100,000

**INTEREST RATE**     **TERM** (Months/Years)
_____ %   [ ] None   _____

**SECURITY FOR LOAN**
- [ ] None   [ ] Personal residence
- [ ] Real Property _____ Street address
_____ City
- [ ] Guarantor _____
- [ ] Other _____ (Describe)

**Comments:** _____

FPPC Form 700 (2017/2018) Sch. C
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772  www.fppc.ca.gov

Exhibit 7E
Page 3 of 4

Casino_2050769

SCHEDULE D
Income – Gifts

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION

Name: Jose Huizar

▶ NAME OF SOURCE *(Not an Acronym)*
NBCUniversal
ADDRESS *(Business Address Acceptable)*
100 Universal City Plaza, 1280 Universal City, CA 91608
BUSINESS ACTIVITY, IF ANY, OF SOURCE
Entertainment

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 6/25/2017 | $85.00 | Screening Tickets |
| / / | $ | |
| / / | $ | |

▶ NAME OF SOURCE *(Not an Acronym)*
Councilmember Herb Wesson
ADDRESS *(Business Address Acceptable)*
200 N. Spring Street, Suite 430, Los Angeles, CA 90012
BUSINESS ACTIVITY, IF ANY, OF SOURCE
Christmas Gift

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 12/27/2017 | $50.00 | Champagne |
| / / | $ | |
| / / | $ | |

▶ NAME OF SOURCE *(Not an Acronym)*
Councilmember Nury Martinez
ADDRESS *(Business Address Acceptable)*
200 N. Spring Street, Suite 470 Los Angeles, CA 90012
BUSINESS ACTIVITY, IF ANY, OF SOURCE
Christmas Gift

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| 12/28/2017 | $50.00 | Tie |
| / / | $ | |
| / / | $ | |

▶ NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| / / | $ | |
| / / | $ | |
| / / | $ | |

▶ NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| / / | $ | |
| / / | $ | |
| / / | $ | |

▶ NAME OF SOURCE *(Not an Acronym)*

ADDRESS *(Business Address Acceptable)*

BUSINESS ACTIVITY, IF ANY, OF SOURCE

| DATE (mm/dd/yy) | VALUE | DESCRIPTION OF GIFT(S) |
|---|---|---|
| / / | $ | |
| / / | $ | |
| / / | $ | |

Comments: _____

FPPC Form 700 (2017/2018) Sch. D
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Exhibit 7E
Page 4 of 4

Casino_2050770