**CALIFORNIA FORM 700**
**FAIR POLITICAL PRACTICES COMMISSION**
**A PUBLIC DOCUMENT**

Please type or print in ink.

# STATEMENT OF ECONOMIC INTERESTS
## COVER PAGE

Date Received
Official Use Only

Filed Date: 04/01/2014 12:13 PM
SAN: 011300006-STH-0006

**NAME OF FILER** (LAST): Chan   (FIRST): Raymond   (MIDDLE): S

### 1. Office, Agency, or Court

Agency Name (Do not use acronyms): Building and Safety, Department of

Division, Board, Department, District, if applicable:

Your Position: General Manager

▶ If filing for multiple positions, list below or on an attachment. (Do not use acronyms)

Agency: SEE ATTACHED LIST    Position: _____

### 2. Jurisdiction of Office (Check at least one box)

- [ ] State
- [ ] Multi-County _____
- [x] City of Los Angeles
- [ ] Judge or Court Commissioner (Statewide Jurisdiction)
- [ ] County of _____
- [ ] Other _____

### 3. Type of Statement (Check at least one box)

- [x] **Annual:** The period covered is January 1, 2013, through December 31, 2013.
  -or-
  The period covered is 05 / 10 / 2013, through December 31, 2013.
- [ ] **Assuming Office:** Date assumed ___/___/___
- [ ] **Leaving Office:** Date Left ___/___/___
  (Check one)
  ○ The period covered is January 1, 2013, through the date of leaving office.
  ○ The period covered is ___/___/___, through the date of leaving office.
- [ ] **Candidate:** Election year _____ and office sought, if different than Part 1: _____

### 4. Schedule Summary

Check applicable schedules or "None."

▶ Total number of pages including this cover page: 2

- [ ] Schedule A-1 - *Investments* – schedule attached
- [ ] Schedule A-2 - *Investments* – schedule attached
- [ ] Schedule B - *Real Property* – schedule attached
- [ ] Schedule C - *Income, Loans, & Business Positions* – schedule attached
- [ ] Schedule D - *Income – Gifts* – schedule attached
- [ ] Schedule E - *Income – Gifts – Travel Payments* – schedule attached

-or-
- [x] **None** - *No reportable interests on any schedule*

### 5. Verification

MAILING ADDRESS   STREET: 201 N. Figueroa Street
(Business or Agency Address Recommended - Public Document)
CITY: Los Angeles   STATE: CA   ZIP CODE: 90012
DAYTIME TELEPHONE NUMBER: ( )
E-MAIL ADDRESS (OPTIONAL): RAYMOND.CHAN@LACITY.ORG

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date Signed: 04/01/2014 12:13 PM
(month, day, year)
Signature: Electronic Submission
(File the originally signed statement with your filing official.)

FPPC Form 700 (2013/2014)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Exhibit 203A
Page 1 of 2

# STATEMENT OF ECONOMIC INTERESTS
## COVER PAGE
## EXPANDED STATEMENT LIST



**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
Name: Raymond Chan

| Agency | Position or Title | Jurisdiction | Type of Statement | Period Covered |
|---|---|---|---|---|
| Building and Safety, Department of | Executive Officer | City of Los Angeles | Annual | 01/01/13 - 05/09/13 |