*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*
Case 2:20-cr-00326-JFW   Document 905-13   Filed 01/13/23   Page 1 of 1   Page ID #:21351

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
A PUBLIC DOCUMENT

**STATEMENT OF ECONOMIC INTERESTS**
**COVER PAGE**

LOS ANGELES CITY ETHICS COMMISSION
MAR 31 2016
RECEIVED

Date Initial Filing Received
Official Use Only

Please type or print in ink.

**NAME OF FILER** (LAST) CHAN  (FIRST) Raymond  (MIDDLE) S

### 1. Office, Agency, or Court

Agency Name *(Do not use acronyms)*
Building and Safety

Division, Board, Department, District, if applicable

Your Position: General Manager

▶ If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: _____  Position: _____

### 2. Jurisdiction of Office *(Check at least one box)*

- [ ] State
- [ ] Multi-County _____
- [✓] City of Los Angeles
- [ ] Judge or Court Commissioner (Statewide Jurisdiction)
- [ ] County of _____
- [ ] Other _____

### 3. Type of Statement *(Check at least one box)*

- [✓] **Annual:** The period covered is January 1, 2015, through December 31, 2015.
  -or-
  The period covered is __/__/____, through December 31, 2015.
- [ ] **Assuming Office:** Date assumed __/__/____
- [ ] **Leaving Office:** Date Left __/__/____
  (Check one)
  ○ The period covered is January 1, 2015, through the date of leaving office.
  -or-
  ○ The period covered is __/__/____, through the date of leaving office.
- [ ] **Candidate:** Election year _____ and office sought, if different than Part 1: _____

### 4. Schedule Summary *(must complete)*   ▶ Total number of pages including this cover page: ___

**Schedules attached**

- [ ] Schedule A-1 - *Investments* – schedule attached
- [ ] Schedule A-2 - *Investments* – schedule attached
- [ ] Schedule B - *Real Property* – schedule attached
- [ ] Schedule C - *Income, Loans, & Business Positions* – schedule attached
- [ ] Schedule D - *Income – Gifts* – schedule attached
- [ ] Schedule E - *Income – Gifts – Travel Payments* – schedule attached

-or-

- [✓] **None** - No reportable interests on any schedule

### 5. Verification

MAILING ADDRESS STREET *(Business or Agency Address Recommended - Public Document)*: 201 N. Figueroa Street
CITY: Los Angeles
STATE: CA
ZIP CODE: 90012

DAYTIME TELEPHONE NUMBER: ( 213 ) 482-6800
E-MAIL ADDRESS: raymond.chan@lacity.org

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date Signed: 03/22/2016
*(month, day, year)*

Signature: *(signed)*
*(File the originally signed statement with your filing official.)*

FPPC Form 700 (2015/2016)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Exhibit 203C
Page 1 of 1

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Casino_0724680