*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*
Case 2:20-cr-00326-JFW   Document 905-14   Filed 01/13/23   Page 1 of 1   Page ID #:21352

**CALIFORNIA FORM 700**
FAIR POLITICAL PRACTICES COMMISSION
**A PUBLIC DOCUMENT**

*Please type or print in ink.*

# STATEMENT OF ECONOMIC INTERESTS
## COVER PAGE

Date Initial Filing Received
*Official Use Only*

Filed Date: 03/30/2017 02:17 PM
SAN: 011300006-STH-0006

**NAME OF FILER** (LAST): Chan   (FIRST): Raymond   (MIDDLE): S

### 1. Office, Agency, or Court

Agency Name *(Do not use acronyms)*: Mayor, Office of the

Division, Board, Department, District, if applicable:

Your Position: Deputy Mayor

▶ If filing for multiple positions, list below or on an attachment. *(Do not use acronyms)*

Agency: _____  Position: _____

### 2. Jurisdiction of Office *(Check at least one box)*

☐ State
☐ Multi-County _____
☒ City of Los Angeles
☐ Judge or Court Commissioner (Statewide Jurisdiction)
☐ County of _____
☐ Other _____

### 3. Type of Statement *(Check at least one box)*

☒ **Annual:** The period covered is January 1, 2016, through December 31, 2016.
-or-
The period covered is 06/27/2016, through December 31, 2016.

☐ **Assuming Office:** Date assumed ___/___/___

☐ **Leaving Office:** Date Left ___/___/___
*(Check one)*
○ The period covered is January 1, 2016, through the date of leaving office.
-or-
○ The period covered is ___/___/___, through the date of leaving office.

☐ **Candidate:** Election year _____ and office sought, if different than Part 1: _____

### 4. Schedule Summary (must complete)
▶ Total number of pages including this cover page: **1**

*Schedules attached*

☐ Schedule A-1 - *Investments* – schedule attached
☐ Schedule A-2 - *Investments* – schedule attached
☐ Schedule B - *Real Property* – schedule attached
☐ Schedule C - *Income, Loans, & Business Positions* – schedule attached
☐ Schedule D - *Income – Gifts* – schedule attached
☐ Schedule E - *Income – Gifts – Travel Payments* – schedule attached

-or-

☒ **None** - *No reportable interests on any schedule*

### 5. Verification

MAILING ADDRESS STREET *(Business or Agency Address Recommended - Public Document)*: 200 North Spring Street, Room 303
CITY: Los Angeles
STATE: CA
ZIP CODE: 90012

DAYTIME TELEPHONE NUMBER: (213) 978-0600
E-MAIL ADDRESS: RAYMOND.CHAN@LACITY.ORG

I have used all reasonable diligence in preparing this statement. I have reviewed this statement and to the best of my knowledge the information contained herein and in any attached schedules is true and complete. I acknowledge this is a public document.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date Signed: 03/30/2017 02:17 PM *(month, day, year)*
Signature: Electronic Submission *(File the originally signed statement with your filing official.)*

FPPC Form 700 (2016/2017)
FPPC Advice Email: advice@fppc.ca.gov
FPPC Toll-Free Helpline: 866/275-3772 www.fppc.ca.gov

Exhibit 203D
Page 1 of 1

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials    Casino_0724681