LOS ANGELES CITY
ETHICS COMMISSION

APR  8 2014

RECEIVED



**City Ethics Commission**
200 N Spring Street
City Hall — 24th Floor
Los Angeles, CA 90012
Mail Stop 129
(213) 978-1960

# Restricted Source
# Financial Disclosure Statement
# CEC Form 60

*Elected City officials, general managers and chief administrative officers of City agencies, members of City boards and commissions, and individuals nominated to positions subject to City Council approval must file this form in conjunction with the state Form 700. Please refer to the attached instructions for additional information.*

☒ **Original Filing**  ☐ **Amended Filing** (original filed on _1_ / _1_ / 20 _13_ )   **Total Pages:** _2_

**Name:** _CHAN, Raymond S._
(Last, First, Middle)

**Agency:** _Building + Safety_   **Position:** _Interim · General Manager_

**Phone:** _(213) 482-6800_   **Email:** _Raymond.chan@lacity.org_

**Type of Statement:**
☐ Pre-confirmation   Date of nomination: ___ / ___ / 20 _14_
☐ Assuming Office   First day in position: ___ / ___ / 20 _14_
☒ Annual   _1_ / _1_ / 20 _13_ through December 31, 20 _13_
☐ Leaving Office   Last day in office: ___ / ___ / 20 _14_

---

**I had the following interests associated with restricted sources during this reporting period:**

☐ **1. REAL PROPERTY**

The following interest in real property was leased from or to, co-owned by, purchased from, or sold to a restricted source.

Name of restricted source: _____

Address of restricted source: _____

Address or assessor's parcel number of real property: _____

Interest co-owned/purchased/sold by/leased by or to:  ☐ Me  ☐ My spouse/registered domestic partner
☐ My dependent child

Interest was: ☐ Leased  ☐ Co-owned  ☐ Purchased (date: ___ / ___ / 20 ___ )  ☐ Sold (date: ___ / ___ / 20 ___ )

Nature of interest: ☐ Ownership/Deed or Trust  ☐ Easement  ☐ Leasehold (years remaining: _____ )
☐ Other: _____

Value of interest:  ☐ $2,000–$10,000  ☐ $10,001–$100,000  ☐ $100,001–$1,000,000  ☐ Over $1,000,000

Do you have additional real property interests to report?  ☐ No  ☐ Yes, and _____ additional pages are attached.

☐ **2. INVESTMENTS**

The following investments (other than real property) were co-owned by, purchased from, or sold to a restricted source.

Name of restricted source: _____

Address of restricted source: _____

Name of investment: _____

Nature of investment:  ☐ Stock  ☐ Partnership  ☐ Other _____

Investment co-owned/purchased/sold by:  ☐ Me  ☐ My spouse/registered domestic partner  ☐ My dependent child

Investment was:  ☐ Co-owned  ☐ Purchased (date: ___ / ___ / 20 ___ )  ☐ Sold (date: ___ / ___ / 20 ___ )

Value of investment: ☐ $2,000–$10,000  ☐ $10,001–$100,000  ☐ $100,001–$1,000,000  ☐ Over $1,000,000

Do you have additional investments to report?  ☐ No  ☐ Yes, and _____ additional pages are attached.

Exhibit 204A
Page 1 of 2

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Casino_0724669

City Ethics Commission
200 N Spring Street
City Hall – 24th Floor
Los Angeles, CA 90012
Mail Stop 129
(213) 978-1960

# Restricted Source
# Financial Disclosure Statement
# CEC Form 60

## 3. INCOME

The following income was received from a restricted source.

Name of restricted source: _____

Address of restricted source: _____

Business activity of source: _____

Your business position: _____

Income received by:   ☐ Me   ☐ My spouse/registered domestic partner   ☐ My dependent child

Value of income:   ☐ $500–$1,000   ☐ $1,001–$10,000   ☐ $10,001–$100,000   ☐ Over $100,000

Income was:   ☐ Salary/Commission   ☐ Loan repayment   ☐ Rental income   ☐ Sale of _____

☐ Other: _____   (e.g., car, boat, etc.)

Do you have additional income to report?   ☐ No   ☐ Yes, and _____ additional pages are attached.

## 4. GIFTS

The following gifts cumulatively valued at $50 or more were received from a restricted source.

Name of restricted source: _____

Address of restricted source: _____

Business activity of source: _____

Gifts received by:   ☐ Me   ☐ My spouse/registered domestic partner   ☐ My dependent child

Dates received:   _____ / _____ / 20 ____;   _____ / _____ / 20 ____   Value of gifts: _____

Description of gifts: _____

Do you have additional gifts to report?   ☐ No   ☐ Yes, and _____ additional pages are attached.

## 5. BOARD POSITIONS

The following position was held on the board of a restricted source.

Position title: _____

Name of restricted source: _____

Address of restricted source: _____

Position held by:   ☐ Me   ☐ My spouse/registered domestic partner   ☐ My dependent child

Do you have additional positions to report?   ☐ No   ☐ Yes, and _____ additional pages are attached.

## 6. NO INTERESTS

I had no reportable interests in real property, investments, income, gifts, or board positions associated with restricted sources during this reporting period.

### Certification

*I declare under penalty of perjury under the laws of the City of Los Angeles and the state of California that the information in this form is true and complete.*

_____4/1/14_____          _____
Date                              Signature

February 2014          Los Angeles Municipal Code §§ 49.5.2, 49.5.9, 49.5.10          Page 2 of 2

Exhibit 204A
Page 2 of 2