*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*
Case 2:20-cr-00326-JFW   Document 905-17   Filed 01/13/23   Page 1 of 1   Page ID #:21357

LOS ANGELES CITY
ETHICS COMMISSION

MAR 31 2016
RECEIVED

**Ethics Commission**
200 N Spring Street
City Hall — 24th Floor
Los Angeles, CA 90012
(213) 978-1960
ethics.lacity.org

# Restricted Source Financial Disclosure Statement
## Form 60

*Elected City officials, general managers and chief administrative officers of City agencies, members of City boards and commissions, and individuals nominated to positions subject to City Council approval must file this form in conjunction with the state Form 700. Please refer to the attached instructions for additional information.*

☑ **Original Filing**   ☐ **Amended Filing** (original filed on ___/___/20___)   **Total Pages:** _____

**Name:** (Last, First, Middle) CHAN, Raymond S

**Agency:** Building and Safety   **Position:** General Manager

**Phone:** 213-482-6800   **Email:** raymond.chan@lacity.org

**Type of Statement:**
- ☐ Pre-confirmation — Date of nomination: ___/___/20 16
- ☐ Assuming Office — First day in position: ___/___/20 16
- ☑ Annual — 01/01/20 15 through December 31, 20 15
- ☐ Leaving Office — Last day in office: ___/___/20___

**I had the following interests associated with restricted sources during this reporting period:**

☐ 1. **REAL PROPERTY** — *section attached.*
Interests in real property leased from or to, co-owned by, purchased from, or sold to a restricted source.

☐ 2. **INVESTMENTS** — *section attached.*
Investments (other than real property) co-owned by, purchased from, or sold to a restricted source.

☐ 3. **INCOME** — *section attached.*
Income received from a restricted source.

☐ 4. **GIFTS** — *section attached.*
Gifts, cumulatively valued at $50 or more, received from a restricted source.

☐ 5. **BOARD POSITIONS** — *section attached.*
Positions held on the board of a restricted source.

- Or -

☑ 6. **NO INTERESTS**
I had no interests in real property, investments, income, gifts, or board positions associated with restricted sources during this reporting period.

**Certification**
*I declare under penalty of perjury under the laws of the City of Los Angeles and the state of California that I have read the instructions for this form and the information I have provided is true and complete.*

03/22/16
Date                                         Signature

January 2016                 Los Angeles Municipal Code §§ 49.5.2, 49.5.9, 49.5.10

Exhibit 204C
Page 1 of 1

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                    Casino_0724679