UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                         Dated: January 18, 2023

===============================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Cassie D. Palmer |
| | | Susan S. Har |
| | | Asst. U.S. Attorney |
| | | Not Present |

===============================================================

U.S.A. vs (Dfts listed below) - **Not Present**         Attorneys for Defendants - **Not Present**

1. José Luis Huizar                                             1. Carel Ale, DFPD; Charles James Snyder, DFPD
2. Raymond She Wah Chan                              2. Harland W Braun, Retained

_____

**PROCEEDINGS (IN CHAMBERS):**        **ORDER RE: OBJECTIONS IN JOINT PRETRIAL EXHIBIT STIPULATION**

   To assist the Court in ruling on the extraordinary number of objections in the Joint Pretrial Exhibit Stipulation filed on January 17, 2023 (Docket No. 907), the Court orders counsel for the Government and Defendants José Luis Huizar and Raymond She Wah Chan (collectively, "Defendants") to meet and confer, in person, to resolve the objections to the exhibits.  Prior to the conference, counsel shall exchange the exhibits that are identified in the Joint Pre-Trial Exhibit Stipulation.  At the conference, counsel shall review each of the exhibits to which there is an objection and attempt to resolve the objection.  After the conference, counsel shall, on or before **February 1, 2023**, file a joint statement advising the Court that all of the objections have been resolved.  In the unlikely event that the parties cannot resolve all of the objections, the parties shall, on or before **February 1, 2023**, file a joint statement in the following format:

**JOINT STATEMENT RE: OBJECTIONS IN JOINT PRETRIAL EXHIBIT STIPULATION**

   The parties were able to resolve the objections identified in the Joint Pretrial Exhibit Stipulation as to Exhibit Nos. [e.g., 9 through 14 etc.].  The parties were not able to resolve the objections identified in the Joint Pretrial Exhibit Stipulation as to the following Exhibits:

Initials of Deputy Clerk   sr

**Government's Exhibit  #44:**  [Description and identity of exhibit from stipulation ]

    **Defendant's Grounds for the Objection:**  [Cite the grounds and authority for the objection, e.g., hearsay . . . .]

    **Government's Response to the Objection**:  [e.g., This document is not hearsay under Federal Rule of Evidence 801(d)(2)(A) because . . . . ]

    **Defendant's Response:**  [e.g., This document does not meet the requirements of Federal Rule of Evidence 801(d)(2)(A) because . . . .]

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr