UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 20-326(A)-JFW**                                                      Dated: January 20, 2023
================================================================================
**PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | Miranda Algorri | **Asst. U.S. Attorneys Present for the Government** |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | Mack Eric Jenkins<br>Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein |

================================================================================

**USA vs (Dft Present listed below)**              **Retained Counsel Present for Defendant**

2.   Raymond She Wah Chan (Bond)              2.   Harland W. Braun

PROCEEDINGS:   **STATUS CONFERENCE**

**JOINT MOTION IN LIMINE NO. 8: GOVERNMENT'S MOTION TO EXCLUDE IMPROPER REFERENCE OF ALLEGED RACIAL BIAS [888] Filed 12/19/22**

Case called, and counsel make their appearance. Also present at defense table is Jeremy Chan.

Court and counsel discuss pretrial and trial issues as to Raymond Chan.

Court discusses Motion in Limine No. 8.

For the reasons stated on the record, the Court sets a further status conference for January 25, 2023 at 8:00 a.m.

The Jury Trial as to Raymond Chan remains set for February 21, 2023 at 8:30 a.m.

CC: USPO/PSA

Initials of Deputy Clerk  sr
0/55