UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 20-326(A)-JFW**                                             Dated: January 25, 2023
=========================================================================
**PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | Miranda Algorri | **Asst. U.S. Attorneys Present for the Government** |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | Mack Eric Jenkins<br>Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein |

=========================================================================
**USA vs (Dft Present listed below)**                **Retained Counsel Present for Defendant**

2.   Raymond She Wah Chan (Bond)          2.   Harland W. Braun

PROCEEDINGS:     **STATUS CONFERENCE**

Case called, and counsel make their appearance.

Court and counsel discuss pretrial and trial issues.

The Jury Trial as to Raymond Chan remains set for February 21, 2023 at 8:30 a.m.

CC: USPO/PSA

Initials of Deputy Clerk  sr