UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No. **CR 20-326(A) JFW**
                                )
                 Plaintiff,     )   **ORDER RE: DEFENDANT RAYMOND**
                                )   **SHE WAH CHAN'S WITNESSES**
         v.                     )
                                )
                                )
RAYMOND SHE WAH CHAN            )
                                )
                                )
                 Defendants.    )
_____ )

The above matter is set for trial on February 21, 2023 before the Honorable John F. Walter, Courtroom 7A, United States Courthouse.  In addition to the filing deadlines required by the Court, the Court orders the following:

Defendant Raymond She Wah Chan ("Defendant") shall prepare a Pre-Trial Witness List identifying the witnesses Defendant intends to call during trial in the order that the witnesses will be called, including a brief summary of each witness's expected testimony and an estimate of the length of time needed for direct examination.  Defendant shall file his Pre-Trial Witness List on or before **February 13, 2023**. The

1   Government shall file, no later than **February 15, 2023**, a

2   response to the Defendant's Pre-Trial Witness List

3   identifying the approximate length of time counsel anticipate

4   they will need for cross-examination of the Defendant's

5   witnesses.

6        IT IS SO ORDERED.

7

8   Dated: January 25, 2023

                                   JOHN F. WALTER
9                                  UNITED STATES DISTRICT JUDGE