UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **CR 20-326(A) JFW** |
| Plaintiff, | **ORDER RE: DEFENDANT RAYMOND SHE WAH CHAN'S TRIAL EXHIBITS** |
| v. | |
| RAYMOND SHE WAH CHAN, | |
| Defendant. | |

The above matter is set for trial on February 21, 2023 before the Honorable John F. Walter, Courtroom 7A, United States Courthouse. In addition to the filing deadlines required by the Court, the Court orders the following:[1]

1. Defendant Raymond She Wah Chan ("Defendant") shall prepare (but not file) a Pre-Trial Exhibit List which shall contain a numbered list of all of the exhibits Defendant

---

[1] The Pre-Trial Exhibit List and Joint Pre-Trial Exhibit Stipulation described herein are in addition to, and do not replace, counsel's obligations to comply with the Court's Criminal Trial Orders and the Local Rules regarding exhibits.

intends to offer during trial.  For each exhibit listed, Defendant shall identify the exhibit by providing the following information: title, date, bates number, number of pages, and author (if identified in the document) (collectively the "description" of the exhibit).  Defendant shall also identify each witness he anticipates will testify about and/or lay the foundation for the exhibit. Defendant shall provide a copy of the foregoing Pre-Trial Exhibit List and each exhibit to the Government no later than **February 13, 2023.**  Within two (2) calendar days of receipt of Defendant's Pre-Trial Exhibit List, lead counsel for Defendant shall meet and confer with the Government, in person, to prepare a Joint Pre-Trial Exhibit Stipulation.  The Joint Pre-Trial Exhibit Stipulation shall set forth the Government's objections to the Defendant's exhibits, if any, the basis for each objection and the Defendant's response to the objection.  All exhibits to which there is no objection shall be admitted into evidence.  The parties shall stipulate to the authenticity of exhibits whenever possible, and the Pre-Trial Exhibit Stipulation shall identify any exhibits for which authenticity has not been stipulated to and the specific reasons for Government's failure to stipulate.

The Joint Pre-Trial Exhibit Stipulation filed by the Defendant and the Government shall be substantially in the following form:

/ / /

/ / /

<u>Joint Pre-Trial Exhibit Stipulation</u>

<u>Defendant Chan's Exhibits</u>

<u>Number</u>  <u>Description</u>  <u>Witness</u>  <u>If Objection, State Grounds</u>  <u>Response to Objection</u>

The Joint Pre-Trial Exhibit Stipulation shall be filed no later than **February 16, 2023.** Failure by the Government to meet and confer and/or advise the Defendant of its objections will constitute a waiver of those objections unless the Government is able to demonstrate good cause for its failure to comply with this Order.

IT IS SO ORDERED.

Dated: January 25, 2023

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE