UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. **CR 20-326(A) JFW** |
| Plaintiff, ) | **ORDER RE: GOVERNMENT'S WITNESSES** |
| v. ) | |
| RAYMOND SHE WAH CHAN ) | |
| Defendant. ) | |

The above matter is set for trial on February 21, 2023 before the Honorable John F. Walter, Courtroom 7A, United States Courthouse. In addition to the filing deadlines required by the Court, the Court orders the following:

The Government shall prepare a Final Pre-Trial Witness List identifying the witnesses it intends to call during trial in the order that the witnesses will be called, including a brief summary of each witness's expected testimony and an estimate of the length of time needed for direct examination. The Government shall file its Final Pre-Trial Witness List on or before **February 10, 2023**. The

Defendant shall file, no later than **February 13, 2023**, a response to the Government's Final Pre-Trial Witness List identifying the approximate length of time counsel anticipate he will need for cross-examination of the Government's witnesses.

IT IS SO ORDERED.

Dated: January 25, 2023

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

2