Harland W. Braun, Esq.  [CASBN 41842]
(Email:  harland@braunlaw.com)
BRENDAN J. PRATT, Esq. [CASBN 341697]
(Email:  brendan@braunlaw.com)
BRAUN & BRAUN LLP
10880 Wilshire Boulevard, Suite 1020
Los Angeles, California 90024
Telephone:  (310) 277-4777
Facsimile:  (310) 507-0232
Attorneys for Defendant
RAYMOND CHAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMOND SHE WAH CHAN,<br><br>    Defendant. | Case No. 2:20-CR-00326-JFW<br><br>**ORDER TO ALLOW DEFENDANT RAYMOND CHAN TO DISCUSS THE CASE WITH HIS SON JEREMY CHAN AND TO ALLOW JEREMY CHAN TO PARTICIPATE IN THE PREPARATION OF THE DEFENSE** |

GOOD CAUSE appearing,

IT IS ORDERED that Raymond Chan is allowed to talk to his son about the pending case and to participate in the preparation of the defense. It is understood and conceded by Raymond Chan that Jeremy Chan cannot act as counsel during the trial.

In addition, Raymond/Jeremy Chan is permitted to contact potential defense witnesses <u>only</u> to arrange the subsequent interview for his attorneys Harland W. Braun or Brendan Pratt. Raymond/Jeremy Chan is not allowed to discuss the case with anybody who is contacted except for the purpose of arranging interviews.

///

///

Dated: January ____, 2023

_____
HONORABLE JOHN F. WALTER
Judge of the Superior Court

2.

ORDER TO ALLOW DEFENDANT RAYMOND CHAN TO DISCUSS THE CASE WITH HIS SON JEREMY CHAN AND TO ALLOW JEREMY CHAN TO PARTICIPATE IN THE PREPARATION OF THE DEFENSE