# EXHIBIT B

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*





**Raymond Chan**
▇▇-6463



**George Chiang**
▇▇-9240





**Jeremy Chan**
▇▇-4286



Exhibit 753F
Page 1 of 2

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials
B-001

3

Casino_2085031

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*

