# EXHIBIT D

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*

JPMorgan Chase & Co.





© 2016 JPMorgan Chase & Co.

18

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*

JPMorgan Chase & Co.

Post date: 10/31/2017    Account: ███ 753
Amount: $ 2359.70       Check Number: 9019

Check image:
- SYNERGY ALLIANCE ADVISORS, INC.
- 236 E GARVEY AVE.
- MONTEREY PARK, CA 91755-1849
- 90-7162/3222
- 9019
- DATE 10/28/17
- PAY TO THE ORDER OF: RAY CHAN
- $2359.70
- TWENTY THREE HUNDRED & FIFTY NINE – 70/xx DOLLARS
- CHASE
- JPMorgan Chase Bank, N.A.
- www.Chase.com
- MEMO: REIMBURSEMENT
- ⑁ 271⑀ ███ 7753⑁ 9019

Endorsement:
- ███ 381<
- East West Bank
- Pasadena, CA
- ███ 017
- ███ 250

© 2016 JPMorgan Chase & Co.

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*

JPMorgan Chase & Co.

| | |
|---|---|
| Post date: 11/07/2017 | Account: ■■■7753 |
| Amount: $ 36432.74 | Check Number: 9018 |





© 2016 JPMorgan Chase & Co.

3

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials
D-003

Casino_0801499

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*

JPMorgan Chase & Co.



| | | | |
|---|---|---|---|
| Post date: | 11/28/2017 | Account: | 7753 |
| Amount: | $ 6550.00 | Check Number: | 9017 |

