UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   **CR 20-326(A)-JFW**                                    Dated: January 31, 2023
=========================================================================
**PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | Not Present | **Asst. U.S. Attorneys for the Government** |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | |

Mack Eric Jenkins
Cassie D. Palmer
Susan S. Har
Brian R. Faerstein
Not Present

=========================================================================
**USA vs (Dft listed below)**                              **Retained Counsel for Defendant**

2.   Raymond She Wah Chan                2.   Harland W. Braun
     Not Present                              Brendan J. Pratt
                                              Not Present

PROCEEDINGS (IN CHAMBERS):           **ORDER TO SHOW CAUSE**

    In light of Defendant Raymond Chan's violation of the conditions of his pretrial release prohibiting his contact with any known witness imposed on December 1, 2020 (Docket No. 100), Defendant Raymond Chan is ordered to show cause in writing on or before **February 3, 2023** why his bond should not be revoked. In addition, Defendant Raymond Chan shall, on or before **February 3, 2023**, file a list of the witnesses contacted by Defendant Raymond Chan since December 1, 2020, the dates of those contacts, and whether the contact was oral or in writing.

    IT IS ORDERED.