```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS (Cal. Bar No. 242101)
    Assistant United States Attorney
 3  Chief, Criminal Division
    CASSIE D. PALMER (Cal. Bar No. 268383)
 4  SUSAN S. HAR (Cal. Bar No. 301924)
    BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
 5  Assistant United States Attorneys
    Public Corruption & Civil Rights Section
 6       1500 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-2091/0363/3289/3819
 8       Facsimile: (213) 894-6436
         E-mail:    Mack.Jenkins@usdoj.gov
 9                  Cassie.Palmer@usdoj.gov
                    Susan.Har@usdoj.gov
10                  Brian.Faerstein@usdoj.gov

11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE REPLY TO DEFENDANT RAYMOND CHAN'S RESPONSE TO ORDER TO SHOW CAUSE FILED 1/31/2023; DECLARATION OF SUSAN S. HAR; ATTACHMENT A |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | |
| Defendant. | [Proposed Order Filed Concurrently] |
| | Hearing Date: N/A<br>Hearing Time: N/A<br>Location:     N/A |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby applies ex parte for leave to file a Reply to defendant Raymond

Chan's Response to Order to Show Cause Filed 1/31/2023. (Dkt. No. 924.) The government has requested defendant's position on this application but, as of the time of this filing, defendant has not provided his position.

This *ex parte* application is based upon the accompanying declaration, Attachment A, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: February 6, 2023   Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

       */s/*
SUSAN S. HAR
MACK E. JENKINS
CASSIE D. PALMER
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF SUSAN S. HAR**

I, Susan S. Har, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am assigned to the case of United States v. Raymond Chan, 20-CR-326(A)-JFW-2.

2. On January 31, 2023, the Court denied defendant Raymond Chan's ex parte application to modify the conditions of his pre-trial release and to permit Jeremy Chan to participate in the preparation of the defense. (Dkt. No. 922.) That same day, the Court issued an Order to Show Cause ("OSC") why defendant's bond should not be revoked. (Dkt. No. 923.) The OSC further instructed defendant to "file a list of the witnesses contacted by Defendant Raymond Chan since December 1, 2020, the dates of those contacts, and whether the contact was oral or in writing." (Id.)

3. On February 3, 2023, defendant filed his Response to the OSC, which included declarations by defendant and his counsel, Harland Braun. (Dkt. No. 924.) Defendant's declaration addresses certain contacts between defendant and known witness Yan Yan, and both defendant's and Mr. Braun's declarations address the matter of Jeremy Chan's participation as part of the defense team. (Id.)

4. The government seeks leave to file a Reply to defendant's Response to the OSC. The government seeks to supplement the record with information regarding defendant's additional contacts with Yan Yan, after she testified in the October 27, 2022 trial against defendant Shen Zhen New World I, LLC. These additional contacts, the substance of which the government did not fully understand until it met with Yan Yan on February 2, 2023, do not appear to be disclosed

1  in defendant's Response.  Additionally, in light of the defense's
2  Response addressing the already litigated matter of Jeremy Chan's
3  participation on the defense team, the government seeks an
4  opportunity to address that issue and the government's continuing
5  concerns about defendant's and defense counsel's prospective
6  compliance with the Court's January 31, 2023 Order.
7       5.   Accordingly, the government respectfully requests leave to
8  file its Reply to defendant's Response to the OSC, which is attached
9  hereto as **Attachment A**.
10      6.   On February 5 and 6, 2023, government counsel advised the
11 defense via email of the government's proposed application and
12 requested the defense's position.  As of the time of this filing, the
13 defense has not provided its position on the government's
14 application.

16      I declare under penalty of perjury under the laws of the United
17 States of America that the foregoing is true and correct and that
18 this declaration is executed at Los Angeles, California, on February
19 6, 2023.

                                    SUSAN S. HAR
                                    Assistant United States Attorney

2