# Exhibit A



1:27    5G



‹          BXG (11)          ⋯

May 13, 2020 3:03 PM

師傅

This is bullshit!

https://www.justice.gov/usao-cd
ca/pr/consultant-agrees-plead-
guilty-rico-offense-related-brib
ery-scheme-enriched-la-city

May 13, 2020 3:28 PM

Alex NG

Omg

May 13, 2020 3:45 PM

師傅

I never used my influence on
anyone for the project nor I
received any compensation in
return when I was a deputy
mayor.

It was only 6 months after I left
the City that I and other
consultants have a contract with
George to help the project with



<       **BXG (11)**       ⋯

May 13, 2020 3:45 PM

師傅

I never used my influence on anyone for the project nor I received any compensation in return when I was a deputy mayor.

It was only 6 months after I left the City that I and other consultants have a contract with George to help the project with design and plan check.

The $100,000 was my earning from that contract for a duration of approx. 12 months.

May 13, 2020 4:38 PM

Dennis Ng

不可思議公道自在人心

May 13, 2020 4:50 PM

Kevin Cheng

Holy fuck, that's bullshit



May 13, 2020 4:50 PM

Kevin Cheng

Holy fuck, that's bullshit

五師兄

Why the hell they can distort the
facts so brazenly?

May 13, 2020 5:01 PM

師傅

The want to smear the city as a
whole....

五師兄

unbelievable...

May 13, 2020 6:19 PM

Alex NG

https://www.latimes.com/californ
ia/story/2020-05-13/la-city-hall-
corruption-consultant-guilty-ple
a

Alex NG

Says unnamed official then
inserts name....😡







1:28

 5G 

 BXG (11) •••

May 13, 2020 6:19 PM

Alex NG

https://www.latimes.com/californ
ia/story/2020-05-13/la-city-hall-
corruption-consultant-guilty-ple
a

Alex NG

Says unnamed official then
inserts name.... 😡

May 13, 2020 6:45 PM

師傅

Well that's politic....

May 17, 2020 8:07 PM

五師兄

1:03

May 17, 2020 9:26 PM

師傅

Jun 21, 2020 7:24 PM

Alex NG

Happy Father's Day Sifu!!

師傅

👍

Jun 24, 2020 1:10 PM

師傅

https://www.latimes.com/california/story/2020-06-23/jose-huizar-arrest-corruption-city-hall-fbi-investigation

Jun 24, 2020 5:12 PM

Dennis Ng



万水千山
粽是情
端午节安康！

Jun 24, 2020 8:05 PM

師傅

Jul 24, 2020 4:49 PM

師傅

Hi all,

There is a saying - when it rains, it pours.....

Remember Fred Lu and Eileen? Out of the blue, I got the following text message from Fred. (For those who don't know who Pascal is - he is the Chief of the Inspection Bureau in LADBS.)

I must have done something really bad in my past life to deserve the mess that I got dragged into without any wrongdoing and now this.....

Here is Fred's text:

Hey Ray. Just wanted you to know that your friend Pascale is doing his best to try to get me fired. I was parked at the meter at the dwp building smoking a cigarette and he was driving



Here is Fred's text:

Hey Ray. Just wanted you to know that your friend Pascale is doing his best to try to get me fired. I was parked at the meter at the dwp building smoking a cigarette and he was driving around and saw my mercedes. He went to my principal to try to get me in trouble.

Do you really train petty people who are pieces of shit like this? Does he not have anything better to do or worry about like ONGELE. Please tell Pascale that if he doesn't leave me alone and stay away from me, I will be calling the times and the FBI to give them some good information to investigate on And PASCALE CHALITA will be the first name, along with yours again. I don't do anything wrong. Tell him to stay very far away from me

and stay away from me, I will be calling the times and the FBI to give them some good information to investigate on And PASCALE CHALITA will be the first name, along with yours again. I don't do anything wrong. Tell him to stay very far away from me

_____

I didn't reply. I just want to share with you guys.

Sifu

Jul 24, 2020 5:14 PM

Wtf? He's damn crazy...



Kevin Cheng

I can't believe he would do that to you. I never trusted him. I'm sorry he's just adding to how terrible things are

Jul 24, 2020 5:26 PM

Jul 24, 2020 5:14 PM

Wtf? He's damn crazy...

Kevin Cheng

I can't believe he would do that to you. I never trusted him. I'm sorry he's just adding to how terrible things are

Jul 24, 2020 5:26 PM

師傅

Luckily, I also did a lot of good things in my past life... That's why I have you all!

Jul 24, 2020 5:35 PM

Alex NG

Wtf 🤦‍♂️

Jul 24, 2020 5:53 PM

Dennis Ng

人面獸心無可藥救

Jul 24, 2020 7:17 PM

師傅



美國政府的 China Initiative「中國行動」是令我無辜地被誣告的主因。我雖不是間諜,但也被用來達到「中國行動」的目的。

請看以下世界日報 2021 年 9 月 13 日報導:

多名史丹福大學教授 13 日發布連署信,要求司法部停止在美國大學中尋找中國間諜。信中強調,過往政策已「偏離目標」,不僅會助長種族偏見,且將導致美國失去學術界領先地位。

由 177 名史丹福大學(Stanford University)教授署名的公開信指出,美國司法部於 2018 年啟動所謂「中國行動」(China Initiative),以阻止中國盜竊美國科技,但此後這項計畫「嚴重偏離任務宣稱的目標」。

信件內容稱,司法部的作法「正在損害美國的研究和科技競爭力並助長偏見,偏見又提高了對族 ...

 

由 177 名史丹福大學（Stanford University）教授署名的公開信指出，美國司法部於 2018 年啟動所謂「中國行動」（China Initiative），以阻止中國盜竊美國科技，但此後這項計畫「嚴重偏離任務宣稱的目標」。

信件內容稱，司法部的作法「正在損害美國的研究和科技競爭力並助長偏見，偏見又提高了對族裔標籤（racial profiling）的擔憂」。

史丹福大學自然科學院資深副院長兼公開信發起人之一邁克森（Peter Michelson）表示：「我認為，聯邦調查局（FBI）在大多數情況下都會恐嚇學者，調查並審問他們。這種做法對國家有害。」

物理學教授基維森（Steven Kivelson）也說，他之所以參加連署，是因為他看見多名華裔同事因為「中國行動」遭到不友善對待。

史丹福大學自然科學院資深副院長兼公開信發起人之一邁克森（Peter Michelson）表示：「我認為，聯邦調查局（FBI）在大多數情況下都會恐嚇學者，調查並審問他們。這種做法對國家有害。」

物理學教授基維森（Steven Kivelson）也說，他之所以參加連署，是因為他看見多名華裔同事因為「中國行動」遭到不友善對待。

美國前能源部長、目前任教於史丹佛大學的諾貝爾物理學獎得主朱棣文（Steven Chu）強調，「中國行動」不僅無助保障美國在科技方面的優勢，甚至可能讓美國失去在科學領域的領先地位。

朱棣文說：「半個世紀以來，我們（指外籍學者）都在替學術界增加人才。美國真的要停止這種作法？」

針對上述批評，司法部發言人洪巴克（Wyn Hornbuckle）回應，

美國前能源部長、目前任教於史丹佛大學的諾貝爾物理學獎得主朱棣文（Steven Chu）強調，「中國行動」不僅無助保障美國在科技方面的優勢，甚至可能讓美國失去在科學領域的領先地位。

朱棣文說：「半個世紀以來，我們（指外籍學者）都在替學術界增加人才。美國真的要停止這種作法？」

針對上述批評，司法部發言人洪巴克（Wyn Hornbuckle）回應，拜登政府「致力打擊非法（指中國）政府破壞美國國家安全並損害經濟的行動」。他也坦承，針對亞裔美國人的仇恨犯罪已造成威脅，「我們非常認真看待歧視問題」。

截至目前，司法部已公布至少27件「中國行動」相關案例。有些案例以認罪收場，有些被撤銷，還有部分案件正在進行。

本月9日，田納西州聯邦法院法官才剛以檢方未提供足夠證據，證明被告蓄意欺騙政府為由，宣

針對上述批評，司法部發言人洪巴克（Wyn Hornbuckle）回應，拜登政府「致力打擊非法（指中國）政府破壞美國國家安全並損害經濟的行動」。他也坦承，針對亞裔美國人的仇恨犯罪已造成威脅，「我們非常認真看待歧視問題」。

截至目前，司法部已公布至少27件「中國行動」相關案例。有些案例以認罪收場，有些被撤銷，還有部分案件正在進行。

本月9日，田納西州聯邦法院法官才剛以檢方未提供足夠證據，證明被告蓄意欺騙政府為由，宣判1名教授無罪。該名教授遭控在申請國家航空暨太空總署（NASA）研究補助時，隱瞞他與中國的關係。

Sep 14, 2021 11:12 AM

五師兄
受够了！在美华人如何禁止诈骗电话来电！
佛说：前世的五百次回眸，才换来今生的擦肩

1:34　　　　　5G

案例以認罪收場，有些被撤銷，還有部分案件正在進行。

本月9日，田納西州聯邦法院法官才剛以檢方未提供足夠證據，證明被告蓄意欺騙政府為由，宣判1名教授無罪。該名教授遭控在申請國家航空暨太空總署（NASA）研究補助時，隱瞞他與中國的關係。

Sep 14, 2021 11:12 AM

五師兄

受够了！在美华人如何禁止诈骗电话来电！
佛说：前世的五百次回眸，才换来今生的擦肩而过。...
🔴 北美通信



Sep 14, 2021 2:00 PM

五師兄

两个大国之间的政治博弈，受害的永远都是在美华人。希望政府不要那么短视把所有的问题都政治化。





Nov 10, 2022 3:09 PM

師傅

Just to let you know that another defendant in Huizar's case had just been found guilty. This defendant is a company, Shenzhen New World, U.S.A, owned by Chairman Huang Wei who took Huizar to Vegas.

During the trial, I was in court every day to listen in and learned a lot about the Court's proceeding.

This trial has lots of witnesses from both the government and the defense sides. Many of them know me and they all testified that I never went to Vegas. One even testified that my reason for not going to Vegas was because I knew it was wrong for an official to go to Vegas with Chairman Huang.



During the trial, I was in court every day to listen in and learned a lot about the Court's proceeding.

This trial has lots of witnesses from both the government and the defense sides. Many of them know me and they all testified that I never went to Vegas. One even testified that my reason for not going to Vegas was because I knew it was wrong for an official to go to Vegas with Chairman Huang.

These witnesses also said many positive things about me. Some said that I was always helpful in providing guidance to projects, in appropriate ways. I think the judge has a much more positive understanding about me. That is a big gain for me.

Dennis Ng

Congratulations, sifu

1:37 ‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎‎5G⁺ 🔋

< **BXG (11)** ⋯

in appropriate ways. I think the judge has a much more positive understanding about me. That is a big gain for me.

Dennis Ng

Congratulations, sifu

Nov 10, 2022 3:18 PM

五師兄

Great to hear that Sifu! Hope justice will come sooner, and you will be cleared of innocence!

Kevin Cheng

That's great news sifu! Thank you for the update!

Nov 11, 2022 7:09 PM

師傅

🙏🙏🙏

Nov 12, 2022 6:09 PM

Dennis Ng

1/19 4:18 PM

師傅

FYI - Councilman Huizar just pleaded guilty! This is good for my case because I will not be associating with Huizar in trial. We will continue to fight to reclaim my innocence and reputation....unless the governmentv dismiss my case. 🙏🙏🙏

Kevin Cheng

Congratulations sifu! That's great news

Dennis Ng

Congratulations sifu! That's great news

Alex NG

That's great news Sifu! Glad it is proceeding well

1/19 4:34 PM

五師兄

Great news for celebrating the