**Exhibit C**

YAN YAN | 02/02/2023

Counsel Don Conway, SA Andy Civetti, SA Ciro Ulinski, AUSA Susan Har

[**Agent Note**: The above parties met in preparation for YAN's anticipated testimony.]

[**Agent Note**: YAN provided copies of LABXG group chat messages that YAN believed were relevant to the case. YAN identified RAY CHAN in the LABXG group chat. SA Civetti reviewed the copies of LABXG group chat provided by YAN. YAN voluntarily provided her phone to SA Civetti to further review the LABXG group chat messages in the presence of YAN and counsel. SA Civetti captured photos of relevant messages in the LABXG group chat messages on the cell phone and informed YAN.]

[**Agent Note**: YAN was shown the following discovery documents: 442, GLH email, 444, 445, 462, 454.]

**Additional**

YAN had a new position as a loan officer. YAN assisted RAY CHAN ("CHAN") or JEREMY CHAN ("JEREMY") with the refinance of a house loan sometime after the COVID pandemic.

YAN did not have any one-on-one chats with JEREMY, aside from one message sent about a martial arts competition YAN attended.

[**Agent Note**: YAN showed the single message with JEREMY.]

YAN had one-on-one chats with CHAN that were not relevant to the case. YAN did not want to share YAN's one-on-one chats with CHAN with others due to YAN's privacy concerns. YAN was willing to share YAN's one-on-one chats with CHAN if it were legally required. YAN did not recall any one-on-one messages relevant the case with CHAN, but YAN offered to review the messages again for messages related to the case.

YAN attended a Chinese New Year dinner with CHAN and others the Kung Fu Group last Sunday (1/29). There was no discussion about the case.