E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2091/0363/3289/3819
    Facsimile:  (213) 894-6436
    E-mail:  Mack.Jenkins@usdoj.gov
          Cassie.Palmer@usdoj.gov
          Susan.Har@usdoj.gov
          Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | ORDER PERMITTING GOVERNMENT TO FILE REPLY TO DEFENDANT RAYMOND CHAN'S RESPONSE TO ORDER TO SHOW CAUSE FILED 1/31/2023 |
| v. | |
| RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong," | |
| Defendant. | |

For good cause shown, the government's request for leave to file a reply to defendant Raymond Chan's Response to Order to Show Cause Filed 1/31/2023 (Dkt. No. 924) is GRANTED.

IT IS SO ORDERED.

February 7, 2023
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SUSAN S. HAR, Assistant United States Attorney