E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:   Mack.Jenkins@usdoj.gov
            Cassie.Palmer@usdoj.gov
            Susan.Har@usdoj.gov
            Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong,"<br><br>     Defendant. | No. CR 2:20-326(A)-JFW-2<br><br>GOVERNMENT'S OFFER OF PROOF<br>REGARDING EXPERT TESTIMONY OF<br>JASON WANG<br><br>Trial Date:  February 21, 2023 |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files its Offer of Proof Regarding Expert Testimony of Jason Wang.

     The Court previously ordered defendant Raymond Chan ("defendant") to provide any objections to the government's translations by February 1, 2023.  Defendant provided no alternative

proposed translations by that deadline.  On February 6, 2023, defendant provided for the first time alternative proposed translations for two exhibits to the government, which he characterized as "examples."  During the status conference on February 7, 2023, the Court noted that the February 1 deadline had passed and inquired when defendant would provide his remaining alternative proposed translations.  In response, defense counsel Harland Braun advised that he had hard copies of approximately 28 alternative translations available for the government.  Following the status conference on February 7, 2023, defense counsel provided hard copies of those translations to the government, and the parties began the meet and confer process regarding defendant's alternative proposed translations.  Defendant indicated that he would provide electronic copies of the alternative translations and that he had additional alternative translations, which he said he would provide at a later date.

As of the time of this filing, the meet-and-confer process is still ongoing, and the parties are endeavoring to reach a stipulation with respect to the translations.  If the parties, however, are unable to reach an agreement with respect to the translations, the government anticipates calling FBI Language Specialist Jason Wang as a Mandarin language expert.  Pursuant to the Court's scheduling order (Dkt. No. 441), the government therefore submits this Offer of Proof, which is based upon the attached memorandum of points and

//

//

authorities, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: February 6, 2023          Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney


                                     _/s/_____
                                 SUSAN S. HAR
                                 MACK E. JENKINS
                                 CASSIE D. PALMER
                                 BRIAN R. FAERSTEIN
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    Overview**

The government anticipates calling FBI Language Specialist Jason Wang as a Mandarin language expert.[1]  Wang was the Operational Reviewer who verified and approved the Mandarin-to-English translations for the audio recordings on the government's exhibit list.

Wang previously testified, and qualified, as a Mandarin language expert in the federal criminal case, United States v. Yanjun Xu, 18-CR-0043 (S.D. Ohio).  Copies of Wang's testimony for this case, as well as his resume, are forthcoming and will be provided to the defense later this week.

**II.   Education, Certification, Training, and Experience**

Wang is a native Chinese-Mandarin language speaker.  Wang has been a linguist with FBI for 10 years.  From 2013 to 2016, Wang was a Contract Linguist with FBI.  For the last seven years (from 2016 to present), Wang has been a full-time FBI Language Specialist.  As an FBI Language Specialist, Wang is responsible for translation and occasionally interpretation.  Translating includes reviewing source material, such as a document or audio file, and producing a document reflecting the translation in English.  Interpretation includes source material such as a live conversation, document, or audio file and producing a verbal product in real time.

In order to qualify as a linguist with FBI, Wang took and passed both the Defense Language Proficiency Test (speaking, listening, and

---

[1] On December 15, 2021 and March 18, 2022, the government provided written notice to the defense that it would introduce the testimony of a foreign language interpreter at trial, as needed.

reading comprehension) and the Verbatim Translation Test (writing comprehension).  Wang has attended periodic trainings about general translation.

Until 2001, Wang attended school in Taiwan, which was predominantly in the Chinese language.  Wang holds a Bachelor of Arts in Sociology and East Asian Studies from the University of California, Davis; he also holds a Master of Business Administration from Western Governors University.

Prior to joining the FBI, Wang was a social worker for an adult daycare center for two years, where his caseload included a majority of Mandarin-speaking clients and required him to use Mandarin interpretation routinely.

**III. Methodology**

Wang's translation process follows FBI guidelines for linguists and includes multiple steps before a final translation is provided for use in court.  As context for translations in this case, Wang had a general understanding that the recordings related to a bribery/ public corruption investigation, but did not have specific details about the case.

For this case, Wang served as the Operational Reviewer, meaning that he reviewed, vetted, and modified (as needed) an initial translation provided by a different FBI linguist (the "primary translator").  As the Operational Reviewer, Wang reviewed both the original audio recording and the translation completed by the primary translator.

Initial Process: Wang began the Operational Review by first listening through the entire audio recording in full.  To facilitate Wang's review process, he used an audio equalizer, noise cancelling

headphones, and a foot pedal, which enables a start/stop/rewind feature.  During this process, Wang formulated a verbatim translation of the audio recording, including notating portions that were unintelligible.

Review of Primary Translation:  After Wang completed a full review of the audio recording and formulated his translation, he then reviewed the translation prepared by the primary translator.  If Wang reviewed the primary translation and verified that it matched verbatim the translation of the recording as Wang understood and interpreted the recording, Wang approved the transcript.  If Wang reviewed the primary translation and identified any discrepancies, including portions that were unintelligible or any portions that did not match his interpretation, Wang would consult the primary translator regarding those discrepancies.  Typically, Wang and the primary translator would agree upon and resolve any differences.  If, however, Wang and the primary translator ultimately did not agree regarding a specific discrepancy, the final translation reflected Wang's approved and understood translation.  Once that translation was completed, Wang reviewed the entire English product to ensure it made sense contextually and grammatically.

**IV.  Opinions**

Based on Wang's training, experience, and education and application of the methodology outlined above, he will testify that the translations of audio recordings prepared for this case are accurate translations from Chinese-Mandarin to English.