UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                           Dated: February 7, 2023
===============================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Cassie D. Palmer |
| | | Susan S. Har |
| | | Brian R. Faerstein |
| | | Asst. U.S. Attorney |
| | | Not Present |

===============================================================================
U.S.A. vs (Dfts listed below)                          Attorneys for Defendants

2)   Raymond She Wah Chan                         2)   Harland W. Braun, Retained
     Not Present                                             Not Present

**PROCEEDINGS (IN CHAMBERS):**     **ORDER RE: FEDERAL RULE OF EVIDENCE 106**

    As discussed at the hearing today on February 7, 2023, in the parties' Joint Pretrial Exhibit Stipulation filed on February 3, 2023, Defendant Raymond She Wah Chan ("Defendant") made several objections to the Government's proposed excerpts of recordings on the basis of incompleteness or Federal Rule of Evidence 106. Defendant advised that, on February 7, 2023, he will identify for the Government those portions of the excerpts that he contends are misleading or incomplete and provide his counter-designations of any portions that he contends should be admitted under Federal Rule of Evidence 106 (with citations by line and/or timestamp).

    The parties shall then meet and confer and prepare a joint statement with respect to each excerpt or recording. The joint statement shall: (1) the identify and quote the portions of the excerpt or recording that Defendant contends are misleading or incomplete; (2) identify and quote the portions of the excerpt or recording that Defendant contends should in fairness be introduced under Federal Rule of Evidence 106; and (3) set forth the parties' respective positions. The parties shall attach a full transcript of the recording. The Government's proposed excerpts shall be highlighted in red and Defendant's counter-designations shall be highlighted in blue. The joint statement shall be filed on or before **February 13, 2023**.

    Failure to provide counter-designations to the Government in accordance with this order will result in a waiver of Defendant's objections and/or argument that other portions of the recording should be admissible under Federal Rule of Evidence 106.

    IT IS SO ORDERED.

Initials of Deputy Clerk __sr__