UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES -- GENERAL</u>

Case No.   **CR 20-326(A)-JFW**                                    Dated: February 7, 2023
==============================================================================
**PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Shannon Reilly              Miranda Algorri       **Asst. U.S. Attorneys Present for the Government**
**Courtroom Deputy**            **Court Reporter**

                                                 Mack Eric Jenkins
                                                 Cassie D. Palmer
                                                 Susan S. Har
                                                 Brian R. Faerstein


==============================================================================
**USA vs (Dft on bond present listed below)**       **Retained Counsel Present for Defendant**

2.    Raymond She Wah Chan                    2.    Harland W. Braun


PROCEEDINGS:   **STATUS CONFERENCE**

Case called, and counsel make their appearance.

Court and counsel discuss pretrial and trial issues.

All deadlines as stated on the record.

For the reasons stated on the record, the Court continues the Status Conference currently set for February 10, 2023 to February 15, 2023 at 8:00 a.m.

The Jury Trial as to Raymond Chan remains set for February 21, 2023 at 8:30 a.m. Jury empanelment will take place in Courtroom 1.


CC: USPO/PSA


Initials of Deputy Clerk __sr__