Harland W. Braun, Esq. [CASBN 41842]
(Email: harland@braunlaw.com)
BRENDAN PRATT, Esq. [CASBN 341697]
(Email: brendan@braunlaw.com)
BRAUN & BRAUN LLP
10880 Wilshire Boulevard, Suite 1020
Los Angeles, California 90024
Telephone: (310) 277-4777 • Facsimile: (310) 507-0232
Attorneys for Defendant RAYMOND CHAN

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 2:20-CR-00326-JFW<br><br>**DEFENDANT CHAN'S PROPOSED VOIR DIRE** |

Defendant RAYMOND CHAN is awaiting the Proposed Voir Dire from the United States and will raise any possible objections after it is received.

**PROPOSED VOIR DIRE QUESTIONS**

1. Do you have any negative feelings or opinions about Chinese Americans, which would make it difficult for you to be a fair and impartial juror in this case?

2. Do you have any opinions about the prosecution giving special favors to certain witnesses so long as they testify favourably to the Government?

3. Have you ever had any law enforcement training or experience or been employed by any law enforcement agency, applied for employment with any law enforcement agency or volunteered for any law enforcement agency?

Chan.7

4. Would you automatically give greater weight to the testimony of a law enforcement officer than to another witness who is not a law enforcement officer?

5. There has been a controversy between the Chinese Government and the American Government about surveillance flights by Chinses balloons. Do you understand that Ray Chan left China many years ago, gave up his Chinese citizenship and became an American citizen before he worked for the City of Los Angeles government for over thirty-three (33) years?

6. Will you be able to treat Ray Chan fairly, even though he was born in a country which is now our chief adversary?

Dated: February 9, 2023       Respectfully submitted,

BRAUN & BRAUN LLP

By: /s/ Harland W. Braun
Harland W. Braun
Attorneys for Codefendant Raymond Chan

2.

Chan.6

RESPONSE TO ORDER TO SHOW CAUSE FILED 1/31/2023 (DOCUMENT NO. 923)