# **Exhibit A**

| | |
|---|---|
| **From:** | Harland Braun |
| **To:** | Palmer, Cassie (USACAC) 2 |
| **Cc:** | Brendan Pratt; Jenkins, Mack (USACAC); Har, Susan (USACAC); Faerstein, Brian (USACAC); Civetti, Andrew (LA) (FBI); Raymond Chan |
| **Subject:** | Re: [EXTERNAL] Re: Transcripts and Translations |
| **Date:** | Friday, February 10, 2023 1:18:27 PM |

900 is obviously argumentative and not based on any evidence in the real world. It is simply a diagram of the prosecution's theory of a RICO which obviously does not exist. Since the RICO charge which was carelessly brought undermines the rules of evidence on all the remaining counts, when it fails, the court might have to grant a mistrial on all the remaining counts. Or at least instruct the jury on the effect of eliminating count one.. As to the other two counts, we are agnostic.

On Fri, Feb 10, 2023 at 1:04 PM Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov> wrote:

Thank you, Brendan.

We assume that you are withdrawing your objections to the following three exhibits, as you never expanded beyond the boiler plate language initially provided nor provided any written position for today's filing:

| 900 | CD14 Enterprise | Civetti | Objection – Argumentative | FRE 1006 – see Gov't App'x |
|---|---|---|---|---|
| 932 | Hazens Business Development | Civetti; Chiang | Objection – Misstate Facts | FRE 1006 – see Gov't App'x |
| 933 | Hazens Checks to Synergy Chart | Civetti; Chiang | Objection – Misleading | FRE 1006 – see Gov't App'x |

Thanks,

Cassie

**From:** Brendan Pratt <brendan@braunlaw.com>
**Sent:** Friday, February 10, 2023 12:31 PM
**To:** Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>
**Cc:** Harland Braun <harland@braunlaw.com>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Raymond Chan <ray.sw.chan@gmail.com>
**Subject:** Re: [EXTERNAL] Re: Transcripts and Translations

Counsel,

Please see Mr. Chan's positions/objections in regard to the following exhibits:

905/1020 - Mr. Chan objects to this exhibit on the grounds that it is false and he did not solicit **any** benefits. Specifically:
- The bonus payments from Hazens to Chiang; Chiang negotiated that on his own.
- The $15,000 for Jeremy Chan; Chiang gave that to Jeremy.
- The $600,000 settlement, Huizar asked Huang and Huang agreed.
- Junior's pay from Hazens to Junior. That was paid through a different company and bank account.
- The $100,000 PAC for Huizar. Chan and Chiang stopped that payment and Hazens did not contribute.
- The issue of Jacinto's payment; she in fact worked 9 months for that.
- The $10,000 for Kuk. Andy and the FBI attempted to entrap Kuk with a $10,000 payment. Finally, Mr. Chan told Andy not to pay Kuk.

906 - no objection
907A - no objection
907B - no objection
907C - no objection

1032 - no objection
1033 - no objection
940/1023 - no objection
941/1022 - no objection

Ex. A
Page 1 of 11

942/1023 - no objection

Also, I have attached to this email the redlines as to Exhibit No. 848A-848F.

Thanks,

Brendan

On Fri, Feb 10, 2023 at 11:40 AM Brendan Pratt <brendan@braunlaw.com> wrote:

> We understand and are working on getting those objections/positions to you as soon as possible. We can get those to you before 12:30pm.
>
> Brendan
>
> On Fri, Feb 10, 2023 at 11:25 AM Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov> wrote:
>
>> Brendan,
>>
>> That is unacceptable. 1:30 is when we have to file this document with Court in order to deliver a copy to the Judge by 2. **We cannot draft responses to something we do not have.** This filing is supposed to include not only your objections but the parties' written responses regarding those objections. We don't even have all of your objections let alone your positions.
>>
>> Cassie
>>
>> **From:** Brendan Pratt <brendan@braunlaw.com>
>> **Sent:** Friday, February 10, 2023 11:20 AM
>> **To:** Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>
>> **Cc:** Harland Braun <harland@braunlaw.com>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Raymond Chan <ray.sw.chan@gmail.com>
>> **Subject:** Re: [EXTERNAL] Re: Transcripts and Translations
>>
>> Hi Cassie,
>>
>> Apologies, we have been on a conference call all morning and have been tied up with trial preparation and did not receive a voicemail or a missed call from your office on our answering machine. We are working on providing our positions as to the exhibits described in 1(a) and 1(b) in your last email, and we will get back to you before 1:30 PM today.
>>
>> Thanks,
>>
>> Brendan
>>
>> On Fri, Feb 10, 2023 at 10:46 AM Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov> wrote:
>>
>>> Brendan,
>>>
>>> I just tried to call your Office. Please call me back.
>>>
>>> With respect to the 1:30 PM filing **TODAY**, we still do not know Mr. Chan's specific objections or positions for 1.a.or 1.b. In light of your failure to provide your objections and positions, we are unable to draft our responses, which are required by the Court. Since your failure to provide such positions renders us unable to provide our positions as ordered by the Court, we are currently drafting language that we intend to file that the defense has not provided objections or positions as to these items as required by the Court's

Ex. A
Page 2 of 11

orders and accordingly request that the Court deem any future objections as to these items untimely. As you know, the Court advised at the last hearing that he may consider untimely objections waived.

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
Deputy Chief | Public Corruption and Civil Rights Section
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0363 | F: 213.894.6436 | cassie.palmer@usdoj.gov

**From:** Brendan Pratt <brendan@braunlaw.com>
**Sent:** Thursday, February 9, 2023 3:03 PM
**To:** Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>
**Cc:** Harland Braun <harland@braunlaw.com>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Raymond Chan <ray.sw.chan@gmail.com>
**Subject:** [EXTERNAL] Re: Transcripts and Translations

Hi Cassie,

Thank you for your email in which you identified some outstanding items for us to address. Please see below for Mr. Chan's responses in red:

1. For the Joint Pretrial Exhibit Stipulation to be delivered to the Court by 2 PM on Friday, February 10, and filed by 1 PM (to accommodate the 2 PM delivery):
a. Please confirm whether you have any objections to the exhibits for which you have not provided positions – Provide by Thursday, February 9 @ 4 PM

[Mr. Chan does not intend to object to a majority of these exhibits. His objections to Exhibit Nos. 907, 907A, and 907C are forthcoming, but they will not be ready by your requested 4pm deadline.]

b. Please provide specific objections for the exhibits for which you currently only have boilerplate objections – Provide by Thursday, February 9 @ 4 PM

[Mr. Chan does intend to object to all of these exhibits. His specific objections are forthcoming, but they will not be ready by your requested 4pm deadline.]

2. For the Joint Statement and Filing Regarding Transcripts & Translations, due on Monday, February 13 at 4 PM
a. For certain transcripts/translations, you have indicated you have objections but have not provided any redlines or information regarding Rule of Completeness – Please provide these by Friday, February 10 @ 12 PM
80A [No objection]
186A-186K [Please see the attached PDF]
612A & 612B [I believe these were previously numbered 763A & 763B. I have attached them as a PDF to this email.]
615 [No objection]
616 [No objection]
617 [No objection]
750A (OG 232A) - Cut [N/A]
750B (OG 232B) [I believe this has already been provided to you; however I have reattached it as a PDF to this email.]
750C (OG 232C) [I believe this has already been provided to you; however I have reattached it as a PDF to this email.]
755A [No objection]
755B [No objection]
755C [No objection]
755D [No objection]
760B (OG 241B) [I believe this has already been provided to you; however I have reattached it as a PDF to this email.]
848A-848F (OG 251A-251F) [Due to the poor quality of the audio recording associated with these transcripts, Mr. Chan is still working on translating them. We plan on sending them to you on Friday.]

b. For certain transcripts/translations, you have indicated you have objections and provided redlines but have not provided any information regarding Rule of Completeness – Please provide any Rule of Completeness objections by Saturday, February 11 @ 12 PM

754B (OG 238B) - Cut [N/A]
760C (OG 241C) - Cut [N/A]
841B (OG 243B) – Reviewed and edited clip  [I believe this has already been provided to you; however I have reattached it as a PDF to this email.  Mr. Chan does not seek the inclusion of any additional lines.]
841C (OG 243C) – Reviewed and edited clip (portion from 841B) [I believe this has already been provided to you; however I have reattached it as a PDF to this email.  Mr. Chan does not seek the inclusion of any additional lines.]

**For the items that you raised in Sections 2(c)**, Mr. Chan is still in the process of reviewing your responses to his objections and will respond to them.

**For the items that you raised in Sections 2(d)**, Mr. Chan agrees that his previous objections have been resolved.

Thanks,

Brendan

On Wed, Feb 8, 2023 at 11:31 PM Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov> wrote:

Dear Counsel,

In light of the agreements we were able to reach during our meet and confer, we have provided an updated exhibit list (clean and redlined versions) that removes your relevance and foundation objections and, where applicable (more information provided below), your objections to the transcripts/translations for which we have accepted your suggested edits.

Below please find details and updates relating to the Joint Pretrial Exhibit Stipulation and the Joint Filing Regarding Transcripts and Translations, which have fast-approaching deadlines.  We have divided these exhibits into various categories and provided various deadlines in order to accommodate the Court-imposed deadlines.

1. For the **Joint Pretrial Exhibit Stipulation** to be **delivered to the Court by 2 PM on Friday, February 10, and filed by 1 PM (to accommodate the 2 PM delivery)**:
    a. Please confirm whether you have any objections to the exhibits for which you have not provided positions – **Provide by Thursday, February 9 @ 4 PM**
    b. Please provide specific objections for the exhibits for which you currently only have boilerplate objections – **Provide by Thursday, February 9 @ 4 PM**

2. For the **Joint Statement and Filing Regarding Transcripts & Translations, due on Monday, February 13 at 4 PM**
    a. For certain transcripts/translations, you have indicated you have objections but have not provided any redlines or information regarding Rule of Completeness – **Please provide these by Friday, February 10 @ 12 PM**
    b. For certain transcripts/translations, you have indicated you have objections and provided redlines but have not provided any information regarding Rule of Completeness – **Please provide any Rule of Completeness objections by Saturday, February 11 @ 12 PM**
    c. For certain transcripts/translations, you have provided redlines and Rule of Completeness information, and we have responded with our position or revised exhibits – **Please provide your revised positions by Sunday, February 12 @ 12 PM**
    d. For certain transcripts/translations, you have provided redlines and we have fully accepted your requested edits – **We will assume our acceptance of your revisions resolves your objections unless we hear otherwise by Sunday, February 12 @ 12 PM**

We have uploaded three new exhibits (listed below) and the transcripts and translations we have revised in light of your suggested revisions to USAfx. You may access them here: https://usafx.box.com/s/5v0wixanb7z90c5tegwu4br3ihs2fm3g

**JOINT PRETRIAL EXHIBIT STIPULATION: OUTSTANDING ITEMS**

(1)a.  **Exhibits for Which You Have Not Provided Positions for the Joint Pretrial Exhibit Stipulation (Note: All have been provided previously except those marked as NEW below, which were uploaded to USAfx this evening)** – *DUE Thursday, February 9 @ 4 PM*

- 8
- 136
- 137
- 158A
- 158B
- 158C
- 158D
- 177
- 336A – NEW EXHIBIT – Included in link
- 364U
- 364V
- 364W
- 364X
- 456
- 474
- 475
- 476
- 556 – NEW EXHIBIT – Included in link
- 557 – NEW EXHIBIT – Included in link
- 708
- 709
- 712
- 761
- 800
- 902
- 903
- 907
- 907A
- 907C

1)b.  **Exhibits for Which You Need to Provide Specific Objections (or Withdraw Your Objections) for the Joint Pretrial Exhibit Stipulation** - *DUE Thursday, February 9 @ 4 PM*

- 900
- 905
- 906

- 932
- 933
- 940
- 941
- 942

**TRANSCRIPTS/TRANSLATIONS JOINT FILING: OUTSTANDING ITEMS**

    **2)a.** **Exhibits You Have Objected To But Have Not Provided Redlines or Rule of Completeness Requests** - *DUE Friday, February 10 @ 12:00 PM*:

- 80A
- 186A-186K
- 612A & 612B
- 615
- 616
- 617
- 750A (OG 232A) - Cut
- 750B (OG 232B)
- 750C (OG 232C)
- 755A
- 755B
- 755C
- 755D
- 760B (OG 241B)
- 848A-848F (OG 251A-251F)

    **2)b.** **Transcripts for Which You (a) Object to the Accuracy of the Existing Text; *and* (b) Have Raised Rule of Completeness Objections; *but* (c) Have NOT Provided the Additional Lines You Are Requesting We Include in the Transcripts:** With respect to (a), we have accepted **all** of your suggested edits to the existing text. However, because you have raised rule of completeness objections but have not yet provided the additional lines you seek to include, we are unable to assess your objections. Provide any additional lines you want to include *by Saturday, February 11 @ 12:00 PM*.

- 754B (OG 238B) - Cut
- 760C (OG 241C) - Cut
- 841B (OG 243B) – Reviewed and edited clip
- 841C (OG 243C) – Reviewed and edited clip (portion from 841B)

    **2)c.** **Transcripts for Which You (a) Object to the Accuracy of the Existing Text; *and* (b) Raised Rule of Completeness Objections; *and* (c) Provided the Additional Lines You Are Requesting We Include in the Transcripts:** With respect to (a), we have accepted **all** of your suggested edits to the existing text. With respect to (b) and (c), we reviewed the additional lines you have requested and indicated below whether we (1) disagree with your objection to the rule of completeness, (2) expanded the excerpt to include some but not all of the information you requested; or (3) expanded the excerpts as requested. Some clips we have decided to cut completely. **Please review and determine if you are maintaining your objections or will withdraw them** *by Sunday, February 12 @ 12:00 PM*

- 191E - Reviewed and object to ROC
- 191J – Reviewed and expanded to combine with 191K
- 191K – Intentionally Omitted (Now a part of 191J)
- 191L – Reviewed and expanded some
- 191M – Reviewed and accepted expanded excerpt
- 192D – Reviewed and object to ROC
- 192E – Reviewed and expanded to combine with 192F
- 192F - Intentionally Omitted (Now a part of 192E)
- 192K - Reviewed and object to ROC
- 384B- Reviewed and expanded excerpt
- 754A (OG 238A) - Cut
- 760A (OG 241A) - Cut
- 840A (OG 242A) – Reviewed and object to ROC
- 842 (OG 245) – Reviewed and object to ROC
- 844 (OG 247) – Reviewed and edited clip
- 845D (OG 248D) – Reviewed and object to ROC
- 847A (OG 250A) – Reviewed and edited clip
- 847C (OG 250C) – Reviewed and object to ROC

**2)d.    Transcripts for Which Your Only Objection Is the Accuracy of the Existing Text:** We have accepted **all** of your suggested edits to the existing text.  As such, we believe that your objections with respect to the following exhibits now should be completely resolved.   *We assume you no longer have any objections to these, unless you advise us otherwise by Sunday, February 12 @ 12:00 PM*:

- 759 (OG 240) – edited clip
- 840B (OG 242B)
- 841A (OG 243A)
- 843 (OG 246)
- 845A (OG 248A)
- 845B (OG248B) - Cut
- 845C (OG 248C)
- 846 (OG 249)
- 847B (OG 250B)

We are unable to assess any objections you may have regarding Rule of Completeness or the inaccuracy of transcripts if you have not provided your alternative transcripts or specific additional lines.  Further, with respect to the joint statements due on Friday and Monday, we need sufficient time to draft our positions and coordinate the preparation and filing of the joint statement.  As such, if you fail to meet these deadlines, we will consider these objections waived and take that position with the Court.

Please let us know if you have any questions or would like to discuss any of these matters.

Thank you,

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
Deputy Chief | Public Corruption and Civil Rights Section
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0363| F: 213.894.6436 | cassie.palmer@usdoj.gov

---

**From:** Palmer, Cassie (USACAC) 2
**Sent:** Tuesday, February 7, 2023 11:04 PM
**To:** 'brendan@braunlaw.com' <brendan@braunlaw.com>; 'Harland Braun' <harland@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; 'Raymond Chan' <ray.sw.chan@gmail.com>
**Subject:** Re: Transcripts and Translations

Dear Counsel,

Cc: Mr. Chan (per his and counsel's request)

We have reviewed the paper copies of the transcripts and translations you provided us today. We believe that your objections fall into three categories.

**(1) Transcripts for Which Your Only Objection Is the Accuracy of the Existing Text:** We have accepted **all** of your suggested edits to the existing text. As such, we believe that your objections with respect to the following exhibits now should be completely resolved:

- 759 (OG 240)
- 840B (OG 242B)
- 841A (OG 243A)
- 843 (OG 246)
- 845A (OG 248A)
- 845B (OG248B)
- 845C (OG 248C)
- 846 (OG 249)
- 847B (OG 250B)

**Please let us know if you agree, and we will send you the updated versions incorporating your text.**

**(2) Transcripts for Which You (a) Object to the Accuracy of the Existing Text;** *and* **(b) Raised Rule of Completeness Objections;** *and* **(c) Provided the Additional Lines You Are Requesting We Include in the Transcripts:** With respect to (a), we have accepted **all** of your suggested edits to the existing text. With respect to (b) and (c), we are in the process of reviewing the additional lines you have requested to determine whether we agree these additional lines should be included under Rule 106. We will get back to you on these exhibits and will provide the new versions soon.

- 754A (OG 238A)
- 760A (OG 241A)
- 840A (OG 242A)
- 842 (OG 245)
- 844 (OG 247)
- 845D (OG 248D)
- 847A (OG 250A)
- 847C (OG 250C)

**(3) Transcripts for Which You (a) Object to the Accuracy of the Existing Text;** *and* **(b) Have Raised Rule of Completeness Objections;** *but* **(c) Have NOT Provided the Additional Lines You Are Requesting We Include in the Transcripts:** With respect to (a), we have accepted **all** of your suggested edits to the existing text. However, because you have raised rule of completeness objections but have not yet provided the additional lines you seek to include, we are unable to assess your objections. Please provided any additional lines you want to include **as soon as possible** so we can review, provide our positions, and provide updated exhibits. If we do not receive alterative lines by **Sunday, February 12 at noon**, we will not be able to consider them by the Court's order requiring the parties to file our joint statement regarding rule of completeness on Monday, February 13.

- 754B (OG 238B)
- 760B (OG 241B)
- 760C (OG 241C)
- 841B (OG 243B)
- 841C (OG 243C)

In addition to the three categories above, please note that we have not received any redlines or rule of completeness for the following exhibits:

- 191 (all excerpts) (OG 226)
- 192 (all excerpts) (OG 226)
- 750A to C (OG 232A to C)
- 848A to F (OG 251A to F)

Please get these to us ASAP so we can review them and provide you with updated exhibits. If we do not receive your additional lines by **Sunday, February 12 at noon**, we will be unable to consider them in accordance with the Court's deadline to file our joint statement regarding rule of completeness on Monday, February 13.

Finally, the government is cutting these exhibits from the exhibit list. We do not intend to admit them in our case-in-chief:

- OG 234
- OG 237

Please let us know if you have any questions or want to discuss.

Thanks,

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
Deputy Chief | Public Corruption and Civil Rights Section
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0363 | F: 213.894.6436 | cassie.palmer@usdoj.gov

---

**From:** Palmer, Cassie (USACAC) 2
**Sent:** Tuesday, February 7, 2023 10:30 PM
**To:** brendan@braunlaw.com; Harland Braun <harland@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Raymond Chan <ray.sw.chan@gmail.com>
**Subject:** Jury Instructions & Verdict Form

Hi Harland and Brendan,

I've attached for your review the government's jury instructions (the Judge separates instructions during trial and those at the end of trial) and verdict form for your review. As noted, the parties are required to file the Joint Jury Instructions **on Monday**. As such, please provide us any edits you may have **by Friday at noon**. The parties then can draft their respective positions in support of their instructions/verdict forms.

If you would like to discuss anything in the instructions, please let us know.

Thank you,

Cassie

**Cassie D. Palmer** | **Assistant United States Attorney**
**Deputy Chief** | **Public Corruption and Civil Rights Section**
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0363 | F: 213.894.6436 | cassie.palmer@usdoj.gov

--

Brendan J. Pratt

**BRAUN & BRAUN LLP**

10880 Wilshire Boulevard, Suite 1020

Los Angeles, CA 90024

Tel: (310) 277-4777
Fax: (310) 507-0232
brendan@braunlaw.com

--

Brendan J. Pratt

**BRAUN & BRAUN LLP**

10880 Wilshire Boulevard, Suite 1020

Los Angeles, CA 90024

Tel: (310) 277-4777
Fax: (310) 507-0232
brendan@braunlaw.com

--

Brendan J. Pratt

**BRAUN & BRAUN LLP**

10880 Wilshire Boulevard, Suite 1020

Los Angeles, CA 90024

Tel: (310) 277-4777
Fax: (310) 507-0232
brendan@braunlaw.com

--

Brendan J. Pratt

**BRAUN & BRAUN LLP**

10880 Wilshire Boulevard, Suite 1020

Los Angeles, CA 90024

Tel: (310) 277-4777
Fax: (310) 507-0232
brendan@braunlaw.com