E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0363/3289/3819
    Facsimile: (213) 894-6436
    E-mail:  Mack.Jenkins@usdoj.gov
           Cassie.Palmer@usdoj.gov
           Susan.Har@usdoj.gov
           Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR LEAVE TO FILE TRIAL BRIEF IN EXCESS OF 15 PAGES; DECLARATION OF BRIAN R. FAERSTEIN |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby applies ex parte for leave to file the Government's Trial Brief that exceeds 15 pages.

//

//

This ex parte application is based upon the attached declaration of Brian R. Faerstein.

Dated: February 13, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

         /s/
BRIAN R. FAERSTEIN
MACK E. JENKINS
CASSIE D. PALMER
SUSAN S. HAR
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF BRIAN R. FAERSTEIN**

I, Brian R. Faerstein, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I, along with Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, and Susan S. Har, am an attorney representing the government in this case.

2. Pursuant to the Court's trial order in this case, the government's trial brief to be filed before trial is limited to 15 pages. (Dkt. No. 147.)

3. The government requests leave to file a trial brief that exceeds 15 pages. Given the breadth of the charges and evidence against defendant Raymond Chan, including in connection with the alleged RICO conspiracy count, the government is requesting leave to file a 32-page trial brief (not including exhibits regarding relevant correspondence between the government and the defense) in order to more fully set forth the legal and evidentiary issues that the government anticipates may arise at trial, to assist both the defense and the Court.

4. The Court granted similar applications in the Lee/940 Hill LLC trial (permitting a 25-page trial brief) and the Shen Zhen New World I, LLC trial (permitting a 26-page trial brief). (Dkt. Nos. 475, 730.)

5. On the morning of February 13, 2023, I sent an email to Harland W. Braun and Brendan J. Pratt, counsel for defendant Chan, seeking their position with respect to this ex parte application. As of the time of this filing, the government has yet to receive a response from defense counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on February 13, 2023.

BRIAN R. FAERSTEIN