E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
       1500 United States Courthouse
       312 North Spring Street
       Los Angeles, California 90012
       Telephone: (213) 894-2091/0363/3289/3819
       Facsimile: (213) 894-6436
       E-mail:    Mack.Jenkins@usdoj.gov
                  Cassie.Palmer@usdoj.gov
                  Susan.Har@usdoj.gov
                  Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>                v.<br><br>RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong,"<br><br>           Defendant. | No. CR 2:20-326(A)-JFW-2<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE OVERSIZED TRIAL BRIEF |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's _ex parte_ application for leave to file a trial brief in excess of 15 pages is GRANTED.

IT IS SO ORDERED.

_____           _____
DATE                                  HONORABLE JOHN F. WALTER
                                      UNITED STATES DISTRICT JUDGE

1  Presented by:

2  _____/s/_____
   BRIAN R. FAERSTEIN
3  Assistant United States Attorney