**<u>Exhibit A</u>**

| | |
|---|---|
| **From:** | Har, Susan (USACAC) |
| **To:** | Harland Braun; brendan@braunlaw.com; Raymond Chan |
| **Cc:** | Jenkins, Mack (USACAC); Palmer, Cassie (USACAC) 2; Faerstein, Brian (USACAC); Civetti, Andrew (LA) (FBI) |
| **Subject:** | Upcoming Deadlines |
| **Date:** | Tuesday, February 7, 2023 11:00:00 AM |

Counsel,

For your convenience, I provide below pertinent, upcoming deadlines.  Please remember that you are responsible for complying with the Court's orders and deadlines, and you should not rely solely on the below.

Best,
Susan

\*          \*          \*

**<u>Deadlines</u>**
2/7 (Tues.) - TODAY
- EACH PARTY files own Expert Offer of Proof
- GOVT provides jury instructions to defense
- DEFENSE to provide electronic versions of ALL translations/Rule of Completeness transcripts

2/8 (Wed.)
- FILE Joint Summary of the Case (Govt will file)

2/9 (Thurs.)
- EACH PARTY files Proposed Voir Dire

2/10 (Fri.)
- FILE Joint Statement re Govt Pre Trial Exhibit Stipulation (Govt will file)
- GOVT files Govt Witness List

[weekend]

2/13 (Mon.)
- DEFENSE provides Def. Exhibit List and Exhibits (start at 2000)
- DEFENSE provides Def. Jencks statements
- DEFENSE to file Def Witness List
- FILE Joint Statement re Translations/Rule of Completeness Transcripts (2 p.m.) (Govt will file)
- FILE Joint Jury Instructions (Govt will file)
- FILE Joint Verdict Form (Govt will file)

2/15 (Wed.)
- Parties to meet and confer re Def. Exhibit List

2/16 (Thurs.)
- FILE Joint Pretrial Exhibit Stipulation for Def. Exhibits (Def will file)

**Susan Har | Assistant United States Attorney**
United States Attorney's Office | Central District of California
United States Courthouse, Suite 1200 | 312 N. Spring St. | Los Angeles, CA 90012
O: 213.894.3289 | ████████
susan.har@usdoj.gov