## **Exhibit B**

| | |
|---|---|
| **From:** | Harland Braun |
| **To:** | Palmer, Cassie (USACAC) 2; Brendan Pratt |
| **Cc:** | Jenkins, Mack (USACAC); Civetti, Andrew (LA) (FBI); Faerstein, Brian (USACAC); Har, Susan (USACAC); Raymond Chan |
| **Subject:** | [EXTERNAL] RE: Jury Instructions & Verdict Form |
| **Date:** | Friday, February 10, 2023 4:53:08 PM |
| **Attachments:** | image001.png |

Get back to you Sunday. In the meantime, look at your false statement jury instruction. The instruction must track what Ray said without any omissions. The statement must be unequivocally false without any ambiguity or interpretation.

I think we can meet most of the deadlines. The Judge should understand that we do not waste time by filing multiple in limine motions. Part of our legal team was lost when the government vetoed Jeremy helping us even out of court.

The RICO charge is absurd. But the admissibility of most of the "irrelevant" evidence depends on the scope of the RICO charge. If the RICO charge fails, we will argue that the trial has been sabotaged by the government and double jeopardy apples

Do not be a cry baby and complain to the Judge about timelines. You have a team of at least 5 AUSAs, an agent, and private contractors.

Do you wish that there had been a reverse proffer before indictment?  I understand from the news that Moldova is a mess.

Sincerely,
Harland Braun

**BRAUN & BRAUN LLP**
Trial Lawyers | Trusted Counsel

10880 Wilshire Blvd., Suite 1020
Los Angeles, CA  90024
(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

---

**From:** Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>
**Sent:** Friday, February 10, 2023 4:13 PM
**To:** Harland Braun <harland@braunlaw.com>; brendan@braunlaw.com
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Faerstein, Brian (USACAC) <Brian.Faerstein@usdoj.gov>; Har, Susan (USACAC)

<Susan.Har@usdoj.gov>; Raymond Chan <ray.sw.chan@gmail.com>
**Subject:** RE: Jury Instructions & Verdict Form

Harland and Brendan,

Following up on my email below from February 7. Please note that the Judge requires three filings relating to jury instructions, **ALL OF WHICH ARE DUE ON MONDAY by 4 PM**:

    (1) joint proposed jury instructions -- during trial (includes the instructions themselves, both agreed-upon instructions and any disputed instructions);

    (2) joint proposed instructions – end of trial (includes the instructions themselves, both agreed-upon instructions and any disputed instructions); and

    (3) a joint memorandum of law re: jury instructions, which lays out the parties' respective arguments as to any disputes in (1) or (2).

Likewise, the joint verdict form with the parties' respective positions in the event of any disputes **is also due Monday by 4 PM**.

We requested that you provide any defense edits or proposed additional instructions **by TODAY at noon.** We have not received anything, nor have you indicated when you anticipate providing such information to us. We cannot draft positions for the Court if we do not know what you are requesting. We need to receive your proposed edits today to allow us to review them and meet and confer with you over the weekend, propose any revisions to our instructions that may narrow or resolve the parties' disputes, and draft our positions in support of our instructions for filing on Monday. Even this timing put us on a very tight timeline, but we sought to give you additional time because this meet and confer process is what the Court has contemplated for these joint filings.

As I mentioned in my previous email today, we would like to talk with you on the phone today. We can make ourselves available this afternoon. Please let us know when you are available. If we do not hear back from you today, we intend to raise with the Court your ongoing untimeliness and unwillingness to engage meaningfully in the meet and confer process he has ordered. Finally, if you do not have any objections to our proposed instructions, please let us know today.

Thank you,

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
Deputy Chief | Public Corruption and Civil Rights Section
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0363| F: 213.894.6436 | cassie.palmer@usdoj.gov

---

**From:** Palmer, Cassie (USACAC) 2
**Sent:** Tuesday, February 7, 2023 10:30 PM
**To:** brendan@braunlaw.com; Harland Braun <harland@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>;

Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Raymond Chan <ray.sw.chan@gmail.com>
**Subject:** Jury Instructions & Verdict Form

Hi Harland and Brendan,

I've attached for your review the government's jury instructions (the Judge separates instructions during trial and those at the end of trial) and verdict form for your review. As noted, the parties are required to file the Joint Jury Instructions **on Monday**. As such, please provide us any edits you may have **by Friday at noon**. The parties then can draft their respective positions in support of their instructions/verdict forms.

If you would like to discuss anything in the instructions, please let us know.

Thank you,

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
Deputy Chief | Public Corruption and Civil Rights Section
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0363 | F: 213.894.6436 | cassie.palmer@usdoj.gov