**Exhibit C**

| From: | Harland Braun |
|---|---|
| To: | Palmer, Cassie (USACAC) 2 |
| Cc: | Brendan Pratt; Jenkins, Mack (USACAC); Har, Susan (USACAC); Faerstein, Brian (USACAC); Civetti, Andrew (LA) (FBI); Raymond Chan |
| Subject: | Re: [EXTERNAL] Re: Transcripts and Translations |
| Date: | Friday, February 10, 2023 1:18:27 PM |

900 is obviously argumentative and not based on any evidence in the real world. It is simply a diagram of the prosecution's theory of a RICO which obviously does not exist. Since the RICO charge which was carelessly brought undermines the rules of evidence on all the remaining counts, when it fails, the court might have to grant a mistrial on all the remaining counts. Or at least instruct the jury on the effect of eliminating count one.. As to the other two counts, we are agnostic.

On Fri, Feb 10, 2023 at 1:04 PM Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov> wrote:

Thank you, Brendan.

We assume that you are withdrawing your objections to the following three exhibits, as you never expanded beyond the boiler plate language initially provided nor provided any written position for today's filing:

| 900 | CD14 Enterprise | Civetti | Objection - Argumentative | FRE 1006 – see Gov't App'x |
|---|---|---|---|---|
| 932 | Hazens Business Development | Civetti; Chiang | Objection - Misstate Facts | FRE 1006 – see Gov't App'x |
| 933 | Hazens Checks to Synergy Chart | Civetti; Chiang | Objection - Misleading | FRE 1006 – see Gov't App'x |

Thanks,

Cassie

**From:** Brendan Pratt <brendan@braunlaw.com>
**Sent:** Friday, February 10, 2023 12:31 PM
**To:** Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>
**Cc:** Harland Braun <harland@braunlaw.com>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Raymond Chan <ray.sw.chan@gmail.com>
**Subject:** Re: [EXTERNAL] Re: Transcripts and Translations

Counsel,

Please see Mr. Chan's positions/objections in regard to the following exhibits:

905/1020 - Mr. Chan objects to this exhibit on the grounds that it is false and he did not solicit **any** benefits. Specifically:
- The bonus payments from Hazens to Chiang; Chiang negotiated that on his own.
- The $15,000 for Jeremy Chan; Chiang gave that to Jeremy.
- The $600,000 settlement, Huizar asked Huang and Huang agreed.
- Junior's pay from Hazens to Junior. That was paid through a different company and bank account.
- The $100,000 PAC for Huizar. Chan and Chiang stopped that payment and Hazens did not contribute.
- The issue of Jacinto's payment; she in fact worked 9 months for that.
- The $10,000 for Kuk. Andy and the FBI attempted to entrap Kuk with a $10,000 payment. Finally, Mr. Chan told Andy not to pay Kuk.

906 - no objection
907A - no objection
907B - no objection
907C - no objection

1032 - no objection
1033 - no objection
940/1023 - no objection
941/1022 - no objection

942/1023 - no objection

Also, I have attached to this email the redlines as to Exhibit No. 848A-848F.

Thanks,

Brendan

On Fri, Feb 10, 2023 at 11:40 AM Brendan Pratt <brendan@braunlaw.com> wrote:

> We understand and are working on getting those objections/positions to you as soon as possible. We can get those to you before 12:30pm.
>
> Brendan
>
> On Fri, Feb 10, 2023 at 11:25 AM Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov> wrote:
>
>> Brendan,
>>
>> That is unacceptable. 1:30 is when we have to file this document with Court in order to deliver a copy to the Judge by 2. **We cannot draft responses to something we do not have.** This filing is supposed to include not only your objections but the parties' written responses regarding those objections. We don't even have all of your objections let alone your positions.
>>
>> Cassie
>>
>> **From:** Brendan Pratt <brendan@braunlaw.com>
>> **Sent:** Friday, February 10, 2023 11:20 AM
>> **To:** Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>
>> **Cc:** Harland Braun <harland@braunlaw.com>; Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Raymond Chan <ray.sw.chan@gmail.com>
>> **Subject:** Re: [EXTERNAL] Re: Transcripts and Translations
>>
>> Hi Cassie,
>>
>> Apologies, we have been on a conference call all morning and have been tied up with trial preparation and did not receive a voicemail or a missed call from your office on our answering machine. We are working on providing our positions as to the exhibits described in 1(a) and 1(b) in your last email, and we will get back to you before 1:30 PM today.
>>
>> Thanks,
>>
>> Brendan
>>
>> On Fri, Feb 10, 2023 at 10:46 AM Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov> wrote:
>>
>>> Brendan,
>>>
>>> I just tried to call your Office. Please call me back.
>>>
>>> With respect to the 1:30 PM filing **TODAY**, we still do not know Mr. Chan's specific objections or positions for 1.a.or 1.b. In light of your failure to provide your objections and positions, we are unable to draft our responses, which are required by the Court. Since your failure to provide such positions renders us unable to provide our positions as ordered by the Court, we are currently drafting language that we intend to file that the defense has not provided objections or positions as to these items as required by the Court's

orders and accordingly request that the Court deem any future objections as to these items untimely. As you know, the Court advised at the last hearing that he may consider untimely objections waived.

Cassie

**Cassie D. Palmer** | **Assistant United States Attorney**
**Deputy Chief | Public Corruption and Civil Rights Section**
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0363 | F: 213.894.6436 | cassie.palmer@usdoj.gov