# EXHIBIT B

| | |
|---|---|
| **From:** | Harland Braun |
| **To:** | Jenkins, Mack (USACAC) |
| **Cc:** | Brendan Pratt; Palmer, Cassie (USACAC) 2; Har, Susan (USACAC); Civetti, Andrew (LA) (FBI); Raymond Chan; Jeremy Chan; Faerstein, Brian (USACAC) |
| **Subject:** | RE: [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists |
| **Date:** | Monday, December 5, 2022 3:05:38 PM |
| **Attachments:** | image001.png |

I will be meeting with Ray Chan tomorrow morning to further prepare his defense for the trial. I assume for planning purposes that we can meet downtown if that is more convenient for the government. Ray, Jeremy, Brandan and I will attend.

We are still preparing our exhibits but we will be relying mostly on your exhibits for the defense.

I hope you finally understand why Wei Huang never considered that the few chips given to Huizar was a bribe. If you have anyone on your team who understands Chinese business practices that will be obvious.
Let me know if we can help educate our agents.

All the government succeeded in doing was to drive out one billion dollars in Chinese investment in LA plus losing 1700 jobs. Your agents must understand Chinese culture to be able to understand some very specific words used on the tapes. Do your agents understand the pictures which were recovered by the government. Why was there no search warrant for Ray's home??

Ray is an expert on Chinese culture—too bad your agents are not.

As Ray will testify, the idea that there was a RICO conspiracy is absurd. No wonder the author of this lie has fled to Moldova. Before she fled, she spurned two attempts from me for a reverse proffer.

All you have is some chicken-shit charges against Huizer---no big deal. Ray is totally honest as many will verify. Ray is a victim of the Chinese initiative which was racially based under the Trump administration. I hope you are ready to cross-examine him. I hope you understand there will be two more trials: there is no way Huizar can be fairly tried if joined with Ray.

As I told Ray before contacting your office: the only reason you will be indicted is because you are off Chinese descent and were the deputy mayor. My opinion is unchanged.


Sincerely,
Harland Braun

**BRAUN & BRAUN LLP**
Trial Lawyers | Trusted Counsel

10880 Wilshire Blvd., Suite 1020
Los Angeles, CA  90024
(310) 277-4777

harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

---

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Monday, December 5, 2022 8:37 AM
**To:** Harland Braun <harland@braunlaw.com>
**Cc:** Brendan Pratt <brendan@braunlaw.com>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Raymond Chan <ray.sw.chan@gmail.com>; Jeremy Chan <jeremychan.la@gmail.com>; Faerstein, Brian (USACAC) <Brian.Faerstein@usdoj.gov>
**Subject:** RE: [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Thanks for your responses.

1. That schedule for disclosure should work, please do try and get it to us then so we can make Wednesday go as efficiently as possible.
2. We can confirm Wednesday (12/7) at 9am for this meet and confer.
3. But would it be possible for you and your team to come to the USAO for this meeting instead of the FBI?  The main reason is that our space here we have access to all of the exhibits on a cloud folder with a conference room with a tv monitor to display certain exhibits, to the extent necessary.  This makes everything go a lot more smoothly in our experience.  We do not have the same set up at the FBI.  But we are willing to meet you there (@FBI) nonetheless, if you strongly prefer it.
4. I would budget around 3 hours to go over the exhibits at a high level and explanation of our respective positions on categories of exhibits and your objections.
5. Please let us know who is attending on your end.
6. You previously stated you did not intend to present a Chinese culture defense or expert re the same.  Just confirming both remain true?  We believe the timing to litigate either matter has lapsed.

---

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Friday, December 2, 2022 11:18 AM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>
**Cc:** Brendan Pratt <brendan@braunlaw.com>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Raymond Chan <ray.sw.chan@gmail.com>; Jeremy Chan <jeremychan.la@gmail.com>
**Subject:** RE: [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Will be meeting with client this Tuesday and should get back to you later that day.

Have you figured out why Wei Huang never considered the LV trips as a bribe.  Do you have any expertise on Chinese culture? Are we dealing with the same stupid government which got us involved in Vietnam or kept us in Afghanistan for 20 years?

Sincerely,
Harland Braun

**BRAUN & BRAUN LLP**
Trial Lawyers | Trusted Counsel

10880 Wilshire Blvd., Suite 1020
Los Angeles, CA  90024
(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

---

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Thursday, December 1, 2022 9:27 PM
**To:** Harland Braun <harland@braunlaw.com>
**Cc:** Brendan Pratt <brendan@braunlaw.com>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Raymond Chan <ray.sw.chan@gmail.com>; Jeremy Chan <jeremychan.la@gmail.com>
**Subject:** RE: [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Thanks for getting back to us.  We will discuss and get back to you shortly.  In the meantime, will you and your team please provide us sometime in advance of 12/7 your individual objections inserted into the government exhibit list similar to the document provided by Huizar's counsel?  This will help expedite our meet and confer.  You can also let us know/confirm if you are simply joining each of the PDs objections (although those are subject to change/removal based on our meet and confer this week).   Thanks.

---

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Thursday, December 1, 2022 11:26 AM
**To:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Carel Ale <Carel_Ale@fd.org>; Raymond Chan <ray.sw.chan@gmail.com>; Jeremy Chan <jeremychan.la@gmail.com>
**Cc:** Charles Snyder <Charles_Snyder@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Adam Olin <Adam_Olin@fd.org>; Brendan Pratt <brendan@braunlaw.com>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Quach, Lynda (USACAC) [Contractor] <lquach1@usa.doj.gov>; Buxton, Jamari (USACAC) <JBuxton@usa.doj.gov>; Kristina Beck <Kristina_Beck@fd.org>

**Subject:** RE: [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

What about a meet and confer for December 7th at 9 AM at the FBI headquarters in West Los Angeles.

Maybe by that time , the government will figure out why the idea that Huang was bribing Huizar with trips to Las Vegas defies common sense. If you cannot figure that out, I will confidentially tell Martin Estrada to help him avoid a prosecution that is an Anti-Chinese embarrassment.

Sincerely,
Harland Braun

**BRAUN & BRAUN LLP**
Trial Lawyers | Trusted Counsel

10880 Wilshire Blvd., Suite 1020
Los Angeles, CA  90024
(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

---

**From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
**Sent:** Wednesday, October 12, 2022 3:33 PM
**To:** Harland Braun <harland@braunlaw.com>; Carel Ale <Carel_Ale@fd.org>
**Cc:** Charles Snyder <Charles_Snyder@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Adam Olin <Adam_Olin@fd.org>; brendan@braunlaw.com; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Quach, Lynda (USACAC) [Contractor] <Lynda.Quach@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>; Kristina Beck <Kristina_Beck@fd.org>
**Subject:** RE: [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Thanks for your responses.  We will ask Lynda (cc'd) to look out for hard drives from you and Carel.

---

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Wednesday, October 12, 2022 3:19 PM
**To:** Carel Ale <Carel_Ale@fd.org>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Charles Snyder <Charles_Snyder@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Adam Olin <Adam_Olin@fd.org>; brendan@braunlaw.com; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Quach, Lynda (USACAC) [Contractor] <lquach1@usa.doj.gov>; Buxton, Jamari (USACAC) <JBuxton@usa.doj.gov>; Kristina

Beck <Kristina_Beck@fd.org>
**Subject:** [EXTERNAL] Re: US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists

Mack,

We would also like the government's exhibits provided via hard drive. We will order and send a hard drive to Lynda Quach through Amazon.

Thanks,
Harland

On Tue, Oct 11, 2022 at 8:42 PM Carel Ale <Carel_Ale@fd.org> wrote:

> Mack:
>
> We'd like the exhibits provided via hard drive. We'll have a hard drive sent over c/o Lynda as soon as possible.
>
> Thanks.
>
> Carel
>
> ---
>
> **From:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>
> **Sent:** Tuesday, October 11, 2022 7:11 PM
> **To:** Charles Snyder <Charles_Snyder@fd.org>; Cuauhtemoc Ortega <Cuauhtemoc_Ortega@fd.org>; Carel Ale <Carel_Ale@fd.org>; Adam Olin <Adam_Olin@fd.org>; Harland Braun <harland@braunlaw.com>; brendan@braunlaw.com <brendan@braunlaw.com>
> **Cc:** Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Quach, Lynda (USACAC) [Contractor] <Lynda.Quach@usdoj.gov>; Buxton, Jamari (USACAC) <Jamari.Buxton@usdoj.gov>
> **Subject:** US v. Huizar and Chan; CR-20-326-JFW - Exhibit and Witness Lists
>
> Counsel – attached please find the Exhibit List and Witness List for *United States v. Jose Huizar and Raymond Chan* set for trial 2/21/23. The exhibits themselves are voluminous so <u>please let us know if you prefer to obtain them via a hard drive (that you provide to us) or via USAFX</u> (which, in our experience, will take significant time in the downloading process).
>
> **Mack E. Jenkins | Assistant United States Attorney**
> **Chief | Public Corruption & Civil Rights Section**
> United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
> T: 213.894.2091 | F: 213.894.2927 | mack.jenkins@usdoj.gov