# EXHIBIT E

| | |
|---|---|
| From: | Harland Braun |
| To: | Har, Susan (USACAC); Palmer, Cassie (USACAC) 2; Brendan Pratt; Raymond Chan |
| Cc: | Jenkins, Mack (USACAC); Faerstein, Brian (USACAC); Civetti, Andrew (LA) (FBI) |
| Subject: | RE: [EXTERNAL] RE: Stipulations of Fact |
| Date: | Wednesday, February 8, 2023 11:21:01 AM |
| Attachments: | image001.png |

I do not blame you. You are just part of a government team which recklessly indicted an innocent man. Chan per my counsel TWICE offered to sit for a reverse proffer before indictment. Your office rejected Chan's offer.

Chan wanted to see if perhaps there was a misunderstanding about the case. Chan's name had already been leaked to the press unfortunately. I also wanted to make sure Chan was not lying to me.

There was no logical reason for your office to turn down a reverse profess before indictment. I am not entitled to that information but  speculate that the Trumpian DOJ ordered the indictments as part of the Chinese initiative. Of course the DOJ under Trump was not "corrupt. " Three times your office has ignored my request for an explanation for the Guan Li dismissal after he spent 9 months at MDC!! Why?

Martin Estrada is now in charge; he will bear the burden of explaining the case—he cannot just blame Donald Trumps' DOJ or even Mack Jenkins..

The indictment has destroyed Chan's reputation, cost Jeremy his job, and financially ruined Ray.  Ray cannot understand how he could be indicted after 33 years of honest public service and never violating any law or regulation.
I explained to him: Welcome to America.

Although the LA press has ignored the enormity  of the government's wrongdoing, there are 50 million overseas readers of Chinese language daily newspapers who are watching how Rays handles his defense. Although the stipulations seems routine, it could be spun as Ray cooperating with a corrupt government prosecution.  Also the press of the PRC does monitor the overseas Chinese  language newspaper and selectively reproduces some articles.

How did the other two cases turn out?

Sincerely,
Harland Braun

10880 Wilshire Blvd., Suite 1020
Los Angeles, CA  90024

(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

**From:** Har, Susan (USACAC) <Susan.Har@usdoj.gov>
**Sent:** Tuesday, February 7, 2023 6:19 PM
**To:** Harland Braun <harland@braunlaw.com>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Brendan Pratt <brendan@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Faerstein, Brian (USACAC) <Brian.Faerstein@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Raymond Chan <ray.sw.chan@gmail.com>
**Subject:** RE: [EXTERNAL] RE: Stipulations of Fact

Attaching slightly revised fact stips (the only change was to delete the Union Bank wires, which are not part of the charged counts against your client).

Harland – will you be agreeing to the fact stipulations?  We can and will prove all aspects of the case, but these stipulations largely relate to noncontroversial and undisputed technicalities (and prior counsel in the last two trials agreed to the interstate nature of the wires and the $10k federal funds, as well as the Godoy one in SZNW).  Without the stips, we'll need to prolong the trial with extra witnesses.

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Tuesday, January 31, 2023 9:57 AM
**To:** Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Brendan Pratt <brendan@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>; Raymond Chan <ray.sw.chan@gmail.com>; Jeremy Chan <jeremychan.la@gmail.com>
**Subject:** [EXTERNAL] RE: Stipulations of Fact

Will get back to you next week. The government should be prepared to prove all aspects of its case should we decline to stipulate next week.

Sincerely,
Harland Braun

**BRAUN & BRAUN LLP**
Trial Lawyers | Trusted Counsel

10880 Wilshire Blvd., Suite 1020
Los Angeles, CA  90024

(310) 277-4777
harland@braunlaw.com

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Braun & Braun LLP

**From:** Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>
**Sent:** Monday, January 30, 2023 5:44 PM
**To:** Harland Braun <harland@braunlaw.com>; brendan@braunlaw.com
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Faerstein, Brian (USACAC) <Brian.Faerstein@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** Stipulations of Fact

Harland and Brendan,

I have attached for your review revised stipulations of fact, in light of Huizar's plea.

Please let us know <u>by Wednesday</u> if you anticipate entering into any of these stipulations, as this will likely affect the joint pretrial exhibit filing. If you are inclined to agree to a certain stipulation but wish to propose revised language, please send back your proposed language in redline. In past trials, the stipulations were admitted as exhibits.

Thanks,

Cassie

**Cassie D. Palmer | Assistant United States Attorney**
**Public Corruption & Civil Rights Section**
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, California 90012
T: 213.894.0363 | F: 213.894.6436 | cassie.palmer@usdoj.gov