# EXHIBIT F

Case 2:20-cr-00326-JFW   Document 943-6   Filed 02/13/23   Page 1 of 3   Page ID #:22317



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Veronica Dragalin*  
*Phone: (213) 894-0647*  
*E-mail: veronica.dragalin@usdoj.gov*

*1500 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

January 12, 2021

**VIA FEDEX & E-MAIL**

Harland Braun  
Braun & Braun LLP  
10250 Constellation Blvd., Suite 1020  
Los Angeles, CA 90067  
harland@braunlaw.com

Richard Steingard  
Law Offices of Richard M. Steingard  
800 Wilshire Blvd., Suite 1050  
Los Angeles, CA 90017-2672  
richard@steingardlaw.com

Ariel A. Neuman  
Jimmy Threatt  
Attn: Rachel E. Capata  
Bird, Marella, Boxer, Wolpert, Nessim,  
Drooks, Lincenberg & Rhow, P.C.  
1875 Century Park East, 23rd Floor  
Los Angeles, California 90067-2561  
aneuman@birdmarella.com  
jthreatt@birdmarella.com  
rcapata@birdmarella.com

  Re:   United States v. Huizar, et al., CR No. 20-326(A)-JFW  
         Production No. 1

Dear Counsel:

Pursuant to your respective requests for discovery, the Court's order, the Protective Order entered in this matter on August 3, 2020 (Dkt. 47) and stipulations regarding the Protective Order (Dkt. 149, 153), and the Agreement re: Transcript drafts, enclosed please find a hard drive and flash drive containing documents described in more detail in the enclosed production indices.  As you know, we provided an advance copy of the indices by email on December 14, 2020.

**Please note that certain documents included in this production are subject to the Protective Order, designated as "Sensitive Materials" or "Cooperator Materials" with markings on each page and/or in the designated column of the index**.  As a reminder, "Cooperator Materials" <u>cannot</u> be provided to defendant.  We have redacted personal identifying information ("PII") where feasible to reduce the number of documents produced pursuant to the Protective Order and have otherwise marked documents containing PII subject to the Protective Order.  To the extent we have produced documents without a Protective Order designation that contain PII, please note the oversight was inadvertent.  In the spirit of the Protective Order in this case, please treat third party PII (in particular, social security numbers, date of birth, and home addresses) as subject to the protections afforded in the Protective Order.

Following through on our earlier offer and in our ongoing effort to facilitate your efficient review of the discovery, we will discuss this discovery production and arrangements for future

RE:  Huizar, et al. Production 1
January 12, 2021
Page 2

discovery productions at a Rule 16.1 discovery conference that will take place on January 12, 2021.  The government will be happy to answer any additional questions you may have about discovery productions.

The government will make available for your inspection any item of evidence referred to above, as well as any other evidence seized from your client(s) and/or which the government intends to offer in its case-in-chief.  Please contact us to arrange a mutually convenient time for your inspection of such items.

The government will produce to you any additional <u>Jencks</u> material—including any relevant grand jury transcripts, assuming a Rule 6(e) order has been issued—one week before trial if you agree to the production of reciprocal <u>Jencks</u> material at that time or affirmatively represent that you have no <u>Jencks</u> material to produce.  Please inform us whether such an arrangement is acceptable to you.

The enclosed materials and any future discovery provided to you that may exceed the scope of discovery mandated by the Federal Rules of Criminal Procedure, federal statute, or relevant case law are provided voluntarily and solely as a matter of discretion.  By producing such materials to you, the government does not waive its right to object to any future discovery requests beyond the ambit of its legal obligations.

With this letter the government requests all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.  The government also requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress, and/or an alibi defense.  Pursuant to Federal Rule of Criminal Procedure 12.1, the dates, times, and places of the charged offenses are detailed within the documents included within the discovery.  Please contact us immediately if you believe that this notice is insufficient.

Please let us know if you have any questions, or would like to further discuss any of the matters raised above.

Very truly yours,

*/s/ Veronica Dragalin*

MACK E. JENKINS
VERONICA DRAGALIN
MELISSA MILLS
Assistant United States Attorneys
Public Corruption & Civil Rights Section

Enclosure (1 hard drive and 1 flash drive)

Cc:  Lynda Quach (paralegal)