# EXHIBIT H

| | |
|---|---|
| **From:** | Faerstein, Brian (USACAC) |
| **To:** | Harland Braun; Brendan Pratt |
| **Cc:** | Jenkins, Mack (USACAC); Palmer, Cassie (USACAC) 2; Har, Susan (USACAC); Civetti, Andrew (LA) (FBI) |
| **Subject:** | Trial Logistical Issues |
| **Date:** | Saturday, February 11, 2023 1:43:30 PM |

Harland and Brendan,

In preparing the government's trial memo, we identified three trial logistical issues upon which we hope we can reach agreement. Please let us know if you will agree to each of the following so that we can represent to the Court that we have reached consensus on these issues:

1. Neither side (and no one acting in concert with either side, like a jury consultant) shall conduct online (i.e., social media, etc.) research of prospective jurors; thus, that all information known to the parties will be developed and discussed on the record in open court. Note that the Judge forbade such practice in the 940 Hill/Lee trial and defense counsel agreed not to do so in the Shen Zhen trial.

2. Neither side will make unsolicited attempts to contact jurors after the trial has ended at their home, workplaces, or anywhere outside of the courthouse. However, at the conclusion of the trial should any jurors want to speak with you or government counsel about the trial and remain at or near the courthouse for those purposes, this agreement would not preclude that practice. Note that the Judge imposed this practice in the last trial.

3. Each side will ensure their witnesses are sequestered until they testify pursuant to FRE 615 (with the exception for Special Agent Civetti, whose presence is permitted under FRE 615(b) and (c)). As we noted at the reverse proffer, this will include Jeremy Chan, to the extent you intend to call him as a witness. (At this point, we do not plan to call him in our case-in-chief.)

Thank you,
Brian

**Brian R. Faerstein | Assistant United States Attorney**
United States Attorney's Office | Central District of California
312 N. Spring Street | Los Angeles, CA 90012
T: 213.894.3819 | brian.faerstein@usdoj.gov

Exhibit H
001