Exhibit A



1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang



**RAYMOND CHAN**



Andy Wang

**TRANSLATED**

Ex. 186A to E

**Government – RED**
**Defense - BLUE**

| Ex. # | Speaker | Transcript |
|---|---|---|
| | CHAN | *Michael Bai has no value to them.* |
| | Wang | *Why no value?* |
| | CHAN | *Michael Bai is outside. He's a consultant.* |
| | Wang | *Consultant, yeah.* |
| | CHAN | *He's a consultant, he's not the government.* |
| | Wang | *Right.* |
| | CHAN | *George has some value.* |
| | Wang | *Uh-huh.* |
| | CHAN | *So you gotta understand, when they do investigation, they don't know what they're looking for. But one thing leads to another to lead to another to lead to another.* |
| | Wang | *To another.* |
| | CHAN | How does the saying go – "follow the vine…" [OV} |

1

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| | Wang | … to get to the melon. |
| | CHAN | … to get to the melon!" *Alright. That's the way they operate. It just happens that you were there. You're probably are the wealthi—the richest man in that room. You probably paid for, I'm just guessing, nobody told me this, a lot of the expenses.* |
| | Wang | *Well, what do you mean? For the drinks?* |
| | CHAN | *For the… for the… drinks and the…* |
| | Wang | *Nooo… sometimes,* there are times when I do pay, there are other times *Michael Bay (sp)* will pay. However, *Chris Pak* would also pay quite often. |
| | CHAN | Okay. |
| | Wang | Because… because he… he… |
| | CHAN | It's his place, right? |
| | Wang | It's his place. He said he's half of the management. I don't know (laughs) if that's true or false. |
| | CHAN | I've been there… I've also been there once. He isn't half of the management. |
| | Wang | He said he's a *partner*. [OV] |
| | CHAN | Well, *Chris* is a *partner*… [OV] |
| | Wang | Right. [OV} |
| | CHAN | I've been there... [OV] |
| | Wang | *Yeah, I'm the partner.* |
| 186A 00:27:00 | CHAN | Just to eat dinner. [OV] Chris and I, Chris invited me to eat dinner there outside at the patio. I also did not know [UI], also he did not say…I also did not know. At that time, he hadn't said it yet. [noise] At that time, he hadn't said it yet, so I don't know. *So the—so they started—then they look at it. George Esparza is there…George is just like—is a government employee—* |

2

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| 186A | Wang | Uh-huh. |
| 186A | CHAN | *—especially he's with council.* |
| 186A | Wang | *Right.* |
| 186A | CHAN | *So, he has* [noise] *to hold value.* |
| 186A | Wang | *Right.* |
| 186A | CHAN | *Okay? George is like that inspector. That- you know what? Oh, you know, working for the government. Okay?* |
| 186A | Wang | [OV] *Yeah, I get it.* |
| 186A | CHAN | *So that's what it is. So they asked George… when they asked George and I don't know, I don't know whether Ricky get, and Ricky also told me – by the time you talk to George, then, they even took a picture of Ricky and George and* Chairman Huang. |
| 186A | Wang | Huang Wei. |
| 186A | CHAN | Huang Wei. |
| 186A | Wang | *Yeah.* |
| 186A | CHAN | At the outside of Ricky's restaurant. Outside of Ricky's restaurant, did you know? |
| 186A | Wang | [Laughs] *Yes.* |
| 186A | CHAN | *That means it was really open…* |
| 186A | Wang | *For a while. A little bit.* |
| 186A 00:28:13 | CHAN | Because George is a *government worker*. |
|  | Wang | *Uh..* |
|  | CHAN | They also need to ask *George* … [OV] |
|  | Wang | Based on what… [OV] |

3

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
|  | CHAN | …about *Jose*. [OV] |
|  | Wang | Correct. |
|  | CHAN | Correct. The way I see it, let me first have a word with you, *Andy*. |
|  | Wang | *Uh-huh.* |
|  | CHAN | You can be honest with me; I won't…, [OV] |
|  | Wang | I… Wait a moment and I'll explain to you, Sifu. |
| **186B** 00:28:30 | CHAN | The first point – did you ever pay any… |
| **186B** | Wang | No. I've never paid any cash. |
| **186B** | CHAN | [OV] You never did? |
| **186B** | Wang | Right. |
| **186B** | CHAN | How about small gifts? You must have. |
| **186B** | Wang | *Very little.* |
| **186B** | CHAN | Right. |
| **186B** | Wang | *Not a--* |
| **186B** | CHAN | They *they don't give a shit about that*. |
| **186B** | Wang | *Yeah.* Just-just-- |
| **186B** | CHAN | *The reason--* |
| **186B** | Wang | —[OV] dinner— |
| **186B** | CHAN | —[OV] *they*— |
| **186B** | Wang | —[OV] or something. |
| **186B** | CHAN | *The reason they find – look at you – is mainly because of this*. You can tell me, first tell me what kind of questions they asked |

4

| Ex. # | Speaker | Transcript |
|---|---|---|
| **186B** | Wang | They asked when I went to… stated to go, uh, uh, to *Koreatown's La Vue*? "Who took me there? When you went there, what did you…" They asked me what I did. I, well, played, played poker. |
| **186B** | CHAN | That's right. |
| **186B** | Wang | And—uh—uh, they mainly [clicks his tongue], I mean, *focus* on uh—*La Vue*—the—the store. Uh, uh, they also asked a bit—they didn't just ask a bit—they asked about the, uh, *Korean people*. |
| **186B** | CHAN | What *Korean people*? |
| **186B** | Wang | *Korean people*. Right, and then— |
| **186B** | CHAN | [OV] Which? There are so many people. |
| **186B** | Wang | [OV]—they also—also did *show*— |
| **186B** | CHAN | *Korean?* |
| **186B** | Wang | *Korean people*. Right, Korean people. |
| **186B** | CHAN | Ah. |
| **186B** | Wang | Right, *Korean*-- |
| **186B** | CHAN | [OV] You mean— |
| **186B** | Wang | [OV]—*people.* |
| **186B** | CHAN | [OV]—those people in the *poker room* with you— |
| **186B** | Wang | [OV] Right, right— |
| **186B** | CHAN | [OV]—and the other people. |
| **186B** | Wang | He took—took out some pictures. |
| **186B** | CHAN | Uh. |
| **186B** | Wang | He took out some pictures to show them. And I— |
| **186B** | CHAN | [OV] Did you know all of them? |

5

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| 186B | Wang | Um, um, no. |
| 186B | CHAN | Can you recognize all of them? |
| 186B | Wang | [OV] There were many—many that I didn't know. Many— |
| 186B | CHAN | [OV] Understood, understood. |
| 186B | Wang | —there were many that I didn't know. |
| 186B | CHAN | Understood, understood. |
| 186B | Wang | Right. There were many that I didn't know, but I did—[chuckles] [noise] I did see *George*'s picture. Uh, *Chris*— |
| 186B | CHAN | *George Esparza*? |
| 186B | Wang | [Chuckles] Right, right, right, right, right, right, and— |
| 186B | CHAN | [OV]and then? |
| 186B | Wang | —I saw *Chris*' picture, *and uh*—um, um— |
| 186B | CHAN | *Michael*'s was definitely there. |
| 186B | Wang | [OV] [chuckling] Uh, *Michael, Michael, Michael, Mi-Mi-Michael, Michael. Michael*'s picture, right, and also, uh, *Ricky*'s picture. |
| 186B | CHAN | *Ricky* also went with you? |
| 186B | Wang | I didn't . . . He ask me. I-I-I . . . [noise] because the picture wasn't clear. It should—should be him. |
| 186B | CHAN | Did *Ricky* go at the same time with you— |
| 186B | Wang | [OV] To *La Vue*? |
| 186B | CHAN | *Yeah*. |
| 186B | Wang | No, I've never gone with him. |
| 186B | CHAN | Did *Ricky*— |
| 186B | Wang | He— |

| Ex. # | Speaker | Transcript |
|---|---|---|
| **186B** | CHAN | [OV]—go by himself? |
| **186B** | Wang | [OV]—maybe he went by himself. I don't know. Maybe his picture was taken or something, [noise] but—but when they asked me, [noise] I didn't—didn't say anything. |
| **186B** | CHAN | [OV] Does *Ricky* know *Michael Bai*? |
| **186B** | Wang | I don't know if he knows. |
| **186B** | CHAN | I don't think he knows. Maybe *George* took him there. |
| **186B** | Wang | *George*, which *George*? |
| **186B** | CHAN | *Esparza.* |
| **186B** 00:30:50 | Wang | *That's possible, I'm not too clear. Sifu, I… [OV]* |
| | CHAN | What were the other things they asked? |
| | Wang | Mm… what else did they ask… they asked about my situation. Like, how to say, how and why am I over there? Is it because… 'who is paying the bill?' (laughs) I thought, I kept thinking, we are Chinese people and Chinese people care about our reputation, so I told them, 'yes, very often it was me who paid the bill' and when we play cards, it's not real gambling. It's all entertainment, all entertainment. Afterwards they asked<br><br>about *George* – about *George* and his winnings. |
| | CHAN | Did they ask if he did anything? |
| | Wang | They did ask – uhh… -- George, for example, 'did you take George anywhere?' [OV] |
| | CHAN | Bring which where? [OV] |
| | Wang | 'Take *George Esparza* anywhere?' |
| | CHAN | Did you? |
| **186C** 00:32:16 | Wang | 'Did anyone you know take him anywhere?' 'Did you invite him to anywhere?" And then, umm Sir, why did I contact you? I mean, |

7

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| | | during the whole process, they—they mentioned your name once or twice. Right. |
| 186C | CHAN | That's not surprising. Because I— |
| 186C | Wang | [OV] They mainly mentioned—because I—I—I felt that about this—this—this, uh, uh, couldn't—I couldn't deny, because this— |
| 186C | CHAN | [OV] Of course you couldn't deny. There's no problem at all. |
| 186C | Wang | Right—I—no, there was—there was one or two—they asked one or two—It just took about one or two minutes. |
| 186C | CHAN | [OV] About what? |
| 186C | Wang | They—one was—first, they asked how I came to know *Michael Bai*. Well, I had to, I mean— |
| 186C | CHAN | [OV] Right. |
| 186C | Wang | —I told the truth, because I didn't know, I mean, I mean, they— |
| 186C | CHAN | [OV] Of course, of course— |
| 186C | Wang | —[OV] they—what they knew. |
| 186C | CHAN | [OV] Of course. |
| 186C | Wang | I just said—I just, uh, *Ray* introduced me to him— |
| 186C | CHAN | Right. |
| 186C | Wang | —but that was it. After that I contacted *Michael* [noise] directly. That was that. And they asked a bit. They asked about something relatively sensitive. They asked, um, uh, if Huang Wei—they said, "Did *Chairman Huang*, uh, and *Ricky* invite any government official people to go *Vegas*?" |
| 186C 00:33:23 | CHAN | I'll tell you in a moment |
| | Wang | After that, you listen to me, after that, after that, I just said… umm.. they asked me, I just said, "what do you mean?" Because I brought my attorney there and they were actually… [OV] |

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| | CHAN | Did they ask you together? They must not be the first they spoke with you. They only asked you questions once? |
| | Wang | This was the first time. |
| | CHAN | The first time and you already brought an attorney? |
| | Wang | I just brought my attorney. If I don't bring my attorney, it's just messing around! I just think, with my attorney there, they won't be like they are on television and punch you, punch you! |
| | CHAN | Interrogation. |
| | Wang | Interrogation! It's more like a conversation. Then they asked, they asked a few person's name and mentioned your name. 'Did Raymond Chan went to Vegas with Chairman Huang and Ricky? Do you know that or no' I just said I don't know. First of all, I really don't know! Second of all, I was just like this, I said 'what I under-- what I know, I don't think he never went." |
| | CHAN | I didn't even go once! |
| | Wang | Right. I just kept thinking, then they asked—asked--- about George. |
| | CHAN | Esparza? |
| | Wang | Correct. About George's situation. And then, that was it. Because, because… a few days ago, Chris Pak meet up with me. After this, anyone I'm afraid to see! Because I don't even know what happened! |
| 186D 00:35:00 | Wang | *So scary*. |
| 186D | CHAN | —of course! |
| 186D | Wang | [Chuckling] I thought, this, this—*what the—what the fuck*! |
| 186D | CHAN | Because this affects you. Actually—actually you don't need to worry at all, but [noise] of course you need to worry, because— |
| 186D | Wang | Of cour— |
| 186D | CHAN | —you have a big project. Your factory, right? *You factory*— |

9

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| 186D | Wang | —*No*. [noise] |
| 186D | CHAN | —cannot to be affected at all. |
| 186D | Wang | [OV] No, no. No, no. No. What I mean is our—my recycling plant has [noise] nothing to do with this. |
| 186D | CHAN | Correct, correct. |
| 186D | Wang | Uh, I'm actually not worried about this. I just—just—just—I just felt like, [noise] oh, should I *keep a little distant with everyone until the things getting a little cooling down*? After about—about a few weeks—and a few—probably last week—last weekend, *Chris Pak* asked me to have lunch with him. I thought about it. He and I don't have the so-called *politic*—this [noise] political *re-relate*—between us. It's just pure—*pure business*. And then I—I thought, OK. He—actually he called me quite a few times before. When he realized that I was ignoring me, he felt very strange. He—we had lunch—had lunch. He's in also-also—He's also— |
| 186D | CHAN | When was that? Last week? |
| 186D | Wang | Last—last week. It was last Thursday or—Friday. And—it was around noon on Friday. And—and—it was at this [noise] [UI]—we had lunch around noon at Drago. And he also mentioned this thing. He said, [noise] uh, there were two of his brothers—and—and—there was *George*. I told him directly—I said, "*Maybe you know, the reason why I keep distant with you guys because*— |
| 186D | CHAN | *Right*. |
| 186D | Wang | [OV]—*because I-I don't know what's going on*— |
| 186D | CHAN | [OV] That's right. |
| 186D | Wang | [OV]—*I-I*—*it freak me out*. About what you-you— |
| 186D | CHAN | [OV] [UI] |
| 186D | Wang | [OV]—did, I-I don't know." |
| 186D | CHAN | Actually— |

10

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| **186D** | Wang | He said—he said he—oh, he said he was fine, and—and he said he went to some *event* that *Herb Wesson* held. |
| **186D** | CHAN | I went as well. [noise] |
| **186D** | Wang | Right, He-he-he mentioned it. He said you, *Michael* and *Geor-George—George Chiang* [noise] were all—all—all—all there. He mentioned that. He said—he said he did—he said [noise] he was fine. He said, "I've been in *down—Koreatown* [noise] for over 10 years." He, uh—[noise] |
| **186D** | CHAN | Do you know there were several times-- |
| **186D** | Wang | [OV] But he mentioned [noise] one thing. He mentioned one thing. I still—I'm thinking [noise] whether I should tell you, sir, about this thing. He mentioned one thing. He said—asked me—he said, "Do you know—" He said when you—you were in—you were approaching . . . It appears that there was a *retire* [noise] *event or whatever*—[noise] *a party*? Or *after*—he said he ran into you once. He said you asked him about—uh—*Jose*'s, uh, *set-set*-[noise] *settlement*—uh, *settlement* thing. He—uh—asked him. He said he was very *shock* about this. He asked if I knew about it. I said I didn't know. I said—I said, "*Ray* never told me about this thing. *I never—not even aware of this*." *Besides*, this thing, uh, [noise] happened in the past. I still didn't know— |
| **186D** | CHAN | [OV][UI] |
| **186D** | Wang | —I still didn't know— |
| **186D** | CHAN | *Yeah*, because it was quite a few years ago. |
| **186D** | Wang | No, *the point* is he asked [noise] me—he said—he said you mentioned it to him—you asked him about this thing. [noise] And he asked if I knew. |
| **186D** | CHAN | [OV] Why would I ask him about this thing? |
| **186D** | Wang | Then— |
| **186D** | CHAN | He—[noise] I wouldn't ask him. He didn't know about it at all. *OK*? |
| **186D** | Wang | Then—then he made it up. |

11

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| 186D | CHAN | [OV] We—we . . . He didn't make it up. [noise] During his—the *dinner* in *La Verne*, I sat with him [tapping sound] outside. That was it. |
| 186D | Wang | Oh. |
| 186D | CHAN | We talked about how the *Joseph* [PH] deal [noise] was. How this and that were, and then— |
| 186D | Wang | And then— |
| 186D | CHAN | We were, *you know*, *bullshitting*, OK? |
| 186D | Wang | *Uh-huh*. |
| 186D | CHAN | I mean—I mean, we were saying, oh, *you know*, it was most important for *Jose* to not walk down the wrong path again. It wasn't easy last time. |
| 186D | Wang | Uh, right. |
| 186D | CHAN | [OV] It had been turned around. |
| 186D | Wang | Lucky him. |
| 186D | CHAN | Uh, luck . . . [lowers his voice] actually…helped him a lot. *Yeah*. He . . . What else—what about me did the *FBI* ask? They asked who did the introduction. Later, you said it was me. [noise] Did they— |
| 186E 00:38:50 | CHAN | What else—what about me did the *FBI* ask? They asked who did the introduction. Later, you said it was me. [noise] Did they— |
| 186E | Wang | [OV] Uh, whether you'd been— |
| 186E | CHAN | [OV]—ask about Huang Wei? |
| 186E | Wang | [OV]—to *Vegas—Ve-Vegas*. |
| 186E | CHAN | Who went with whom? |
| 186E | Wang | Did you go with them to—to— |
| 186E | CHAN | [OV] Not once. You know me. |

12

| Ex. # | Speaker | Transcript |
|---|---|---|
| 186E | Wang | —to *Vegas*. And they asked if we meet often. I said we don't meet often. Uh, uh— |
| 186E | CHAN | Meaning, you and me? |
| 186E | Wang | Meaning whether private—whether we meet often or whether we chat about something. I said no. We often—sometime we may, uh, run [noise] into each other. That's how it is. We run into each other *randomly*, not . . . |
| 186E | CHAN | You—let me tell you—let me ask you a few questions. |
| 186E | Wang | *Uh-huh*. |
| 186E | CHAN | First, did you take people over there—take any one person yourself—invite them to *Vegas*. Did you? Was there any—any *official—the—the elected official*, like—like like what's his name *Bacerra* |
| 186E | Wang | No, no, no, no, no, no. |
| 186E | CHAN | [OV] Like *Jose*— |
| 186E | Wang | No, no. Not *Jose*. Uh, uh— |
| 186E | CHAN | [OV] Like *John Chiang*. |
| 186E | Wang | Not even—I don't, uh, uh, know *John Chiang* very well. No, no |
| 186E | CHAN | [OV] No? |
| 186E | Wang | And, uh—but they know that—*I don't know how they found out*—they know that *George, Michael* and I, we went to *Vegas* once. |
| 186E | CHAN | Who else went with you? |
| 186E | Wang | Huh? |
| 186E | CHAN | Who went? Other than *Michael* and *George*, who else- |
| 186E | Wang | *Michael, George, Chris*, and, well, well, uh—*Mitch Englander*. |
| 186E | CHAN | You didn't pay them money, did you? |
| 186E | Wang | I didn't pay. How would I pay money to them? |

13

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| 186E | CHAN | No— |
| 186E | Wang | No. |
| 186E | CHAN | —you didn't treat them—it wasn't your treat. |
| 186E | Wang | No, they bought their own plane tickets.  They bought their own— |
| 186E | CHAN | [OV] Their rooms as well? |
| 186E | Wang | They, uh, uh, used their own [noise] *credit card* for their own rooms.  Mine—mine was a *comp* by the casino. |
| 186E | CHAN | But they paid? |
| 186E | Wang | [OV] They used their own *credit card*. |
| 186E | CHAN | And their gambling expenses |
| 186E | Wang | [OV] I didn't—I didn't—I didn't give them money. |
| 186E | CHAN | [Whispers] Good.  Weren't you—you in the *high roller* room? |
| 186E | Wang | No, no, how could we get the room?  You got to be kidding.  That, only Huang Wei— |
| 186E | CHAN | [OV] [UI] |
| 186E | Wang | —only Huang Wei can go to the room. |
| 186E | CHAN | Did you give them casino chips when you were in the casino? |
| 186E | Wang | No, no.  Well, uh, *actually*, *actually*, *Geor—George* . . . |
| 186E | CHAN | Asked you? |
| 186E | Wang | Uh, *George* was given several hundred dollars. |
| 186E | CHAN | You gave it to him? |
| 186E | Wang | Um-hum. |
| 186E | CHAN | Was it inside the casino—uh, gambling—gambling table—gambling, uh, *table*? |

14

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| **186E** | Wang | I can't remember very well, but a—a—I think I gave— |
| **186E** | CHAN | [OV] You did give— |
| **186E** | Wang | [OV]—several hundred dollars. |
| **186E** | CHAN | [OV]—did give several hundred dollars? Listen to me— |
| **186E** | Wang | It was several hundred dollars. |
| **186E** 00:41:30 | CHAN | *OK.* [pause] *But they—but you got off. Let me just tell you—let me just analyze the whole thing, OK?* Did they ask you anything else, such as *Nancy Pelosi*, such as *John Chiang*, or *fundraising*? Did they bring them up? Let me tell you, actually, you don't need to worry at all. I'll tell you why, buddy. They, I mean, *always pay attention to Koreatown*. First, there's a possibility, that is, *Chris Pak* charges very, very high amounts for other fees out there. *OK*? Because we helped *Chris Pak* in the past— |
| | Wang | *Uh-huh.* |
| | CHAN | He also understood. He also understood. |
| | Wang | *Uh-huh.* |
| | CHAN | If he charges a lot, that's his choice. That's because he can. He is *private*. |
| | Wang | *Right.* |
| | CHAN | It's just doing business, right? If you think I'm worth it, then you'll pay. If you don't think I'm worth it, then don't pay. Isn't that right? |
| | Wang | As long as someone is willing, isn't right? |
| | CHAN | Correct, correct, correct. *There's no corruption, right?* |
| | Wang | *Right, right, right.* |
| | CHAN | *So that settles that. Because Chris is very closely tied with me, tied with, you know, Herb Wesson's office, that's fine. Because we are clean.* You also know me. |
| | Wang | *Right, right, right.* |

15

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
|  | CHAN | You know me as a person. |
|  | Wang | *I know. I know.* |

Abbreviations:
| | |
|---|---|
| [ ] | Exegeses |
| [TN:] | Translator's Notes |
| [PH] | Phonetic |
| [UI] | Unintelligible |
| [IA] | Inaudible |
| [SC] | Simultaneous Conversation |
| [OV] | Overlapping Voices |
| *Italics* | Spoken in English |

16