Exhibit B

1D130

August 23, 2017

**RAYMOND CHAN**, Andy Wang





**RAYMOND CHAN**

Andy Wang

**Ex. 186H to K**

**TRANSLATED**

**Government – RED**
**Defense - BLUE**

| Ex. # | Speaker | Transcript |
|---|---|---|
| **186H** **00:51:30** | CHAN | They're investigating *George*. Actually they're not really just after *George*. They want to investigate *Jose*. |
| **186H** | Wang | Oh, [noise] investigate his boss. |
| **186H** | CHAN | Tsk, *who care about*— |
| **186H** | Wang | [OV] Well—well—*yeah*— |
| **186H** | CHAN | [OV]—*George? OK?* |
| **186H** | Wang | [OV]—*yeah, yeah, I know, I know*. |
| **186H** | CHAN | The biggest problem is that they followed— |
| **186H** | Wang | [OV]—the lead. |
| **186H** | CHAN | —the lead to *Vegas*. So when they saw *Ricky* and Huang Wei— |
| **186H** | Wang | I didn't see Huang Wei's picture. |
| **186H** | CHAN | *Ricky* and Huang Wei— |

1

Exhibit B | Page 1 of 7

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| 186H | Wang | [OV] Hua— |
| 186H | CHAN | —and *George*—they took pictures of *George*. That was the second time. They interviewed George twice. |
| 186H | Wang | *Uh-huh*. |
| 186H | CHAN | "Do you recognize these two people?" It was in front of *Ricky's* restaurant. |
| 186H | Wang | Then all the problems started show up. [OV] |
| 186H | CHAN | *Vegas* [UI] so *Vegas* [noise] has now become their *target*. It's slowly revealing itself. |
| 186H | Wang | It's possible that they're investigating Koreans in *Koreatown*— |
| 186H | CHAN | [OV] So—so [UI] |
| 186H | Wang | [OV]—and they're also investigating—also investigating *Vegas*. |
| 186H | CHAN | Uh, right. Very simple: The biggest problem of me is whether I visited *Vegas*. |
| 186H | Wang | [noise] They—they asked me. |
| 186H | CHAN | Right. |
| 186H | Wang | [OV] They asked me. I— |
| 186H | CHAN | [OV] That was the biggest question. |
| 186H | Wang | [OV] I—I—in fact, you already said in the past— |
| 186H | CHAN | [OV] I really have never gone. |
| 186H | Wang | [OV]—that you hadn't gone, so I said—I said—I said, "*First*, I don't know. Sec—oh—sec, uh, but what I understand, uh, he never went." |
| 186H | CHAN | Of course, I—of course I wouldn't go to that [noise] place. |
| 186H | Wang | No, no, I just—right. That was—that was that. |
| 186H | CHAN | I definitely wont go. |

2

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| **186H** | Wang | But—but they asked me if I knew—they asked me if I knew, well, uh, about other *city official*. I said [noise] I didn't know. |
| **186I** **00:53:30** | CHAN | You just think about it for a minute. They've already connected it with *Vegas*. *Vegas* is a very big problem. *Vegas*—for one, Huang Wei is a *high roller*. |
| **186I** | Wang | Right. [chuckles] |
| **186I** | CHAN | He goes there by private jet. But the thing about private jet is using your name is a problem. Let's say *Jose* used his own name, people would ask you, "Did you pay back Huang Wei?" |
| **186I** | Wang | Oh, right. |
| **186I** | CHAN | If you did not pay, why are you on the jet? And the other thing, you must tell Cathy to cash the check I gave you, okay? Is that right? |
| **186I** | Wang | [OV] *Oh, oh, right, right*. |
| **186I** | CHAN | —and right away—*OK*? You know me, right? |
| **186I** | Wang | That I—I know—it's— |
| **186I** | CHAN | [OV] you have to be careful. |
| **186I** | Wang | [OV] I know. This—he— |
| **186I** | CHAN | [OV] So he needs to—the first thing they would ask you is "Did you back Huang Wei?" I'm—I—I—*Jose*—if they asked *Jose*, how would *Jose* answer? |
| **186I** | Wang | *What*? |
| **186I** | CHAN | [UI] *Jose* didn't use his own name, you know? |
| **186I** | Wang | Did they do that? [pause] They didn't, right? Hey, [noise] in theory, if you do this, if you use someone else's name, and when they look at the picture which is not the same, they won't let you get on— |
| **186I** | CHAN | You—theirs— |
| **186I** | Wang | —the plane, right? |

3

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| **186I** | CHAN | —theirs is a private jet.  How would— |
| **186I** | Wang | Oh, that means whoever—whoever— |
| **186I** | CHAN | [OV] You think it's the real— |
| **186I** | Wang | [OV] They don't— |
| **186I** | CHAN | [OV]—im-immigration—immigration department— |
| **186I** | Wang | [OV]—don't really—uh-uh—they would just— |
| **186I** | CHAN | [OV] If it were the immigration department— |
| **186I** | Wang | [OV]—casually look at it and let you go. |
| **186I** | CHAN | —they wouldn't let him go. |
| **186I** | Wang | That would be a problem. |
| **186I** | CHAN | [OV] They went to a over eight thousand square feet *villa*. |
| **186I** | Wang | That would be a problem. |
| **186I** | CHAN | The biggest problem is on the high roller *table*. |
| **186I** | Wang | *Uh-huh*. |
| **186I** | CHAN | There are too many cameras. |
| **186I** | Wang | Oh, the *camera*. |
| **186I** | CHAN | That's what they will pay attention on [UI] |
| **186I** | Wang | But you don't have the *proof*. |
| **186I** | CHAN | What *proof* is needed? |
| **186I** | Wang | If—if Huang Wei gives him money— |
| **186I** | CHAN | There's no—no *proof*.  Could have been when they were gambling.  On this, the other *go to cash money, George gave* to *Jose* quite a few times. |

4

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| **186I** | Wang | That, that, I didn't know. |
| | CHAN | So your thing… |
| | Wang | We are lucky. Neither of us had done that before. |
| | CHAN | I have never been, you went there, you went there once. But *Jose* wasn't there. |
| | Wang | Yeah. *Jose* wasn't there though. |
| | CHAN | Who would care about you guys? You've got Huang Wei's private jet, you're living with him, Huang Wei on the table gives you $50. |
| | Wang | Huang Wei has never given me money. Not even a penny. It's impossible for him. You know him, he would only treat people who are useful to him well. People like us, he would never give us money. |
| | CHAN | I mean, if he gives you money, you will not have any problems, right? [OV] Because you are private. |
| **186J** **00:55:51** | Wang | So—so when I saw *Ricky*'s picture, I thought ha, ha— |
| **186J** | CHAN | *Ricky*—I don't know—this is where *Ricky* works. *Right*? |
| **186J** | Wang | He—uh, right, he provides reception— |
| **186J** | CHAN | [OV] He comes—comes—comes— |
| **186J** | Wang | [OV]—reception. |
| **186J** | CHAN | It seems there's no problem, but how—but—they don't want *George*, either. They want *George* in order to get to *Jose*, so I'm very worried about *Jose*. You know? Do you know—I—I probably already told you before. That was before things happened. |
| **186J** | Wang | *Um-hum* |
| **186J** | CHAN | I told you. I said I didn't know—I didn't know how many times I warned Huang Wei and *Jose*, separately. "Huang Wei, don't— |

5

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| **186J** | Wang | [OV] Don't go to *Vegas*. |
| **186J** | CHAN | [OV]—take *Jose* there. *Jose*, don't go with Huang Wei." I—I told you, right? |
| **186J** | Wang | Uh-huh. |
| **186J** | CHAN | I probably told the two of them a hundred times. *OK*? When those two were sitting together, I also told them. |
| **186J** | Wang | Right, right, right. Uh, uh. |
| **186J** | CHAN | They didn't believe me. *OK*? [noise] |
|  | Wang | Maybe *Vegas* would not... |
|  | CHAN | But Huang Wei never asked him for any big help. Huang Wei just genuinely likes *Jose*, *Jose* just really likes to play. |
|  | Wang | I saw Ricky's photo and I was like "*Oh*." I didn't, I didn't…(UI) He (Ricky) did everything his boss asked. Just doing his job. |
|  | CHAN | He just has to listen to his boss, right? |
| **186K** 00:57:30 | Wang | [OV] When he works, he needs—needs . . . If-if there really are problems, that will be Huang Wei and—that will be between them. Many—just like—sir—what you said, *George* is not—is not the real—the real . . |
| **186K** | CHAN | But it appears that there were many times that *Jose* use his casino chips to *cash out*— |
| **186K** | Wang | This— |
| **186K** | CHAN | —several hundred chips. |
| **186K** | Wang | This—this—how do you—you know about this kind of things? |
| **186K** | CHAN | I heard about it from them. [UI] [noise] Did you buy in chips? How would you *cash* chips? |
| **186K** | Wang | Yes, right, right. |

6

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| 186K | CHAN | You can say, oh— |
| 186K | Wang | I— |
| 186K | CHAN | —it's gamble—gamble—gamble— |
| 186K | Wang | [OV] Well—well—well—well—well—Master, hearing you talk about it, I have some basic understanding now.  They need to investigate the thing about the *Vegas part*, and uh— |
| 186K | CHAN | It's not that they want to investigate.  They were led—led— |
| 186K | Wang | [OV] It was one thing leading to another. |
| 186K | CHAN | Let me tell you something else. *OK*? If you hadn't gone to *Vegas* with *Michael Bai*, they probably wouldn't question you.  When they questioned you, they had already—they had already been investigating for a long time before they questioned you. |
| 186K | Wang | No, I just told them the truth directly— |
| 186K | CHAN | [OV] Yeah, I'm just— |
| 186K | Wang | [OV] I didn't— |
| 186K | CHAN | [OV] I'm saying it's not like— |
| 186K | Wang | [OV]—didn't have anything. |
| 186K | CHAN | —it's not like they took the pictures yesterday and then come to question you now.  What I mean is that they've been investigating for a long time. |
| 186K | Wang | It's been some time. |
| 186K | CHAN | They investigated *Vegas* before they came to question you. |

Abbreviations:
    [ ]    Exegeses
    [TN:]    Translator's Notes
    [PH]    Phonetic
    [UI]    Unintelligible
    [IA]    Inaudible
    [SC]    Simultaneous Conversation
    [OV]    Overlapping Voices
    *Italics*    Spoken in English