Exhibit C

November 7, 2018
**RAYMOND CHAN**, FBI SA Terri Tampubolon

**Ex. 191E-T**
**Time Stamp: 00:28:04 – 00:28:54**

**Government – RED**
**Defense - BLUE**

| Speaker | Exhibit 191E (Transcript) |
|---|---|
| CHAN | I really don't know these people, so I looked at that and after that we did not talk okay and then I saw LA Times on the second lawsuit okay. |
| SA Tampubolon | And who's the second lawsuit? |
| CHAN | That's Pauline, that's the first, the claim became the lawsuit. |
| SA Tampubolon | Right okay |
| CHAN | And we didn't talk, until yesterday he just say to me that November 9th fundraiser will be rescheduled I hope that you will give me the same support as you promise, I say yeah okay we'll do that. |
| SA Tampubolon | What does that mean? |
| CHAN | A few tables, we're bringing a few people to buy the tables. |
| SA Tampubolon | Okay like- |
| CHAN | $800 a piece you know. |
| SA Tampubolon | How many tables do you bring? |
| CHAN | Three. |
| SA Tampubolon | Three. |
| CHAN | Yeah |
| SA Tampubolon | So worth $2400 bucks? $800 bucks a table? |
| CHAN | No no no no no no, A table that sit 8 people okay, or 10 people, that will be $8000 each. |
| SA Tampubolon | Okay |
| CHAN | With all the different people that the limit is $800 per person |

1

Exhibit C | 1 of 2

November 7, 2018
**RAYMOND CHAN**, FBI SA Terri Tampubolon

| Speaker | Exhibit 191E (Transcript) |
|---|---|
| SA Tampubolon | Ok, now do you ask people to do this? |
| CHAN | I do, I yeah we do the fundraising? Ok? You know |
| SA Tampubolon | Umm have you ever reimbursed anyone? |
| CHAN | No! Never |

2

**Exhibit C | 2 of 2**