Exhibit D

November 7, 2018
**RAYMOND CHAN**, FBI SA Terri Tampubolon

Ex. 191J-T
Time Stamp: 00:49:06 – 00:49:35

Government – RED
Government Expanded Excerpt based on Defense Objection - PURPLE
Defense - BLUE

| Speaker | Exhibit 191J (Transcript) |
|---|---|
| CHAN | No, it's just that the Downtown Hotel, I think they wanted to build, another two high rise on the same lot, or, demolish- I, I was not involved. Cause, the Chairman asked me over a year ago, can I help? I said no, no, no. I said you know we're friends, not to mix with bus- I just don't like it. |
| SA Tampubolon | Mhmm |
| CHAN | K? So, he knew that I wasn't interested, so I was not involved with that. I am not, not looked at any of the paperwork, I have never heard them discussing anything at all. |
| SA Tampubolon | So, let's go back though, to- Your initial- You think something went on with this lawsuit with Francine. (UI) Maybe you're not sure where you heard it from, cause you have a lot of things going on, which we can appreciate, but- |
| CHAN | No the Francine lawsuit is, is quite open at that time. |
| SA Tampubolon | Ok |
| CHAN | Even, because I guess it was announced like at- if I remember correctly it was announced on the day that uh, that Huizar, uhh announced his re-election. |
| SA Tampubolon | Mhmm |
| CHAN | Yeah |
| SA Tampubolon | Okay. So, were you though, privy to conversations, or did you hear- what the Chair- What did the Chairman do to help? |
| CHAN | No I don't |
| SA Tampubolon | You have no idea? |

1

Exhibit D | Page 1 of 2

November 7, 2018
**RAYMOND CHAN**, FBI SA Terri Tampubolon

| Speaker | Exhibit 191J (Transcript) |
|---|---|
| CHAN | No. But I, I know at that time, okay, or any other time, the Chairman doesn't have anything in front of in Jose's district or in front of Jose's district, that needs, that needs Jose's help or involvement, anything like that. |
| SA Tampubolon | So is it- |
| CHAN | I just I mention it, is, is really, weird. The Chairman genuinely liked Jose, and they bond very well. |
| SA Tampubolon | That's- |
| CHAN | I'm just telling you |
| SA Tampubolon | There's nothing wrong with that, I, you can like people, and genuinely bond with them and also want/need things from them right? It, it- |

2

**Exhibit D | Page 2 of 2**