Exhibit E

November 7, 2018

**RAYMOND CHAN**, FBI SA Terri Tampubolon

Ex. 191L-T
Time Stamp: 00:50:57 – 00:51:27

**Government – RED**
**Government Expanded Excerpt based on Defense Objection - PURPLE**
**Defense - BLUE**

| Speaker | Exhibit 191L (Transcript) |
|---|---|
| CHAN | No, I, if I, to my best knowledge, the Chairman never asked Jose for anything. That is to my best knowledge. |
| SA Tampubolon | So you're saying, to your knowledge, based on knowing Jose, being pretty good friends with Jose and the Chairman, right? |
| CHAN | At one time we're pretty good friends with the Chairman |
| SA Tampubolon | You have no, no knowledge that the Chairman asked Jose for anything? |
| CHAN | Absolutely, none. |
| SA Tampubolon | Ray, I, remember- We're the FBI, you've seen us, you've seen us at least 4 or 5 times through this type of stuff ok? I, we want, you to help yourself here- |
| CHAN | Teresa- Let me just say this. In the best memory, I don't remember that the Chairman asked Jose for anything, for anything, just say "Oh help me with this project, help me with a project", because none of those projects that he did, like remodeling, and stuff like that his hotel, really needs Jose help. |
| SA Tampubolon | So those two hotels he owns two right? |
| CHAN | One is in you know Universal Studios, one is Downtown LA. |
| SA Tampubolon | Ok |
| CHAN | They did nothing that involved any of the entitlement, any the zoning, none of those. Ok? |
| SA Tampubolon | So are they- |
| CHAN | Until recently, for this, big addition that I mentioned. |
| SA Tampubolon | Ok |
| CHAN | But that, I don't know whether they have any conversation. |

1

November 7, 2018
**RAYMOND CHAN**, FBI SA Terri Tampubolon

| Speaker | Exhibit 191L (Transcript) |
|---|---|
| SA Tampubolon | So, these two hotels that the Chairman owns, are they both in Jose's district? |
| CHAN | No. One in Jose district, one ov- one over in the uhh the other Universal Studio. |
| SA Tampubolon | Ok |
| CHAN | That is CD 4, Council District 4. |
| SA Tampubolon | Ok, ok who's Council District 4? |
| CHAN | David Ryu |
| SA Tampubolon | K, so, he does own though, the Chairman, this one hotel in Jose's district downtown |
| CHAN | Yes |
| SA Tampubolon | And what did you say it was called? The Hotel? |
| CHAN | DT LA, Downtown LA. |
| SA Tampubolon | Downtown LA |
| CHAN | But they may have changed the name, I don't know, because sometimes they uh, Hyatt and then it was Sher- It was a me- I don't know how they handle it, but now I don't know what it called. I think it's still called the Downtown LA |
| SA Tampubolon | Ok we're gonna call it the Downtown LA, the hotel. So you're saying, just cause I want to get it right. Jose and the Chairman are very good friends, they generally like each other, or at least your understanding is that the Chairman really likes Jose. |
| CHAN | And I think Jose generally like the Chairman too. |
| SA Tampubolon | Ok. But the Chairman has, a hotel in Huizar's district. |
| CHAN | Yes |
| SA Tampubolon | It sounds like some things have gone on with? |
| CHAN | Look, a lot of projects they have, a lot of projects in Jose's district, but this one is an existing hotel. |
| SA Tampubolon | Mhmm |

2