Exhibit F

November 7, 2018

**RAYMOND CHAN**, FBI SA Terri Tampubolon

Ex. 192D-T
Time Stamp: 01:30:16 – 01:30:45

Government – RED
Defense - BLUE

| Speaker | Exhibit 192D (Transcript) |
|---|---|
| CHAN | No, I'm not saying you'll be shocked with it, but think about from my standpoint is, you said I, I gave you what my speculation, I wasn't part of it okay? So, I gonna can only give you my speculation okay. I man, I can't-- |
| SA Tampubolon | But I think there's more than speculation, and if you tell me look, there is more than speculation, I do know stuff, but I'm uncomfortable talking about it. Okay! Then you're not lying to me, but if you're saying, oh look-- |
| CHAN | Let's just put it this way, ok. My speculation is that something, something in terms of the trip, the trip is wrong in my view. Ok? A trip like this? Can turn to a lot of things that are wrong. |
| SA Tampubolon | Mhmm |
| CHAN | That I believe that. |
| SA Tampubolon | Mhmm |

1