Exhibit G

November 7, 2018
**RAYMOND CHAN**, FBI SA Terri Tampubolon

Ex. 192K-T
Time Stamp: (Audio Part 2) 00:27:27 – 00:27:38

Government – RED
Defense - BLUE

| Speaker | Exhibit 192K (Transcript) |
|---|---|
| SA Tampubolon | He's got a hotel? And he |
| CHAN | But that is not a project, (UI) See that is the difference, when you have a hotel, at that time that I know of, there was no project |
| SA Tampubolon | But even just the upkeep of the (UI) violations or if code violations or if- |
| CHAN | There, there is nothing to do with Jose, that has nothing to Jose never involved in that, cause I know that, cause they have lots of problem, we we talk, we help them because that's why Chairman Huang, we tell, when I was in DBS I helped him, but we tell the inspectors to really keep an eye out on this project, because some of their materials they come from China, they are not really up to Spell ok? So I said really pay attention that. So yeah we did help the project ok? But we have a lot of projects as you know |
| SA Tampubolon | Mhmm |
| CHAN | Ok? But for that we want to make sure that we pay a lot of attention, and because of that now they are ready. Other than the fact that he's not a good person, he's not trustworthy person, so I kinda take myself away ok from dealing with him ok because couple of the stuff that he said oh this is from China, some of the uh wood panel, oh this is good, we'd have to test, yeah yeah the panel good, ok you know no problem, when the panel ship in its not the panel that we tested. |
| SA Tampubolon | Mmmm. How many times did that happen, something like that? |
| CHAN | That was one time, and the other time is was some light bulbs supposed to be I said you know we hey you've got to have UL label on the light bulb, and said oh yeah UL label, when the UL label comes in it was a fake label. Ok so, said oh you know he said oh that's the manufacturer I'm gonna go back and you know sue them, and but so, I say hey that's not in addition he's not a person, now this just came in you know while we talking. |
| SA Tampubolon | Yeah yeah ok, yeah please |

1

November 7, 2018
**RAYMOND CHAN**, FBI SA Terri Tampubolon

| Speaker | Exhibit 192K (Transcript) |
|---|---|
| CHAN | He's not a trustworthy person, I don't want to deal with that |
| SA Tampubolon | So from a DBS perspective, from a LADBS |
| CHAN | But that has nothing to do with Jose. Jose doesn't deal with that at all |
| SA Tampubolon | But Jose has a relationship with- |
| CHAN | But Jose never never deal with that. Never, all these issues ok that, we we are taking it, as a normal day to day business that they have to fix it. Jose never you know call me or anybody said hey Ray is that any good help, no nothing. |
| SA Tampubolon | So Jose was never involved with any issues with that Downtown LA hotel? |
| CHAN | Never, never. Not that I know of at all, and that hotel doesn't need Jose to begin with. |
| SA Tampubolon | So it's possible there are things you don't know about them. That's what you're saying? |
| CHAN | Uh, uh no. I truly believe there's nothing at that moment ok? I don't know what happened with the new project, new applic- that I don't know, alright? |

2