Exhibit H

November 7, 2018

**RAYMOND CHAN**, FBI SA Terri Tampubolon

Ex. 192N-T
Time Stamp: (Audio Part 2) 00:49:20 – 00:50:12

Government – RED
Defense - BLUE

| Speaker | Exhibit 192N (Transcript) |
|---|---|
| SA Tampubolon | So, does the Chairman know, that you know, about the loan? |
| CHAN | Most likely. |
| SA Tampubolon | Why do you say that? |
| CHAN | Most likely, because if I know that there's something like that then he probably knows that I know about it you know so. |
| SA Tampubolon | Okay, so you think Jose would have told him he talked to you about it or? Why would you think he would know? |
| CHAN | I think, I think so, I think so okay. So, the Chairman may have said okay hey you know what you know Jose's in trouble like this okay, I, I may need to help him. So I, okay, whatever. |
| SA Tampubolon | So you think or you, you remember that? |
| CHAN | He may have said something like that, because this was a long time ago okay, umm. Look whenever I see something just like when they Vegas, I try to stay away, alright? |
| SA Tampubolon | Mmmhm |
| CHAN | Yeah, so I try to stay away, I just tell them I say, say it has to be legit, it has to be ethical ok? (UI) a lie. I told them don't go to Vegas, don't go to Vegas. |
| SA Tampubolon | So do you think it's legit and ethical that Jose is taking this loan from the chairman? |
| CHAN | I think from an ethical standpoint ok, or from a legal standpoint ok, giving a loan is, I don't know is from the chairman or from his (UI) I don't know ok? I don't know what the mechanics are. If it's just the Chairman just keep the money, ok if even if it's just the Chairman give the money, it's still ok or loan the money, as long as it is reported. |

1