Exhibit I

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang



**RAYMOND CHAN**



Andy Wang

**Ex. 750B-Z**

**Time Stamp: (Audio Part 1) 01:46:53 – 01:55:36**

**TRANSLATED**

| Speaker | Exhibit 750B (Transcript) |
|---|---|
| CHAN | They are almost arriving – I want to chat about a few things with you. |
| Wang | *Oh, okay.* |
| CHAN | She has a *very impressive* <Chinese possessive word> *resume* [OV]… |
| Wang | *Okay.* |
| CHAN | *Very, very impressive.* Which is to say, *fit right in.* |
| Wang | *Ave?* |
| CHAN | *Ave.* |
| Wang | *Ave. <pause in conversation ends at 01:43:20> Oh, she work at a lotta of big companies.* |
| CHAN | *A lot of sales.* |
| Wang | *A lot of sales, yeah.* [UI] *Hope Palace, per… So,* Sifu, what do you think, what's that called, *job description about the which area the best for… for the… company?* |
| CHAN | I wanted to discuss to see how you feel. [OV] |

1

Exhibit I | Page 1 of 10

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 750B (Transcript) |
|---|---|
| Wang | *Uh-huh, uh-huh.* |
| CHAN | You take a look, then we can decide how to have the conversation. She is more of a *go-getter*. |
| Wang | *Okay.* |
| CHAN | She is just… she is just *push, push, push, get things done, okay?* |
| Wang | *Oh that's good. (laughs) I want her.* |
| CHAN | I am not joking. You can feel her *energy. In a nice way.* |
| Wang | *Sure.* |
| CHAN | *In a nice*… you can feel her *energy.* |
| Wang | *Sure.* |
| CHAN | The most important right now is… we… right now is, we have a few upcoming events. |
| Wang | *Right.* |
| CHAN | November the 9th. |
| Wang | *Yeah.* |
| CHAN | We need to prepare well. |
| Wang | *Right, right, right…* |
| CHAN | Otherwise, others will… [OV] seems like you just do it yourself… |
| Wang | *Your… your… first impress...* [OV] |
| CHAN | It's not just that. [OV] |
| Wang | *Your first impression is very important for the people.* |
| CHAN | For example, do we need a few *links* to, what is it, *uhh… uhh… uhh…* the *flash drive…* [OV] |
| Wang | *Like a small gift. Small gift?* [OV] |

2

Exhibit I | Page 2 of 10

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 750B (Transcript) |
|---|---|
| CHAN | …so they can take it with them. [OV] |
| Wang | *Or the information?* [OV] |
| CHAN | *Information!* It should be others… [OV] |
| Wang | *I thought you said that… the… the… the…* [OV] |
| CHAN | [UI] is better. This is not bad! |
| Wang | Right. Right. Right. Or, maybe *a pen or whatever*. [OV] [UI, background noise] |
| CHAN | She needs to do a *presentation.* That night's *presentation*, it must be her. |
| Wang | *Oh, okay.* |
| CHAN | She is very beautiful. |
| Wang | *Oh really?* |
| CHAN | Her, her face, is genuinely very pretty. |
| Wang | *Oh…* (laughs) |
| CHAN | She should be around 40. Still pretty good. Okay? |
| Wang | *Oh, that's about right.* |
| CHAN | Because if she does the *presentation, you* don't, *you know,* tell *Melody…* |
| Wang | *Yes, yes, I get it.* |
| CHAN |  But that's not it. The most important is *smart home.* And she needs to do *Scavolini.* She's already done the *research.* |
| Wang | Right. What you're saying is not a bad *idea. Yeah.* |
| CHAN | You need her to *outline* how to say a few statements. |
| Wang | *Uh-huh, uh-huh.* |
| CHAN | Just like, on October 2nd, we can have a meeting. |
| Wang | November the 9th. *Er…* |

3

Exhibit I | Page 3 of 10

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 750B (Transcript) |
|---|---|
| CHAN | October 2nd. First have a meeting. |
| Wang | Have a meeting, yes, yes, yes. |
| CHAN | Afterwards, she and *Tim*… [OV] |
| Wang | …how to… |
| CHAN | We should…. every, every… prepare, more understand your *product*. |
| Wang | *Right, that's true.* |
| CHAN | She needs to understand every *technology*. |
| Wang | Have an understanding. Right. |
| CHAN | November 9th, she will help you promote. How will she prepare/make arrangements? |
| Wang | *Okay, okay.* |
| CHAN | Her every step, every step – they come over, first have lunch, they have a meeting, they have the opening… [OV] |
| Wang | Then have her do the *arrangement* then it should be good. |
| CHAN | Not [UI, background noise] who needs to do it, what needs to be done… [OV] |
| Wang | *Put it all over here.* |
| CHAN | Yes, she will make the preparations. |
| Wang | Oh, that's such a relief. |
| CHAN | She's done a lot of *event coordination*. |
| Wang | *Right, right, right.* |
| CHAN | Afterwards, how can she promote the *product?* Do we need to prepare a small, very small, gift… |
| Wang | *Uh-huh. Uh…* |
| CHAN | No, we need to have a *follow-up call*. |

4

Exhibit I | Page 4 of 10

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 750B (Transcript) |
|---|---|
| Wang | *Follow-up again. That's important.* |
| CHAN | Isn't that right? |
| Wang | Yes. |
| CHAN | The other thing besides that she needs to do these few *follow-up*, we need lots of *directors – developers –* do you remember our *list* has lots of *developers*, right? |
| Wang | Mm. Mm. Mm. |
| CHAN | What we would like is for them – some of them are already *BIA Members* – she can… |
| Wang | She can *follow-up*! |
| CHAN | It's not just… it's not just that they participate in the November 9th event. There are others too. |
| Wang | *Right, that's a good idea.* |
| CHAN | I also recommended her to *AIA. Architects Association.* She can, she can do a *presentation. Basically*, I want her to, that is *come with a plan*, that's what I told her. She is actually very cheap, very cheap. |
| Wang | *Okay, okay.* |
| CHAN | First, get a few clients. I said, money, we can discuss further. We'll see how you do in the first month. Slowly, the *contract* will slowly increase. For example, at the beginning... for example, you give her 25 dollars an hour at the beginning. |
| Wang | Will she feel *ok* about that? |
| CHAN | If she does well, next month we ~~will give her~~ can increase it to 27, it ~~will~~ must be done slowly, slowly, slowly. |
| Wang | *OK, OK.* |
| CHAN | Right? |
| Wang | *OK.* |
| CHAN | If she does well later, she will... |

5

Exhibit I | Page 5 of 10

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 750B (Transcript) |
|---|---|
| Wang | So this way, she will become an *employee* that needs to stamp time card every day? Or I need to give her a *contract*? That would be *contract*, right? |
| CHAN | She is *contract.* [UI] |
| Wang | *Contract*, right? *Contract.* [OV] |
| CHAN | Stamp a time card, [OV] |
| Wang | Then it won't be good to—[OV] |
| CHAN | Then you need to talk to *Melody.* [OV] |
| Wang | Then it's better not to say anything to her (Melody). It's not a problem. |
| CHAN | She (Ave) can do both! |
| Wang | *Contract, yeah I think it's better. I respect* Sifu's *idea it's better.* |
| CHAN | I'm just worried about *Melody.* |
| Wang | Nothing will happen, nothing will happen, nothing will happen. |
| CHAN | You still haven't talked to her (Melody)? |
| Wang | I--- I--- I will talk to her. This next two days. I'll talk to her. This is a very, very good thing, *that's a very good*—[OV] |
| CHAN | You first see her, then when she leaves, we can discuss again. |
| Wang | Ok. |
| CHAN | You feel her *energy level.* I told her, I talked to her, I told her – *Ave, this is your show. You always work for a lot of people.* |
| Wang | *Uh-huh, right.* |
| CHAN | *But, this one – you almost have, start from scratch. How to build it up your dream.* [UI, background noise] |
| Wang | *Mmhmm. Mmhmm.* |

6

Exhibit I | Page 6 of 10

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 750B (Transcript) |
|---|---|
| CHAN | I said, in the future, if you are doing well, there is a customer, a little bit *commission*. |
| Wang | *Yeah, yeah, yeah! That's good.* |
| CHAN | Is that right? |
| Wang | *Yeah.* |
| CHAN | Right? It's like she started her own business! |
| Wang | *Right. I agree with that.* OK. OK. Good. So, has she arrived already? |
| CHAN | She has been here a long time already. I told her to come at 1:45 to talk to you. |
| Wang | Oh, that's okay, Sifu! |
| CHAN | No, I need you to know that she is *very comfortable and in her ability*. Therefore… |
| Wang | OK. |
| CHAN | At first, let's not talk about other things. First talk about this, okay? |
| Wang | Okay |
| CHAN | After, when communicating with her, I had a concern. |
| Wang | Mhmm. |
| CHAN | If you hire/retain her, do you mind if I talk to her about her terms? |
| Wang | *No, no, no. That's fine.* |
| CHAN | You also trust me in my approach to go slowly? |
| Wang | *Right, right, right.* |
| CHAN | I just want you to know. |
| Wang | You can, you can. |
| CHAN | She also needs income. Because her husband is a *Public Works Commissioner.* |

7

Exhibit I | Page 7 of 10

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 750B (Transcript) |
|---|---|
| Wang | *Uh-huh.* |
| CHAN | He works at a high position. But, his annual salary is $110,000. |
| Wang | *Oh, I see, I see.* |
| CHAN | Their kids need to go to college, one or two [UI] |
| Wang | *Needa* open, *needa… I get it. Yeah.* |
| CHAN | I said, there are times, when you work, you can work in the office or at home. Lots of *freedom* [OV] |
| Wang | Right, right, right. |
| CHAN | The most important thing is whether there is a *result,* isn't that right? |
| Wang | Right, right, right, *what's the result, that's important.* |
| CHAN | The hope is that she can give us a weekly report. |
| Wang | A *report.* Right. Right. Agreed. |
| CHAN | With a report, we can ask questions… [OV] |
| Wang | [OV] Agreed. You can do that. *No, no, no, that's the best! Even- even- even more, more communication even better!* |
| CHAN | When something comes up, you should give me a call; it's always me who calls you! |
| Wang | I see that you may be too busy! |
| CHAN | Who isn't busy? |
| Wang | I feel like it's socially unacceptable! Socially unacceptable! |
| CHAN | I need to lecture (joking)…  [OV] |
| Wang | No. no, no, Sifu. What I'm saying is… |
| CHAN | Feel it's socially unacceptable? Even when you say those words, you only want to get reprimanded! (joking) |

8

Exhibit I | Page 8 of 10

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 750B (Transcript) |
|---|---|
| Wang | This is a time when I- I- every time I'm here, you and *George* seem very busy, like, I am disrupting both of your time. (laughs) |
| CHAN | If you say that, are you saying we don't have enough ability? |
| Wang | (laughs) Right now, since Sifu introduced someone with this much ability to *follow- up…* that's really… |
| CHAN | We really have to put her in a – we need to give her a general direction… [OV] |
| Wang | *Yes, yes.* |
| CHAN | … so wherever she goes, if she needs our help, we can help her a bit… [OV] |
| Wang | *Right, right, right.* |
| CHAN | ... if, in the future, it becomes even busier, can she… [OV] |
| Wang | Of course she can! She can *recruit a team. Yeah*…! [OV] |
| CHAN | Is that good or not? [OV] |
| Wang | *Yeah! Yes, I get it.* |
| CHAN | We will tell her – how will we tell her? |
| Wang | You talk to her, I listen. |
| CHAN | Don't just listen! You need to ask her questions too! |
| Wang | I know, I know. See if she has any thoughts and listen to her. |
| CHAN | Right. |
| Wang | Okay, okay. |
| CHAN | How did you talk to *Melody*? |

9

Exhibit I | Page 9 of 10

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 750B (Transcript) |
|---|---|
| Wang | Nothing, *ah* – I just said we have a—I feel that we may start *have a business opportunity* arrived and you can't handle it on your own so I need a, to say, *umm… recruit a team to to in charge of the marketing and development and marketing.* |
| CHAN | Do you think that'll be a problem? |
| Wang | It won't be a problem. Why would she have a problem? |
| CHAN | It's just… she's… |
| Wang | She won't, she won't. Just relax, Sifu. This situation I can handle it well -- *Reality is good. You know, share more uhh job responsibility and job work. That's better. There's no one can do a one man show, that's funny.* |
| CHAN | So when you told *Melody*, when she didn't reply to the… |
| Wang | I told her – she (Melody) said, she will reply but not reply every time. I told her (Melody) it's something you need to pay attention to – *it's your job responsibility and also you need to respect people's work.* |
| CHAN | Right, right. |
| Wang | She (Melody) said she will pay attention to this problem but there are other things I need to talk about too. |

Abbreviations:
  [ ]      Exegeses
  [TN:]    Translator's Notes
  [PH]     Phonetic
  [UI]     Unintelligible
  [IA]     Inaudible
  [SC]     Simultaneous Conversation
  [OV]     Overlapping Voices
  *Italics*    Spoken in English

10

Exhibit I | Page 10 of 10