Exhibit J

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang



**RAYMOND CHAN**



Andy Wang

**TRANSLATED**

**Ex. 750C-Z**
**Time Stamp: (Audio Part 2) 00:23:00 – 00:26:30**

| Speaker | Exhibit 750C (Transcript) |
|---------|---------------------------|
| CHAN | *So, again, let me just say it, you know, frankly – this is your sandbox.* |
| Ave | *Mmhmm.* |
| CHAN | *I- I think you will probably this, this is probably one of the opportunities for you to really utilize, okay, it all.* |
| Ave | *Yes.* |
| CHAN | *And once you do good, you may just want to go ahead and- and- and tell the other side that, you know, you want to… but give it a shot, okay, for that? What we can do is this – we can first start off with one contract first… [OV]* |
| Ave | *Mmhmm.* |
| CHAN | *All the way to November the 9th. Would you want to do that?* |
| Ave | *Sure.* |
| CHAN | *You and I, we talked about it? So, we good – once you like it, and Andy likes it, then we can just set up and create a contract.* |
| Wang | *Right.* |

1

**Exhibit J | Page 1 of 4**

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 750C (Transcript) |
|---|---|
| CHAN | *It's easier one st… [OV]* |
| Wang | *Oh yeahhh! [OV]* |
| CHAN | *It's easier to… [OV]* |
| Ave | *It's easier to take it one step at a time, sure.* |
| Wang | *I get it, I get it. [OV]* |
| CHAN | *Don't you think so?* |
| Ave | *Yeah, that makes sense. Makes absolute sense.* |
| Wang | *Sure.* |
| CHAN | *Okay?* |
| Ave | *Yeah.* |
| Wang | *Yeah.* |
| Ave | *I think in the next couple of days though – I need to know about the target items for the event... [OV]* |
| Wang | *Yeah, yeah.* |
| Ave | *… so I know how to message.* |
| Wang | *Okay, sure.* |
| CHAN | *How about that?* |
| Wang | *That sounds good. Yeah. Yeah, go ahead.* |
| CHAN | *So, can you just give us a sec?* |
| Ave | *Yeah!* |
| Wang | *Okay.* |
| CHAN | *Okay, just stay right here. <pauses at 00:23:36, lots of background noise> You need anything to drink? [UI]* |

2

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 750C (Transcript) |
|---|---|
| Wang | I feel that it's pretty good, Sifu. The things she said make a lot of sense and is very good. *Very, very sophisticated.* I feel it's pretty good. |
| CHAN | If [UI] she and *Melody*, how to handle it? [UI] |
| Wang | *Uh-huh, uh-huh. Right. It is just – [OV]* |
| CHAN | *What I mean to say is… [OV]* |
| Wang | No, no, no, I feel that this is very good. Especially since her age is a little older, she's more reliable and *have a bigger picture, you know what I mean, Sifu? Yeah, doing things better.* |
| CHAN | If you say, let's calculate it a bit. If it's 11 weeks… |
| Wang | You—you say, how much? What are you looking at? |
| CHAN | I'm looking to see… November 9th… for example, she needs to *do research, right,* need to compensate for that? |
| Wang | *Yeah, yeah.* |
| CHAN | She is, we want her to do her own thing, on top of that, she will give us at least 30 hours, per week. We can say that's six weeks, until November 9th, that would be six weeks. If 30 hours for 11 weeks, then its 330 hours. If we give her… 30 dollars an hour, that's 9900. It's not too much. |
| Wang | You can -- Shifu, you can decide. |
| CHAN | Rather, we can't give her that.  How about we give her 20 hours, give her a *contract*, one *contract* per month. Give her 6,000 dollars. |
| Wang | OK, fine. *[Yeah, I think that sounds fair. Let's try if she's capable.* |
| CHAN | Let her calculate herself. |
| Wang | Yeah, yeah. She can calculate herself. OK. |
| CHAN | If she does a good job, we can talk further. |
| Wang | Okay, okay. |
| CHAN | Do you think this is good? |

3

1D147
October 5, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 750C (Transcript) |
|---------|---------------------------|
| Wang | *Okay. I think it's good.* [laugh] No problem. No problem. Yeah.Yeah. Yeah. |
| CHAN | We have a total of six weeks. Starting now, there will be six weeks, we give her 1000 dollars a week. |
| Wang | That's very good. *She can generate a few business…* |
| CHAN | And I think we can… Let's see if ... OK? |
| Wang | Okay, okay, so are we going to talk to her now? |
| CHAN | Let's talk to her now. Let's go have a cigarette first. |

Abbreviations:
|   |   |
|---|---|
| [ ] | Exegeses |
| [TN:] | Translator's Notes |
| [PH] | Phonetic |
| [UI] | Unintelligible |
| [IA] | Inaudible |
| [SC] | Simultaneous Conversation |
| [OV] | Overlapping Voices |
| *Italics* | Spoken in English |

4

**Exhibit J | Page 4 of 4**