Exhibit K

1D216
June 14, 2014
**RAYMOND CHAN**, Andy Wang



**RAYMOND CHAN**



Andy Wang

**TRANSLATED**

**Ex. 840A-Z**
**Time Stamp: (Audio Part 2) 00:24:00 – 00:28:00**

**Government – RED**
**Defense - BLUE**

| Speaker | Exhibit 840A (Transcript) |
|---|---|
| CHAN | We really should sit down and talk about this issue. |
| Wang | So, that, that, Sir, the thing that you just said about Shawn, I'll see how you come to talk about it, because its inappropriate for me to talk to him. |
| CHAN | Which one? Hal? |
| Wang | Shawn. That one, the other one. |
| CHAN | Shawn. Shawn. |
| Wang | Right. |
| CHAN | What do you have, let's say first. If he can sign a contract, you sign with his mother. His mother retired. It's his mom… |
| Wang | No, that's what I was thinking, not with his mom. |
| CHAN | It's about his mother, not him. |
| Wang | Okay. |

1

1D216
June 14, 2014
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 840A (Transcript) |
|---|---|
| CHAN | It's his mom. His mom's retired. His mom can still do some jobs, right? |
| Wang | This thing anyway I heard you speak, what you have spoken is that Ave, you, I know, may later George know it, that's no problem. George is... [OV] |
| CHAN | His mom is not able to [UI], you and his mom... [UI] consultant, just to do another thing. |
| Wang | Yes, because I don't want to say that by the time his boss finds out one day, it would be silly. |
| CHAN | That's okay. That's okay. |
| Wang | It would be silly. |
| CHAN | Because that's a consultant, a contract between you and his mother. You can just write it. |
| Wang | Oh, understood. Right, because I can't ask you in front of Ave, and I can't talk about that, right? |
| CHAN | Do you understand now? |
| Wang | And then… |
| CHAN | Next time, everything is legit. The contract between you and his mother does not have to be in the form of a company. |
| Wang | I just… |
| CHAN | As long as it's something you sign. |
| Wang | I just want to say that, I cannot say this in front of Ave. |
| CHAN | So, I didn't say either. |
| Wang | Yes, yes, yes. I didn't either. |
| CHAN | Hal, you can tell Hal. Right? |
| Wang | Hal, yeah. [UI] He took that money, so that must mean that his commission and Hal are both team leading than Ave. [OV] |

2

1D216
June 14, 2014
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 840A (Transcript) |
|---|---|
| CHAN | So, you ask Cathy to make a contract with him about cleaning the house, taking care of small children or something. That would be fine, right? |
| Wang | I understand what you mean, that is, so I just want to discuss with you, Sir. |
| CHAN | Do you think it's okay? |
| Wang | Yeah, I'll talk to him tomorrow. |
| CHAN | No, I'll talk to him, you don't have to talk to him. |
| Wang | No, I am, I mean I don't talk to him. |
| CHAN | It is best not to use Next Data's contract. |
| Wang | I won't talk to him. I don't talk right? Because, I don't know him at all, I just met him and shook his hand once. |
| CHAN | We're all brothers, right? What do you think? |
| Wang | I see what you mean. Yes. |
| CHAN | You think it's okay, right? |
| Wang | Oh, I think it's great! Very good. |
| CHAN | It's the contract that doesn't need Next Data to sign, right? |
| Wang | But I guess I still have to think about what company to use when the time comes. Right? [UI] |
| CHAN | I haven't really met his mother. |
| Wang | Because I am, in case one day when the time comes he... |
| CHAN | No, no. |
| Wang | Because I know you don't smoke. If his boss finds out, that's not going to be good. Then he'll jump up eight feet high, that's not... |
| CHAN | No, he won't, that's exaggerated. [UI] told you to support him, just support him, you must... |
| Wang | He won't do anything. Sir, you know... |

3

1D216
June 14, 2014
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 840A (Transcript) |
|---|---|
| CHAN | Yeah, you just listen to him too [UI], right? Later, later... |
| Wang | That is a matter for the future. |
| CHAN | So he, he's not going to lose his temper. That is, he knows that because he, you helped him first anyway, [UI], will thank you. |
| Wang | Because this is, Sir, you know better what these people think, because I shook hands with him once, because I do not know. |
| CHAN | The most important thing is that, you think about it tonight. |
| Wang | I'll get that all done and then I'll communicate with you about it and then leave the rest to you. |

| Speaker | Defense Addition |
|---|---|
| Wang | What about Shawn? He's going to leave right? |
| CHAN | Yes, he's going to leave so there's no need to talk about anything else right now. |
| Wang | Yes, there's nothing to talk about. |
| CHAN | We should just sit down with Hal. |
| Wang | Yes, that's doable |

Abbreviations:
    [  ]    Exegeses
    [TN:]    Translator's Notes
    [PH]    Phonetic
    [UI]    Unintelligible
    [IA]    Inaudible
    [SC]    Simultaneous Conversation
    [OV]    Overlapping Voices
    *Italics*    Spoken in English