Exhibit L

1D217
June 15, 2018
**RAYMOND CHAN**, Andy Wang


**RAYMOND CHAN**


Andy Wang

Ex. 841B & C

**TRANSLATED**

| Ex. # | Speaker | Transcript |
|---|---|---|
| | Wang | Sir, I want to trouble you to communicate with Shawn, just tell him this idea. Do you think start at 10,000 will be too little if you hire him to come to our place? |
| | CHAN | That's not little at all, just the same. |
| | Wang | It is, it is Okay. |
| | CHAN | He is just a [UI]. |
| | Wang | Okay. |
| | CHAN | [UI]. He is just a... |
| | Wang | Good fellow. Yes, you talk to him anyway, and then Sir you say... |
| | CHAN | Okay. You know him too, yeah. He can really replace several people on his own, if he's fully engaged, he and Ave can learn together. |
| | Wang | So they can have a discussion on that, that is, in fact, people will have... |
| | CHAN | Then maybe he could do other things, and then, he can't do that much., he could... |

1

Exhibit L | Page 1 of 8

1D217
June 15, 2018
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
|  | Wang | Yes, that they can work together to discuss it. |
|  | CHAN | He is [UI] |
|  | Wang | Yeah. |
|  | CHAN | If [UI] |
|  | Wang | Yeah, he has an assistant and he doesn't really have to do it, [UI] that one base salary doesn't really require him to have the best performance either, and then he can have a beginning like that. |
|  | CHAN | [UI] |
|  | Wang | This one, I think... these two persons are really really, really, helpful, especially like him, anyone will buy his stuff. Because, because, and you just sit over there, you use his or you use yours. He always has to use it, there will always be a need for it... [OV] [UI] |
|  | CHAN | It's a double insight. |
|  | Wang | Sir, you have thought it through. Yeah, that's how I would say it, today this combination is perfect. |
|  | CHAN | [UI], and then just right over here. [UI]. |
|  | Wang | Okay. |
|  | CHAN | No, wait a minute. Not to understand, but to let their 5%, two zeros. |
|  | Wang | It just depends on how to communicate. |
|  | CHAN | Is it right? |
|  | Wang | No, because I'm thinking that, yeah, Joel can introduce some business, but when those projects have already started, then it will be slower. And then Shawn, he already knows that the project is going to come when he is just looking around. |
|  | CHAN | [UI]. He will have a lot of projects that have already started to be *designed*. These projects are not just starting, they are already being *designed*, they are almost in the *design*. |
|  | Wang | At that time, it was... |

2

Exhibit L | Page 2 of 8

1D217
June 15, 2018
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| | CHAN | The best... |
| | Wang | The best time. |
| | CHAN | Here is better. |
| | Wang | This is even more worth doing. |
| | CHAN | This one is much closer to it. |
| | Wang | Right, right, right. And then there's this person who can come and work because as soon as he came out, his *outfit* and this feeling that gives people the feeling of confidence, right? |
| | CHAN | He has experience. |
| 841B | Wang | Yes, he has experience. If you *train* a young person, there's no way they'll believe you. Right. Sir, you've thought of everything. No, I'm really telling the truth. Because just now I [UI], I'm asking that, because I'm really not talking to Shawn at all, because I don't know, is this person good or not or trustful? |
| 841B | CHAN | Shawn is a brother. Okay? He's a good brother. I tell you. |
| 841B | Wang | Okay. good, good. Because that is to say, Sir, you can, that is, I know if you introduce this person to me, he certainly would not do it randomly, that is, you know how to make it better. |
| 841B | CHAN | Shawn and I have a better relationship than I have with George. |
| 841B | Wang | That's good. That's good. Because I don't know that very well. |
| 841B | CHAN | He is really my best friend. |
| 841B | Wang | And then we will just see it... |
| 841B | CHAN | Once he's out, if he leaves Jose later, he will work with me. |
| 841B | Wang | Oh, that's very great. This kind of person, then this... Because he knows everything and he can deal with people, and he is a young, smart and energetic, and that... |
| 841B | CHAN | It's called hungry. |

3

Exhibit L | Page 3 of 8

1D217
June 15, 2018
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| **841B** | Wang | Oh, yeah, hungry, hungry. |
| **841B** | CHAN | He has two children, he just divorced and has two children. |
| **841B** | Wang | Oh, then the trouble like alimony will get him messed up and that's terrible. |
| **841B** | CHAN | So he was tight on money. |
| | Wang | Very nervous. Understood. When you look at it, sir, you see how to draft that kind of *agreement*, that is, how you do it. You know what I'm talking about? |
| | CHAN | So, see how Hal did it. I don't know... |
| | Wang | Just wait for Hal to get a proposal out on his own. |
| | CHAN | Either side, don't draft anything until you have business then draft. |
| | Wang | Okay. But... |
| | CHAN | Because they don't have a *retainer*, so... |
| | Wang | Not, I know. I am not saying to draft it now, I mean that is when you, sir, you know how to communicate with him, that is, I will not go directly to speak with him about these things. |
| | CHAN | It's okay if you don't. |
| | Wang | But if still, like we talked about yesterday, if one day, somehow, his boss knows, I won't say anything. |
| | CHAN | And you don't, whatever his boss knows or doesn't know. He goes *oh, Andy is a good guy, you know, Ray asks me to do it, [UI] Ray ask me to introduce a few people…* |
| | Wang | Okay, okay, understood, understood. Just in case Jose asks me one day, I'll know how to say. |
| | CHAN | You just say you don't know, Ray introduced him to, maybe Ray called him, maybe one or two guests introduced him here. |

4

Exhibit L | Page 4 of 8

1D217
June 15, 2018
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| | Wang | Okay, okay. |
| | CHAN | Anyway, Anyway, Jose asked you to support later... [OV] |
| | Wang | That's the future thing. [OV] |
| | CHAN | He wouldn't lose his temper. |
| | Wang | No, no, no. But he is very strange, you cannot figure out when he again... |
| | CHAN | Leave it to me. |
| | Wang | Yes, okay. That, *Hal* gave me a business card. |
| | CHAN | That's okay. |
| | Wang | Oh, this combination is too perfect, because Ave is, after all, is a lady, and then she is very responsible for this kind of detail things. If we have Shawn and Hal, this kind of people who has 'big picture', and then you give them some guidance. Wow, here, have another cigarette. |
| | CHAN | That's enough. You do it. You do it. |
| 841C | Wang | Yes, that is, anyway, the money given to Shawn must be *legit* without any problems, that is, we must be *legit*, we cannot... [OV] |
| 841C | CHAN | Not for him, but for his mother. |
| 841C | Wang | Yeah. But we still *legit*, we still need to *legit* even if we give her mother. |
| 841C | CHAN | You do the like this, that is, you find a... |
| 841C | Wang | Other companies that have absolutely nothing to do with this, they may not even be in LA. |
| 841C | CHAN | Yeah. [OV] |

5

Exhibit L | Page 5 of 8

1D217
June 15, 2018
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| **841C** | Wang | It is possible. That is to say, this kind of, makes sense. |
| **841C** | CHAN | [UI] |
| **841C** | Wang | Yes. Ever since that thing, I've been very careful. |
| **841C** | CHAN | Of course you have to be careful. |
| | Wang | You know what I, you know what I mean by that, sir? Like before that, *contribution*, all of a sudden, I just, I hope you understand, sir, not... |
| | CHAN | Of course I understand, of course. |
| | Wang | Yes, you should understand as soon as I tell you. |
| | CHAN | Of course I understand, you are my own brother well, of course I understand. You don't need to say that. |
| | Wang | Because if my lawyer gave such advice, I should listen to him. |
| | CHAN | Yes, you should. |
| | Wang | I need to. |
| | CHAN | Then Xavier Bacerra, he must be looking for you, so how do you tell him, Chu? |
| | Wang | No, I'm just saying... |
| | CHAN | So, how do you explain it? |
| | Wang | I just, anyway, basically don't answer the phone. |
| | Male | You can't just not answer their calls, you still have to... |
| | Wang | I'll say that, yeah, I'm, I'm, you know, focus on the other things. Recently I am also taking a break and not doing things, anyway, just shrugging it off. In fact, they do not lack you as a guest, a friend. I think Shawn and Hal these two people should be happy, because, because they are... they are introduced by you, sir, which means that there is a degree of trust in it. Not that he knows *Ray* |

6

Exhibit L | Page 6 of 8

1D217
June 15, 2018
**RAYMOND CHAN**, Andy Wang

| Ex. # | Speaker | Transcript |
|---|---|---|
| | | *Chen is a very conservative and safe person*, you know, you have a very high *reputation*, then they know it's you who introduced... |
| | CHAN | Thank you, thank you. |
| | Wang | They don't... no need for thanks. What I said, what I said is not a compliment, sir. It is that they will think that they are introduced here and must be to actually work. |
| | CHAN | There is an old Chinese saying. Phoenix will not land on a land without treasures. |
| | Wang | Oh, yeah. |
| | CHAN | That's why I say this, isn't it? Have you ever heard of it? |
| | Wang | I've heard the one you just talked about, but... |
| | CHAN | A phoenix, a *phoenix* will not land where there is no treasure. |
| | Wang | Yeah, that's the... |
| | Chiang | If they are introduced here by me, that means that the *Next Data* and *Next Home*, it's a place of treasure. |
| | Wang | Yes, this is they can utilize their strengths. Everyone will have a *win-win situation*, which is very good. |
| | CHAN | Yeah. |
| | Wang | But master when you communicate with them about specific things, it is to say that I need you to oversee the situation, I want to listen to you. |
| | CHAN | The most important thing is that I want to be able to help you launch, and have a, slowly lay a foundation, which is the most important, right? |
| | Wang | The whole lot of things will be good to fix with them. And then Ave reappeared, and we also know her husband's position, that is totally... that is to say, the developer, he can use yours or his own, or others', A, B, C, he always have to use one. Then he might as well cooperate with us. |

7

Exhibit L | Page 7 of 8

| Ex. # | Speaker | Transcript |
|---|---|---|
|  | CHAN | Yeah, especially *Scandolini* [sic] so cheap, right? |
|  | Wang | Yeah, I said just now, 3000 dollars. |

Abbreviations:
| | |
|---|---|
| [ ] | Exegeses |
| [TN:] | Translator's Notes |
| [PH] | Phonetic |
| [UI] | Unintelligible |
| [IA] | Inaudible |
| [SC] | Simultaneous Conversation |
| [OV] | Overlapping Voices |
| *Italics* | Spoken in English |