Exhibit M

1D243
August 23, 2018
**RAYMOND CHAN**, Andy Wang



**RAYMOND CHAN**



Andy Wang

**TRANSLATED**

Ex. 842-Z
Time Stamp: (Audio Part 2) 00:50:40 – 00:55:16

Government – RED
Defense - BLUE

| Speaker | Exhibit 842 (Transcript) |
|---|---|
| CHAN | [OV] *Thomas* [from] *Oceanwide* was here in a meeting earlier, right before you came. |
| Wang | [OV] Oh, really? |
| CHAN | We've worked-worked on this together for two years, he . . . [noise] We invested a lot [UI] and eventually we brought up that we would *double* our contract. His staff . . . His staff do not want us to join at all. Why? Because-- |
| Wang | [OV] They have their own— |
| CHAN | [OV] No, his staff don't want this *project* to be completed so quickly at all, you know? |
| Wang | Oh, is that so? How come?-- [noise] |
| CHAN | [OV] Because when it's almost done-- |
| Wang | [OV] Oh because when it's done they won't have jobs-- |
| CHAN | [OV] –no-no more jobs. |

1

Exhibit M | Page 1 of 3

1D243
August 23, 2018
**RAYMOND CHAN**, Andy Wang

| | |
|---|---|
| Wang | Oh, *I see*-- |
| CHAN | [OV] So, once we get in, and correct it— |
| Wang | [OV] *That-that-that-that's totally wrong*. |
| CHAN | [OV] Because he-he, he begged me— |
| Wang | [OV] [He] should be pretty happy. |
| CHAN | [OV] --begged me [UI] did I agree [and tell] him that we would get in again-- |
| Wang | [OV] Oh-oh— |
| CHAN | [OV] –and told him how much money we will pay him per month. Then he… He happily accepted. Today he brought another person sent from New York [noise] to discuss with us. |
| Wang | Oh. Because-because, actually, [companies] like *Oceanwide* and *Shanghai Construction*, they have many *projects*, [noise] and if-if . . . I'm thinking, like, if we ask-ask *Shawn* to talk with them, it would be rather-rather fast. Because I think, I mean, Master, I want to talk with you in private because last time you— |
| CHAN | [OV] I've already written it down. I will call *Shawn*-- |
| Wang | [OV] Right.  Because-because based on what you told me last time, I-I've already looked for, I mean— |
| CHAN | [OV] I will talk to him next week. |
| Wang | Well, no, Master, what I wanted to tell you is that I have, I mean, found, I mean, that kind of company, which is not correlated to me personally, nor in *LA*, that kind of company. Then, I mean, when it's time to pay for him/her either the so-called *consultant fee* or *commission*, [it would be] paid to his/her mother-- |
| CHAN | [OV] [UI] |
| Wang | [OV] Then, then, by doing this, it would be safe and no such-such-such [noise] potential risk-- |
| CHAN | [OV] [UI] |
| Wang | [noise] Well, I just wanted to tell you, Master, in private, that this matter is already . . . it can be done. Besides, if he can [talk] with these companies, or, I mean . . . What I just said is just what I know. There are possibly some, I mean, some |

2

1D243
August 23, 2018
**RAYMOND CHAN**, Andy Wang

| | |
|---|---|
| | *projects* that he knows about, that he can communicate with you, Master, just like that. How do you feel-you feel about this?-- |
| CHAN | [OV] I've already written it all down-- |
| Wang | [OV] Uh-hum— |
| CHAN | --I am-I am going to call him. Here-here is my *action list*, I've already written it down-- |
| Wang | [OV] Because when you talk with him like this, he will understand, right? In private, you and he-- |
| CHAN | [OV] I've been it's okay. |
| Wang | [OV] No, what I meant was, Master, you talk with him in private and make it clear, [by] saying, "oh, it's all ready over here, and then everything is safe when it's time to pay your mother—" |
| CHAN | [OV] Don't worry. |
| Wang | [OV] "--and this is some other company, which has no correlation with *Andy*, and it's not in *LA*, either—" |
| CHAN | [OV] You don't have to worry. |
| Wang | Right, this-this way we can immediately— [noise] |
| CHAN | [OV] Don't you worry. |
| Wang | Because, because, like for Ave, they all use their heart and are very serious and very, but many times, they need outside pressure, is that right? |
| CHAN | Right, right. Yes, they did need that. But *Hal [OV]* |
| Wang | Hal is also a great person. [OV] |
| CHAN | *Hal* will have an easier time to do more, bigger. He is even more motivated, right? |
| Wang | He has done a lot. |

Abbreviations:
    [ ]    Exegeses
    [TN:]    Translator's Notes
    [PH]    Phonetic
    [UI]    Unintelligible
    [IA]    Inaudible
    [SC]    Simultaneous Conversation
    [OV]    Overlapping Voices
    *Italics*    Spoken in English