# Exhibit N



1D266
September 28, 2018
**RAYMOND CHAN**, Andy Wang




**RAYMOND CHAN**   Andy Wang

**TRANSLATED**

**Ex. 844-Z**
**Time Stamp: (Audio Part 1) 00:01:00 – 00:07:30**

**Government – RED**
**Defense - BLUE**

| Speaker | Exhibit 844 (Transcript) |
|---|---|
| CHAN | *Hey*, what's your opinion for tonight – what's the result you hope for? How should we handle it? [OV] |
| Wang | My hope is… It should be… uhh… *Shawn*… you said it, Sifu. If you trust him as brother, I think we should not be like before – too informal like a chitchat, we should tell him straightforward that if you help me do this, we won't take advantage of you. Don't talk about how to do this or that. Simple.<br><br>Straightforward. Clear. Don't just eat and eat. Eat for half an evening, waste the time, the time passed by, right… We need to find new people instead. |
| CHAN | Let me ask you first, yes, yes. Let me ask you this. If he agrees to help us, there is certainly no problem. But he will definitely ask you a question – to what extent should I do? |
| Wang | Just... [OV] I think it is, the first is to let him introduce guests, introduce *developer*, and then... |
| CHAN | What do you mean by introducing guests? What do you mean? |

1

1D266
September 28, 2018
**RAYMOND CHAN**, Andy Wang

| | |
|---|---|
| Wang | It is to recommend us to the guests. Then it is to let the guests have a, let's say, an intention, that is, MOU. That's okay if we have this ~~and~~ then I think he already tried very hard. That's it, sign a MOU and this will be a success basically because after all, as long as he started, those projects started, he still need to do a lot of things. If you offend him, I think those developers are afraid to offend him. Right? I think, as long as there is MOU, those people will not say, that although I signed the MOU, I won't do this with you. Unless... [OV] That's it. Okay. |
| CHAN | Brother, my intention is… I just think it needs to be asked, because My intent is not for you to be taken advantage of. |
| Wang | No, no, no. [OV] We need to have... |
| CHAN | You just listen to me. Listen to me. We should discuss now how he will introduce you to the guest. Let's talk about it first. [OV] |
| Wang | That... |
| CHAN | Introduce the guests... |
| Wang | It is a very good company, and very supportive of the *city*, and then charity... [OV] |
| CHAN | No, no, that's not the question I'm asking. I mean should he bring the guest to the company? |
| Wang | That's okay. That's okay. ~~I can.~~ |
| CHAN | ~~B~~ring them to Next Image. |
| Wang | That's okay. That's okay. |
| CHAN | It's not about if it's okay or not – I am saying, what is our *requirement*… [OV] |
| Wang | I think... I think we say… [OV] |
| CHAN | -[OV] what is *the expectation*? |
| Wang | I think this is necessary. He can't not show up, he can't not show up. At least show up once is necessary, right? |
| CHAN | I think it's necessary. It's definitely necessary. |
| Wang | Okay. |
| CHAN | It's necessary. |

2

1D266
September 28, 2018
**RAYMOND CHAN**, Andy Wang

| Wang | You are right, Sir. Yes. |
|---|---|
| CHAN | For example, when he brings guests in, you should also be there... |
| Wang | Oh, definitely. |
| CHAN | You have to take him too. |
| Wang | Yeah, yeah, yeah, yeah. That's for sure. |
| CHAN | First, we need to say that, introduce the next, next *Next Image,* the company. |
| Wang | Yes. |
| CHAN | Company. |
| Wang | Yeah, yeah, yeah. |
| CHAN | What were the terms you told him? |
| Wang | The terms... |
| CHAN | If-it is just a commission… |
| Wang | Right. Please say it. |
| CHAN | The terms for the commission, it's just a commission. |
| Wang | Commission is... [OV] just… please speak. |
| CHAN | Do not… *there is no base, base is no good, just tell him about, for example*, for example, brother, you are selling a project, cabinet is just cabinet [UI], just only cabinet [UI], let's say it's 1 million, OK? 1 million. Then how much should his commission be? I just want to ask you. |
| Wang | Sir, what do you think about giving him three to five percent? |
| CHAN | *No. No.* You cannot say that. Your intention is the most important. |
| Wang | I think...[OV] |
| CHAN | [UI]. How much did you promise Hal? How much did you promise Hal? |
| Wang | [UI] It seems to.. |
| CHAN | Five percent? Right? |

3

| Wang | Right, right, right. |
|---|---|
| CHAN | Five percent? |
| Wang | Yes, five percent. |
| CHAN | Five percent is 50,000. |
| Wang | Yeah. He won't think that it's too little, will he? [OV] |
| CHAN | *No, no, no*. It's not little at all. Is this your intent? |
| Wang | Yes, it's okay. No problem. Yes, no problem. It's okay. |
| CHAN | If it's one million it's 50,000, right? |
| Wang | Yeah, yeah. Five million is 250,000. |
| CHAN | *No, no, no*. That's not right. Let's tell him with just this one concept. |
| Wang | OK, OK. |
| CHAN | The most important but the second thing, is how to pay the money. That money, if it's a contract, the question is... his mother is not here. We're going to talk about this if his brother is available. |
| Wang | That's fine. [OV] I have no problem with that. |
| CHAN | You draw up a contract first. This is the most important thing. |
| Wang | OK. |
| CHAN | Sign a contract first, then sign something else. |
| Wang | OK. |
| CHAN | You must not give him money every month, absolutely no. |
| Wang | OK. OK. |
| CHAN | If the thing's done... For example, it's simple, if you sign the MOU in *one percent*, then you sign the MOU in *one percent*, right? [UI] |
| Wang | OK. OK. |
| CHAN | If you sign a contract afterwards... |

4

1D266
September 28, 2018
**RAYMOND CHAN**, Andy Wang

| | |
|---|---|
| Wang | I can give two more percent. |
| CHAN | [UI] your one percent, then give one more percent. Later, [UI], if it's done, okay, done, the project is done, that is, you take, he takes three *per cent* again. |
| Wang | OK. OK. That's okay. OK. Fine. OK, I got it. |
| CHAN | What do you think? |
| Wang | I understand. OK. |
| CHAN | Let's see how he reacts first, right? |
| Wang | OK. |
| CHAN | Because MOU is easier to sign, right? |
| Wang | Yes. That's right. OK. |
| CHAN | With a little money, he will be like motivated, right? |
| Wang | Right, that's it. I also want to say, you have to give people a little motivation. Right? |
| CHAN | Of course, of course. |
| Wang | OK. |
| CHAN | [UI] |
| Wang | Okay, I understand. Okay, see you later then, Master. It's okay. |
| CHAN | We can be very honest, very honest when we speak. |
| Wang | Yeah, yeah. I just think it's important to be honest and straightforward. In this way, we feel like we are making friends, and that's troublesome. It's just a waste of time. Right, sir. OK, OK, I understand. Okay. I understand. Then later... |
| CHAN | Because he must have had several people to talk to at the beginning, right? |
| Wang | Right, right, right. Okay, that's fine, I understand. Good. |
| CHAN | OK. |
| Wang | OK. |

5

1D266
September 28, 2018
**RAYMOND CHAN**, Andy Wang

| CHAN | Did you bring a bottle of alcohol to him? |
|------|-------------------------------------------|
| Wang | Yes, I brought one. |
| CHAN | Otherwise, it is better to bring a bottle of alcohol. He likes whiskey. |
| Wang | Oh, whiskey. OK. |
| CHAN | Yes, wine is also okay. Don't... , yes. Wine is okay, whiskey is okay. |
| Wang | OK, I got it. |
| CHAN | It's okay. It's okay if you already brought a bottle of wine. |
| Wang | OK, OK. OK. That's good. OK. |
| CHAN | See you later. |
| Wang | See you later. |
| CHAN | Bye-bye. |
| Wang | Okay, thank you. |

Abbreviations:
  [ ]     Exegeses
  [TN:]   Translator's Notes
  [PH]    Phonetic
  [UI]    Unintelligible
  [IA]    Inaudible
  [SC]    Simultaneous Conversation
  [OV]    Overlapping Voices
  *Italics*  Spoken in English

6