Exhibit O

1D268
September 28, 2018
**RAYMOND CHAN**, Shawn Kuk, Andy Wang

**Exhibit 845D-T**
**Time Stamp: (Audio Part 2) 46:00 – 47:05**

**Government – RED**
**Defense - BLUE**

| Speaker | Exhibit 845D (Transcript) |
|---------|---------------------------|
| Kuk | So all I have to do, actually, [UI] is to see if we can get them interested. |
| CHAN | Yeah, all you have to do – get them together for a dinner, take them to the showroom. Okay [OV] Do a dinner, do take them to the showroom, do that, then you don't have to do much, don't have to do the sales job.  That's them, they do that.  Along the way get them to do that, you follow up with them a little bit with some people help them and get a little MOU signed.  Let's just say, let's just say there's three or four MOU, that's every MOU signed that's a already four percent.  Then we talk -- |
| Kuk | Yeah. Yeah. |
| CHAN | Then you and I will talk, we talk about your brother company. You tell them whatever works. You find out. (OV) |
| Kuk | Yeah, I think like that, whatever it is, needs to be -- |
| CHAN | I will, how about -- |
| Kuk | It needs to go somewhere where I can find later.  A few weeks ago -- |
| CHAN | Is that okay? I will make the arrangement (OV) |
| Kuk | Yeah. Yeah. |
| CHAN | You just, you just, you and I will work it out.  We'll find a way to, to put this money aside.  Then we can do it later.  How about that? |
| Wang | Yeah, yeah, whatever. |
| CHAN | You know what? This guy, and you can tell me I'm stupid. Let me tell you. Brother. Brother. |
| Wang | [laughs] |
| CHAN | I spend every week with him and his team for nothing. |

1

1D268
September 28, 2018
**RAYMOND CHAN**, Shawn Kuk, Andy Wang

| Speaker | Exhibit 845D (Transcript) |
|---------|---------------------------|
| Wang | Oh… (laughs) |
| CHAN | I am the only idiot. I charge people where, I charge people an arm and a leg, okay? |
| Kuk | That's right. |
| Wang | Well… what about you, Sifu? |
| CHAN | I don't want it. I don't want it. |

2