Exhibit P

1D277

October 25, 2018

**RAYMOND CHAN**, Shawn Kuk, Andy Wang

Ex. 847A-T

Time Stamp: (Audio Part 1) 00:00:35 – 00:01:43

Government – RED
Defense – BLUE

| Speaker | Exhibit 847A (Transcript) |
|---|---|
| Kuk | Hello? |
| Wang | Hey how are you Shawn, this Andy. |
| Kuk | Hey Andy, I am here, I am here with Ray. |
| Wang | Oh yeah, with Sifu? Yeah, I'm on the way, on the way to the restaurant. The reason why I am calling you, just a few things I want to talk to you before meet your friend. |
| Kuk | Okay. |
| Wang | You there? Can you hear me? |
| Kuk | Yes. |
| Wang | Yeah, yeah, because, I want to, I want to know, your developer friend know about our arrangement, our situation? Did he know anything about it? |
| Kuk | No, I just told him very basics, like you have some Italian cabinets, competitively priced, and I said, are you willing to sit down and just, you know, meet him, and have a conversation.  He said of course. So here we are. |
| Wang | Oh, okay, I get it.  So basically, our arrangement is just between you, me, and Sifu Ray?  Just keep it in our, ourselves internally, I get it, yeah, I get it. So the, the, the- |
| Kuk | Exactly. |
| Wang | -Okay, I get it.  You know, I just want to know, I just want to know the, the situation. So, uhh…, what are, what are is your arrangement between for this dinner? Just like exactly like you told me? |
| Kuk | Yeah. I think what we can do is have a little food, get to know each other a little bit, and you can tell him a little bit about some of the opportunities that you think might be a win-win for both you guys. |

1

1D277
October 25, 2018
**RAYMOND CHAN**, Shawn Kuk, Andy Wang

| Speaker | Exhibit 847A (Transcript) |
|---------|---------------------------|
| Wang | Ok I get it. The reason why I want I want to know is there anything I can say or talk about it or anything I should not talk about it. |
| Kuk | No, you can talk about it. That's what this dinner is for. |
| CHAN | So let me just tell you… thanks for calling. This is the perfect time you called. The reason I carpool with Shawn is that I want to strategize a little bit the approach. I'm glad that you called.<br><br>This is the way I see it. Shawn and this person, he's a very aggressive developer, he has family money backing him. He's doing a few projects. What you need to get is this, Andy. What you need to get is – not people say 'oh, I'm gonna use your thing." It ain't gonna happen like that. We all know that now. The key thing is some MOU to be signed to allow you to bid. Allow you to bid for the job. |
| Kuk | *Yeah.* |
| CHAN | *Now that is very important. Because a lot of projects, they would, all these ordering of the materials, they don't go through the owner unless the owner wants that to happen, okay?* |
| Wang | *Alr--I get it, I get it.* |
| CHAN | *One less thing for them to worry about. So what it is is – and that's why the MOU is so important that if they can say 'I have three projects going, we have three MOU,' no price, no price, no nothing. But you sign three MOU with you saying they will give you the opportunity to bid. Now that is the contract with them… [OV]* |
| Wang | *Oh… [OV] I get it. I get it.* |
| CHAN | *…to give you a chance to bid when the time comes. You cannot say that use my, nobody runs like that in business.* |
| Wang | *Oh, I get it. I get it. Oh there's a… [OV]* |
| Kuk | *(laughs in background)* |
| CHAN | *So this is, this is what we want with Hal, this is what we want from ver… err… if you can gather four five six of those MOU, that's how you start to build up your business.* |
| Wang | *I got it. I got it.* |

2

1D277
October 25, 2018
**RAYMOND CHAN**, Shawn Kuk, Andy Wang

| Speaker | Exhibit 847A (Transcript) |
|---|---|
| CHAN | *Unless of course sometimes you have an urgent situation – do you know who can order the cabinet? The owner can, the architect can, the interior designer can specify, the general contractor can do it, the subcontractor guy can do it, the kitchen cabinet guy can do it. But if the owners promise you, that ok, to give you a chance to bid, doesn't matter who orders it…* |
| Wang | *I get it. I get it.* |
| Kuk | *That's winner, winner, chicken dinner.* |
| CHAN | *That's right. So don't push it too hard, what we want this dinner is to raise his interest so that Shawn can take him to the sho-showroom, that's the second step.* |
| Wang | *Oh, oh yeah. I got it. Alright. I got it. The last – [OV]* |
| CHAN | *Are you driving yourself?* |
| Wang | *Yeah, I'm driving myself. Don't worry. One more thing, I heard that your boss, Jose, just got a LA Times publish some, you know, some interesting things (about Huizar's sexual harassment complaints). I kinda worried. So, so, for his situation…* |
| Kuk | *Well, not as worried as I am.* |
| Wang | *And (loudly) noooO! I mean, I'm just thinking, we, that's a reason… another reason Imma call you I'm wondering what your… your developer friend know about this dinner, we we, should we push it a little harder make that happen sooner what if Jose resign his job or he get a fired or something?* |
| Kuk | *Yeah, we can talk about that later. I hear what you're saying.* |
| Wang | *Yeah, you hear what I'm saying. I think I should call you before go in the dinner I know what I should tell her [sic] and what I should not talk.* |
| CHAN | *Let me, let me say this – Jose's situation is not really that old. But it will take some time. We will have to spread out. We have to spread out. Reach as many projects as can be, Andy, to get the MOU as done as…* |
| Wang | *So…. So…* |

3

1D277
October 25, 2018
**RAYMOND CHAN**, Shawn Kuk, Andy Wang

| Speaker | Exhibit 847A (Transcript) |
|---|---|
| CHAN | *So you need a guy like Shawn whether Shawn is working for Jose, whether Jose is there or not, that is not the key thing. The key thing is… like Hal doesn't work for anybody, right? I don't work for anybody.* |
| Kuk | *Yeah.* |
| Wang | *Yeah. Uh-huh. Okay. I get.* |
| Kuk | *I mean, I take those relationships with me.* |
| CHAN | *Yeah, exactly. If not, that is not your worry.* |
| Wang | *Yeah, just, just a little concerned. If we can be able to Shawn close it faster and make something happen … it'll be good.* |
| CHAN | *Just trust me, just trust me.* |
| Wang | *(laughs)* |
| CHAN | *We all… we are all... concer* |
| Kuk | *Everybody's concerned right now. (laughing in the background)* |
| Wang | *Alright, okay. I'll see you in a little bit.* |
| Kuk | *Nobody's as concerned as uhh Jose Huizar though, I'll tell you that much.* |

4