Exhibit Q

1D277
October 25, 2018
**RAYMOND CHAN**, Shawn Kuk, Andy Wang

**Ex. 847C-T**
**Time Stamp: (Audio Part 4) 00:21:04 – 00:21:52**

**Government – RED**
**Defense - BLUE**

| Speaker | Exhibit 847C (Transcript) |
|---|---|
| Wang | MOU, sorry to interrupting, MOU is not bounding (sic). |
| Kuk | Correct. |
| CHAN | No, no, no. MOU is the bounding for allow you to bid. |
| Kuk | It's a voucher. |
| CHAN | No, no. No. This MOU is different. MOU is the bounding for you to bid. |
| Kuk | Right. |
| Wang | Got it. |
| Kuk | It guarantees your opportunity to… [OV] |
| CHAN | … to bid [OV]… |
| Kuk | … to take part in the process. |
| Wang | Yeah. Cuz uhh…You're right. Maybe sometimes, maybe even the owner say it, then you cannot… |
| CHAN | They cannot. So the MOU is not, would not allow that to happen. |
| Kuk | Yeah, it is – like you have to focus at that point. Like when you have to sign a document, it's different. |
| Wang | Ohhhh. |
| CHAN | And his job his job is to make sure, when all these things come on board, that you will have the right to bid. |
| Wang | Oh, I understand. Shawn, maybe whenever you get a chance, maybe take him just a quick tour of the showroom, at least he get an idea and then… [OV] |
| CHAN | You should get the MOU ready. |

1

1D277
October 25, 2018
**RAYMOND CHAN**, Shawn Kuk, Andy Wang

| Speaker | Exhibit 847C (Transcript) |
|---|---|
| Wang | Uh huh. |
| CHAN | Okay, two or three projects and Shawn sign them.  Now, the thing is you need to give a little bit of thing for the MOU, we talked about that. |
| Wang | No, no, no, no problem. So- |
| CHAN | Okay, you understand? |
| Wang | For Shawn, I give the promise, Sifu know, Sifu know I'm the person always take the promise.  I will just- |
| CHAN | If he can get, even when he probably leaves the office, he could get you six, seven, eight, nine, ten, MOUs- |
| Wang | Oh no no, no, no problem. |
| CHAN | -So at least you have the chance to bid. |
| Kuk | Let's start with one, Ray (laughing). |
| Wang | (laughing) Shawn, just like you said if Sifu drop off the bag somewhere then you pick it up- |
| Kuk | I just pick it up at the park, yeah, yeah, yeah. |

2