E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:   Mack.Jenkins@usdoj.gov
              Cassie.Palmer@usdoj.gov
              Susan.Har@usdoj.gov
              Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong,"<br><br>      Defendant. | No. CR 2:20-326(A)-JFW-2<br><br>GOVERNMENT'S NOTICE OF WITHDRAWAL OF ERRONEOUS STATEMENT<br><br>Trial Date: February 21, 2022<br>Trial Time: 8:30 A.M.<br>Location:  Courtroom of the Hon.<br>          John F. Walter |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files this notice to inform the Court about an inadvertent error in the Statement Regarding Government's Proposed Verdict Form and Jury Instruction.  (Dkt. No. 941.)  Specifically, the government hereby withdraws the sentence at lines 23-24 of page 3, which was

1

inadvertently included in this filing, and respectfully requests that the Court disregard it in considering the government's proposed verdict form and jury instructions.

Dated: February 13, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

*/s/ Cassie D. Palmer*
CASSIE D. PALMER
MACK E. JENKINS
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1

<u>NOTICE OF WITHDRAWAL OF ERRONEOUS STATEMENT</u>

2    On February 13, 2023, the government filed seven trial-related
3    documents with the Court, including the Statement Regarding the
4    Government's Proposed Verdict Form and Jury Instructions (the
5    "Statement").  (CR 941.)  Upon reviewing that filing in preparation
6    to deliver the Chambers Copy to the Court, government counsel
7    noticed that a sentence had been mistakenly included in the
8    Statement and accordingly seeks to withdraw it.  Specifically, the
9    government seeks to withdraw the sentence found at lines 23 through
10   24 of page 3.  (<u>Id.</u> at 3:23-24.)  The government had considered
11   raising a waiver argument with respect to the disputed transcripts
12   filing (Dkt. No. 946) but not regarding the verdict form and jury
13   instructions filings (Dkt. Nos. 942, 944-45).  Accordingly, the
14   government hereby withdraws the sentence at lines 23-24 of page 3 of
15   the Statement and respectfully requests that the Court disregard it
16   in ruling on the government's proposed verdict form and jury
17   instructions.

18

19

20

21

22

23

24

25

26

27

28