E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:   (213) 894-2091/0363/3289/3819
    Facsimile:   (213) 894-6436
    E-mail:     Mack.Jenkins@usdoj.gov
                   Cassie.Palmer@usdoj.gov
                   Susan.Har@usdoj.gov
                   Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | ORDER GRANTING LEAVE TO FILE OVERSIZED TRIAL BRIEF |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

    The government's <u>ex parte</u> application for leave to file a trial brief in excess of 15 pages is GRANTED.

    IT IS SO ORDERED.

February 14, 2023
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:
  /s/
BRIAN R. FAERSTEIN
Assistant United States Attorney