1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   CASSIE D. PALMER (Cal. Bar No. 268383)
4  SUSAN S. HAR (Cal. Bar No. 301924)
   BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
5  Assistant United States Attorneys
   Public Corruption & Civil Rights Section
6       1500 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-2091
8       Facsimile: (213) 894-6436
        E-mail:    Mack.Jenkins@usdoj.gov
9                  Cassie.Palmer@usdoj.gov
                   Susan.Har@usdoj.gov
10                 Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | JOINT STATEMENT RE: COURT'S PROPOSED SUMMARY OF THE CASE; EXHIBIT A |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong" | Trial Date: February 21, 2023<br>Trial Time: 8:00 A.M.<br>Location:   Courtroom of the Hon. John F. Walter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, and defendant RAYMOND SHE WAH CHAN, by and through his counsel of record, Harland

1  W. Braun and Brendan J. Pratt, hereby submit their Joint Statement
2  regarding the Court's Proposed Summary of the Case.
3      During the Final Status Conference on February 15, 2023, the
4  Court provided its proposed Summary of the Case to be read to the
5  jury venire during jury selection.  The Court also ordered the
6  parties to meet and confer regarding its positions on the proposed
7  Summary of the Case.  Having met and conferred, the parties jointly
8  agree to the Court's Proposed Summary of the Case, attached hereto as
9  Exhibit A.  Specifically, defense counsel indicated that he "love[s]
10 it."

Dated: February 16, 2023         Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney


                                  /s/
                                 _____
                                 SUSAN S. HAR
                                 MACK E. JENKINS
                                 CASSIE D. PALMER
                                 BRIAN R. FAERSTEIN
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA


Dated: February 16, 2023          */s/ per authorization*
                                 _____
                                 HARLAND W. BRAUN
                                 BRENDAN J. PRATT
                                 Attorneys for Defendant
                                 RAYMOND SHE WAH CHAN