
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | GOVERNMENT'S RESPONSE TO DEFENDANT'S WITNESS LIST |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | Trial Date: February 21, 2023<br>Trial Time: 8:00 A.M.<br>Location: Courtroom of the Hon. John F. Walter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files its Response to Defendant's Witness List.

//

//

The government respectfully reserves the right to seek to exclude or limit the defendant's witnesses.

Dated: February 15, 2023                Respectfully submitted,

                                        E. MARTIN ESTRADA
                                        United States Attorney

                                             /s/
                                        SUSAN S. HAR
                                        MACK E. JENKINS
                                        CASSIE D. PALMER
                                        BRIAN R. FAERSTEIN
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA

**UNITED STATES v. RAYMOND CHAN**
**CR 20-326(A)-JFW-2**

**GOVERNMENT'S RESPONSE TO DEFENDANT'S WITNESS LIST**

| No.[1] | Witness | Direct Estimate | Cross Estimate |
|---|---|---|---|
| 1 | Robert Goodwin | 1.0 hour | 0.5 hours |
| 2 | Lessing Gold | 1.0 hour | 0.5 hours |
| 3 | Henry Wang | 1.0 hour | 0.5 hours |
| 4 | Farrel Stevins | 1.0 hour | 0.5 hours |
| 5 | Fred Balderrama | 1.0 hour | 0.5 hours |
| 6 | Michael Hunt | 1.0 hour | 0.5 hours |
| 7 | Bob Stone | 2.0 hours | 1.0 hour |
| 8 | Johnny Yutronich | 1.5 hours | 0.75 hours |
| 9 | Al Hernandez | 1.0 hour | 0.5 hours |
| 10 | Larry Galstian | 1.5 hours | 0.75 hours |
| 11 | Verej Janoyan | 1.0 hour | 0.5 hours |
| 12 | Stephanie Mkhlian | 1.5 hours | 0.75 hours |
| 13 | Rubidium Wu | 2.0 hours | 1.0 hour |
| 14 | Kevin Cheng | 1.0 hour | 0.5 hours |
| 15 | Jeremy Chan | 2.0 hours | 3.0 hours |
| 16 | Ave Jacinto | 1.0 hour | 0.5 hours |
| 17 | Jeff DiMarzio | 1.0 hour | 0.5 hours |
| 18 | Raymond Chan | 30 hours | 6.0 hours |
| | **TOTAL** | **51.5 hours/ ~9.5 court days** | **18.75 hours/ ~3.5 court days** |

---

[1] The witnesses are numbered in the same order that they appear in defendant's Witness List (Dkt. No. 939). In that same filing, defendant stated that his order "will depend on the issues remaining after the prosecution case." (Id.) At the Final Status Conference on February 15, 2023, the Court ordered defendant to file (among other things) a revised Witness List indicating the order for the defense witnesses.

1