Harland W. Braun, Esq. [CASBN 41842]
(Email: harland@braunlaw.com)
Brendan J. Pratt, Esq. [CASBN 341697]
(Email: brendan@braunlaw.com)
BRAUN & BRAUN LLP
10880 Wilshire Boulevard, Suite 1020
Los Angeles, California 90024
Telephone: (310) 277-4777
Facsimile: (310) 507-0232
Attorneys for Defendant
RAYMOND CHAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 20-326(A)-JFW |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT RAYMOND CHAN'S RESPONSE TO GOVERNMENT'S PRE-TRIAL WITNESS LIST** |
| RAYMOND SHE WAH CHAN, | |
| Defendant. | |

Defendant RAYMOND CHAN, through his attorneys Harland W. Braun and Brendan J. Pratt, hereby submits the following Response to the Government's Pre-Trial Witness List.

///
///
///
///
///
///
///
///

# UNITED STATES v. RAYMOND CHAN
## CR 20-326(A)-JFW-2

### DEFENDANT'S RESPONSE TO GOVERNMENT'S WITNESS LIST

| No. | Witness | Direct Estimate | Cross Estimate |
|---|---|---|---|
| 1 | **Andrew Civetti**, FBI Case Agent | 12.0 hours | 4hr |
| 2 | **George Esparza**, former CD-14 Special Assistant | 4.5 hours | 2hr |
| 3 | **Morris Goldman** | 1.5 hours | 1hr |
| 4 | **Kevin Keller**, Deputy Mayor for Economic Development | 2.0 hours | 2hr |
| 5 | **Bud Ovrom**, former Deputy Mayor for Economic Development and former General Manager of LADBS | 1.5 hour | 1hr |
| 6 | **Harris Chan**, former Managing Director of Shen Zhen New World Investment (USA), Inc. | 1.5 hours | 1hr |
| 7 | **Yan Yan**, Former Employee of Shen Zhen and defendant | 1.5 hours | 1hr |
| 8 | **Peggy O'Donovan**, Loan Servicing Manager, East West Bank | 1.0 hours | 0 |
| 9 | **Myrna Olvera (or other EWB employee)**, East West Bank | 0.5 hours | 0 |
| 10 | **Ricky Zheng**, Wei Huang's right-hand man and business representative | 1.0 hour | 1hr |
| 11 | **Richelle Rios**, Wife of Jose Huizar | 1.0 hour | 1hr |
| 12 | **George Chiang**, former co-owner of Synergy & CCC | 8.0 hours | 4hr |
| 13 | **David Ambroz**, former President of City Planning Commission | 1.5 hours | 1hr |
| 14 | **Google LLC employee** | 0.5 hours | .5hr |

2.

DEFENDANT RAYMOND CHAN'S RESPONSE TO
GOVERNMENT'S PRE-TRIAL WITNESS LIST

| | | | |
|---|---|---|---|
| 15 | **Shawn Kuk**, former CD-14 Planning Deputy | 3.0 hours | 2hr |
| 16 | **Andy Wang** | 4.0 hours | 2hr |
| 17 | **Andrew Civetti**, FBI Case Agent | 2.5 hours | 2hr |
| | **TOTAL** | 47.5 hours/ approx. 8.5 court days | 25.5hr |

Dated: February 16, 2023

Respectfully submitted,

BRAUN & BRAUN LLP

By: _____
HARLAND W. BRAUN
Attorney for Defendant Raymond Chan