**<u>Exhibit B</u>**

**Chan**

- Was born in <u>China</u>.

- Was raised in <u>Hong Kong</u>.

- Went to <u>Canada</u> for high school and got a degree in <u>Physics</u>.

- Married his wife and settled in <u>Los Angeles</u>.
  Happily <u>married for 45 years and has a son</u>.

- Obtained another degree in <u>Civil Engineering</u>.

- Is a <u>California licensed</u>:
    - Structural Engineer
    - Civil Engineer
    - General Building Contractor
    - Real Estate Broker

- In 1984, worked for <u>LA Water and Power</u> as a Design Engineer.

- In 1987, was promoted toGM <u>Building and Safety Dept. (LADBS)</u>

6

- But because Chan led many departments to built the largest/longest construction boom in the history of L.A., Mayor Garcetti hired Chan back on a <u>1-year contract</u> to be the <u>Deputy Mayor of Economic Development.</u>

**Responsible for:**
- RE Development
- International Trade
- Business Development
- Small & Minority Business

**Oversaw Departments:**
- Building and Safety
- Planning
- LAX
- Port of Los Angeles
- Convention Center
- Economic Development



7

## Chan formed an *Inter-Departmental Partnership* to help customers

**Partnership**
- Building & Safety
- Planning
- Public Works
- Fire
- Water & Power
- Transportation



The Partnership worked together to:
- **advise, guide, and assist customers**
- **improve service and facilitate projects**
- **promote L.A. and recruit projects to L.A.**

9

## Chan promoted L.A. and *Recruited Projects to L.A.*

From 2013 to 2017, Chan **made 64 presentations** to investors, developers, and industry members to recruit development projects to L.A., to name a few:



# L.A. had its largest and longest development upward trend in history







**Construction worth increased 275% in 10 years.**

12

| | Alleged Charges | Main Count | Related Counts |
|---|---|---|---|
| **1** | **Chan Aided/Abetted Huizar to obtain benefits, Vegas trips and a Loan** | **Count 22** | **Counts 2, 3 and 4** |
| 2 | Chan Made False Statements about a Loan and Huizar | Count 39 | ---------- |
| 3 | Chan Aided/Abetted Huizar to obtain $100,000 Campaign Contribution | Count 27 | Counts 14 and 15 |
| 4 | Chan Agreed to PLAY-then-PAY with George Chiang | Count 28 | Counts 12 and 13 |
| 5 | Chan was a member of CD-14 Enterprise, a Racketeer Influenced & Corrupt Org. | Count 1 | ---------- |
| 6 | Chan Indirectly Bribed Council President Staffer's thru his son | Count 1 | ---------- |
| 7 | Chan Indirectly Bribed Public Works Commissioner thru his wife | Count 1 | ---------- |
| 8 | Chan Indirectly Bribed Council Staffer thru his mother and brother | Count 1 | ---------- |

20

## The 19 Vegas Trips

| OA No. | Date(s) | Casino(s) | Expenses (group) | Gambling Chips (HUIZAR) | Gambling Chi (Esparza) |
|---|---|---|---|---|---|
| 4 | 03/22/13 to 03/24/2013 | Wynn | $56,704 | $10,000 | $2,000 |
| 5 | 12/30/2013 to 01/02/2014 | Wynn | $54,141 | $10,000 | $2,000 |
| 6 | 06/07/2014 to 06/08/2014 | Palazzo/Venetian/Wynn | $61,635 | $10,000 | $2,000 |
| 7 | 06/14/2014 to 06/15/2014 | Palazzo/Venetian/Wynn | $17,844 | $10,000 | $2,000 |
| 8 | 08/22/2014 to 08/25/2014 | Palazzo/Venetian | $138,233 | $13,500 | $2,000 |
| 9 | 03/13/2015 to 03/14/2015 | Palazzo/Venetian | $30,952 | $20,000 | $2,000 |
| 10 | 03/28/2015 to 03/30/2015 | Palazzo/Venetian | $39,185 | $10,000 | $2,000 |
| 11 | 05/01/2015 to 05/03/2015 | Palazzo/Venetian | $2,676 | $10,000 | $2,000 |
| 12 | 07/07/2015 to 07/08/2015 | Palazzo/Venetian | $32,682 | $65,000 | $2,000 |
| 13 | 10/28/2015 to 10/30/2015 | Cosmopolitan | $96,681 | $10,000 | $2,000 |
| 14 | 12/11/2015 to 12/13/2015 | Caesar's Palace | $35,974 | $10,000 | $2,000 |
| 15 | 02/12/2016 to 02/13/2016 | Cosmopolitan | $60,798 | $10,000 | $2,000 |
| 16 | 02/26/2016 to 02/28/2016 | Caesar's Palace | $40,095 | $10,000 | $2,000 |
| 17 | 04/30/2016 to 05/02/2016 | Palazzo/Venetian/Cosmopolitan | $127,256 | $10,000 | $2,000 |
| 18 | 05/05/2016 to 05/07/2016 | Palazzo/Venetian/Caesar's | $16,475 | $10,000 | $2,000 |
| 19 | 05/13/2016 to 05/16/2016 | Palazzo/Venetian | $649 | $10,000 | $2,000 |
| 20 | 07/14/2016 to 07/17/2016 | Caesar's Palace | $1,123 | $10,000 | $2,000 |
| 21 | 08/05/2016 to 08/07/2016 | Cosmopolitan | $60,463 | $11,000 | $2,000 |
| 22 | 02/04/2017 to 02/06/2017 | Cosmopolitan/Caesar's Palace | $16,822 | $10,000 | $2,000 |
| | **TOTAL:** | | **$890,388** | **$259,500** | **$38,000** |

24



## **Count 39**

**Alleged 3 False Statements made to** the FBI:

**False Statement 1:** Chan was *"not involved"* and had *"no involvement"* in the settlement of Huizar's 2013 sexual harassment lawsuit.

**False Statement 2:** Huang, Chairman of the LA Hotel *"did not have anything ... in front of Huizar's district ... that needed Huizar's help or involvement."*  Huang *"never asked Huizar for anything, including help on Huang's hotel."*

30

- When Chan said *"…..Francine lawsuit is quite open at that time…..at that time,"* Chan meant **during the period when the lawsuit/loan was going on.**

- Because *"at that time,"* **Huang's hotel was only going through remodeling and did not need help from Huizar.**



The **Entire Conversation** Related to FALSE STATEMENT 2
Chan's Interview w/ FBI Terri 11-7-2018
Audio Govt 226 (1723323): 00:49:03 – 00:54:41 (5½ min)



**Chan also discussed the L.A. Grand project 4 time with FBI**

<mark>$100,000 PAC</mark> **[PAY 1]**

1. *Yuan committed to Huizar about PAC contribution during a smoke break at the January 24, 2018 dinner. Chan was at the dinner, but not in the smoke break and was not part of the conversation.*
2. *Subsequently, Chiang tried to stall the contribution and asked Chan for help.*
3. *Chan tried to stop the contribution but was unsuccessful.*
4. *Chan and Chiang then stalled Huizar until he abandoned the idea.*
5. *As a result, Yuan never made the contribution to the PAC.*

In <mark>exchange, Huizar did the following for Luxe: **[PAY 2 & PAY 3]**</mark>

1. *Chan did not discuss or request Huizar to vote to approve the Luxe Hotel Project.*
2. *Chan did not discuss or request Huizar to present such a resolution.*

Chan <u>did not aid or abet</u> Huizar to solicit the $100,000 contribution from Yuan.
- **On the contrary, Chan tried to find reason for Yuan not to contribute and stall** the contribution.
- As a result, Yuan **never contributed $100,000** to the PAC.

40

## Count 28

Alleged a **Play-then-Pay Agreement** between Chan and George:

<u>**PLAYs:**</u>  **Chan pressured the following officials to expedite and vote to approve the Luxe  Project on favorable terms:**

**PLAY 1:** Deputy Planning Director <u>Kevin Keller</u>

**PLAY 2:** Fire Dept. <u>Malki</u> and Transportation Dept. Verej <u>Janoyan</u>

**PLAY 3:** Planning Commission (CPC) President <u>David Ambroz</u>

<u>**PAYs:**</u>  **Chan demanded and agreed to accept the following benefits from George for performing the above PLAYs:**

**PAY 1:** <u>$20,000 cash</u>

**PAY 2:** <u>$69,939 in check payments</u>

**PAY 3:** <u>$15,000 in check payments through his son, Jeremy</u>

49

The Government alleges that Chan and George had a **PLAY-then-PAY Agreement**
to **PLAY** while he was working for the City
and got **PAY** after he retired from the City and working with George.



Before Chan retired | After Chan retired

**PLAY 1**
**Feb 8, 2017**
Chan pressured Keller to
meet with Chiang and
Chairman Yuan

**PLAY 3**
**May 12, 2017**
Chan pressured
Planning Commission
President Ambroz in a
meeting to approve
Luxe Project

**PAY 3**
**Sep 30 and Oct 31, 2017**
Jeremy Chan received 2 checks,
$8,450 and $6,550,
a total of $15,000
from George's company.

**PLAY 2**
**Mar 13, 2017**
Chan pressured
subordinate City officials,
Malki and Janoyan to
expedite and take
favorable actions for
Luxe Project

**PAY 1**
**Jun 22, 2017**
Chan demanded
$20,000 cash
from George Chiang.

**PAY 2**
**Oct 28 and Dee 27, 2017**
Chan's company
received 2 checks,
$36,433 and $33,507,
a total of $69,940
from George's company.

**Chan and Chiang had ONLY one agreement – 50/50 Partnership after Chan retired**

**PLAY 1**
**Feb 8, 2017**

Chan pressured Keller to meet with Chiang and Chairman Yuan, and to approve Luxe Project on favorable terms.

It was a dinner.  Keller had been helping Luxe Project since 2015 and already had multiple meals (coffees, lunches, and dinner) with Chiang and Luxe Chairman.

**PLAY 3**
**May 12, 2017**

In a meeting, Chan pressured Planning Commission President Ambroz to approve Luxe Project.

It was a lunch for Chan and Ambroz to patch up their dysfunctional working relationship.  Chan did not pressure him to approve Luxe Project.

**PAY 2**
**Sep 30 and Oct 31, 2017**

Chiang issued  2 checks to Jeremy Chan, $8,450 and $6,550, a total of $15,000

$15,000 was a thank you token from Chiang to Jeremy for helping him on land use and real estate matter.

**PAY-and PLAY Count 28**

**PLAY 2**
**Mar 13, 2017**

Chan pressured subordinate City officials from Fire and Transportation to expedite and take favorable actions for Luxe Project.

Chan was only inquiring information from the officials from both departments which was part of Chan's job.

**PAY 1**
**Jun 22, 2017**

Chan demanded from Chiang $20,000 cash.

The $20,000 was a signing bonus for Chan to join Chiang's firm which Chan eventually did not take.

**PAY 3**
**Oct 28 and Dee 27, 2017**

Chiang issued 2 checks to Chan's company (LABXG), $36,433 and $33,507, a total of $69,940.

The $69,940 was to pay Chan for working with Chiang every day for six months after Chan's retirement.

**Wire Fraud Count 14**

**Wire Fraud Count 15**

•**Pictures: Chan, <span style="color:red">Chiang</span> and other disciples**







<u>2nd Relationship: Dailo [big brother] and Seilo [small brother]</u>

- George called Chan, **"*Dai-lo*" - big brother**.

  Chan called George, **"*Sei-lo*" - little brother**.

- Chan treated George <u>as a brother that he never had</u>.

  George treated Chan <u>as a mentor</u>.

<u>3rd Relationship: After Chan retired, they became 50/50 Partners</u>

- In March 2017, Chan notified the Mayor's Office that he would retire when his 1-year contract expired on June 30, 2017.

- Chan and Chiang agreed that, after Chan left the City, **they would become 50/50 partners.**

54



**2015-12-15**
Keller had
*LUNCH* w/
Yuan, Chiang,
Sun and Chan

**2016-6-2**
Keller had
*DINNER* w/
Yuan, Chiang,
Chan and others

**2016-3-21**
Keller had
*LUNCH* w/
Chiang and Sun

**2016- 9-30**
Keller had
*LUNCH* w/
Chiang and Sun

**2016-10-28**
Keller had
*COFFEE* w/
Chiang and Sun

**2016-12-7**
Keller had
*COFFEE* w/
Chiang and Sun

**OA 199 - 2017-2-9**
Keller had
*DINNER* w/ Yuan, Chiang,
Chan and others.

After dinner, Keller texted
*"Really enjoyed seeing
everyone. A fun evening."*

**Prior to the 2017-2-9 Dinner**
- **Keller and Chiang were working closely on the Luxe Project (12 texts)**
- Keller had a Lunch and a Dinner w/ Yuan and Chiang
- Keller had 4 Lunches and Coffees w/ Chiang
- Keller arranged Yuan to meet Mayor Garcetti

12 Texts: Keller and Chiang

10 Texts: Keller and Chiang

**6-2-2016**
*Yuan met Mayor Garcetti*
through the arrangement of
Yuan's Project Manager
Sonnet Hui and Keller



**City Planning Commission (CPC) Approval**

**OA 201**
**May 12, 2017**
Chan wanted to have lunch with Ambroz to patch up their tense relationship and say goodbye to Ambroz.

It was Ambroz's administrative assistant who chose a restaurant in Hollywood so they would meet halfway from their workplaces.

**May 12, 2017**
Planning Dept. released Draft EIR Report

**May 24, 2017**
Planning Dept. held Public Hearing for EIR Report

**Aug 18, 2017**
Planning Dept. certified EIR Report

**Late August**
Planning Dept. recommended approval of Luxe to CPC

**Sep 14, 2017**
**CPC 1st Hearing**
Planning Commission approved Luxe 6-0 vote

**Nov 9, 2017 CPC**
**2nd Hearing**
Unanimously approved Luxe 7-0 vote
In 2 minutes

**2½ mon. after Chan retired**
**4 mon. after May 12th Lunch**

**4 mon. after Chan retired**
**6 months after May 12th Lunch**

**June 30, 2017**
**Chan retired**

**3 mon after May 12th Lunch**

1. The 2nd CPC Hearing was held on November 9, 2017 - 6 months after the May 7th Lunch and 4 months after Chan retired.

2. At its 2nd Hearing, the Project was approved by a unanimous 7-0 vote in 1 min and 36 sec.

In exchange, Chan agreed to accept or accepted the following:
  Two checks to Chan: $36,433.74 and $33,507.23 (PAY-2)

1.  *After Chan retired, Chan set up their Partnership and helped Chiang with his work.*

2.  *Chiang offered to share his monthly retainer fee. Chan refused his offer.*

3.  *Chiang then offered to share his bonuses. Chan accepted.*

4.  *The two checks were to pay Chan for his work from July 2017 and on.*

5.  *During that 6-mon period in 2017, Chiang made $387,060 and Chan made 69,940.*

6.  *The following year (2018), they split net profits evenly from their 50/50 Partnership businesses - Chiang made $330,015 and Chan made $319,000.*

7.  *There is still an undistributed profit ($120,000) that Chiang had not split with Chan*

| Date | July 2017 to December 2017<br>Chan Set up Their 50/50 Partnership Business | | Government<br>Discovery |
|---|---|---|---|
| Aug 2017 | How to Prepare Sales Package for Existing Buildings and Vacant Land | 2 pages | 2002555 |
| Aug 2017 | Prepared Sales Package - Existing Apartment – Yucca | 33 pages | 2000749 |
| Sep 2017 | Prepared Sales Package - Vacant Land – Province site | 15 pages | 2001808 |
| Sep 2017 | Prepared Sales Package - Existing Apartment - Tribeca | 17 pages | 2002522 |
| Sep 2017 | Prepared Sales Package - Vacant Land - Broadway St. site | | 2002523 |
| Sep 2017 | Prepared Sales Package - Vacant Land - Hill St. site | 47 pages | 2002523 |
| Sep 2017 | Prepared Sales Package - Vacant Land - Main St. site | | 2002523 |
| Sep 2017 | Prepared Permits and Involved Agencies | 1 page | 2002518 |
| Oct 2017 | Defined Functions for the Synergy Consultant Team | 5 pages | 0964881 |
| Oct 2017 | Prepared Brochure for the Synergy Consultant Team | 7 pages | 0028883 |
| Oct 2017 | Prepared Sales Package - Development in Downtown LA | 43 pages | 2002529 |
| Nov 2017 | Prepared Sales Package - Existing Apartment - Burbank | 15 pages | --- |

| Date | July 2017 to December 2017<br>Chan Recruited Business for their 50/50 Partnership business and helped Chiang with his work. | Government Discovery |
|---|---|---|
| 07-06-17 | Luxe Hotel - Helped w- Bicycle Parking Design | 0052607 |
| 08-19-17 | Real Estate - Solicited a Medical Office Listing | 0202394-14264 |
| 08-19-17 | Luxe Hotel – Helped Chiang w/ his speech at CPC hearing | 2000962 |
| 08-28-17 | Real Estate - Solicited a House Listing | 1999186 |
| 08-30-17 | Real Estate – Asked a person to find Good Properties for Clients | 1998213 |
| 09-02-17 | Real Estate - Presented a Property to Client -Yucca Apt. | 0052822 |
| 09-06-17 | Real Estate - Solicited a House Listing | 1998326 |
| 09-12-17 | Luxe Hotel - Helped with the Presentation and Speech for the CPC Hearing | 2000958 |
| 09-14-17 | Research on Licenses for Cigar Lounge for a Client | 1998429 |
| 09-17-17 | Real Estate - Presented a Property to Client - Tribeca Apt. | 0053054 |
| 09-20-17 | Luxe Hotel - Estimated Construction Cost | 0202394-14350 |
| 09-24-17 | Real Estate - Analyzed Sales Potential - San Gabriel site | 0202394-14364 |
| 10-03-17 | Real Estate – Work w/ CBRE to find Properties for Clients | 0028844 |
| 10-10-17 | Renewable Energy - Worked on a deal for a Client | 0202394-14383 |
| 10-14-17 | Renewable Energy - Worked on a deal for a Client | 0202394-14398 |
| 10-19-17 | Luxe Hotel - Helped finalize Architectural Contract | 0202394-14408 |
| 10-20-17 | Real Estate - Negotiated Farmland for a Client | 0202394-14411 |
| 10-26-17 | Helped a Client's kids to get into a School | 0202394-6468 |
| 10-30-17 | Real Estate - Rejected Farmland deal | 0202394-6462 |
| Nov 2017 | A 10-day trip to four Cities in China to recruit business | 0202394-14472 |
| 12-04-17 | Luxe Hotel - Worked with Luxe Team on the Design and Plan Review of Hotel | 0202394-14503 |
| 12-20-17 | Luxe Hotel - Worked with Luxe Team on Steel Design | 0028923 |
| 12-31-17 | Feed-in-Tariff Energy - Worked on a Deal for a Client | 0029020 |

**Chiang's Net Income v Chan's Net Income**
**July 2017 to December 2017**

| | July 2017 | Aug 2017 | Sep 2017 | Oct 2017 | Nov 2017 | Dec 2017 | George Chiang Net Income $387,060 |
|---|---|---|---|---|---|---|---|
| Monthly Retainer | $25,000 | $25,000 | $16,000 | $18,000 | $22,000 | $16,000 | |
| Bonus Chiang received | | | | $113,567 $150,000 minus $36,433 to Chan | | $151,493 $185,000 minus $33,507 to Chan | |

**85%**

| | July 2017 | Aug 2017 | Sep 2017 | Oct 2017 | Nov 2017 | Dec 2017 | Ray Chan Net Income $69,940 |
|---|---|---|---|---|---|---|---|
| Monthly Retainer | $0 | $0 | $0 | $0 | $0 | $0 | |
| Bonus Shared by Chiang | | | | $36,433 For Chan's work after he retired | | $33,507 For Chan's work after he retired | |

**15%**

these $69,940 as 'payment' were for Chan's work after Chan retired and not for Chan to perform his official act when he was the Deputy Mayor.

**Chiang's Income v Chan's Income**
**From their 50/50 Partnership**
**In 2018**

Chiang and Chan worked together in 2018 based on their 50/50 Partnership Agreement.

- Provided consulting services to 11 Projects - eight (8) of these projects were brought in by Chan.

- Brokered two (2) Real Estate Transactions – one (1) of these transaction were brought in by Chan.

| Consulting Fees | George Chiang | $ 12,918 | $ 12,918 | $ 20,918 | $ 20,918 | $ 20,918 | $ 25,918 | $ 25,918 | $ 25,918 | $ 25,918 | $ 25,918 | $ 25,918 | $ 25,918 | $ 270,016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Ray Chan | $ 12,000 | $ 12,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 25,000 | $ 259,000 |
| | | | | | | | | | | | | | | |
| Real Estate Commission | George Chiang | $ - | $ - | $ - | $ - | $ - | $ 30,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 60,000 |
| | Ray Ray | $ - | $ - | $ - | $ - | $ - | $ 30,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 60,000 |

Chiang and Chan split the net profit 50/50. Chiang made $330,015 and Chan made $319,000.
[0801680]

| DATE | Gifts from Chiang to Jeremy and Some of the Help from Jeremy to Chiang | Government Discovery |
|---|---|---|
| 2014-11-24 | GEORGE gifted $337 Montblanc pen to Jeremy as a graduation gift | - |
| 2015-01-29 | Land Use - Helped George with 12th St project diligence | 1200 Fig email |
| 2015-05-27 | Land Use – Explained to George about Affordable Housing/Child Care | 0202394 - p7852 |
| 2015-10-11 | Land Use - Debriefed George re: various entitlement processes TFAR / GPA | 0027955 |
| 2015-10-13 | Land Use - Debriefed George re: various entitlement processes TFAR / GPA | Exh. 752C |
| 2015-11-30 | GEORGE gifted Jeremy a $2,300 Cartier watch | Exhibit C-1 |
| 2015-12-03 | Land Use – Helped George w/ 9th Street project diligence and research | 462 W 9th email |
| 2015-12-23 | Paramount - Attended meeting w/ George, reviewed licensing documents | 0202394-p.8046 |
| 2015-12-27 | Paramount – Helped George prepare due diligence investigation | 0028084 to28087 |
| 2016-01-09 | Paramount - Prepared a letter to Paramount Studios | Exhibit C-15 |
| 2016-01-13 | Reviewed and revised George's client's job application cover letter | 0202394-p8094 |
| 2016-01-14 | Paramount - Prepared a memorandum to Paramount Studios in Hollywood | 0028100 to 28102 |
| 2016-03-07 | Reviewed and revised George's client's college application essays and forms | Revised App. Email |
| 2016-07-02 | Paramount - Drafted an additional letter for George to Paramount Studios | 0028353 |
| 2016-09-19 | Land Use - Clarified for George the differences between types of entitlements | 0202394-p8466 |
| 2016-09-21 | Land Use – Helped George wi/ 4th and Hill research /diligence | 0202394-p8473 |
| 2016-11-11 | Land Use – Helped George w/ James M. Wood site research /diligence | 0202394-p8585 |
| 2016-12-02 | Land Use – Helped George w/ Windsor Square Preservation Plan research | Windsor email |
| 2016-12-08 | Land Use – Helped George w/ 7th St project research/diligence | 0202394-p8653 |
| 2016-12-18 | GEORGE gifted Jeremy a $3,500 gift certificate | Exhibit C-11 |
| 2016-12-23 | Land Use – Helped George w/ 7th Street project research/diligence | 0202394-p8696 |
| 2016-12-31 | Land Use – Helped George w/ 7th Street project research/diligence | 7th St email |
| 2017-03-14 | Land Use – Helped George w/ Malibu Golf Course site research and diligence | 0202394-p9006 |
| 2017-03-15 | Luxe Hotel - Explained to George about TFAR fees | 0202394-p9013 |
| 2017-06-16 | Luxe Hotel – Showed George how to research City Council Files | 0202394-p9400 |
| 2017-08-01 | Luxe Hotel - Redid entire CPC PowerPoint presentation | 0028696 |
| 2017-08-13 | Land Use – Edited Valley Blvd report | Valley Blvd email report |
| 2017-09-30 | OA 210 : GEORGE gifted Jeremy a $8,450 check (Before Chiang's Bonus Check) | Govt Exh. 772 |
| 2017-10-28 | OA 213 : GEORGE gifted Jeremy a $6,550 check | Govt Exh. 773 |

## Count 1

**Allegation:**

Chan was **a member of** a Racketeer Influenced and Corrupt Organizations **(RICO), the CD-14 Enterprise,** which functioned as **a continuing unit** for **a common purpose** to achieve the objectives through **five (5) means**:

a. Accepted or agreed to accept **Financial Benefits** to enrich CD-14 members

b. In return, performed or agreed to perform **Official Acts**

c. Engaged in **Money Laundering and other Concealment Activities**

d. Raised **Campaign Funds** to maintain power of CD-14

e. **Avoid Detection by Law Enforcement** to protect CD-14

75

## Did Chan use any Acts in the 5 Means
## to accomplish the RICO objectives of the alleged CD-14 Enterprise?

| "a" Did Chan accept following benefits? | |
|---|---|
| 1. cash | No |
| 2. consulting fees | **Months after Chan retired, Chan accepted two checks ($69,939) from Chiang for working with him for months.** |
| 3. favorable loans | **Chan did not aid or abet Huizar with the loan because, TWICE, Huizar personally asked Huang for support.  Huang agreed.** |
| 4. gambling chips | No |
| 5. political contributions | **Chan and Chiang stopped Yuan from donating a $100,000 PAC to Huizar's wife campaign** |
| 6. flights | No |
| 7. stays at luxury hotels | No |
| 8. expensive meals | No |
| 9. spa services | No |
| 10. event tickets | No |
| 11. escort services | No |
| 12. other gifts | No |

| "b" Did Chan take these official acts? | |
|---|---|
| 13. present motions | No |
| 14. vote on projects | No |
| 15. take/not take action expedite/delay project | No |
| 16. pressure City officials | **Chan did not pressure any officials. Chan only invited Keller to dinner; inquired info from Malki and Janoyan; and had lunch with Ambroz to patch up their dysfunctional relationship.** |
| 17. pressure labor unions | No |
| 18. leverage vote power | No |
| 19. introduce  resolutions | No |
| 20. present resolutions | No |

| "c" Did Chan hide and laundry money? | |
|---|---|
| 21. store cash in house | No |
| 22. give cash to others | No |
| 23. avoid paper trail | No |
| 24. use family members to pay expenses | NO |
| 25. avoid bank reporting | No |
| 26. avoid tax reporting | No |

## Did Chan use any Acts in the 5 Means
## to accomplish the RICO objectives of the alleged CD-14 Enterprise?

| "d" Did Chan fundraise for following? | |
|---|---|
| 27. Huizar's 2015 re-election campaigns and officeholders | Chan legally participated some fundraisings. |
| 28. Richelle's election campaign | Chan committed to Huizar that he would invite people to a Richelle's fundraising event which was a *legal and common practice*. |
| 29. PACs to support Richelle | One of Chan's client and his associate made a legal donation of $12,500 to the PAC that supported Richelle. |

| "e" Did Chan lie or conceal messages? | |
|---|---|
| 30. lie to law enforcement | Chan did not lie to the FBI. Chan said that he was not involved with the loan (Count 22).  Chan also said during the loan/lawsuit time," Huang did not have anything in Huizar's district and never asked Huizar for help because the loan/lawsuit happened 7 months before any discussion about the L.A. Grand Hotel expansion project. |
| 31. influence others' statements | No |
| 32. use encrypted messaging apps. | No |

After Chan retired: *Held 9 political fundraising events and none for Huizar.*
*Attended 4 political fundraising events and none for Huizar and Richelle.*
*Donated first time ever to Huizar's office holder ($1,600 per couple)*
*Chan also told Huizar not to go the Vegas with Huang multiple times.*

# Junior's 1st Draft

| CITY | COUNTY | RENT CONTROL |
|------|--------|--------------|
| Los Angeles | L.A. | 3% |
| San Francisco | San Francisco | 2.20% |
| Santa Monica | L.A. | 3% |
| Woodland Hill | L.A. | 3% |
| Oakland | Alameda | 2.30% |
| Beverly Hills | L.A. | 3% |
| Hayward | Alameda | 5% |
| Berkley | Alameda | 5% |
| West Hollywood | L.A. | 3% |
| Campbell | Santa Clara | 5% |
| Santa Rosa | Sonoma | 3% |
| San Jose | Santa Clara | 5% |
| Pasadena | L.A. | |
| Palm springs | Riverside | |
| East Palo Alto | Santa Cl | |
| Glendale | L.A. | |
| Redlands | San Bern | |
| Thousand Oak | Ventura | |
| Fremont | Alameda | |
| Fontana | Alameda | |
| Los Gatos | Santa Cl | |
| Union City | Alameda | |
| San Leandro | Alameda | |
| Van Nuys | L.A. | |

Francisco. If you live in San Francisco, you are usually covered by rent control. Rent Control in San Francisco increases every 12 months by 2.2% The major exceptions are:

- You live in a rental unit with a certificate of occupancy after June 13, 1979, with a few exceptions. This "new construction exemption" is the biggest exemption in San Francisco. The Assessor's database, is where you can usually find out the date your building was constructed which will give the approximate date for the certificate of occupancy. Illegal units do not have a certificate of occupancy, so are covered under the Rent Ordinance unless exempt for other reasons. Some "accessory units" often called in-law units are still covered under rent control despite having a certificate of occupancy issued after June 13, 1979. (SF Administrative Code Section 37.2(r)(4)(D)) Unauthorized units that existed before June 13, 1979 and were brought up to code after that date are also still covered under rent control.
- You live in subsidized housing, such as HUD housing projects. Tenants with tenant-based assistance such as Section 8 vouchers are still covered by the eviction protection of the Rent Ordinance, and sometimes covered by the rent control of the Rent Ordinance. Make an appointment with the Housing Rights Committee of San Francisco for assistance.
- You live in a residential hotel and have less than 33 days of continuous tenancy.
- You live in a dormitory, hospital, monastery, nunnery, etc.
- You live in a single-family home

**Daron Williams**

**Los Angeles County**

Rent control, or rent stabilization, is a collection of laws that restrict the rents a landlord can charge and limits the reasons for eviction. The two work together, so that the landlord doesn't get around a rent limit by evicting the tenant, instead, or vice versa. Los Angeles is a huge area covering neighborhoods so large we think of them as cities: Westchester, San Pedro, Hollywood, Northridge, Encino, Woodland Hills, Van Nuys, Sunland, Eagle Rock, etc. There are other cities in the area that have rent control, like Beverly Hills, Santa Monica, and West Hollywood. Los Angeles City Council passed rent control in 1978 and has maintained it ever since. Rent control is part of the Los Angeles Municipal Code, the ordinances which specially regulate the city rent control program. The maximum percentage of rent increases every

**San Francisco**

**March 1, 201?**

In San Francisco, the maximum amount of rent that can be charged each year can only be raised by 0.?% or can be raised in a certain manner known as the "just cause." Rent control in San Francisco is governed under the landlord can raise the rent. The "just cause" evictions are covered, and have rent control. San Francisco landlords must follow the proper written notice ... as required by the San Francisco Rent Board. San Fra...

**The city of Thousand oaks**

The City of Thousand Oaks only has a Rent Stabilization Program for a small number of apartments units and all mobile homes. Apartment rent control does not apply to any tenant who moved into their apartment unit after 1987. Only apartment tenants who have lived in the same eligible rent controlled unit since 1987 are eligible for rent control. Rent Control in The

**Alameda County (Oakland, Berkley, Hayward, Fremont, Union City, San Leandro)**

- There can only be one rent increase in a 12-month period.
- There is no cap on rent increases
- Rent increases above 5%: Landlords meet file a notice with the Program Administrator
- Rent increases above 5% are subject to review by the Rent Review Advisory Committee.
- If a Landlord or Tenant disagree with the Rent Review Advisory Committee decision, and the rental unit is a multi-family rental unit built before February 1995, either party may file a petition to have the rent increase determined by a neutral hearing officer whose decision is legally binding on the parties. For all other rental units, the Rent Review Advisory Committee's decision is non-binding.
- Rent increases at or below 5%
- Tenants may request a review by the Rent Review Advisory Committee. The Committee's decision is non-binding.

# Junior's 2nd Draft

**Project Report on Rent Control Conditions**

**Question** **When a rental lease expires, can a landlord ask me to move out if I don't want to sign a new lease because I prefer a month to?**

**Cities with Rent Control Conditions**

**Los Angeles County** (Los Angeles, Beverly Hills, Santa Monica, West Hollywood, Pasadena)

**LEASES**

**When your lease ends**

---

The law does not require landlord to give you a reason why they want you to move out, unless you live in a city with rent control.

If a tenant has a lease, rent increases cannot be made until the expiration of the lease. If a tenant has a month-to-month (or other periodic) rental agreement, a landlord has the right to increase the rent with proper advance written notice at any time.

A landlord can end a month to month tenancy by properly giving the tenant either 30 days or 60 days' advance written notice. The notice given is dependent on various factors including length of tenancy at the unit. Thirty (30) days' notice is required if the tenant has lived in the rental unit for less than one year, and 60 days' notice is required if the tenant has lived in the unit for more than year.

**California Eviction Law: California Department of Consumer Affairs**

**Los Angeles County W...**

**Cities in Los Angeles...**

**Leases: month to month an...**

A landlord can make chang... lease states that changes c...

Landlords can raise re...

---

There are no state or federal laws limiting the amount of rent that can be charged for a rental unit. A proper notice must be served prior to a rent increase, and it must be at least the period between rent payments.

**Late Charges**
Imposed only if stipulated in the rental agreement. The landlord has the right to require that the rent be paid in full on the first of each month. However, Section 13 of the Code of Civil Procedure indicates that one business day at the first of each month must be allowed before late charges are applied

**Notice to Vacate; Landlord to Tenant**
To terminate a month-to-month tenancy (for reasons other than nonpayment of rent, breach of the rental agreement or violation of a lease term) the landlord may serve the tenant with a notice simply stating the premises must be vacated in 30 or 60 days. ... For tenants receiving Section 8 housing assistance, a 90-

# Junior's 3rd Draft



# Junior's 4th Draft



**In 6 months, Ave attended/conducted 30+ meetings with Wang, Chan, and/or others to develop Wang's business.**

| Date | Number of Meeting(s) | Date | Number of Meeting(s) | Date | Number of Meeting(s) |
|------|------|------|------|------|------|
| 04-17-18 | 1 | 05-31-18 | 1 | 07-18-18 | 1 |
| 04-18-18 | 2 | 06-06-18 | 1 | 07-27-18 | 1 |
| 04-25-18 | 1 | 06-07-18 | 1 | 07-30-18 | 1 |
| 05-02-18 | 1 | 06-14-18 | 3 | 08-02-18 | 1 |
| 05-03-18 | 1 | 06-21-18 | 2 | 08-23-18 | 1 |
| 05-09-18 | 1 | 06-28-18 | 1 | 09-06-18 | 1 |
| 05-16-18 | 1 | 06-29-18 | 1 | 09-11-18 | 1 |
| 05-18-18 | 1 | 07-05-18 | 2 | 10-08-18 | 1 |
| 05-23-18 | 1 | 07-10-18 | 1 | 10-15-18 | 1 |
| 05-24-18 | 1 | 07-12-18 | 2 | | |

**Sales meetings with potential customers are <u>not included</u>.**

92

# Ave established a Business Marketing Plan



93

## Ave established a **Budget Proposal**

**BUDGET - PROPOSAL**
**June-Dec 2018**

DRAFT

| | Jun 2018 | Jul 2018 | Aug 2018 | Sep 2018 | Oct 2018 | Nov 2018 | Dec 2018 | Forecast Budget YTD 2018 | Approved Budget | Variance YTD Forecast v Approved |
|---|---|---|---|---|---|---|---|---|---|---|
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Budget Forecast | Approved Budget | |
| Collateral Production | | 3,000.00 | | | 2,000.00 | | | 5000.00 | | 5000.00 |
| Advertising - print, online | | 500.00 | | | | | | | | 0.00 |
| Professional Dues & Subscriptions | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 350.00 | | 350.00 |
| Training, Education & Develop | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 350.00 | | 350.00 |
| Conferences, Conventions & Trade Shows | | | 5,000.00 | | | 5,000.00 | | 10000.00 | | 10000.00 |
| Printing, Stationery & Supplies | | 5,000.00 | | | | | | 5000.00 | | 5000.00 |
| Gifts and Giveaways | | | | | | 2,500.00 | 2,500.00 | 5000.00 | | 5000.00 |
| Equipment Purchase/Rentals | | | | | | | | 0.00 | | 0.00 |
| Mailers - Postage & Delivery | | 250.00 | | | | 250.00 | | 500.00 | | 500.00 |
| Miscellaneous Expense | | | | | | | | 0.00 | | 0.00 |
| Other G&A Expenses (excl. Travel) | 100.00 | 8,850.00 | 5,100.00 | 100.00 | 2,100.00 | 7,850.00 | 2,600.00 | 26200.00 | 0.00 | 26200.00 |
| | | | | | | | | | | |
| Travel - Hotel/Air | | | | | | | | 0.00 | | 0.00 |
| Taxi/Parking/Automobile/Car Rental/Mileage | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 350.00 | | 350.00 |
| Meals | | | | | | | | 0.00 | | 0.00 |
| Entertainment | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 3500.00 | | 3500.00 |
| Other | | | | | | | | 0.00 | | 0.00 |
| Sales Travel Expenses (Local and Other) & Entertainment | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 3850.00 | 0.00 | 3850.00 |
| | | | | | | | | | | |
| Operating Expenses | 18,850 | 25,150 | 17,400 | 12,900 | 14,400 | 19,150 | 13,900 | 124250.00 | 0.00 | 124250.00 |

Page 1 of 1

94

## Ave established a To-do-List to monitor progress

### TO-DO LIST

| Category | Task/Action | Priority | Status | Start Date | Due Date | % Complete | Notes |
|---|---|---|---|---|---|---|---|
| Database | Update with Prang List | High | Complete | 5/17/2018 | 5/24/2018 | 100% | Added Prang invite list for both builders and associates |
| Database | Go through list and identify connectors, potential follow up method | High | In Progress | 5/23/2018 | 6/6/2018 | 25% | Work with Ray on this, weekly, prioritize the names |
| Database | Implore assistance from Karen Moreno and others to escalate identifying key contacts | High | In Progress | 5/31/2018 | 6/5/2018 | | |
| Sales Tool | Price List | High | Not Started | 5/16/2018 | 6/6/2018 | | Spoke with Bill – need to sit down with Melody he says to get this |
| Sales Tool | Bill's Design list | High | Not Started | 5/16/2018 | 6/6/2018 | | Spoke with Bill 5/22 by phone; doesn't designs to share, but can use Pardee Homes as examples of what he did for |
| Sales Tool | Bill's Bio - compile his expertise | High | In Progress | 5/16/2018 | 6/6/2018 | | Spoke with Bill 5/22 by phone; doesn't have bio. Ave to compile given his answers to questions given to him |
| Sales Tool | Script & Question / Answer | High | In Progress | 5/16/2018 | 6/6/2018 | 50% | working doc – keep adding questions/script verbiage |
| Sales Tool | Handout PDF version 11x17 folded | High | In Progress | 5/16/2018 | 6/6/2018 | 0% | Spoke with designer; providing me samples; need to get him phtography and copy for each page |
| Sales Tool | Handout PDF version 11x17 folded | High | In Progress | 5/16/2018 | 6/6/2018 | | Spoke with designer; providing me samples; need to get him phtography and copy for each page |
| Sales Tool | Video - shorter version for email or builder use / for public | Normal | Deferred | 6/31/2018 | 7/31/2018 | | |
| Sales Tool | Email Templates - Ask for Meeting / Call | Normal | In Progress | | | 75% | |
| Sales Tool | Email Template - Ask for referral | Normal | In Progress | | | 75% | |
| Sales Tool | Photography of the showroom | High | In Progress | 5/31/2018 | 6/8/2018 | 25% | Interviewed Andrew Boquiren, photographer, of the showroom. Submitted quote |
| Website | BIA Directory Listing - update information - add photos, names, titles, add logo | Low | Deferred | 5/31/2018 | 6/6/2018 | 0% | |
| Website | NextData website to include expertise section | Low | Deferred | 5/31/2018 | 6/6/2018 | | |
| Project Mgmt | Keep track of Synery Alliance office automation build out | High | In Progress | 5/1/2018 | 8/30/2018 | 25% | |

## Ave established a **Her own Activities Summary**

## Ave established a **Sales Brochure**



97

194B-LA-255905 Serial 993 UNCLASSIFIED

FD-1057 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) HQ Request: Bribe Payment to Public      **Date:** 07/05/2018
            Official (SHAWN KUK)

**From:** LOS ANGELES
          LA-PC-1 (SSA D. CHUNG)
          **Contact:** Andrew R. Civetti, 310-996-3820

**Approved By:** A/SSA PARK HANS
                A/ASAC Dae Hwan Chung
                SAC Voviette D. Morgan

**Drafted By:** Andrew R. Civetti

**Case ID #:** 194B-LA-255905          (U) Operation Casino Loyale;
                                       Sensitive Investigative Matter

**Synopsis:** (U) To request $10,000 bribe payment to a public official.

**Details:**

To request authorization from FBI HQ for a CHS to make a bribe payment to
a public official through the official's mother.

The payment is requested by RAYMOND CHAN, former LA Deputy Mayor of
Economic Development and former General Manager of LA Department of
Building and Safety, as a bribe payment to SHAWN KUK, Los Angeles City
Council District 14 Planning Director, through his mother (identity
currently unknown).

**Subsequently, Wang, who acted under the direction of Special Agent Civetti, at different times and in different ways urged and encouraged Kuk to accept the $10,000 check:**

**1st time:   At the September 28th dinner**, Wang attempted to give Kuk the $10,000 check.  Kuk refused to take the check.   Chan took the check but, after dinner, returned the check to Wang.



.106

**<span style="color:red">2nd time:</span>** **<span style="color:red">At the October 3rd lunch</span>**, Wang attempted to give Kuk the check.  Kuk refused to take the check.

Then Wang offered Kuk cash.   Kuk also refused to accept.

Finally Wang changed strategy and told Kuk that he would provide the $10,000 check to Chan for Chan to hold on to for Kuk.  Kuk felt the pressure and agreed to that.




**3rd time:  On October 8,** Wang told Chan that it was Kuk who asked Wang to give the check to Chan for Chan to hold on to for Kuk.  C

Chan refused to take the check. ==Chan told Wang just don't bring up the check anymore.==

**4th time: On October 26**, Wang tried to push Kuk to get a ridiculous Memorandum of Understanding signed by his friend in hope of Kuk receiving the $10,000 check after that.  The last attempt failed also.

==Neither Kuk nor Chan took the $10,000 check or cash
All Four Entrapment Attempts Failed==

.108