Harland W. Braun, Esq. [CASBN 41842]
(Email: harland@braunlaw.com)
Brendan Pratt, Esq. [CASBN 341697]
(Email: brendan@braunlaw.com)
BRAUN & BRAUN LLP
10880 Wilshire Boulevard, Suite 1020
Los Angeles, California 90024
Telephone: (310) 277-4777 . Facsimile: (310) 507-0232
Attorneys for Defendant RAYMOND CHAN

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 2:20-CR-00326-JFW<br><br>**OBJECTIONS TO GOVERNMENT'S JURY INSTRUCTIONS** |

## LATENESS OF FILING

Raymond She Wah Chan hereby files his objections to the Government's Jury Instructions, understanding that they are filed after the Court's deadline. Defendant Chan thought that the preliminary comments to the jury instructions preserved his objection to the RICO instructions [Count 1] under McDonald v. United States and Kelly v. United States.

The Court informed counsel that it had previously upheld the RICO instructions as to two other cases and therefore any argument on that issue is useless. However, counsel feels that it is important to preserve that issue for appeal.

In reviewing the jury instruction and the Court's comments, counsel has realized there may be some other errors.

Chan.9

### FAILURE TO FOLLOW INDICTMENT

Counts 1 through 27 appear to be language adopted by the Government rather than language from the Indictment. The United States Constitution requires that a defendant stand trial on the charges made by the Grand Jury. Raymond Chan has never waived that right and therefore Counts 1 through 27 should conform to the Indictment, which they do not.

### FAILURE TO NAME DEFENDANT CHAN

Counts 2, 3, 4 and 5 only accuse Jose Huizar of misconduct. There is no reference to Defendant Chan nor any explanation of how Defendant Chan could be criminally responsible for the conduct of Jose Huizar.

### IMPROPER MODIFICATION OF INDICTMENT

Counts 12 and 13 charged Raymond Chan with "advising" one official regarding a proposed project. The Grand Jury Indictment does not use the word "advised" and counsel does not feel that advising can be a crime, particularly in light of the First Amendment Free Speech provision.

### NO INSTRUCTIONS RE: LOS ANGELES RESTRICTIONS ON EX-EMPLOYEES

The government's theory seems to be that Ray Chan violated the restrictions on ex-employees both for projects for which he had discretion while an employee and the anti-lobbying restriction for one year after leaving city employment. Arguably these restrictions govern Ray Chan's conduct in addition to any federal violations. There are no government instructions on these local restrictions.

### CONCLUSION

Raymond Chan wishes to have the verdict forms for Counts 1 through 27 a mirror of the Indictment and believes that Counts 2, 3, 4, 14 and 15 do not explain how he could be charged with the conduct of Jose Huizar. Counts 12 and 13 improperly have

Chan.9

1  injected the word "advised" into the charge, which was not a part of the Grand Jury
2  Indictment. Finally there are no instructions on the Los Angeles restrictions on the
3  duties of ex-employees.

5  Dated:   February 16, 2023            Respectfully submitted,
6                                         BRAUN & BRAUN LLP
7                                         By: _____
8                                         Harland W. Braun
                                          Attorneys for Defendant Raymond Chan

3.

Chan.9

OBJECTIONS TO GOVERNMENT'S JURY INSTRUCTIONS