**Faerstein, Brian (USACAC)**

| | |
|---|---|
| **From:** | Jenkins, Mack (USACAC) |
| **Sent:** | Wednesday, February 15, 2023 1:28 PM |
| **To:** | Harland Braun; Brendan Pratt |
| **Cc:** | Faerstein, Brian (USACAC); Palmer, Cassie (USACAC) 2; Har, Susan (USACAC); Civetti, Andrew (LA) (FBI) |
| **Subject:** | Stipulations for Bank Custodian Wits |
| **Attachments:** | Chan RICO Stipulation No. 1 (Interstate) [final].docx |

Harland and Brendan:

In light of the Court's comments and concerns from this morning's hearing, we wanted to circle back on one of proposed stipulations – just the one for the <u>interstate wires</u>.  I understand that you previously declined to enter the factual stipulations, but today in Court, you represented that you would not be cross-examining those 3-4 additional custodians, which collectively will take several hours to put on and may require significant expense and travel related to these witnesses.  In addition, we see that in your opening slides (Slide #69) that you will not contest the interstate nature of the wires (it states that the checks were "routed through Florida").  With the Court already wanting to cut down our respective presentations, it seems the limited trial time we have with the jury for both our cases would be better spent on witnesses with substantive testimony, so we are recirculating the interstate stipulation for your consideration.

Please let us know if you are agreeable to this stipulation so that we can streamline the trial.

**From:** Jenkins, Mack (USACAC)
**Sent:** Tuesday, February 14, 2023 5:44 PM
**To:** Harland Braun <harland@braunlaw.com>; Brendan Pratt <brendan@braunlaw.com>
**Cc:** Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** Defense Jenks Statement Deadline - Yesterday

Harland and Brendan:  We received your other filings from yesterday but not the Court ordered defense Jencks Statements for any of your many witnesses.  At the last court hearing, you stated you would be providing us these statements consistent with the Court's order (2/13).  Can you please let us know how soon we can expect them?

| | |
|---|---|
| Govt Trial Brief | 2/13/2023 |
| Jury Verdict Form | 2/13/2023 |
| Jury Instructions | 2/13/2023 |
| Defense Jencks Statements | 2/13/2023 |
| Defense Charts & Summaries | 2/13/2023 |
| Defense Witness List | 2/13/2023 |
| Defense Exhibit List | 2/13/2023 |

**From:** Jenkins, Mack (USACAC)
**Sent:** Monday, February 13, 2023 7:09 PM
**To:** Harland Braun <harland@braunlaw.com>; Brendan Pratt <brendan@braunlaw.com>
**Cc:** Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>; Har,

Susan (USACAC) <SHar@usa.doj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** RE: [EXTERNAL] Views on Indictment

Harland – thank you for sending us this document.  But we are not sure what you want us to do with it.  Because it was not in the format requested by the court for today's court ordered filings or timely provided, we could not incorporate it into the jury instructions document Cassie filed earlier today.  However, if you mean this to be your position regarding jury instructions we have no objection to you filing it as your own standalone document.

---

**From:** Harland Braun <harland@braunlaw.com>
**Sent:** Monday, February 13, 2023 3:20 PM
**To:** Brendan Pratt <brendan@braunlaw.com>; Har, Susan (USACAC) <SHar@usa.doj.gov>; Harland Braun <harland@braunlaw.com>
**Cc:** Jenkins, Mack (USACAC) <MJenkins@usa.doj.gov>; Faerstein, Brian (USACAC) <bfaerstein@usa.doj.gov>; Palmer, Cassie (USACAC) 2 <cpalmer2@usa.doj.gov>
**Subject:** [EXTERNAL] Views on Indictment