| | |
|---|---|
| **From:** | Faerstein, Brian (USACAC) |
| **To:** | Harland Braun; Brendan Pratt |
| **Cc:** | Jenkins, Mack (USACAC); Palmer, Cassie (USACAC) 2; Har, Susan (USACAC); Civetti, Andrew (LA) (FBI) |
| **Subject:** | U.S. v. Chan (CR 20-326(A)-JFW-2) - Witness Disclosure Letter |
| **Date:** | Friday, February 17, 2023 8:07:00 PM |
| **Attachments:** | 2023.02.17 Letter to Counsel re Witness Disclosure_Redacted.pdf |

Harland and Brendan,

Please see the attached correspondence regarding disclosure of a witness from the Federal Reserve Bank of New York (Sean O'Malley) who will testify about the interstate nexus of one of the charged wire fraud counts. As we state in the letter, we do not believe that Mr. O'Malley is necessarily an "expert" witness requiring such disclosure, but we provide this letter in an abundance of caution. As we have noted on prior occasions, we will need to call several additional witnesses, including Mr. O'Malley and custodians of records from JP Morgan Chase Bank and Google LLC, to testify about the charged interstate wire communications in light of the defense not stipulating to these jurisdictional facts.

Please let us know if you have any questions.

Best,
Brian

**Brian R. Faerstein | Assistant United States Attorney**
United States Attorney's Office | Central District of California
312 N. Spring Street | Los Angeles, CA 90012
T: 213.894.3819 | brian.faerstein@usdoj.gov



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Brian R. Faerstein*  
*Phone:  (213) 894-3819*  
*E-mail:  brian.faerstein@usdoj.gov*

*1500 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California  90012*

February 17, 2023

**VIA E-MAIL**

Harland W. Braun  
Brendan J. Pratt  
Braun and Braun LLP  
10880 Wilshire Boulevard Suite 1020  
Los Angeles, CA 90024  
Phone: 310-277-4777  
Email: harland@braunlaw.com  
         brendan@braunlaw.com

      Re:    United States v. Raymond Chan,  
                  CR No. 20-00326(A)-JFW-2

Dear Counsel:

      The government hereby gives notice that it intends to introduce the testimony of Sean O'Malley, Managing Director and Head of the Financial Intelligence & Investigations Unit within the Enforcement Division at the Federal Reserve Bank of New York, at trial.  Mr. O'Malley will testify regarding the interstate travel of the wire communication charged in count two in the First Superseding Indictment.

      Although the government does not believe that Mr. O'Malley is necessarily an "expert" witness requiring such disclosure, this letter is being provided out of an abundance of caution and, to the extent you believe it is necessary, satisfies the government's obligations under Federal Rule of Criminal Procedure 16(a)(1)(G).  Further, in light of your recent decision to not stipulate to certain jurisdictional facts, the government has recently identified this witness as the appropriate party to provide testimony on the interstate travel of the charged wire communication in count two given the need to elicit such testimony at trial in lieu of a stipulation of fact regarding this issue.[1]

---

[1] As we noted to you on several prior occasions, most recently during the February 15, 2023 final pretrial status conference, the government will be calling additional lay witnesses to testify about the interstate nexus of the charged wire communications in this case in light of the defense's decision not to stipulate to this issue.  Specifically, the government will be calling lay

*(footnote cont'd on next page)*

Mr. Braun and Mr. Pratt
RE:  U.S. v. Chan
February 17, 2023
Page 2

      Mr. O'Malley's anticipated opinions, bases and reasons for those opinions, and qualifications are set forth in the addendum to this letter.

      Pursuant to Rule 16(b)(1)(C), the government hereby requests reciprocal disclosure from the defense of any testimony defendant intends to use at trial under Federal Rules of Evidence 702, 703 and/or 705.  With this letter the government also reiterates its prior requests for all reciprocal discovery to which it is entitled under Rules 16(b) and 26.2 of the Federal Rules of Criminal Procedure.

      Please let us know if you have any questions or would like to further discuss any of the matters raised above.

Very truly yours,

*/s/ Brian R. Faerstein*

Brian R. Faerstein
Assistant United States Attorney
Public Corruption and Civil Rights Section

Cc:    AUSA Mack E. Jenkins
        AUSA Cassie D. Palmer
        AUSA Susan S. Har

Enc.:  Addendum with disclosure

---

witnesses from JP Morgan Chase Bank and Google LLC to testify, respectively, about the interstate travel of the wire communications involving Chase Bank charged in counts twelve and thirteen and involving Google emails charged in counts three, four, fourteen, and fifteen.  These witnesses' testimony will establish the requisite interstate nature of these transactions.

# ADDENDUM

## Disclosure Regarding Sean O'Malley

**Statement of Anticipated Opinion**:[1]  Mr. O'Malley is a Managing Director and Head of the Financial Intelligence & Investigations Unit within the Enforcement Division at the Federal Reserve Bank of New York (NY Fed).  The government anticipates that Mr. O'Malley will testify about the Federal Reserve System, which, among other things, fosters payment and settlement-system safety and efficiency through services to the banking industry, including the facilitation of U.S.-dollar transactions and payments.  Mr. O'Malley will testify about the use and operation of the Fedwire Funds Service, which is operated by the Federal Reserve System and is used, among other things, to process wire transfers of payments between banking institutions, using Fedwire Funds Service computer servers located in New Jersey and Texas.  Mr. O'Malley will testify about government Trial Exhibit Nos. 452 and 465 and testify that, based on information in those exhibits, the Fedwire Funds Service was used to process the wire transfer described in the exhibits and that the wire transfer must have been routed through New Jersey and Texas.

**Bases and Reasons**:  The bases and reasons for Mr. O'Malley's testimony are his training, experience, and knowledge regarding the Federal Reserve System, the Fedwire Funds Service, and certain information that identifies wire transfers as having been processed through the Fedwire Funds Service, arising out of his over 20 years of experience working at the NY Fed.

**Qualifications**:  Mr. O'Malley's qualifications are set forth in more detail in the attached Biographical Summary.  Mr. O'Malley has not authored any publications within the previous 10 years.

**Prior Testimony**:  During the previous four years, Mr. O'Malley has testified in the following cases as an expert with the NY Fed:

- *United States v. Full Play Group SA, et al.*, No. CR 15-252 (S-3) (PKC) (E.D.N.Y.) – testimony on or about February 17, 2023
- *United States v. Celvin Freeman.*, No. 21-Cr.-88 (JSR) (S.D.N.Y.) – testimony on or about March 28, 2022
- *United States v. Valencia, et al.*, No. 5:18-cr-00600 (W.D. Tex.) – testimony on or about January 21, 2020
- *United States v. Canada, et al*; No. CR 19-029-RGK (C.D. Cal.) – testimony on or about November 15, 2019

                                                    /s/ *with attached email authorization*
                                                          Sean O'Malley, CPA, CFE

---

[1] As previously noted, the government does not believe Mr. O'Malley will be offering opinions as an expert under Federal Rule of Evidence 16(a)(1)(G) but provides this disclosure in an abundance of caution.

| | |
|---|---|
| **From:** | O"Malley, Sean |
| **To:** | Faerstein, Brian (USACAC) |
| **Cc:** | Jenkins, Mack (USACAC); Palmer, Cassie (USACAC) 2; Har, Susan (USACAC); Civetti, Andrew (LA) (FBI) |
| **Subject:** | [EXTERNAL] RE: Disclosure for Signature Authorization |
| **Date:** | Friday, February 17, 2023 12:36:59 PM |
| **Attachments:** | Addendum re Sean O"Malley (for email authorization).pdf |

NONCONFIDENTIAL // EXTERNAL

**NONCONFIDENTIAL // EXTERNAL**

Dear Mr. Faerstein,

I have reviewed and agree with the attached disclosure statement.  I authorize you to sign the document on my behalf and submit it to the court.

Thank you,

Sean

Sean O'Malley
Managing Director
Head of the Financial Intelligence & Investigations Unit - Enforcement Division
Federal Reserve Bank of New York
33 Liberty Street, 7th Floor
New York, NY 10045
+███████████ (office)

**From:** Faerstein, Brian (USACAC) <Brian.Faerstein@usdoj.gov>
**Sent:** Friday, February 17, 2023 2:49 PM
**To:** O'Malley, Sean <Sean.OMalley@ny.frb.org>
**Cc:** Jenkins, Mack (USACAC) <Mack.Jenkins@usdoj.gov>; Palmer, Cassie (USACAC) 2 <Cassie.Palmer@usdoj.gov>; Har, Susan (USACAC) <Susan.Har@usdoj.gov>; Civetti, Andrew (LA) (FBI) <acivetti@fbi.gov>
**Subject:** [External] Disclosure for Signature Authorization

NONCONFIDENTIAL // EXTERNAL

> **PLEASE NOTE: This email is not from a Federal Reserve address.**
>
> Do not click on suspicious links. Do not give out personal or bank information to unknown senders.

Dear Mr. O'Malley,

Please find attached a disclosure statement regarding your anticipated testimony in U.S. v. Raymond Chan, No. CR 20-326(A)-JFW-2 in the Central District of California.  Please review the attached and confirm that I am authorized to sign the statement on your behalf.

Thank you,

Brian

**Brian R. Faerstein | Assistant United States Attorney**
United States Attorney's Office | Central District of California

312 N. Spring Street | Los Angeles, CA 90012

T: 213.894.3819 | brian.faerstein@usdoj.gov

This e-mail message, including attachments, is for the sole use of the intended recipient(s) and may contain confidential or proprietary information. If you are not the intended recipient, immediately contact the sender by reply e-mail and destroy all copies of the original message.

NONCONFIDENTIAL // EXTERNAL



**Sean O'Malley, CPA, CFE**
*Biographical Summary – February 2023*

Sean O'Malley is a Managing Director and Head of the Financial Intelligence & Investigations Unit (FIIU) within the Enforcement division at the Federal Reserve Bank of New York (NY Fed).  In this capacity, he participates and manages investigations of possible violations of banking and criminal laws and regulations by financial institutions and affiliated parties subject to the jurisdiction of the Federal Reserve.  Mr. O'Malley specializes in investigations that relate to Anti Money Laundering/Bank Secrecy Act and OFAC Sanctions violations.  The FIIU also provides assistance to other departments within the NY Fed including Supervision, Compliance, Central Bank Account Services, Cash Function, and Reserve Bank Account Services.

Mr. O'Malley acts as a liaison between the NY Fed and law enforcement agencies at both the federal and state level in advanced fee and other types of fraud detection, money laundering and terrorist-financing issues. As part of this responsibility, he has testified as an expert witness at numerous criminal trials and taught training seminars focusing on the USD banking system to bankers, as well as criminal agents and prosecutors from various federal and local law enforcement agencies.  Mr. O'Malley was also a lead investigator on the Independent Inquiry Committee, where he helped trace billions of dollars in corruption linked to the United Nations Oil-for-Food Programme.

Prior to his employment at the NY Fed, Mr. O'Malley worked at Kroll Associates, a leading international investigation firm headquartered in New York.  He served in a variety of positions from 1991 through 1999, lastly as a Managing Director in the Financial Investigation Services Group.  In that capacity, Mr. O'Malley led numerous fraud investigations into various industries, which included investigating financial statement fraud, embezzlements, inventory and receivable manipulations, as well as bid rigging and kickback arrangements.  He also acted as a monitor for companies and unions in industries plagued by organized crime.

Prior to that Mr. O'Malley served as a Senior Investigative Auditor for the N.Y.S. Special Prosecutor for Medicaid Fraud Control where he planned and conducted health care fraud investigations, which led to convictions of individuals and corporations in the health care and construction industries.

Mr. O'Malley graduated cum laude with a B.S. Degree in Accounting from Long Island University in 1983 and obtained his Certified Public Accounting designation in NYS in 1987.  Mr. O'Malley has also been a member of the Association of Certified Fraud Examiners since 1992.  Previously, Mr. O'Malley was the Chairman of the NYS Society of CPA's Anti Money Laundering & Counter Terrorism Financing Committee.