### UNITED STATES v. RAYMOND CHAN
### CR 20-236(a)-JFW-2

### DEFENDANT'S EXHIBIT LIST

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| **1 – RELATED DOCUMENTS** | | | | |
| 2000 | 1st Superseding Indictment | Chan | | |
| 2001 | 2018-11-07 Chan FBI Interview #1 | Chan | | |
| 2002 | 2018-11-07 FBI Interview Chan Casino_0172523 - 1 | Chan | | |
| 2003 | 2018-11-07 FBI Interview Chan Casino_0172524 - 2 | Chan | | |
| 2004 | 2018-11-08 Chan FBI Interview #2 | Chan | | |
| 2005 | Huizar Extraction Report Cover Sheet P.1 & P.2 For Identification Purposes Only Casino_0172692 | Chan | | |
| 2006 | Chiang Exhibit C Casino_0369003 | Chan | | |
| 2007 | Chiang Extraction Report - Cover Pages P.1 & P.2 For Identification Purposes Only Casino_0202394 | Chan | | |
| 2008 | George's Phone Linesheet For Identification Purposes Only - P.1 | Chan | | |
| 2009 | Los Angeles City Ethics Handbook 2019 | Chan | | |
| 2010 | Los Angeles City Ethics Ordinance 2020 | Chan Jeremy | | |
| 2011 | Los Angeles City Ethics Commission - Revolving Door Brochure | Chan Jeremy | | |
| 2012 | Cal. Code. Regs. 14 Section 15268 – "Ministerial Projects" Defined | Chan Jeremy | | |
| 2013 | LA City Municipal Lobbying Ordinance | Chan Jeremy | | |
| 2014 | 2017-04-16 Report to the Industry Video | | | |
| 2015 | 2017-04-16 Report to the Industry Highlights | | | |
| 2016 to 2099 | Placeholder | | | |
| **2 - SZNW** | | | | |
| 2100 | 2013-06-13 Evan's letter to withdraw USC application Casino_0026662 | Chan | | |
| 2101 | 2013-09-01 Radar (Landscape, Evan's class, & other help) Casino_0026855 | Chan | | |
| 2102 | 2014-05-01 to 2014-07-31 Chan and Yung helped Huang with wine collection Casino_0027376 | Chan | | |
| 2103 | 2013-05-20 Radar - Landscape Casino_0026648 | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2104 | 2013-06-17 Radar - Other Projects Casino_0026681 | Chan | | |
| 2105 | 2014-01-06 Radar - Other Projects Casino_0027039 | Chan | | |
| 2106 | 2015-08-14 Radar - Other Projects Casino_0027845 | Chan | | |
| 2107 | 2016-03-26 Radar – Other Projects Casino_0028138 | Chan | | |
| 2108 | 2013-10-02 Hotel Remodeling - Chan's Update (Chinese) Casino_2000682 | Chan | | |
| 2109 | 2013-10-17 Hotel Remodeling - Chan's Update (Chinese) Casino_2000684 | Chan | | |
| 2110 | 2013-11-17 Hotel Remodeling - Chan's Update (Chinese) Casino_2000686 | Chan | | |
| 2111 | 2013-06-17 213_2013 Radar Screens and Project Progress | Chan | | |
| 2112 | 2014-01-02 Hotel Remodeling - Chan's update (Chinese)Casino_2000665 | Chan | | |
| 2113 | 2014-01-18 Hotel Remodeling Progress Casino_2000399 | Chan | | |
| 2114 | 2014-02-08 Hotel Remodeling Progress Casino_2000628 | Chan | | |
| 2115 | 2014-02-10 (1) Hotel Remodeling - Chan's Update (Chinese) Casino_2000669 | Chan | | |
| 2119 | 2014-02-22 Hotel Remodeling Progress Casino_2000634 | Chan | | |
| 2120 | 2014-02-22 Hotel Remodeling Special Report Casino_2000663 | Chan | | |
| 2121 | 2014-02-22 Hotel Remodeling - Chan's Update (Chinese) Casino_2000673 | Chan | | |
| 2122 | 2014-03-02 Hotel Remodeling Progress Casino_2000637 | Chan | | |
| 2123 | 2014-03-03 Hotel Remodeling - Chan's Update (Chinese) Casino_2000675 | Chan | | |
| 2124 | 2014-03-08 Hotel Remodeling - Chan's Update (Chinese) Casino_2000678 | Chan | | |
| 2125 | 2014-03-24 Hotel Remodeling 1st Merge Report w/ Chinese update Casino_2000621 | Chan | | |
| 2126 | 2014-03-24 Hotel Remodeling - Merge update w Chinese Casino_2000640 | Chan | | |
| 2127 | 2014-03-31 (1) Hotel Remodeling - Merge update w Chinese Casino_2000618 | Chan | | |
| 2128 | 2014-03-31 Hotel Remodeling Progress Casino_2000652 | Chan | | |
| 2129 | 2014-04-12 Hotel Remodeling - Merge update w/ Chinese Casino_2000649 | Chan | | |
| 2130 | 2014-04-06 Hotel Remodeling - Merge update w/ Chinese Casino_2000643 | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2131 | 2014-01-26 Draft Tim Cho's duties for Huang Casino_0027107 | Chan | | |
| 2132 | 2012-11-01 RFP for Fig and Pico | Chan | | |
| 2134 | 2013-06-17 Radar - SZNW Casino_0026681 | Chan | | |
| 2135 | 2013-09-01 Radar - SZNW Casino_0026855 | Chan | | |
| 2136 | 2013-12-01 Radar - SZNW Casino_0027036 | Chan | | |
| 2137 | 2014-04-12 Radar - SZNW Casino_2000646 | Chan | | |
| 2138 | 2014-05-11 Radar No RFP Casino_0027341 | Chan | | |
| 2139 | 2014-03-12 Hotel Union Draft Negotiation Contract Casino_2000429 | Chan | | |
| 2140 | 2014-03-19 Email Chan, Cynthia Casino re Union_0027227 | Chan | | |
| 2141 | 2014-03-19 Email Cynthia, Huang re Meeting Casino_0027233 | Chan | | |
| 2142 | 2014-03-03 Hotel Union Negotiation - Questions Casino_2000418 | Chan | | |
| 2143 | Status Sheraton & Union negotiation Casino_0027412 | Chan | | |
| 2144 | 2013-10-02 Text Huizar, Chan re parking | Chan | | |
| 2145 | 2013-10-28 Text Huizar, Chan re Golden Hill Casino_2084819 | Chan | | |
| 2146 | 2013-10-28 to 2013-11-01 Text Huizar, Chan re Golden Hill | Chan | | |
| 2148 | 2013-10-09 to 2013-10-14 Texts Huizar, Chan re Golden Hill | Chan | | |
| 2149 | 2013-11-25 to 2013-11-30 Texts Huizar, Chan re Huang's best regards to Huizar Family | Chan | | |
| 2150 | 2013-11-05 Texts Huizar, Chan Casino_2084821 re call with Harris C. and Greg C. | Chan | | |
| 2151 | 2013-12-13 Email Clark, Huizar re Golden Hill Proposal Casino_0000094 | Chan | | |
| 2152 | 2013-12-13 Clark's Letter to Golden Hill Casino_0000095 | Chan | | |
| 2153 | 2013-09-27 Text Huizar, Chan re Golden Hill Meeting | Chan | | |
| 2154 | 2014-01-12 Strategies for Parking Agreement Negotiation Casino_2000519 | Chan | | |
| 2155 | 2014-01-14 Email Huizar, Chan re Golden Hill Parking Negotiation | Chan | | |
| 2156 | 2014-01-20 Text Huizar, Chan re Golden Hill Parking Negotiation | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2157 | 2018-11-07 Chan FBI Interview - p17 - 18 | Chan | | |
| 2158 | 2013-05-15 Email Nash, Esparza, Harris C. re China Delegation Casino_0004093 | Chan | | |
| 2159 | 2013-05-15 Email Nash, Esparza, Harris C. re China Delegation Casino_0004094 | Chan | | |
| 2160 | 2013-05-16 Email Nash, Esparza, Harris C. re China Delegation Casino_0004095 | Chan | | |
| 2161 | 2013-05-02 Email Chan, Esparza, Harris C. re China Delegation Casino_0004091 | Chan | | |
| 2162 | 2013-06-11 Email Chan, Esparza re China Delegation Casino_0004126 | Chan | | |
| 2163 | 2013-06-20 Shenzhen City's Invitation Letter Casino_0004158 | Chan | | |
| 2164 | 2013-06-25 Email Nash, Esparza, Harris C. re China Delegation Casino_0004166 | Chan | | |
| 2165 | 2013-06-25 Email Nash, Esparza, Harris C. re China Delegation Casino_0004168 | Chan | | |
| 2166 | 2013-06-26 Email Nash, Esparza, Harris C. re China Delegation Casino_0004170 | Chan | | |
| 2167 | 2013-06-26 Email Nash, Esparza, Harris C. re China Delegation Casino_0004171 | Chan | | |
| 2168 | 2013-06-27 Email Nash, Esparza, Harris C. re China Delegation Casino_0004173 | Chan | | |
| 2169 | 2013-06-27 Email Nash, Esparza, Harris C. re China Delegation Casino_0004178 | Chan | | |
| 2170 | 2013-06-27 Email Nash, Esparza, Harris C. re China Delegation Casino_0004180 | Chan | | |
| 2171 | 2013-06-27 Email Nash, Esparza, Harris C. re China Delegation Casino_0004181 | Chan | | |
| 2172 | 2013-06-27 Email Nash, Esparza, Harris C. re China Delegation Casino_0004182 | Chan | | |
| 2173 | 2013-06-27 Email Nash, Esparza, Harris C. re China Delegation Casino_0004184 | Chan | | |
| 2174 | 2013-06-27 Email Nash, Esparza, Harris C. re China Delegation Casino_0004187 | Chan | | |
| 2175 | 2013-06-06 Email Nash, Esparza, Harris C. re China Delegation Casino_0004112 | Chan | | |
| 2176 | 2013-06-06 Email Nash, Esparza, Harris C. re China Delegation Casino_0004119 | Chan | | |
| 2177 | 2013-07-01- Email Nash, Esparza, Harris re China Delegation C. Casino_0004190 | Chan | | |
| 2178 | 2013-07-01 Email Nash, Esparza, Harris C. re China Delegation Casino_0004192 | Chan | | |
| 2179 | 2013-07-01 Email Nash, Esparza, Harris C. re China Delegation Casino_0004194 | Chan | | |
| 2180 | 2013-07-01 Email Nash, Esparza, Harris C. re China Delegation Casino_0004196 | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2181 | 2013-07-02 Email Nash, Esparza, Harris C. re China Delegation Casino_0004213 | Chan | | |
| 2182 | 2013-07-02 Email Nash, Esparza, Harris C. re China Delegation Casino_0004217 | Chan | | |
| 2183 | 2013-07-02 Email Nash, Esparza, Harris C. re China Delegation Casino_0004220 | Chan | | |
| 2184 | 2013-07-02 Email Nash, Esparza, Harris C. re China Delegation Casino_0004223 | Chan | | |
| 2185 | 2013-07-02 Email Nash, Esparza, Harris C. re China Delegation Casino_0004226 | Chan | | |
| 2186 | Shenzhen Government Website - L.A. is Friendship City | Chan | | |
| 2187 | 2018-11-07 Chan FBI Interview - p42 - 44 | Chan | | |
| 2189 | 2015-04-19 Radar re Gaba Available Floor Area Calculation Casino_0027699 | Chan | | |
| 2190 | 2015-05-13 Radar re FAR Calculation Casino_0027724 | Chan | | |
| 2191 | 2016-10-19 & 2016-10-20 Huizar's draft and final letters to support LA Grand Casino_0365361 | Chan | | |
| 2192 | 2016-05-11 to 2016-06-01 Email DiMarzio, Chan re Area Calculation | Chan, DiMarzio | | |
| 2193 | 2016-05-03 Email DiMarzio, Chan re Meeting Request Casino_0715324 | Chan, DiMarzio | | |
| 2194 | 2016-07-29 Email DiMarzio, Huang re Project Program Casino_0720805 | Chan, DiMarzio | | |
| 2195 | 2016-08-02  8-4-16 LA Hotel Meeting - invitation Casino_0381638 | Chan, DiMarzio, | | |
| 2196 | 2016-08-05 Kuk's minute on 8-4 meeting Casino_0059841 | Chan | | |
| 2198 | 2021-05-21 City Planning's termination letter 5-21-2021 | Chan,    Keller, Kuk | | |
| 2199 | 2012-07-09 State's Certification Req for Building Official 2006 Casino_0368707 | Chan Yutronich | | |
| 2200 | 2012-07-09 Ovrum's letter to City Attorney Casino_0368726 | Chan Yutronich | | |
| 2201 | 2012-09-12 DBS Employees questioned Ovrum's qualification Casino_0368732 | Chan Yutronich | | |
| 2202 | 2012-09-17 Ovrum assigned Chan as Building Official Rep Casino_0368731 | Chan Yutronich | | |
| 2203 | 2013-02-18 Ovrum's response to Englander's motion Casino_0368631 | Chan Yutronich | | |
| 2204 | 2013-04-30 PLUM recommendations for Consultant Casino_0368736 | Chan | | |
| 2205 | 2013-04-05 LoGrand-Ovrum's Letter Casino_0368655 | Chan Yutronich | | |
| 2206 | 2013-05-07 Ovrom became Executive Director of Convention Center | Chan Yutronich | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2207 | 2013-05-10 Chan Layoff Summary Casino_0026650 | Chan Yutronich | | |
| 2208 | 2013-10-27 - Garcetti's Consolidation Opposition Casino_0368798 | Chan Yutronich Goodwin | | |
| 2209 | 2013-05-24 Harbor Gateway Neighborhood Council's Letter Casino_0368735 | Chan Yutronich Goodwin | | |
| 2210 | 2013-09-24 Bob Maguire's Letter to Garcetti Casino_0368787 | Chan Goodwin | | |
| 2211 | 2013-10-28 Budget & Finance Recommendation to City Council | Chan | | |
| 2212 | 2013-10-07 Email Huizar, Chan Casino_0004261 to 0004265 | Chan | | |
| 2213 | 2013-10-06 to 2013-10-08 Text Huizar, Chan re Praise Huizar | Chan | | |
| 2214 | 2013-11-04 Garcetti Letter to Appoint Chan as Interim GM | Chan | | |
| 2215 | 2013-11-05 Email Chan, Huizar to restore City staff budget and positions Casino_0000065 | Chan | | |
| 2216 | 2013-11-05 Email Chan, Huizar to restore City staff budget and positions Casino_0000066 | Chan | | |
| 2217 | 2013-11-05 Text Huizar, Chan re asking Huizar to amend to restore staff budget and positions Casino_2084786 | Chan | | |
| 2220 | 2013-11-06 City Action: Council adopted PLUM and B&F Recommendation Casino_2050736 | Chan | | |
| 2221 | 2013-12-17 Mayoral Action to Restore City Staff Positions and Funding | Chan | | |
| 2223 | 2013-09-13 Price-LaBonge Motion Expand Study and Delay Consolidation until FY14-15 Casino_0368782 | Chan | | |
| 2224 | 2013-09-16 Email Huizar, Chan re Logrande's Campaign Against Price-LaBonge Motion Casino_0000033 to 40 | Chan | | |
| 2225 | 2014-02-10 Matrix Report Casino_1999754 | Chan | | |
| 2226 | 2014-02-20 CAO and CLA on Matrix Report Casino_1999754 (For p.11-609, please see digital copy) | Chan | | |
| 2228 | 2014-04-16 Mayoral Action to Appoint Chan as GM Casino_0027269 | Chan | | |
| 2229 | 2014-04-02 City Action - City Council approved CLA and CAO Report | Chan | | |
| 2230 | 2013-08-30 376_2013.08.30 Email from Ray re Motion | Chan | | |
| 2231 | 2013-08-13 LA Times - Sexual Harassment Complaint | N/A | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2232 | 2013-08-18 to 2013-09-12 Text Huizar, Harris Chan re Tom Walsh | Chan | | |
| 2233 | 2013-10-17 to 2013-10-18 Text Huizar, Chan re Lawsuit | Chan | | |
| 2234 | 2018-11-08 Chan FBI Interview - p.7 -8 | Chan | | |
| 2235 | 2013-10-17 LA Times - Sexual Harassment Lawsuit 10-17-2013 | Chan | | |
| 2236 | 2014-09-05 Daily News - Gloria Molina Announced CD14 Run | Chan | | |
| 2237 | 2014-06-04 Text Huizar, Chan re Huizar asking about a Vegas trip | Chan | | |
| 2238 | 2014-07-17 to 2014-07-26 Text Huizar, Chan re Dim Sum with Ricky Zheng | Chan | | |
| 2239 | 14-7 July - Table - 76 Emails for Fund Process - see Folder - 76 emails for Fund Process | Chan | | |
| 2240 | 2014-08-20 to 2014-08-27 Text Huizar, Chan re Ray asking about status | Chan | | |
| 2241 | 2014-09-15 Text Huizar, Chan re Huizar told Chan not to call Huang | Chan | | |
| 2242 | 2014-09-17 Text Huizar, Chan re Chan ask if everything good | Chan | | |
| 2243 to 2298 | Placeholder | | | |
| 2299 | 2015-02-03 & 2015-11-22, 2016-03-26, 2016-05-01 & 2015-07-24 Select 2015 and 2016 Radar Screens - Govt | Chan | | |
| 2300 | Chart for OA 2 coordinate trip - emails | Chan | | |
| 2301 | Counts 22, 2, 3, and 4 | Chan | | |
| 2302 | Timeline 1 - Chan Helped Huang | Chan | | |
| 2303 | Timeline 2 - Consolidation from Proposal to Termination | Chan | | |
| 2304 | Timeline 3 - Two times Huizar asked Huang for settlement fund | Chan | | |
| 2305 | Timeline 4 - L.A. Grand Hotel Project | Chan | | |
| 2306 to 2320 | Placeholder | | | |
| **3 – FALSE STATEMENTS** | | | | |
| 2321 | 2018-11-07 Chan Transcript for False Statements 2 | Chan | | |
| 2322 | 2018-11-07 Audio Clips 00.49.03 - 00;54.41.mov Cas. 0172523 | Chan | | |
| 2323 | 2018-11-07 Audio Clips 01.26.53 - 01.27.45.mov Cas. 172523 | Chan | | |
| 2324 | 2018-11-07 Audio Clips 00.07.20 - 00.08.12.mov Cas. 172523 | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2325 | 2018-11-07 Audio Clips 00.42.13 - 00.43.13.mov Cas. 172524 | Chan | | |
| 2326 | Counts 39 | Chan | | |
| 2327 | Timeline 1 - 18-11-7 False Statement 1 - Involved w Settlement | Chan | | |
| 2328 | Timeline 2 - 18-11-7 False Statement 2 - didn't need Huizar's help | Chan | | |
| 2329 to 2349 | Placeholder | | | |
| **4 – LUXE PAC** | | | | |
| 2350 | 2018-01-09 Email Esparza , Huizar re IE Strategy Casino_0003479 | Chan | | |
| 2351 | 2018-01-09 Esparza IE HUIZAR Strategy Casino_0003481 | Chan | | |
| 2352 | 2018-01-09 Esparza's Copy of Commitments Casino_0003480 | Chan | | |
| 2353 | 2018-01-11 Text Huizar, Chiang re Meeting Casino_0202394 | Chan | | |
| 2354 | 2018-01-15 Email Huizar, Fundraiser re Fundraising Casino_0003483 | Chan | | |
| 2355 | 2018-01-15 Huizar's Master List PAC Spreadsheet Casino_0003484 | Chan | | |
| 2356 | 2018-01-15 Initial Commitments to PAC Casino_0003485 | Chan | | |
| 2357 | 2018-01-16 Text Chan, Chiang re Dinner with Yuan Casino_0202394 | Chan | | |
| 2358 | 2018-01-27 Text Huizar, Chiang re 1st Meeting Casino_0202394 | Chan | | |
| 2359 | 2018-01-30 Text Huizar, Chiang re Lunch Casino_0202394 | Chan | | |
| 2360 | 2018-03-05 Chang's PAC Form Casino_0370717 | Chan | | |
| 2361 | 2018-03-26 Text Huizar, Chiang re 2nd Meeting Casino_0202394 | Chan | | |
| 2362 | 2018-03-29 Text Huizar, Chiang re Huizar House Meeting Casino_0202394 | Chan | | |
| 2363 | 2018-04-16 Text Huizar, Chiang re 3rd Meeting Casino_0202394 | Chan | | |
| 2364 | 2018-04-20 Text Messages Chan, Chiang re Sign Matter | Chan | | |
| 2365 | 2018-04-20 Transcript Chan, Afriat re Foreign Nationals, US companies, & PAC Contributions Casino_1998901 | Chan | | |
| 2366 | 2018-04-20 Transcript Chan, Chiang re Foreign Nationals, US companies, & PAC Contributions Casino_1998904 | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2367 | 2018-04-23 Text Chan, Chiang re 4th Meeting | Chan | | |
| 2368 | 2018-04-23 Text Huizar, Chiang re Chiang's Discussion Topics Casino_0202394 | Chan | | |
| 2369 | 2018-05-13 Text Huizar, Chiang re Meeting | Chan | | |
| 2370 | 2020-04-07 Chiang Interview re Huizar | Chan | | |
| 2371 | 2018-05-18 Text Huizar, Chiang re Meeting Casino_0202394 | Chan | | |
| 2372 | 2018-06-12 Text Huizar, Chiang re Hazens DA Casino / Huizar Follow-up_0202394 | Chan | | |
| 2373 | 2018-07-09 Radar for Synergy Casino_0380827 | Chan | | |
| 2374 | 2018-07-23 Text Huizar, Chiang re Huizar Follow-up for PAC Casino_0202394 | Chan | | |
| 2375 | 2018-07-29 Text Huizar, Chiang Huizar Follow-up for PAC Casino_0202394 | Chan | | |
| 2376 | 2018-09-14 Boyle Heights Beat Article re Richelle's Run | Chan | | |
| 2377 | 2018-09-20 LA Times re New Huizar Complaint | Chan | | |
| 2378 | 2018-10-07 Radar for Synergy Casino_0380867 | Chan | | |
| 2379 | 2018-10-08 Text Chiang-Chan re Huizar Breakfast Casino_0202394 | Chan | | |
| 2380 | 2018-10-08 Text Huizar-Chiang  Huizar Follow-up for PAC Casino_0202394 | Chan | | |
| 2381 | 2018-10-16 Text Huizar, Chiang re House Meeting | Chan | | |
| 2382 | 2018-10-31 PAC Donation Spreadsheet Casino_1663787 | Chan | | |
| 2383 | 2019-07-11 - Chiang's 302 report Casino_0368987 | Chan | | |
| 2384 | 2019-07-11 Chiang's Report Casino_0368987 | Chan | | |
| 2385 | Timeline - PAC $100,000 | Chan | | |
| 2386 – 2407 | Placeholder | | | |
| | **5 – GEORGE CHIANG AND LUXE** | | | |
| 2408 | 2017-02-08 Text Chan, Chiang, Lincoln re Schedule Saturday Meeting | Chan | | |
| 2409 | 2014-11-01 Chiang's 1st Consulting Agreement with Jua Yuan | Chan | | |
| 2410 | 2016-03-13 Chiang's 1st Amendment to 1st Consulting Agreement 14-11-1 with Jia Yuan | Chan Jeremy Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2411 | 2017-01-02 Text Chan, Chiang, Jeremy Chan re Hazens Meeting | Chan Jeremy Chan | | |
| 2412 | 2017-01-13 Text Chan, Chiang re 1/20 Dinner Casino_2085033 | Chan | | |
| 2413 | 2017-01-13 Text Chan, Chiang, Jeremy Chan re Yuan meeting | Chan | | |
| 2414 | 2017-01-21 Chiang's 2nd Consulting Agreement with Jia Yuan | Chan | | |
| 2417 | 2017-01-26 Text Chan, Chiang, Lincoln re Hazens Meeting | Chan | | |
| 2419 | 2017-01-26 Text Yuan, Chiang Chiang Extraction  Report p. 8816 re Hazens Meeting | Chan | | |
| 2420 | 2017-02-03 Text Chan, Chiang re Meeting with Ling and Yuan | Chan | | |
| 2421 | 2017-02-06 Text Chan, Chiang re Saturday Meeting with Lincoln Lee | Chan | | |
| 2422 | 2017-03-12 Text Chan, Chiang, Jeremy re Escondido Project and Anthony Wong | Chan Jeremy | | |
| 2424 | 2017-03-28 Text Chan, Chiang, Jeremy, Linc re Chiang Update and 3/28/2017 Dinner Meeting | Chan Jeremy | | |
| 2425 | 2017-03-28 Text Chiang, Lee - Chiang Extraction Report p. 9050 re Chiang Update and 3/28/2017 Dinner Meeting | Chan | | |
| 2426 | 2017-03-28 Chiang told Yuan not getting pay - Chiang Extraction 0202394 -p9047 | Chan | | |
| 2427 | 2017-10-10 Text Chan, Chiang, Jeremy re Plan Check Contract for Hazens | Chan Jeremy | | |
| 2428 |  Chiang Exhibit C marked up version Casino_0369003 | Chan Jeremy | | |
| 2433 | 2014-07-24 Letter to USCIS Casino_0027385 | Chan | | |
| 2434 | 2014-08-25 Radar Casino_0027514 | Chan | | |
| 2435 | 2014-08-04 Radar Casino_0027511 | Chan | | |
| 2436 | 2014-09-21 Radar Casino_0027525 | Chan | | |
| 2437 | 2014-10-17 Text Chan, Chiang, Jeremy, Chris Pak re Hazens | Chan Jeremy | | |
| 2438 | 2015-08-02 Email Chiang, Chan re Hazens TFAR issue Casino_0027839 | Chan Jeremy | | |
| 2439 | 2015-12-21 Paramount re All Documents Casino_0028008 | Chan Jeremy | | |
| 2440 | 2015-12-27 Paramount re Research for Scam Casino_0028079 | Chan Jeremy | | |
| 2441 | 2015-12-27 Paramount re Questions and Progress Summary Casino_0028080 | Chan Jeremy | | |
| 2442 | 2015-12-28 Paramount re Questions and Progress Summary Casino_0028084 | Chan Jeremy | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2443 | 2016-01-11 Internship Johnny Lee Casino_0369012 | Chan | | |
| 2444 | 2016-03-14 Paramount re Update from Clinton Casino_0028132 | Chan Jeremy | | |
| 2445 | 2016-04-09 Email W Hotel's Construction Schedule Casino_0028162 | Chan | | |
| 2446 | 2016-05-10 Email Chan, Hazens Consultants re DOT Issues Casino_0083603 | Chan | | |
| 2447 | 2016-05-15 Email Chan, S Keyser Paramount re Golden Mountain website Casino_0028279 | Chan Jeremy | | |
| 2448 | 2016-05-22 Email Chan, Jeremy, Chiang re Paramount Scam Casino_0028280 | Chan Jeremy | | |
| 2449 | 2016-07-02 Paramount re Letter to Scammer Casino_0028345 | Chan Jeremy | | |
| 2450 | 2016-09-15 Luxe Major Project Development Meeting Invitation Casino_0381644 | Chan Janoyan | | |
| 2451 | 2016-09-30 Paramount re Debrief Golden Mountain Casino_0369012 | Chan Jeremy | | |
| 2452 | 2017-03-27 Text Consultants re Oceanwide issues Casino_0202394 | Chan | | |
| 2453 | 2014-01-14 Invitation to Hazens Event Casino_0027045 | Chan | | |
| 2454 | 2014-01-23 Email - Chan, Chiang Introduction Casino_0027049 | Chan | | |
| 2455 | Pictures - Chan and Disciples | Chan Jeremy, Cheng | | |
| 2456 | Nametags - Chan and Disciples | Chan Jeremy, Cheng | | |
| 2458 | 2017-06-21 Call Chan, Chiang Casino_0052469-70 | Chan | | |
| 2459 | 2017-06-21 Call Chiang, Kent re $20,000 loan Casino_0052468-69 | Chan | | |
| 2460 | 2017-06-21 to 2017-06-22 Text Chiang, Kent re $20,000 loan Casino_0052471 | Chan | | |
| 2457 | 2017-06-22 Call Chan, Chiang re $20,000 loan.wav | Chan | | |
| 2461 | 2017-06-22 Call Chan, Chiang re $20,000 loan | Chan | | |
| 2462 | 2017-06-22 Text Chan, Chiang re $20,000 loan Casino_0052474 | Chan | | |
| 2463 | 2017-10-24 A Team Functions Casino_0964881 | Chan Galstian Hernandez | | |
| 2464 | 2017-11 17 The Burbank Apartment Brochure | Chan, Chiang | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2465 | Broadway Project Brochure Casino_0028841 | Chan, Chiang | | |
| 2466 | A Team Brochure Casino_0028883 | Chan | | |
| 2467 | Soto Property Brochure Casino_0964400 | Chan | | |
| 2468 | Yucca Apartment rochure Casino_2000749 | Chan | | |
| 2469 | Province Brochure Casino_2001808 | Chan | | |
| 2470 | 1-page Building Permit Involvement Casino_2002518 | Chan | | |
| 2471 | Tribeca Apartment Brochure Casino_2002522 | Chan | | |
| 2472 | Broadway, Hill, Main Brochure Casino_2002523 | Chan | | |
| 2473 | Development in Downtown Presentation Casino_2002529 | Chan | | |
| 2474 | How to Prepare Sales Package for Real Estate Properties Casino_2002555 | Chan | | |
| 2475 | 2017-07-06 Call Chiang, Lee, Chan re bicycle parking Casino_0052607 | Chan | | |
| 2476 | 2017-08-19 Chiang's CPC Script Casino_2000962 | Chan Jeremy | | |
| 2477 | 2017-08-19 Text Chan, Chiang re Yuan discussion Casino_0202394 | Chan | | |
| 2478 | 2017-08-28 Call Chan, George Chavez re potential real estate deals Casino_1998186 | Chan | | |
| 2479 | 2017-08-30 Call Chan, Chiang re Carol Schutz Casino_1998213 | Chan | | |
| 2480 | 2017-09-02 Yucca Pitch Casino_0052822 | Chan | | |
| 2481 | 2017-09-06 Chan & Chavez re Bel Air Casino_1998326 | Chan | | |
| 2482 | 2017-09-12 Call Chiang, Cha re Yucca Pitch Casino_0052909 | Chan | | |
| 2483 | 2017-09-12 Hazens Presentation Casino_2000958 | Chan Jeremy | | |
| 2484 | 2017-09-14 Cigar Lounge Brochure Casino_1998429 | Chan | | |
| 2485 | 2017-09-17 Tribeca pitch to Roadking Casino_0053054 | Chan | | |
| 2486 | 2017-09-20 Text Chan, Chiang re Chiang ask about Greenland Construction Cost Casino_0202394 | Chan | | |
| 2487 | 2017-09-24 Text Chan, Chiang re San Gabriel Site Casino_0202394 | Chan | | |
| 2488 | 2017-10-03 Email Chan re Real Estate Deals Casino_0028844 | Chan | | |
| 2489 | 2017-10-10 Text Chan, Chiang re Amendment Casino_0202394 | Chan | | |
| 2490 | 2017-10-14 Text Chan, Chiang re Retainer Casino_0202394 | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2491 | 2017-10-19 Text Chan, Gensler re Mason meeting Casino_0202394 | Chan | | |
| 2492 | 2017-10-20 Text Chan, Chiang re Bakersfield Land Casino_0202394 | Chan | | |
| 2493 | 2017-10-26 Text Chiang, Chan re Polytechnic Deadline Casino_0202394 | Chan | | |
| 2494 | 2017-10-30 Text Chiang re 200 and 400 acres farmland Casino_0202394 | Chan | | |
| 2495 | 2017-11-16 Text Chan, Synergy Team re Kangqiao Meeting Casino_0202394 | Chan | | |
| 2496 | 2017-12-04 Text Chan, Chiang re Suggested Discussion Topics with Yuan Casino_0202394 | Chan | | |
| 2497 | 2017-12-20 Email Chan re Preliminary Steel Size Casino_0028923 | Chan | | |
| 2498 | 2017-12-31 Email Chan re Solar proposal and white paper Casino_0029020 | Chan | | |
| 2499 | Synergy CCC 2018 Projected Budget Casino_0801680 | Chan | | |
| 2500 | 2018-January Chiang's Letter | Chan | | |
| 2501 | 2018-10 to 2019-01 - CCC Wells Fargo Statement Acc 6661 from Oct 2018 to Jan 2019 Casino_0690447 | Chan | | |
| 2502 | 2018-10 to 2019-01 - CCC Wells Fargo Statements Acc 6786 from Oct 2018 to Jan 2019 Casino_0690517 | Chan | | |
| 2503 | 2018-10 to 2019-01 - CCC Wells Fargo Statements Acc 6679 from Oct 2018 to Jan 2019 Casino_0690533 | Chan | | |
| 2504 | 2015-01-29 Email Chiang, Jeremy re 1200 Fig | Jeremy Chan | | |
| 2505 | 2015-05-27 Text Chiang, Jeremy re research for TFAR public benefits Casino_0202394 | Jeremy Chan | | |
| 2506 | 2015-10-11 Email Chiang, Jeremy re GPA versus TFAR Casino_0027955 | Jeremy Chan | | |
| 2507 | 2015-10-13 Text Chiang, Chan, Jeremy re Surgery and Dinner (also Texts Chiang, Jeremy only re Hazens) | Jeremy Chan | | |
| 2508 | 2015-11-30 Exhibit C Chiang's gifts to Jeremy | Jeremy Chan | | |
| 2509 | 2015-12-03 Email Chan, Chiang, Jeremy re 462 W. 9th | Jeremy Chan | | |
| 2510 | 2015-12-23 Text Chiang, Jeremy re Paramount | Jeremy Chan | | |
| 2511 | 2015-12-27 Email re Paramount Questions Casino_0028084 | Jeremy Chan | | |
| 2512 | 2016-01-09 Exhibit C Exhibit 15 | Jeremy Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2513 | 2016-01-13 Chiang Extraction Report p. 8094 Casino_0202394 | Jeremy Chan | | |
| 2514 | 2016-01-14 - Paramount Memo for Golden Mountain Casino_0028100 | Jeremy Chan | | |
| 2515 | 2016-09-19 Text Jeremy, Chiang Extraction Report p. 8466 re GPA versus TFAR Casino_0202394 | Jeremy Chan | | |
| 2516 | 2016-09-21 Text Jeremy, Chiang Chiang Extraction Report p.8473 re a 4th and Hill Site Casino_0202394 | Jeremy Chan | | |
| 2517 | 2016-11-11 Text Jeremy, Chiang Chiang Extraction Report p. 8585 re representation capacity Casino_0202394 | Jeremy Chan | | |
| 2518 | 2016-12-02 Email Jeremy, George re Windsor Square Preservation Plan | Jeremy Chan | | |
| 2519 | 2016-12-08 Text Jeremy, Chiang Chiang Extraction Report p. 8653 re 1135 7th and JJJ Casino_0202394 | Jeremy Chan | | |
| 2520 | 2016-03-07 Revised Application College Application | Jeremy Chan | | |
| 2521 | 2016-12-18 Exhibit C Exhibit 11 | Jeremy Chan | | |
| 2522 | 2016-12-23 Text Jeremy, Chiang Extraction Report p. 8696 re 7th Street/Ling summary Casino_0202394 | Jeremy Chan | | |
| 2523 | 2016-12-23 Email Jeremy, Chiang re Thornton Letter Casino_0028353 | Jeremy Chan | | |
| 2524 | 2016-12-31 Email Jeremy, Chiang re 7th Street project for ling | Jeremy Chan | | |
| 2525 | 2017-03-14 Text Jeremy, Chiang Chiang Extraction Report p. 9006 re Malibu documents Casino_0202394 | Jeremy Chan | | |
| 2526 | 2017-03-15 Text Jeremy, Chiang Chiang Extraction Report p. 9013 Casino_0202394 | Jeremy Chan | | |
| 2527 | 2017-06-16 p. 9400 - Luxe research council file Casino_0202394 | Jeremy Chan | | |
| 2528 | 2017-08-01 Jeremy's Help for CPC presentation Casino_0028695 | Jeremy Chan | | |
| 2529 | 2017-08-13 Email Chiang, Chan, Jeremy re Valley Blvd Property | Jeremy Chan | | |
| 2530 | 2015-12-15 to 2017-02-09 - Texts Keller, Chiang Chiang Extraction Report Casino_0202394 - multiple pages | Chan | | |
| 2531 | 2015-09-22 to 2017-12-13 - Texts Keller, Chiang Chiang Extraction Report p. 15905-15919 Casino_0202394 | Chan | | |
| 2532 | 2015-09-28 Email Hazens Consultants, Chiang, Keller Meeting with Deputy Mayor Bernard Casino_0367587 | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2533 | 2016-06-02 Email Chun, Keller re Meeting Casino_0872300 | Chan | | |
| 2534 | 2017-03-13 Chiang Extraction Report p.9003 to 9005 re Hani Casino_0202394 | Chan | | |
| 2535 | 2017-04-06 Text Chan, Chiang re DWP Contact Info | Chan, Chiang | | |
| 2536 | City Document - LAFD Plan Check Expedite Request Form | Chan Hernandez Galstian | | |
| 2538 | 2017-05-24 DCP Hearing Date on DCP Recommendation Report Casino_0028719 (For p.11-115, please see digital copy) | Chan, Chiang, Kuk, Keller | | |
| 2539 | 2017-08-18 DCP Recommendation Report for 9-14 CPC Hearing Casino_0028719 (For p.11-115, please see digital copy) | Chan | | |
| 2540 | 2017-09-14 CPC Minutes (1st hearing) | Chan | | |
| 2541 | 2017-11-09 CPC Minutes (2nd Hearing) | Chan | | |
| 2542 | Timeline 0 - Count 28 and Counts 12 & 13 | Chan | | |
| 2543 | Timeline 1 - Chiang and Chan's Relationships | Chan | | |
| 2544 | Timeline 2 - Before Retirement - Chan Helped Chiang | Chan | | |
| 2545 | Timeline 3 - Before Retirement - Money Matters and Gift Exchanges | Chan | | |
| 2546 | Timeline 4 - After Retirement - Chan's Work and Income in 2017 and 2018 | Chan | | |
| 2547 | Timeline 5 - Play 1 Chan Did Not Pressure Kevin Keller | Chan | | |
| 2548 | Timeline 6 - Play 2 Chan Did Not Pressure FD Malki and DOT Janoyan | Chan | | |
| 2549 | Timeline 7 - Play 3 Chan Did Not Pressure Ambroz | Chan | | |
| 2550 | Timeline 8 - Pay 1 Chan Did Not Accepted $20,000 from Chiang | Chan | | |
| 2551 | Timeline 9 - Pay 2 Why Chiang Gave $69,939 to Chan | Chan | | |
| 2552 | Timeline 10 - Pay 3 Why Chiang gave $15,000 to Jeremy | Chan | | |
| 2553 | Timeline 11 - Why Chan helped Chiang and Lee on Luxe in Early 2017 | Chan | | |
| 2554-2600 | Placeholder | | | |
| **6 - RICO** | | | | |
| 2601 | 2017-08-15 Fundraise Jeff Prang Casino_0028716 | Chan | | |
| 2602 | 2017-11-02 Fundraise Wessons for Maria Elena Casino_0028862 | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2603 | 2017-11-21 Donate Jimmy Gomez Casino_0028891 | Chan | | |
| 2604 | 2017-12-18 Fundraise John Chiang Casino_0028919 | Chan | | |
| 2605 | 2018-02-08 Fundraise Englander Casino_0029342 | Chan | | |
| 2606 | 2018-03-14 Donate Arizmendi Casino_0030889 | Chan | | |
| 2607 | 2018-03-14 Donate Ben Pak Casino_0030888 | Chan | | |
| 2609 | 2018-05-11 Donate Phil Ting (Pak) Casino_0040549 | Chan | | |
| 2610 | 2018-05-22 Fundraise Bonin Casino_0035976 | Chan | | |
| 2611 | 2018-06-03 Donate John Chiang Casino_0017117 | Chan | | |
| 2612 | 2018-06-04 Judy Chu Donation for Mike Eng Casino_0041323 | Chan | | |
| 2613 | 2018-07-04 Donate Jeff Prang Casino_0014552 | Chan | | |
| 2614 | 2018-07-31 Fundraise Koretz Casino_0014886 | Chan | | |
| 2615 | 2018-08-08 Donate for Afriat Casino_0021343 | Chan | | |
| 2616 | 2018-09-28 Call Chan, Keller Casino_1999419 | Chan | | |
| 2617 | Table for RICO - 5 means to Benefit CD 14 | Chan | | |
| 2618–2649 | Placeholder | | | |
| **7 – DERON WILLIAMS** | | | | |
| 2650 | 2017-08-08 Text Chan, Chiang Chiang Extraction p. 14244 re Talk about Deron Jr.Casino_0202394 | Chan | | |
| 2651 | 2017-08-08 Texts Chan, Chiang re Deron Jr. Meeting | Chan | | |
| 2652 | 2017-08-21 Text Chiang, Chan re CCC Consulting Agreement Casino_0088025 | Chan | | |
| 2653 | 2017-08-29 Consulting Agreement Deron Williams Jr. & CCC | Chan | | |
| 2654 | 2017-08-30 Email Chan, Staff, Williams Jr re Consulting Agreement Signed by Chiang and Deron Jr. Casino_0088356 | Chan Mkhlian | | |
| 2655 | 2017-09-04 Call Chiang, Chan re Chiang saying Stephanie will tell Deron Jr. what to do Casino_1998297 | Chan Mkhlian | | |
| 2656 | 2017-09-12 Emails and Reports from Deron Williams Jr. | Chan Mkhlian | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2657 | 2017-09-14 to 2017-09-21 Emails Mkhlian, Williams Jr. | Chan Mkhlian | | |
| 2658 | 2017-10-06 Emails and 2nd Reports from Deron Williams Jr | Chan Mkhlian | | |
| 2659 | 2017-11-02 & 2017-11-03 Emails and Instructions Mkhlian, Williams Jr. | Chan Mkhlian | | |
| 2660 | 2017-11-03 Emails and 3rd Reports from Deron Williams Jr | Chan Mkhlian | | |
| 2661 | 2017-12-15 Emails and Reports from Deron Williams Jr. | Chan Mkhlian | | |
| 2662 | 2017-09-04 Call Chan, Chiang re Talking Points that Chiang will prepare | Chan | | |
| 2663 | 2017-09-11 Call Chan, Chiang re Chiang saying he talked to Deron Casino_0052896 | Chan | | |
| 2664 | 2017-09-11 Text Chiang, Deron re Chiang asking about talking points Casino_0052903 | Chan | | |
| 2665 | 2017-09-12 Call Chan, Williams re Chiang Hassling Williams | Chan | | |
| 2666 | 2017-09-12 Call Chan, Williams (For Identification Only) | Chan | | |
| 2667 | 2017-09-12 Call Chiang, Deron re Chiang thanks Deron for calling Ana Casino_0052925 | Chan | | |
| 2668 | 2017-09-12 Call Chiang, Deron re Meeting with a Councilmember Casino_0052927 | Chan | | |
| 2669 | 2017-09-12 Call Text Chiang, Deron re Chiang Asking for a Call Casino_0052924 | Chan | | |
| 2670 | 2017-09-12 Call Text Chiang, Deron re Thanking Deron for Talking to Anna Casino_0052922 | Chan | | |
| 2671 | Comparison between 2020-3-3 and 3-24 Chiang's 302 | Chan | | |
| 2672 | Exhibit for Table Deron's Request to Chiang - Chiang Extract 0202394 p.16415, 416, 422, 430, 433, & 435 | Chan | | |
| 2673 | Timeline - Deron Willions and Junior | Chan | | |
| 2674 to 2699 | Placeholder | | | |
| **8 – AVE JACINTO** | | | | |
| 2700 | 2017-09-20 Call Wang, Chan re Ave Meeting Casino_1998579 | Chan | | |
| 2701 | 2017-09-26 Text Wang, Civetti re Hire Ave Casino_0343293 | Chan | | |
| 2702 | 2017-10-01 Ave's BIA Event Proposal Casino_0342424.pdf | Chan Ave Jacinto | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2703 | 2017-10-02 Ave's Resume Casino_0342171.pdf | Chan Ave Jacinto | | |
| 2704 | 2017-10-05 Recording Chan, Wang re Ave Meeting | Chan | | |
| 2705 | 2017-10-05 Transcript Chan, Wang Meeting Ave.pdf | Chan | | |
| 2706 | 2017-10-05 Transcript Chan, Wang Mid-Meeting.pdf | Chan | | |
| 2707 | 2017-10-05 Transcript Chan, Wang Post-Meeting.pdf | Chan | | |
| 2708 | 2017-10-17 Ave's Draft BIA Event Run of Day and Checklist Casino_342430.pdf | Chan Ave Jacinto | | |
| 2709 | 2017-11-09 BIA Event Guest List Casino_0342475.pdf | Chan Ave Jacinto | | |
| 2710 | 2017-11-30 Recording Chan, Wang (For Identification) | Chan, Wang | | |
| 2711 | 2017-11-30 Transcript Chan, Wang re Chan's reason to recommend Ave | Chan, Wang | | |
| 2712 | Ave's 2018 Meetings | Chan Ave Jacinto Mkhlian | | |
| 2713 | Ave's 2018 Work | Chan Ave Jacinto Mkhlian | | |
| 2714 | 2018-03-14 Ave's Contract (Commission Based Only) Casino_0030885 | Chan Ave Jacinto | | |
| 2715 | 2018-04-17 Call Chan, Ave re her current hourly rate Casino_1998870 | Chan Ave Jacinto | | |
| 2716 | 2018-04-25 Ave's Scope of Work and Fees Casino_0033489 | Chan Ave Jacinto | | |
| 2717 | 2018-04-25 Email Chan, Ave Casino_0033492 | Chan Ave Jacinto | | |
| 2718 | 2018-05-09 Recording 1 Chan, Wang | Chan | | |
| 2719 | 2018-05-09 Recording 2 Chan, Wang | Chan | | |
| 2720 | 2018-05-09 Transcript Chan, Wang | Chan | | |
| 2721 | 2018-06-01 Text Wang, Civetti re Wang worried Ave may quit Casino_0344555 | Chan | | |
| 2722 | 2018-06-06 Email Wang, Ave, Wang Staff Casino_0013244 | Chan Ave Jacinto | | |
| 2723 | 2018-06-07 Recording 1 Chan, Wang | Chan Ave Jacinto | | |
| 2724 | 2018-06-07 Recording 2 Chan, Wang | Chan Ave Jacinto | | |
| 2725 | 2018-06-07 Transcript re Wang proposing to pay Ave a fixed salary Chan, Wang | Chan Ave Jacinto | | |
| 2726 | Placeholder | | | |
| 2727 | Placeholder | | | |
| 2728 | Placeholder | | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2729 | Placeholder | | | |
| 2730 | Placeholder | | | |
| 2731 | Placeholder | | | |
| 2732 | Placeholder | | | |
| 2733 | Placeholder | | | |
| 2734 | Placeholder | | | |
| 2735 | Placeholder | | | |
| 2736 | Placeholder | | | |
| 2737 | Placeholder | | | |
| 2738 | Placeholder | | | |
| 2739 | Placeholder | | | |
| 2740 | 2016-05-10 Email Joel, Chiang re Oceanwide Casino_0119457 | Chan Galstian | | |
| 2741 | 2016-05-10 Email Joel, Chiang re Oceanwide Casino_0167238 | Chan Galstian | | |
| 2742 | 2016-05-12 Email Joel, Chiang re Oceanwide Casino_0119457 | Chan Galstian | | |
| 2743 | 2016-05-12 Email Joel, Chiang re Oceanwide Casino_0145015 | Chan Galstian | | |
| 2744 | 2016-08-09 Email Joel, Chiang re Hazens Luxe Hotel Casino_0147524 | Chan Galstian | | |
| 2745 | 2016-08-17 Email Joel, Chiang re Hazens Luxe Hotel Casino_0120864 | Chan Galstian | | |
| 2746 | 2016-08-17 Email Joel, Chiang re Oceanwide Casino_0147524 | Chan Galstian | | |
| 2747 | 2016-08-25 Email Joel, Chiang re Oceanwide Casino_0120864 | Chan Galstian | | |
| 2748 | 2016-09-07 Email Joel, Chiang re Oceanwide Casino_0118571 | Chan Galstian | | |
| 2749 | 2017-01-11 Email Joel, Chiang re Oceanwide Casino_0120524 | Chan Galstian | | |
| 2750 | 2017-01-13 Email Joel, Chiang re Oceanwide Casino_0145288 | Chan Galstian | | |
| 2751 | 2017-01-13 Email Joel, Chiang re Oceanwide Casino_0145288 | Chan Galstian | | |
| 2752 | 2017-01-14 Email Joel, Chiang re Oceanwide Casino_0119582 | Chan Galstian | | |
| 2753 | 2017-04-06 Email Joel, Chiang re Hazens Luxe Hotel Casino_0084542 | Chan Galstian | | |
| 2754 | 2017-07 to 2017-08 Email Joel, Chiang re Oceanwide Casino_0083854 | Chan Galstian | | |
| 2755 | 2017-08-03 Email Joel, Chiang re Oceanwide Casino_0083503 | Chan Galstian | | |
| 2756 | 2017-08-03 Email Joel, Chiang re Oceanwide Casino_0083851 | Chan Galstian | | |
| 2757 | 2017-08-30 Call Chiang & Jacinto re Hazens Luxe Hotel Casino_0052769 | Chan Galstian | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2758 | 2018-04-03 Call Joel, Chiang re Hazens Luxe Hotel Casino_0053120 | Chan Galstian | | |
| 2759 | PLACEHOLDER | | | |
| 2760 | 2018-04-05 Email Chiang, Synergy Team re Hazens Luxe Hotel Casino_0033051 | Chan Hernandez Galstian Janoyan | | |
| 2761 | 2018-04-05 Email Chiang, Synergy Team re Hazens Luxe Hotel Casino_0033148 | Chan, Chiang, Verej Janoyan, Larry Galstian, Al Hernandez | | |
| 2762 | 2018-04-06 Email Chiang, Verej re Hazens Luxe Hotel Casino_0033341 | Chan Hernandez Galstian Janoyan | | |
| 2763 | 2018-04-09 All Hands Meeting re Hazens Luxe Hotel Casino_0053171 | Chan Hernandez Galstian Janoyan | | |
| 2764 | 2018-04-16 Email Joel, Chiang re Hazens Luxe Hotel Casino_0121116 | Chan Hernandez Galstian Janoyan | | |
| 2765 | 2018-04-17 Email Joel, Chiang re Hazens Luxe Hotel Casino_0035466 | Chan Hernandez Galstian Janoyan | | |
| 2766 | placeholder | | | |
| 2767 | 2018-04-24 Email BOE, Joel, Chiang re Hazens Luxe Hotel Casino_0036389 | Chan Hernandez Galstian Janoyan | | |
| 2768 | 2018-04-24 Call Chiang, Jacinto re Hazens Luxe Hotel Casino_0053285 | Chan Hernandez Galstian Janoyan | | |
| 2769 | 2018-04-24 Text Chiang, Joel re Hazens Luxe Hotel Casino_2085050 | Chan Hernandez Galstian Janoyan | | |
| 2770 | 2018-04-25 Email Joel, Chiang re Hazens Luxe Hotel Casino_0041127 | Chan Hernandez Galstian Janoyan | | |
| 2771 | 2018-04-25 Call Chiang, Joel re Hazens Luxe Hotel Casino_0053297 | Chan Hernandez Galstian Janoyan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2772 | 2018-04-25 Email Chiang, Synergy Team re Hazens Luxe Hotel Casino_0116752 | Chan Hernandez Galstian Janoyan | | |
| 2773 | 2018-04-26 Email Chiang, BOE Staff, Joel re Hazens Luxe Hotel Casino_0083970 | Chan Hernandez Galstian Janoyan | | |
| 2774 | 2018-04-27 Email Joel, Chiang, BOE Staff re Hazens Luxe Hotel Casino_0166237 | Chan Hernandez Galstian Janoyan | | |
| 2775 | 2018-05-01 Call Jacinto, Chiang re Hazens Luxe Hotel Casino_0053369 | Chan Hernandez Galstian Janoyan | | |
| 2776 | 2018-05-01 Call Joel, Chiang  re Hazens Luxe Hotel Casino_0053369 | Chan Hernandez Galstian Janoyan | | |
| 2777 | 2018-05-02 Email Joel, BOE Staff, Chiang re Hazens Luxe Hotel Casino_0097231 | Chan Hernandez Galstian Janoyan | | |
| 2778 | 2018-05-02 Email Joel, Chiang re Hazens Luxe Hotel Casino_0101926 | Chan Hernandez Galstian Janoyan | | |
| 2779 | 2016-07-21 Major Development Services Meeting with Development Depts for Luxe Casino_0381604 | Chan Janoyan | | |
| 2780 | 2017-04-26 Report to Industry Agenda Casino_0084591 | Chan | | |
| 2781 | 2017-04-26 Report to Industry Video - Gary Lee Moore Presentation - Public Works.mov | Chan | | |
| 2782 | Joel Jacinto's Provided Documents Casino_2006592 | Chan | | |
| 2783 | Ave Jacinto Timeline | Chan | | |
| 2784 to 2899 | Placeholder | | | |
| **9 – SHAWN KUK** | | | | |
| 2900 | 2018-11-07 Kuk FBI Interview Casino_0172528 | Chan | | |
| 2901 | 2018-11-07 Kuk FBI Interview Casino_0172529 | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2902 | 2018-11-07 Kuk FBI Interview Casino_0172530 | Chan | | |
| 2903 | 2018-110-7 Kuk FBI Interview | Chan | | |
| 2904 | Kuk - Timeline 1 Kuk Leave CD14.pdf | Chan | | |
| 2905 | 2018-04-25 Call Chiang, Kuk re Invite Kuk to Martial Arts Session at Chan's House Casino_0053304 | Chan | | |
| 2906 | 2018-06-11 Kuk's Resume Casino_0046788 | Chan | | |
| 2907 | 2018-06-14 Email Chan re Ticket Purchase Casino_0798121 | Chan | | |
| 2908 | 2018-06-14 Text Chan, Chiang re Help Shawn with Ticket Purchase | Chan | | |
| 2909 | 2018-08-08 Call Chan & Chiang re Chiang Say "Take Care of Sean" Casino_1997945 | Chan | | |
| 2910 | 2018-08-27 Call Chan & Chiang re Take Care of Casino_0053630 | Chan | | |
| 2911 | 2018-09-02_Text Messages Chan, Chiang, Kuk re September Get-Together | Chan | | |
| 2912 | 2018-09-17 Call Chiang, Kuk re Non-profit Job Application Casino_0053804 | Chan | | |
| 2913 | Kuk - Timeline 2 Wang FBI Start Entrapment.pdf | Chan | | |
| 2914 | 2018-06-14 Transcript Chan, Wang 840A-Z | Chan | | |
| 2915 | 2018-06-14 Transcript Chan, Wang 840B-T | Chan | | |
| 2916 | 2018-06-14 Recording 1 Chan, Wang | Chan | | |
| 2917 | 2018-06-14 Recording 2 Chan, Wang | Chan | | |
| 2918 | 2018-06-15 Showroom Meeting w Kuk, Bastian - Govt.wav Casino_0172016 | Chan | | |
| 2919 | 2018-06-15 Showroom Meeting w Kuk, Bastian - Govt.wav Casino_0172017 | Chan | | |
| 2920 | 2018-06-15 Transcript Chan, Kuk, Wang 841A-Z | Chan | | |
| 2921 | 2018-06-15 Transcript Chan, Kuk, Wang 841B-Z | Chan | | |
| 2922 | 2018-06-15 Transcript Chan, Wang | Chan | | |
| 2923 | 2018-06-21 Recording Chan, Wang | Chan | | |
| 2924 | 2018-06-23 Email Wang, Bastian re Bastian Consultant Agreement Casino_0344598 | Chan | | |
| 2925 | 2018-06-23 Email Wang, Bastian re Bastian Consultant Agreement Casino_0344599 | Chan | | |
| 2926 | 2018-06-23 Text Andy, Civetti re Chan email Wang Casino_0344597 | Chan | | |
| 2927 | 2018-06-27 Text Wang, Civetti re Bastian Casino_0344601 | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2928 | 2018-06-28 Text Wang, Civetti re Meeting Change Casino_0344606 | Chan | | |
| 2929 | 2018-07-05 FBI Affidavit Casino_0342906 | Chan | | |
| 2930 | 2018-July to August Texts Civetti, Wang Casino_034462220 | Chan | | |
| 2931 | 2018-08-17 Text Chan, Wang re Wang Ask About Kuk Casino_0345000 | Chan | | |
| 2932 | 2018-08-23 Recording 1 Chan, Wang | Chan | | |
| 2933 | 2018-08-23 Recording 2 Chan, Wang | Chan | | |
| 2934 | 2018-08-23 Transcript Chan, Wang 842-Z | Chan | | |
| 2935 | 2018-08-25 Text Chan, Wang re Chan Reply to Meet Kuk in September Casino_0345000 | Chan | | |
| 2936 | 2018-08-27 Text Wang, Civetti re Meet-up before Chan meeting Casino_0344671 | Chan | | |
| 2937 | 2018-09-04 Civetti Instructions for Wang to text Chan Casino_0344686 | Chan | | |
| 2938 | 2018-09-04 Text Wang, Chan re Wang follow-up with Chan about Shawn Casino_0345002 | Chan | | |
| 2939 | 2018-09-04 Texts Andy & Chan re ALS Sponsorship check Casino_0345005 | Chan | | |
| 2940 | 2018-09-04 Text Wang, Civetti re Wang confirmed follow Agent instruction Casino_0344687 | Chan | | |
| 2941 | 2018-09-05 Civetti Instructions for Wang Casino_0344689 | Chan | | |
| 2942 | 2018-09-05 Text Wang, Chan Casino_0344690 | Chan | | |
| 2943 | 2018-09-05 Text Wang, Civetti Casino_0344688 | Chan | | |
| 2944 | 2018-09-06 Recording 1 Chan, Wang 843-Z | Chan | | |
| 2945 | 2018-09-06 Recording 2 Chan, Wang 843-Z | Chan | | |
| 2946 | 2018-09-06 Transcript Chan, Wang 843-Z | Chan | | |
| 2947 | 2018-09-07 Call Chan, Wang re meeting with Shawn in October; Wang agrees Casino_1999394 | Chan | | |
| 2948 | 2018-09-10 Text Wang, Chan re ALS Check Casino_0344691 | Chan | | |
| 2949 | 2018-09-13 Text Wang, Chan re Move up Meeting Casino_0345185 | Chan | | |
| 2950 | 2018-09-14 Text Wang, Chan per FBI Casino_0344695 | Chan | | |
| 2951 | 2018-09-19 Civetti Instructions for Wang Casino_0344701 | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2952 | 2018-09-19 Text Wang, Chan re Move up Meeting Casino_0345176 | Chan | | |
| 2953 | 2018-09-20 Text Messages Chan, Kuk re Dinner with Wang | Chan | | |
| 2954 | 2018-09-21 Email for Kuk dinner Casino_0344708 | Chan | | |
| 2955 | 2018-09-23 Text Wang, Civetti re Wang complaint Casino_0344718 | Chan | | |
| 2956 | 2018-09-25 Text Wang, Civetti re Wang follow FBI Casino_0344724 | Chan | | |
| 2957 | 2018-09-28 Agent Report Casino_0343167-171 | Chan | | |
| 2958 | 2018-09-28 Recording Call Chan, Wang | Chan | | |
| 2959 | 2018-09-28 Recording 1 Chan, Kuk, Wang | Chan | | |
| 2960 | 2018-09-28 Recording 2 Chan, Kuk, Wang | Chan | | |
| 2961 | 2018-09-28 Text Wang, Civetti re How to Give Check to Kuk Casino_0344733 | Chan | | |
| 2962 | 2018-09-28 Recording Call Transcript Chan, Wang | Chan | | |
| 2963 | 2018-09-28 Recording 1 Transcript Chan, Wang, Kuk 845C-T | Chan | | |
| 2964 | 2018-09-28 Recording 1 Transcript Chan, Wang, Kuk 845D-T | Chan | | |
| 2965 | 2018-09-28 Recording 2 Transcript Chan, Kuk, Wang 845A-Z | Chan | | |
| 2966 | Kuk - Timeline 3 Wang FBI Target Kuk.pdf | Chan | | |
| 2967 | 2018-10-01 Text Civetti, Wang Instructions re Kuk coffee and start bonus Casino_0344741 | Chan | | |
| 2968 | 2018-10-03 Text Wang, Kuk re lunch instead Casino_0345785 | Chan | | |
| 2969 | 2018-10-03 Text Chan, Kuk re Kuk confirmed Kuk's friend will meet for dinner | Chan | | |
| 2970 | 2018-10-05 Agent Report Casino_0343615 | Chan | | |
| 2971 | 2018-10-05 Kuk Lunch Debrief Casino_0344751 | Chan | | |
| 2972 | 2018-10-05 Photographs of Blank Check and Envelope of Cash re Kuk $10k | Chan | | |
| 2973 | 2018-10-05 Lunch Andy & Kuk Recording Casino_0172066 | Chan | | |
| 2974 | 2018-10-05 Lunch with Andy & Kuk Transcript A.docx | Chan | | |
| 2975 | 2018-10-05 Lunch with Andy & Kuk Transcript B.docx | Chan | | |
| 2976 | 2018-10-05 Lunch with Andy & Kuk Transcript C.docx | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 2977 | 2018-10-05 Lunch with Andy & Kuk Transcript D.docx | Chan | | |
| 2978 | 2018-10-05 Lunch with Andy & Kuk Transcript E.docx | Chan | | |
| 2979 | 2018-10-08 Recording Chan, Wang 846-Z | Chan | | |
| 2980 | 2018-10-08 Transcript Chan, Wang 846-Z | Chan | | |
| 2981 | Kuk - Timeline 4 Wang FBI Fake MOU.pdf | Chan | | |
| 2982 | 2018-10-08 Text Chan, Kuk re Dinner Date | Chan | | |
| 2983 | 2018-10-08 Text Wang, Civetti re Dinner with Kuk Friend Casino_0344752 | Chan | | |
| 2984 | 2018-10-09 Text Chan, Kuk re where to eat | Chan | | |
| 2985 | 2018-10-11 Text Chan, Kuk re not DTLA | Chan | | |
| 2986 | 2018-10-23 Text Messages Chan, Kuk, Wang re need to reschedule | Chan | | |
| 2987 | 2018-10-25 Recording Wang, Kuk, Chan Casino_0172073 | Chan | | |
| 2988 | 2018-10-25 Transcript Kuk, Wang, Chan | Chan | | |
| 2989 | 2018-10-25 Recording 1 Chan, Shawn Kuk, and Wang_Casino_0172073 | Chan | | |
| 2990 | 2018-10-25 Recording 2 Chan, Shawn Kuk, and Wang_Casino_0172073 | Chan | | |
| 2991 | 2018-10-25 Recording 3 Chan, Shawn Kuk, and Wang_Casino_0172073 | Chan | | |
| 2992 | 2018-10-25 Agent Report Casino_0343247 | Chan | | |
| 2993 | 2018-10-25 Transcript Chan, Wang, Kuk, Taban 847B-T | Chan | | |
| 2994 | 2018-10-25 Transcript Chan, Wang, Kuk 847C-T | Chan | | |
| 2995 | 2018-10-26 Call Chan, Ave re MOU will be signed with Andy Casino_1998011 | Chan | | |
| 2996 | 2018-10-26 Text and MOU1 Wang, Civetti re sent MOU Casino_0344797 | Chan | | |
| 2997 | 2018-10-27 Text Wang, Chan 4:11PM Text re Start MOU Casino_0345765 | Chan | | |
| 2998 | 2018-10-27 Text Wang, Kuk 12:18PM Text to Kuk re MOU Casino_0345784 | Chan | | |
| 2999 | 2018-10-27 Text Wang, Civetti re Text to Kuk Casino_0344804 | Chan | | |
| 3000 | 2018-10-28 MOU 2 Casino_0345309 | Chan | | |
| 3001 | 2018-10-27 Text Kuk, Wang 2:31 PM Text from Kuk re Showroom and MOU Casino_0345782 | Chan | | |
| 3002 | 2018-10-28 Text Wang, Civetti re MOU2 Casino_0344809 | Chan | | |
| 3003 | 2018-10-29 Call Chan, Kuk Casino_1999627 | Chan | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 3004 | Kuk - Timeline 5 Chan Technical Inquiries.pdf | Chan | | |
| 3005 | 2018-03-12_Text Chan, Chiang, Chen re ADC | Chan | | |
| 3006 | 2018-08-07_Text Chan. Chiang re ADC | Chan | | |
| 3007 | 2018-08-16_Text Chan, Chiang, Chen re ADC | Chan | | |
| 3008 | 2018-09-02_Text Chan, Chiang, Kuk re ADC | Chan | | |
| 3009 | 2018-09-06_Text Chan, Chiang, Chen re ADC | Chan | | |
| 3010 | 2018-09-06_Text Chan, Chiang, Kuk re ADC | Chan | | |
| 3011 | 2018-09-11_Text Chan, Chiang, Chen re ADC | Chan | | |
| 3012 | 2018-09-11_Text Chan, Chiang, Kuk re ADC | Chan | | |
| 3013 | 2018-09-14_Text Chan, Kuk re ADC | Chan | | |
| 3014 | 2018-10-05_Text Chan, Chiang, Kuk re ADC | Chan | | |
| 3015 | 2018-10-07_Text Chan, Chiang, Kuk re ADC | Chan | | |
| 3016 | 2018-10-09_Text Chan, Chiang, Kuk re ADC | Chan | | |
| 3017-3099 | Placeholder | | | |
| **10 – Others** | | | | |
| 3100 | Benefits - All Facilitated by Chan 1020 | | | |
| 3101 | Benefits - Jacinto Payment Facilitated by Chan 1022 | | | |
| 3102 | 2018-06-13 to 2018-10-29 Call Log - Ambroz Casino_014832 | | | |
| 3103 | 2017-05-11 Call Log - Ambroz CPC 17-5-11 MINUTE | | | |
| 3104 | 2012-2014 Call Log - Chan_Huizar_2012-2014 | | | |
| 3105 | 2014-08 to 2017-06 Call Log Chiang, Chan | | | |
| 3106 | 2018-04-19 Conversation Chiang, Wang Casino_2006998 | | | |
| 3107 | CD14 Enterprise 1001 | | | |
| 3108 | 2014-2018 Hazens 2014-2018 Timeline | | | |
| 3109 | 2017-02-06 Hazens Text Chan, Chiang re Contract - Larry w Mike Liu | | | |
| 3110 | 2017-03-06 Hazens Text Chan. Chiang, Jeremy Chan re Richelle License | | | |
| 3111 | 2017-04-06 Text Chan, Chiang re Hazens Tract Map & DWP | | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 3112 | 2017-09-01 Hazens Huizar's Motion to Accept TFAR application | | | |
| 3113 | 2015-11-08 Hazens Petroleum Sign 15-11-08 Radar Casino_0027976 | | | |
| 3114 | 2015-11-22 Hazens Petroleum sign 15-11-22 Radar Casino_0027982 | | | |
| 3115 | 2015-12-06 Hazens Petroleum Sign 15-12-06 Radar Casino_0027996 | | | |
| 3116 | Jacinto Timeline | | | |
| 3117 | Kuk Timeline | | | |
| 3118 | 2013-12-19 OA 71 Chan sent Huang Donation Form  Casino_0027029 - 32 | | | |
| 3119 | 2018-09-04 to 2018-09-05 OA 78 Both chairmen were generous Casino_1998023-p.35 to37 | | | |
| 3120 | 2018-10-23 OA 84 Conversation with Kevin on PAC -confirm 2.5k Casino_1999557 | | | |
| 3121 | 2018-11-05 OA 84 Huizar-Ray Chan 2018.11.05 - Event for Richelle | | | |
| 3122 | 2015-05-02  OA 163 Recorded Call Esparza, Chiang (GE#2393)  Transcript | | | |
| 3123 | 2017-06-22 OA 168 Jose's Cuba Trip Casino_0052480 | | | |
| 3124 | 2017-08-19 OA 206 & 207 1-pager Building Permit Explanation Casino_2002518 | | | |
| 3125 | 2017-10-10 OA 206 & 207 Text Chan, Chiang, Jeremy re Hazens Plan Check Contract | | | |
| 3126 | 2018-04-18 OA 206 & 207 Chan & Unknown (George Yu) - 2 more months for 1-year ban Casino_1998879 | | | |
| 3127 | 2018-05-15 OA 206 & 207 Chan asked Verej not to cc BOE email Casino_0040774 | | | |
| 3128 | 2018-05-17 OA 206 & 207 Chan asked Al to bc DWP email Casino_0038808 | | | |
| 3129 | 2017-05-11 OA 342 Shanghai Construction Esparza and Zheng | | | |
| 3130 | 2017-06-21OA 434 Chiang left a message for Jason Crocket Casino_0052456 | | | |
| 3131 | 2017-06-21OA 434 Chan and Chiang re $20,000 and Jason Casino_0052469-70 | | | |
| 3132 | 2018-09-05 OA 435 Office Interception re Huizar | | | |
| 3133 | 2018-09-12 OA 435 Chan FBI Interview (1D240) | | | |
| 3134 | 2013-2018 SZNW Timeline | | | |

| Exh. # | Description | Witness | Gov. Objection | Def. Response |
|---|---|---|---|---|
| 3135 | 2015-11-08 SZNW Radar 11-8-15 - GM Casino_0027976 | | | |
| 3136 | 2016-03-26 SZNW Radar 3-26-16 - GM Casino_0028138 | | | |
| 3137 | 2016-08-01 SZNW Radar 8-1-16 - DM Casino_0028394 | | | |
| 3138 | 2017-11-06 Text Civetti, Wang re CCC Contract Casino_0343409 | | | |
| 3139-3300 | Placeholder | | | |