E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | GOVERNMENT'S REVISED WITNESS LIST |
| v. | Trial Date:  February 21, 2023 |
| RAYMOND SHE WAH CHAN, | Trial Time:  8:30 A.M. |
| aka "She Wah Kwong," | Location:    Courtroom of the Hon. John F. Walter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files its Revised Witness List.

//

//

With respect to the three witnesses (Luke Morris, Sean O'Malley, and Bert Minter) that the government will be calling to provide testimony regarding the interstate travel of the charged wire communications in this case (see Dkt. No. 964 [Govt's Supplemental Offer of Proof re Potential Expert Testimony and Notice of Custodian Witnesses]), the government is in the process of coordinating travel arrangements for each of these out-of-state witnesses to travel to Los Angeles for trial. The government has listed these witnesses below in the approximate order of where it currently believes their travel schedules will permit them to testify during trial, based on the estimated direct and cross-examination times for the preceding witnesses. The government respectfully requests the ability to call these witnesses out of order if the need arises to accommodate their travel arrangements, including, if necessary, calling them to testify while another witness's direct examination is temporarily recessed.

The government respectfully reserves the right to modify this list throughout the trial.

Dated: February 20, 2023         Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney


                                    /s/
                                 BRIAN R. FAERSTEIN
                                 MACK E. JENKINS
                                 CASSIE D. PALMER
                                 SUSAN S. HAR
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

**UNITED STATES v. RAYMOND CHAN**
CR 20-326(A)-JFW-2

**GOVERNMENT'S REVISED WITNESS LIST**

| No. | Witness | Direct Estimate | Cross Estimate |
|---|---|---|---|
| 1 | **Andrew Civetti,** FBI Case Agent | 12.0 hours | 4.0 hours |
| 2 | **George Esparza,** former CD-14 Special Assistant | 6.5 hours | 2.0 hours |
| 3 | **Luke Morris,** Google LLC Custodian of Records | 0.5 hours | 0.5 hours |
| 4 | **Morris Goldman,** former lobbyist | 1.5 hours | 1.0 hour |
| 5 | **Kevin Keller,** former Deputy Mayor for Economic Development | 2.0 hours | 2.0 hours |
| 6 | **Bud Ovrom,** former Deputy Mayor for Economic Development and former General Manager of LADBS | 1.5 hours | 1.0 hour |
| 7 | **Harris Chan,** former Managing Director of Shen Zhen New World Investment (USA), Inc. | 1.5 hours | 1.0 hour |
| 8 | **Yan Yan,** former employee of Shen Zhen and Synergy/CCC | 1.5 hours | 1.0 hour |
| 9 | **Peggy O'Donovan,** Loan Servicing Manager, East West Bank | 1.0 hour | 0 |
| 10 | **Sean O' Malley,** Managing Director and Head of Financial Intelligence and Investigations Unit - Federal Reserve Bank of NY | 0.5 hours | 0 |
| 11 | **Richelle Rios,** Wife of Jose Huizar | 1.0 hour | 1.0 hour |
| 12 | **George Chiang,** former co-owner of Synergy & CCC | 8.0 hours | 4.0 hours |
| 13 | **David Ambroz,** former President of City Planning Commission | 1.5 hours | 1.0 hour |

| No. | Witness | Direct Estimate | Cross Estimate |
|---|---|---|---|
| 14 | **Bert Minter,** Chase Vice President, Transactions Manager III | 0.5 hours | 0 |
| 15 | **Shawn Kuk,** former CD-14 Planning Deputy | 3.0 hours | 2.0 hours |
| 16 | **Andy Wang,** Businessperson | 4.0 hours | 2.0 hours |
| 17 | **Andrew Civetti,** FBI Case Agent | 2.5 hours | 2.0 hours |
| | **TOTAL** | **49 hours / approx. 9 court days** | **24.5 hours / approx. 4.5 court days** |