E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0363/3289/3819
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
               Cassie.Palmer@usdoj.gov
               Susan.Har@usdoj.gov
               Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong,"<br><br>        Defendant. | No. CR 2:20-326(A)-JFW-2<br><br>GOVERNMENT'S GLOSSARY OF CASE-SPECIFIC TERMS<br><br>Trial Date: February 21, 2023<br>Trial Time: 8:30 A.M.<br>Location:  Courtroom of the Hon.<br>                  John F. Walter |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files the Government's Glossary of Case-Specific Terms, including proper names, unusual or scientific terms, or any foreign or uncommon words that are likely to be used during trial.

The government respectfully requests leave to file an amended list with additional terms, to the extent necessary.

Dated: February 20, 2023  Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

         /s/
BRIAN R. FAERSTEIN
MACK E. JENKINS
CASSIE D. PALMER
SUSAN S. HAR
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

ii

**GOVERNMENT'S GLOSSARY OF CASE-SPECIFIC TERMS**

**Persons:**

1. David Ambroz
2. Michael Bai
3. Fred Balderrama
4. Vince Bertoni
5. Ernie Camacho
6. Jeffrey Camacho
7. George Chiang
8. Andrew Civetti
9. Harris Chan
10. Jeremy Chan
11. Raymond Chan
12. Ifei Chang
13. Julia Chang
14. Max Chang
15. Kevin Chen
16. Li Chen
17. Kevin Cheng
18. George Chiang
19. William Chun
20. Virginia Clark
21. Neils Cotter
22. Shahram Delijani
23. Jeff DiMarzio
24. Mitchell Englander
25. George Esparza

26. Thomas Feng
27. Rose Fistrovic
28. Larry Galstian
29. Art Gastelum
30. Francine Godoy
31. Lessing Gold
32. Morrie Goldman
33. Desiree Gonzales
34. Robert Goodwin
35. Ana Guerrero
36. Darius Hatami
37. Al Hernandez
38. Wei Huang
39. Zhifang Huang
40. Sonnet Hui
41. Isidra Huizar
42. José Huizar
43. Salvador Huizar
44. Michael Hunt
45. Luci Ibarra
46. Ave Jacinto
47. Joel Jacinto
48. Verej Janoyan
49. Satoru Kato
50. Christina Kegeyan
51. Kevin Keller
52. Justin Kim

| | | |
|---|---|---|
| 1 | 53. | Shawn Kuk |
| 2 | 54. | Benson Lee |
| 3 | 55. | David Lee (Dae Yong Lee) |
| 4 | 56. | Lincoln Lee |
| 5 | 57. | Jesse Leon |
| 6 | 58. | Joseph Lin |
| 7 | 59. | Tom Lobange |
| 8 | 60. | Michael LoGrande |
| 9 | 61. | Nicholas Maricich |
| 10 | 62. | Hani Malki |
| 11 | 63. | Pauline Medina |
| 12 | 64. | Joel Miller |
| 13 | 65. | Bert Minter |
| 14 | 66. | Stephanie Mkhlian |
| 15 | 67. | Chris Modrzekewski |
| 16 | 68. | Jeff Modrzekewski |
| 17 | 69. | Luke Morris |
| 18 | 70. | Nash |
| 19 | 71. | Jerry Neuman |
| 20 | 72. | Peggy O'Donovan |
| 21 | 73. | Sean O'Malley |
| 22 | 74. | Bud Ovrom |
| 23 | 75. | Chris Pak |
| 24 | 76. | Francis Park |
| 25 | 77. | Curren Price |
| 26 | 78. | Wes Pringle |
| 27 | 79. | Richelle Rios |
| 28 | | |

| | | |
|---|---|---|
| 1 | 80. | Rudy Ruiz |
| 2 | 81. | Fred Shaffer |
| 3 | 82. | Charles Shumaker |
| 4 | 83. | Farrel Stevins |
| 5 | 84. | Bob Stone |
| 6 | 85. | Greg Sun |
| 7 | 86. | Guodi Sun |
| 8 | 87. | Howard Sunkin |
| 9 | 88. | Daniel Taban |
| 10 | 89. | Teresa Tampubolon |
| 11 | 90. | Michael Trujillo |
| 12 | 91. | Verita Verita |
| 13 | 92. | Paul Vizcaino |
| 14 | 93. | Tom Walsh |
| 15 | 94. | Andy Wang |
| 16 | 95. | Henry Wang |
| 17 | 96. | Jason Wang |
| 18 | 97. | Sun Wen |
| 19 | 98. | Herb Wesson |
| 20 | 99. | Deron Williams |
| 21 | 100. | Deron Williams, Jr. |
| 22 | 101. | Chao Wu |
| 23 | 102. | Jenny Wu |
| 24 | 103. | Rubidium Wu |
| 25 | 104. | Yan Yan |
| 26 | 105. | Henry Yong |
| 27 | 106. | Fuer Yuan |
| 28 | | |

107. Johnny Yutronich
108. Max Zeff
109. Winfred Zhang
110. Ricky Zheng

**Entities, Locations, and Acronyms**

1. 940 Hill, LLC
2. American University Preparatory School ("AUP")
3. Arris
4. Arts District Center
5. Bishop Mora Salesian High School ("Salesian")
6. CCC Investment Inc.
7. Caesar's Palace Las Vegas
8. California Environmental Quality Act ("CEQA")
9. Cambria
10. Camden
11. Carmel Partners
12. Cellebrite
13. City Century
14. City of Los Angeles Area Planning Commission ("APC")
15. City of Los Angeles Budget and Finance Committee
16. City of Los Angeles Department of Building and Safety ("LADBS" or "Building and Safety")
17. City of Los Angeles Department of City Planning ("Planning")
18. City of Los Angeles Economic Development Committee
19. City of Los Angeles Planning and Land Use Management ("PLUM") Committee

6

20. Coalition for Responsible Equitable Economic Development Los Angeles ("CREED" or "CREED LA")
21. Consulting Agreement
22. The Cosmopolitan of Las Vegas
23. Councilmember or Councilman ("CM")
24. Council District 14 ("CD-14")
25. *Dailo*
26. Department of Justice
27. DiMarzio-Kato Architecture
28. DTLA (downtown Los Angeles)
29. East West Bank
30. Eisenberg & Associates
31. Federal Bureau of Investigation
32. Federal Reserve Bank of New York
33. Fedwire Funds Service
34. Gensler
35. Grace Luck Holdings Ltd.
36. Greenland
37. Guodi Sun & Associates
38. Guangzhou, Guangdong Province, China
39. HVS Consulting & Valuation
40. Hyatt
41. IOLTA (Interest on Lawyers' Trust) Account
42. Jeffer-Mangles
43. Jia Yuan Holding USA, Inc.
44. Jia Yuan USA Co., Inc.
45. JOIA Accessories

46. JOIA Trading
47. JP Morgan Chase Bank
48. Kaufman Legal Group
49. LABXG Inc.
50. L.A. Grand Hotel
51. Liner LLP
52. Los Angeles City Hall
53. Los Angeles City Council
54. Limited Liability Company ("LLC")
55. Luxe Hotel
56. Mama Shelter
57. Marriot
58. Mateo
59. Metropolis
60. Oceanwide
61. Pacifica Services Inc.
62. The Palazzo at the Venetian Resort Las Vegas
63. Paradigm Management Services
64. Pebble Beach
65. Political Action Committee ("PAC")
    a. Community Support PAC
    b. Families for a Better LA PAC
66. Promissory Note
67. Psomas
68. Reef
69. Quantas Airways
70. Radar Screen

71. Request for proposal ("RFP")
72. *Seilo*
73. Shanghai Construction
74. Shenlong Group
75. Shen Zhen New World Group Co., Ltd.
76. Shen Zhen New World I, LLC
77. Shen Zhen New World II, LLC
78. Shen Zhen New World Investment (USA) Co., Ltd.
79. Shenzhen Hazens Real Estate Group Ltd. ("Hazens")
80. Sheraton Universal Hotel
81. *Sifu*
82. Sign District
83. Synergy Alliance Advisors, Inc.
84. Southwest Airlines
85. Transfer of Floor Area Rights ("TFAR")
86. Transient Occupancy Tax ("TOT")
87. *Tudi*
88. Union Bank
89. United States Attorney's Office
90. Urban Solutions LLC
91. Vanderford & Ruiz LLP
92. Vara
93. The Venetian Resort Las Vegas
94. Villa
95. Walsh & Associates, APC
96. Wells Fargo Bank
97. Wynn Las Vegas