E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | JOINT STATEMENT AND THIRD JOINT PRETRIAL EXHIBIT STIPULATION |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | Trial Date: February 21, 2023<br>Trial Time: 8:30 A.M.<br>Location:   Courtroom of the Hon.<br>            John F. Walter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, and defendant Raymond She Wah Chan, by and through his counsel of record, Harland

W. Braun and Brendan J. Pratt,[1] hereby submit the parties' Joint Statement and Third Joint Pretrial Exhibit Stipulation.

The parties respectfully request leave of the Court to submit a further revised Joint Pretrial Exhibit Stipulation, including to reflect any additionally resolved objections, as may be appropriate.

Dated: February 20, 2023          Respectfully submitted,

                                  E. MARTIN ESTRADA
                                  United States Attorney

                                   /s/
                                  CASSIE D. PALMER
                                  MACK E. JENKINS
                                  SUSAN S. HAR
                                  BRIAN R. FAERSTEIN
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

Dated: February 20, 2023           *No Position Provided*[1]
                                  HARLAND W. BRAUN
                                  BRENDAN J. PRATT
                                  Attorneys for Defendant
                                  RAYMOND SHE WAH CHAN

---

[1] Defendant has not provided his position as of the time of this filing.

2

**JOINT STATEMENT RE: OBJECTIONS IN JOINT PRETRIAL EXHIBIT STIPULATION**

### A. Defendant's Withdrawal of Prior Objections

Defendant previously withdrew all of his prior objections relating to the following categories: (1) "irrelevant" and "no foundation" objections; (2) objections to the government's proposed summary charts, with the exception of Exhibit 905, on which the Court has reserved ruling until trial; (3) objections to the foreign language translations (following the government amending its translations to conform with defendant's requested revisions); and (4) objections to the transcripts, based upon Rule of Completeness, pursuant to Federal Rule of Evidence 106 (during the Final Pretrial Conference).[1]

### B. Exhibits for Which Defendant Has Failed to Provide a Position

Defendant has failed to provide any position with respect to 31 items[2] on the exhibit list. The government has repeatedly requested defendant's position regarding these exhibits in order to update the Joint Pretrial Exhibit Stipulation in advance of the start of trial tomorrow. To date, defendant has failed to provide his position regarding these exhibits, despite having received all but a few of them ten days ago. The government as recently as today (2/20/2023), Saturday (2/18/2023), and Thursday (2/14/2023) again alerted defendant that he is required to provide his objections, if any, and

---

[1] At the Final Pretrial Conference, defendant indicated he intends to seek to admit additional portions of the transcripts during the defense case, through defendant's testimony.

[2] The exhibits for which defendant has failed to provide any position as of the date of this filing are as follows: 6A, 32, 72A-E, 178, 179, 229-233, 379, 582, 591G, 592U-V, 593J, 601C, 802, 834-837, 887A-D, 907D.

1  that the government was obligated to file the revised exhibit
2  stipulation before trial.  Despite this, defendant has still failed
3  to respond as of the time of this filing.  In light of the Court's
4  statement that defendant's failure to meet and confer on such matters
5  would result in waiver, the government has removed the "pending"
6  designation from the "Def. Obj." column for these 31 items and takes
7  the position that defendant has waived his objections to these
8  exhibits.