## UNITED STATES v. RAYMOND CHAN
## CR 20-236(a)-JFW-2

## DEFENSE EXHIBIT LIST FOR ALL RECORDINGS

| EXH # | DESCRIPTION | ORIGINAL LENGTH (HH:MM:SS) | LANGUAGE | EXCERPT | TRANSCRIPT |
|---|---|---|---|---|---|
| 2002 | 2018-11-07 FBI Interview Chan Casino_0172523 - 1 | Struck Out | English | | Yes |
| 2003 | 2018-11-07 FBI Interview Chan Casino_0172524 - 2 | Struck Out | English | | Yes |
| 2014 | 2017-04-16 Report to the Industry Video | Struck Out | English | | Yes |
| 2015 | 2017-04-16 Report to the Industry Highlights | 00:15:10 | English | | It is a video. |
| 2322 | 2018-11-07 Audio Clips 00.49.03 – 00:54.41.mov Cas. 0172523 | 00:05:51 | English | | EXH 2001 p. 37-41 |
| 2323 | 2018-11-07 Audio Clips 01.26.53 - 01.27.45.mov Cas. 172523 | 00:00:51 | English | | EXH 2001 p. 65-66 |
| 2324 | 2018-11-07 Audio Clips 00.07.20 - 00.08.12.mov Cas. 172523 | 00:00:50 | English | | EXH 2001 p. 2-3 |
| 2325 | 2018-11-07 Audio Clips 00.42.13 - 00.43.13.mov Cas. 172524 | 00:00:51 | English | | EXH 2001 p. 31-32 |
| 2457 | 2017-06-22 Call Chan, Chiang re $20,000 loan.wav | 00:06:02 | English | | EXH 2458 |
| 2666 | 2017-09-12 Call Chan, Williams | 00:07:25 | English | | EXH 2665 |

| 2704 | 2017-10-05 Recording Chan, Wang re Ave Meeting | 00:52:20 | Mandarin/ English | 00:04:11 (00:22:19 - 00:26:30) | EXH 2706 |
|---|---|---|---|---|---|
| 2710 | 2017-11-30 Recording Chan, Wang (For Identification) | Struck Out | Mandarin/ English | | Yes |
| 2718 | 2018-05-09 Recording 1 Chan, Wang | Struck Out | Mandarin/ English | | Yes |
| 2719 | 2018-05-09 Recording 2 Chan, Wang | Struck Out | Mandarin/ English | | Yes |
| 2723 | 2018-06-07 Recording 1 Chan, Wang | Struck Out | Mandarin/ English | | Yes |
| 2724 | 2018-06-07 Recording 2 Chan, Wang | Struck Out | Mandarin/ English | | Yes |
| 2781 | 2017-04-26 Report to Industry Video - Gary Lee Moore Presentation - Public Works.mov | 00:00:55 | English | | It is a video. |
| 2900 | 2018-11-07 Kuk FBI Interview Casino_0172528 | Struck Out | English | | Yes |
| 2901 | 2018-11-07 Kuk FBI Interview Casino_0172529 | Struck Out | English | | Yes |
| 2902 | 2018-11-07 Kuk FBI Interview Casino_0172530 | Struck Out | English | | Yes |
| 2916 | 2018-06-14 Recording 1 Chan, Wang | Struck Out | Mandarin/ English | | Yes |
| 2917 | 2018-06-14 Recording 2 Chan, Wang | Struck Out | Mandarin/ English | | Yes |
| 2918 | 2018-06-15 Showroom Meeting w Kuk, Bastian - | Struck Out | English | | Yes |

| | | | | | |
|---|---|---|---|---|---|
| | ~~Govt.wav Casino_0172016~~ | | | | |
| ~~2919~~ | ~~2018-06-15 Showroom Meeting w Kuk, Bastian - Govt.wav Casino_0172017~~ | Struck Out | English | | Yes |
| ~~2923~~ | ~~2018-06-21 Recording Chan, Wang~~ | Struck Out | Mandarin/English | | Yes |
| ~~2932~~ | ~~2018-08-23 Recording 1 Chan, Wang~~ | Struck Out | Mandarin/English | | Yes |
| 2933 | 2018-08-23 Recording 2 Chan, Wang | 01:13:23 (Using 00:50:40–00:55:16) | Mandarin/English | | EXH 2934 |
| ~~2944~~ | ~~2018-09-06 Recording 1 Chan, Wang 843-Z~~ | Struck Out | Mandarin/English | | Yes |
| ~~2945~~ | ~~2018-09-06 Recording 2 Chan, Wang 843-Z~~ | Struck Out | Mandarin/English | | Yes |
| 2958 | 2018-09-28 Recording Call Chan, Wang | 00:07:30 | Mandarin/English | | EXH 2962 |
| ~~2959~~ | ~~2018-09-28 Recording 1 Chan, Kuk, Wang~~ | Struck Out | English | | Yes |
| ~~2960~~ | ~~2018-09-28 Recording 2 Chan, Kuk, Wang~~ | Struck Out | English | | Yes |
| 2973 | 2018-10-05 Lunch Andy & Kuk Recording Casino_0172066 | 01:56:13 | English | 00:02:58 (00:59:51 – 01:02:26) | EXH 2974 |
| | | | | 00:02:38 (01:02:29 – 01:04:52) | EXH 2975 |
| | | | | 00:06:25 (01:06:19 – 01:12:34) | EXH 2976 |

| | | | | 00:00:82 (01:22:49 – 01:23:38) | EXH 2977 |
|---|---|---|---|---|---|
| | | | | 00:00:93 (01:45:36 – 01:46:32) | EXH 2978 |
| ~~2979~~ | ~~2018-10-08 Recording Chan, Wang 846-Z~~ | Struck Out | Mandarin/ English | | Yes |
| 2987 | 2018-10-25 Recording Wang, Kuk, Chan Casino_0172073 | 00:07:00 | English | | EXH 2988 |
| ~~2989~~ | ~~2018-10-25 Recording 1 Chan, Shawn Kuk, and Wang_Casino_0172073~~ | Struck Out | English | | Yes |
| ~~2990~~ | ~~2018-10-25 Recording 2 Chan, Shawn Kuk, and Wang_Casino_0172073~~ | Struck Out | English | | Yes |
| ~~2991~~ | ~~2018-10-25 Recording 3 Chan, Shawn Kuk, and Wang_Casino_0172073~~ | Struck Out | English | | Yes |