UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-326(A)-JFW | Date | February 21, 2023 |
|---|---|---|---|

Present: The Honorable **JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| SHANNON REILLY | MIRANDA ALGORRI | Mack Eric Jenkins<br>Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | | X | Harland W. Braun<br>Brendan J. Pratt | X<br>X | | X<br>X |

X   Day 1 Jury Trial

X   The Jury is impaneled and sworn.

X   Opening statements made by

X   Case continued to: February 22, 2023 at 8:00 a.m. for further trial

Other:   CC: USPO/ PSA; USM

                                                                    7 : 00

Initials of Deputy Clerk   sr