UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-326(A)-JFW | Date | February 23, 2023 |
|---|---|---|---|

| Present: The Honorable | JOHN F. WALTER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| SHANNON REILLY | MIRANDA ALGORRI | Mack Eric Jenkins<br>Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | | X | Harland W. Braun<br>Brendan J. Pratt | X<br>X | | X<br>X |

| | |
|---|---|
| X | Day 3 Jury Trial |
| X | Juror Note Filed Under Seal: Alternate No. 6 discharged |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified and admitted |
| X | Case continued to: February 24, 2023 at 8:00 a.m. for further trial |
| Other: | CC: USPO/ PSA; USM |

                                                                                      6 : 00

Initials of Deputy Clerk    sr