Harland W. Braun, Esq. [CASBN 41842]
(Email: harland@braunlaw.com)
Brendan J. Pratt, Esq.   [CASBN 341697]
(Email: brendan@braunlaw.com)
BRAUN & BRAUN LLP
10880 Wilshire Boulevard, Suite 1020
Los Angeles, California 90024
Telephone: (310) 277-4777
Facsimile: (310) 507-0232
Attorneys for Defendant
RAYMOND CHAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. CR 20-326(A)-JFW-2<br><br>**JOINT STATEMENT REGARDING DEFENDANT'S PROPOSED TRANSLATIONS OF FOREIGN LANGUAGE EXHIBITS AND RECORDINGS** |

Defendant RAYMOND CHAN, through his attorneys Harland W. Braun and Brendan J. Pratt, and Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby submit the following Joint Statement Regarding Defendant's Proposed Translations of Foreign Language Exhibits and Recordings.

///

///

///

///

| | | |
|---|---|---|
| Dated: February 27, 2023 | | Respectfully submitted, |
| | | BRAUN & BRAUN LLP |
| | By: | */s/ Harland Braun* |
| | | HARLAND W. BRAUN |
| | | Attorney for Defendant Raymond Chan |

| | | |
|---|---|---|
| Dated: February 27, 2023 | By: | (via email authorization) |
| | | CASSIE D. PALMER |
| | | MACK E. JENKINS |
| | | SUSAN S. HAR |
| | | BRIAN R. FAERSTEIN |
| | | Assistant United States Attorneys |

2.

## JOINT STATEMENT RE: DEFENSE'S TRANSLATATIONS OF FOREIGN LANGUAGE EXHIBITS AND RECORDINGS

On February 24, 2023, Defendant provided the Court and the government with Defendant's translations as to Defendant's proposed foreign language trial exhibits, as well as translations as to Defendant's excerpted recordings that the defense also intends to present to the jury.

As to the translations of Defendant's foreign language proposed trial exhibits, defense submitted four (4) document translations: Defendant's Proposed Trial Exhibits Nos. 2163, 2191, 2419, and 2426.  As to the translations of Defendant's excerpted recordings, defense submitted twelve (12) transcripts total, eight (8) of which contained foreign language translations: Defendant's Proposed Trial Exhibits Nos. 2704, 2933, 2958, 2973-1, 2973-2, 2973-3, 2973-4, and 2973-5.

With respect to **the translations only** for Defendant's Proposed Trial Exhibit Nos. 2163, 2191, 2419, 2426 (Defendant's proposed foreign language exhibits), and Nos. 2704, 2933, 2958, 2973-1, 2973-2, 2973-3, 2973-4, and 2973-5 (Defendant's translations of excerpted recordings), the government has no objection to the accuracy of the translations. However, the government reserves the right to raise other evidentiary objections to the admissibility of those same exhibits, which would be included in the joint stipulation regarding the defense's exhibits currently due on March 3, 2023. The government also reserves the right to object to any remaining defense exhibits that contain foreign language without accompanying translations as untimely (in addition to other potential evidentiary objections) in light of the Court's February 24, 2023 deadline for translations.

In turn, the defense reserves the right to respond to any objections the government may raise to the foregoing exhibits.

1  Accordingly, the parties do not currently have any disputes to raise with the Court
2 specifically regarding the translations of defense exhibits that the defense has provided to
3 the Court and the government.