UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-326(A)-JFW | Date | February 28, 2023 |
|---|---|---|---|

Present: The Honorable  JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |
|---|---|---|
| SHANNON REILLY | MIRANDA ALGORRI | Mack Eric Jenkins<br>Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | | X | Harland W. Braun<br>Brendan J. Pratt | X<br>X | | X<br>X |

| X | Day 6 Jury Trial |
|---|---|
| X | Witnesses called, sworn and testified. |
| X | Case continued to: March 1, 2023 at 8:00 a.m. for further trial |
| Other: | CC: USPO/ PSA; USM |

6 : 00

Initials of Deputy Clerk   sr