# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 20-326(A)-JFW |
| Date | March 1, 2023 |

Present: The Honorable **JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| SHANNON REILLY | MIRANDA ALGORRI | Mack Eric Jenkins<br>Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | | X | Harland W. Braun | X | | X |
| | | | | Brendan J. Pratt | X | | X |

| | |
|---|---|
| X | Day 7 Jury Trial |
| X | Witnesses called, sworn and testified. |
| X | Court and counsel discuss jury instructions |
| X | Case continued to: March 2, 2023 at 8:00 a.m. for further trial |
| Other: | CC: USPO/ PSA; USM |

                                                  6 : 00

Initials of Deputy Clerk: sr