UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR 20-326(A)-JFW | Date | March 2, 2023 |

Present: The Honorable  JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Interpreter  None

| SHANNON REILLY | MARIA BUSTILLOS (a m.)<br>MIRANDA ALGORRI (p.m.) | Mack Eric Jenkins<br>Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | | X | Harland W. Braun<br>Brendan J. Pratt | X<br>X | | X<br>X |

| | |
|---|---|
| X | Day 8 Jury Trial |
| X | Witnesses called, sworn and testified. |
| X | Court and counsel discuss jury instructions |
| X | Case continued to:  March 3, 2023 at 8:00 a. m. for further trial |
| Other: | CC: USPO/ PSA; USM |

6 : 00

Initials of Deputy Clerk  sr