# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-326(A)-JFW | Date | March 3, 2023 |
|---|---|---|---|

Present: The Honorable **JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| SHANNON REILLY | MARIA BUSTILLOS | Mack Eric Jenkins<br>Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | | X | Harland W. Braun | | | X |
| | | | | Brendan J. Pratt | X | | X |

| X | Day 9 Jury Trial |
|---|---|
| X | For the reasons stated on the record, the Court recesses trial for the day |
| X | Case continued to: March 6, 2023 at 8:00 a.m. for further trial |
| | Other:   CC: USPO/ PSA; USM |

                                                                     :  30

Initials of Deputy Clerk   sr