E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0363/3289/3819
    Facsimile: (213) 894-6436
    E-mail:    Mack.Jenkins@usdoj.gov
            Cassie.Palmer@usdoj.gov
            Susan.Har@usdoj.gov
            Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>          v.<br><br>RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong,"<br><br>        Defendant. | No. CR 20-326(A)-JFW-2<br><br>GOVERNMENT'S FIRST REVISED<br>PROPOSED VERDICT FORM<br><br>Trial Date:  February 21, 2023<br>Trial Time:  8:30 A.M.<br>Location:    Courtroom of the<br>              Hon. John F. Walter |

    Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Mack E. Jenkins,

Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby

submits the Government's First Revised Proposed Verdict Form,

pursuant to the Court's Orders in this case.  (CR 147 at ¶ 26; CR

441.)

The government respectfully reserves the right to modify this form as needed.

Dated: March 5, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

/s/ Cassie D. Palmer
CASSIE D. PALMER
MACK E. JENKINS
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1

2

3

4

5

6

7

8

9

10

11

12                    UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

15   UNITED STATES OF AMERICA,        Case No. CR 20-326(A)-JFW-2

16            Plaintiff,

17              v.                     VERDICT FORM

18   RAYMOND SHE WAH CHAN,
       aka "She Wah Kwong,"
19

20            Defendant.

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT ONE

### Racketeer Influenced and Corrupt Organizations Conspiracy

1.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

_____        GUILTY

_____        NOT GUILTY

of Racketeer Influenced and Corrupt Organizations conspiracy, in violation of 18 U.S.C. § 1962(d), as charged in Count One of the First Superseding Indictment (the "Indictment").

(If the response to **Question 1** is Guilty, you must also answer **Question 2**.  If the response to **Question 1** is Not Guilty, proceed directly to **Question 3**.)

2.   We, the Jury, having found defendant guilty of Count One of the Indictment, further unanimously find that defendant RAYMOND CHAN agreed that at one or more members of the conspiracy, not necessarily the defendant, would commit at least two racketeering acts in furtherance of the conspiracy, consisting of at least one of the following types of racketeering activity **(check __all__ that apply):**

a. _____   Honest Services Wire Fraud;

b. _____   Giving or Offering a Bribe to Any Ministerial Officer, Employee, or Appointee of the City of Los Angeles;

c. _____   Giving or Offering a Bribe to Any Member of Legislative Body of the City of Los Angeles;

d. _____   Giving or Offering a Bribe to any Councilmember of the City of Los Angeles;

e. _____   Receiving or Offering/Agreeing to Receive a Bribe by any Councilmember of the City of Los Angeles;

f. _____   Extortion;

g. _____   Interstate or Foreign Travel in Aid of Racketeering Enterprise;

h. _____   Money Laundering;

i. _____   Obstruction of Justice – Witness Tampering.

**(Please Proceed to Question No. 3.)**

**COUNT TWO**

**Aiding and Abetting Honest Services Wire Fraud**

3.    We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

_____        GUILTY

_____        NOT GUILTY

of aiding and abetting honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2(a), as charged in Count Two of the Indictment.


**(If your response to Question No. 3 is "GUILTY," you must answer Question Nos. 4 and 5.  If your response to Question No. 3 is "NOT GUILTY," please skip Question Nos. 4 and 5 and proceed to Question No. 6.)**

4

4.   We, the Jury, further unanimously find in support of our verdict on Count Two that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Shen Zhen New World I, LLC ("Shen Zhen") agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check <u>all</u> that apply**):

\_\_\_\_\_ José Huizar presenting motions and resolutions in various City of Los Angeles (the "City") committees to benefit the redevelopment of the L.A. Grand Hotel;

\_\_\_\_\_ José Huizar voting on the redevelopment of the L.A. Grand Hotel in various City committees, including the PLUM Committee, and City Council;

\_\_\_\_\_ José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the L.A. Grand Hotel;

\_\_\_\_\_ José Huizar exerting pressure on other City officials to influence the approval process of the redevelopment of the L.A. Grand Hotel;

\_\_\_\_\_ José Huizar introducing or voting on City resolutions to enhance the professional reputation and marketability of Shen Zhen and/or Wei Huang in the City to benefit the redevelopment of the L.A. Grand Hotel.

**(Please proceed to Question No. 5.)**

5.    Regarding the statute of limitations as to **Count Two only**, we, the Jury, unanimously find beyond a reasonable doubt that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services affected a financial institution, that is East West Bank (**check one**):

_____ YES

_____ NO

**(Please proceed to Question No. 6.)**

## COUNT THREE

### Aiding and Abetting Honest Services Wire Fraud

6.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

\_\_\_\_\_       GUILTY

\_\_\_\_\_       NOT GUILTY

of aiding and abetting honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2(a) as charged in Count Three of the Indictment.

**(If your response to Question No. 6 is "GUILTY," you must answer Question No. 7.  If your response to Question No. 7 is "NOT GUILTY," please skip Question No. 7 and proceed to Question No. 8.)**

7

7.    We, the Jury, further unanimously find in support of our verdict on Count Three that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Shen Zhen agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check <u>all</u> that apply**):

\_\_\_\_\_ José Huizar presenting motions and resolutions in various City committees to benefit the redevelopment of the L.A. Grand Hotel;

\_\_\_\_\_ José Huizar voting on the redevelopment of the L.A. Grand Hotel in various City committees, including the PLUM Committee, and City Council;

\_\_\_\_\_ José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the L.A. Grand Hotel;

\_\_\_\_\_ José Huizar exerting pressure on other City officials to influence the approval process of the redevelopment of the L.A. Grand Hotel.

**(Please Proceed to Question No. 8.)**

8

## COUNT FOUR

### Aiding and Abetting Honest Services Wire Fraud

8.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

       \_\_\_\_\_      GUILTY

       \_\_\_\_\_      NOT GUILTY

of aiding and abetting honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2(a) as charged in Count Four of the Indictment.

**(If your response to Question No. 8 is "GUILTY," you must answer Question No. 9.  If your response to Question No. 8 is "NOT GUILTY," please skip Question No. 9 and proceed to Question No. 10.)**

9.    We, the Jury, further unanimously find in support of our verdict on Count Four that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Shen Zhen agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check <u>all</u> that apply**):

_____ José Huizar presenting motions and resolutions in various City committees to benefit the redevelopment of the L.A. Grand Hotel;

_____ José Huizar voting on the redevelopment of the L.A. Grand Hotel in various City committees, including the PLUM Committee, and City Council;

_____ José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the L.A. Grand Hotel;

_____ José Huizar exerting pressure on other City officials to influence the approval process of the redevelopment of the L.A. Grand Hotel.

**(Please Proceed to Question No. 10.)**

## COUNT TWELVE

### Honest Services Wire Fraud

10.  We, the Jury, unanimously find the defendant RAYMOND CHAN (check **one**):

\_\_\_\_\_          GUILTY

\_\_\_\_\_          NOT GUILTY

of honest services wire fraud, in violation of 18 U.S.C. §§ 1343 and 1346, as charged in Count Twelve of the Indictment.


**(If your response to Question No. 10 is "GUILTY," you must answer Question No. 11.  If your response to Question No. 10 is "NOT GUILTY," please skip Question No. 11 and proceed to Question No. 12.)**

11.  We, the Jury, further unanimously find in support of our verdict on Count Twelve that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to defendant RAYMOND CHAN's honest services consisted of a financial benefit in exchange for at least one official act by defendant, that is, defendant pressuring or advising officials from the City Planning Commission, Planning Department, other City departments, or City Council to expedite or vote to approve the Luxe Hotel Project (**check <u>one</u>**):

_____ YES

_____ NO

**(Please Proceed to Question No. 12.)**

## COUNT THIRTEEN

### Honest Services Wire Fraud

12. We, the Jury, unanimously find the defendant RAYMOND CHAN (check **one**):

        _____        GUILTY

        _____        NOT GUILTY

of honest services wire fraud, in violation of 18 U.S.C. §§ 1343 and 1346, as charged in Count Thirteen of the Indictment.

**(If your response to Question No. 12 is "GUILTY," you must answer Question No. 13. If your response to Question No. 12 is "NOT GUILTY," please skip Question No. 13 and proceed to Question No. 14.)**

13

13.   We, the Jury, further unanimously find in support of our verdict on Count Thirteen that the scheme or plan to defraud the City of Los Angeles and its citizens consisted of a financial benefit in exchange for at least one official act by defendant RAYMOND CHAN, that is, defendant pressuring or advising officials from the City Planning Commission, Planning Department, other City departments, or City Council to expedite or vote to approve the Luxe Hotel Project on favorable terms (**check one**):

      _____ YES

      _____ NO

**(Please Proceed to Question No. 14.)**

14

## **COUNT FOURTEEN**

### **Aiding and Abetting Honest Services Wire Fraud**

14.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check** **one**):

       \_\_\_\_\_       GUILTY

       \_\_\_\_\_       NOT GUILTY

of aiding and abetting honest services wire fraud, in violation of 18U.S.C. §§ 1343, 1346, and 2(a) as charged in Count Fourteen of the Indictment.


**(If your response to Question No. 14 is "GUILTY," you must answer Question No. 15.  If your response to Question No. 14 is "NOT GUILTY," please skip Question No. 15 and proceed to Question No. 16.)**

15

15.   We, the Jury, further unanimously find in support of our verdict on Count Fourteen that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Hazens agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check all that apply**):

_____ José Huizar presenting motions and resolutions in various City committees to benefit the redevelopment of the Luxe Hotel;

_____ José Huizar voting on the redevelopment of the Luxe Hotel in various City committees, including the PLUM Committee, and City Council;

_____ José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the Luxe Hotel;

_____ José Huizar exerting pressure on other City officials to influence the approval process of the redevelopment of the Luxe Hotel.

**(Please Proceed to Question No. 16.)**

16

## COUNT FIFTEEN

### Aiding and Abetting Honest Services Wire Fraud

16.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

\_\_\_\_\_        GUILTY

\_\_\_\_\_        NOT GUILTY

of aiding and abetting honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2(a) as charged in Count Fifteen of the Indictment.


**(If your response to Question No. 16 is "GUILTY," you must answer Question No. 17.  If your response to Question No. 16 is "NOT GUILTY," please skip Question No. 17 and proceed to Question No. 18.)**

17

17.  We, the Jury, further unanimously find in support of our verdict on Count Fifteen that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Hazens agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check <u>all</u> that apply**):

    \_\_\_\_\_ José Huizar presenting motions and resolutions in various City committees to benefit the redevelopment of the Luxe Hotel;

    \_\_\_\_\_ José Huizar voting on the redevelopment of the Luxe Hotel in various City committees, including the PLUM Committee, and City Council;

    \_\_\_\_\_ José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the Luxe Hotel.

    \_\_\_\_\_ José Huizar exerting pressure on other City officials to influence the approval process of the redevelopment of the Luxe Hotel.

**(Please Proceed to Question No. 18.)**

18

**COUNT TWENTY-TWO**

**Aiding and Abetting Bribery Concerning Programs Receiving Federal Funds**

18.  We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

        \_\_\_\_\_        GUILTY

        \_\_\_\_\_        NOT GUILTY

of aiding and abetting bribery concerning programs receiving federal funds, in violation of 18 U.S.C. §§ 666(a)(1)(B) and 2(a), as charged in Count Twenty-Two of the Indictment.

**(Please Proceed to Question No. 19.)**

19

<u>**COUNT TWENTY-SEVEN**</u>

<u>**Aiding and Abetting Bribery Concerning Programs Receiving Federal**</u>

<u>**Funds**</u>

19.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check <u>one</u>**):

     \_\_\_\_\_        GUILTY

     \_\_\_\_\_        NOT GUILTY

of aiding and abetting bribery concerning programs receiving federal funds, in violation of 18 U.S.C. §§ 666(a)(1)(B) and 2(a), as charged in Count Twenty-Seven of the Indictment.

**(Please Proceed to Question No. 20.)**

## COUNT TWENTY-EIGHT

### Bribery Concerning Programs Receiving Federal Funds

20.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

_____        GUILTY

_____        NOT GUILTY

of bribery concerning programs receiving federal funds, in violation of 18 U.S.C. § 666(a)(1)(B), as charged in Count Twenty-Eight of the Indictment.

**(Please Proceed to Question No. 21.)**

21

## **COUNT THIRTY-NINE**

### **False Statement**

21.  We, the Jury, unanimously find the defendant RAYMOND CHAN (check **one**):

    \_\_\_\_\_   GUILTY

    \_\_\_\_\_   NOT GUILTY

of making a false statement to a federal government agency, in violation of 18 U.S.C. § 1001(a)(2), as charged in Count Thirty-Nine of the Indictment.

**(If your response to Question No. 21 is "GUILTY," you must answer Question No. 22.  If your response to Question No. 21 is "NOT GUILTY," please skip Question No. 22.)**

22

22.   We, the Jury, further unanimously find in support of our verdict on Count Thirty-Nine that the following statements were false and material (**check all that apply**):

_____   Defendant CHAN was "not involved" and had "no involvement" in the settlement of Jose Huizar's 2013 sexual harassment lawsuit.

_____   "Chairman [Wei Huang] doesn't have anything . . . in front of Jose [Huizar]'s district . . . that needs Jose [Huizar]'s help or involvement."

_____   "[Wei Huang] never asked Jose [Huizar] for anything," including help on the L.A. Grand Hotel.

**(The foreperson should now sign and date this verdict form.)**


_____
FOREPERSON OF THE JURY

DATED: March___ _, 2023, at Los Angeles, California.