UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.    **CR 20-326(A)-JFW**                                           Dated: March 6, 2023

Case Name: **United States of America -v- Raymond She Wah Chan**
============================================================================
**PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | Miranda Algorri | **Asst. U.S. Attorneys Present for the Government** |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | |

                                                   Mack Eric Jenkins
                                                 Cassie D. Palmer
                                                 Susan S. Har
                                                 Brian R. Faerstein

============================================================================
**Defendant Present on Bond**                                 **Retained Counsel Present for Defendant**

2.    Raymond She Wah Chan                                  2.    Brendan Joseph Pratt

**PROCEEDINGS:**    **STATUS CONFERENCE**

Case called, and counsel make their appearance.

Court and counsel discuss status of resumption of trial.

All deadlines as stated on the record.

The Clerk will notify the jurors to report back to Court on Monday, March 27, 2023 at 8:00 a.m.

CC: USPO/PSA

Initials of Deputy Clerk __sr__
1/05