Exhibit C

2. We, the Jury, further unanimously find in support of our verdict on Count One that defendant RAYMOND CHAN agreed that one or more members of the conspiracy, not necessarily the defendant, would commit at least two racketeering acts of the following type or types (for example, at least two acts of Honest Services Wire Fraud, or Bribery under California Law, or Extortion, or Interstate or Foreign Travel in Aid of Racketeering Enterprise, or Money Laundering, or Obstruction of Justice through Witness Tampering, or one of each, or any combination thereof) **(check <u>all</u> that apply)**:

    1. \_\_\_\_\_ Honest Services Wire Fraud;

    2. \_\_\_\_\_ Bribery under California Law:

        a. \_\_\_\_\_ Giving or Offering a Bribe to a Ministerial Officer, Employee, or Appointee of the City of Los Angeles;

        b. \_\_\_\_\_ Giving or Offering a Bribe to a Councilmember of the City of Los Angeles, or Receiving or Agreeing to Receive a Bribe by a Councilmember of the City of Los Angeles;

    3 \_\_\_\_\_ Extortion;

    4. \_\_\_\_\_ Interstate or Foreign Travel in Aid of Racketeering Enterprise;

    5. \_\_\_\_\_ Money Laundering;

    6. \_\_\_\_\_ Obstruction of Justice – Witness Tampering.

**(Please Proceed to Question No. 3.)**