Exhibit D

2.   We, the Jury, ~~having found defendant guilty of Count One of the Indictment,~~ further unanimously find in support of our verdict on Count One that defendant RAYMOND CHAN agreed that ~~at~~ one or more members of the conspiracy, not necessarily the defendant, would commit at least two racketeering acts ~~in furtherance of the conspiracy, consisting of at least one of the following types of racketeering activity~~ of the following type or types (for example, at least two acts of Honest Services Wire Fraud, or Bribery under California Law, or Extortion, or Interstate or Foreign Travel in Aid of Racketeering Enterprise, or Money Laundering, or Obstruction of Justice through Witness Tampering, or one of each, or any combination thereof) **(check <u>all</u> that apply):**

~~a~~1. _____        Honest Services Wire Fraud;

2.        Bribery under California Law:

a.        ~~b. _____~~ Giving or Offering a Bribe to ~~Any~~a Ministerial

_Officer, Employee, or Appointee of the City of Los Angeles;

b.        ~~c. _____   Giving or Offering a Bribe to Any Member of Legislative Body of the City of Los Angeles;~~

~~d. _____~~ Giving or Offering a Bribe to ~~any~~a Councilmember of the City of Los Angeles~~;~~

~~e. _____~~, or Receiving or ~~Offering/~~Agreeing to Receive a Bribe by ~~any~~a Councilmember of the City of Los Angeles;

~~f.~~3 _____        Extortion;

~~g~~4. _____        Interstate or Foreign Travel in Aid of Racketeering Enterprise;

1    ~~h~~5.  _____        Money Laundering;

2    ~~1~~6.  _____        Obstruction of Justice – Witness Tampering.

4              **(Please Proceed to Question No. 3.)**