

Date 12-29-2017    Account 8008009279    Amount 33507.23    Serial 0
DAccount 8008009279    DAmount 3350723



Date 12-29-2017    Account 669197753    Amount 33507.23    Serial 9050
DAccount 8008009279    DAmount 3350723





Date 01-16-2018    Account 8008009279    Amount 12000.00    Serial 0
DAccount 8008009279    DAmount 1200000



Date 01-16-2018    Account 220879313    Amount 12000.00    Serial 50003
DAccount 8008009279    DAmount 1200000

Exhibit 633
Page 1 of 5



Date 03-05-2018    Account 8008009279    Amount 8300.00    Serial 0
DAccount 8008009279    DAmount 830000



Date 03-05-2018    Account 220879297    Amount 8300.00    Serial 8001
DAccount 8008009279    DAmount 830000



Date 03-13-2018    Account 8008009279    Amount 2903.75    Serial 0
DAccount 8008009279    DAmount 290375



Date 03-13-2018    Account 220879297    Amount 2214.72    Serial 8000
DAccount 8008009279    DAmount 290375

**SYNERGY ALLIANCE ADVISORS, INC.**
800 W 6TH ST., STE. 900
LOS ANGELES, CA 90017-2712

90-7162/3222

8002

DATE 3/7/2018

PAY TO THE ORDER OF  LABXG    $ 689.03

Six Hundred Eighty-Nine — 03/xx  DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO: 2/2 - Water Grill - 130
2/2 - ABM - 7
1/18 - Officine Brera - 8270
2/5 - Rock & Reilly's - 42.03
2/15 - Prago - 160
2/18 - Morongo Valet - 13
2/21 - The Standard DT - 67

⑆322216271⑆ 220879297⑈ 8002

>322070381<
East West Bank
Pasadena, CA
03132018
0000499030

Date 03-13-2018   Account 220879297   Amount 689.03   Serial 8002
DAccount 8008009279   DAmount 290375

Exhibit 633
Page 3 of 5

**EAST WEST BANK**

WITHDRAWAL/TRANSFER DEBIT 提款／轉帳
Date 日期: 8/11/17
Customer Name 姓名: Raymond Chan
Account Number 帳戶號碼: 178716532
☒ Savings / Checking

DEPOSIT May not be available for immediate withdrawal. 存款

EAST WEST BANK
ABA # AUG 11 2017
BRANCH 008
TELLER 14

Transfer To Account 轉帳 # 800800979 $ 5,000.—
TOTAL WITHDRAWAL 提款總額 $ 5,000.—

C:322070381:

Exhibit 633
Page 4 of 5

---

Date 08-11-2017   Account 178716532   Amount 5000.00   Serial 0
DAccount 3369865   DAmount 20000

Additional Checks:
>322070381<
East West Bank
Pasadena, CA
08112017
0004625970



Date 11-06-2017    Account 8008009279    Amount 36432.74    Serial 0
DAccount 178232801    DAmount 40000



Date 11-06-2017    Account 669197753    Amount 36432.74    Serial 9018
DAccount 8101220    DAmount 4925994

Exhibit 633
Page 5 of 5