```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS (Cal. Bar No. 242101)
    Assistant United States Attorney
 3  Chief, Criminal Division
    CASSIE D. PALMER (Cal. Bar No. 268383)
 4  SUSAN S. HAR (Cal. Bar No. 301924)
    BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
 5  Assistant United States Attorneys
    Public Corruption & Civil Rights Section
 6       1500 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-2091/0363/3289/3819
 8       Facsimile: (213) 894-6436
         E-mail:    Mack.Jenkins@usdoj.gov
 9                  Cassie.Palmer@usdoj.gov
                    Susan.Har@usdoj.gov
10                  Brian.Faerstein@usdoj.gov

11  Attorneys for Respondent
    UNITED STATES OF AMERICA
12
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Nos. CR 20-326(A)-JFW |
|---|---|
| Plaintiff, | [PROPOSED] SECOND ORDER AMENDING THE FIRST SUPERSEDING INDICTMENT |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | |
| Defendant. | |

The Court, having considered the Government's Second <u>Ex Parte</u> Application for Order Amending the First Superseding Indictment ("FSI") and good cause showing, IT IS HEREBY ORDERED THAT:

The government's second <u>ex parte</u> application for an order amending the FSI is GRANTED.  The FSI shall be amended as follows (bolded italicized portion reflects the edits):

(1)  Page 12, paragraph 40, lines 3-4 of the FSI to read as follows: "involving bribery, in violation of California Penal Code Sections 31, **67.5**, **165**, and 182(a)(1)";

(2)  Page 120, paragraph 58, lines 12-13 of the FSI to read as follows: "namely, bribery, in violation of California Penal Code Sections **67.5 and 165**";

(3)  Page 121, paragraph 59, line 15 of the FSI to read as follows: "namely, bribery, in violation of California Penal Code Sections **67.5 and 165**";

(4)  Count Twelve, Page 105, paragraph 46, line 19 of the FSI as follows: "Bank wire of $36,432.74 from Synergy Chase Bank account ending in **7753** to defendant CHAN's East West Bank account ending in 9279 in Los Angeles County, which was routed through Florida."; and

(5)  Count Thirteen, Page 105, paragraph 46, lines 123-24 of the FSI as follows: "Bank wire of $33,507.23 from Synergy Chase Bank account ending in **7753** to defendant CHAN's East West Bank account ending in 9279 in Los Angeles County, which was routed through Florida."

Dated: _____

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE