Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
724 South Spring Street, Ninth Floor
Los Angeles, California 90014
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Craig Wilke (SBN 150728)
*craig@craigwilkelaw.com*
LAW OFFICE OF CRAIG WILKE
305 North Harbor Boulevard, Suite 216
Fullerton, California 92832-1901
Telephone: (714) 870-8900
Facsimile: (714) 879-2278

Attorneys for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHEN ZHEN NEW WORLD I, LLC, <br><br> Defendant. | CR-20-326(A)-JFW-4 <br><br> **[PROPOSED] ORDER RE: DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S MOTIONS FOR JUDGMENT OF ACQUITTAL, OR ALTERNATIVELY, A NEW TRIAL** |

1

Upon reviewing Defendant Shen Zhen New World I, LLC's Motions for Judgment of Acquittal, or Alternatively, a New Trial, and for good cause shown,

_____        The Motion is GRANTED.

**OR**

_____        The Motion is DENIED.

DATED: _____        _____
HONORABLE JOHN F. WALTER
United States District Court