**Exhibit A**

| | |
|---|---|
| **From:** | Brendan Pratt |
| **To:** | Shannon Reilly |
| **Cc:** | Jenkins, Mack (USACAC); Har, Susan (USACAC); Palmer, Cassie (USACAC) 2; Faerstein, Brian (USACAC); John Walter; JFWChambers; Harland Braun |
| **Subject:** | [EXTERNAL] Re: U.S. v. Chan - Clarification Re Deadline for Defense Updated Exhibit Binders |
| **Date:** | Tuesday, March 7, 2023 8:57:53 AM |

Thank you, Shannon.

On Tue, Mar 7, 2023 at 7:45 AM Shannon Reilly <Shannon_Reilly@cacd.uscourts.gov> wrote:

> The Court is in agreement.
>
> **From:** Brendan Pratt <brendan@braunlaw.com>
> **Sent:** Monday, March 6, 2023 5:10 PM
> **To:** Shannon Reilly <Shannon_Reilly@cacd.uscourts.gov>; Jenkins, Mack (USACAC) <mack.jenkins@usdoj.gov>; Har, Susan (USACAC) <susan.har@usdoj.gov>; Palmer, Cassie (USACAC) 2 <cassie.palmer@usdoj.gov>; Faerstein, Brian (USACAC) <Brian.Faerstein@usdoj.gov>; John Walter                            ; JFWChambers <JFW_Chambers@cacd.uscourts.gov>
> **Cc:** Harland Braun <harland@braunlaw.com>
> **Subject:** U.S. v. Chan - Clarification Re Deadline for Defense Updated Exhibit Binders
>
> **CAUTION - EXTERNAL:**
>
> Dear Shannon,
>
> After the status conference this morning, I would like to make one, small suggestion. By way of background, we anticipate that between a combination of amended defense exhibits and withdrawn defense exhibits that the parties will be able to substantially narrow the items in dispute for the Court to resolve.
>
> Therefore, as to the binders which Judge Walter ordered the defense to provide to the Court, I propose the following. That the binder of disputed exhibits be provided to the Court at the same time the joint statement of the matters in dispute is filed on March 15th since they will be reviewed together. My concern is that once the defense provides these amended exhibits to the Government on Thursday, a majority of the Government's objections will (hopefully) become moot. Therefore, we believe it may be premature and potentially confusing to provide to the Court this Thursday, a binder of "exhibits in dispute," a large portion of which

we do not actually believe will ultimately be in dispute after the Government has had the opportunity to review these amended exhibits that they will be receiving on Thursday.

Could you please advise the parties whether the Court is amenable to this suggestion?

Thank you very much,

Brendan

--

Brendan J. Pratt

**BRAUN & BRAUN LLP**

10880 Wilshire Boulevard, Suite 1020

Los Angeles, CA 90024

Tel: (310) 277-4777
Fax: (310) 507-0232
brendan@braunlaw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

--

Brendan J. Pratt

**BRAUN & BRAUN LLP**

10880 Wilshire Boulevard, Suite 1020

Los Angeles, CA 90024

Tel: (310) 277-4777
Fax: (310) 507-0232
brendan@braunlaw.com