SUSAN S. HAR (Cal. Bar No. 301924)
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 2:20-326(A)-JFW-2 |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong" | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

Exhibits B, C, and D in Support of Government's Statement Regarding Defendant's Exhibits, Exhibit List, and Joint Statement Filing Deadline.

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 15, 2023
Date

Susan Har
Attorney Name

USA
Party Represented

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)    **NOTICE OF MANUAL FILING OR LODGING**