E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>             v.<br><br>RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong,"<br><br>          Defendant. | No. CR 2:20-326(A)-JFW-2<br><br>GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS B-D IN SUPPORT OF THE GOVERNMENT'S STATEMENT REGARDING DEFENDANT'S EXHIBITS, EXHIBIT LIST, AND JOINT STATEMENT FILING DEADLINE |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files the Government's Unopposed Ex Parte Application for Leave to File Under Seal Exhibits B-D in Support of the Government's Statement

Regarding Defendant's Exhibits, Exhibit List, and Joint Statement Filing Deadline.

This ex parte application is based upon the attached declaration of Susan S. Har.

Dated: March 15, 2023              Respectfully submitted,

                                   E. MARTIN ESTRADA
                                   United States Attorney

                                          /s/
                                   SUSAN S. HAR
                                   MACK E. JENKINS
                                   CASSIE D. PALMER
                                   BRIAN R. FAERSTEIN
                                   Assistant United States Attorneys

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

2

**DECLARATION OF SUSAN S. HAR**

I, Susan S. Har, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. The government will be filing a Statement Regarding Defendant's Exhibits, Exhibit List, and Joint Statement Filing Deadline (the "Statement") to address certain Court deadlines with which defendant has failed to comply. In support of that Statement and to ensure a complete record, the government seeks to file with the Court its email correspondence with Adam Braun, a law partner at Braun & Braun LLP and the adult son of Harland Braun (Exhibit B), as well as two medical letters regarding Harland Braun's condition (Exhibits C and D).

3. The government requests leave to file Exhibits B, C, and D under seal. Exhibit B contains Adam Braun's description of Harland Braun's medical condition and status. Exhibits C and D consist of letters from medical professionals describing Harland Braun's medical condition. Furthermore, in support of the defense's motion for a mistrial, filed on March 14, 2023, Adam Braun provided a declaration asserting medical privacy over Harland Braun's medical condition and noted his family's unwillingness to make that condition "part of the public record." (Dkt. No. 996-2 ¶ 11.)

//
//
//
//
//

4. On March 14, 2023, I solicited via email defense counsel of record Brendan Pratt's position on the government's sealing application. On March 15, Mr. Pratt provided via email the following response: "I have spoken with Adam and given the family's privacy concerns the defense does not object to the filing of those exhibits so long as they are filed under seal."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 15, 2023.

SUSAN S. HAR