1 E. MARTIN ESTRADA
United States Attorney
2 MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
3 Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
4 SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
5 Assistant United States Attorneys
Public Corruption & Civil Rights Section
6      1500 United States Courthouse
       312 North Spring Street
7      Los Angeles, California 90012
       Telephone: (213) 894-2091/0363/3289/3819
8      Facsimile: (213) 894-6436
       E-mail:    Mack.Jenkins@usdoj.gov
9                 Cassie.Palmer@usdoj.gov
                  Susan.Har@usdoj.gov
10                Brian.Faerstein@usdoj.gov

11 Attorneys for Plaintiff
UNITED STATES OF AMERICA
12
                   UNITED STATES DISTRICT COURT
13
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
UNITED STATES OF AMERICA,          No. CR 2:20-326(A)-JFW-2
15
           Plaintiff,              [PROPOSED] ORDER SEALING EXHIBITS
16                                 B-D IN SUPPORT OF THE GOVERNMENT'S
              v.                   STATEMENT REGARDING DEFENDANT'S
17                                 EXHIBITS, EXHIBIT LIST, AND JOINT
RAYMOND SHE WAH CHAN,              STATEMENT FILING DEADLINE
18   aka "She Wah Kwong,"

19          Defendant.

20

21      For good cause shown, IT IS HEREBY ORDERED THAT:

22      The government's ex parte application for leave to file Exhibits

23 B, C, and D under seal is GRANTED.  IT IS SO ORDERED.

24

25

26  DATE                           HONORABLE JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE
27

28

                                 1

**IN CASE OF DENIAL:**

The government's ex parte application for leave to file Exhibits B, C, and D under seal is DENIED.  The underlying documents shall be returned to the government, without filing of the documents or reflection of the nature of the documents on the clerk's public docket.

_____        _____
 DATE                                      HONORABLE JOHN F. WALTER
                                           UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Susan S. Har
_____
 SUSAN S. HAR
 Assistant United States Attorney

2