E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0363/3289/3819
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
              Cassie.Palmer@usdoj.gov
              Susan.Har@usdoj.gov
              Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | <u>ORDER SEALING EXHIBITS B-D IN SUPPORT OF THE GOVERNMENT'S STATEMENT REGARDING DEFENDANT'S EXHIBITS, EXHIBIT LIST, AND JOINT STATEMENT FILING DEADLINE</u> |
| v. | |
| RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong," | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's <u>ex parte</u> application for leave to file Exhibits B, C, and D under seal is GRANTED.  IT IS SO ORDERED.

<u>March 15, 2023</u>
DATE

*/s/ John F. Walter*
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:
  /s/ Susan S. Har
SUSAN S. HAR
Assistant United States Attorney

1