UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

| | |
|---|---|
| Case No.   **CR 20-326(A)-JFW** | Dated: March 16, 2023 |

Case Name: **United States of America -v- Raymond She Wah Chan**

================================================================

**PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | Wil Wilcox | **Asst. U.S. Attorneys** |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Present for the Government** |
| | | Mack Eric Jenkins |
| | | Cassie D. Palmer |
| | | Susan S. Har |
| | | Brian R. Faerstein |

================================================================

| **Defendant Present on Bond** | **Retained Counsel Present for Defendant** |
|---|---|
| 2.   Raymond She Wah Chan | 2.   Brendan Joseph Pratt |

**PROCEEDINGS:   STATUS CONFERENCE**

Case called, and counsel make their appearance.  Also present is Adam Bruan.

Court and counsel discuss status of resumption of trial.

All filing deadlines as stated on the record.

The Court sets a further status conference and hearing on Defendant She Wah Chan's Motion for Mistrial [996] for March 22, 2023 at 8:00 a.m.

CC: USPO/PSA

Initials of Deputy Clerk   sr
0/40