E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2091/0363/3289/3819
    Facsimile: (213) 894-6436
    E-mail:   Mack.Jenkins@usdoj.gov
               Cassie.Palmer@usdoj.gov
               Susan.Har@usdoj.gov
               Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND SHE WAH CHAN, <br>   aka "She Wah Kwong," <br><br> Defendant. | No. CR 2:20-326(A)-JFW-2 <br><br> GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE UNDER SEAL GOVERNMENT'S OPPOSITION TO MOTION FOR MISTRIAL AND EXHIBIT B |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files the Government's Unopposed Ex Parte Application for Leave to File Under Seal Government's Opposition to Motion for Mistrial and Exhibit B.

//

This ex parte application is based upon the attached declaration of Susan S. Har.

Dated: March 20, 2023          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

         /s/
SUSAN S. HAR
MACK E. JENKINS
CASSIE D. PALMER
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**DECLARATION OF SUSAN S. HAR**

I, Susan S. Har, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am one of the attorneys representing the government in this case.

2. The government will be filing the government's Opposition to Defendant's Motion for Mistrial ("Opposition") and supporting exhibits, including a medical letter dated March 12, 2023 as Exhibit B.

3. The government requests leave to file the unredacted version of the Opposition and Exhibit B under seal. The Opposition contains portions describing the contents of letters from medical professionals regarding Harland Braun's medical condition and status. The government will file a public version of the Opposition with redactions for specific, medical information. Exhibit B is a letter from one such medical professional, dated March 12, 2023. Adam Braun, Harland Braun's law partner and adult son, has asserted medical privacy, including in a declaration supporting defendant's motion for a mistrial (Dkt. No. 996-2 ¶ 11), and verbally to the Court during the March 16, 2023 status conference.

//
//
//
//
//
//
//
//

1

4. On March 20, 2023, I solicited via email defense counsel of record Brendan Pratt's position on the government's sealing application. That same day, Mr. Pratt responded that the defense did not oppose the government's application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on March 20, 2023.

SUSAN S. HAR

2