E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:   Mack.Jenkins@usdoj.gov
               Cassie.Palmer@usdoj.gov
               Susan.Har@usdoj.gov
               Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING GOVERNMENT'S UNREDACTED OPPOSITION TO DEFENDANT'S MOTION FOR MISTRIAL AND EXHIBIT B |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's unopposed <u>ex parte</u> application for leave to file its unredacted Opposition to Defendant's Motion for Mistrial and supporting Exhibit B under seal is GRANTED. IT IS SO ORDERED.

DATE                                    HONORABLE JOHN F. WALTER
                                        UNITED STATES DISTRICT JUDGE

1

**IN CASE OF DENIAL:**

The government's unopposed <u>ex parte</u> application for leave to file its unredacted Opposition to Defendant's Motion for Mistrial and supporting Exhibit B under seal is DENIED.  The underlying documents shall be returned to the government, without filing of the documents or reflection of the nature of the documents on the clerk's public docket.

_____     _____
 DATE                                HONORABLE JOHN F. WALTER
                                     UNITED STATES DISTRICT JUDGE

Presented by:

  /s/ Susan S. Har
 SUSAN S. HAR
 Assistant United States Attorney

2