**Exhibit A**

[*DRAFT FOR DISCUSSION PURPOSES ONLY*]

| No. | Witness | Summary of Testimony | Direct Estimate |
|---|---|---|---|
| 1 | **Robert Goodwin** Builder & Consultant | <ul><li>Consolidation</li><li>How Chan improved L.A. City's service for projects</li><li>Common L.A. City services to assist and guide projects (all-hands meetings, inquiries, etc.)</li><li>How Chan assisted and guided major projects</li><li>Chan's reputation in the construction industry</li></ul> | 1hr |
| 2 | **Johnny Yutronich** Former Inspection Union President and Former LADBS Senior Inspector | <ul><li>Consolidation / Bud Ovrom</li><li>How Chan saved employees' jobs</li><li>Chan's reputation amongst employees at LADBS</li><li>general manager</li></ul> | 1.5hr |
| 3 | **Larry Galstian** Former LA Building Dept. Assistant General Manager and Former Synergy Consultant | <ul><li>Consolidation / Bud Ovrom</li><li>Relationship between Chan and George Chiang</li><li>May 2018 meeting with George Chiang and former Public Works Commissioner Joel Jacinto</li><li>How Chan improved LADBS' service for projects</li><li>Common L.A. City services re assistance and guidance of projects (all-hands meetings, inquiries, etc.)</li><li>How Chan assisted and guided small and large projects</li><li>Chan's reputation amongst employees and as LADBS general manager</li></ul> | 1.5hr |
| 4 | **Michael Hunt** Contractor/Owner | <ul><li>Common L.A. City services re assistance and guidance of projects (all-hands meetings, inquiries, etc.)</li><li>How Chan assisted and guided projects</li><li>Chan's ethics</li></ul> | 1hr |
| 5 | **Bob Stone** Former L.A. Reform Advisor and Former Defense Dept. Director | <ul><li>How Chan recruited projects to LA</li><li>How Chan improved L.A. City's service for projects</li><li>How Chan assisted and guided small and major projects</li><li>Chan's leadership in LADBS and Mayor's Office</li></ul> | 2hr |
| 6 | **Lessing Gold** Attorney | <ul><li>How Chan refused to accept an expensive gift</li></ul> | 1hr |
| 7 | **Fred Balderrama** Consultant | <ul><li>Common L.A. City services re assistance and guidance of projects (all-hands meetings, inquiries, etc.)</li><li>How Chan assisted and guided small projects</li></ul> | 1hr |
| 8 | **Kevin Cheng** | <ul><li>Relationship between Chan and his Martial Arts students</li></ul> | 1hr |

Ex. A
Page 1 of 3

[*DRAFT FOR DISCUSSION PURPOSES ONLY*]

|  |  |  |  |
|---|---|---|---|
|  | Chan's Martial Arts disciple | <ul><li>How Chan treated his Martial Arts students</li><li>Chan's generosity and caring attitude</li></ul> |  |
| 9 | **Stephanie Mkhlian** Former LA Mayor's Office staff and former Synergy Staff | <ul><li>How Chan assisted and guided projects</li><li>Chan refused to accept an expensive gift</li><li>Chan's Ethic and Trustworthiness</li><li>Relationship between Chan and George Chiang</li><li>Hiring and firing of Deron Williams Junior</li><li>How Chan helped Andy Wang</li><li>Worked with Ave Jacinto to help Andy Wang</li><li>Chan's leadership as Deputy Mayor</li><li>Chan's Generosity and Caring attitude</li></ul> | 1.5hr |
| 10 | **Rubidium Wu** Movie and Commercial Director and Chan's Martial Arts Student | <ul><li>How Chan helped Andy Wang to produced promotional clips for Wang's products</li><li>Worked with Ave Jacinto to help Andy Wang</li><li>How Chan helped people</li></ul> | 1hr |
| 11 | **Al Hernandez** Former LA Assist. Fire Marshall and Former Synergy Consultant | <ul><li>How Huizar met Huang</li><li>Relationship between Chan and George Chiang</li><li>Working relationship with Fire Dept. Hani Malki</li><li>How Chan improved L.A. City's service for projects</li><li>Common L.A. City services re assistance and guidance of projects (all-hands meetings, inquiries, etc.)</li><li>How Chan assisted and guided major projects</li></ul> | 1hr |
| 12 | **Verej Janoyan** Former LA DOT Div. Chief and Former Synergy Consultant | <ul><li>Relationship between Chan and George Chiang</li><li>Chan's inquiry about travel distance in Mar. 2017</li><li>Chan's reputation as LADBS general manager</li></ul> | 1hr |
| 13 | **Henry Wang** Consultant | <ul><li>How Chan refused to accept an expensive gift</li></ul> | 1hr |
| 14 | **Jeremy Chan** Licensed Attorney | <ul><li>Relationship between George Chiang and Jeremy</li><li>Relationship between George Chiang and Chan</li><li>Relationship between Chan and his Martial Arts students</li><li>How Chan treated his Martial Arts Students, including George Chiang</li><li>How Jeremy, as a pro bono consultant to George Chiang, helped him with the Luxe Project, land use projects, client's issues</li><li>Involvement with the Luxe Project</li><li>Why Chiang gave $15,000 to Jeremy</li><li>LA land use regulations and processes</li></ul> | 2hr |

[*DRAFT FOR DISCUSSION PURPOSES ONLY*]

|    |    |    |    |
|----|----|----|----|
|    |    | • City Ethics Rules - Revolving Door and lifetime<br>• ban |    |
| 15 | **Raymond Chan** | • All facts and evidence | 30hr |
| ~~16~~ | ~~**Farrel Stevins**~~<br>~~Contractor/Owner~~ | • ~~How Chan assisted and guided projects~~<br>• ~~Common L.A. City services re assistance and guidance of projects (all-hands meetings, inquiries, etc.)~~ | ~~1hr~~ |
| ~~15~~ | ~~**Ave Jacinto**~~<br>~~Wife of former Public Works Commissioner Joel Jacinto~~ | • ~~Work Ave Jacinto did for Wang to earn her pay~~ | ~~1hr~~ |
| ~~17~~ | ~~**Jeff DiMarzio**~~<br>~~Architect for LA Grand Hotel~~ | • ~~May 4, 2016 meeting with Chan~~<br>• ~~August 4th meeting in Huizar's office~~ | ~~1hr~~ |
|    |    |    | **TOTAL**<br>48.5 hr |