Name & Address:

Ariel A. Neuman - State Bar No. 241594
    aneuman@birdmarella.com
Ray S. Seilie - State Bar No. 277747
    rseilie@birdmarella.com
Bird, Marella, Boxer, Wolpert, Nessim, Drooks.
Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California  90067-2561
Telephone:  (310) 201-2100

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER: |
| | 20-CR-0326-JFW |
| PLAINTIFF(S) | |
| v. | |
| JOSE LUIS HUIZAR, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed ☐ Lodged: (**List Documents**):

**Stipulation to Modify Conditions of Bond and Pre-Sentencing Release as to Defendant Dae Yong Lee**

**[Proposed] Order Granting Stipulation to Modify Defendant Dae Yong Lee's Conditions of Bond**

**Reason:**

☒   Under Seal
☐   In Camera
☐   Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐   Per Court order dated:   _____
☐   Other:

March 21. 2023
Date

/s/ Ray S. Seilie
Attorney Name

Attorneys for Defendants 940 Hill, LLC and Dae Yong Lee
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

**NOTICE OF MANUAL FILING OR LODGING**


American LegalNet, Inc.
www.FormsWorkFlow.com