UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.     **CR 20-326(A)-JFW**                                              Dated: March 22, 2023

Case Name: **United States of America -v- Raymond She Wah Chan**
================================================================
**PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | Myra Ponce | **Asst. U.S. Attorneys** |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Present for the Government** |
| | | Mack Eric Jenkins |
| | | Cassie D. Palmer |
| | | Susan S. Har |
| | | Brian R. Faerstein |

================================================================
**Defendant Present on Bond**                    **Retained Counsel Present for Defendant**

2.     Raymond She Wah Chan                      2.     Brendan Joseph Pratt


**PROCEEDINGS:    FURTHER STATUS CONFERENCE**

**DEFENDANT SHE WAH CHAN'S MOTION FOR MISTRIAL
[996] Filed 3/14/23**

Case called, and counsel make their appearance. Also present is Adam Bruan.

Court and counsel discuss status of resumption of trial and Defendant's Motion for Mistrial.

For the reasons stated on the record, the Court defers ruling on Defendant She Wah Chan's Motion for Mistrial [996].

The Court sets a further status conference and hearing on Defendant's Motion for Mistrial on **April 14, 2023 at 8:00.**

The Court continues the trial date from March 27, 2023 **to April 24, 2023 at 8:00 a.m.**

Government counsel shall prepare a draft of juror letter in accordance with the Court's comments at the hearing and provide to defense counsel for his review and approval.

Court and counsel discuss a juror note received by the Court Clerk on Monday, March 20, 2023 regarding the juror's medical condition. The Court will file the note under seal and defer taking any action as indicated at the hearing.

All filing deadlines as stated on the record.

CC: USPO/PSA                                                               Initials of Deputy Clerk  sr
                                                                                              0/40