```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | JOINT STATEMENT RE: PROPOSED LETTER TO JURORS REGARDING TRIAL RECESS |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong" | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, and defendant RAYMOND SHE WAH CHAN, by and through his counsel of record, Harland W. Braun and Brendan J. Pratt, hereby submit their Joint Statement Re: Proposed Letter to Jurors Regarding Trial Recess.

Pursuant to the Court's order during the March 22, 2023 status conference in this case, the parties have met and conferred regarding a proposed letter for the Court to send the members of the jury regarding the ongoing trial recess. Specifically, the government consulted with Brendan Pratt on behalf of Mr. Chan regarding the content of the proposed letter, and Adam Braun provided input regarding the information pertaining to Harland Braun's medical issues only. The parties have agreed upon a proposed letter for the Court's consideration, which is attached as Exhibit A hereto. The parties respectfully request that, to the extent possible, the Court send the letter to the jurors by email in addition to U.S. mail. The government will email the Court a Word version of the joint proposed letter, in addition to delivering courtesy copies of this filing to the Court in the normal course.

Dated: March 24, 2023          Respectfully submitted,

                               E. MARTIN ESTRADA
                               United States Attorney


                                  /s/
                               BRIAN R. FAERSTEIN
                               MACK E. JENKINS
                               CASSIE D. PALMER
                               SUSAN S. HAR
                               Assistant United States Attorneys

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA


Dated: March 24, 2023           /s/ per email authorization
                               HARLAND W. BRAUN
                               BRENDAN J. PRATT
                               Attorneys for Defendant
                               RAYMOND SHE WAH CHAN