UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                                          Dated: April 5, 2023

==============================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Shannon Reilly<br>Courtroom Deputy | None Present<br>Court Reporter | Mack Eric Jenkins<br>Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein<br>Asst. U.S. Attorney<br>Not Present |

==============================================================================
U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

2)   Raymond She Wah Chan                          2)   Harland W. Braun
     Not Present                                                  Brendan J. Pratt
                                                                            Not Present

_____

**PROCEEDINGS (In Chambers): ORDER ADVANCING STATUS CONFERENCE**

   The Court advances the Status Conference currently set for April 14, 2023 **to April 13, 2023 at 8:00 a.m.**

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr