UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                                                 Dated: April 13, 2023

========================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Krystal Pastrana Hernandez | Miranda Algorri | Mack Eric Jenkins |
| *Courtroom Deputy* | *Court Reporter* | Cassie D. Palmer |
|  |  | Brian R. Faerstein |
|  | *Interpreter:* None | *Asst. U.S. Attorney*s |

========================================================================
U.S.A. vs (Dft. listed below)                                    Attorneys for Defendant

2.   Raymond She Wah Chan (BOND)              2.   Brendan Joseph Pratt, retained
     present                                                                   present


**PROCEEDINGS:**   STATUS CONFERENCE

   **DEFENDANT'S RAYMOND SHE WAH CHAN'S MOTION FOR MISTRIAL [996] (filed 3/14/2023)**

   Case called, and counsel make their appearance.  Also present is Adam Braun.

   Court hears oral argument, and for the reasons stated on the record, the Court grants Defendant Raymond She Wah Chan's Motion for Mistrial [996].

   The Court sets a deadline of April 24, 2023 for the Defendant to retain new counsel.

   The Court sets a further Status Conference/Trial Setting Conference for April 28, 2023 at 8:00 am.

Initials of Deputy Clerk   kmh
0/24