E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SUSAN S. HAR (Cal. Bar No. 301924)
J. JAMARI BUXTON (Cal Bar. No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
PATRICK CASTAÑEDA (Cal Bar No. 319431)
Assistant United States Attorney
International Narcotics, Money Laundering,
& Racketeering Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3289
     Facsimile: (213) 894-6436
     E-mail:    Susan.Har@usdoj.gov
                Jamari.Buxton@usdoj.gov
                Patrick.Castaneda@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHEN ZHEN NEW WORLD I, LLC, <br><br> Defendant. | No. CR 2:20-326(A)-JFW-4 <br><br> GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL, OR ALTERNATIVELY, A NEW TRIAL; DECLARATION OF J. JAMARI BUXTON |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Susan S. Har, J. Jamari Buxton, and Patrick Castañeda, hereby applies ex parte for leave to file an oversized brief in opposition to defendant Shen Zhen New World I, LLC's ("defendant") Motion for Judgment of Acquittal, or

Alternatively, a New Trial. (Dkt. 995.)

This ex parte application is based upon the attached declaration of J. Jamari Buxton.  Defense counsel informed the government that defendant has no objection to the government's request.

Dated: April 21, 2023         Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

           /s/
J. JAMARI BUXTON
SUSAN S. HAR
PATRICK CASTAÑEDA
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF J. JAMARI BUXTON**

I, J. Jamari Buxton, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I, along with Assistant United States Attorneys Susan S. Har and Patrick Castañeda, am an attorney representing the government in this case.

2. I make this declaration in support of the government's request for leave to file an oversized brief in opposition to defendant's Motion for Judgment of Acquittal, or Alternatively, a New Trial, which it filed on March 13, 2023. (Dkt. 995.) The government's brief in opposition to the motion is 35 pages, exceeding the 25-page limit set forth in Local Civil Rule 11-6, applicable generally under Local Criminal Rule 57-1.

3. Although defendant's brief in support of its motion is 16 pages, it raises numerous complex legal, instructional, and evidentiary issues. These include arguments that the government presented insufficient evidence to support the jury's verdict; that defendant's convictions are legally unsound on numerous grounds; and that the Court committed error in many of its evidentiary rulings. Responding meaningfully to these arguments requires a detailed and thorough analysis of the evidence, applicable law, and the Court's prior rulings.

4. Under Local Rule 11-6, parties may submit oversized briefs upon Court order for good cause shown. Accordingly, the government hereby requests such an order.

//

//

5. On April 20, 2023, counsel for defendant, Craig Wilke, informed the government by email that defendant has no objection to the government's request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 21, 2023.

/s/
J. JAMARI BUXTON