E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SUSAN S. HAR (Cal. Bar No. 301924)
J. JAMARI BUXTON (Cal Bar. No. 268383)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
PATRICK CASTAÑEDA (Cal Bar No. 319431)
Assistant United States Attorney
International Narcotics, Money Laundering,
& Racketeering Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3289
     Facsimile: (213) 894-6436
     E-mail:    Susan.Har@usdoj.gov
                Jamari.Buxton@usdoj.gov
                Patrick.Castaneda@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-4 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING LEAVE TO FILE OVERSIZED BRIEF |
| v. | |
| SHEN ZHEN NEW WORLD I, LLC, | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for leave to file an oversized brief in opposition to defendant Shen Zhen New World I,

//

//

LLC's Motion for Judgment of Acquittal, or Alternatively, a New Trial is GRANTED.

    IT IS SO ORDERED.

_____     _____
DATE                                 HONORABLE JOHN F. WALTER
                                     UNITED STATES DISTRICT JUDGE

Proposed by:

     /s/
_____
J. JAMARI BUXTON
Assistant United States Attorney