UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                        Dated: April 28, 2023

================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins |
| *Courtroom Deputy* | *Court Reporter* | Susan S. Har |
| | | Cassie D. Palmer |
| | *Interpreter:* None | Brian R. Faerstein |
| | | *Asst. U.S. Attorney*s present |

================================================================
U.S.A. vs (Dft. listed below)                    Attorneys for Defendant

2.   Raymond She Wah Chan (BOND)        2.   Brendan Joseph Pratt, retained
     present                                      present

_____

**PROCEEDINGS:**   STATUS CONFERENCE

Case called, and counsel make their appearance.

Court and counsel discuss status of case and defendant's progress in obtaining new counsel.

Mr. Chan's waives his rights under the Speedy Trial Act as stated on the record.

For the reasons stated on the record, the Court sets a further status conference for **May 5, 2023 at 8:00 a.m.**

CC: USPO/PSA; USM

Initials of Deputy Clerk  sr
0/30