**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>Plaintiff(s)<br>v.<br>RAYMOND CHAN,<br><br>Defendant(s) | CASE NUMBER<br><br>20CR-326(A)-JFW<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
|---|---|

The Court hereby orders that the request of:

Raymond Chan                                                    ☐ Plaintiff  ☒ Defendant  ☐ Other
_Name of Party_

to substitute  John Hanusz                                                                                      who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

515 South Flower Street, Suite 3500
_Street Address_

Los Angeles, California 90071                                    john@hanuszlaw.com
_City, State, Zip_                                                            _E-Mail Address_

213-204-4200                                                                   277367
_Telephone Number_              _Fax Number_                    _State Bar Number_

as attorney of record instead of  Harland Braun and Brendan Pratt
_List **all** attorneys from same firm or agency who are withdrawing._

**is hereby**    ☐ GRANTED    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                      _____
                                                   U. S. District Judge/U.S. Magistrate Judge