# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff(s)<br>v.<br>RAYMOND CHAN,<br>Defendant(s). | CASE NUMBER: 20CR-326(A)-JFW<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Raymond Chan     ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute **John Hanusz** who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

515 South Flower Street, Suite 3500
*Street Address*

Los Angeles, California 90071          john@hanuszlaw.com
*City, State, Zip*                              *E-Mail Address*

213-204-4200                                      277367
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of    Harland Braun and Brendan Pratt
List **all** attorneys from same firm or agency who are withdrawing

**is hereby**    ■ **GRANTED**    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  May 5, 2023

*[signature]*
U.S. District Judge

G-01 ORDER    ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY