UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                        Dated: May 5, 2023

================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins |
| *Courtroom Deputy* | *Court Reporter* | Susan S. Har |
| | | Cassie D. Palmer |
| | *Interpreter:* None | Brian R. Faerstein |
| | | *Asst. U.S. Attorney*s present |

================================================================

U.S.A. vs (Dft. listed below)                    Attorneys for Defendant

2.   Raymond She Wah Chan (Bond) present              2.   Brendan Joseph Pratt, Retained present

                                                     2.   John Hanusz, Retained present

_____

**PROCEEDINGS:   HEARING RE ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY [1045] Filed 5/4/23**

**STATUS CONFERENCE**

Case called, and counsel make their appearance. John Hanusz is present seeking to substitute in on behalf of defendant. Also present is Michael G. Freedman.

The Court approves the substitution and signs the proposed Order on Request for Approval of Substitution of Attorney [1045].

Court and counsel discuss status of case.

The Court sets a Status Conference for **May 12, 2023 at 10:00 a.m.** Counsel shall file a joint statement on May 10, 2023.


CC: USPO/PSA; USM

Initials of Deputy Clerk   sr
0/20

CC: USPO/PSA; USM

Initials of Deputy Clerk  sr
0/20