E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091
     Facsimile: (213) 894-6436
     E-mail:   Mack.Jenkins@usdoj.gov
               Cassie.Palmer@usdoj.gov
               Susan.Har@usdoj.gov
               Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong"<br><br>        Defendant. | No. CR 2:20-326(A)-JFW-2<br><br>JOINT STATEMENT RE: PROPOSED DATES FOR RETRIAL AND RELATED DEADLINES |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, and defendant RAYMOND SHE WAH CHAN, by and through his counsel of record, John Hanusz and Michael Freedman, hereby submit their Joint Statement Re: Proposed Dates for Retrial and Related Deadlines.

On May 5, 2023, the Court granted defendant's request for substitution of counsel.  (Dkt. No. 1048.)  The Court further ordered the parties to meet and confer regarding the retrial date in this matter, as well as relevant case management deadlines, and to file a joint statement regarding such dates and deadlines.  (See id.)

Pursuant to the Court's order, the parties have met and conferred regarding proposed dates for retrial and related pretrial deadlines and hereby submit their joint statement.

Dated: May 10, 2023                    Respectfully submitted,

                                       E. MARTIN ESTRADA
                                       United States Attorney


                                       /s/ Cassie D. Palmer
                                       CASSIE D. PALMER
                                       MACK E. JENKINS
                                       SUSAN S. HAR
                                       BRIAN R. FAERSTEIN
                                       Assistant United States Attorneys

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA


Dated: May 10, 2023                    /s/ per email authorization
                                       JOHN HANUSZ
                                       MICHAEL FREEDMAN
                                       Attorneys for Defendant
                                       RAYMOND SHE WAH CHAN

1

**JOINT STATEMENT**

2  **I.   OVERVIEW**

3       The original trial for defendant Raymond Chan began on February

4  21, 2023.  (Dkt. No. 972.)  Following the conclusion of the eighth

5  trial day on March 2, 2023, then-defense counsel Harland Braun took

6  ill.  Defendant ultimately filed a motion for a mistrial and

7  requested to obtain new counsel.  (Dkt. No. 996.)  On April 13, 2023,

8  the Court granted defendant's motion for a mistrial.  (Dkt. No.

9  1034.)[1]

10      Following the mistrial, the Court afforded defendant reasonable

11  time (three weeks) to retain new counsel for the retrial.  On May 5,

12  2023, the Court granted defendant's request for approval of

13  substitution of counsel (Dkt. No. 1048), and current defense counsel

14  joined the case.  Also on May 5, the Court ordered the parties to

15  meet and confer regarding proposed dates for the retrial and related

16  pretrial deadlines.

17      As explained below, the parties have identified **March 12, 2024**

18  as the earliest date that counsel for both parties are available.

19  The parties have also agreed to relevant case management deadlines

20  applicable to a March 12, 2024 retrial, which are set forth below for

21  the Court's review and consideration.

22

23

---

24       [1] As the government noted at a prior status conference in this
matter, the declaration of the mistrial started the 70-day clock

25  under the Speedy Trial Act, 18 U.S.C. § 3161.  United States v.
Pitner, 307 F.3d 1178, 1182 (9th Cir. 2002).  Absent any excludable

26  time, the last date to commence the retrial is June 22, 2023.  The
Court previously took an oral waiver from defendant at a prior status

27  conference.  Should the Court approve the proposed trial date, the
parties will promptly file a Speedy Trial Act stipulation and

28  proposed order.

1

## II.   JOINT STATEMENT

On May 7, 2023, defense counsel sent the government their trial conflicts, a copy of which is attached hereto as <u>Exhibit A</u>.  On May 8, 2023, the parties met and conferred by telephone.  During the meet and confer, the government proposed a retrial date in the fall of 2023, commencing either on October 3 or November 28, 2023.  The government explained its view that these dates were reasonable because the defense already has the materials from the first trial (five months and nearly seven months, respectively, in advance), including the government's witness list, transcripts of the testimony of most of the government's witnesses, the exhibit list, the exhibits, transcripts of the opening statement, the proposed jury instructions, the proposed verdict form, and similar materials prepared by the defense in the first trial.

Defense counsel explained that a retrial in the fall of 2023 would not allow them sufficient time to prepare for the retrial, due to the complexity of the case, their busy trial schedules through the end of the year, and their need to review with an independent eye the voluminous discovery, government-prepared trial materials, and previously prepared defense materials.  Additionally, with respect to the November 28, 2023 trial date initially proposed by the government, Mr. Freedman has a direct conflict in a federal trial that is likely to proceed on that date.  In light of this, defense counsel proposed two trial dates in the spring of 2024:  March 12 and 19, 2024.  The parties agreed to meet and confer further.

Following the May 8 meet and confer, the government inquired internally regarding the status of most of the trials listed on

1   defense counsels' conflicts through the end of 2023 and involving the

2   United States Attorney's Office.  Specifically, the government

3   inquired whether government counsel for those trials believed the

4   trials were likely to go on those dates.  All counsel who responded

5   (which was almost all) confirmed that the trial dates were firm and

6   likely to proceed, barring unforeseen circumstances.  In light of

7   this, defense counsel appears unable to try this case in the fall of

8   2023.

9       Of the trial dates proposed by defense counsel, and in light of

10  the government's own trial schedule, the government prefers the

11  earlier date of March 12, 2024.  Assuming a March 12 trial date, the

12  parties met and conferred regarding pretrial deadlines.  Because the

13  defense already has many of the materials the government normally

14  would disclose in accordance with the Court's pretrial orders –

15  including, as outlined above, the government's trial exhibits and

16  witness list from the initial trial – the parties have agreed to

17  shorten the lead time before trial for some deadlines to reflect that

18  those disclosures have already occurred.  In addition, for some of

19  the deadlines, the parties propose disclosures and filings relating

20  only to new or revised items.  Finally, the parties have agreed to

21  adopt page limits for the Joint Motions in Limine (which the parties

22  previously agreed to in the prior RICO trial): a maximum of five

23  pages for motions and oppositions and three pages for replies.

24      Accordingly, assuming a March 12, 2024 trial date, the parties

25  respectfully propose the following filing pretrial filing deadlines

26  and related dates:

27

28

| Event | Days Before Trial | Date (Assuming March 12, 2024 Trial) |
|---|---|---|
| Exchange Joint MILs (New Only) | 46 days | 01/26/2024 |
| Exchange Joint MIL Oppositions | 39 days | 02/02/2024 |
| Joint MILs Filing with Replies | 32 days | 02/09/2024 |
| Revised Gov't Witness List (If Any) | 28 days | 02/13/2024 |
| Revised Gov't Exhibit List & Exhibits (New & Revised Only) | 28 days | 02/13/2024 |
| **Hearing re: JMILs** | **25 days** | **02/16/2024 at 8 a.m.** |
| Conference re: Gov't Exhibit List (New & Revised Only) | 22 days | 02/19/2024 |
| Govt's Proposed Jury Instructions to Defense | 21 days | 02/20/2024 |
| Defense Exhibit List & Exhibits (including Charts & Summaries) to Gov't | 21 days | 02/20/2024 |
| Conference re: Defense Exhibit List | 15 days | 02/26/2024 |
| Joint Revised Gov't Exhibit Stipulation (New & Revised Only) | 14 days | 02/27/2024 |
| Defendant's Proposed/ Disputed Jury Instructions to Gov't | 14 days | 02/27/2024 |
| Expert Offer of Proof (New or Revised Only) | 12 days | 02/29/2024 |
| **Pretrial Conference** | **11 days** | **03/01/2024 at 8 a.m.** |
| Joint Pretrial Defense Exhibit Stipulation | 8 days | 03/04/2024 |
| Joint Verdict Form Filing | 8 days | 03/04/2024 |
| Joint Jury Instructions Filing | 8 days | 03/04/2024 |
| Defense Witness List | 8 days | 03/04/2024 |