# Exhibit A

**Hanusz conflicts**

June 11-26, 2023: International/out-of-state prepaid vacation

July 6-13, 2023: Out-of-state prepaid vacation

August 22, 2023: Trial, US v. Perez, 17-CR-314-JAK (conspiracy, firearms-dealing case) – three-day trial estimate

September 26, 2023: Trial, US v. Galicia, 21-EDCR-105-JGB (multidefendant drug conspiracy case) – five-day trial estimate

October 17, 2023: Trial, US v. Zea Londono, 20-CR-239-TJH (honest-services fraud case) – five-day trial estimate

December 12, 2023: Trial, US v. Eyzaguirre, 20-CR-351-JGB (healthcare fraud case) – five-day trial estimate

April 29, 2024: Trial, US v. Flores Vasquez, 19-CR-117-ODW (multidefendant RICO/VICAR case) – two-month trial estimate

**Freedman conflicts**

June 27, 2023: Trial, US v. Aslanian, 22-CR-445(A)-JGB (murder-for-hire, arson case) – 7-10-day trial estimate

July 11, 2023: Trial, US v. Pure Assay, et al. 18-CR-771-DSF (multidefendant customs fraud case) – 10-day trial estimate

July 23-27, 2023: Sentencing, US v. Wahab, 21-CR-603 (VEC) (SDNY) (includes travel)

August 4-21, 2023: International/in-state prepaid vacation

October 6, 2023:  Trial, Pinto v. EDD, 22STCP00615 (LA Superior Court – writ-of mandate case) – 2-day trial estimate

October 17, 2023: US v. Weaver, 19-CR-527-ODW (multidefendant healthcare fraud case) – three-week trial estimate

November 28, 2023: US v. Perez, 21-CR-35-JGB (multidefendant honest services fraud case) – 5-7-day trial estimate

December 11, 2023: People v. Awesome Calls, 21STCV04430 (securities regulatory prosecution) – one-week trial estimate

January 22-26, 2024   JAMS Arbitration, multiparty partnership dispute – one-week estimate

February 23, 2024: Trial, Sayin v. TPE, 37-2022-00020213-CU-BC-NC  (San Diego Superior Court – partnership dispute) – five-day trial estimate

March 11-15, 2024: AAA Arbitration, employment dispute – one-week trial estimate

March 27, 2024: Villareal v. Growth Spike, 20STCV37385 (LA Superior Court – employment dispute) – one-week trial estimate

March 31-April 4, 2024: Prepaid in-state vacation

April 22, 2024 :Trial, Calzona v. Odyssey, 22CECG01617 (Fresno Superior Court – contract action) – 3-5-day trial estimate

July 8, 2024: Feder v. Cothrun, 21SMCV01706 (LA Superior Court – fraud trial) – two-week trial estimate