UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                           Dated: May 12, 2023

======================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Mack Eric Jenkins |
| *Courtroom Deputy* | *Court Reporter* | Susan S. Har |
| | | Brian R. Faerstein |
| | *Interpreter:* None | *Asst. U.S. Attorneys present* |

======================================================================
U.S.A. vs (Dft. listed below)                    Attorneys for Defendant

2.   Raymond She Wah Chan (Bond)           2.   John Hanusz, Retained
     present                                          present

                                                    2.   Michael G. Freedman, Retained
                                                         present

_____

**PROCEEDINGS:**     STATUS CONFERENCE

Case called, and counsel make their appearance.

Court and counsel discuss status of case and potential trial dates.

Counsel shall submit a stipulation and proposed order for retrial and related pretrial deadlines in accordance with the dates discussed at the hearing.


CC: USPO/PSA; USM

Initials of Deputy Clerk  sr
0/35