```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    CASSIE D. PALMER (Cal. Bar No. 268383)
 4  SUSAN S. HAR (Cal. Bar No. 301924)
    BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
 5  Assistant United States Attorneys
    Public Corruption & Civil Rights Section
 6       1500 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-2091
 8       Facsimile: (213) 894-6436
         E-mail:    Mack.Jenkins@usdoj.gov
 9                  Cassie.Palmer@usdoj.gov
                    Susan.Har@usdoj.gov
10                  Brian.Faerstein@usdoj.gov

11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-CR-326(A)-JFW-2 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATES AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | **[PROPOSED] TRIAL DATE:** 03/12/2024 |
| Defendant. | |

The Court has read and considered the Joint Stipulation Regarding Request for (1) Continuance of Trial Date and Related Deadlines and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by plaintiff United States of America and defendant RAYMOND SHE WAH CHAN.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial

date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; (iii) the case is so unusual and so complex, due to the nature of the prosecution, that it is unreasonable to expect preparation for pre-trial proceedings or for the trial itself within the time limits established by the Speedy Trial Act; and (iv) failure to grant the continuance would deny defendant reasonable time to obtain counsel, would unreasonably deny defendant continuity of counsel, and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued to **March 12, 2024 at 8:30 a.m.** The briefing and hearings schedule for motions and other pretrial deadlines shall be:

| Event | Date |
|---|---|
| Gov't Amended Exhibit List & Gov't Exhibits (incl. Gov't New and Revised Exhibits[1]) to Defense | 01/16/2024 |
| Conference re: Gov't New and Revised Exhibits | 01/24/2024 |
| Defense Exhibit List & Defense Exhibits[2] to Gov't | 01/26/2024 |

---

[1] All references to the "Gov't New and Revised Exhibits" herein include new and revised exhibits, charts, summaries, transcripts, and translations.

[2] All references to the "Defense Exhibits" herein include exhibits, charts, summaries, transcripts, and translations.

| Event | Date |
|---|---|
| Exchange New Joint MILs (with prior Court authorization only) | 01/26/2024 |
| Joint Pretrial Gov't Amended Exhibit Stipulation (with Defense Objections to Gov't New and Revised Exhibits Only) | 01/31/2024 |
| Exchange Joint MIL Oppositions (if applicable) | 02/02/2024 |
| Conference re: Defense Exhibit List & Defense Exhibits | 02/05/2024 |
| Joint Pretrial Defense Exhibit Stipulation | 02/09/2024 |
| Joint MILs Filing with Replies (if applicable) | 02/09/2024 |
| Joint Statement re: Objections to Gov't New and Revised Exhibits | 02/12/2024 |
| Revised Gov't Witness List (with cross estimates) | 02/13/2024 |
| Expert Offer of Proof (New or Revised Only) | 02/13/2024 |
| Gov't Brady/Giglio and Jencks Statements (if new) | 02/13/2024 |
| **Hearing re: JMILs (if applicable)** | **02/16/2024 at 8am** |
| Govt's Proposed Jury Instructions to Defense | 02/16/2024 |
| Joint Statement re: Objections to Defense Exhibit List & Defense Exhibits | 02/22/2024 |
| Defendant's Proposed / Disputed Jury Instructions to Gov't | 02/23/2024 |
| Revised Joint Statement of the Case (if any) | 02/27/2024 |
| Additional Proposed Voir Dire (if any) | 02/27/2024 |
| **Pretrial Conference** | **03/01/2024 at 8am** |
| Joint Verdict Form Filing | 03/04/2024 |
| Joint Proposed / Disputed Jury Instructions Filing | 03/04/2024 |
| Trial Brief (if any) | 03/04/2024 |
| Defense Witness List (with cross estimates) | 03/04/2024 |
| Defense Jencks Statements | 03/04/2024 |

2.  Any party seeking to file a motion in limine must first seek and obtain prior Court approval by filing an ex parte application explaining the basis for the motion and either (1) certifying that the issue has not been previously ruled upon by the Court in this proceeding or (2) providing a justification for re-litigating an issue upon which the Court already has ruled.  Subject

to obtaining this approval from the Court, each party is limited to a total of five motions in limine.

3. The time period of April 13, 2023, to March 12, 2024, inclusive, as to defendant CHAN, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), (h)(7)(B)(ii), (h)(7)(B)(iv).

4. Defendant CHAN shall appear in Courtroom 7A of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on March 12, 2024, at 8:30 a.m.

5. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____  _____
DATE                              HONORABLE JOHN F. WALTER
                                  UNITED STATES DISTRICT JUDGE

Presented by:

*[signature]*
BRIAN R. FAERSTEIN
Assistant United States Attorney

4