1                     UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3             HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

4

5    UNITED STATES OF AMERICA,          )
                                        )
6                 PLAINTIFF,            )        CASE NO.
                                        )
7             vs.                       )        CR 20-326A-JFW
                                        )
8    RAYMOND SHE WAH CHAN,              )        VOLUME 3
                                        )        PAGES 298 TO 520
9                 DEFENDANT.            )
     _____)

10

11

12

13                     REPORTER'S TRANSCRIPT OF
                            TRIAL DAY 3
14               THURSDAY, FEBRUARY 23, 2023
                             7:57 A.M.
15                  LOS ANGELES, CALIFORNIA

16

17

18

19

20

21

22

23    _____

24            MIRANDA ALGORRI, CSR 12743, RPR, CRR
                 FEDERAL OFFICIAL COURT REPORTER
                  350 WEST 1ST STREET, SUITE 4455
25                LOS ANGELES, CALIFORNIA 90012
                     MIRANDAALGORRI@GMAIL.COM

1                  **APPEARANCES OF COUNSEL:**

2

3  **FOR THE PLAINTIFF:**

4       MARTIN ESTRADA
      UNITED STATES ATTORNEY

5       BY:  MACK JENKINS
      BY:  SUSAN HAR

6       BY:  CASSIE PALMER
      BY:  BRIAN FAERSTEIN

7       Assistant United States Attorneys
      United States Courthouse

8       312 North Spring Street
      Los Angeles, California 90012

9

10  **FOR THE DEFENDANT:**

11       BRAUN & BRAUN, LLP
      BY:  HARLAND W. BRAUN

12       BY:  BRENDAN PRATT
      10880 Wilshire Boulevard

13       Suite 1020
      Los Angeles, California 90024

14

15  Also Present:

16       Special Agent Andrew Civetti

17

18

19

20

21

22

23

24

25

1                     **INDEX OF WITNESSES**

2

3   **WITNESSES**                                                               **PAGE**

4   CIVETTI, Andrew

5           Direct examination resumed by Ms. Palmer     312

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|-------------------|
| 51 | Secretary of State (Synergy) | 447 | 447 |
| 52 | Secretary of State (CCC) | 447 | 447 |
| 53 | Secretary of State (LABXG) | 447 | 447 |
| 80A | Transcript excerpt | 516 | 516 |
| 80B | Transcript excerpt | 516 | 516 |
| 80C | Transcript excerpt | 516 | 516 |
| 81 | Recorded call | 516 | 516 |
| 83B | Recorded call | 516 | 516 |
| 84A | Excerpt of recorded call | 516 | 516 |
| 84B | Excerpt of recorded call | 516 | 516 |
| 84C | Excerpt of recorded call | 516 | 516 |
| 86 | Recorded meeting | 516 | 516 |
| 87A | Excerpt A | 516 | 516 |
| 87B | Excerpt A transcript | 516 | 516 |
| 89C-Z | Excerpt C | 516 | 516 |
| 160 | Recorded call | 516 | 516 |
| 161A | Excerpt A | 516 | 516 |
| 161B | Excerpt B | 516 | 516 |
| 161C | Excerpt C | 516 | 516 |
| 162 | Recorded call | 516 | 516 |
| 180-Z | Recorded call | 516 | 516 |
| 181 | Excerpt of wire call | 516 | 516 |

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 182 | Excerpt of wire call | 516 | 516 |
| 183-Z | Recorded call | 516 | 516 |
| 184-Z | Recorded call | 516 | 516 |
| 185 | Excerpt of wire call | 516 | 516 |
| 188 | Recorded call | 516 | 516 |
| 189 | Wire interception | 516 | 516 |
| 190 | Excerpt | 516 | 516 |
| 205 | Recorded video | 516 | 516 |
| 206 | Recorded video | 516 | 516 |
| 207 | Recorded video | 516 | 516 |
| 208 | Recorded video | 516 | 516 |
| 209 | Recorded video | 516 | 516 |
| 381 | Recorded call | 516 | 516 |
| 382 | Recorded call | 516 | 516 |
| 383 | Recorded call | 516 | 516 |
| 384A | Recorded call | 516 | 516 |
| 384B | Recorded call | 516 | 516 |
| 385 | Recorded meeting | 516 | 516 |
| 386 | Recorded call | 516 | 516 |
| 387A-Z | Recorded meeting Excerpt A | 516 | 516 |
| 387B-Z | Recorded meeting Excerpt B | 516 | 516 |
| 387C-Z | Recorded meeting Excerpt C | 516 | 516 |

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|-------------------|
| 387D-Z | Recorded meeting Excerpt D | 516 | 516 |
| 610 | Recorded call | 516 | 516 |
| 611A | Recorded call Excerpt A | 516 | 516 |
| 611B | Recorded call Excerpt B | 516 | 516 |
| 612A | Recorded call Excerpt A | 516 | 516 |
| 612B | Recorded call Excerpt B | 516 | 516 |
| 613A | Recorded call Excerpt A | 516 | 516 |
| 613B | Recorded call Excerpt B | 516 | 516 |
| 614 | Recorded call | 516 | 516 |
| 615 | Recorded call | 516 | 516 |
| 616 | Recorded call | 516 | 516 |
| 617 | Recorded call | 516 | 516 |
| 618A | Recorded call Excerpt A | 516 | 516 |
| 618B | Recorded call Excerpt B | 516 | 516 |
| 619 | Recorded call | 516 | 516 |
| 620A | Recorded call Excerpt A | 516 | 516 |
| 620B | Recorded call Excerpt B | 516 | 516 |
| 621A | Recorded call Excerpt A | 516 | 516 |
| 621B | Recorded call Excerpt B | 516 | 516 |
| 622A | Excerpt A | 516 | 516 |
| 622B | Excerpt A | 516 | 516 |
| 623-Z | Recorded call | 516 | 516 |

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|---|---|---|---|
| 711 | Recorded call | 516 | 516 |
| 712 | Recorded call | 516 | 516 |
| 713 | Recorded call | 516 | 516 |
| 750B-Z | Recorded meeting | 516 | 516 |
| 750C-Z | Recorded meeting | 516 | 516 |
| 752 | Recorded call | 516 | 516 |
| 755A | Excerpt A | 516 | 516 |
| 755B | Excerpt B | 516 | 516 |
| 755C | Excerpt C | 516 | 516 |
| 755D | Excerpt D | 516 | 516 |
| 756 | Recorded call | 516 | 516 |
| 757 | Recorded call | 516 | 516 |
| 758 | Recorded call | 516 | 516 |
| 759-Z | Recorded meeting | 516 | 516 |
| 760B-Z | Recorded meeting | 516 | 516 |
| 840A-Z | Recorded meeting | 516 | 516 |
| 840B | Excerpt B | 516 | 516 |
| 841A-Z | Recorded meeting Excerpt A | 516 | 516 |
| 841B-Z | Recorded meeting Excerpt B | 516 | 516 |
| 841C-Z | Recorded meeting Excerpt C | 516 | 516 |
| 842D-Z | Recorded meeting excerpt | 516 | 516 |
| 843-Z | Recorded meeting excerpt | 516 | 516 |

**INDEX OF EXHIBITS CON'T**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|
| 844-Z  | Recorded call excerpt | 516 | 516 |
| 845A-Z | Recorded meeting Excerpt A | 516 | 516 |
| 846-Z  | Recorded meeting | 516 | 516 |
| 900    | Relevant Parties | 381 | 381 |
| 901    | Key Players & Projects | 381 | 381 |
| 904    | City Approval Process | 378 | 378 |
| 904A   | City Approval Process | 378 | 378 |
| 909    | Carmel 2018 | 325 | 325 |
| 910    | Huizar Money Flow Timeline | 325 | 325 |
| 923    | SZNW Cosmopolitan Example | 313 | 313 |
| 925    | SZNW 2016 Timeline | 335 | 335 |
| 926    | SZNW 2018 Timeline | 363 | 363 |
| 930    | Hazens 2014-2017 Timeline | 433 | 433 |
| 931    | Hazens 2017-2018 Timeline | 433 | 433 |
| 932A   | Hazens document | 433 | 433 |

1    **THURSDAY, FEBRUARY 23, 2023; 7:57 A.M.**

2    **LOS ANGELES, CALIFORNIA**

3    -oOo-

4

5    (The following proceedings were held in

6    open court outside the presence of the jury:)

7    THE COURT:  Good morning to all.  The jury is not

8    present.  Counsel and the defendant are present.

9    I wanted to raise an issue.  You can be seated.

07:57AM  10   I wanted to raise an issue with counsel with never-ending juror

11   issues.

12   After court yesterday Alternate Juror No. 6

13   advised Shannon or -- advised Shannon that she was unable to

14   continue to serve because she was a -- it interfered with her

07:57AM  15   schedule.  Apparently she has been enrolled in

16   Mount Saint Mary's College.  So I told Shannon to have the

17   Alternate Juror No. 6 write a note which I provided a copy of

18   the note to counsel.  When I read the note, I then told Shannon

19   to tell the juror -- and it looks like she had already left for

07:58AM  20   the day, but there's a text message between Shannon and

21   Alternate No. 6.  And pursuant to my request, she provided a

22   list of her classes and the dates and times of those classes

23   and the instructors.

24   The reason I did that is I had gone back and

07:58AM  25   looked at my notes with respect to Alternate Juror No. 6.  And

1    I was concerned because at the time that we -- I conducted the

2    voir dire of Alternate No. 6, she never mentioned that she was

3    a full-time student.  She advised that she was working on her

4    degree in sociology.  However, she advised that she was working

07:59AM    5    at Universal Studios and Starbucks as a barista.  She had

6    responded to the jury department's letter with respect to her

7    availability for the 14-week trial.

8           Shannon explained to all the members of the panel

9    before they came into the courtroom how long the trial would

07:59AM    10    last, advised the panel of the days and hours we would be in

11    session, and invited anybody who had an issue to raise it with

12    Shannon.  It's part of her normal conference with the jury

13    panel.

14          And then I advised the panel the number of weeks

08:00AM    15    that we estimated the trial to last, the hours that we would be

16    keeping, 8:00 to 2:00, Monday through Friday, and if there were

17    any issues, invited the jurors to raise issues when they were

18    called upon to answer the Court's questions.  During the

19    questioning of the -- by the Court, there was never any mention

08:00AM    20    that she was a full-time student.

21          So after reviewing my notes is the reason I asked

22    her to provide the schedule because I became concerned about

23    the -- about her statement that she was a full-time student.

24    But it appears, based upon the schedule that she provided for

08:01AM    25    the spring of 2023, which I also provided counsel with a copy,

that she is registered for these classes.

That's the issue.  So I will hear from counsel.
It's getting more and more problematic to herd jurors these
days.

08:01AM          MR. JENKINS:  We appreciate the Court's diligence
in the matter.  It is concerning.  We are day three and lost
two of our six alternates.  But it does seem the Court has done
all it can to evaluate the veracity of her claim.  It seems
sufficient, if significantly belated.

08:02AM          I will note that she's taking moot court, and
this seems a sufficient replacement.  As to the other three
classes, it seems like those are legitimate.

MR. BRAUN:  We will stipulate, Your Honor.  At
the time I was wondering about her when she said she was going
08:02AM     to school.  But I think a lot of jurors think they're going to
get lucky and not get called but --

THE COURT:  That may be true during the initial
process in responding and also with respect to Shannon, but
certainly not when they're in court and they're actually then
08:02AM     called upon to answer the Court's questions keeping in mind.

In any event, is it counsel's agreement that we
can stipulate, based upon this record, to release her from any
further jury service?

MR. JENKINS:  Yes, Your Honor.

08:02AM          MR. BRAUN:  Yes, Your Honor.

```
 1              THE COURT:  All right.  The jury is all present,
 2   so we are going to bring the jurors in.  Then Shannon will
 3   excuse her.  I don't know what more we can do to impress upon
 4   the jurors the importance of their participation.
 5              Mr. Braun, let me ask you a question while we're
 6   waiting for the jury.  I appreciate your filing the
 7   Docket No. 970 which is defense exhibit list for all
 8   recordings.  I have a couple questions.  If you want to defer
 9   to your associate, that's fine.
10              What does it mean "struck out" in the original?
11   Does that mean the exhibit is withdrawn?
12              MR. BRAUN:  I will defer to my associate.
13              MR. PRATT:  Yes, Your Honor.  We intend to
14   withdraw those exhibits.
15              THE COURT:  All right.  To the extent you have
16   "no excerpt" in the excerpt column, does that mean that what
17   you intend to play -- and then there's a transcript column.  So
18   let's take, for example, 2322, which is an audio clip of the
19   FBI interview.  Does that mean that what you intend to play is
20   Exhibit 2001, pages 37 to 41?
21              MR. PRATT:  Yes, Your Honor.
22              THE COURT:  Okay.  So I can pick up each one of
23   those.  So 2457, which is a -- which is a call, again, you
24   intend to play the entirety of that call which is six minutes
25   and two seconds and that call -- the transcript of that call is
```

08:03AM (line 5)
08:03AM (line 10)
08:04AM (line 15)
08:04AM (line 20)
08:04AM (line 25)

1    Exhibit 2458; correct?

2              MR. PRATT:  Yes, Your Honor.

3              THE COURT:  All right.  Because 2457 is not on

4    your exhibit list.  All right.  So I think with that -- well,

08:05AM    5    let's take 2704 which is another recording.  It says the column

6    language it's got -- it indicates Mandarin/English.  Is it in a

7    combination, and has it been translated?

8              MR. PRATT:  It has been translated, Your Honor.

9              THE COURT:  And the translation has been provided

08:05AM    10   to the Government?

11             MR. PRATT:  Yes, Your Honor.

12             THE COURT:  All right.  Because it was supposed

13   to be attached to this document.  So I'm going to ask you to --

14   you can provide me sometime today with a copy of those

08:06AM    15   transcripts.  There's another one which is 2933 which is

16   Mandarin/English.  And the exhibit that you refer to is 2934.

17   Is that the translation -- does Exhibit 2934 -- is that the

18   translation of the recording?

19             MR. PRATT:  Yes, Your Honor.

08:06AM    20             THE COURT:  Okay.  And the Government has all

21   these, I presume.

22             MR. JENKINS:  We would make the same request the

23   Court has had.  We expect them to be attached to the filing so

24   we can easily verify it that way.

08:06AM    25             THE COURT:  So let's provide copies this morning

```
 1   to Government counsel and to the Court.  Then the only other
 2   one, again, is 2958 which is Exhibit 2962.  Again, there's
 3   Mandarin/English.  So provide the copy of the translation to
 4   the Court and Government counsel.
08:07AM    5            And then the 2973, which is an hour and
 6   56 minutes, you have indicated by exhibit number those portions
 7   of that lunch recording that you intend to play; is that
 8   correct?
 9            MR. PRATT:  That's correct.
08:07AM   10            THE COURT:  All right.  Okay.  I appreciate that.
11   Now with that I can go back and look at the -- look at the
12   exhibits.
13            And this moves the ball forward, Mr. Jenkins?
14            MR. JENKINS:  That does, Your Honor.  It will,
08:07AM   15   and it has been helpful.
16            THE COURT:  Okay.  All right.  Is Agent Civetti
17   here today?
18            MR. JENKINS:  And, Your Honor, I believe
19   yesterday you requested the same timeline iterations that are
08:08AM   20   being displayed through TRIAL DIRECTOR so we have those
21   available for the Court.  I believe that is what AUSA Palmer is
22   about to provide you.
23            THE COURT:  All right.  Mr. Braun also -- wanted
24   one also.
08:08AM   25            MR. JENKINS:  Yes.  We have one available for him
```

1    as well.

2              (The following proceedings were held in

3         open court in the presence of the jury:)

4              THE COURT:  All right.  Good morning, ladies and

08:09AM   5    gentlemen.

6              All counsel and the jury are present.  The

7    defendant is present.  Agent Civetti is on the witness stand.

8              So you may resume your direct examination.

9              THE CLERK:  You remain sworn.

08:10AM  10              MS. PALMER:  Your Honor, may I proceed?

11              THE COURT:  Yes.

12              MS. PALMER:  Thank you.

13                        **ANDREW CIVETTI,**

14         **GOVERNMENT'S WITNESS, PREVIOUSLY SWORN.**

08:10AM  15              **DIRECT EXAMINATION (RESUMED)**

16    BY MS. PALMER:

17         Q     Special Agent Civetti, yesterday we ended on

18    group benefits in Las Vegas.  If we can go back to the summary

19    chart which is previously admitted Exhibit 922.  And looking at

08:10AM  20    this, is this the chart that you prepared which is a summary of

21    the casino trips that Jose Huizar took with Chairman Huang?

22         A     That is correct.

23         Q     And the total amount of benefits was around

24    $1.1 million?

08:11AM  25         A     That is correct.

1       Q       And then we were going through how you come up

2  with these numbers, and we were working -- looking at

3  individualized bills, itemized receipts, and things like that.

4              Is that correct?

08:11AM  5       A       That's correct.

6       Q       Now, what was your process for when you collected

7  all of those itemized receipts and bills?  Did you also create

8  a spreadsheet?

9       A       Yes.  I would review those charges and the

08:11AM  10  particular trips once I determined which trips Jose Huizar was

11  also a participant.  I would then take those charges and create

12  an Excel sheet in which I categorized the various charges based

13  on types.

14       Q       And that spreadsheet that you created, at least

08:12AM  15  with respect to Cosmopolitan, which was trip No. 18, is that

16  Government's Exhibit 923?

17       A       That's correct.

18              MS. PALMER:  Your Honor, at this time the

19  Government moves to admit Government's Exhibit 923.

08:12AM  20              THE COURT:  Exhibit 923 will be received into

21  evidence without objection.

22              (Marked for identification and received

23              into evidence Exhibit No. 923.)

24              MS. PALMER:  If we can pull up Exhibit 923,

08:12AM  25  please.

1    Q      Can you tell us what the column -- what the

2    columns are across the top?

3    A      This is the Excel sheet that I created.  The very

4    first column was the casino and the trip dates, and then

08:12AM   5    following that each subsequent column would be one of those

6    categories that I identified on the charged statements.

7    Q      And so one of the itemized entries that we looked

8    at yesterday on the receipt was for spa treatments.  Would that

9    have appeared at the Sahra Spa?

08:13AM   10    A      Yes.  That would be one of the entries.

11    MS. PALMER:  Now zooming out, if we can zoom in

12    on the spa entries, please.

13    Q      I think the specific entry that we had looked at,

14    the itemized receipt, was for $545.21.  Is that reflected in

08:13AM   15    that first cell there of that spreadsheet?

16    A      That is correct.

17    MS. PALMER:  And if we can zoom out, please, and

18    zoom in on the total benefits at the bottom.

19    Q      Does that reflect the total group benefits for

08:13AM   20    that trip?

21    A      Yes.  That's correct.

22    Q      And that's for the Cosmopolitan trip example that

23    we were looking at?

24    A      That's correct.  For August 5 through the 7th of

08:13AM   25    2016.

1       Q       Regardless of -- did you include the charges here

2   regardless of whether they were comped?

3       A       That's correct.

4       Q       And why did you do that?

08:14AM   5       A       Because any of the charges that were attributed

6   to Wei Huang would be a benefit that Wei Huang and his group

7   received, and we wanted to be completely inclusive of all of

8   those benefits regardless if the hotel was comping it or if he

9   was actually paying out of pocket for it.  We treated them all

08:14AM  10   the same.

11       Q       And you said it was for Wei Huang -- the benefits

12   that Wei Huang and his group received.  These particular trips

13   all had Jose Huizar as part of that group; is that correct?

14       A       That's correct.  And George Esparza.

08:14AM  15               MS. PALMER:  If we go back to pulling up the

16   summary chart 922, please, looking at entry 18.

17       Q       So after doing those various summary charts, is

18   that where you put the summary there?

19       A       That's correct.  That total would be that same

08:14AM  20   total along the bottom which was the cumulative total of all

21   the benefits for that particular trip.

22               MS. PALMER:  Zooming back out, please.

23       Q       You said that this $1.1 million amount does not

24   include chips that Jose Huizar received; is that correct?

08:15AM  25       A       That's correct.

1    Q      And did the investigation identify other benefits

2    that were provided by Chairman Wei Huang to Jose Huizar and

3    George Esparza during these Vegas trips?

4    A      Yes.  Casino chips were being provided.

08:15AM    5      MS. PALMER:  Your Honor, at this time, the

6    Government would -- sorry.

7      Can we please bring up previously admitted

8    Exhibit 400.

9    Q      Special Agent Civetti, can you please orient the

08:15AM   10    jury as to what we are looking at in this?

11    A      This is a screenshot of surveillance footage

12    from, I believe, the Palazzo Hotel, and we are looking at one

13    of the private gaming rooms.  This would be the -- one of the

14    horseshoe tables, and there's four individuals around the table

08:16AM   15    along with casino staff behind the table.

16    Q      So the clips that we looked at yesterday, was

17    that in the public area of the casino?

18    A      Yes.  That was a public gaming area.

19    Q      And this particular area is a private gaming

08:16AM   20    area?

21    A      Yes.  This area is only available to the high

22    rollers.

23    Q      And are high roller guests also allowed in that

24    area?

08:16AM   25    A      The guests of the high roller; correct.

1    Q       Is this still shot from June 2014?

2    A       Correct.

3    Q       Can you identify for the jury the individuals

4    sitting at the table going from left to right?

08:16AM  5    A       Where that first arrow is, that's George Esparza.

6    Followed to his right, Ricky Zheng, followed by Wei Huang, the

7    developer of Shen Zhen New World, followed by Council Member

8    Jose Huizar.

9    Q       And Jose Huizar's back is to you.  How are you

08:17AM  10   able to identify him?

11   A       I have personally spoken with Jose Huizar, so I'm

12   familiar with his build.  I have also seen various photos and

13   his bald spot.

14   Q       Now, is there a video that goes along that this

08:17AM  15   screenshot was taken from?

16   A       That's correct.  It's a video of a different

17   angle though.

18   Q       And is that Government's Exhibit 401?

19   A       That's correct.

08:17AM  20       MS. PALMER:  If we could please pull up

21   previously admitted Exhibit 401, please.  If you could play it

22   but then pause.

23       (The video commenced playing before the jury.)

24   Q       BY MS. PALMER:  So you said this is a video from

08:18AM  25   that same room but from a different angle; is that correct?

1      A       That's correct.

2              MS. PALMER:  Go ahead and let it play through.

3    Thank you.

4              (The video commenced playing before the jury.)

08:18AM   5      Q       BY MS. PALMER:  Now, Special Agent Civetti, the

6    person on the top in the white shirt, who is that?

7      A       That's Council Member Jose Huizar.

8      Q       And the person in the black, who is that?  In the

9    top kind of right corner.

08:19AM  10      A       To the council member's left, that would be

11   Chairman Wei Huang.

12      Q       And to our right basically?

13      A       To our right.

14      Q       Going clockwise?

08:19AM  15      A       That's correct.

16      Q       And then going clockwise further, the person that

17   we can see in the bottom right-hand corner of the screen, who

18   is that?

19      A       George Esparza.

08:19AM  20      Q       And can you describe what you saw in that video?

21      A       Chairman Huang receives a stack of casino chips

22   from the dealer.  He then takes a stack of them and provides

23   them to Jose Huizar.  He also then provided a stack to

24   George Esparza.

08:19AM  25      Q       Were you able to tell from that video the amount

1    of chips that Wei Huang provided to Jose Huizar?

2         A       I'm not able to distinguish the specific colors,

3    so I do not know the total amount.

4         Q       And were you able to distinguish between how many

5    chips he gave the different people sitting at the table?

6         A       The stack he provided Jose Huizar was

7    substantially larger than the stack he provided George Esparza.

8         Q       Now, during -- when you subpoenaed records from

9    the Las Vegas casinos, did some of the records include

10   something called "cashing in"?

11        A       Yes.

12        Q       What is cashing in?

13        A       Cashing in would be a term that the casino uses

14   when you receive chips from the casino.  So a cash-in would be

15   you putting money to the casino and then giving you casino

16   chips to be able to play for -- with.

17        Q       And so you give cash to get chips?

18        A       Correct.

19        Q       And did the subpoenaed records indicate how many

20   cash-ins Jose Huizar had during that relevant time period?

21        A       He had no cash-ins.

22        Q       So, in other words, Jose Huizar never put any

23   cash in for any chips he received according to those records?

24        A       That is correct.

25        Q       Do the subpoenaed records also indicate when

1    someone cashes out?

2         A       Yes.

3         Q       And what is cashing out?  What does that mean?

4         A       Cash out would be the reverse process.  You give

08:21AM  5    casino chips and receive cash back.

6         Q       What did the records indicate about cash-outs on

7    behalf -- by Jose Huizar himself?

8         A       Jose Huizar conducted a number of cash-outs in

9    the amount of thousands of dollars.

08:21AM  10        Q       Were there surveillance videos of Jose Huizar

11   cashing out?

12        A       Yes.

13        Q       And is one of those videos marked as Government's

14   Exhibit 414?

08:21AM  15        A       That's correct.

16               MS. PALMER:  Your Honor, at this time the

17   Government -- sorry.

18               May we please bring up 414 and play it.  And if

19   we can pause at the beginning.

08:21AM  20           (The video commenced playing before the jury.)

21        Q       BY MS. PALMER:  Special Agent Civetti, can you

22   please orient the jury about the -- what they're seeing on the

23   screen here?

24        A       So this is four different camera angles all

08:22AM  25   occurring at the same time.  So what we're looking at in the

1    top left is a camera that looks at the cash-out cage which is

2    where you would actually do those cash-ins and cash-outs.  The

3    frame to the right of that would be a camera within the cage.

4    In the bottom would be two aerial shots within the cage.

08:22AM    5         MS. PALMER:  If we can go ahead and play that

6    video to the end, please.

7         (The video commenced playing before the jury.)

8         Q    BY MS. PALMER:  Special Agent Civetti, what did

9    you observe in this clip?

08:23AM   10         A    At the beginning of the clip an individual who

11   is -- I have been able to identify as Council Member

12   Jose Huizar approaches the cage.  He then provides two yellow

13   casino chips which, based on my investigation, I understand at

14   the Cosmopolitan to each represent $1,000.  The cashier then

08:23AM   15   takes cash and actually counts out the $2,000, 1,000 per chip,

16   and then provides the $2,000 cash to Council Member Huizar

17   before he walks away.

18        Q    Were you able to observe the denomination that

19   the cashier cashed out?

08:23AM   20        A    I can't tell from the camera if they're $100

21   bills.  I have slowed the video and counted them.  There are

22   ten bills -- two sets of ten bills, $2,000.

23        Q    Did you observe similar video clips of

24   Jose Huizar cashing out chips besides Exhibit 414?

08:24AM   25        A    That's correct.

1          Q       How many?

2          A       A number of videos.  I don't know the number

3     off --

4          Q       And George Esparza as well?

08:24AM   5          A       Yes.  That's correct.

6          Q       And based upon your observations of Jose Huizar

7     receiving chips from Chairman Huang, not cashing in himself,

8     and evidence that Huizar cashed out chips, did you take further

9     steps?

08:24AM   10         A       Yes.  The FBI then subpoenaed bank records

11    related to Jose Huizar.

12         Q       What were you specifically looking for when you

13    requested additional bank records?

14         A       We wanted to see whether the cash that

08:24AM   15    Jose Huizar was cashing out was then being deposited into his

16    bank accounts or not.

17         Q       What did you observe?

18         A       There were no cash deposits into Jose Huizar's

19    accounts.

08:25AM   20         Q       And was this relevant to your investigation?

21         A       Yes.  It's relevant because the absence of those

22    cash deposits, having viewed these cash-outs occur, is a --

23    part of the investigation which we would consider an act of

24    concealment, the fact that the cash was not being deposited

08:25AM   25    into his own account.  Not only did it appear that Jose Huizar

1    did not want that cash to be tracked, but the source of that

2    cash seemed to be trying to be hidden, the source being from

3    Chairman Huang.

4         Q    And in a public corruption investigation, why is

08:25AM  5    the source of concealed money relevant to the FBI?

6         A    As we described yesterday, we're investigating

7    benefits being provided by developers, specifically to public

8    officials.  So the -- having reviewed surveillance footage of

9    Jose Huizar receiving cash from a developer and then it being

08:26AM  10   not in his bank accounts, that would be something that we're

11   looking into further given that that same developer had

12   properties and projects before in the council member's

13   district.

14        Q    Based off those concerns, did you take additional

08:26AM  15   steps in the investigation?

16        A    Yes.  Because we did not see cash deposits in

17   Jose Huizar's accounts, we then subpoenaed bank records for

18   family members related to Jose Huizar.

19        Q    And then did you analyze those bank records?

08:26AM  20        A    Yes.  We analyzed those records and found that

21   there were cash deposits being made into Jose Huizar's

22   brother's account, his mother's account, and his wife's account

23   shortly after trips that Jose Huizar attended with

24   Chairman Huang in Las Vegas.

08:26AM  25        Q    And you said his wife, his mother, and his

1    brother.  Were those bank accounts for Richelle Rios?  Is that

2    his wife?

3         A       That is his wife.  That is correct.

4         Q       Isidra Huizar, his mother?

08:27AM  5         A       That is correct.

6         Q       And Salvador Huizar, his brother?

7         A       That is correct.

8         Q       And those you obtained from a subpoena from the

9    court?

08:27AM  10        A       Yes.  And served on the bank.

11        Q       And in preparation for trial, did you compile

12   selected excerpts of those subpoenaed records?

13        A       That's correct.

14        Q       And are those previously admitted Exhibits 222

08:27AM  15   through 225?

16        A       Yes.

17        Q       And after you reviewed those financial records,

18   did you prepare certain charts summarizing the information that

19   was contained in the financial records?

08:27AM  20        A       That is correct.

21        Q       Is one of those summary charts Government's

22   Exhibit 909?

23        A       That's correct.

24                MS. PALMER:  May we please publish that briefly.

08:27AM  25        Q       If we can just look at the header there, what is

1   the title of this summary chart?

2        A     Huizar -- "Huizar Family Money Flow Summary

3   Chart."

4        Q     And based upon your review of these financial

08:28AM  5   records and the casino records, did you also create a timeline

6   of events?

7        A     That's correct.

8        Q     Is that timeline at Exhibit 910?

9        A     Correct.  The chart was 909, and the timeline is

08:28AM  10   910.

11           MS. PALMER:  At this time, Your Honor, the

12   Government moves to admit Exhibits 909 and 910 which have

13   previously been stipulated to.

14           THE COURT:  All right.  They will be admitted

08:28AM  15   without objection.

16           MS. PALMER:  Thank you, Your Honor.

17       (Marked for identification and received

18        into evidence Exhibit Nos. 909 and 910.)

19           MS. PALMER:  Publishing Exhibit 910, please.  For

08:29AM  20   Exhibit 910, if we can go to page 2, please.

21        Q     Agent Civetti, what do we see here?  What is

22   depicted on this chart?

23        A     This is a timeline starting January of 2014, and

24   the first entry marked by the casino chip represents one of the

08:29AM  25   trips that Jose Huizar attended with Chairman Huang.  The

1    specific trip was at the Wynn casino from December 30, 2013,

2    through January 2nd of 2014.

3         Q       And then the green triangle to the right of it,

4    what is that?

08:29AM  5    A       The green triangles on this timeline represent

6    deposits being made by family members of Jose Huizar.  This one

7    specifically is Isidra Huizar depositing $15,000 of cash.

8         Q       So approximately four days after Jose Huizar

9    returned from Las Vegas, his mother deposited $15,000 cash in

08:30AM  10   her bank account?

11        A       That's correct.

12        MS. PALMER:  If we can scroll to the next.

13        Q       And this same day, did a few other events occur?

14        A       Yes.

08:30AM  15        Q       And what were those?

16        A       One day before, Isidra wrote a $15,000 check to

17   Jose Huizar himself.  And the same day that she deposited the

18   $15,000 in cash, Jose Huizar's brother wrote a $15,000 check to

19   Jose Huizar.

08:30AM  20        Q       Going to the next page, please, did you see a

21   similar pattern on the trip for August 22nd through 25th?

22        A       Yes.  After the trip there was a $15,000 check

23   written from Jose Huizar to his brother.

24        MS. PALMER:  And if we can go to page 8, please.

08:31AM  25        Q       Can you describe what we're seeing here?

1    A       This is another casino trip.  This would be March

2    of 2015.  Following that trip just about a week later, his

3    mother Isidra deposits $10,000 of cash, and a couple weeks

4    after that, there is another $2,300 of cash deposited.

08:31AM   5    Q       And in addition to cash being deposited and

6    checks being written, did you see family members also making

7    payments to certain of Jose Huizar's bills?

8    A       That's correct.

9    Q       And did that include to Jose Huizar's bank

08:31AM  10    account at East West Bank?

11    A       Yes.

12    Q       Did that relate to the loan that we talked about

13    yesterday to settle the sexual harassment lawsuit?

14    A       That is correct.

08:31AM  15    MS. PALMER:  Now, if we could go to page 9.

16    Q       And looking at the April 21st, 2015, entry, what

17    is that?

18    A       This entry represents Jose Huizar's mother

19    writing a check to East West Bank in the amount of $4,272.

08:32AM  20    Q       And that specifically is for the loan that we

21    were talking about that settled the sexual harassment lawsuit?

22    A       That is correct.

23    Q       And then what is the April 23rd, 2015, entry?

24    A       This entry is Isidra Huizar then paying Huizar's

08:32AM  25    credit cards in an amount of $8,000.

1          MS. PALMER:  Now, if we can just kind of scroll

2    through.  Okay.  That's good.

3          Q       And looking at this, is this sort of some of the

4    similar patterns of visits to Vegas and then large amounts of

08:32AM  5    cash and payments to Jose Huizar's various bills and credit

6    cards?

7          A       Yes.  That pattern continued.

8          Q       And based upon your review of Isidra and

9    Salvador Huizar's records, were you able to find an explanation

08:33AM  10   of a legitimate source of this cash?

11         A       No.  I understood Isidra was retired, and the

12   only income I saw going into her accounts was a pension and

13   Social Security.  And I understood Salvador Huizar to be

14   employed by the County of Los Angeles and receive a regular

08:33AM  15   salary.  I wasn't aware of any other sources of income that

16   either of them received.

17         MS. PALMER:  And if we can go to page 11, please.

18         Q       Does this show a similar pattern?

19         A       That's correct.

08:33AM  20         Q       And page 12.  How would you describe the overall

21   pattern that you observed?

22         A       The overall pattern can be characterized as a

23   Vegas trip occurring, and then shortly thereafter, deposits

24   being made by Isidra or Salvador and then debt that --

08:34AM  25   Jose Huizar's debt being paid off by his family members.

1          MS. PALMER:  If we can go now to Exhibit 909,

2     please.

3          Q     And is this the summary chart that you prepared

4     summarizing the flow of money between family members?

08:34AM   5          A     Yes.  This chart was based on my review of all

6     the records from 2013 through I believe 2018.

7          Q     Can you explain to the jury what the four columns

8     are here?

9          A     Column one, date, would be the date of the

08:34AM   10    transaction.  The second column, event, would be a description

11    of what happens, if it's a deposit or if there's a debt being

12    paid.  The third column was the amount of the deposit, and the

13    fourth column was the amount if there was a payment.

14         Q     And so is this table a more detailed summary or

08:35AM   15    kind of summarizing in a different form than the previous

16    timeline?

17         A     Yes.  This table represents all of the review of

18    the bank records.  The casino trips are not on this chart.

19         MS. PALMER:  And if we can just scroll down

08:35AM   20    through the pages one-by-one.

21         Q     So there were approximately five-and-a-half pages

22    of various deposits and withdrawals and payments relating to

23    Jose Huizar's family members; is that right?

24         A     That's correct.  This chart included the deposits

08:35AM   25    being made by Isidra Huizar, Salvador Huizar, and there was

1    also cash deposits being made by Richelle Rios, his wife, that

2    I observed.  And then the payments being made were to his

3    credit cards, his East West Bank loan, to him himself as well.

4         Q       And looking at the total amounts of deposits and

08:36AM  5    payments, what were those?

6         A       The total amount deposited was $201,600, and the

7    amount of payments going to Jose Huizar's debts or to himself

8    was $287,339.

9         Q       And was this analysis relevant to your

08:36AM  10   investigation?

11        A       Yes.

12        Q       Why?

13        A       It was relevant given the subpoenaed records we

14   had viewed from Las Vegas and those cash-outs, understanding

08:36AM  15   that this cash was being provided by developer Wei Huang who

16   had properties in Jose Huizar's district, the fact that

17   Jose Huizar was concealing the source of those payments, and

18   concealing those payments actually in his accounts was

19   something that was of significance to our investigation.

08:36AM  20        Q       Did you also review communications between

21   Jose Huizar and his family members during this time period?

22        A       Yes, I did.

23        Q       With whom?

24        A       I reviewed wire calls between Jose Huizar and his

08:37AM  25   mother Isidra Huizar.

1        Q        And based upon your review of these

2    communications and records, did you expand your investigation

3    to additional crimes?

4        A        That's correct.  We were also investigating money

08:37AM    5    laundering.

6        Q        And during those communications, what did Huizar

7    say, if anything, to Isidra regarding what he had for her?

8        A        He was telling Isidra that he had cash for her.

9        Q        And what did she -- what did he ask for in

08:37AM   10    return?

11        A        He was asking for checks.

12                MS. PALMER:  Your Honor, may I have one moment,

13    please?

14                THE COURT:  Yes.

08:38AM   15                MS. PALMER:  If we can pull up Exhibit 910 again,

16    please.  If we can scroll to page 12.  Then go to 13, please.

17        Q        There are a few entries on page 12 relating to

18    George Esparza.  Obviously we talked about the family members.

19    Can you describe what those entries are?

08:38AM   20        A        These three entries are entries related to

21    George Esparza exchanging Australia dollars into U.S. dollars

22    on behalf of Jose Huizar.

23        Q        And based upon your investigation, where did that

24    money come from?

08:39AM   25        A        On January 1st, 2016, through, I believe,

January 10, 2016, Jose Huizar and George Esparza took a trip to
Australia with Chairman Huang and Ricky Zheng.

Q       And did you review communications between
George Esparza and Jose Huizar relating to this cash?

A       That's correct.

Q       Did Jose Huizar direct George Esparza to exchange
that cash for him?

A       Yes.  He was directing Esparza to exchange the
cash in amounts that are less than $10,000.

Q       And was that from -- was that Australian
currency?

A       That's correct.

Q       And it was brought from Australia to the
United States?

A       That's correct.

MS. PALMER:  Okay.  That's all for that one.
Thank you.

Q       Special Agent Civetti, did the defendant
Raymond Chan attend any of the trips to Las Vegas that Huizar
attended with Wei Huang?

A       He did not.

MS. PALMER:  If we can publish Exhibit 364L that
has previously been admitted and zooming in on the first
message.

Q       Is this a message from Raymond Chan to

1    Jose Huizar?

2          A       That is correct.

3          Q       Can you please read it?

4          A       "Good morning, sir.  I hope things are going good

08:40AM  5    in Vegas and your family is enjoying the trip."

6                  MS. PALMER:  And if we can pull up 364O which

7    previously has been admitted.

8          Q       Looking at the third message from the defendant

9    Raymond Chan, can you please read that?

08:40AM  10         A       "No problem, sir.  I'll tell the Chairman.  I'll

11   confirm the Vegas trip with him and report back to you.  Have a

12   great evening."

13                 MS. PALMER:  If we can pull up Exhibit 364Q,

14   page 2, which has previously been admitted.  If we can look at

08:41AM  15   the fourth message.

16         Q       Can you please read that?

17         A       "Good morning, sir.  I hope you did well in

18   Las Vegas.  Do you have a good time to talk?"

19         Q       In addition to these messages, have you reviewed

08:41AM  20   all available messages that the FBI seized between the

21   defendant Raymond Chan and Jose Huizar?

22         A       I have.

23         Q       In your review of those messages, have you found

24   any message in which the defendant instructs Jose Huizar not to

08:41AM  25   go to Vegas?

1      A      There are no messages that the defendant

2  instructs him not to go.

3      Q      Are there any messages in which the defendant

4  warns Jose Huizar against going to Vegas?

08:42AM  5      A      No.  There are no such messages.

6      Q      And in any of those messages, does he discourage

7  Huizar in any way from going to Vegas?

8      A      He does not.

9      Q      Same question with respect to e-mail

08:42AM  10  communications.  Anything like that?

11      A      I have not seen any e-mails that suggest not to

12  go to Vegas.

13      Q      And any phone calls that you intercepted on

14  wiretap?

08:42AM  15      A      No.

16      Q      Now, I'd like to go back to the timeline for the

17  L.A. Grand Hotel.  Can you remind the jury, the

18  L.A. Grand Hotel, is that the hotel in downtown that

19  Chairman Wei Huang was developing?

08:42AM  20      A      That's correct.

21      Q      And did you create a timeline for 2016 using the

22  method that you described relating to prior timelines?

23      A      That's correct.

24              MS. PALMER:  Your Honor, at this time the

08:42AM  25  Government moves to admit stipulated Exhibit No. 925.

1          THE COURT:  All right.  It will be received

2    without objection.

3               (Marked for identification and received

4               into evidence Exhibit No. 925.)

08:43AM    5          MS. PALMER:  If we can look at the first page,

6    please.  And if we can go to the second page.

7          Q    Special Agent Civetti, what are the items --

8    there's items below and items above, and in this chart, how are

9    those separated out?

08:43AM   10          A    The items below are going to be events related to

11   the project, the L.A. Grand Hotel, and the items above are

12   benefits being received by Jose Huizar.

13          Q    And looking at those three, are those three text

14   messages?

08:43AM   15          A    They are either text messages or e-mail

16   communications.

17          Q    Okay.  And so March 1st, March 10th, and

18   March 18th, those reflect communications relating to Shen Zhen

19   New World; is that correct?

08:43AM   20          A    Shen Zhen New World and specifically related to

21   the redevelopment of the L.A. Grand Hotel.

22          MS. PALMER:  Let's pull up the first one.  If we

23   can look at Exhibit 372C, please, at page 1.  Zooming in on the

24   second message.

08:44AM   25          Q    Is this a text message exchange between

1    Ricky Zheng and George Esparza?

2          A      That's correct.

3          Q      And it's on March 1st, 2016?

4          A      Yes.

08:44AM  5          Q      And can you please read what Mr. Zheng said?

6          A      "Can you call me?  Chairman wanna go to Jose

7    office tomorrow with his friend."

8          Q      And did you understand that to be Chairman Huang?

9          A      That's correct.

08:44AM 10          Q      And "by Jose office," what did you understand

11   that to mean based upon your review of these text messages?

12          A      His city hall office located in downtown

13   Los Angeles.

14          Q      Jose Huizar's city hall office?

08:44AM 15          A      That's correct.

16                 MS. PALMER:  If we can go to Exhibit 344, please.

17          Q      Looking at the bottom text -- I mean, the bottom

18   e-mail, who is this e-mail from?

19          A      Chairman Wei Huang.

08:45AM 20          Q      And who is it to?

21          A      Ricky Zheng's personal e-mail.

22          Q      And can you -- and what is this generally about?

23          A      It's generally about the Downtown Hotel Land Use

24   Planning.

08:45AM 25                 MS. PALMER:  And if we can zoom out, please.

1       Q       Just as a reminder, the Downtown Hotel is another

2   name that people use to describe the L.A. Grand Hotel?

3       A       That's correct.

4               MS. PALMER:  If we could zoom back out.  Sorry.

08:45AM  5   If we can do the top, please.

6       Q       Who is Alan Xiao?

7       A       He is a consultant or designer.

8       Q       So he is responding and corresponding about the

9   Downtown Hotel?

08:46AM  10      A       That's correct.  And the Downtown Hotel project.

11              MS. PALMER:  If we can zoom back out.  If we can

12  go to page -- Exhibit 345 at page 1, please.

13      Q       Zooming out on the top message, this is from

14  Jeffrey DiMarzio.  I believe yesterday you said

08:46AM  15  Jeffrey DiMarzio was one of the architects on the project; is

16  that correct?

17      A       That's correct.

18      Q       And it's to Victor Lee and copying Satoru Kato.

19  Was Satoru Kato another of the architects?

08:47AM  20      A       Yes.  He is Mr. DiMarzio's partner.

21      Q       What is the subject line?

22      A       "Status for the new design."

23      Q       If we can just highlight the last sentence and

24  read it, please.

08:47AM  25      A       "If Mr. Xiang can approve the agreement quickly,

1    we can get started next week on both research and planning and

2    also touch base with Ray Chan."

3        Q      What did you understand the status for the new

4    design to refer to?

08:47AM  5        A      The L.A. Grand Hotel.

6        Q      And touching base with Raymond Chan, at this time

7    was Raymond Chan working in the City?

8        A      Yes.  At this time he was still the general

9    manager of Building and Safety.

08:47AM 10        Q      And so the architects and other consultants that

11   work on a project, are those sometimes referred to as a project

12   team?

13        A      That's correct.

14        Q      And why was this e-mail relevant to you?

08:48AM 15        A      This e-mail is relevant because this is a

16   correspondence within the project team about a new design and

17   it's referencing reaching out to a public official,

18   Raymond Chan, who we were investigating relating to the

19   relationship with Wei Huang and Jose Huizar.

08:48AM 20              MS. PALMER:  If we can look at Exhibit 925,

21   page 2, please, going back to the timeline.  And if we can go

22   to the next page, please.

23        Q      What do we see here?

24        A      This entry, the green hexagon, is a radar screen

08:48AM 25   entry of Defendant Chan.

1          MS. PALMER:  And if we can pull up that radar

2    screen, previously admitted Exhibit 43A.

3          Q      As a reminder, these radar screens were authored

4    by Raymond Chan or his son Jeremy Chan; is that right?

08:49AM   5          A      Yes.  I believe Raymond Chan kept these radar

6    screens, and these were seized from his Google Drive and/or

7    e-mail accounts.

8          Q      And the date is in the right corner?

9          A      That's correct.  March 26, 2016.

08:49AM   10         Q      And what was relevant to you about this

11   particular radar screen?

12         A      On some of the subsequent pages, there were

13   entries related to the DT Hotel.

14         MS. PALMER:  And if we can go to page 3 and look

08:49AM   15   at a category that says "Huang" kind of middle.

16         Q      Is that one of the categories that you're talking

17   about?

18         A      Yes.  This category, which is referred on

19   different radar screens as different ways, sometimes Huang,

08:49AM   20   sometimes DT Hotel, it's my understanding they both relate to

21   Chairman Wei Huang of Shen Zhen New World and L.A. Grand.

22         Q      Were you able to identify it based upon, for

23   example, the building numbers, the kind of complex numbers

24   being the same and consistent throughout?

08:50AM   25         A      Yes.

1     Q    And those are numbers that relate to the

2  L.A. Grand Hotel development; is that correct?

3     A    That's correct.  In this case, the Kato's design

4  being the Satoru Kato that we saw on that e-mail related to the

08:50AM  5  new design of hotel.

6     Q    And then under "district," there's an entry that

7  says, "TT Huang" after PLUM about J.H.'s contribution.  Did you

8  understand from reviewing these screens what TT meant?

9     A    Talked to.

08:50AM  10     Q    And what J.H. meant?

11     A    Jose Huizar.

12     Q    And so this is saying, talked to Chairman Huang

13  after PLUM about Jose Huizar's contribution.

14          Is that right?

08:50AM  15     A    That's correct.

16     Q    And now to the right of that, there's an entry

17  that says, "Payment now and collapse loan."  Why was that

18  relevant to your investigation?

19     A    This was significant because this was a radar

08:51AM  20  screen of the defendant.  At this time I wasn't aware of any

21  loans associated with Wei Huang and Jose Huizar that would need

22  to be talked to Jose Huizar about other than the loan

23  associated with the sexual harassment lawsuit.  And this was

24  being documented on the defendant 's radar screen.

08:51AM  25         MS. PALMER:  If we can return to the timeline,

```
 1    Exhibit 925, at page 4, please.

 2         Q      Are we seeing an additional radar screen and then

 3    a project meeting that involves Defendant Chan and Shen Zhen

 4    New World?

 5         A      Yes.  The radar screens would be updated to

 6    include additional information.  So at times I included those

 7    radar screens on the timeline because there were additional

 8    events being added such as documents collected or additional

 9    entries with Jose Huizar.  And then the purple triangles

10    represent meetings that occur.

11               MS. PALMER:  If we can go to that radar screen,

12    Exhibit 43B, and go to the first page first.

13         Q      And the date there is May 1st, 2016, in the

14    right-hand corner?

15         A      That's correct.

16               MS. PALMER:  And if we can go to page 3 and zoom

17    in on the "Huang" category.

18         Q      Again, does this reflect meeting with J.H. and

19    you understood that to be Jose Huizar?

20         A      That's correct.

21         Q      And "him to discuss payment."  Do you see that?

22         A      Yes.  And there's a date that's been added.

23         Q      And the date is May 6th?

24         A      That's correct.

25         Q      And, then, again, it says, "Collapse loan."
```

1          Is that correct?

2     A     That's correct.

3     Q     And then below that there is also a follow-up

4  item that says "WF documents."  What did you understand WF to

08:53AM   5  mean?

6     A     Wait for.

7     Q     And, again, there's a "TT J.H."  So talked to

8  Jose Huizar?

9     A     Yes.  Wait for documents.  Talked to Jose Huizar.

08:53AM  10     Q     Okay.  And why was this included on your

11  timeline?

12     A     This was significant.  As I said, the additional

13  entries suggest that the -- there's developments happening in

14  that project or changes that are occurring.  Specifically,

08:53AM  15  there's dates of meetings with Jose Huizar and it seems a

16  collection of documents that Raymond Chan is waiting for.

17          MS. PALMER:  And if we can return to the

18  timeline, Exhibit 925 at page 5, please.

19     Q     Just to follow up, on that timeline, did we see

08:54AM  20  that a meeting was mentioned for May 5th or 6th?

21     A     Correct.

22     Q     And then you see a meeting reflected elsewhere in

23  the documents.  You saw it reflected in a different exhibit,

24  Exhibit 347?

08:54AM  25     A     Yes.  That's correct.

1    Q      And now looking at those new entries, are those

2   communications from the defendant -- one is a communication

3   from the defendant regarding information; is that right?

4    A      Yes.  That's a June 1st e-mail involving

08:54AM  5   Raymond Chan and one of his staff members along with the

6   Shen Zhen New World project team.

7           MS. PALMER:  And if we could go to that e-mail,

8   Exhibit 349.

9    Q      Is this the e-mail chain that you were talking

08:55AM  10  about?

11   A      Correct.  This is the e-mail chain with subject

12  "New World hotel property development."

13   Q      And looking at the "from" and "to" and the

14  subject line, is the defendant included as one of the cc's

08:55AM  15  there?

16   A      That's correct.

17   Q      And did you understand New World hotel property

18  development to be referring to the L.A. Grand Hotel property

19  development?

08:55AM  20   A      Yes.  That's correct.

21   Q      And the defendant is, again, copied on this

22  e-mail with the architects and some other folks from the

23  project team?

24   A      The two architects and then a staff member of

08:55AM  25  Raymond Chan, Catherine Gaga.

```
 1              MS. PALMER:  If we can zoom out, please, and go
 2   to the bottom to page 3, please.  Sorry.  Page 2.
 3        Q     And what was -- if we -- sorry.
 4              If we can go down one more, please.  And zoom in
 5   on that.
 6              What is being -- can you read the first paragraph
 7   there?
 8        A     "Thanks to you and Ray for meeting with Satoru
 9   and I last Wednesday.  We have just started some diagram
10   studies on the Downtown Hotel and will share them after we get
11   to a definite configuration."
12        Q     And that's from the architect asking -- thanking
13   Raymond Chan for meeting; is that correct?
14        A     That's correct.
15              MS. PALMER:  If we can go up to page 2 and in the
16   middle message from Catherine.
17        Q     Looking at the last sentence of that paragraph --
18   who is Catherine?
19        A     A staff member for Mr. Chan.
20        Q     And the sentence starting with "Please note that
21   any addition," can you read that?
22        A     "Please note that any addition would require an
23   entitlement process with City Planning."
24        Q     And if an entitlement process is required, would
25   that have to go through PLUM?
```

1     A        That's correct.

2     Q        And also City Council?

3     A        Yes.

4              MS. PALMER:  And if we can go to Exhibit 373A,

08:57AM  5    please.

6     Q        Is this a text message exchange between

7     Virginia Clark and George Esparza?

8     A        Yes.  Virginia Clark was the general manager of

9     the L.A. Grand Hotel and worked for Wei Huang at Shen Zhen

08:58AM  10   New World.

11             MS. PALMER:  And if we can please zoom in on

12    those two messages.

13    Q        Here George Esparza said, "Hi Virginia.  When

14    does the Chairman come back?  I want to make sure we schedule

08:58AM  15   the meeting with Walsh?"

16             What does Virginia Clark respond?

17    A        "Chairman mentioned will be back either in end of

18    June or first part of July."

19    Q        And based upon your review of the documents in

08:58AM  20   this case, did you have an understanding of who Walsh is and

21    what that relates to?

22    A        Yes.  Walsh is Tom Walsh of UNITE HERE!, a labor

23    organization union.

24    Q        And so that was the union issue that Shen Zhen

08:58AM  25   New World was experiencing and asking Jose Huizar for help

1    with?

2         A       I believe there are a number of union issues, but

3    this would be one of them.

4         Q       If we could -- sorry.  Did you say something?

08:59AM   5    Oh.

6                 If we can return to the timeline 925 at page 6,

7    please.

8                 What are the additional entries that we're seeing

9    here?

08:59AM   10         A       On July 24th there's another radar screen and a

11   communication between Ricky Zheng and the architect

12   Satoru Kato.

13        Q       Is that communication relating to them having a

14   meeting with Raymond Chan?

08:59AM   15         A       That's correct.

16        Q       And looking at the July 24th, is there a radar

17   screen that same day?

18        A       Yes.

19                MS. PALMER:  If we can pull up Exhibit 375,

08:59AM   20   please.

21        Q       Is this a text message exchange between the

22   architect and Ricky Zheng?

23        A       These are, I believe, WeChat or WhatsApp

24   communications.

09:00AM   25         Q       And were those extracted in a similar manner to

1   what you have described to the jury earlier about text

2   messages?

3        A      Correct.  These are platforms or applications

4   that were on the phone being utilized.  WhatsApp and WeChat are

09:00AM   5   encrypted messaging applications similar to text messaging.

6   These would be the communications between them.

7        Q      These have a little bit of data and information

8   between.  Is that how the Cellebrite extracted it?

9        A      That's correct.

09:00AM   10        MS. PALMER:  And if we can zoom in on those

11   messages.

12        Q      So looking at the second one, "We are supposed to

13   get together with the Chairman on Thursday to go over the

14   expansion of two hotels, I think."  If we can -- did you

09:00AM   15   understand the Chairman, again, to be Chairman Huang in this

16   context?

17        A      That's correct.

18        MS. PALMER:  And if we can zoom back out.  And

19   going to the last message.

09:01AM   20        Q      Again, is he discussing getting together and

21   talking about upcoming deadlines?

22        A      That's correct.  Based on the context of the

23   messages, Chairman Huang had two hotels he was looking to

24   develop that would go through that city process.

09:01AM   25        MS. PALMER:  If we can go to the second page,

1      please.  Looking at -- zoom in on both of them, please.

2           Q      Is this Ricky Zheng's response?

3           A      Yes.

4           Q      And can you read the two responses?

09:01AM   5           A      "Call me, please.  Chairman wants a conference

6      call with you and Raymond on Monday between 12:00, 12:30.

7      20-minute phone call."

8           Q      And at that time, was the defendant still working

9      at the City?

09:02AM   10          A      Yes.  At this time he had just been appointed as

11     deputy mayor of economic development.

12                 MS. PALMER:  If we can pull up Exhibit 43C,

13     please.

14          Q      Is this the radar screen that was reflected on

09:02AM   15     the timeline?

16          A      Yes.  This is the July 24th, 2016, radar screen.

17     This would be when he is now the deputy mayor.

18                 MS. PALMER:  And can we please go to page 4 of

19     this radar screen.  And if we can zoom in on the part that says

09:02AM   20     "Huang."

21          Q      The entries say, "Must go through CEQA."  What is

22     CEQA, Special Agent Civetti?

23          A      CEQA is the California Environmental Quality Act.

24     It is an act that requires environmental studies for large

09:02AM   25     scale development projects, and an environmental impact report

1    would need to be prepared and go through CEQA or meet CEQA

2    guidance.

3         Q      And use development agreement for TFAR, generally

4    what is TFAR?

09:03AM  5    A      TFAR is a transfer of rights to be able to build

6    larger than what is previously allowed for that particular

7    property.

8         Q      And for both of those processes, would they be

9    required to go through PLUM to get entitlements?

09:03AM 10    A      Yes.

11        Q      And looking at the bottom entry, is the defendant

12   noting "Meet with J.H. on August 1st"?

13        A      That's correct.

14        Q      And "Meet with Huang and J.H.," Jose Huizar, "on

09:03AM 15   August 4th"?

16        A      That's correct.

17             MS. PALMER:  If we can return to the timeline,

18   Exhibit 925 at page 7.

19        Q      What are the new entries here?

09:03AM 20    A      These new entries are six casino trips that

21   Jose Huizar attended with Chairman Huang at the same time that

22   the development process was underway for the L.A. Grand Hotel.

23             MS. PALMER:  And if we can scroll to page 8,

24   please, and go to page 9.

09:04AM 25        Q      So what are these new entries?

1    A       The purple triangle is a meeting that occurred

2    with Defendant Chan and Councilman Huizar as well as the

3    Shen Zhen New World team.  This is the August 4th reference on

4    that radar screen.  In addition, there was communications with

09:04AM  5    Defendant Chan and a member of the Planning Department

6    Kevin Keller.

7             MS. PALMER:  And if we could go to Exhibit 352,

8    please.

9        Q   Can you describe what this is?

09:05AM  10   A       This is a document I received from Shawn Kuk,

11   Jose Huizar's planning director.  This would be a brief that he

12   regularly kept to document projects and would brief the council

13   member on meetings he was going to regarding projects.  This

14   would be what I would call a Kuk project brief.

09:05AM  15   Q   And the title of this?

16   A       "Meeting with Ray Chan and Planning regarding

17   L.A. Downtown Hotel."

18   Q       So this is a meeting with the defendant, and

19   Planning refers to the Planning Department or someone from the

09:05AM  20   Planning Department; is that correct?

21   A       That's correct.

22   Q       And that's regarding the L.A. Grand Hotel; right?

23   A       Yes.  Chairman Huang's hotel.

24   Q       And then if you could just read the text of the

09:05AM  25   first two sentences.

1        A        "You have requested this meeting with Ray Chan

2   and Vince Bertoni to discuss the L.A. Downtown Hotel."

3                 Keep going?

4        Q        Yes, please.

09:06AM   5     A        "Ray Chan and Kevin Keller in Vince Bertoni's

6   place have confirmed for this meeting.  Staff has not been

7   informed as to the specific points of discussion for the

8   meeting."

9        Q        And so when it says "you," you said Shawn Kuk

09:06AM  10   works for Jose Huizar; is that correct?

11       A        That's correct.

12       Q        And who is Kevin Keller?

13       A        Kevin Keller was a Planning official.

14       Q        And at this time -- is that on the right,

09:06AM  15   Exhibit 1 at page 17, a photograph of Shawn Kuk?

16       A        Yes.  That is Shawn Kuk, Jose Huizar's planning

17   director.

18       Q        Planning deputy?

19       A        Correct.

09:06AM  20       Q        At this time was Ray's position deputy mayor?  Is

21   that correct?

22       A        That's correct.

23                 MS. PALMER:  If we can go to Exhibit 379.  If we

24   can zoom in on the top message, please.

09:07AM  25       Q        Is this a message from Kevin Keller to

1    Raymond Chan, and does it relate to the entitlement meeting

2    with the project team?

3         A    Yes.  This is an e-mail, Kevin Keller from his

4    City account to Raymond Chan's City account and the subject

09:07AM   5    "Following up on Bunker Hill project," which I understood to be

6    the L.A. Grand Hotel.

7         Q    Lots of names for the same project; right?

8         A    That's correct.

9         MS. PALMER:  If we can zoom back out and go down

09:07AM   10   to the message at the bottom from Raymond Chan.  Yes.

11        Q    Is this from Raymond Chan's L.A. City account

12   sent on August 5th, 2016?

13        A    That's correct.

14        Q    He sends it to Kevin Keller along with other

09:08AM   15   folks; is that right?

16        A    Yes.  That's correct.

17        Q    And, again, Kevin Keller was with the

18   Planning Department at this time?

19        A    Yes.

09:08AM   20        Q    Can you just read the text there?

21        A    "Hi, guys.  Let's sit tight and wait for them to

22   approach us.  CD-14 may want to take the lead on this one.

23   Thank you for your enthusiasm, though."

24        Q    And as deputy mayor, did Raymond Chan have

09:08AM   25   oversight over the Planning Department?

1        A       That's correct.

2                MS. PALMER:  Now, if we can go to Exhibit 358,

3    page 1, please.   Sorry.   If we can go back to Exhibit 925 at

4    page 9, please.   And then do one additional.   Okay.

09:09AM    5        Q       And so what does this depict,

6    Special Agent Civetti?

7        A       This is a Las Vegas trip that Jose Huizar

8    attended with Wei Huang the day after that meeting regarding

9    the L.A. Grand Hotel.

09:09AM    10               MS. PALMER:  And then if we can go to page 11,

11    please.

12        Q       And pulling up -- and so that trip ended on the

13    7th.  So the entry on August 8th would be the day after

14    returning from the Vegas trip; is that correct?

09:09AM    15        A       That's correct.

16        Q       And was George Esparza on that Vegas trip?

17        A       He was.

18                MS. PALMER:  And if we can go to Exhibit 358,

19    page 1, please.  And looking at the bottom message from --

09:10AM    20    starting -- yeah.

21        Q       Is this from Shawn Kuk from his official City

22    account to George Esparza at his official City account?

23        A       That's correct.

24        Q       And what do you understand -- have you looked

09:10AM    25    into those persons and parties listed and what those are?

1          A       Yes.  I understand these to be consultants and

2     land use development firms.

3                  MS. PALMER:  And if we could go -- zoom out.  And

4     then go to the top fourth of the page.

09:10AM   5          Q       And is the subject of the e-mail here "List of

6     land use consultants"?

7          A       That's correct.

8          Q       And what do you understand a land use consultant

9     to be?

09:10AM  10          A       Land use consultants are typically hired by

11     developers to assist in moving through the development process.

12     So the consultants would be helping to prepare the

13     applications, the EIRs, the necessary paperwork and

14     applications for the City entitlement process.

09:11AM  15          Q       And now George Esparza is sending this e-mail

16     from his personal e-mail account; is that right?

17          A       That's correct.

18          Q       But below he received it on his official e-mail

19     account; is that right?

09:11AM  20          A       Yes.  His City account.

21          Q       And then he's sending it to Jose Huizar's

22     personal e-mail account as well?

23          A       Yes.

24          Q       Now, if we could just read the text of that

09:11AM  25     e-mail, please.

```
 1        A       "Hi, boss.  Here is the list of land use
 2   consultants per Shawn's past recommendations.  Chairman would
 3   like us to schedule interviews on Monday."
 4                MS. PALMER:  If we can return to the timeline,
 5   Exhibit 925 at page 11, please.
 6        Q       What is the entry that we see at the bottom
 7   there?
 8        A       This is a -- I believe a text message
 9   communication from August 16, 2016, between George Esparza and
10   Wei Huang's assistant Ricky Zheng.
11                MS. PALMER:  If we can pull up Exhibit 372J,
12   please, and zoom in on the two messages.
13        Q       And are these two messages from George Esparza to
14   Ricky Zheng?
15        A       That's correct.
16        Q       And can you read the first, please.
17        A       "Jose says if we can please do phone conference
18   on Thursday with the Chairman."
19        Q       And then can you read the next one?
20        A       "He will have the recommendations for him on
21   Thursday."
22        Q       And based upon the timing, did you understand
23   recommendations to mean that list of land use consultants?
24        A       That's correct.
25                MS. PALMER:  If we can go back to the timeline at
```

1  925-12, please.

2      Q    Now, this entry October 18th through 20th is

3  identified as "Huizar re letter request."  What is that?

4      A    This is a chain of e-mails involving Jose Huizar

09:13AM  5  and a request from Chairman Huang for an official letter from

6  Jose Huizar.

7      MS. PALMER:  If we can look at that document,

8  please, 356.  And if we can scroll through it slowly.

9      Q    Special Agent Civetti, is this mostly in the

09:13AM  10  Chinese language?

11      A    There were either two documents or one document

12  with two pages, a Chinese letter as well as the English

13  translation.

14      Q    And are -- are there two names that are in

09:13AM  15  English at the top there, Jose Huizar and Raymond Chan?

16      A    That's correct.

17      Q    And then there's also the project, the

18  333 South Figueroa Street.

19      A    That's correct.  That is what is known to be the

09:14AM  20  L.A. Grand Hotel.

21      MS. PALMER:  Okay.  If we can go to page 3.

22      Q    Does this represent a translation of that

23  document?

24      A    Yes.  This was the translation that was actually

09:14AM  25  provided in the e-mail.  The e-mail itself at the top was a

1    translation box because portions of the e-mail were in Chinese

2    that the FBI got translated.  But this particular English

3    translation was an English translation that was actually

4    attached to the e-mail.

09:14AM 5        Q      So it was provided by Wei Huang when he

6    transmitted the e-mail.

7        A      That's correct.

8        Q      And can you please read the first sentence.

9        A      "Dear Mr. Huang Wei.  Your application for the

09:14AM 10   Los Angeles highest building project, hereunder refers as the

11   project, which is invested by your company and located in

12   333 South Figueroa Street, Los Angeles, California 90071 has

13   been principally agreed in the special seminar chaired by

14   Jose Huizar, Los Angeles City Council Member, 14th District and

09:15AM 15   attended by Raymond Chan, General Manager, Los Angeles

16   Department of Building and Safety Economic Development, Deputy

17   Mayor of Los Angeles, Secretary for Planning and Construction

18   Housing and Urban Development Department and other related

19   department."

09:15AM 20       Q      And if we could -- and does it reference that

21   Mr. Huang has to attend a hearing?

22       A      That's correct.

23       Q      And does it say that that hearing is on

24   October 28th?

09:15AM 25       A      Yes.

1          MS. PALMER:  And if we can go to the last page,
2     please.
3          Q     And is this -- is George Esparza's e-mail
4     referenced there?
09:16AM   5          A     Yes.  His City account.
6          Q     And this was drafted to be from Jose Huizar; is
7     that correct?
8          A     That's correct.
9          MS. PALMER:  And if we could go up to the first
09:16AM   10    page, please.  356, page 1.
11         Q     And if we look at the transmission on the first
12    page, the one below, who is that from and to?
13         A     It's from a Shen Zhen New World employee to
14    Ricky Zheng and Chairman Huang.
09:16AM   15         Q     And can you read the first sentence of that,
16    please?
17         A     "The attached letter in Chinese was prepared
18    based on the Chairman's dictation and has been reviewed and
19    approved by the Chairman."
09:17AM   20         Q     And going to the first e-mail there at the top,
21    is Ricky Zheng then forwarding this letter to Jose Huizar?
22         A     That's correct.
23         Q     And did you look to see if that was an actual
24    hearing date?  Did you search open source records?
09:17AM   25         A     I am not aware of any hearing scheduled or

1    attending for October 28th.

2         Q    And was this the day -- did this relate to any

3    Las Vegas trips?

4         A    This was after the August trip that happened the

09:17AM  5    day after the meeting that occurred at city hall with the

6    project team.

7         Q    And this is to Jose Huizar's personal address --

8    e-mail account.

9         A    That's correct.

09:17AM  10        Q    Special Agent Civetti, I wanted to ask you about,

11   when you extract e-mails, do you extract them from the phones

12   themselves?

13        A    No.

14        Q    Can you explain how that works?

09:18AM  15        A    So the e-mails we have obtained in the

16   investigation were pursuant to the search warrants we

17   described.  When we do phone extractions, it's my

18   understanding, when we extract the e-mails, even though someone

19   may have an e-mail application on their device, we actually

09:18AM  20   don't get the e-mails with that extraction because we're only

21   extracting what's stored locally on the phone.  And e-mails,

22   it's my understanding, are not stored locally but with the

23   provider's server.  That's why we have to do a search warrant

24   to the provider.

09:18AM  25             MS. PALMER:  Now, if we could bring up

1    Exhibit 358 on the left and 359 on the right.

2         Q       So 358 is an e-mail that we looked at earlier,

3    and it was sent soon after the trip to Las Vegas; correct?

4         A       The day after.

09:19AM    5    Q       The day after.

6                 And then looking at the e-mail on the right and

7    focusing on the bottom portion from Jose Huizar, is this an

8    e-mail from Jose Huizar's personal e-mail account to

9    Ricky Zheng?

09:19AM   10    A       That's correct.

11        Q       And is the title "Land use consultants"?

12        A       Yes.

13        Q       And can you read the first sentence?

14        A       "Here are some land use consultants that can help

09:20AM   15   with the project.  These are consultants that I have seen do

16   some of the bigger projects downtown."

17                MS. PALMER:  Can we zoom back out?

18        Q       Looking at the list that Jose Huizar sent to

19   Ricky Zheng, does that include some but not all of the persons

09:20AM   20   that Shawn Kuk sent to George Esparza?

21        A       Yes.  These three are all included on that list.

22        Q       Was that list then forwarded by Ricky Zheng to

23   Chairman Huang?

24        A       Chairman Huang and Virginia Clark, the general

09:20AM   25   manager of the L.A. Grand Hotel.

1        MS. PALMER:  If we can zoom up on the top.

2    Q        Is that where you see it being -- on the right

3  being forwarded?

4    A        That's correct.  On December 19, 2016, from

09:20AM  5  Ricky's Gmail account -- Google account.

6        MS. PALMER:  If we can go to Exhibit 925 at

7  page 13, please.

8    Q        What is the entry on the bottom right?

9    A        The bottom right is a voice message that

09:21AM  10  Virginia Clark left for George Esparza.  His voice message was

11  on the extraction of George Esparza's phone.

12        MS. PALMER:  And if we can go to 380, please.  We

13  can come back to that.

14    Q        Have you reviewed this exhibit?

09:21AM  15    A        I have.

16    Q        And for certain of the Government's exhibits

17  where it was recorded in English, did you help prepare

18  demonstratives that show who the speakers are?

19    A        Yes.  I listened to the English recordings,

09:22AM  20  completed a transcript -- completed a transcript, and then

21  reviewed that transcript a number of times for the accuracy of

22  it.

23    Q        And then do you understand that -- can you

24  explain what we're seeing here on the screen?

09:22AM  25    A        On the screen is a synched version of that

recording along with the transcript.  Specifically, this is Virginia Clark's photo.  She is the speaker.  So as the transcript scrolls, it highlights the speaker.  And this recording there is only one speaker.

09:22AM    MS. PALMER:  And if we could go ahead and play that.

(The audio commenced playing before the jury.)

Q    BY MS. PALMER:  Was that the same day Jose Huizar sent those recommendations?

09:23AM    A    That's correct.

Q    And when you -- when Virginia Clark said she was here with the Chairman at the hotel, did you understand that to be the L.A. Grand Hotel located in Los Angeles?

A    That's correct.

09:23AM    Q    Special Agent Civetti, in preparation for trial, did you also prepare a timeline for the 2017 through 2018 period relating to Shen Zhen New World?

A    That's correct.

Q    And did you use the same process that you have

09:23AM    described previously?

A    Yes.

Q    And is this timeline reflected as Exhibit 926?

A    That's correct.

MS. PALMER:  Your Honor, at this time the

09:24AM    Government moves to admit previously stipulated Exhibit 926.

1          THE COURT:  All right.  It will be received

2     without objection.

3               (Marked for identification and received

4               into evidence Exhibit No. 926.)

09:24AM  5          MS. PALMER:  If we could go to page 2, please.

6     Q        Generally, what does this timeline show?

7     A        This is a timeline beginning in January 2017, the

8     first two entries being two Las Vegas trips that Jose Huizar

9     attended with Chairman Wei Huang.  And then the next entry is

09:24AM 10    related to a tour that I took at the villa that the Chairman

11    and Jose Huizar stayed in.

12    Q        And based upon the investigation you have done in

13    this case, when was Chairman Huang's last trip to Las Vegas?

14    A        The last trip that Chairman Huang took with

09:24AM 15    Jose Huizar was that February 4th to 5th, 2017, trip.

16    Q        And let's talk about this February 6th entry.  As

17    part of the investigation, did you travel to Las Vegas, and

18    were you present during some of that February 4th through 5th

19    trip?

09:25AM 20    A        Yes.  I at the time had GPS trackers -- the FBI

21    had court-authorized GPS trackers on cell phones for some of

22    the individuals including Jose Huizar, George Esparza,

23    Wei Huang, and Ricky Zheng.  And prior to their trip, the FBI

24    had identified the GPS location pings at airports giving us an

09:25AM 25    indication they may be traveling to Las Vegas.  So myself along

1  with another FBI agent traveled to Las Vegas as well, and we

2  were there during the trip as well.

3       Q       So what were you actually doing during the trip?

4       A       We coordinated with the surveillance and security

5  team at the various hotels.  We knew that they were -- the

6  party had been frequenting the Cosmopolitan.  So we had

7  developed a working relationship with them.  Working with the

8  surveillance team, I actually conducted surveillance in their

9  surveillance room utilizing the security cameras with the

10  hotel.

11       Q       Did you also, in addition to conducting

12  surveillance at Cosmo, did you also visit a villa at

13  Caesar's Palace?

14       A       Yes.  So it was our understanding that although

15  they were gaming at the Cosmopolitan, they were actually

16  staying at the Caesar's villas, the ones we looked at

17  yesterday.

18       Q       And with respect to Wei Huang, Jose Huizar, and

19  your surveillance of them, were you able to observe them in

20  realtime together gambling?

21       A       Yes.  We were able to record every movement that

22  the casinos had accessibility to.

23       Q       Where were you actually located when you were

24  doing surveillance?

25       A       In the surveillance room with the security team.

1    Q    And where did you observe the group?

2    A    We observed the group at various gambling tables

3  as well as going to dinner at the Milos Seafood restaurant,

4  walking the hallways.  We were able to track them all the way

09:27AM  5  throughout their stay other than obviously bathrooms and rooms,

6  et cetera.

7    Q    And who did you see gambling together at tables?

8    A    At the gambling table was Wei Huang, Ricky Zheng,

9  Jose Huizar, and George Esparza.  However, the only parties

09:27AM  10  actually gambling were George Esparza, Wei Huang, and Ricky

11  Zheng.  The surveillance footage showed that Jose Huizar was

12  just sitting there.

13    Q    You testified that as part of your trip, in

14  addition to conducting surveillance, you also toured the

09:27AM  15  Caesar's Palace villa; is that right?

16    A    Yes.  So after the party left, we arranged with

17  the -- the Nevada Gaming Board and the security team at the

18  Caesar's Palace to tour the villa.  I wanted to be able to

19  actually observe what that villa looked like.

09:28AM  20    Q    What is the Nevada Gaming Board?

21    A    The Nevada Gaming Board is an entity that

22  oversees the casinos.  So they're basically like a law

23  enforcement agency that monitors the activities at the various

24  casinos.

09:28AM  25    Q    Did you observe a particular villa when you were

1      there?

2      A      Yes.  I observed the actual villa that Wei Huang

3  and Jose Huizar had stayed in.

4      Q      And when you were touring that location, did

09:28AM  5  anything of note happen?

6      A      Yes.

7      Q      What was that?

8      A      So I attended the tour with the security team and

9  the Nevada Gaming Board.  But when we arrived, there was a

09:28AM  10  group of hosts.  The hosts are staff for the casino, but they

11  work directly with the high roller.  So they're more like a

12  butler service or catering service.  They take care of all

13  their needs.  There were a number of the hosts also located at

14  that villa at the time.

09:29AM  15      Q      And do hosts often receive tips from high

16  rollers?

17      A      Yes.  They cater to the high roller.

18      Q      Sorry.  By tips I mean like monetary tips.

19      A      That's correct.

09:29AM  20      Q      While you were there, you said that the butlers

21  were there.  What else happened that was of note to you?

22      A      As I was touring the villa from room to room --

23  these villas have a number of different rooms -- each room I

24  went in, the hosts were following me almost like a shadow.

09:29AM  25      Q      And why was that of concern to you?

1    A       Not only was it just creepy having someone behind

2  you the entire time, I was concerned why they were so

3  interested in what I was looking at and who I was.

4    Q       And were you concerned about any non-law

5  enforcement persons knowing that you were there?

6    A       That's correct.

7    Q       Why?

8    A       Because it would reveal -- it could reveal the

9  investigation.  At this point our investigation had been covert

10  meaning, to our knowledge, no one was aware we had been

11  investigating.  We had been using investigative tools that

12  allowed us to receive records unbeknownst to the subjects we

13  had been investigating.

14    Q       And what happened next?

15    A       After we left the villa, we walked down the

16  hallway to the main lobby of where the villas are.  Either the

17  Nevada Gaming Board or the security for Caesar's Palace

18  received a phone call.

19    Q       And who was that phone call from?

20    A       The host that we had just left.

21    Q       And was the -- did you take certain action after

22  you learned of that phone call?

23    A       Yes.  It was my understanding that the hosts were

24  asking who was there, specifically the FBI.  And I then

25  reviewed toll records or phone records related to Jose Huizar,

1    George Esparza, Virginia Clark, the other people involved.

2    Virginia Clark's name was actually on the villa as well.

3         Q      And so why was that of concern to you that the

4    host had been inquiring about whether the FBI was there?

09:31AM  5         A      It's my understanding that the hosts are very

6    loyal to the clients or high rollers, and I was concerned that

7    they would then disclose to the subjects that the FBI was just

8    in the villa that they had been in.

9         Q      And are there basically two parts to an

09:31AM 10    investigation, something called a covert part and an overt

11    part?

12         A      That's correct.

13         Q      And what is a covert part?  What does that mean?

14         A      The covert part, like I mentioned, our

09:31AM 15    investigation is unbeknownst to the subjects.  So we try to

16    conduct the covert part as fully and thorough as possible

17    because, as soon as the investigation does become overt, we're

18    worried about subjects speaking amongst each other, destruction

19    of evidence, et cetera.  So we try to keep the investigation

09:32AM 20    covert as long as possible to gather as much information as we

21    can prior to the public or subjects knowing we're

22    investigating.

23         Q      At this point in the investigation on

24    February 6, 2017, was your investigation covert?

09:32AM 25         A      Yes.

1    Q       And so you said in response to learning that the

2    host had been asking if you were FBI, you took a series of

3    steps including reviewing toll records; is that correct?

4    A       Yes.   Those phone records.   The numbers coming in

09:32AM  5    and out of the phones related to these subjects.   So no

6    content.   Just the numbers dialed in and out.

7            MS. PALMER:   And if we can go to page 3 of this

8    document, please.

9    Q       What do those icons represent that have appeared

09:32AM  10   on the timeline?

11   A       A February 6th through 9th, that would be the

12   phone records that I had observed or reviewed.   And then the

13   February 9th relate to the GPS trackers that I described.

14   Specifically, the GPS tracker for Jose Huizar's phone and

09:33AM  15   Wei Huang's phone were both colocated together at the

16   L.A. Grand Hotel.

17   Q       And after you departed the villas, did you see

18   anything in the toll records relating to Virginia Clark?

19   A       Yes.   Based on the toll records, there were a

09:33AM  20   daisy chain of events, you could say.   There were calls between

21   Virginia Clark to Ricky Zheng, Ricky Zheng to Wei Huang, back

22   to Ricky Zheng, over to George Esparza, to Jose Huizar.   And

23   there was a similar pattern which was not what I had seen as

24   frequent communication.   There was a daisy chain involving all

09:33AM  25   of the subjects, specifically, all of the ones on the trip and

1   Virginia Clark's name on that villa.

2          Q       Is it fair to say that the people that you were

3   looking at started calling each other a lot?  Is that a simple

4   way of saying it?

09:34AM   5          A       Yes.

6          Q       And did those calls continue for a period of

7   time?

8          A       Yes.  About three days.

9          Q       And did those calls include calls between Clark's

09:34AM   10  and Wei Huang's phone?

11         A       I don't recall specifically between

12  Virginia Clark and Wei Huang but definitely to Ricky Zheng

13  which was then immediately followed by a call to Wei Huang.

14         Q       And were there also calls to George Esparza and

09:34AM   15  Jose Huizar's phones?

16         A       That's correct.

17         Q       And, again, at this point you were not able to

18  hear any of the content of the calls.  You were only able to

19  know that they had, in fact, made a call.

09:34AM   20         A       That's correct.  And at this time we weren't

21  completely aware of Virginia Clark's role other than being

22  general manager on paper.  We understood her residence to

23  actually be in Las Vegas, and we observed her on the security

24  footage with the party at the time.  However, she was never at

09:35AM   25  the gambling tables or in these private rooms.  So it was

1    almost as if she was acting in a host capacity.  So we didn't

2    know if she had a dual role with Caesar's as a host or what

3    exactly her affiliation was.  So her calls to Ricky and

4    Wei Huang were significant.

09:35AM   5              MS. PALMER:  And if we could go to the next page,

6    please.

7         Q    So in response to this chain of events, did you

8    take additional steps in the investigation?

9         A    That's correct.

09:35AM  10         Q    And what steps did you take?

11         A    The FBI sought to get court authorized wiretaps

12    on George Esparza and Jose Huizar's phone.

13         Q    And would this change your investigation in some

14    way?

09:36AM  15         A    Yes.  Up to this point, a lot of the

16    investigative tools we had used were historical in nature

17    meaning we were receiving records that reflect events that had

18    already occurred.  So our investigation was very reactive.  The

19    most proactive we had gotten to this point was being able to

09:36AM  20    review the GPS pings.  But up to this point, we weren't getting

21    any type of live communication between the parties.

22         Q    And a wiretap, you're able to listen to a party

23    live; is that correct?

24         A    Yes.  So wiretaps would give us the ability to

09:36AM  25    listen in on the phone calls and review some of the text

1       messages in live time.

2              Q       And are wiretaps court authorized?

3              A       They are court authorized.

4              Q       And what process must you go through to receive

09:36AM    5   authorization for wiretaps?

6              A       The wiretap process is similar in a way to search

7       warrants in which we have to draft an affidavit that is then

8       reviewed by the Court.  But the -- there's an elevated burden.

9       And, in addition, we have a number of internal approvals at the

09:37AM   10   FBI and a number of approvals through the Department of Justice

11      which does not occur when we do search warrants regularly.

12             Q       So you're not able to flip a switch and start

13      listening to someone's phone call; is that right?

14             A       No.  Not at all.

09:37AM   15            Q       And, in particular, do you have to explain to the

16      judge why other information and evidence -- with information

17      and evidence as to why other investigative techniques are not

18      sufficient or not feasible?

19             A       Yes.  There's a higher burden.  Not only are we

09:37AM   20   articulating why we believe that there are crimes being

21      committed and outlining those specific crimes, but we also have

22      to inform the judge why our previous investigative techniques

23      are not able to achieve those goals of the investigation and

24      get us to a point in which we're able to make charges.

09:38AM   25            Q       And is there anything else unique about the

1  process of acquiring permission to do a wiretap?

2  　　　A　　　Yes.  For search warrants, those affidavits are

3  submitted to magistrate judges and reviewed where a wiretap is

4  actually reviewed by a district court judge which is a judge at

09:38AM  5  a higher level than a magistrate judge.

6  　　　Q　　　How would you characterize the process overall?

7  　　　A　　　It is extremely time intensive and burdensome.

8  　　　Q　　　And what do you mean by that?  Once you actually

9  have a wiretap, how long is it authorized?

09:38AM  10  　　　A　　　For 30 days.  However, during that we have to

11  submit updates to the Court at least at a 15-day period to

12  inform the Court that what we anticipated to be intercepted is

13  actually being intercepted.  In the event we're not, that

14  authorization could be pulled.  So we have to show that the

09:38AM  15  investigative technique is producing.

16  　　　Q　　　And so the FBI isn't just recording all the calls

17  all the time; is that right?

18  　　　A　　　No.  We do not -- we have the -- the Court

19  authorizes us to live monitor for 24 hours.  However, in this

09:39AM  20  case, we did not do that.  We would only monitor for 12 to

21  18 hours, you could say.  But even during that monitoring,

22  we're not able to just record every phone call and the entirety

23  of every phone call.  We have a set of rules we must follow

24  because we can only intercept and record conversations related

09:39AM  25  to the crimes that we're investigating.

1    Q        And which subjects of the investigation did you

2    initially obtain authorization for wiretaps?

3    A        Council Member Jose Huizar and his special

4    assistant George Esparza.

09:39AM    5    Q        And that was in April 2017?

6    A        That's correct.

7    Q        And did the FBI receive additional wiretap

8    authorization for other subjects of the investigation later on?

9    A        Yes.

09:39AM    10    Q        Who?

11    A        We obtained authorization for Ricky Zheng's phone

12    as well as George Chiang and Defendant Raymond Chan.

13    Q        And for those wiretaps on additional phones, did

14    you also receive wiretaps for additional entities?

09:40AM    15    A        Yes.  We also received authorization to intercept

16    conversations that were happening at Defendant Chan's office,

17    specifically, his personal office and a conference room that he

18    had utilized.

19    Q        And for the wiretaps that you had relating to the

09:40AM    20    defendant, was he still in the City at that point when you had

21    the wiretaps?

22    A        No.  He had left the City at that point.

23    Q        And as far as the -- what you call the bug, the

24    wiretap, that was in the defendant's office, did that have both

09:40AM    25    audio and video?

1        A        Yes.  We were authorized for the voice

2   interception, so the conversations, and we were also authorized

3   to apply covert or surreptitious cameras so we could see video,

4   live footage, of the office and conference room.

09:41AM   5        Q        You said the initial authorization for a wiretap

6   is 30 days.  Can you seek renewals of that?

7        A        Yes.  That's correct.  However, you have to go

8   through that process again.  So we need the internal FBI

9   approvals.  We need the Department of Justice and Deputy

09:41AM  10   Attorney General approvals.  And that needs to be submitted to

11   the district court judge who holds a hearing at each of those

12   in which the judge can ask us questions.

13        Q        And so for the defendants, the wiretaps and video

14   bugs, what was the approximate amount of time that you were

09:41AM  15   intercepting communications from his phones -- from those

16   wires?

17        A        I believe for the phone we had intercepted a

18   period of approximately five months and for the office and

19   conference room for three months.  But those were occurring at

09:41AM  20   the same time.

21        Q        And so out of the approximate five-year timeframe

22   that you were investigating relating to the defendant, you only

23   had potential conversations for about five months that were

24   specific to the defendant?

09:42AM  25        A        Correct.  That five months and when there was

1    actually a monitor intercepting at the time.  So not 24 hours

2    every day for five months.

3                    MS. PALMER:  Your Honor, I have a number of

4    exhibits that the Government would move to admit that are wire

09:42AM    5    interceptions.  Would the Court like me to read them into the

6    record?  I did send them to the Court in advance.

7                    THE COURT:  How many are there?

8                    MS. PALMER:  A lot.

9                    THE COURT:  We won't do that and take up the

09:42AM   10    jury's time.  We will do that at a recess.  They're all

11    stipulated to?

12                    MS. PALMER:  Yes, Your Honor.

13                    THE COURT:  You can go ahead and use them for

14    whatever purpose.

09:42AM   15                    MS. PALMER:  Thank you, Your Honor.

16        Q       Now, once the FBI was able to listen to calls in

17    realtime and use wiretaps, did the scope of the investigation

18    change in any way?

19        A       Yes.  The investigation broadened.

09:43AM   20        Q       And what do you mean by that?

21        A       Up to this point we had been investigating the

22    potentially corrupt relationship between Wei Huang,

23    Jose Huizar, and the defendant Chan.  At this point, when we

24    started listening to live conversations, we found that there

09:43AM   25    were a number of developers that were also potentially engaging

1    in the pay-to-play scheme.

2         Q      And did that also include additional public

3    officials including the defendant?

4         A      Yes.

09:43AM  5         Q      And did your investigation -- in addition to

6    other developers, were there other persons, for example,

7    go-betweens and consultants and those types of persons who came

8    on to your radar as a result of the wiretaps?

9         A      Yes.  That's correct.

09:44AM  10         Q      And you said that the investigation expanded to

11    include a number of other developers.  Were those developers

12    who had real estate development projects going through the city

13    process?

14         A      Either projects that were currently going through

09:44AM  15    the process or at least properties within the city with

16    expected projects to go through that process.

17         Q      And did you prepare charts of the city process in

18    conjunction with preparing for this case?

19         A      I did.

09:44AM  20         Q      And are those charts at Exhibits 904 and 904A?

21         A      That's correct.

22         Q      Can you describe your process for preparing those

23    charts?

24         A      These charts, I reviewed a number of

09:44AM  25    communications and e-mails, so text messages, e-mails, as well

1  as the wire interceptions that we had obtained, and created

2  these charts based on the relevant parties that had been

3  involved.  So the different developers and their go-betweens.

4       Q     And for the actual city process charts, did you

09:45AM  5  look at open source information to reflect the process through

6  which a development project flows?

7       A     That's correct.  I reviewed what the entitlement

8  process would entail and the various hearings that occur as

9  well as the PLUM and City Council requirements.

09:45AM  10            MS. PALMER:  Your Honor, at this time the

11  Government moves to admit previously stipulated Exhibits 904

12  and 904A.

13            THE COURT:  All right.  They will be received

14  without objection.

09:45AM  15            (Marked for identification and received

16             into evidence Exhibit Nos. 904 and 904A.)

17            MS. PALMER:  If we can look at 904, please.

18       Q     Can you briefly describe for the jury what we are

19  seeing here?

09:45AM  20       A     This is a diagram attempting to show the city

21  process in as simple way as possible given how complicated it

22  can be.  There are four main hearings that occur for a

23  development process.  These are the milestones of the project.

24  The Planning Department hearing, the City Planning Commission

09:46AM  25  hearing, the PLUM Committee hearing, and then the City Council

1    hearing with vote.

2         Q      And then at that time, once a project is able to

3    progress through all of those hearings, it would become

4    entitled; is that right?

09:46AM  5    A      In a general sense, that is correct.

6         MS. PALMER:  If we can go to page 2.

7         Q      What does this reflect with Jose Huizar's

8    photograph there?

9         A      This is the point in the process in which

09:46AM 10   Council Member Jose Huizar had specific voting power as well as

11   being the Chairman of the PLUM Committee and his ability to

12   agendize or not agendize a project.

13        Q      And now if we can return to the developers that

14   you said the expanded investigation focused on, who were some

09:47AM 15   of those additional -- sorry.

16            If we can also go to page 3 of that.

17            Can you describe what this is?

18        A      This is a diagram showing the process after the

19   entitlements occur.  So the entitlements are the permissions or

09:47AM 20   approvals.  And once those are obtained, then the actual

21   construction can happen.  That would be monitored by the

22   Department of Building and Safety.

23        Q      So the City Council is where Jose Huizar during

24   the relevant period he was City Council member and LADBS for at

09:47AM 25   least a portion of the investigation, that was where the

1  defendant was the head of that; correct?

2      A      He was the head of Department of Building and

3  Safety and then the deputy manager which actually oversaw the

4  Department of Building and Safety.

09:47AM  5      Q      I think you said deputy manager?

6      A      Deputy mayor.  I apologize.

7          MS. PALMER:  If we could just take that down,

8  please.

9      Q      So you said -- you mentioned some of the

09:48AM  10  developers.  Can you just say some names of some of the

11  developers who came on to your radar at this time?

12      A      Hazens, Oceanwide, City Century, and Greenland.

13  And we continued to investigate Shen Zhen New World.

14      Q      And for these developers, was there a common

09:48AM  15  person who appeared, based upon your investigation, to be a

16  go-between for these developers?

17      A      Yes.  Defendant Chan.

18      Q      And in preparation for this trial, did you create

19  charts relating to these additional developers that came on to

09:48AM  20  your radar after the investigation expanded?

21      A      Yes.  These are the charts I described with their

22  relevant parties.

23      Q      And are those charts reflected at Government's

24  Exhibits 900 and 901?

09:49AM  25      A      That's correct.

1          MS. PALMER:  Your Honor, at this time the

2    Government moves to admit previously stipulated Exhibits 900

3    and 901.

4          THE COURT:  All right.  They will be admitted

5    without objection.

6               (Marked for identification and received

7               into evidence Exhibit Nos. 900 and 901.)

8          MS. PALMER:  In addition, the Government has

9    created blowups of these exhibits.  Can the Government publish

10   Exhibit 900 on the screen and AUSA Faerstein display blowup for

11   the jury?

12         THE COURT:  Yes.

13         MS. PALMER:  I will just get started since it's

14   on the screen.  Hopefully they can see.

15   Q     Special Agent Civetti, can you please describe

16   what this exhibit depicts?

17   A     This is a diagram showing the relevant parties

18   that we had identified in the broadening of the investigation.

19   So along the top is Council Member Jose Huizar and

20   Defendant Chan as well as George Esparza, Jose Huizar's special

21   assistant, and George Chiang, Defendant Chan's business

22   partner.  Below them is the companies I described, Oceanside,

23   Shen Zhen New World, Greenland, Hazens, and City Century.  And,

24   specifically, the two additional faces are the Chairman of two

25   specific companies Shen Zhen New World, Wei Huang, and

1    Fuer Yuan from Hazens.

2         Q    And are the project names for the development

3    projects that those companies had depicted under the official

4    name of the company?

09:50AM  5         A    That's correct.  All of these development

6    companies had projects either pending before the City or

7    anticipated projects, and those would be the names associated

8    with them, specifically L.A. Grand with Shen Zhen New World as

9    well as the Luxe Hotel with Hazens.  And below that are just

09:51AM 10    the icons of each of those -- logos or icons of each of the

11    development companies.

12         Q    Those are the logos associated with the company?

13         A    That is correct.

14              MS. PALMER:  And if we can go to -- just publish

09:51AM 15    Exhibit 901, please.

16         Q    What is this, Special Agent Civetti?

17         A    This is another diagram or chart showing the

18    development projects and the key persons similar to the other

19    diagram.  However, there's one additional column, key persons

09:51AM 20    and their role, and this relates to the individuals that we had

21    identified as representing those particular companies and that

22    Defendant Chan was acting as a go-between between Jose Huizar

23    and these individuals.

24         Q    So this has additional information with the

09:51AM 25    persons, correct, the people who might work there?  Did you see

1    those in communications and other correspondence relating to

2    those projects?

3         A      That's correct.

4         Q      And did you also see -- strike that.

09:52AM    5         If we could go to the first entry, Oceanwide,

6    please.

7         Who was the person that was associated with

8    Oceanwide during the relevant period?

9         A      Thomas Feng.  He was the Chairman of Oceanwide.

09:52AM   10         MS. PALMER:  If we could zoom back out.

11         Q      If we could do Shen Zhen New World.  Hopefully

12   we're fairly familiar.  But can you just note the -- aside from

13   Chairman Wei Huang, the other persons associated with Shen Zhen

14   New World?

09:52AM   15         A      Virginia Clark and Harris Chan.  They were both

16   general managers or managing directors for the

17   L.A. Grand Hotel.  Yan Yan was an accountant clerk, and

18   Ricky Zheng was the executive director or owner's

19   representative.

09:53AM   20         Q      And Yan Yan, was she the employee who was

21   involved in signing that -- the loan that came from the sham

22   company in China --

23         THE COURT:  Counsel, we already went over this.

24   Let's move on.

09:53AM   25         MS. PALMER:  Okay.  Zooming back out, if we could

1    go to the next entry, Greenland.

2         Q       For Greenland is the project name Metropolis?

3         A       Yes.

4         Q       And who was the key person relating to that

09:53AM  5    project?

6         A       Ifei Chang, the CEO.

7              MS. PALMER:  If we can zoom back out there.

8         Q       And for Hazens, does Hazens have another name?

9         A       Yes.  The property that owns the Luxe Hotel was

09:54AM  10   Jia Yuan U.S.A. Co., Inc.  It was just a subsidiary of Hazens.

11   It was the holding company for that property.

12        Q       Can you explain the key persons that were

13   associated with that project?

14        A       Fuer Yuan.  He was the Chairman.  And Greg Sun

09:54AM  15   was the general manager at a period of time.

16        Q       And that project is called the Luxe Hotel

17   project?

18        A       That's correct.

19        Q       And then, finally, City Century, did that have

09:54AM  20   three different potential development projects?

21        A       That's correct.

22        Q       And did City Century go by a different name?

23        A       Yes.  At times it's referred to as their parent

24   company Shenlong.

09:54AM  25        Q       And who was the key person and their role,

 1    please?

 2         A         Joseph Lin.

 3         Q         Now, let's look at Exhibit 72A, please.  And what

 4    is this, Special Agent Civetti?

 5         A         These are text message correspondence between

 6    Defendant Chan and Jose Huizar in the February 2014 time frame.

 7              MS. PALMER:  And if we could please zoom in on

 8    the first three messages.

 9         Q         And here the messages on the left, the blue

10    messages, would be from the defendant; is that correct?

11         A         That's correct.

12         Q         And the messages on the right would be from

13    Jose Huizar; is that correct?

14         A         That's correct.

15         Q         And could you please read the first message?

16         A         "Good afternoon, sir.  Do you have time to talk?

17    Ifei really wants to meet with you and me tomorrow."

18         Q         And who did you understand Ifei to be?

19         A         The CEO for Greenland.

20         Q         If you could read the next message, please.

21         A         "Good afternoon, sir.  Do you have a good time to

22    talk this morning?  This is urgent."

23         Q         And what did Jose Huizar respond?

24         A         "On a meeting.  Call you after."

25              MS. PALMER:  And if we can zoom back out and zoom

1    in on the next four messages, please.

2         Q       What did Jose Huizar say in the first message?

3    Can you please read it?

4         A       "Hey Ray.  I just found out that my speech on

09:56AM  5    Thursday is not at 6:00 but at 7:00.  I, therefore, will not be

6    able to make the 7:00 p.m. dinner regarding Greenland.  Please

7    apologize to Ifei for me.  Unfortunately this event is an

8    annual event that I simply cannot miss."

9         Q       Do they mention they will communicate later that

09:56AM  10   evening?

11        A       That is correct.

12               MS. PALMER:  And if we can go to page 2, please.

13   Zoom in on the first message.  Sorry.  The second message.

14        Q       What does the defendant say to Jose Huizar there?

09:57AM  15        A       "Talk to her again after our call.  She was so

16   appreciative of you.  She said that you are totally different

17   from other officials.  Good start."

18        Q       And then what did Jose Huizar respond?

19        A       "Good start.  Thanks."

09:57AM  20               MS. PALMER:  And then if we can zoom back out.

21   And if we can go to the last three messages.

22        Q       Can you read the defendant's message?

23        A       "Talked to her today.  She is so appreciative of

24   your support.  Is there a good time to call you before your

09:57AM  25   meeting with Chairman Chang?"

1    Q       And Jose Huizar answers, "Now."  And the

2    defendant responds?

3    A       That's correct.

4            MS. PALMER:  And if we can go to page 4 of this.

09:58AM   5    Q       And when you said "she," who did you understand

6    she to be there?

7    A       Ifei Chang.

8    Q       So Chairman Chang is a woman?

9    A       That's my understanding.

09:58AM   10           MS. PALMER:  If we can go to page 4 zooming in on

11   the last four messages, please.

12   Q       Based upon your review of the messages, does this

13   still relate to Greenland and the Chairman?

14   A       That's correct.

09:58AM   15   Q       What does the defendant say to Jose Huizar?

16   A       "They love you."

17   Q       And what does Jose Huizar say?

18   A       "Can you talk?"

19   Q       And then do they appear to talk about then

09:58AM   20   communicating and connecting?

21   A       Yes.  "Are you available now?"

22   Q       Based upon these messages, was there anything

23   significant to you in reviewing them?

24   A       Yes.  It appeared that Defendant Chan was the one

09:59AM   25   communicating between Jose Huizar, the council member, and

1    Greenland, the developer.  He seemed to be the go-between

2    between them.

3              MS. PALMER:  And if we can please publish

4    previously admitted 72B as in boy.  If we can zoom in on the

09:59AM   5    first three messages, please.

6        Q    This is a text message exchange between

7    Defendant Chan and Jose Huizar; is that correct?

8        A    That's correct.

9        Q    And it's on February 16, 2014?

09:59AM  10        A    That's correct.

11        Q    Looking at the bottom message there, can you read

12    what Jose Huizar said?

13        A    "Good story on Metropolis regarding

14    groundbreaking came out today.  Quotes me and Ifei.  Make sure

10:00AM  15    she sees it."

16        Q    And with respect to Metropolis, that refers to

17    the development project for Greenland; is that correct?

18        A    That's correct.  The project in Jose Huizar's

19    district.

10:00AM  20        Q    And based upon your review of these text

21    messages, are the remaining messages in this chain coordinating

22    a time to talk?

23        A    That's correct.

24              MS. PALMER:  If we can publish previously

10:00AM  25    admitted 72C.

1    Q       And zooming in on these four messages, can you

2    start with the defendant's message to Jose Huizar?

3    A       "Just talked to Ifei.  Can I call you now?"

4    Q       And then are they, again, coordinating a time to

10:00AM   5    talk?

6    A       That is correct.

7    Q       And, again, is Ifei the CEO of Greenland?

8    A       That's correct.  The chairperson.

9    Q       And although the investigation broadened to

10:01AM   10   include other developers, were you still investigating

11   allegations of pay-to-play?

12   A       That is correct.

13   Q       Did this include benefits from developers to city

14   officials to attempt to influence the officials to make

10:01AM   15   favorable actions on the projects?

16   A       Yes.  That is what we were investigating.

17   Q       What types of benefits did this include at a high

18   level?

19   A       Both direct and indirect benefits.

10:01AM   20   Q       And can you explain what a direct benefit is?

21   A       The direct benefits we were investigating would

22   be those provided directly to the city official.  So we were

23   seeing this be cash, concert tickets, meals, trips to

24   Las Vegas.

10:01AM   25   Q       And what do you mean by looking at indirect

benefits?

A        Indirect benefits would be those benefits being solicited by the city officials to third parties or other organizations at the request of that city official.

Q        And so could this include hiring an associate, family member of another official?

A        Yes.  What we found, based on the investigation, included requests by Jose Huizar for developers to hire his wife's law firm as well as to provide contributions to his high school that he previously attended where his wife also worked as a fundraiser.

Q        And does it also include indirect benefits to things like payments to nonprofits or other organizations?

A        Yes.  We were looking at Political Action Committees or PACs.  That would be ways of providing campaign contributions.

Q        And does the FBI treat direct benefits any differently, in terms of an investigation, than indirect benefits?

A        No.  Both of these types of benefits are being investigated because these benefits, based on the allegations we had received and the evidence we had collected thus far, were means to influence that city official.  So regardless if it was directly to the official or to a third party, we were investigating both of them.

1     Q     And did you review communications where

2  Jose Huizar requested any types of indirect benefits from

3  developers?

4     A     That's correct.

10:03AM  5     MS. PALMER:  If we could look at Exhibit 1 at

6  page 20, please.

7     Q     You mentioned Jose Huizar's wife.  Is this a

8  photograph of Jose Huizar's wife Richelle Rios Huizar?

9     A     That's correct.

10:03AM  10     Q     And during the period relevant to the

11  investigation, did Ms. Rios work for a law firm at certain

12  points?

13     A     I believe she was hired for consulting services

14  and paid $2,500 every two weeks.  However, she was not acting

10:04AM  15  in an attorney capacity.  She was hired to bring in clients.

16     Q     And was she also, I think you mentioned, a

17  fundraiser at a high school?

18     A     Yes.  At Salesian High School.  She was a

19  fundraiser for their annual gala.

10:04AM  20     Q     And I want to talk about Salesian.

21     If we can publish previously admitted

22  Exhibit 118, please.

23     Special Agent Civetti, what is this?

24     A     This is the program for the 7th Annual Gala for

10:04AM  25  Bishop Mora Salesian High School, specifically for the event on

1    September 18, 2015.  This exhibit is an excerpt of this

2    program.

3        Q       So it was a longer program, but this is a few

4    pages of that program?

5        A       Correct.  This is the cover page, and I believe

6    there is one additional page.

7                MS. PALMER:  If we can go to that additional page

8    and zoom in on the top three-fourths, please.

9        Q       What is the title of this?

10       A       "Gala 2015 Sponsors."

11       Q       And is this persons or organizations who provided

12   money to the high school?

13       A       Yes.  These would be the sponsors of the gala.

14       Q       And looking at the top there, the $25,000 level,

15   Greenland, do you understand that to be the Greenland that we

16   were talking about, the developer?

17       A       Yes.  That was one of the developers we began

18   investigating.

19       Q       And Salesian blue and black sponsors at $10,000,

20   Hazens, is that one of the developers that you started

21   investigating in your expanded investigation?

22       A       That is correct.

23       Q       And then Oceanwide?

24       A       Yes.

25       Q       And was this of significance to the FBI?

         1        A       Yes.  This was significant because we were

         2   investigating those indirect benefits, and the donations to the

         3   high school at the request of the council member of developers

         4   with projects pending before him was significant given that

10:06AM  5   this would be a benefit that the council member is receiving.

         6        Q       And looking at the $5,000 level, is there also

         7   City Century?

         8        A       That is correct.

         9        Q       And was that an additional developer that we saw

10:06AM 10   on our chart?

        11        A       Yes, it is.

        12        Q       Now, you mentioned PAC contributions, and

        13   specifically you mentioned PAC contributions with respect to

        14   investigating potential indirect benefits being paid to

10:07AM 15   Political Action Committee.  Is that what PAC stands for,

        16   Political Action Committee?

        17        A       Yes.  A PAC is a Political Action Committee.

        18   Sometimes it's referred to as an independent expenditure.  The

        19   terms sometimes go interchangeably.

10:07AM 20        Q       Based upon your investigation, what do you

        21   understand a PAC to be?

        22        A       I understood a PAC to be a vehicle to raise money

        23   for a cause or a candidate.

        24        Q       And how do PACs differ from regular campaign

10:07AM 25   contributions?

1      A       The regular contributions being direct benefits

2  to a city official have limits, $700 -- sometimes that limit

3  changes between 700, $800 -- where a Political Action Committee

4  it's my understanding there is no limit to a PAC contribution.

10:08AM   5      Q       And were there particular PACs that were relevant

6  to your investigation that you investigated?

7      A       Yes.   The Families For A Better Los Angeles PAC.

8      Q       And what did you understand that PAC to support?

9      A       It was my understanding on paper the PAC was

10:08AM  10  designed as a general purpose PAC.  But based on my review of

11  communications as well as wire interceptions that we had

12  received, the PAC was actually established to support

13  Richelle Rios.

14      Q       And so it was general purpose on paper, but based

10:08AM  15  upon the communications, you understood it was specifically

16  relating to Ms. Rios?

17      A       That's correct.

18      Q       And what do you mean support Ms. Rios?  Was

19  Ms. Rios running for something?

10:09AM  20      A       Yes.  Ms. Rios was intending to run for

21  Council Member Jose Huizar's CD-14 council member position.

22      Q       And when was she expected to run?

23      A       In 2020.

24      Q       And why wasn't Mr. Huizar running in 2020?

10:09AM  25      A       He was termed out.  So he could no longer run.

1    Q    Were there any developers you were investigating

2  relating to PAC contributions?

3    A    Yes.

4    Q    And was one of those Carmel Partners?

10:09AM 5    A    That's correct.

6    Q    And what is Carmel Partners?

7    A    Carmel Partners is a domestic development

8  organization.  Carmel Partners is a developer and had multiple

9  projects within the city of Los Angeles.

10:09AM 10    Q    Are they a domestic developer?

11    A    They are a domestic developer.  That is correct.

12    Q    And were you investigating a particular person as

13  someone who worked as a consultant between Carmel Partners and

14  others?

10:10AM 15    A    Yes.  Morrie Goldman was the lobbyist for

16  Carmel Partners and, based on the communications and wire

17  interceptions, was the go-between between Carmel and

18  Council Member Jose Huizar.

19    Q    And if we can look at Exhibit 1-12, is that a

10:10AM 20  photograph of Morrie Goldman?

21    A    Yes.

22    Q    And were there other persons relevant to the

23  investigation who you investigated relating to Carmel Partners?

24    A    Yes.  Neils Cotter.

10:10AM 25    Q    And we're displaying on the right Exhibit 1,

page 9.  What was Neils Cotter's role?

A       He was a managing partner for the
Southern California region.  Specifically he oversaw the
development projects in Los Angeles.

Q       And did Neils Cotter -- did he advocate on behalf
of Carmel for those development projects?

A       Yes.  That is correct.

Q       And did Carmel Partners have any projects in the
city?

A       They had a number of projects, and specifically,
during this time period, they had a project within
Jose Huizar's district that they were looking to get entitled.

Q       During the course of your investigation, did you
learn of any issues related to that project?

A       Yes.  There were issues related before the PLUM
hearing in which there was union opposition to the project.

Q       And based upon your investigation, are you
familiar with any requests that Jose Huizar made to
Carmel Partners?

A       Yes.  Jose Huizar made the request of $100,000 to
the Families PAC in exchange for him helping to resolve that
union opposition.

Q       And was any of this money actually paid by
Carmel Partners?

A       Yes.  I believe the $100,000 was agreed to and

1    25,000 had been paid.

2        Q    In addition to Morrie Goldman, were there other

3    persons that you investigated who appeared to be working on

4    behalf of developers and then liaisoning with the City?

10:12AM  5        A    Yes.  There was an individual by the name of

6    Justin Kim.

7            MS. PALMER:  If we could pull up a photograph of

8    Justin Kim, Exhibit 1 at page 16, please.

9        Q    Is this Mr. Kim?

10:12AM 10       A    Yes.

11           THE COURT:  All right.  We will wait to hear

12   about Mr. Kim after the break.  So we're going to be in recess

13   for 15 minutes.

14           THE CLERK:  All rise for the jury.

10:12AM 15       (A recess was taken at 10:12 a.m.)

16       (The following proceedings were held in

17           open court in the presence of the jury:)

18           THE COURT:  All right.  The jury is present.  All

19   counsel and the defendant are present.  As soon as the jurors

10:35AM 20   are seated, you may resume your examination of Agent Civetti.

21           MS. PALMER:  Thank you, Your Honor.

22           Your Honor, I'm going to be using Exhibit 908,

23   the blowup that the Government created.  May AUSA Faerstein

24   approach and put it onto the --

10:36AM 25           THE COURT:  Sure.  Maybe if you can put it closer

|     |                                                                                      |
|-----|--------------------------------------------------------------------------------------|
| 1   | down here so the jurors in the back can see it.                                      |
| 2   | MR. FAERSTEIN:  Yes, Your Honor.                                                     |
| 3   | Q     BY MS. PALMER:  Special Agent Civetti -- it's                                  |
| 4   | also being displayed on the screen, but we will be putting up                       |
| 5   | other things on the screen.                                                          |
| 6   | Special Agent Civetti, briefly going back to                                         |
| 7   | Salesian High School which we had been discussing before the                        |
| 8   | break -- and that was the high school --                                             |
| 9   | THE COURT:  Just put it right where you had it                                       |
| 10  | before.  It's easier.                                                                |
| 11  | MS. PALMER:  Thank you, AUSA Faerstein.                                              |
| 12  | Q     BY MS. PALMER:  So, Special Agent Civetti, going                               |
| 13  | back briefly to Salesian High School where Richelle Rios was a                       |
| 14  | fundraiser, did you -- and we saw contributions from Greenland,                      |
| 15  | City Century, and Oceanwide; correct?                                                |
| 16  | A     Yes.  Greenland, Oceanwide, Hazens, City Century.                              |
| 17  | Q     And during this time period in May 2015, did you                               |
| 18  | also see these contributions reflected on any documents                              |
| 19  | belonging to the defendant?                                                          |
| 20  | A     Yes.  I saw them on a radar screen, the                                        |
| 21  | defendant's radar screen.                                                            |
| 22  | MS. PALMER:  And if we can publish Exhibit 42A on                                    |
| 23  | the left, please, and page 3 of that.  And on the right,                             |
| 24  | Exhibit 118, page 2.  Okay.  They have moved to different                            |
| 25  | screens.  So now on the left is 118, page 2, and on the right                        |

Time stamps in left margin:
10:36AM (line 5)
10:37AM (line 10)
10:37AM (line 15)
10:38AM (line 20)
10:38AM (line 25)

1    is Exhibit 42A, page 3.

2         Q    Looking at this, the one on the left is the list

3    of sponsors from the Salesian High School gala; is that

4    correct?

10:39AM  5         A    That's correct.

6         Q    And looking on the right, is this a radar screen

7    from May 3rd, 2017?  Sorry.  2015.

8         A    That's correct.

9         Q    And zooming in on that portion -- so this is from

10:39AM  10   a radar screen from a document belonging to the defendant; is

11   that correct?

12        A    That is correct.

13        Q    And looking at the category "school," do you see

14   the abbreviation "IC"?

10:39AM  15        A    I do.

16        Q    And what do you understand that to be?

17        A    Ifei Chang, the CEO for Greenland.

18        Q    And then 30 is next to that.  Do you see that?

19        A    I do.

10:40AM  20        Q    Based upon your review of the radar screens, what

21   do you understand 30 to be?

22        A    $30,000.

23        Q    And IC, is that one of the -- looking on the left

24   there of the blowup, is that one of the names that appears on

10:40AM  25   that?

 1      A       That's correct.  Ifei Chang related to Greenland

 2  and their Metropolis project.

 3      Q       Looking below that, "JL," do you understand that

 4  to be Joseph Lin?

 5      A       That is correct.

 6      Q       Of which company?

 7      A       Oceanwide.

 8      Q       And so --

 9      A       Or City Century.  I apologize.

10      Q       And "TF," do you understand that to be

11  Thomas Feng?

12      A       Thomas Feng of Oceanwide.

13      Q       And based upon the timing, do you understand that

14  the defendant was tracking contributions from those developers

15  to Salesian?

16      A       That's correct.

17      Q       And was that of significance to your

18  investigation?

19      A       Yes.  The donations to the gala, that was one of

20  the indirect benefits that we were investigating.

21      Q       And then there's some initials behind -- next to

22  those various initials on the left there are initials on the

23  right.  What do you understand "GE" to signify there?

24      A       George Esparza.

25      Q       And "GC"?

1          A          George Chiang.

2          Q          And given the timing that this was somewhat

3    before the gala, what did you understand the numbers to mean

4    there?

10:41AM   5          A          Contribution amounts.

6          Q          And do you think those were the final amounts?

7          A          Not based on the program of the gala, no.

8          Q          And there's question marks for some of them; is

9    that correct?

10:41AM   10         A          That's correct.

11         Q          And did you see in other of defendant's radar

12   screens leading up to the gala in September of 2015 similar

13   tracking of the gala contributions?

14         A          That's correct.

10:42AM   15         Q          And did they show some of those same developers

16   that you identified as those that the expanded investigation

17   included?

18         A          That's correct.

19                    MS. PALMER:  If we can look at Exhibit 114,

10:42AM   20   please.  And zooming in on the top of this, is this from the

21   defendant's personal e-mail address?

22         A          Yes.

23         Q          And who is it to?

24         A          His son Jeremy Chan.

10:42AM   25         Q          And what is the date of this?

| | | |
|---|---|---|
| 1 | A | May 24, 2015. |
| 2 | Q | And what is the name of the attachment? |
| 3 | A | J.H. |
| 4 | Q | Do you understand J.H. to refer to Jose Huizar? |
| 5 | A | That's correct. |

10:42AM (line 5)

6        MS. PALMER:  And if we could go ahead and look at
7  page 2.  And zooming in on the left side with "school."

8        Q     What are we seeing here, Special Agent Civetti?

9        A     This is a chart similar to the one we observed on
10:43AM 10  the radar screen on specific entries related to school which I
11  understood to be the Salesian High School contributions.

12        Q     And does this add the names instead of the
13  initials?

14        A     That's correct.

10:43AM 15        Q     And then there are some additional amounts
16  included here.  Do you understand those to be contributions or
17  commitments to make contributions to the Salesian gala?

18        A     That's correct.  And there's an additional entry,
19  Yuan GC 10 that wasn't on the radar screen.

10:44AM 20        Q     Who do you understand Yuan to be referring to?

21        A     Chairman Yuan of Hazens.

22        Q     And the amount there is for 10 which you
23  understand to be 10,000?

24        A     That is correct.

10:44AM 25        Q     And just to be clear, at this time that the

1    defendant was sending these and keeping track of them, was the

2    defendant in the City when he was using -- when he was sending

3    this?

4         A    Yes.  He was still a City official.

10:44AM    5         Q    Special Agent Civetti, are you familiar with

6    something called FOIA?

7         A    I am.

8         Q    What is FOIA?

9         A    It is the Freedom of Information Act.

10:44AM   10         Q    And can persons make FOIA requests?

11         A    Yes.  FOIA is designed so that the public can

12    gain access to City communications.  So meaning it's a -- in

13    effect, to have transparency to the public so you can make a

14    FOIA request to receive those communications.

10:45AM   15         Q    And if a public official is sending an e-mail

16    through their personal e-mail account, would the -- would that

17    be able to be found by a FOIA request?

18         A    No.  FOIA requests are only for City account

19    e-mails.  So personal e-mails would not be covered by FOIA.

10:45AM   20         Q    And when you saw the defendant and others like

21    Jose Huizar were using their personal e-mail accounts to send

22    these types of messages, did that have any significance to your

23    investigation?

24         A    Yes.  The use of personal e-mail addresses would

10:45AM   25    be a way to conceal activity that's occurring from the public.

1          Q       So now I want to return to some of the other --

2    we were talking about some indirect benefits of

3    Carmel Partners, and then we had just started talking about

4    someone named Justin Kim.

10:46AM  5                  If we can bring up Exhibit 1 at page 16, please.

6                  Who was Justin Kim?

7          A       Justin Kim was a big fundraiser for Jose Huizar.

8          Q       And did he also have relationships with certain

9    developers?

10:46AM  10          A       Yes.  He was a -- the individual that

11   communicated between David Lee and Councilman Huizar's office.

12   David Lee was another developer with a project pending in

13   Huizar's district.

14          Q       And did David Lee have a project called the

10:46AM  15   940 Hill Project?

16          A       That is correct.

17          Q       And was that project located in Jose Huizar's

18   district?

19          A       It was.

10:46AM  20          Q       And did the development project he was seeking,

21   would that have had to go through PLUM and City Council?

22          A       Correct.

23          Q       During your investigation, did you learn of any

24   issues that occurred during the entitlement process for this

10:47AM  25   project?

1        A       Yes.   There was a labor organization CREED L.A.

2    that filed an appeal against the project which stalled that

3    process.

4        Q       And previously we looked at the general process

10:47AM  5    for development projects and the way that they flow through the

6    city process, and we looked at one of the charts.   Did you also

7    create a chart that outlines the city process when real estate

8    developers are facing an appeal?

9        A       That is correct.

10:47AM  10       MS. PALMER:   Publishing what's previously been

11   admitted as Exhibit 904A, please.

12       Q       Can you describe to the jury what they're seeing

13   on this first page here?

14       A       This first page is the first milestone of the

10:48AM  15   project, the Planning Department hearing.   At that

16   Planning Department hearing, there's a discretionary approval

17   for certain aspects of that project.

18       MS. PALMER:   And if we can scroll to the next

19   page, please.

10:48AM  20       Q       And what does this depict?

21       A       Just to clarify, the discretionary approvals, the

22   Planning Department provides recommendations that then are the

23   discretionary approvals that PLUM and City Council vote on.   So

24   the normal process would include the Planning hearing, those

10:48AM  25   four milestones, City Council's approval, which then goes to

1    entitlements.

2         Q        So basically what we had reviewed previously has

3    to happen through all of those different steps before you get

4    to the entitlements?

5         A        Correct.  This is a shorthand view of that

6    previous chart.

7                  MS. PALMER:  And if we can go to the next slide,

8    please.

9         Q        Now, if an appeal gets filed, what happens at

10   that point?

11                 If we can go to the next slide, please.

12        A        The appeal needs to be heard before the Area

13   Planning Commission or the City Planning Commission.

14                 MS. PALMER:  And if we can go to the next slide.

15        Q        And at that point does it then go to the

16   PLUM Committee hearing?

17        A        Yes.

18                 MS. PALMER:  And if we can go to the next slide.

19        Q        And then to City Council?

20        A        That's correct.

21                 MS. PALMER:  And if we can go to the next slide.

22        Q        If the appeal is denied, then at that point would

23   the project become entitled?

24        A        In a general sense, yes.

25        Q        And if not, then if the appeal is granted, then

1    what happens?

2         A      It's unclear.

3         Q      And what does that mean?

4         A      It could either have to go to the beginning, it

10:50AM  5    could have to have different changes or amendments.  At times

6    it completely needs to be scrapped.  It could kill the project.

7    It could restart the project.  The destiny is really not

8    guaranteed.

9         Q      As far as the 940 Hill Project -- if we can bring

10:50AM  10   up Exhibit 1, page 18, please -- you mentioned the name

11   David Lee.  Who is David Lee?

12        A      David Lee is a developer.  He was one of the

13   managing partners of 940 Hill, LLC, the entity that owns the

14   940 Hill Project.

10:50AM  15        Q      And was he the primary shareholder of

16   940 Hill, LLC?

17        A      He was.

18        Q      And based upon your investigation, did you learn

19   information that Jose Huizar had made certain requests in

10:51AM  20   exchange for resolving that appeal that was filed by the labor

21   union organization?

22        A      Yes.  Jose Huizar requested $500,000 in cash in

23   order to resolve that appeal.

24        Q      And were there persons who acted to communicate

10:51AM  25   between David Lee and Jose Huizar in brokering that deal?

1     A     Yes.  Justin Kim and George Esparza.

2     Q     And based upon your investigation, was that

3  $500,000 in cash ever paid?

4     A     Yes, it was.

10:51AM  5     Q     And did David Lee pay that cash?

6     A     Yes.  He provided that cash to Justin Kim who

7  provided a portion of it to George Esparza.

8     Q     And after that cash was paid, was the appeal

9  dropped?

10:51AM  10     A     It was.

11     Q     And did the FBI seize a portion of that cash?

12     A     Yes.

13     MS. PALMER:  Now, if we could publish previously

14  admitted Exhibit 213.

10:52AM  15     Q     Just looking on the screen, are these the people

16  that you said were involved in the 940 Hill transaction?

17     A     Yes.  The negotiation was between Jose Huizar and

18  David Lee.  However, it was communicated utilizing

19  George Esparza and Justin Kim.

10:52AM  20     Q     And you mentioned yesterday that George Esparza

21  took notes on his iPhone.  Were those notes helpful in

22  understanding the negotiation and the achievement of that

23  payment?

24     A     Yes.  George Esparza had documented what the

10:52AM  25  request of the developer was as well as what the request from

1      Jose Huizar was in that negotiation process.  He also

2      documented by photographs and videos the cash that he had

3      received.

4                  MS. PALMER:  Now, I'd like to turn to

10:52AM   5      Exhibit 213, please.

6           Q      Special Agent Civetti, what is this?

7           A      This is a photograph of the cash that the FBI had

8      received related to this transaction.  This specifically is the

9      evidence packaging containing that cash.

10:53AM   10          Q      And did the FBI -- was it able to recover all

11     $500,000 of that bribe?

12          A      No.  We seized 250,000.

13                 MS. PALMER:  And if we could turn to page 2.

14          Q      Is this that cash just laid out in stacks?

10:53AM   15          A      Yes.  This is prior to me packaging the cash.

16     This is the process of counting it to ensure it's the correct

17     number.  So these are 25 stacks of $100 bills, each stacked

18     $10,000 bills for a total of $250,000.

19                 MS. PALMER:  If we can bring up Exhibit 1 at

10:54AM   20     page 16 which is a photograph of Justin Kim.

21          Q      During your investigation, did you interview

22     Justin Kim?

23          A      I did multiple times.

24          Q      And during your interview, did you make a request

10:54AM   25     of Justin Kim not to disclose the contents or existence of the

1    interview?

2         A       That is correct.

3         Q       During this time period that you interviewed

4    Justin Kim, were you currently on a wiretap of George Esparza's

10:54AM  5    phone?

6         A       Yes.  The FBI had an authorized wiretap on

7    George Esparza.

8         Q       And did the FBI intercept a call from Justin Kim

9    to George Esparza after the interview?

10:54AM  10        A       Yes.

11                MS. PALMER:  Your Honor, at this time we would

12   like to play Exhibit 182, and this is among those -- the group

13   of wiretaps that the Government is seeking to admit.

14                THE COURT:  It will be admitted, and we will do

10:55AM  15   that at the recess.

16                You can go ahead and play it.

17            (The audio commenced playing before the jury.)

18                MS. PALMER:  If we can play Exhibit 185, please.

19            (The audio commenced playing before the jury.)

10:56AM  20        Q       BY MS. PALMER:  Special Agent Civetti, had the

21   FBI done a second interview with Justin Kim soon before the

22   call when he said he got a visit from you know who?

23        A       That is correct.

24        Q       And based upon that timing and your understanding

10:56AM  25   of the investigation, who does "you know who" refer to?

1          A          Myself and the FBI.

2          Q          Although you requested Justin Kim not to disclose

3     the interview, he did disclose the interview to George Esparza?

4          A          That's correct.

10:57AM   5          Q          According to what he said to George Esparza, did

6     Justin Kim lie to the FBI?

7          A          That's correct.

8          Q          Did Justin Kim end up cooperating with the

9     investigation?

10:57AM   10          A          He did.

11          Q          And did he conduct any recordings at the

12     direction of the FBI?

13          A          Yes.  He conducted recordings with David Lee, the

14     developer.

10:57AM   15          Q          And can you describe the process for doing a

16     recording like that?

17          A          For a recording we have to get internal FBI

18     approval.  We then have a particular device that we provide to

19     the cooperator that they can wear surreptitiously on them so

10:58AM   20     the subject that they are doing the recording with is unaware

21     that they have that recording device.  It will be concealed in

22     some fashion, maybe a pocket, unknown to the subject that is

23     being recorded.

24               They then do the recording and then meet with the

10:58AM   25     FBI after that recording to give us the device back.  We then

1  download that device, review the recording, and prepare

2  transcripts based on that recording.  This one specifically was

3  in the Korean language.  So we had a translator translate that

4  recording.

10:58AM  5       Q       And are certain recordings that are non-wire

6  recordings, so they're recordings that were either consensual

7  recordings or -- did you do other types of recording besides

8  consensual or source recording?

9       A       The FBI would also record interviews at certain

10:58AM  10  periods of times.

11       Q       Are certain of those recordings exhibits in this

12  case?

13       A       Yes.  That is correct.

14       Q       And for those exhibits that were originally in a

10:59AM  15  foreign language, are they designated with a -Z, as in zebra?

16       A       Yes.  On the exhibit list.

17       Q       On the exhibit list.  Okay.

18               And as far as identifying those recordings and

19  ensuring that they are the same recordings that you had made

10:59AM  20  and that they were accurate, did you review all of the

21  recordings on the Government's exhibit list in the same process

22  that we have described with respect to other evidence?

23       A       That's correct.  The recordings and the

24  transcripts.

10:59AM  25               MS. PALMER:  Your Honor, at this time the

1    Government would like to publish and read Exhibit 89C-Z which

2    is a translated transcript.  And I will be seeking to move in a

3    group of those recordings outside the presence of the jury.

4              THE COURT:  All right.  You may go ahead and

5    publish -- is it 89C or Z?

6              MS. PALMER:  89C.

7              THE COURT:  C, as in Charlie?

8              MS. PALMER:  Uh-huh.

9              THE COURT:  All right.  Go ahead.

10             MS. PALMER:  And, Your Honor, at this time would

11   the Court please read into the record the jury instruction

12   relating to translated recordings?  It's proposed jury

13   instruction during trial No. 5.

14             THE COURT:  All right.  Ladies and gentlemen, let

15   me read you an instruction relating to this exhibit.

16             You're about to see evidence for which the

17   original content was in the Chinese language.  English language

18   translations have been provided.  Although some of you may know

19   the Chinese language, it is important that all jurors consider

20   the same evidence.  The English language translation is the

21   evidence, not the foreign language that appears in the

22   document.  Therefore, you must accept the English language

23   translation contained in the document and disregard any

24   different meaning of the non-English words.

25             MS. PALMER:  AUSA Mack Jenkins will read

David Lee's lines, and AUSA Susan Har will read Justin Kim's

lines.

"DAVID LEE:  Now, we were both played by Huizar.

"JUSTIN KIM:  Huh?

"DAVID LEE:  Us two.

"JUSTIN KIM:  Yes.

"DAVID LEE:  Were played by Huizar.

"JUSTIN KIM:  That's right.

"DAVID LEE:  So explain that well to them.  You

should say, I didn't do anything else.  I lived a good life,

working hard.

"JUSTIN KIM:  Yes.

"DAVID LEE:  That you were played by him.

"JUSTIN KIM:  Yes.

"DAVID LEE:  For now, you can't evade the crime.

"JUSTIN KIM:  Yes.

"DAVID LEE:  So you would have to blame him."

MS. HAR:  Can you scroll down?

"JUSTIN KIM:  I know, Mr. Lee.  That's at the

end -- that -- if the Councilman gave a lot of orders, it's

good for us.  But if we're unlucky and only we got caught,

yeah?  Because we're unlucky because, as you know --

"DAVID LEE:  Our -- that Huizar was probably not

caught with just one or two things.  The way I look at it --

"JUSTIN KIM:  Hmmm.

1          "DAVID LEE:  We're probably just a drop in the

2    ocean."

3          MS. PALMER:  Thank you.

4     Q     And in terms of timing, did this conversation

11:02AM  5    occur after the FBI had interviewed Justin Kim?

6     A     That's correct.

7     Q     And as your investigation expanded in terms of

8    the types of individuals and entities you were looking at, did

9    it also expand in terms of the crimes you were investigating?

11:03AM 10     A     Yes.  The FBI began investigating false

11    statements or lying to the FBI as well as obstruction of

12    justice and witness tampering.

13          MS. PALMER:  At this time the Government --

14    publishing previously admitted Exhibit 926, page 5.

11:03AM 15     Q     Going back to this, what are these two events on

16    June 20th and July 1st?

17     A     These are two FBI interviews of George Esparza.

18     Q     And during the interview, did you reveal to

19    George Esparza the details of your investigation?

11:03AM 20     A     No.

21     Q     Why not?

22     A     Because part of these interviews was to test

23    George Esparza's credibility to see if he was going to be

24    willing to tell the truth.  We had already interviewed

11:04AM 25    Justin Kim and requested that he did not disclose the contents

1   of the interview, and he then subsequently disclosed the

2   contents to George Esparza.  So we wanted to test whether

3   George Esparza would be truthful and didn't want to reveal the

4   specifics of the investigation because we did not know whether

11:04AM   5   he would cooperate or not.

6          Q      And during that interview, was George Esparza

7   truthful?

8          A      He was not.

9          Q      Later in 2017, did the FBI's investigation go

11:04AM   10   overt?

11          A      Can you repeat that question?

12          Q      Later in 2017, did the FBI's investigation go

13   overt?

14          A      Some aspects.

11:04AM   15          Q      And by "overt," that means out in the open;

16   right?

17          A      Correct.  We started interviewing individuals.

18                 MS. PALMER:  And if we could go to the next

19   slide, please.

11:05AM   20          Q      Now, what happened next in terms of interviews?

21   So you did those interviews, and then generally what were the

22   topics you were asking those that you were interviewing about?

23          A      With George Esparza, we were initially asking

24   topics about another investigation that had been occurring that

11:05AM   25   was already in the open phase.  And the interviews then that we

1    conducted with Virginia Clark, we provided some context to

2    those interviews that we were interested in the Las Vegas trips

3    that she had attended with Council Member Jose Huizar.

4        Q       And those trips involved Chairman Wei Huang; is

11:05AM  5    that correct?

6        A       That's correct.

7        Q       And based upon your knowledge, after

8    February 2017, so after that villa tour, did Chairman Huang

9    continue going to Las Vegas?

11:06AM  10       A       Chairman Huang continued to go to Las Vegas, but

11   Jose Huizar no longer attended Las Vegas with him.

12       Q       Now, if we could go to -- scroll through these

13   pages, page 7.  What does this depict on the right?

14       A       This is an August 23rd meeting that

11:06AM  15   Defendant Chan had with Andy Wang.  Andy Wang was another

16   individual that we had been investigating based on the

17   information we were receiving on the wiretap.  Andy Wang

18   decided to cooperate with the Government, and he was provided a

19   recording device to record that meeting with Raymond Chan.

11:06AM  20       Q       And who asked for that meeting?

21       A       Defendant Chan asked for that meeting.

22               MS. PALMER:  Now, if we could go to page 8,

23   please.

24       Q       What does this depict?

11:07AM  25       A       This is a timeline beginning in June 2018,

| | |
|---|---|
| | 1 |
| | 2 |
| | 3 |
| | 4 |
| 11:07AM | 5 |

1    June 2018 through November 2018.

2            MS. PALMER:  And if we could go to the next page,

3    please.

4        Q    What event took place here?

5        A    The applications for the redevelopment of the

6    L.A. Grand Hotel and the Sheraton Universal Hotel were

7    submitted to the Planning Department.

8        Q    And why was this of relevance to your

9    investigation?

10       A    Because these were the applications for Chairman

11   Wei Huang's hotels.

12           MS. PALMER:  If we could pull up the next entry,

13   please, by scrolling.

14       Q    And what is this?

15       A    This is another meeting that occurred relating to

16   that project.

17           MS. PALMER:  And then if we could go to the next

18   page, please.

19       Q    What is this?

20       A    These are communications, specifically, text

21   messages, with Jose Huizar and Virginia Clark of Shen Zhen

22   New World.

23           MS. PALMER:  And if we could pull up the

24   July 19, 2018, communication which is at Exhibit 367.  If we

25   could zoom in on the top two of those.

1    Q    Can you please read what Ms. Clark sent to

2    Jose Huizar.

3    A    "Hello, Jose.  This is Virginia from the

4    L.A. Hotel.  Hope all is well.  Chairman Huang is coming to

5    U.S. next week.  He would like to meet with you and your staff

6    to discuss the hotel expansion project."

7    Q    And did you --

8    A    "Can you make time to see us?  Thank you."

9    Q    And did you understand the hotel expansion

10   project to mean the L.A. Grand Hotel?

11   A    Yes.  That's correct.

12   Q    And Jose Huizar's response was, "Hi, Virginia.

13   I'm in Vancouver, Canada.  Just arrived today.  Returning on

14   Sunday.  Then I leave for San Diego for a week.  I'm available

15   week of July 30.  I would prefer to meet him first for dinner."

16         By "him" do you understand that to mean the

17   Chairman?

18   A    That's correct.

19   Q    So here Ms. Clark is asking for a meeting with

20   Jose Huizar and his staff, and Jose Huizar's response is that

21   he wants to first meet the Chairman for dinner with just

22   himself, not his staff present?

23   A    That's correct.

24         MS. PALMER:  And if we can go to the next text

25   message.  The third text message.

1        Q        And what was her response?

2        A        "That's great.  Let me know when would be a good

3    day for you.  I will arrange with Chairman.  Thank you and have

4    a great trip."

11:10AM    5                MS. PALMER:  And if we could go to page 2 of that

6    exhibit, please.

7        Q        And here do they kind of go back and forth to

8    discuss a good date for dinner?

9        A        That's correct.

11:10AM   10        Q        And do they settle on August 2nd, 2018, Thursday?

11        A        That's correct.

12                MS. PALMER:  Now, if we can go back to -- if we

13    can go to Exhibit 91, please.  Sorry.  If we can go to

14    Exhibit 371C, please.

11:11AM   15        Q        These text messages, Special Agent Civetti, look

16    a little bit different than others we have seen.  Can you

17    explain to the jury what they're seeing here?

18        A        Yes.  The FBI seized Virginia Clark's cellular

19    telephone and did an extraction similar to the other ones.

11:11AM   20    Some of those messages between Virginia Clark and Wei Huang

21    were in a foreign language.  When we did the extraction report,

22    it looks differently with foreign language, and the characters

23    don't appear.  It actually comes in like an Excel sheet.  We

24    then got those messages translated, and I took the translations

11:12AM   25    of the messages and created this document with the English

1    translations to reflect the speakers.  This was not the report

2    that's actually extracted from Cellebrite.  This was created

3    based on my review of the translated messages.

4         Q    And any text messages for which you did

11:12AM    5    translations -- for which the FBI did translations, they would

6    be designated with a red translated -- they would be signified

7    with that; correct?

8         A    That's correct.

9         Q    And can you read Ms. Clark's message to

11:12AM    10    Wei Huang?

11         A    "Hello, Chairman.  Welcome back to the U.S.  We

12    would like to remind you that we have a meeting with the

13    consultants for the downtown addition at 4:30 p.m. today."

14         Q    And what did you understand the downtown addition

11:12AM    15    to be?

16         A    The redevelopment of the L.A. Grand Hotel, the

17    hotel in Jose Huizar's district.

18              MS. PALMER:  Zooming back out, if we can go back

19    to Exhibit 926 at 12, please.

11:13AM    20         Q    What are the new items here?  What do they

21    signify?

22         A    The July 25th marker is the meeting that was just

23    referenced in those communications with Wei Huang.  There was

24    then the -- August 2nd is the Huizar and Chairman Huang dinner

11:13AM    25    that Jose Huizar had been arranging with Virginia Clark in

```
 1   those previous messages.  And then there's an entry for

 2   Pebble Beach.  And based on the investigation, we learned that

 3   Jose Huizar traveled to Pebble Beach or an area in

 4   Northern California with Chairman Huang.

 5              MS. PALMER:  If we can go to Exhibit 429, please.

 6        Q    Is this the flight records that you received from

 7   the private yet?

 8        A    Yes.  There was a private jet company -- private

 9   jet that was utilized for that trip, and this is a record

10   reflecting that trip.

11        Q    And the amount that was charged for that?

12        A    $20,790.

13              MS. PALMER:  And zooming back out, if we can zoom

14   in on the passengers near the bottom.  Yep.  Right there.

15        Q    Did the passengers include Wei Huang?

16        A    It did.

17        Q    And Jose Huizar?

18        A    That's correct.

19        Q    What is Pebble Beach?

20        A    Pebble Beach is a golf resort in

21   Northern California.

22              MS. PALMER:  Bringing up Exhibit 429, please.

23   Sorry.  This is 429.  If we could zoom in -- sorry.  One more

24   thing.

25        Q    The date and time of the departure and arrival
```

```
 1   right above the passengers, so that's the August 10th date?

 2        A       Correct.  That would be the travel from

 3   Los Angeles to I believe that's Monterey.

 4                MS. PALMER:  Okay.  If we can go to Exhibit 926

 5   at 13, please.

 6        Q       Now, there are additional entries here.  The

 7   October 17th one is a communication between Jose Huizar and

 8   Virginia Clark from Shen Zhen, and the subject is "Re Rios

 9   fundraiser."

10                Why is that of significance?

11        A       These are text message communications after the

12   Pebble Beach trip between Jose Huizar and Virginia Clark in

13   which they discuss the Chairman hosting a fundraiser for his

14   wife Richelle Rios's campaign.

15                MS. PALMER:  And if we could go to that exhibit,

16   please, 367 at page 3.

17        Q       Looking at this, zooming in on the top few

18   messages, can you -- I'll read Ms. Clark's.  Sorry.

19                Is this from Jose Huizar?

20        A       Correct.  The message in blue is Jose Huizar, and

21   the message in green is Ms. Virginia Clark.

22        Q       And Jose Huizar said, "Hello, Virginia.  The

23   Chairman and I had spoken about setting up a fundraiser for

24   Richelle on November 9th at Sheraton Universal."

25                What is Sheraton Universal again?
```

11:15AM (line 5)
11:16AM (line 10)
11:16AM (line 15)
11:17AM (line 20)
11:17AM (line 25)

```
 1          A       One of Chairman Huang's hotels.

 2          Q       The other hotel aside from the L.A. Grand?

 3          A       That's correct.

 4          Q       So he's checking in on that, and then he said,

 5   "Can you send me your e-mail to send a draft invitation for

 6   event, and can you also check with Chairman if we are still

 7   moving forward with the event?"

 8                  And what does Ms. Clark respond?

 9          A       "I'll be happy to check with Chairman and get

10   back to you soon.  Below is my e-mail address," with the e-mail

11   address provided.

12                  MS. PALMER:  If we can go to page 4, please.

13          Q       Here do they reference that they will confirm

14   with someone named Tiffany?

15          A       That's correct.

16          Q       And who is Tiffany?

17          A       Tiffany Huang is Chairman Huang's daughter, also

18   an employee of Shen Zhen New World.

19          Q       And Ms. Clark provides Jose Huizar with

20   Ms. Clark's e-mail address?

21          A       She provides Ms. Huang -- Tiffany Huang's e-mail

22   address.

23          Q       Yes.  And did Ms. Clark also confirm that

24   Chairman will agree with the arrangement?

25          A       That's correct.
```

11:17AM (line 5)
11:17AM (line 10)
11:18AM (line 15)
11:18AM (line 20)
11:18AM (line 25)

1    Q       And then, based upon your investigation, did

2    Ms. Clark also follow up with Mr. Huizar regarding Richelle's

3    fundraiser?

4    A       Yes.  I believe there was e-mail communication

11:18AM  5    about the fundraiser.

6            MS. PALMER:  And if we could pull up

7    Exhibit 364T, please.  364T.

8    Q       Is this a text message exchange between

9    Jose Huizar and Raymond Chan?

11:19AM  10   A       Yes.  This exchange was an extraction from

11   Raymond Chan's phone.  So the previous message we were seeing,

12   the speakers were flipped.  In this particular one Jose Huizar

13   is in blue and Defendant Chan is in green.

14           MS. PALMER:  And if we could zoom in on the first

11:20AM  15   two.

16   Q       Jose Huizar says, "Hey Ray.  We are rescheduling

17   the November 9th event."  What did you understand that to be?

18   A       The event that Chairman Huang was hosting at his

19   hotel for Richelle Rios.

11:20AM  20   Q       And Huizar continues, hopefully we can still

21   raise the funds for the event as we discussed when rescheduled.

22   Sorry.  The funds as we discussed when rescheduled.

23           Do you see that?

24   A       It says, "Hopefully you can still raise the funds

11:20AM  25   for the event as we discussed when rescheduled."

1    Q       And "you" referring to the defendant?

2    A       Defendant Chan.  That's correct.

3    Q       And what was -- what did defendant respond?

4    A       "Yes, sir.  You are going okay."

5            MS. PALMER:  And if we can go to the next set of

6    messages.

7        Q       Jose Huizar responds, "Yes, things are well."

8    And then can you read the last message there from the

9    defendant?

10   A       "12.5 is in.  Another 12.5 by 11/16."

11       Q       And based upon your review of these text messages

12   and your investigation, what did 12.5 mean in this context?

13   A       $12,500.

14   Q       And then another 12,500?

15   A       That's correct.  By November 16th.

16   Q       And so a total of $25,000?

17   A       That's correct.

18   Q       Now, based upon your review of text messages,

19   what do you understand happened to the November 9th fundraiser?

20   A       That it was postponed and then ultimately did not

21   occur.

22           MS. PALMER:  And if we could publish Exhibit 477,

23   please.

24   Q       Did this fundraiser ultimately go forward?

25   A       No, it did not.

1     Q       And when did the FBI investigation go overt?

2     A       Aspects of the investigation went overt back in

3   the spring of 2017 when we conducted some of those interviews.

4   Additional aspects went overt on November 7th of 2018 in which

11:22AM   5   the FBI executed a number of search warrants around the city.

6     Q       And were those search warrants publicized in the

7   media?

8     A       That's correct.

9     Q       And so that was two days before the November 9th

11:23AM  10   fundraiser would have happened?

11     A       Before the fundraiser was initially scheduled.  I

12   believe there was a postponement of that fundraiser for later

13   in November.  But the search warrants did occur prior to the

14   scheduled fundraiser.

11:23AM  15     Q       Okay.  And we will discuss those search warrants

16   and some other evidence related to that a little bit later.

17             Now I'd like to move on to Hazens, one of the

18   developers that you mentioned and that appears on the chart on

19   the left, 901.

11:23AM  20             So, generally, who is the Chairman of Hazens?

21     A       Fuer Yuan.

22             MS. PALMER:  And if we could bring up Exhibit 1

23   and -- Exhibit 1, page 22.

24     Q       Who is this on the right?  Is this Fuer Yuan?

11:24AM  25     A       That is correct.  The Chairman of Hazens.

1    Q       Again, for the jury, they will see two names for

2    it.  The other name is Jia Yuan?

3    A       That is the holding company for the Luxe Hotel.

4    Q       It is sometimes referred to as both?

11:24AM  5   A       Yes.  That is correct.

6    Q       And the Luxe Hotel is the name of the project

7    that Chairman Yuan was building in Los Angeles?

8    A       That's correct.

9    Q       And this was in Jose Huizar's district?

11:24AM 10   A       Yes.

11   Q       And where is Jia Yuan based?

12   A       The holding company Jia Yuan is based here in

13   Los Angeles.  That is the holding company of the specific

14   property.  But Hazens, the parent company, is located in China.

11:25AM 15   Q       And the Luxe Hotel project is located at

16   1020 South Figueroa Street in Los Angeles?

17   A       That is correct.

18   Q       Now, as part of your investigation, did you

19   obtain portions of an application that Hazens filed to

11:25AM 20   redevelop the Luxe Hotel?

21   A       Yes.

22           MS. PALMER:  Can we please pull up previously

23   admitted Exhibit 503, please.

24   Q       Looking at this and zooming in on the top

11:25AM 25   portion, what is the title of this document?

1        A        "Master Land Use Permit Application Los Angeles

2    city Planning Department."

3        Q        And what is the date on the right?

4        A        March 26th, 2015.

11:26AM   5        MS. PALMER:  And if we could zoom back out and

6    then go in to the location size and the project description

7    zoomed in together.

8        Q        For the location, is that the

9    1020 South Figueroa Street that we just mentioned?

11:26AM  10        A        Yes.

11        Q        And then can you read the project description,

12    please, for the jury?

13        A        The applicant proposes to develop a mixed-use

14    project consisting of a 250-room hotel, 650 residential

11:26AM  15    condominiums, and approximately 80,000 square feet of retail

16    and restaurant uses.

17        MS. PALMER:  If we can zoom back out, please.

18    And actions requested, if we could zoom in on that.

19        Q        Again, what do actions requested in the context

11:26AM  20    of this application mean?

21        A        These are the permissions and approvals that this

22    project is seeking from the City that go through the city

23    review process.

24        Q        And those are entitlements -- several of those

11:27AM  25    would be entitlements here?

1        A       Yes.  That is the umbrella term for this.

2        Q       And would several of these have to go through

3   PLUM and City Council?

4        A       Yes.  This would be submitted as a package and

11:27AM  5   all go through PLUM and City Council.

6        Q       So if any one of the action items requested would

7   need to go through PLUM and City Council, then they all go

8   through PLUM and City Council together?

9        A       When there is a TFAR involved, which is the

11:27AM  10  Transfer of Floor Area Rights, then this package -- they get

11  packaged together.

12       Q       Just to orient the jury, on March 26, 2015, was

13  Jose Huizar the chair of PLUM?

14       A       He was the chair of PLUM.

11:27AM  15       Q       And so the previous timelines we went through in

16  detail relating to Shen Zhen New World will be overlapping with

17  some of what we are going to be talking about with Hazens.

18  Some of these events were happening at the same time; is that

19  correct?

11:28AM  20       A       Yes.  These projects were happening concurrently.

21               MS. PALMER:  And if we can go to page 2 of this

22  exhibit, if we can zoom in on the top portion, the owner

23  applicant information.

24       Q       And here the applicant's name is

11:28AM  25  Jia Yuan U.S.A. Co., Incorporated; is that correct?

1     A     That's correct.

2     Q     And then the e-mail address is an e-mail address

3  ending @Hazensgroup; is that correct?

4     A     That's correct.

11:28AM  5          MS. PALMER:  And if we can zoom out, please.

6     Q     Looking when it was actually signed, was this on

7  March 26, 2015?

8     A     That's correct.

9     Q     And as part of your investigation, did you obtain

11:28AM  10  project renderings that were prepared as part of the

11  development process for the Luxe Hotel?

12     A     Yes.

13     Q     Are those at Exhibit 501?

14     A     That's correct.

11:29AM  15          MS. PALMER:  And if we can turn to Exhibit 501,

16  please.

17     Q     What is this, Special Agent Civetti?

18     A     This is a rendering of the proposed project at

19  the Luxe Hotel.

11:29AM  20          MS. PALMER:  And if we can scroll through those.

21     Q     Are each of the pages in Exhibit 501 different

22  views basically that were prepared as renderings of this

23  potential project?

24     A     That's correct.

11:29AM  25          MS. PALMER:  Your Honor, may I have one moment,

1    please?

2                    THE COURT:  Yes, you may.

3        Q      BY MS. PALMER:  If we can just scroll through.

4    Thank you.

11:30AM   5        Q      Did you prepare timelines relating to the Hazens

6    project in preparation for trial?

7        A      That's correct.

8        Q      And are those timelines Exhibits 930, 931, and

9    932A?

11:30AM  10        A      That's correct.

11        Q      And did you use the same process to prepare those

12    timelines that you have described previously during your

13    testimony?

14        A      Yes.  They were prepared in the same manner.

11:31AM  15                    MS. PALMER:  Your Honor, at this time the

16    Government moves to admit Exhibits 930, 931, and 932A into

17    evidence.

18                    THE COURT:  All right.  I don't have a 932A.  I

19    have a 932, Hazens business development.

11:31AM  20                    MS. PALMER:  We provided it today.  It's just two

21    timelines were split from one long one into two separate ones.

22                    THE COURT:  930, 931, and 932A will be received

23    into evidence without objection.

24    ///

11:31AM  25    ///

433

```
  1              (Marked for identification and received

  2              into evidence Exhibit Nos. 930, 931

  3              and 932A.)

  4              MS. PALMER:  Thank you, Your Honor.

11:31AM  5              If we can bring up Exhibit 930, page 2.

  6       Q      Special Agent Civetti, what does this depict on

  7  the screen right now?

  8       A      This is the timeline that I prepared for the

  9  events related to the Hazens project, the Luxe Hotel.  This

11:32AM 10  timeline is starting in the beginning of 2014.

 11       Q      And looking at this, this first event on

 12  January 24th, 2014, it indicates that the defendant and Chiang,

 13  and it says, "Re new year."  This first event on your timeline,

 14  is this an e-mail between the defendant and George Chiang?

11:32AM 15       A      That's correct.

 16              MS. PALMER:  And if we can pull up Exhibit 530,

 17  please.  And if we can go to page 2.  And starting with that

 18  e-mail, if we can zoom in on the top portion of it.

 19       Q      Now, at this time on January 23rd, 2014, was

11:32AM 20  Raymond Chan employed by the City?

 21       A      Yes.  He was a City official.

 22       Q      And this is sent from his personal e-mail; is

 23  that correct?

 24       A      That is correct.

11:33AM 25       Q      And this e-mail, georgechiang@concordrealty.net,
```

|     |     |
| --- | --- |
| 1 | is that an e-mail address you know to be associated with |
| 2 | George Chiang? |
| 3 | A     That is correct. |
| 4 | Q     At that time did you understand that |
| 5 | Concord Realty was his employer? |
| 6 | A     That is correct. |
| 7 | Q     And the subject of this? |
| 8 | A     "Thank you." |
| 9 | Q     And is there an exclamation mark there? |
| 10 | A     Yes. |
| 11 | Q     And zooming back out, can you please read the |
| 12 | first two paragraphs? |
| 13 | A     "Dear George.  Thank you for your invitation to |
| 14 | the Sheraton Gateway Chinese New Year Gala.  It was a joyful |
| 15 | evening with the opportunity to gather with good friends and |
| 16 | meet new ones, and the wines you brought were absolutely |
| 17 | sensational.  Thank you." |
| 18 | Q     Please continue. |
| 19 | A     "Please let me know when GM Suen is ready to meet |
| 20 | with Councilman Koretz and/or discuss the remodeling of the |
| 21 | hotel." |
| 22 | Q     Did you have the understanding that GM refers to |
| 23 | general manager? |
| 24 | A     That is correct. |
| 25 | MS. PALMER:  If we can zoom out.  Then if you can |

11:33AM (line 5)
11:33AM (line 10)
11:33AM (line 15)
11:34AM (line 20)
11:34AM (line 25)

1    go to the last four.

2        Q      "So this is my private e-mail."  And is the

3    defendant providing George Chiang his private e-mail and cell

4    phone number?

11:34AM    5        A      That is correct.  "This is my private e-mail and

6    my private cell phone."  I believe this is the first

7    communications I reviewed related to Raymond Chan and

8    George Chiang.

9           MS. PALMER:  Okay.  And if we can scroll up from

11:34AM    10   there to page 1.  And if we can look at George Chiang's

11   message, please.

12       Q      Here George Chiang is responding to Raymond Chan.

13   He says, "Hi, Ray.  The pleasure is all mine.  I will confirm

14   the meeting with Greg Sun and let you know."  Who did you

11:35AM    15   understand Greg Sun to be?

16       A      The general manager for the Luxe Hotel.

17       Q      And then going a little past that he says, "There

18   are a couple more clients of mine from China whom I want to

19   introduce to you and Yung in the future.  Once again, thanks a

11:35AM    20   million for taking the time to join us."

21       A      Yes.

22       Q      Did you understand that Raymond Chan was thanking

23   George Chiang for inviting him to an event that was hosted by

24   Hazens?

11:35AM    25       A      That's correct.  At their Gateway hotel, another

1    hotel that they owned in the city.

2         Q       Another hotel that Hazens owned in the city?

3         A       That's correct.

4                 MS. PALMER:  And if we could go to the first

11:36AM    5    message in the chain.  Sorry.  The top one.

6         Q       Zooming in on that, is this a response from the

7    defendant to George Chiang?

8         A       That's correct.  From his personal e-mail

9    address.

11:36AM   10        Q       And the defendant says, "Thanks, George.  I'll be

11   waiting for the meeting with Mr. Sun.  I would love to meet

12   with your clients in the near future.  Thanks, Ray."

13                Do you know who Young Kao is?

14        A       I do not.

11:36AM   15               MS. PALMER:  If we can go to Exhibit 930-3,

16   please.

17        Q       What is the next event here?

18        A       This is an e-mail correspondence between the

19   defendant and George Esparza.

11:37AM   20               MS. PALMER:  And if we can go to that exhibit,

21   please, Exhibit 531.  Zooming in on the e-mail that the

22   defendant sent, please.

23        Q       Now, is this e-mail from the defendant's City

24   e-mail account?

11:37AM   25        A       That's correct.

1          Q       And to George Esparza's City e-mail account?

2          A       Yes.

3          Q       And this is around three months later?

4          A       That's correct.

11:37AM    5          Q       And can you please read what the defendant said

6      to George Esparza?

7          A       "Hi, George.  Below is the website of Hazens

8      which is in Chinese.  You need to use Google translation.  The

9      name of the Chairman is Yuan, last name, Fuer with a link to

11:37AM    10     Hazens web page."

11              MS. PALMER:  Zooming back out and going to the

12     top portion of that.

13         Q       And is this George Esparza forwarding that e-mail

14     to his personal e-mail address?

11:38AM    15         A       That's correct.

16         Q       And why did you include this on your timeline?

17         A       This e-mail was a communication in which the

18     defendant was introducing the company to George Esparza.

19         Q       And going to Exhibit 930-4, the item on the top

11:38AM    20     there, August 21st, Huizar, Lulu Ji, and Greg Sun re ADA issue,

21     is that an issue that related to one of Hazens's hotels?

22         A       That is correct.

23              MS. PALMER:  If we can go to Exhibit 532, please.

24     The subject of this e-mail and the from/to portion, please, if

11:39AM    25     we can zoom in on that.  And including the subject, please.

1  Q  You can just read the subject.  What is the

2 subject?

3  A  "Help needed from Hazens Group."

4  Q  And who is this from?

11:39AM 5  A  Lulu Ji.

6  Q  And did you understand Lulu Ji to be someone who

7 works for Hazens?

8  A  That is correct.

9  Q  And she's sending an e-mail to Jose Huizar's

11:39AM 10 personal e-mail address; is that correct?

11  A  That's correct.

12  Q  And the cc person is Greg Sun.  Is that the

13 person you said was a general manager of the Luxe Hotel?

14  A  Yes.

11:39AM 15  Q  And is that an e-mail address that you have seen

16 associated with Mr. Sun during your investigation?

17  A  That's correct.

18    MS. PALMER:  And if we can zoom back out.

19  Q  And then if you can please read this message.

11:40AM 20 The first paragraph.  I think it got cut off on the edge.

21 Sorry.  If you could just read the first line of that.

22  A  "It was very surprise but glad to meet you in our

23 Luxe Hotel."

24  Q  And so based upon that, did you understand that

11:40AM 25 Ms. Ji met Jose Huizar at the Luxe Hotel?

1        A        That's correct.

2        Q        And then if you can read the next line, please.

3        A        "As Greg mentioned during our short talk, we are

4   facing a challenge with Sheraton's renovation right now due to

5   the L.A.'s ADA code change."

6        Q        And based upon your review of this message, why

7   did you include this here?

8        A        This e-mail was included on the timeline because

9   this was an e-mail communication in which a request is being

10  made of the council member related to an issue that the hotel

11  was facing.

12       Q        And if we can go -- sorry.

13                If we can go to the sentence starting with "We

14  are wondering if you can do us a favor," and please highlight

15  that and read it to the jury.

16       A        "We are wondering if you can do us a favor and

17  help us arrange a meeting with the staff of the commission so

18  we can attempt to push this issue forward to the earliest

19  available date."

20       Q        And if you can please read the middle sentence as

21  well right above that.  "We have been reaching out --"

22       A        "We have been reaching out to the Disabled Access

23  Appeals Commission to go through a hearing process, but the

24  earliest appointment our designer Gensler Group is able to

25  obtain for us is in the middle of November which will delay our

1    renovation schedule."

2        Q       Did you understand, based upon this and reviewing

3    other communications, that this renovation schedule would be

4    delayed as a result of this ADA issue?

11:42AM  5   A       That is correct.

6            MS. PALMER:  If we could return to Exhibit 930,

7    page 6, please.

8        Q       Looking at this, are there some additional

9    communications there?

11:42AM 10   A       Yes.  There are additional communications with

11   Jose Huizar and Lulu Ji as well as George Esparza and Lulu Ji

12   and then communications on August 27th with Defendant Chan and

13   Jose Huizar.

14           MS. PALMER:  And if we could go to Exhibit 533,

11:42AM 15   please.  If we can zoom in on the top portion.

16       Q       So the subject of this is "Thanks for your help."

17   And this is, again, from Lulu Ji, and it's to someone named

18   tannerblackman@lacity.org.  Who is Tanner Blackman?

19       A       At this time Tanner Blackman was Jose Huizar's

11:43AM 20   planning deputy.

21       Q       We have heard of a different planning deputy for

22   Jose Huizar.  Did Shawn Kuk later become Jose Huizar's planning

23   deputy?

24       A       That is correct.

11:43AM 25   Q       So Tanner Blackman was his predecessor?

| | | |
|---|---|---|
| | 1 | A     That is correct. |
| | 2 | Q     And here Jose Huizar's personal e-mail address is |
| | 3 | copied on this e-mail? |
| | 4 | A     Yes. |
| 11:43AM | 5 | Q     As well as Greg Sun? |
| | 6 | A     That is correct. |
| | 7 | Q     Okay.  And if we could read the text, it says, |
| | 8 | "Hi, Tanner.  I just got a call from Building and Safety |
| | 9 | Department of L.A. City, and a meeting with them is confirmed |
| 11:43AM | 10 | tomorrow morning to discuss about our ADA challenge." |
| | 11 | At that time was the defendant in a role at |
| | 12 | Building and Safety? |
| | 13 | A     Yes.  By this time he had been appointed as the |
| | 14 | permanent general manager of Building and Safety. |
| 11:43AM | 15 | Q     And receiving a call from someone at Building and |
| | 16 | Safety? |
| | 17 | A     That is correct. |
| | 18 | Q     And they said, "Thanks so much, again, for Jose |
| | 19 | and you for helping us with this."  And so did you understand |
| 11:44AM | 20 | that that was in response to the prior message that had been |
| | 21 | sent asking Jose Huizar for help? |
| | 22 | A     That is correct. |
| | 23 | MS. PALMER:  And if we could pull up |
| | 24 | Exhibit 590A. |
| 11:44AM | 25 | Q     Is this a text exchange between Raymond Chan and |

```
 1    Jose Huizar?
 2        A      Yes.  That is correct.
 3        Q      And does this take place the next day after that
 4    prior e-mail?
 5        A      Yes.
 6        Q      And if we can go to the bottom of the page -- the
 7    bottom message.  And can you please read Defendant Chan's
 8    message that he sends to Jose Huizar?
 9        A      "Also, sir, I took care of the disabled access
10    issue for the LAX Sheraton Hotel already.  I told them that you
11    asked me to help.  They were very appreciative."
12        Q      And if we could go to the -- did you understand
13    this to relate to that ADA request from Hazens?
14        A      That is correct.
15               MS. PALMER:  And if we could go to the next page.
16        Q      Jose Huizar's response at the top, what does he
17    say?
18        A      "Thank you, sir."
19               MS. PALMER:  Now, if we can go back to
20    Exhibit 930-6.
21        Q      Now, looking on the right there, the September 19
22    entry, what does this refer to?
23        A      This refers to an e-mail exchange between
24    George Esparza and Lulu Ji from Hazens.
25        Q      And does this relate to Katy Perry tickets?
```

11:44AM (line 5)
11:45AM (line 10)
11:45AM (line 15)
11:45AM (line 20)
11:46AM (line 25)

1          A          That's correct.

2          Q          And why did you include this on the timeline?

3          A          Because this was a benefit that Hazens provided

4     to Jose Huizar following a request for assistance with their

11:46AM   5     hotel.

6                     MS. PALMER:  And if we can go to Exhibit 534.

7          Q          And the subject here is "Forward concert

8     tickets."  And the one at the top, is this George Esparza,

9     sending from his personal e-mail, forwarding something to

11:46AM   10    Jose Huizar?

11         A          That's correct.  With an attachment "Tickets."

12                    MS. PALMER:  And then if we zoom out.

13         Q          And was that originally sent, if we can zoom in,

14    from Lulu Ji to George Esparza?

11:47AM   15         A          That is correct.

16         Q          And, again, copying Greg Sun; is that correct?

17         A          Yes.

18         Q          And basically saying, here are the tickets, and

19    "Hope the family will enjoy the show."  Do you see that?

11:47AM   20         A          Yes.  That's correct.

21                    MS. PALMER:  And if we can go to page 2.

22         Q          And are these basically -- the Katy Perry tickets

23    are attached?

24         A          Yes.

11:47AM   25                    MS. PALMER:  Now if we can go to Exhibit 930-7.

1    Q     And looking at the October 17th entry at the

2    bottom, what significance does this have?

3    A     These are text communications between the

4    defendant, George Chiang, his son, and an architect.

5    Q     And does it relate to the Hazens project?

6    A     Yes.

7    Q     And specifically relating to Chairman Yuan being

8    in town?

9    A     That's correct.

10   MS. PALMER:  And if we can go to that text

11   message exchange, 591A.

12   Q     Now, this looks a little bit different than some

13   other text message exchanges that we have seen displayed.  Can

14   you explain why it's different and why it looks like this?

15   A     The previous text message exchanges we have been

16   reviewing were between two parties.  This is a group message

17   meaning there were multiple parties involved in this text

18   message exchange.  So the parties participating are along the

19   top.  Specifically, the messages in green were from

20   George Chiang, and the messages in blue could be any one of the

21   other three party members.  So I have identified the speaker of

22   the blue text with an additional picture next to those bubbles.

23   MS. PALMER: If we could zoom in on the first

24   three messages.

25   Q     So the ones on the right are from George Chiang?

1      A     That's correct.

2      Q     And George Chiang said, "Mr. Yuan of Hazens came

3  into town last night, so he will be coming tonight with Lulu."

4            And what was the defendant's response?

11:49AM  5      A     "Great."

6      Q     And then George Chiang said later that night --

7  and his "Great" was around 4:00 o'clock p.m.  And then at

8  10:00 p.m., George Chiang says, "Hi, Ray.  Thank you for the

9  opportunity tonight.  I will sort through all the contacts to

11:49AM  10  see how Chris and I can help these people."

11            Who did you understand "these people" to be

12  referring to?

13      A     Hazens.

14            MS. PALMER:  And then if we can go to page 2 and

11:50AM  15  zoom in on the top two messages first.

16      Q     What was the defendant's response?

17      A     "Let's have a phone conversation over the weekend

18  and discuss this."

19      Q     And George Chiang agrees.

11:50AM  20           And then if we can go to the next two, please.

21            Chris Pak responds, "Hyung thank you for last

22  night and always looking out for your bros."

23            What was the defendant's response?

24      A     "You darn right.  No one will look out for us if

11:50AM  25  we don't look out for each other.  That's called loyalty."

1          MS. PALMER:  Now going back to Exhibit 930-7.

2     Q     The purple triangle, what is that?

3     A     It represents a consulting contract between a

4     company called Synergy and Hazens.

11:51AM  5     Q     And what did you understand Synergy to be?

6     A     Synergy was a company that George Chiang created.

7     Q     And what do you understand a retainer to be?

8     A     A retainer is a contract or an agreement with the

9     developer to perform services in exchange for some type of

11:51AM  10    compensation.

11         Q     And during the course of your investigation, did

12    you obtain Secretary of State Articles of Incorporation for

13    Synergy?

14    A     That's correct.

11:51AM  15    Q     And did you also obtain them for other entities

16    relevant to the defendant like CCC?

17    A     Yes.

18    Q     And LABXG?

19    A     That is correct.

11:51AM  20    Q     And are those marked as Government's Exhibits 51

21    through 53?

22    A     That is correct.

23         MS. PALMER:  At this time, Your Honor, the

24    Government moves to admit Exhibits 51 through 53.

11:52AM  25         THE COURT:  All right.  They will be received

1     without objection.

2                    (Marked for identification and received

3              into evidence Exhibit Nos. 51, 52 and 53.)

4                    MS. PALMER:  Can we please bring up Exhibit 51.

11:52AM   5     Q        Zooming in on the corporate name, is the full

6     name of Synergy Synergy Alliance Advisors?

7     A        Incorporated.

8     Q        Incorporated.

9     A        That's correct.

11:52AM  10                    MS. PALMER:  And if we can zoom back out.

11     Q        And then the person who signed it at the bottom,

12     does that indicate that George Chiang signed that?

13     A        That's correct.

14     Q        And then looking at the top right in terms of

11:52AM  15     filing, that was filed on October 9th, 2014; is that right?

16     A        That is correct.

17     Q        And so this was formed on October 9, 2014.

18                    And if we can return to Exhibit 930-7.

19                    And so that November 1st, 2014, date, that's less

11:53AM  20     than a month after Synergy was formed, it had its first

21     retainer agreement with Hazens; is that right?

22     A        That's correct.

23                    MS. PALMER:  If we can scroll to page 8, please.

24     Q        Is there a text message exchange relating to Chan

11:53AM  25     and Huizar having dinner relating to Hazens?

1       A       Yes.

2               MS. PALMER:  And if we can bring up that

3   Exhibit 590B, please.

4       Q       Looking at the top two texts, here is the

11:53AM   5   defendant trying to get in touch with Jose Huizar asking to

6   talk.

7       A       That's correct.

8               MS. PALMER:  And if we can look at the bottom

9   three texts.

11:54AM  10       Q       Again, is he asking to talk to Jose Huizar?

11       A       That is correct.

12               MS. PALMER:  And if we can go to the middle

13   texts.

14       Q       And if you can read what the defendant wrote to

11:54AM  15   Jose Huizar.

16       A       "Great.  I will be having dinner with

17   Chairman Yuan tonight.  I also knew you will be having dinner

18   with him Thursday.  I just wanted to touch base with you as to

19   what George Chiang and I should tell him."

11:54AM  20       Q       And why is this text entry included on the

21   timeline?

22       A       This text entry is included based on the

23   correspondence between the defendant and Jose Huizar related to

24   Chairman Yuan of Hazens and the sharing of information that

11:55AM  25   each of them were independently having dinner with the Chairman

1    of Hazens.

2         Q    And does it appear that there was some

3    coordination among the three of them regarding what to talk to

4    the Chairman about?

5         A    That's correct.

6         Q    And at this time the defendant was working in the

7    City; correct?

8         A    Yes.  He was still the head of the Department of

9    Building and Safety.

10        MS. PALMER:  If we can go to Exhibit 930-9.

11        Q    And what do these additional entries relate to?

12        A    These are meetings or dinners that Jose Huizar

13   attended with Chairman Yuan on November 6 and November 26 based

14   on my review of his calendars and communications.

15        Q    Is there also a November 4 entry relating to --

16   between Esparza and Chiang relating to Huizar fundraising and

17   Hazens pledging support?

18        A    Yes.  This is an e-mail communication, I believe.

19        MS. PALMER:  And if we can pull up that e-mail

20   communication at 535, please.

21        Q    Going to the top one, is this from George Chiang

22   to George Esparza?

23        A    That's correct.

24        Q    And, again, is this to George Esparza's personal

25   e-mail?

1    A    Yes.

2    Q    And the subject of this is Huizar fundraiser?

3    A    That's correct.

4    Q    And can you please read the e-mail that

11:56AM   5    George Chiang sent to George Esparza.

6    A    "Hi, George.  Can you get me in touch with the

7    Councilman?  Ray and I had dinner with Hazens last night

8    regarding pledging their support.  So I want to discuss this to

9    prepare the Councilman's dinner with them this Thursday.  I can

11:57AM   10   be reached at --" his phone number.

11   Q    And what did you understand pledging their

12   support to mean?

13   A    At this period of time, this is when Jose Huizar

14   was ramping up his campaign for his re-election to occur in

11:57AM   15   2015, pledging support for that campaign.

16   Q    So raising funds, giving money?

17   A    That's correct.

18   Q    And based upon your review of the municipal code

19   that we discussed yesterday, was Ray the general manager and,

11:57AM   20   therefore, barred from fundraising for other public officials

21   at that time?

22   Q    Yes.  He was prohibited from engaging in these

23   activities as general manager.

24   Q    And going to Exhibit 930-9.  So soon after the --

11:58AM   25   so November 4th, we just looked at that e-mail, and that's the

1    e-mail where Hazens was pledging their support.  And then soon

2    thereafter that, do you see additional dinners with Huizar and

3    Chairman Yuan?

4         A    Yes.  Those were referenced in that e-mail.

5              MS. PALMER:  If you can just scroll to the next

6    page, please.  And then the next page.

7         Q    Now, what does this depict, the February 6th

8    entry?

9         A    A text message communication between Jose Huizar

10   and George Chiang.

11        Q    And did that text message refer to working with

12   George?

13        A    Yes.

14        Q    And did you understand that to be George Esparza?

15        A    That's correct.

16             MS. PALMER:  Now, if we could go to the next page

17   of this, please.

18        Q    This March 26th, 2015, entry, what does this

19   depict?

20        A    This is the application that was filed for the

21   Luxe Hotel project that we previously reviewed.

22        Q    And so that's to actually redevelop the hotel

23   into the project that we saw the renderings of?

24        A    Yes.  This was the application requesting those

25   various permissions and approvals, those entitlements.

1          MS. PALMER:  And if we can scroll to the next

2     page, please.

3          Q     This is an April 4th communication between the

4     defendant and Huizar; is that correct?

11:59AM   5          A     Yes.  This is a text communication between the

6     two of them.

7          MS. PALMER:  And if we can pull up Exhibit 177,

8     please.  And then if we look at the two middle -- the three

9     middle texts if we could.

12:00PM   10          Q     And does the defendant say, "Should it be lunch

11     or dinner with Thomas Feng from Oceanwide?"

12          A     That is correct.

13          Q     And Thomas Feng from Oceanwide, is that one of

14     the development projects that you identified in Exhibits 901

12:00PM   15     and 902 as your investigation expanded to include?

16          A     Yes.  Oceanwide was one of them.

17          Q     And what is Jose Huizar's response?

18          A     "What do you suggest?"

19          Q     And the defendant said, "Can you talk to Chairman

12:00PM   20     now?"

21          And then what does Jose Huizar say?

22          A     "Can you talk?"

23          MS. PALMER:  And if we could go out and scroll

24     down, please.  If we can zoom in on the top three messages or

12:01PM   25     the -- yes.  The middle three.

1      Q      Can you read the top message on the left, please?

2      A      "Sir, what do you think if I also invite

3  George Chiang to the dinner?  I think he may be helpful to

4  communicate with them in the future.  Please advise."

12:01PM  5      Q      And Jose Huizar responded, "Yes."

6             And then can you please read the next two texts

7  from the defendant.

8      A      "Thanks.  Please introduce him to them as your

9  close supporter and friend.  I need to keep distance.  Thanks."

12:02PM  10      Q      And why did you include this message on the

11  timeline?

12      A      This message was included because these were

13  communications related to coordination of dinners with one of

14  these additional developers, Oceanwide, and specifically this

12:02PM  15  communication was identifying someone outside of the City,

16  George Chiang, to be the one to communicate with that developer

17  in the future.

18      Q      "And I need to keep distance," at that time, did

19  the defendant still work at the City?

12:02PM  20      A      Yes.  The defendant was still a public official.

21             MS. PALMER:  Now, if we could go to

22  Exhibit 930-14.

23      Q      This April 14th entry, does it relate to a dinner

24  with the defendant, Huizar, and George Chiang?

12:02PM  25      A      That is correct.

1              MS. PALMER:  And if we can go to that text

2     message exchange, please.

3         Q       And zooming in on the first two messages, does

4     George Chiang say, "Hi, Councilman.  Was wondering if you can

12:03PM  5     introduce me to the guys from Oceanwide?  Ray does not want

6     them to know that him and I are close.  Thanks, George."

7              Is that what that says?

8         A       That's correct.

9         Q       And as far as the guys from Oceanwide, who did

12:03PM 10     you understand to be the chairperson of Oceanwide at that time?

11         A       Thomas Feng.

12              MS. PALMER:  And then zooming back out, and if we

13     can go to the last message on that page.

14         Q       Can you please read what George Chiang sent to

12:03PM 15     Jose Huizar.

16         A       "Hi, Councilman.  Hope you had a good weekend.  I

17     have a few updates on my side.  I've spoken to Thomas from

18     Oceanwide in private about your influence and how important it

19     is to make sure everyone's project is successful."

12:04PM 20              MS. PALMER:  Okay.  And if we can go to page 2.

21     And looking at the first two messages on that page.

22         Q       Can you read -- I know it's a little bit long,

23     but can you read what George Chiang sent to Jose Huizar?

24         A       "He now truly understands and is grateful for the

12:04PM 25     connection.  I will work with him closely to make sure we can

1    produce the win-win situation.  With Hazens, they may need a

2    letter of support for the Luxe Hotel project associated with

3    their filing with the immigrations for the EB5 Regional Center

4    which will be providing some findings to the project.  I will

12:04PM    5    follow up with them and let you know.  As for the fundraising

6    for the high school, I was wondering if you can possibly

7    provide me with some details so I can gather the support.

8    Depending on the schedule, I would like to get started on it as

9    early as possible.  Thanks.  George."

12:05PM   10              Sorry.  I meant funding inside of finding.

11         Q       And as far as the Hazens -- sorry.

12              First, when he says he now truly understands and

13    is grateful for the connection, did you understand that to be

14    referring to Oceanwide?

12:05PM   15         A       Yes.  Thomas Feng.

16         Q       And with respect to Hazens, is George Chiang

17    indicating that Hazens needs something from Jose Huizar?

18         A       Yes.  George is requesting a letter of support on

19    behalf of Hazens Luxe Hotel for funding.

12:05PM   20         Q       And then is he also referring to fundraising for

21    the high school?

22         A       That's correct.  It's my understanding that was

23    for Salesian High School.

24         Q       And that's the high school where Richelle Rios

12:06PM   25    worked at that time -- or she raised funds for it?

1    A       That's correct.  And this is April 2015, the same

2    fundraising year for the gala that we reviewed.

3            MS. PALMER:  And if we can zoom back out.  If we

4    could look at the next three messages.

12:06PM  5    Q       Jose Huizar responded to George Chiang, "Sounds

6    good.  Ray and I spoke.  We agreed to have lunch or dinner with

7    the three of us soon to talk about these matters with you.

8    Should I send dates?"

9            George Chiang responds and then asks -- he said,

12:07PM  10   "I will do my best to accommodate your availability."

11           And Jose Huizar said, "Ask Ray.  I can go to

12   dinner tomorrow night, Tuesday or Thursday night.  Please ask

13   Ray to see if he can make any of those days."

14           And there -- why was this included on the

12:07PM  15   timeline?

16   A       This is included because it's referring to

17   discussions Jose Huizar is having independently with

18   Raymond Chan related to Oceanwide and Hazens that George Chiang

19   previously brought up as well as Jose Huizar asking for

12:07PM  20   George Chiang to discuss with Raymond Chan setting up a

21   meeting.

22   Q       And did you also understand that they were

23   arranging for Raymond Chan, George Chiang to sit down with the

24   Chairman -- with Chairman Yuan for dinner?

12:08PM  25   A       I don't know if I have that understanding just

1    based on these messages.

2              MS. PALMER:  Okay.  If we go back to the timeline

3    at Exhibit 930-14.  And if we can go to page 15 as well.

4         Q     Looking at that, do you see a radar screen on

12:08PM  5    May 3rd relating to school-self?

6         A     Yes.  I believe this is the radar screen we

7    previously reviewed with the chart.

8         Q     And so that was the defendant's radar screen that

9    had a table tracking potential contributions from various

12:08PM  10   developers to Salesian?

11        A     That's correct.

12        Q     And then the document to the right of that, the

13   May 25th document, is that the document we also previously

14   reviewed?

12:09PM  15        A     Yes.  That is the e-mail between the defendant

16   and his son with the attachment "J.H."

17        Q     And the attachment had various potential

18   contributions from developers to Salesian.

19        A     Yes.  It included contributions from Greenland,

12:09PM  20   Hazens, Oceanwide.

21        Q     And is it relevant to this timeline because

22   Hazens, Chairman Yuan, was one of those developers on that

23   particular attachment?

24        A     Yes.  And also that the correspondence occurred

12:09PM  25   after the text messages with George Chiang and Jose Huizar in

|   |   |
|---|---|
| | 1 |
| | 2 |

1  which George Chiang identifies getting support for the high

2  school.

3           THE COURT:  All right.  We're going to take our

4  final break of the day.  We will be in recess for 15 minutes.

12:09PM  5           THE CLERK:  All rise for the jury.

6           (A recess was taken at 12:09 p.m.)

7           THE COURT:  All right.  The jury is present.  All

8  counsel and the defendant are present.

9           You may resume your examination.

12:31PM  10          MS. PALMER:  Thank you, Your Honor.

11     Q     Special Agent Civetti, I am displaying on the

12  left side of the screen Exhibit 42A which was a radar screen --

13  one of the defendant's radar screens that we were looking at

14  before the break.  And then on the right I'm displaying

12:32PM  15  Exhibit 114, page 2, and that's from an e-mail between the

16  defendant and Jeremy Chan.

17          Now, I want to zoom in on the box on the left

18  from the radar screen.  If we can just zoom on this "self"

19  portion.

12:32PM  20          Special Agent Civetti, what did you understand

21  this to mean as far as self?

22     A     Based on my review of the communications, both

23  e-mail, text messages, as well as the timing of these radar

24  screens and e-mails, it was my understanding this "self" column

12:32PM  25  was tracking campaign donations for Jose Huizar's campaign

1    debt.

2         Q      And looking on the right there where it has -- so

3    both of them on the left have school on the table, and then on

4    one of them it says "self" and on the other one it says

12:33PM   5    "account," do you see that?

6         A      Yes.  I believe those are just two different ways

7    that this was characterized but the same.

8         Q      And so as far as self and account, those would

9    both relate to tracking campaign contributions to Jose Huizar?

12:33PM  10         A      That's correct.

11         Q      And do you understand that Jose Huizar had a

12    campaign debt during this time period?

13         A      Yes.  Following his re-election in 2015.

14         Q      And looking at the persons tracked on the left

12:33PM  15    and the persons tracked on the right, did you see some of the

16    same persons included in both?

17         A      Yes.  And some of the abbreviations matching the

18    full names such as the first two entries, J.M. matching

19    Joel Miller who worked for Psomas and A.H. matching

12:34PM  20    Al Hernandez who was another City official.  And then looking

21    toward the bottom, there were the same entries, UN Wang-JC with

22    amounts listed next to them as well.

23         Q      And Jeremy Neuman and Joseph Lin, who are they?

24         A      Jerry Neuman is a land use attorney, and

12:34PM  25    Joseph Lin was the chairperson involved with City Century.

1       Q       And did Jerry Neuman work on the Hazens project?

2       A       At one point in time, that is correct.

3       Q       And why was this -- why were these tables

4   relevant to your investigation?

12:34PM  5      A       These tables are relevant because it's the

6   defendant, a City official at the time, tracking campaign

7   contributions, direct and indirect benefits to Jose Huizar, the

8   indirect ones being the school and these campaign debts being

9   direct benefits.  So it was significant that another public

12:35PM 10  official is tracking that information.  I wasn't aware that the

11  defendant was a part of Jose Huizar's campaign team or any of

12  the like.

13      Q       And looking at CW, did you have an understanding,

14  in reviewing these radar screens, what CW typically meant?

12:35PM 15      A       Check with.

16      Q       Did you say check with?

17      A       Check, C-h-e-c-k, with.

18      Q       And, again, with the abbreviations after that, so

19  TT, what did you understand that to mean?

12:35PM 20      A       Talked to.

21      Q       And then FU?

22      A       Follow up.

23      Q       Here G.C. refers to George Chiang?

24      A       That's my understanding.

12:35PM 25      Q       And G.E. referred to George Esparza?

1        A       That's correct.

2        Q       And so did you understand generally that these

3   were the defendant keeping track of campaign -- potential

4   campaign contributions for Jose Huizar and the persons who

12:36PM   5   would be making them?

6        A       The individuals making the contributions, the

7   individuals associated with them such as proxies like

8   George Chiang, George Esparza, and then money amounts.

9        Q       And various persons who would follow up with

12:36PM   10  those individuals?

11       A       Yes.

12       Q       And including the defendant for "talked to"?

13       A       The defendant is tracking these.  That's correct.

14   There is an entry "check with J.H.," who I understand to be

12:36PM   15  Jose Huizar.

16       Q       And Al Hernandez, where did he work?

17       A       I believe for the Los Angeles Fire Department.

18               MS. PALMER:  Now, if we can go to Exhibit 930 at

19   page 16, please.

12:37PM   20       Q       Looking at the August 2nd communication,

21   Defendant Chan and George Chiang, if we could pull up that

22   exhibit, please, 537.  Zooming in on the top portion in the

23   middle where it says, "Sunday, August 2nd at 1:25 p.m.," is

24   this from George Chiang?

12:37PM   25       A       Correct.  This is from George Chiang, a new

1    e-mail address associated with him writing to Defendant Chan's

2    personal e-mail address.

3         Q       And that e-mail address is for Synergy Alliance;

4    is that correct?

12:37PM    5         A       That's correct.

6         Q       And did you understand that to be the e-mail

7    address that George Chiang used for his new company Synergy?

8         A       That's correct.

9         Q       And at the beginning it says, "Hi, *Dailo*."  Did

12:38PM    10    you see the word *Dailo* used between George Chiang and the

11    defendant?

12         A       Yes.  It's a frequent phrase.

13         Q       And is it a nickname big brother?

14         A       It's my understanding it's a Chinese term

12:38PM    15    translating to big brother.  So there's *Dailo* and *Seilo,* big

16    brother and little brother.  And those are the terms that the

17    defendant and George Chiang used between each other.

18         Q       And the defendant would call George Chiang *Seilo*?

19         A       That's correct.

12:38PM    20         Q       And that's little brother?

21         A       Correct.

22         Q       And here George Chiang said, "Below is my draft

23    of the e-mail for your review."  And then the e-mail that

24    follows is to someone named Mr. LoGrande.  Who is that?

12:38PM    25         A       That's Michael LoGrande who was with the

Planning Department.

Q       And then looking at the first sentence of that, it says, "It was brought to my attention that the representatives of Hazens Real Estate Group met with you and your staff to propose the TFAR calculation for Luxe Hotel project on January 3rd, 2015," {sic} and then it goes on.  Does this relate to the Luxe Hotel project and the TFAR calculation?

A       That's correct.

Q       And is that one of the entitlements that Hazens was seeking on the Luxe Hotel project?

A       The TFAR calculation would be utilized in the application.

MS. PALMER:  If we can zoom back up.

Q       George Chiang is sending this to the defendant for the defendant's review; is that correct?

A       That's correct.

MS. PALMER:  And then if we could zoom in on the top message.

Q       Is this message from the defendant?

A       Yes.  His personal e-mail address.

Q       And it's to George Chiang?

A       That's correct.

Q       And can you read the message that he wrote above -- that's above the longer text?

A       "Fantastic write-up.  I just made some minor

changes."

Q        And based upon your review of this, does it appear that the defendant edited George Chiang's write-up?

A        That's correct.

12:40PM    Q        And this was -- okay.  And why is this included on the timeline?

A        This e-mail communication is between the defendant, a City official at the time, and George Chiang who had a Synergy consultant agreement.  Specifically, this letter

12:40PM  is drafted to another public official, Michael LoGrande, who was the number one in charge of the Planning Department.  So it was significant that the consultant for Hazens is sending a draft to one public official that is being edited and then sent to another public official.

12:41PM        MS. PALMER:  And if we could go back to the timeline, 930-17.

Q        What do we see here as far as the additional entries looking at August 3rd?

A        The August 3rd entry is an e-mail communication

12:41PM  between Jose Huizar and George Chiang with a similar write-up.

Q        And is George Chiang sending that to Jose Huizar?

A        Correct.

        MS. PALMER:  And then if we could continue and go to the next -- scroll down one.

12:41PM    Q        And what do we see here?

```
 1          A      On August 5th or August 17th?

 2          Q      On August 5th.

 3          A      On August 5th there's an e-mail communication

 4   between Jose Huizar to Michael LoGrande, the number one of the

 5   Planning Department.

 6                 MS. PALMER:  And if we could pull up that

 7   exhibit, Exhibit 539.

 8          Q      If we could look first at who this was sent from

 9   and to?

10          A      This was sent from Jose Huizar to

11   Michael LoGrande at City Planning copying representatives of

12   Hazens including George Chiang and some of Jose Huizar's staff

13   members.

14          Q      And what's the Luxe Hotel -- what's the subject?

15          A      "Luxe Hotel project upcoming meeting."

16                 MS. PALMER:  And if we could zoom back out.  And

17   if you could zoom in on the text of this.

18          Q      Does this appear to be the draft that

19   Raymond Chan had edited and sent back to George Chiang?

20          A      That's correct.

21          Q      And so it was forwarded from George Chiang to

22   Huizar, and then Huizar sent it to another public official?

23          A      Yes.  Originally from Defendant Chan to

24   George Chiang, George Chiang to Jose Huizar, and then

25   Council Member Huizar to the number one at the planning
```

1    director.

2         Q       And looking at the last paragraph there, can you

3    just read that for the jury?

4         A       "I understand that there will be another meeting

12:43PM    5    between you and the Hazens's representatives to finalize this

6    matter.  I would like to attend this meeting to see if I can be

7    of any assistance to you and the project.  Will you please

8    provide me with the date and time for the meeting?"

9              MS. PALMER:  If we can go to Exhibit 930-18,

12:44PM   10    please.

11         Q       And do these reflect further communications

12    between Huizar and Chiang relating to the Luxe Hotel project?

13         A       That's correct.

14              MS. PALMER:  And if we could scroll to the next

12:44PM   15    page, please.  And then the next page.

16         Q       Looking at page 20 of Exhibit 930, are these

17    additional communications including with Raymond Chan?

18         A       Yes.  When I prepared this timeline, the timeline

19    bar, the time bar, everything below that time bar are events

12:44PM   20    that included Defendant Chan.

21         Q       And there's something referenced on September 7th

22    through 8th.  It says, "Biweekly Hazens meeting."  Based upon

23    your review of communications, did Chan set up with Huizar a

24    biweekly -- Chan set up -- did Chan communicate with Huizar

12:45PM   25    about setting up a biweekly -- all right.

```
 1              Did Chan communicate with Huizar about setting up
 2    a biweekly meeting with Hazens?
 3         A    That's correct.
 4              MS. PALMER:  And if we could go to Exhibit 540,
 5    please.
 6         Q    Is this an e-mail from George Chiang to
 7    Raymond Chan?
 8         A    Yes.  That's correct.
 9         Q    And it's sent to Raymond Chan's personal e-mail
10    address?
11         A    Yes.
12         Q    And it says -- the subject is "Revised letter to
13    mayor's office"?
14         A    That's correct.
15         Q    It says, "Please see attached.  This is Greg's
16    version of the letter."  Who did you understand Greg to be?
17         A    Greg Sun, the general manager for Luxe Hotel.
18              MS. PALMER:  If we can scroll back out and go to
19    page 2.
20         Q    Does it appear that attached is a letter that was
21    drafted relating to the Luxe Hotel project?
22         A    That's correct, to be provided to the mayor's
23    office.
24              MS. PALMER:  And if we can go to page 541,
25    please -- I mean, Exhibit 541, page 1.
```

12:45PM (line 5)
12:45PM (line 10)
12:45PM (line 15)
12:45PM (line 20)
12:46PM (line 25)

1          Q          Zooming in on the top of this, is this from
2     Raymond Chan to George Chiang?
3          A          Yes.
4          Q          And is the subject, "Please ignore the last
12:46PM  5     e-mail"?
6          A          That's correct.
7          Q          And he says, "Please ignore my last e-mail and
8     review the attachment."
9                     If we can scroll back out.
12:46PM  10                    Looking at page 2 and 3, does this appear to be
11    an edited version of that letter to be sent to the mayor?
12         A          That's correct.
13         Q          And so Raymond Chan provided an edited version of
14    this to George Chiang?
12:46PM  15         A          Yes.
16                    MS. PALMER:  Now, if we can go to Exhibit 930,
17    page 21.
18         Q          And looking at the top item there on October 3rd
19    there's something called a "Huizar to-do."  What does that
12:47PM  20    refer to?
21         A          In our -- when we executed search warrants, one
22    of those warrants was executed at Jose Huizar's residence.  We
23    seized computers that Jose Huizar utilized.  When we imaged or
24    extracted data off of those computers, there were documents
12:47PM  25    drafted by Jose Huizar called "to-do," and they are basically

1    task lists similar documenting of events that are occurring.

2         Q    And this is one of those lists?

3         A    This is one of those lists; correct.  This is a

4    Jose Huizar to-do list.

12:47PM  5         MS. PALMER:  And if we can pull up Exhibit 48,

6    please.  And if we can go to page 3.

7         Q    Looking at the section called "Business

8    development," the first item says, "Begin LLC for Richelle."

9         Do you see that?

12:48PM  10        A    That's correct.

11        MS. PALMER:  And if we can go to page 4, please.

12        Q    At the top there, does this continue what was

13   previously the business development list?

14        A    Yes.  These items are all contained under the

12:48PM  15   business development heading.

16        Q    And the one that's second from the top, does it

17   include Hazens?

18        A    It does.

19        Q    And did you have an understanding at that time,

12:48PM  20   when you reviewed this and based upon your review of the

21   records, of what business development meant?

22        A    It is my understanding this is -- business

23   development was referring to indirect benefits for Jose Huizar.

24        MS. PALMER:  And if we can go back to the

12:48PM  25   timeline, Exhibit 930, page 21, please.  And if we can go to

page 22.

Q        For October 26th, is there a text message exchange between Raymond Chan and George Chiang relating to Huizar and Hazens?

12:49PM  A        That's correct.

MS. PALMER:  And then if we could go to Exhibit 42B, one of the radar screens.

Q        And looking at the top right, is this the November 8, 2015, radar screen?

12:49PM  A        That's correct.

Q        And looking at page 2 under projects, there's a section -- if we could do the Ray section and just highlight the whole thing.  Looking at the second item there, if we can highlight that.

12:50PM          What does the second item say?

A        "Hazens will talk to J.H. November 11.  J.N. will set up meeting with Kelley and C.P., TOT."

Q        So did you understand this to be the defendant tracking progress on Hazens and who was talking with whom

12:50PM  relating to the project?

A        Yes.  It was my understanding the defendant was tracking that Hazens would be talking with Jose Huizar on November 11th.

MS. PALMER:  Okay.  And going back to the

12:50PM  timeline at 930-23.

1        Q        And did you see documents reflecting that that

2   meeting actually did occur?

3        A        That's correct.  On November 11th there was a

4   dinner including Jose Huizar and Chairman Yuan of Hazens.

12:51PM   5        Q        And George Esparza was also at that dinner?

6        A        Yes.  George Esparza, George Chiang, and

7   Greg Sun.

8                MS. PALMER:  If we can scroll to the next page,

9   please.

12:51PM   10        Q        Are these additional communications relating to

11   the Luxe Hotel project and reflecting meetings where Chiang is

12   involved and sometimes other persons from the Luxe Hotel

13   project?

14        A        Yes.  And these communications were also

12:51PM   15   reflecting the project progress as well as golf benefits being

16   provided to Jose Huizar.

17                MS. PALMER:  And if we can go to the next page,

18   please.

19        Q        This November 6th entry, does this relate to a

12:51PM   20   text message chain between George Chiang and Greg Sun?

21        A        Yes.

22                MS. PALMER:  And if we could go to that, it's at

23   603C.  If we could look at the bottom message.

24        Q        Is this from George Chiang?

12:52PM   25        A        From George Chiang to Greg Sun of Hazens.

1        Q        And can you please read it?

2        A        "Hi, Greg.  Sorry to call you so late.  Just want

3    to remind you about the lunch tomorrow at Luxe at 12:00 p.m.

4    with Ray and Kevin Keller.  Goodnight."

12:52PM  5       Q        So this is reflecting that the defendant would be

6    meeting at the Luxe Hotel with Kevin Keller?

7        A        Yes.  Kevin Keller from the Planning Department.

8        Q        Okay.  And at that time -- what was the

9    defendant's job at that time?

12:52PM  10      A        He was the general manager of Building and

11   Safety.

12              MS. PALMER:  And if we could go to

13   Exhibit 930-26.

14       Q        Looking there on November 22nd, is that another

12:53PM  15  one of the defendant's radar screens?

16       A        Yes.  That is correct.

17              MS. PALMER:  And if we could go to page 1 of that

18   exhibit.

19       Q        And that date is reflected in the top right

12:53PM  20  corner?

21       A        Yes.

22              MS. PALMER:  And if we can then scroll to page 3.

23       Q        Zooming in on the part -- looking at the third

24   bullet down there, do you see that entry?  Can you read it,

12:54PM  25  please?

1      A       "Negotiation with petroleum building set options.

2   Talked to J.H. about Richelle's deal."

3      Q       And did you understand Richelle there to be

4   referring to Richelle Rios Huizar?

12:54PM   5      A       Correct.  Jose Huizar's wife.

6              MS. PALMER:  And if we can go to Exhibit 930-27.

7      Q       Do these additional entries on November 26th and

8   29th reflect additional communications and meetings between

9   Jose Huizar and George Chiang?

12:54PM   10      A       That's correct.

11      Q       And the communications, do they reflect

12   communicating about follow-up items relating to Hazens?

13      A       That's correct.

14              MS. PALMER:  Now, if we can scroll to the next

12:55PM   15   page, please.  And again.

16      Q       Looking at page 29 of Exhibit 930, this is

17   December 2nd, and it's a communication between Huizar and

18   Chiang, Rios license and Chairman Yuan response.

19              If we could go to that text message, please,

12:55PM   20   596F.

21              Zooming in on the first two messages, can you

22   please read the message from Jose Huizar on the left?

23      A       "One, please follow up with Richelle on

24   assistance for license.  Two, any response from Chairman?"

12:55PM   25      Q       And George Chiang's response, "Yes, I will be

1    contacting her tomorrow with the materials and the process for

2    the license.  I'm having a meeting with the Chairman this

3    Thursday.  I want to get you a response by early next week.

4    Will update you soon."

12:56PM  5            Did you understand Chairman here to be referring

6    to Chairman Yuan?

7        A    That's correct.

8            MS. PALMER:  And if we could scroll down.  Now,

9    going back to Exhibit 930-29 and going to page 30, please.

12:56PM  10       Q    Now looking at those entries there December 8th

11   and December 14th, do those reflect meetings between

12   Jose Huizar and George Chiang?

13       A    Yes.

14       Q    And with respect to the meeting on December 14th,

12:57PM  15   was it indicated that that meeting was urgent?

16       A    Based on these communications.

17            MS. PALMER:  And scrolling now to exhibit -- to

18   the next page, please.  Sorry.  There was a radar screen on

19   December 6th.  If we could pull that one up.  That is one we

12:57PM  20   have not looked at.  If we could go to -- scroll down, and

21   again.  And if we could look at the one that is under "home"

22   near the top, and it has "Yuan."

23       Q    Special Agent Civetti, can you explain what the

24   first bullet point says?  Can you read it?

12:58PM  25       A    The first bullet under Yuan?

1          Q          Yes.

2          A          "K.K. lunch 12/16 after TFAR."

3          Q          And K.K., did you understand that to be

4     Kevin Keller?

12:58PM   5          A          That's correct.

6          Q          Okay.  And are there several other items here

7     that relate to the Hazens project?

8          A          That is correct.

9          Q          And then included within them, is there an

12:58PM   10    additional item that says, "G.C. will follow up with J.H.'s LLC

11    and contract?"

12         A          That's correct.

13         Q          What did you understand this to mean?

14         A          Reviewing these radar screens along with having

12:59PM   15    reviewed the same types of documents that Jose Huizar was

16    keeping track of, Jose Huizar was referencing LLCs and

17    Richelle.  There was then radar screens that included

18    Richelle's deal and J.H.'s LLC and contract.  So these all

19    seemed to be related, and this was -- this radar screen is two

12:59PM   20    days before G.C., George Chiang, actually has meetings with

21    Jose Huizar after communications with Jose Huizar relating

22    things related to Richelle.

23              MS. PALMER:  And if we could go to Exhibit 930,

24    page 31, please.  And if we could go to page 32.

12:59PM   25         Q          Is that the -- those are the communications that

1  you were referencing relating to Huizar and Chiang and Rios; is

2  that correct?

3       A     That's correct.

4             MS. PALMER:  If we can go to the next page,

01:00PM 5  please.

6       Q     And then is there a meeting where Richelle Rios

7  meets with someone named Jenny Wu?

8       A     That's correct.

9       Q     And who did you understand Jenny Wu to be?

01:00PM 10      A     Jenny Wu, I believe, was a realtor involved with

11 real estate in Canada.

12      Q     And did you receive records indicating that

13 Jenny Wu flew to the United States from Canada for this

14 meeting?

01:00PM 15      A     That's correct.

16            MS. PALMER:  And if we could bring up the

17 December 15th meeting, the December 15th, Exhibit 596I.  If we

18 could zoom in on that, the first two messages.

19      Q     Can you read what Jose Huizar said to

01:00PM 20 George Chiang?

21      A     "Richelle can meet tomorrow at 1:30 in Pasadena."

22      Q     And George Chiang said, "Okay, it's confirmed.

23 Do you have a location?"

24            And we can zoom back out.  And then if we can

01:01PM 25 zoom in here.

```
 1              What did Jose Huizar say?

 2        A     "I will get one.  You need to speak with her

 3   first and prepare her."

 4        Q     And when Jose Huizar said, "You need to speak

 5   with her first," did you understand that to mean

 6   Richelle Rios Huizar?

 7        A     That's correct.

 8        Q     And then George Chiang responds.  And then as we

 9   saw, the meeting occurred a few days later; is that correct?

10        A     That's correct.

11              MS. PALMER:  If we can pull up Exhibit 560,

12   please.

13        Q     Are these the travel records that you obtained

14   relating to Jenny Wu flying from Vancouver to LAX?

15        A     Yes.  The FBI had executed search warrants for

16   Jenny Wu's e-mails, and this was among those e-mails.

17              MS. PALMER:  And if we can go to Exhibit 930-31.

18   Keep scrolling through.  One more.

19        Q     Now, this is the end of 2015.  And did you

20   prepare -- sorry, the end -- yeah.  The end of 2015.  Did you

21   prepare another timeline for 2016?

22        A     That is correct.

23        Q     And is that timeline Exhibit 932A?

24        A     That is correct.

25              MS. PALMER:  If we can bring up Exhibit 932A.
```

1    Going to the next page, please, page 2.

2         Q     Do these reflect, again, the biweekly meeting

3    that you had mentioned before?

4         A     Yes.   These are communications with Jose Huizar

01:03PM  5    and George Chiang and then subsequently meetings that followed.

6         Q     And did you continue to see a trend of

7    Jose Huizar and George Chiang meeting with respect to the

8    Hazens redevelopment project?

9         A     That's correct.

01:03PM  10        MS. PALMER:   Now if we could scroll to the next

11   page.

12        Q     Here we have another Huizar to-do list.   And in

13   that business development category that we saw before, was

14   there an update on March 8th in that category?

01:03PM  15        A     That's correct.

16        Q     And what was that update?

17        A     There was an added entry called paradigm.

18        MS. PALMER:   Okay.   If we could scroll to the

19   next page, please.

01:04PM  20        Q     Are these additional meetings between Huizar and

21   Chang?

22        A     That's correct.

23        Q     And looking at April 11th, is that a

24   communication between Huizar and Chiang relating to the Rios

01:04PM  25   agreement?

1        A       That's correct.

2                MS. PALMER:  And if we can go into that text

3    message, please, 596M.

4        Q       Here is Jose Huizar discussing projects with

01:05PM  5    George Chiang?

6        A       That's correct.

7                MS. PALMER:  And if we can go to the next page,

8    please.  Zooming in on these four messages.

9        Q       Looking at the one that's being highlighted on

01:05PM 10    April 11th, 2016, what does Jose Huizar ask George Chiang?

11       A       "How is Richelle agreement going?  Has everything

12    been set up with Ernie?"

13       Q       And did you learn who Ernie was in this context?

14       A       Yes.  Based on my review of the e-mails that were

01:05PM 15    seized from Jenny Wu, those e-mails included communications

16    with a representative from Paradigm, and they included

17    communications with an individual named Ernie Camacho.

18               MS. PALMER:  Now if we can go to Exhibit 932A-5.

19       Q       Oh, and looking on the right, Exhibit 1, page 4,

01:06PM 20    is this a photograph of Ernie Camacho?

21       A       That is correct.

22               MS. PALMER:  932A-5, please.

23       Q       During this period on April 19th and 20th, are

24    there -- on April 19th is there an additional communication

01:06PM 25    relating to the Rios agreement?

1    A      That is correct.

2    Q      April 20th, what is that?

3    A      Follow-up meeting with Greg Sun from Hazens as

4    well as George Chiang and Council Member Huizar.

01:06PM   5         MS. PALMER:  And if we can scroll to the next

6    page, please.

7    Q      On April 26th, is this a communication between

8    Huizar and Chiang?

9           And if we could go to it, it's 5960.

01:07PM   10         Zooming in on the first -- on the top three

11   messages, can you read what Huizar sent to George Chiang?

12   A      "Everything good?"

13   Q      And George Chiang responded, "Yes, sir."

14          And what was Huizar's response?

01:07PM   15   A      "Cool.  The more I think about our project, the

16   more I get excited about it.  Let's meet every two weeks or so

17   to see how things are going.  I think it will be great."

18          MS. PALMER:  Now if we can go to Exhibit 932A-7.

19   Q      Did you then recover -- about a week later during

01:07PM   20   your investigation, did you find a Paradigm contract that

21   involved Jenny Wu?

22   A      Yes.  There was a Paradigm contract that was

23   seized pursuant to that search warrant of Jenny Wu.

24   Q      And Paradigm was referenced in Huizar's to-do

01:08PM   25   list and his business development; is that correct?

1        A       That is correct.

2                MS. PALMER:  If we can go ahead and look at that

3        contract.  It's 561.  And zooming in on the very top with the

4        name of it and the first paragraph.

01:08PM  5        Q       What is the name of this?

6        A       Master consultant agreement.

7        Q       Is it between Jenny Wu and Paradigm Management

8        Services?

9        A       That's correct.  A company of Jenny Wu's and

01:08PM  10       Paradigm Management Services.

11                MS. PALMER:  And zooming back out and looking at

12       the scope-of-services section A(1) under responsibilities.

13       Q       What does this require the consultant to do?

14       A       "Consultant shall provide client transnational

01:09PM  15       information and data of real estate properties."

16       Q       And the last sentence, can you advise what that

17       says?

18       A       "Consultant shall provide client all information

19       and data from the previous month in a customary reporting

01:09PM  20       format no later than 5th of the following month."

21                MS. PALMER:  If we can zoom out and zoom in on

22       the last paragraph relating to compensation, section 2.

23       Q       Can you read that, please?

24       A       "Compensation.  Client shall pay to consultant as

01:09PM  25       compensation for the services at the proposed base fee for

1    professional services to provide marketing analysis for real

2    estate and land development opportunities in the Greater

3    Southern California area in the total amount of $11,000 per

4    month for services rendered."

01:09PM  5        Q       Okay.  And then it says the term of the agreement

6    is one year with a one-year option; is that correct?

7        A       That is correct.

8        Q       So 11,000 per month for a year, is that 32,000?

9    I mean 132,000?

01:10PM  10       A       That is correct.  $132,000.

11               MS. PALMER:  Okay.  If we can go to page 4 of

12   that agreement, please.  If we can zoom in on the signatories,

13   those who signed it.

14       Q       Looking at this, the one on the left, was that

01:10PM  15   signed by Jenny Wu?

16       A       That's correct.

17       Q       And the one on the right, is that signed by

18   Jeffrey Camacho?

19       A       Yes.

01:10PM  20       Q       And did you, in your investigation, learn if

21   Jeffrey Camacho had any relation to Ernie Camacho?

22       A       Jeffrey Camacho is Ernie Camacho's son.

23               MS. PALMER:  And if we can go to Exhibit 596P.

24       Q       Looking at the last message, do you see this

01:11PM  25   message?

1        A        Yes, I do.

2        Q        And what is Jose Huizar sending to George Chiang?

3        A        "Tomorrow is the first of the month.  We need

4    report.  Thanks."

01:11PM   5              MS. PALMER:  And if we can go to Exhibit 932A-8.

6        Q        So the contract was signed on May 5th, and then

7    that May 30th entry there, is that what we just saw where

8    Huizar is asking Chiang for the report?

9        A        That's correct.

01:11PM  10        Q        And anywhere in that contract did it reference

11   that George Chiang would be preparing those reports?

12        A        It did not.

13        Q        And then looking at the next entry, there is an

14   entry for -- it has a date span May 31st through June 8th, real

01:12PM  15   estate report No. 1.  During your investigation, did you

16   collect a number of these reports?

17        A        Yes.  Based on the review of the search warrant

18   for Jenny Wu's account as well as subpoenas to Paradigm and

19   companies related to the Camachos.

01:12PM  20        Q        And were there a total of six reports?

21        A        Six reports total.  That's correct.

22              MS. PALMER:  And if we can display Exhibit 562,

23   please.

24        Q        What is this, Special Agent Civetti?

01:12PM  25        A        This is an e-mail from Desiree Gonzales who

1    worked for Pacifica Services which is a company of the

2    Camachos.  And it's from Ms. Gonzales to Jenny Wu.

3         Q        And the attachments there, can you explain

4    what -- can you say what they are?

01:13PM   5    A        The attachments include the contracts that we

6    reviewed, a May 2016 monthly real estate opportunity report and

7    an invoice.

8              MS. PALMER:  And zooming back out, if we could

9    pull up 564.

01:13PM   10    Q        Looking at this, what is the cover page here?

11    A        A May 2016 real estate opportunity report.  This

12    was one of the attachments to the e-mail.

13    Q        Is this purporting to be from Paradigm

14    Management?

01:13PM   15    A        That's correct.

16              MS. PALMER:  And if we could scroll to the next

17    page of Exhibit 564.

18    Q        Is this an invoice from Paradigm Management for

19    $11,000?

01:14PM   20    A        Yes.  To Jenny Wu.

21              MS. PALMER:  If we could scroll to the next page,

22    please.  And the next page.

23    Q        Is this one of those real estate reports -- is

24    that what is attached following this?

01:14PM   25    A        That is correct.

1    Q      And is it approximately 53 pages?

2    A      50-some pages.  That is correct.

3    Q      Were most of the reports kind of similar to this

4    one in terms of length?

01:14PM   5    A      They varied in size, but for the most part pretty

6    similar.

7           MS. PALMER:  If we can just scroll through it

8    briefly.  That's good.  Thank you.

9    Q      Were they similar in content in terms of having

01:14PM  10    various bits of information included?

11    A      That's correct.

12           MS. PALMER:  Now, if we can go back to 932A,

13    please.  Page 9.

14    Q      What do we see here, Special Agent Civetti?

01:15PM  15    A      The two additional entries after that real estate

16    report correspondence, there was a June 15th wire transfer of

17    $11,000 from Ms. Wu's bank account to a Paradigm bank account

18    followed by a meeting based on Jose Huizar's calendar between

19    Jose Huizar and Ernie Camacho.

01:15PM  20           MS. PALMER:  And if we can look at that wire

21    transfer.  It's Exhibit 577, page 10.

22    Q      And looking at the top, is that a statement for

23    Jeffrey -- in the middle for Jeffrey Camacho?

24    A      Yes.  I believe his name was on the account.

01:16PM  25           MS. PALMER:  And if -- and then could we zoom in

1    on the wire transfer on 6/15.

2        Q    And does that represent the wire transfer that

3    was shown in the summary chart?

4        A    That's correct.  The wire for $11,000 from

01:16PM  5  Ms. Wu.

6        Q    And it was received from New York; is that

7    correct?

8        A    Correct.  Wells Fargo New York International.

9             MS. PALMER:  If we could go back to Exhibit 932A

01:16PM  10  at page 10.

11       Q    And now there's some entries below the line here.

12   Can you advise what those entries reflect?

13       A    These entries reflect communications or events

14   that involve Defendant Chan during the same time period in

01:17PM  15  which George Chiang and Jose Huizar were meeting to arrange

16   the -- Richelle's deal and these real estate reports.

17       Q    And looking at March 16th and 17th, were those

18   messages relating to updates that Defendant Chan was talking

19   about with Chiang regarding Hazens?

01:17PM  20       A    That's correct.

21       Q    And then if we look at May 25th, does that

22   reflect a dinner between Chan and Chiang relating to Huizar?

23       A    It reflects communications discussing a Huizar

24   dinner.

01:17PM  25            MS. PALMER:  And if we can go to that

1    communication, 591D, and go to page 2, please.

2         Q     So on the top one, is this -- it's green.  So is

3    this George Chiang?

4         A     That's correct.  These are George Chiang messages

01:18PM  5    to Defendant Chan.

6         Q     Can you read the first one?

7         A     "Hi *Dailo* --"  "Thank you *Dailo* for getting in

8    front of Jose."

9         Q     And then the next one?

01:18PM  10        A     "Hi *Dailo*.  Chairman was wondering if we can set

11   the 9:00 a.m. meeting with you and the dinner with Joel and

12   Vido to next Tuesday."

13             MS. PALMER:  If we can go to the first page,

14   please.  And zooming in on the bottom two messages.

01:18PM  15        Q     On the first one, can you read what the defendant

16   sent to Jose Huizar?

17        A     "Because I told Jose last night that the Chairman

18   is a bit disappointed, particularly on this dinner matter.

19   Glad that he finally got this done."

01:19PM  20        Q     Sorry.  I misspoke.  This is the defendant

21   sending this to George Chiang; is that correct?

22        A     That's correct.

23        Q     But he's referencing Jose Huizar in the text

24   message?

01:19PM  25        A     Yes.  That is correct.

1    Q       Here, the Chairman, do you understand that to

2    refer to Chairman Yuan?

3    A       That is correct.

4    Q       And then below there, again, discussing the

01:19PM    5    dinner and trying to get together; is that correct?

6    A       Yes.

7            MS. PALMER:  Now if we could go to Exhibit 591E.

8    And if we can go to the first three messages.

9    Q       This is another text exchange between

01:19PM   10    Defendant Chan and George Chiang on May 30th, 2016.  And can

11    you read what George Chiang said?

12    A       "Hi *Dailo*.  Just a reminder, the meeting tomorrow

13    at 9:00 a.m. will be held at 801 South Fig, Hazens office.

14    Goodnight."

01:20PM   15    Q       And then the defendant asks if George Chiang will

16    also be attending, and George Chiang responds, "Yes, of

17    course."

18            And if we can go to the next page, please.

19            And then looking at the first text message, is

01:20PM   20    the defendant asking George Chiang to pick him up for that

21    meeting?

22    A       That's correct.

23            MS. PALMER:  And if we can scroll back out.  And

24    then if we can do the last four messages.

01:20PM   25    Q       Here is -- can you read George Chiang's message

1    on the top right?

2         A         "Hi *Dailo*, it will be Chairman, Greg, and Sonnet

3    attending.   Thank you."

4         Q         And Greg and Sonnet, do they both work for

01:20PM   5    Hazens?

6         A         That's my understanding.

7         Q         And defendant responds, "Are we going to

8    Officina?"   Do you understand that to be a restaurant in

9    downtown Los Angeles?

01:21PM   10        A         Yes.

11        Q         And what did George Chiang respond?

12        A         "Yes.   Told Chairman it's good."

13        Q         And the defendant's response?

14        A         "Great.   I'll upgrade the menu since the minimum

01:21PM   15   is $1,500."

16                  MS. PALMER:   Now if we can go back to

17   Exhibit 932A at page 12.   And if we can scroll down.

18        Q         And does this reflect a similar pattern to what

19   you described with the first report?

01:21PM   20        A         Yes.   I observed a pattern in which Jose Huizar

21   would meet with George Chiang.   Then there would be a meeting

22   with Ernie Camacho between Ernie Camacho and Jose Huizar

23   followed by e-mail communications transmitting that report to

24   Jenny Wu with invoices and then wires of $11,000 to the

01:22PM   25   Jeffrey Camacho account.

1        MS. PALMER:  And if we can continue scrolling.

2        Q        And do those reflect the wires that you were just

3   talking about?

4        A        Yes.  July 19th would be that second wire

01:22PM  5   followed by another meeting between Jose Huizar and

6   Ernie Camacho.

7        MS. PALMER:  And can we go ahead and scroll to

8   the next page?

9        Q        And does this reflect the same trend that you

01:22PM  10  were just talking about of a meeting between Huizar and Chiang,

11  then a meeting between Huizar and Camacho on the same day that

12  the report is submitted -- dated and then a wire transfer soon

13  thereafter?

14       A        Yes.  This is the pattern for the month of

01:22PM  15  August.

16       MS. PALMER:  And then if we can just scroll

17  through 16.

18       Q        Does this reflect the similar pattern for the

19  fourth report?

01:23PM  20       A        That's correct.

21       Q        And page 17, a similar pattern for the fifth

22  report?

23       A        That's correct.

24       Q        And it's always the same amount of $11,000?

01:23PM  25       A        That's correct.

```
 1                    MS. PALMER:  And if we can go to page 18.
 2          Q        Are these a similar pattern for the sixth report?
 3          A        That's correct.
 4                    MS. PALMER:  And then going to 19.
 5          Q        Now, 19, there's the sixth report, but then
 6     there's a new event with a black star.  What is that?
 7          A        This is a council -- an action that occurred
 8     before a council committee.  Specifically, Jose Huizar
 9     introduced a motion to the Economic Development Committee for a
10     city subsidy related to the Hazens hotel or at least a motion
11     to initiate a city subsidy for the hotel.
12          Q        And how does that type of city subsidy work?
13          A        This city subsidy, referred to as TOT or
14     Transient Occupancy Tax, when you as a guest visit a hotel, you
15     will see on your invoice a hotel tax that you're charged.  This
16     city subsidy basically allows for the city to reimburse the
17     developer a portion of that tax.  So it's a subsidy provided
18     back to the developer to encourage development of hotels in
19     Los Angeles.
20          Q        And so, basically, it's a way for that tax to
21     come back to the developer.
22          A        That's correct.  So that would be tax being paid
23     to the city.
24          Q        And this particular motion if we could -- before
25     we get to that, was this sixth report the last report?
```

01:23PM (line 5)
01:23PM (line 10)
01:24PM (line 15)
01:24PM (line 20)
01:24PM (line 25)

1        A       It was.

2        Q       And so there were six total reports?

3        A       That's correct.

4        Q       And so the amount of money and wire transfers was

5   66,000; is that right?

6        A       That's correct.

7                MS. PALMER:  And then if we can pull up

8   Exhibit 506.

9        Q       Is this the motion that Huizar presented?

10       A       That's correct.

11       Q       And looking at the bottom, is that Jose Huizar's

12  signature there?

13       A       Yes.

14       Q       At the top, there's a stamp that says "Economic

15  Development."  What does that refer to?

16       A       That's the stamp of the council committee in

17  which this motion would be heard, the Economic Development

18  Committee that Jose Huizar was also a member.

19       Q       We have heard a lot about PLUM, but generally,

20  what is the Economic Development Committee?

21       A       It is another council committee that would

22  provide recommendations as it relates to TOT.  This committee

23  would review that TOT application and instruct the chief

24  legislative analyst to conduct studies on whether the City

25  should approve or not approve such a subsidy.

```
 1                    MS. PALMER:  If we can go back to Exhibit 932A,
 2       page 20.
 3            Q       Looking at these, are these additional entries on
 4       the bottom?  Are those what are new here?
 5            A       Yes.  These are entries related to the defendant.
 6            Q       And what are they depicting here?
 7            A       These are both text message or e-mail
 8       communications that involve the defendant and George Chiang and
 9       at least on one occasion his son Jeremy Chan.
10            Q       And the one on the right is a communication
11       between Raymond Chan, the defendant, and George Chiang
12       regarding the Chairman Yuan's dinner?
13            A       Yes.  It's a communication related to a dinner we
14       Chairman Yuan with Hazens.
15                    MS. PALMER:  And if we can go to Exhibit 546 at
16       page 1, please.
17            Q       Looking at the top of that, is this an e-mail
18       from George Chiang to the defendant and Jeremy Chan?
19            A       That's correct.
20            Q       And the date is September 28th, 2016?
21            A       Yes.
22                    MS. PALMER:  If we can zoom back out.
23            Q       And looking at that, the first topic is "Signage
24       meeting with Jose."
25                    Do you see that?
```

494

1      A      Yes.

2      Q      And does that reflect an update that

3    George Chiang is keeping the defendant apprised of developments

4    relating to the Luxe Hotel project?

01:28PM   5      A      Yes.  And specifically meetings with Jose Huizar.

6      Q      And here does he also note that Jerry, Greg, and

7    myself had a dinner with Jose Huizar -- Jose and Shawn Kuk?

8      A      That's correct.

9      Q      And Jerry, who does Jerry refer to there?

01:28PM   10     A      Jerry Neuman, the land use consultant on the

11   project at this time.

12     Q      And Jerry Neuman, that is one of the people we

13   saw in the radar screen providing donations to Jose Huizar?

14     A      Correct.  Or at least donations were tracked

01:28PM   15   related to Jerry Neuman.

16     Q      And Greg refers to Greg Sun who works at Hazens?

17     A      Yes.  That is correct.

18     Q      And Shawn Kuk, that was Jose Huizar's planning

19   deputy; is that correct?

01:28PM   20     A      Yes.  By this period of time he was the planning

21   deputy for Jose Huizar.

22     Q      And at this time, did Ray Chan work at the City?

23     A      Yes.  He was still a City official.

24     Q      Now, did you create a timeline for Hazens for

01:29PM   25   2017?

1       A       Yes, I did.

2       Q       And is that Exhibit 931?

3       A       Yes, it is.

4               MS. PALMER:  If we can go to page 2, please.

01:29PM    5       Q       And looking at this, is this a radar screen --

6       one of the defendant's radar screens?

7       A       Yes.  For January 1st of 2017.

8               MS. PALMER:  And if we can go to 44A at page 5,

9       please.

01:29PM   10       Q       And looking under the network section, there is a

11      "Yuan" entry.  What does this reflect?

12      A       It's my understanding Yuan is representing

13      Chairman Yuan from Hazens and that these are bullet points

14      related to Hazens's Luxe Hotel project.

01:30PM   15       Q       And looking at the first entry, it says

16      "entitlement," and then in parentheses it says, "Meet 1/3

17      strategize approach."  Did you understand that to reflect a

18      meeting on January 3rd to strategize the approach relating to

19      the entitlement?

01:30PM   20       A       That is correct.

21      Q       Did you understand at that time that the

22      entitlement that Chairman Yuan had pending related to the

23      Luxe Hotel project?

24      A       Yes.  That's correct.

01:30PM   25               MS. PALMER:  And if we can go to Exhibit 931,

```
 1   page 3, please.
 2        Q       Looking at this, are these additional entries
 3   relating to the Luxe Hotel project and communications on it?
 4        A       Yes.  These are e-mails and text messages
 5   involving the defendant and George Chiang and his son
 6   Jeremy Chan.
 7                MS. PALMER:  If we can go to Exhibit 547, please.
 8        Q       Is this an e-mail from Raymond Chan to
 9   George Chiang and Jeremy Chan on January 2nd, 2017?
10        A       That is correct, with an attachment.
11        Q       And that attachment is called "Roster sheet"; is
12   that right?
13        A       Yes.
14                MS. PALMER:  If we can go to page 2, please.
15        Q       Zooming in on the first two boxes on that table,
16   is the title of that "People who influence the project"?
17        A       Yes.
18        Q       And then across the top are there various -- what
19   do we see in terms of columns?
20        A       The various columns are entitlements that I
21   understand are part of the development process.  So sign,
22   signage, digital signs, TOT being the subsidy we discussed,
23   TFAR, the Transfer of Floor Rights, a development agreement
24   which is a contract between the developer and the City as well
25   as union being union support or union opposition.  Unions are a
```

01:30PM  (line 5)
01:31PM  (line 10)
01:31PM  (line 15)
01:31PM  (line 20)
01:32PM  (line 25)

```
         1    large part of the development process.

         2         Q    So several of those relate to the formal process

         3    to the City, and then unions would be a potential additional

         4    issue that may come up in a development project?

01:32PM  5         A    That is correct.

         6              MS. PALMER:  If we can zoom back out.  If we

         7    could zoom in on elected officials.

         8         Q    As far as the people who influence the project

         9    for each one of those categories, who has the defendant

01:32PM  10   identified?

         11        A    CD-14 Council Member Jose Huizar.

         12        Q    And is he identified in every single category?

         13        A    He is in every category.

         14             MS. PALMER:  If we could go to Exhibit 549.

01:33PM  15        Q    Looking at the bottom message, please, first, the

         16   last e-mail, is this a message from George Chiang?

         17        A    That's correct.

         18        Q    And does it say, "Hi *Dailo*.  Please find the

         19   roster sheet and timeline presented to the Chairman"?

01:33PM  20        A    Yes.

         21        Q    Is this sent from George Chiang to Raymond Chan?

         22        A    To Raymond Chan's personal e-mail address.

         23   That's correct.

         24        Q    And is it attaching -- we will look at the

01:33PM  25   attachment.
```

1          If we can zoom back out, and then if we can zoom

2     in on Raymond Chan's response.

3          Raymond Chan responds to George Chiang and

4     Jeremy Chan.  Can you please read what the defendant said?

01:34PM  5     A       This is an e-mail from January 16, 2017.

6     "Thanks.  Please bring a copy of these two attachments along

7     with the time schedule and your strategy Wednesday so we can

8     discuss at a coffee shop prior to the dinner."

9     Q       And did you understand that there was a meeting

01:34PM 10     scheduled with the three of them with the Chairman to talk

11     about the Luxe Hotel project?

12     A       That's my understanding.  Or at least a meeting

13     with George Chiang and the Chairman to discuss the project.

14          MS. PALMER:  And if we can zoom back out.

01:34PM 15     Q       And there the defendant is recommending to

16     discuss those attached items together before the meeting; is

17     that correct?  Before the dinner?

18     A       Yes.

19          MS. PALMER:  And if we can go to page 2, please.

01:35PM 20     Looking at this, the box on the top, if we could look at the --

21     Q       Is this "People who influence the project," does

22     it appear similar to the other screen that we just looked at?

23     A       Yes.  Based on my review, this would be the same

24     attachment titled "People who influence the project," and then

01:35PM 25     listing both public officials and elected officials.

```
 1                    MS. PALMER:  And if we could go back to the
 2     timeline, Exhibit 931 at page 4.
 3          Q       And looking at January 13th through January 16th,
 4     did you review communications between the defendant,
 5     Jeremy Chan and George Chiang relating to Hazens' contract
 6     draft discussions?
 7          A       Yes.  The communications related to the drafting
 8     of a retainer for Synergy and Hazens.
 9          Q       And looking on January 21st, do you see that
10     there's an entry there relating to a Synergy contract?
11          A       Yes.  That's the day that a Synergy contract was
12     executed.
13                    MS. PALMER:  And if we can look at that contract,
14     please, Exhibit 551.
15          Q       Is this one of the contracts between Hazens and
16     Synergy?
17          A       That's correct.
18          Q       And zooming in on the top portion, here it
19     says -- who are the two parties that are entering into it?
20          A       Jia Yuan U.S.A. Co., Inc., and Synergy Alliance
21     Advisors, Inc.
22                    MS. PALMER:  And if we can zoom back out.
23          Q       And looking at the 1.1, it says, "Consultants
24     shall assist owner."  Can you read the first sentence there?
25          A       Starting with 1.1?
```

1        Q       Yes.  "Consultant shall assist owner."

2        A       "Consultant shall assist owner and its agents

3   including, without limitation, owner's attorneys, in connection

4   with owner's efforts to obtain the entitlements and shall

01:37PM   5   perform the services and carry out the responsibilities with

6   respect to obtaining the entitlements by no later than

7   December 30, 2017, as are set forth herein."

8               MS. PALMER:  And if we can zoom back out and go

9   to page 2, please, and page 3.

01:38PM   10        Q       And scrolling through -- going to part 3 at the

11   top, what is this?

12        A       The compensation section of the retainer

13   agreement.

14        Q       And what was the monthly compensation?

01:38PM   15        A       $33,000.

16               MS. PALMER:  And if we can zoom back out and go

17   to the last page.

18        Q       And it's hard to see the signatures, but was the

19   person who signed this on behalf of Synergy, is the name there

01:38PM   20   George Chiang?

21        A       That's correct.

22        Q       And the communications that you saw including the

23   defendant and his son Jeremy Chan, did it relate to this

24   contract?

01:38PM   25        A       The drafting of this contract.  That's correct.

1    Q     And was there a revised contract that was signed

2    between Hazens and Synergy?

3    A     That is correct.

4    Q     Is that Exhibit 551A?

01:39PM   5    A     Yes.

6          MS. PALMER:  And can we pull that up, please?

7    And if we could scroll to page 3.

8    Q     And looking at the compensation, was the

9    compensation here amended?

01:39PM   10   A     Yes.  From 33,000 to $35,000 per month.

11         MS. PALMER:  And if we can zoom back out.  And

12   zooming in on the 3.3, please.

13   Q     So in addition to the monthly fee, were there

14   also additional installment payments upon certain milestones?

01:39PM   15   A     That's correct.

16   Q     And can you read those for the jury or explain

17   them.

18   A     Yes.  This section states, "Owner shall furnish

19   consultant with the following installment payments upon certain

01:40PM   20   milestones outlined below.  One, $100,000 for the entitlements

21   officer hearing."

22   Q     I will pause you there.

23         What did you understand the entitlements officer

24   hearing to be?

01:40PM   25   A     The Planning Department hearing, the first phase

1    on the development process exhibit I had prepared.

2         Q    So when we went through that process earlier,

3    there were four different departments that -- or four different

4    phases that the project had to go through; is that correct?

01:40PM  5         A    That's correct.

6         Q    And did you understand each of these payments to

7    be tied -- these milestone payments to be tied to each one of

8    those four processes?

9         A    That's correct.

01:40PM 10        Q    And so for the first one it's 100,000, and then

11   how much for the following?

12        A    150,000 after the City Planning Commission.

13   150,000 after the Planning and Land Use Management or PLUM

14   hearing.  And then another 150,000 after the City Council

01:41PM 15   hearing.

16        Q    And on the previous screen when we were looking

17   at the attachment that the defendant sent to be provided to

18   Chairman Yuan, one of the things that was on there was people

19   who influenced the project, and Jose Huizar was on all of those

01:41PM 20   items; is that correct?

21        A    That's correct.

22        Q    And did you have an understanding of why

23   Jose Huizar would be someone who could be a person who

24   influenced the project in every single one of those areas?

01:41PM 25        A    For each of those areas, he was the

1   PLUM Committee chair which would review almost all of those

2   columns.  He was also on the Economic Development Committee

3   which could propose motions such as TOT.  So he would be

4   involved with all of those processes, and he had a vote in not

01:41PM  5   only the PLUM Committee, also the City Council.

6        Q     And so for these items, he would have an official

7   vote in both three and four?

8        A     That's correct.

9              MS. PALMER:  Now if we can go to Exhibit 931,

01:42PM  10  page 5.

11       Q     Looking at this, there are two additional items

12  below the line there.  What are those?

13       A     The first one for January 25th is a meeting that

14  occurred between Defendant Chan and Kevin Keller of the

01:42PM  15  Planning Department.  And then the second one is a January 26

16  text communication involving the defendant George Chiang and

17  his son Jeremy Chan.

18             MS. PALMER:  Let's look at those.  Looking at

19  Exhibit 552.  Zooming in on the forwarded message portion, the

01:43PM  20  top of that, just the lower one, the forwarded message part.

21  That's good.

22       Q     And looking at the message sent on the 25th of

23  January, is that from Kevin Keller to Raymond Chan?

24       A     That's correct.  It's from Kevin Keller's

01:43PM  25  personal e-mail address to Raymond Chan's personal e-mail

1    address.

2         Q       And what was the defendant's role at this time in

3    the City?

4         A       The defendant was the deputy mayor of

01:43PM  5    Economic Development.

6         Q       And Kevin Keller, where did he work at that time?

7         A       He was an official within the

8    Planning Department.

9         Q       And here are they using their personal e-mail

01:43PM  10   addresses to communicate?

11        A       Yes.  That's correct.

12        Q       And looking at the top portion, was

13   Kevin Keller's response forwarded to George Chiang by the

14   defendant?

01:44PM  15        A       That's correct.

16        Q       And the subject is "Update on project"?

17        A       Yes.  That's correct.

18                MS. PALMER:  And if we can zoom back out.  And

19   looking at the text, if we can just highlight the text.

01:44PM  20        Q       At a high level, what is Kevin Keller providing

21   to the defendant here?

22        A       Kevin Keller is providing an update based on

23   information after he spoke with the planning team.

24        Q       And looking at the bottom, the last sentence

01:44PM  25   there, does it say -- can you just read that?

1     A      "Please keep us in the loop here, and thanks for

2  taking the time to meet today."

3     Q      And based upon that, was it your understanding

4  that the defendant would have been meeting with Kevin Keller?

01:45PM  5     A      Meeting with Kevin Keller to discuss the updates

6  on the Hazens project.

7     Q      As deputy mayor, did the defendant oversee the

8  Planning Department?

9     A      He did.

01:45PM  10            MS. PALMER:  Now if we can go to Exhibit 592E,

11  please.  If we can go to the first message, please.

12     Q      Can you please read that for the jury.

13     A      This is a message from George Chiang to

14  Raymond Chan and Lincoln Lee.  "Hi *Dailo*.  Everything went as

01:45PM  15  planned.  Chairman spent the first part of meeting yelling at

16  everything about how the current approach is wrong.  Now

17  Synergy takes full control.  Then he walked out.  The meeting

18  was productive."

19     Q      When he says, "Now Synergy takes full control,"

01:46PM  20  is that after Synergy has signed a contract?

21     A      That is correct.

22     Q      Did you understand at that point that Synergy was

23  then acting on behalf of Hazens for the entitlement process

24  with the City?

01:46PM  25     A      That's correct.

1          MS. PALMER:  If we could turn to Exhibit 931,

2     page 6, please.

3          Q      Looking at these, is this George Chiang

4     communicating with both Jose Huizar and Raymond Chan around the

01:46PM  5     same time?

6          A      Not communications together with them, but yes,

7     there's independent communications with Jose Huizar as well as

8     independent communications with Defendant Chan.

9          MS. PALMER:  And looking at the one on the

01:46PM 10     bottom, if we could go to 592L, please, and zoom in on the

11     first three messages there.

12          Q      Now, there's someone named Lincoln Lee on this

13     text chain.  Who is Lincoln Lee?

14          A      Lincoln Lee is a former City official that then

01:47PM 15     was a subcontractor or consultant that assisted Synergy with

16     the Hazens project.

17          Q      And Lincoln Lee writes, see you at Luxe -- "See

18     you at 11:30 at Luxe"; is that correct?

19          A      Correct.

01:47PM 20          Q      And then what is George Chiang's response?

21          A      "By the way, can we have our standing meeting

22     with Ray on Saturday, 12:30 p.m., and I supply lunch?"

23          Q      And at that time, based upon your review of text

24     messages, did you understand that the defendant was holding

01:47PM 25     standing meetings at his house relating to Hazens?

1          A       Yes.  With George Chiang.

2          Q       With George Chiang.

3                  And did it also include sometimes other persons

4      who were helping with the Hazens project?

01:48PM  5          A       That is correct.

6          Q       Including Lincoln Lee?

7          A       Yes.

8                  MS. PALMER:  Now, if we can go to 591, page 7.

9      Sorry.  931, page 7.

01:48PM  10         Q       Before we saw this entry at the top, the

11     February 9th entry, does that refer to Huizar and Chiang

12     communicating about a trip to China?

13         A       Yes.  That's correct.

14         Q       And why did you include this on the timeline?

01:48PM  15         A       This was included because these communications

16     related to George Chiang arranging a trip for Jose Huizar and

17     his family to visit Chairman Yuan in Hazens.

18         Q       And then below the line, do we see several events

19     that relate to the defendant meeting with Chairman Yuan?

01:49PM  20         A       Correct.  The February 9th is related to a

21     meeting with Chairman Yuan and Kevin Keller and George Chiang,

22     and then February 25th is related to a meeting between the

23     defendant, George Chiang, and Chairman Yuan of Hazens.

24         Q       And, again, Kevin Keller was another public

01:49PM  25     official at that time; is that correct?

508

```
          1        A        Yes.  He was within the Planning Department.

          2                 MS. PALMER:  And if we can go to Exhibit 931,

          3   page 9, please.

          4        Q        At this time, was Raymond Chan still in the City?

01:49PM   5        A        Yes.  He's still the deputy mayor of

          6   Economic Development.

          7        Q        And looking at these two entries, what do they

          8   reflect?

          9        A        The March 5th and 11th entry reflects e-mail

01:50PM  10   communications between George Chiang, Jeremy Chan, and

         11   Lincoln Lee, and the March 13th represents text message

         12   communications with Defendant Chan, George Chiang, Jeremy Chan,

         13   and Lincoln Lee.

         14                 MS. PALMER:  And can we go to Exhibit 557,

01:50PM  15   please.

         16        Q        Zooming in on the top message, who is this from?

         17        A        Jeremy Chan to Lincoln Lee and George Chiang.

         18        Q        And what is this about?

         19        A        The subject is "Updated documents for 3/11."

01:50PM  20   It's my understanding, after review of the documents, this

         21   related to the Hazens project.

         22                 MS. PALMER:  And if we can go to 931, page 9,

         23   please.

         24        Q        That March 13 where it says, "Talked to Hani,"

01:51PM  25   who was Hani?
```

1       A       Hani was an official in the City.

2               MS. PALMER:  And can we go to Exhibit 592R,

3       please.  And zooming in on those messages.

4       Q       Now, is this a communication -- a group message

5       between the defendant, George Chiang, Jeremy Chan, and

6       Lincoln Lee?

7       A       That is correct.

8       Q       And can you read the defendant's message?

9       A       "Hi, Lincoln.  Talked to Hani about travel

10      distance and Tract Map.  He still help.  Make sure we pay

11      expedite for the fire review of three Tract Map.  Hani's cell

12      phone," with the phone number provided.  "Still wait for Verej

13      to call back."

14      Q       And who did you understand Verej to be?

15      A       Another City official.

16      Q       In what departments were Hani and Verej?

17      A       I recall Hani was part of the fire department and

18      Verej was part of the Department of Transportation.

19      Q       And this mentions Tract Map.  In the prior

20      e-mail, were there attachments relating to Tract Map

21      clearances?

22      A       Yes.  Tract Map would be part of that entitlement

23      process and a part of that entitlement application.

24              MS. PALMER:  And if we can go to Exhibit 931,

25      page 11, please.

1    Q      Looking at this, is there an additional entry on

2  the top of the chart here?

3    A      Yes.

4    Q      And what does this relate to?

01:53PM   5    A      It relates to an e-mail confirmation of

6  George Chiang purchasing Lakers tickets.

7    Q      And why is this included on the timeline?

8    A      This was included because George Chiang was

9  purchasing tickets to an event, and part of the investigation

01:53PM   10  reflected looking at concert tickets or sporting events as

11  potential benefits being provided to City officials.

12            MS. PALMER:  If we can bring up 582.

13    Q      Is this just the confirmation of those tickets?

14    A      That's correct.

01:54PM   15            MS. PALMER:  Now if we can scroll back out.

16    Q      What is the price?

17    A      $630.

18            MS. PALMER:  If we can go to Exhibit 592Q,

19  please.

01:54PM   20    Q      Is this another group text chain between the

21  defendant, George Chiang, and Jeremy Chan?

22    A      That's correct.

23    Q      And if we can look at the first two.

24            Here the defendant said, "Yes.  Let's form a team

01:54PM   25  to work on this project and discuss, among ourselves, to get a

1    contract from him."

2              Do you see that?

3    A       Yes.

4              MS. PALMER:  And if we can zoom back out and go

01:54PM   5    to the next.

6    Q       George Chiang's response there, can you read

7    that?

8    A       "Hi *Dailo*.  You get to lead as you are the only

9    person capable of managing this project from the top.  Everyone

01:55PM   10   else are just a piece of puzzle."

11             MS. PALMER:  Now if we can go to 592S and zoom in

12   on those two messages.

13   Q       Again, this is a similar group message between

14   the same three people; is that correct?

01:55PM   15   A       This is a group message between the three of

16   them.  Correct.

17   Q       And George Chiang says, "Hi *Dailo*.  Good morning.

18   Hope you rested well.  Last night I spoke to Chairman about

19   late monthly payment and stop of service.  He said it was all

01:55PM   20   misunderstanding, asked me to go to Hazens office this

21   afternoon."

22             Did you understand this to relate to the payment

23   of the monthly fee to Synergy?

24   A       That's correct.

01:56PM   25   Q       And the Chairman there to be relating to

1      Chairman Yuan?

2             A      Yes.

3                    MS. PALMER:  And then if we can scroll back out.

4      And going to Exhibit 592T.

01:56PM  5             Q      Is this between Raymond Chan and George Chiang?

6             A      That's correct.

7             Q      And if we can just look at those three messages.

8                    What does this reflect?

9             A      These are communications between George Chiang

01:56PM  10     and the defendant.

11            Q      And can you read the defendant's message?  I'm

12     sorry.  Can you read George Chiang's message to the defendant?

13            A      "Hi *Dailo*.  Got a quick question for you.  Hazens

14     Tract Map review approval from fire department needs to be

01:57PM  15     routed to DWP's water division for sign off.  I know Marvin is

16     on the power division.  Do you know the contact for water

17     division?  Thank you."

18            Q      What is the defendant's response?

19            A      "I'm calling to find out.  Left a message."

01:57PM  20                    MS. PALMER:  Now if we can go to Exhibit 931,

21     page 12.

22            Q      Looking at the top there, what does that reflect,

23     April 16 through 23rd?

24            A      That's the date range for when Jose Huizar went

01:57PM  25     to China to visit the Hazens Chairman that George Chiang

1    coordinated the trip for.

2         Q       Looking at the April 27th entry, is that another

3    set of tickets that George Chiang purchased?

4         A       That's correct.

01:57PM  5         Q       And for that particular one, was he -- was it for

6    The Weeknd?

7         A       Yes.

8         Q       Is The Weeknd a rapper?

9         A       I believe that's accurate.

01:58PM  10             MS. PALMER:  If we can go to Exhibit 574.

11        Q       Looking at this, can you say the amount of the

12   tickets?  Can you read that?

13        A       $1,572.96.

14             MS. PALMER:  And scrolling out.

01:58PM  15             THE COURT:  All right.  We're going to take our

16   evening recess.

17             Ladies and gentlemen, I want to remind you of the

18   instruction I gave you earlier.  Until this trial is over,

19   you're not to discuss this case with anyone including your

01:58PM  20   fellow jurors, members of your family, people involved in the

21   trial, or anyone else.  Nor are you allowed to permit others to

22   discuss the case with you.

23             Also, please keep in mind that you're not to

24   read, watch, or listen to any news reports of the trial, nor

01:59PM  25   are you allowed to do any independent research.

1          Finally, you're reminded to keep an open mind

2  until all the evidence has been received and you have heard the

3  arguments of counsel, the instructions of the Court, and the

4  views of your fellow jurors.

01:59PM   5          So we will see you tomorrow at 8:00 o'clock.

6  Hopefully it won't be raining.

7          THE CLERK:  All rise for the jurors.

8          (The following proceedings were held in

9          open court outside the presence of the jury:)

02:00PM  10          THE COURT:  All right.  The jury is not present.

11          I want to spend some time while we're on the

12  record.  We deferred moving various Government -- deferred

13  moving various trial exhibits into evidence because I didn't

14  want to take up the time of the jury.  So what I want to do now

02:00PM  15  is to allow the Government to move those exhibits into evidence

16  so we can have a clear record.

17          MS. PALMER:  Thank you, Your Honor.

18          THE COURT:  Are these going to be from the e-mail

19  that you sent Shannon?

02:00PM  20          MS. PALMER:  Yes, Your Honor.

21          THE COURT:  So we can follow along.  Go ahead.

22  These are the wire interceptions first?

23          MS. PALMER:  Yes.  The wire interceptions first.

24          THE COURT:  All right.

02:01PM  25          MS. PALMER:  80A through 80C.

```
 1                 THE COURT:  All right.

 2                 MS. PALMER:  81, 83B, 87A, 87B, 160, 161A through

 3    161C, 162, 180Z -- sorry -- 180-Z, 181, 182, 183-Z, 184-Z, 185,

 4    188, 189, 205 through 209, 381 through 383, 384A, 384B, 385,

 5    386, 610, 611A, 611B, 612A, 612B, 113A --

 6                 THE COURT:  Wait a minute.  It's 613A.

 7                 MS. PALMER:  613A, 613B, 614 through 617, 618A,

 8    618B, 619, 620A, 620B, 621A, 621B, 622A, 622B, 623Z -- sorry --

 9    623-Z, 711 through 713, 752, 755A through 755D, 756 through

10    758.

11                 THE COURT:  All right.  And now we're going to do

12    the non-wire recordings?

13                 MS. PALMER:  Yes, Your Honor.

14                 THE COURT:  All right.

15                 MS. PALMER:  And those are admitted, Your Honor?

16                 THE COURT:  I will admit them all at once.

17                 MS. PALMER:  Thank you.

18                 THE COURT:  Save the court reporter some time.

19                 MR. BRAUN:  I won't have to wake up either,

20    Your Honor.

21                 MS. PALMER:  84A, 84B, 84C, 86, 89C-Z, 190,

22    387A-Z, 387B-Z, 387C-Z, 387D-Z, 750B-Z, 750C-Z, 759-Z, 760B-Z,

23    840A-Z, 840B, 841A-Z, 841B-Z, 841C-Z, 842D-Z, 843-Z, 844-Z,

24    845A-Z, and 846-Z.

25                 THE COURT:  All right.  Each of those exhibits
```

02:02PM (line 5)
02:03PM (line 10)
02:04PM (line 15)
02:04PM (line 20)
02:06PM (line 25)

1    will be received into evidence without objection.

2                   (Marked for identification and received

3                   into evidence Exhibit Nos. 80A through 80C,

4                   81, 83B, 87A, 87B, 160, 161A through 161C,

02:01PM  5          162, 180-Z, 181, 182, 183-Z, 184-Z, 185,

6                   188, 189, 205 through 209, 381 through 383,

7                   384A, 384B, 385, 386, 610, 611A, 611B,

8                   612A, 612B, 613A, 613B, 614 through 617,

9                   618A, 618B, 619, 620A, 620B, 621A, 621B,

02:03PM  10         622A, 622B, 623-Z, 711 through 713, 752,

11                  755A through 755D, 756 through 758, 84A,

12                  84B, 84C, 86, 89C-Z, 190, 387A-Z, 387B-Z,

13                  387C-Z, 387D-Z, 750B-Z, 750C-Z, 759-Z,

14                  760B-Z, 840A-Z, 840B, 841A-Z, 841B-Z,

02:05PM  15         841C-Z, 842D-Z, 843-Z, 844-Z, 845A-Z, and

16                  846-Z.)

17                  THE COURT:  The other ones -- you moved some of

18   them in.  I'm referring to the e-mail now, but we've done those

19   individually; correct?

02:06PM  20         MS. PALMER:  Yes, Your Honor.

21                  THE COURT:  We will continue to do that

22   individually?

23                  MS. PALMER:  Correct.  I don't think I have any

24   other large swaths of exhibits.

02:06PM  25         THE COURT:  Okay.  I did notice, and I just

```
 1    wanted to find out, you referred to an exhibit today which was
 2    477.  My exhibit list has 477 to 499 as a placeholder.  What is
 3    Exhibit 477?
 4                    MS. PALMER:  Your Honor, I think that I have a
 5    typo in my outline.  So 477 is not in evidence.  There is no
 6    477.
 7                    THE CLERK:  I think she mentioned and she moved
 8    off of it.
 9                    THE COURT:  Okay.  I wrote down -- when you said
10    477, I went to make a mark on the exhibit list, and I have a
11    placeholder.  So 477 to 499 are still placeholders.
12                    MS. PALMER:  That's correct, Your Honor.
13                    THE COURT:  How much longer do you have with
14    Agent Civetti?
15                    MS. PALMER:  I think probably about an hour and a
16    half.
17                    THE COURT:  All right.  So we will see you in the
18    morning.
19                    Mr. Braun, your associate was going to provide me
20    with some documents today.
21                    MR. BRAUN:  Yes.  We're meeting with the
22    Government, I think.
23                    THE COURT:  Pull the microphone.  Tell me what
24    the status is.
25                    MR. PRATT:  Yes, Your Honor.  Just for
```

|  |  |
|---|---|
| | 1 |

clarification, would you like those transcripts of the excerpts

2   in hard copy form or digital form?

3                THE COURT:  Hard copy.

4                MR. PRATT:  Hard copy.  Okay.

02:07PM   5                Your Honor, may we deliver them to you tomorrow

6   before the start of proceedings?

7                THE COURT:  Sure.

8                MR. PRATT:  Thank you.

9                THE COURT:  But you're going to provide them to

02:07PM   10  the Government today.

11                MR. PRATT:  We can provide it to the Government

12  in digital form today.

13                THE COURT:  All right.  I want the Government to

14  have whatever it is they need to move the ball forward.

02:08PM   15                MR. JENKINS:  Yes, Your Honor.  We will accept it

16  in digital form for expediency sake.  Thank you.

17                THE COURT:  Mr. Braun, do you have an estimate as

18  to the amount of time you need to cross-examine?

19                MR. BRAUN:  Not very much.  Maybe less than an

02:08PM   20  hour, hour and a half.

21                THE COURT:  So the Government will then be

22  prepared to call Mr. Esparza?

23                MS. HAR:  That's correct, Your Honor.

24                THE COURT:  You are going to identify those

02:08PM   25  exhibits that you're going to use with Mr. Esparza and provide

1   that to Mr. Braun.

2              MS. HAR:  Yes, Your Honor.

3              THE COURT:  Also, I want you to provide me the

4   e-mail list directly because -- for a variety of reasons.  It's

02:08PM  5   easier if I just get it directly.  And Shannon will give you --

6   it's no secret, but I'm not going to put it on the record -- my

7   e-mail address.  So when you're e-mailing Mr. Braun and

8   Mr. Braun is e-mailing you, make sure that I get cc'd so I will

9   have the e-mail and I won't have to bother Shannon in the

02:09PM  10  middle of the night to figure out what the exhibits are.

11             MS. HAR:  Understood, Your Honor.

12             THE COURT:  We will see you in the morning, and

13  hopefully it won't be raining too hard tomorrow.  Everybody

14  have a good evening.

02:09PM  15             MS. PALMER:  Thank you, Your Honor.

16             MR. FAERSTEIN:  Thank you, Your Honor.

17             MR. PRATT:  Thank you, Your Honor.

18             (Proceedings concluded at 2:09 p.m.)

19

20

21

22

23

24

25

1                    CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5              I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15              DATED THIS  23RD  DAY OF MAY, 2023.

16

17

18              /S/ MIRANDA ALGORRI

19              _____
                MIRANDA ALGORRI, CSR NO. 12743, CRR
20              FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25