1               UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3          HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE

4

5    UNITED STATES OF AMERICA,        )
                                      )
6              PLAINTIFF,             )      CASE NO.
                                      )
7              vs.                    )      CR 20-326A-JFW
                                      )
8    RAYMOND SHE WAH CHAN,            )      VOLUME 6
                                      )      PAGES 803 TO 1071
9              DEFENDANT.             )
     _____)

10

11

12

13                  REPORTER'S TRANSCRIPT OF
                          TRIAL DAY 5
14             MONDAY, FEBRUARY 27, 2023
                          8:13 A.M.
15             LOS ANGELES, CALIFORNIA

16

17

18

19

20

21

22
     _____
23
              MIRANDA ALGORRI, CSR 12743, RPR, CRR
24             FEDERAL OFFICIAL COURT REPORTER
               350 WEST 1ST STREET, SUITE 4455
25              LOS ANGELES, CALIFORNIA 90012
                 MIRANDAALGORRI@GMAIL.COM

1                    **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4         MARTIN ESTRADA
          UNITED STATES ATTORNEY
5         BY:  MACK JENKINS
          BY:  SUSAN HAR
6         BY:  CASSIE PALMER
          BY:  BRIAN FAERSTEIN
7         Assistant United States Attorneys
          United States Courthouse
8         312 North Spring Street
          Los Angeles, California 90012
9

10   **FOR THE DEFENDANT:**

11        BRAUN & BRAUN, LLP
          BY:  HARLAND W. BRAUN
12        BY:  BRENDAN PRATT
          10880 Wilshire Boulevard
13        Suite 1020
          Los Angeles, California 90024
14

15   Also Present:

16        Special Agent Andrew Civetti

17

18

19

20

21

22

23

24

25

**INDEX OF WITNESSES**

**WITNESSES**                                                          **PAGE**

ESPARZA, George

      Direct examination by Ms. Har                        811

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|

(None)

       **MONDAY, FEBRUARY 27, 2023; 8:13 A.M.**

         **LOS ANGELES, CALIFORNIA**

           -oOo-


    (The following proceedings were held in

    open court outside the presence of the jury:)

    THE COURT:  All right.  Good morning.  All

counsel and the defendant are present.

    We have another juror issue.  This is

Juror No. 9, Melina Chow.  She was, according to Shannon, very

upset this morning.  She was in tears, and she didn't believe

that she could continue to serve as a juror.  Shannon

instructed her to write a note.  The note has been provided to

counsel.  It's not signed, but Shannon will have her sign the

note.

    What are counsel's views?

    MR. BRAUN:  Your Honor, Harland Braun.  We will

stipulate.

    MR. JENKINS:  I defer to Your Honor's courtroom

deputy that it sounds like she was visibly upset.  This

several-line note lists various reasons bearing on her mental

and, to some degree, physical well-being.  It seems like we

still have a ways to go in this trial.  At this point we have

available alternates.  So we would reluctantly but

appropriately stipulate to dismissing this juror as well.

1          THE COURT:  All right.  Mr. Braun, you are

2    willing to stipulate?

3          MR. BRAUN:  Yes, Your Honor.

4          THE COURT:  All right.  Shannon, just for

08:15AM   5    purposes of the record, did indicate that she was in tears this

6    morning and visibly upset.  So I think it is the appropriate

7    course of action to release Melina Chow, Juror No. 9, and

8    replace her with Alternate No. 2, Cynthia Flores.

9          So, Shannon, why don't you have her sign the

08:15AM   10   note, and then we will file the note under seal, and then you

11   can bring the jury in.

12         MR. JENKINS:  Your Honor, hopefully if that is

13   the last of today's jury issues, we did have one additional

14   thing to raise.

08:16AM   15         THE COURT:  Okay.

16         MR. JENKINS:  AUSA Palmer last night filed an

17   update to the parties' jury instructions, and one that is most

18   relevant and one we have done in earlier trials references

19   essentially that the defendant here is not on trial for ethics

08:16AM   20   violations.

21         THE COURT:  Right.  I received it as

22   Docket No. 977, proposed Instruction No. 7.

23         MR. JENKINS:  Absolutely, Your Honor.  We would

24   just ask, because there's been a lot of testimony on that, if

08:16AM   25   the Court, when it feels appropriate, but we think the sooner

1    the better that instruction be read.

2            THE COURT:  All right.  I will read it to the

3    jury when they first come in before we resume with

4    Agent Civetti.

08:16AM  5            MR. JENKINS:  Thank you, Your Honor.

6            THE COURT:  I didn't see any difference between

7    the dueling sets of proposed jury instructions during trial.

8    In any event, I'm looking at 977 which was filed on

9    February 26.  That instruction No. 7 I will give this morning.

08:17AM  10           MR. JENKINS:  Yes.  And for the record, it adds

11   the Los Angeles campaign finance ordinance which was the

12   subject of some discussion in an exhibit.

13           THE COURT:  Right.  That was Exhibit No. 9 that

14   was admitted on Friday.

08:17AM  15           MR. JENKINS:  Yes, Your Honor.

16           THE COURT:  Okay.  You can all be seated.

17         (The following proceedings were held in

18           open court in the presence of the jury:)

19           THE COURT:  All right.  Welcome, ladies and

08:20AM  20   gentlemen.  I hope everybody survived the storm this weekend.

21   We have a -- everybody can remain seated.

22           I'm going to ask Alternate No. 2, Ms. Flores, to

23   take seat No. 9.  Unfortunately we had to excuse that juror who

24   was in that seat.  So Alternate No. 2 will now take seat No. 9.

08:21AM  25           Before we begin with Mr. Esparza's direct

testimony, I want to provide the jury with an instruction that
is as follows:

        You have received evidence about the City of
Los Angeles Code of Ethics and the Los Angeles Campaign Finance
ordinances, the latter of which was received into evidence on
Friday.  It's Exhibit 9.

        I instruct you that this evidence is admitted
only for the limited purpose of establishing that the City of
Los Angeles Code of Ethics and the Los Angeles Campaign Finance
ordinances applied to public officials of the City of
Los Angeles and as they relate to the defendant's state of mind
and intent.  Therefore, you must consider this evidence only
for that limited purpose and not for any other purpose.

        The defendant is not charged with crimes for
violating the City of Los Angeles Code of Ethics or the
Los Angeles Campaign Finance ordinances.  I will instruct you
on the elements of the charged crimes in other instructions at
the end of the trial.

        So you may resume your direct examination.

        THE CLERK:  You remain under oath.

        MS. HAR:  Thank you, Your Honor.

///

///

///

///

**GEORGE ESPARZA,**

**GOVERNMENT'S WITNESS, PREVIOUSLY SWORN.**

**DIRECT EXAMINATION (RESUMED)**

BY MS. HAR:

08:22AM    Q    Mr. Esparza, before we recessed on Friday, we were about to go to Vegas.

Do you remember that?

A    Yes.

Q    And as far as planning to go to Vegas, we were

08:22AM    talking about Jose Huizar's calendar.

Do you recall that?

A    Yes.

Q    And as far as you know, did Jose Huizar ever put his Las Vegas trips with Chairman Huang on his calendar?

08:23AM    A    No.

Q    Okay.  I'd like to ask about the very first of the Vegas trips that you took with Chairman Huang.  Was that first trip around March of 2013?

A    Yes.

08:23AM    Q    And how do you remember that?

A    It was around -- we were celebrating my mom's birthday.

Q    Is that around the same time?

A    March 18th, yes.

08:23AM    Q    And how did that first trip, that invitation come

1  up to you?

2       A       It was during the first -- it was -- Las Vegas

3  was brought up during the first dinner with Chairman Huang.

4       Q       And then in March of 2013, did Jose Huizar tell

08:23AM  5  you anything about a potential Vegas trip?

6       A       Yeah.  Potentially to look out for a phone call

7  from one of the Chairman's guys.

8       Q       And did you get that phone call?

9       A       I did.

08:24AM  10       Q       Who called you?

11       A       Ricky Zheng.

12       Q       And that's Ricky Zheng, the person you described

13  as Chairman Huang's right-hand man?

14       A       Yes.

08:24AM  15       Q       And what did Ricky Zheng tell you on that call?

16       A       He introduced himself.  He said that the private

17  jet will be ready in a few hours, to pack a few -- pack a few

18  items and that a black limo or black Escalade will be waiting

19  for the council member and myself at his house -- at the

08:24AM  20  council member's house.

21       Q       And did you understand this to be Chairman Huang

22  of Shen Zhen New World's invitation to you and Jose Huizar to

23  go to Vegas?

24       A       Yes.

08:24AM  25       Q       After that call, did you talk to Jose Huizar

1    about the call you just got from Ricky Zheng?

2            A       I did.

3            Q       And what did he say about it?

4            A       He said, let's go.

08:24AM    5            Q       And what happened after you and Jose Huizar

6    decided you were going to go to Vegas?

7            A       Well, just packed our bags, and I met at his

8    house after singing happy birthday to my mom.  And then a black

9    Escalade -- black SUV was waiting for us.

08:25AM   10            Q       Okay.  And then what happened?

11            A       And then the Escalade took us to the private jet

12   airport, Million Dollar Air.

13            Q       Where was that?

14            A       In Burbank.

08:25AM   15            Q       And what happened once you got to the airport?

16            A       Once we got to the airport, we waited for

17   Chairman Huang for a bit in the lobby, and then we entered into

18   the -- once the Chairman arrived, we went straight to the

19   private jet.

08:25AM   20            Q       And was Ricky Zheng there?

21            A       Yes.

22            Q       And then what was that private jet experience

23   like?

24            A       It was the first time for me being on a private

08:25AM   25   jet.  It was definitely an experience, to say the least.  As

| | |
|---|---|
| 1 | soon as you walk in, a stewardess is handing you a hot towel to |
| 2 | wash your hands.  You're asked if you wanted champagne or a |
| 3 | drink.  And then we all just sat down at the table of four in |
| 4 | the private jet, and that's when we met with Chairman Huang and |
| 08:26AM  5 | Ricky and had a cigarette in the airplane. |
| 6 | Q       What happened once you landed in Las Vegas? |
| 7 | A       Once we landed in Las Vegas, there was a |
| 8 | Rolls-Royce -- a Rolls-Royce and few other black SUVs waiting |
| 9 | for the Chairman and the guests to arrive. |
| 08:26AM  10 | Q       And who got into what cars? |
| 11 | A       The Chairman Huang, Ricky Zheng, myself, and |
| 12 | Council Member Huizar both got into the Rolls-Royce. |
| 13 | Q       And where did that Rolls-Royce take you? |
| 14 | A       The Rolls-Royce took us to the Wynn hotel.  Yeah. |
| 08:26AM  15 | The Wynn. |
| 16 | Q       Is that where you would stay for that trip? |
| 17 | A       Yes. |
| 18 | Q       And what kind of accommodation was that at the |
| 19 | Wynn hotel? |
| 08:26AM  20 | A       Well, as soon as we walked in, it was a two-story |
| 21 | villa that we stayed at.  It had a private -- it was two |
| 22 | stories, private elevator.  I think it was five bedrooms, had |
| 23 | its own spa, outside courtyard, private pool, gym. |
| 24 | Q       All private? |
| 08:27AM  25 | A       Yeah.  All private.  Yeah.  It was all private, |

yes.

Q        Had you ever stayed in an accommodation like that before?

A        Never.

08:27AM   Q        Was that also your first time in those types of black cars -- SUV, Rolls-Royce, private jet?

A        Yes.

Q        And were all of those things that I just listed provided through Chairman Huang?

08:27AM   A        Yes.

Q        Was that true for all of the benefits and services you and Jose Huizar received on this Vegas trip?

A        Yes.

Q        And what was your understanding of how 08:27AM Chairman Huang was providing these benefits?

A        From what I understood, he was also a big whale at the casinos.  So I believe it was all part of his credit line.  It was all comped.

Q        And did Ricky Zheng tell you about that?

08:28AM   A        Yes.

Q        And what did he say about Wei Huang's high-roller status?

A        That he had a $2 million credit line for, I think, five hotels -- four hotels in Las Vegas.

08:28AM   Q        At each of those hotels?

1          A       At each of those hotels, yes.

2          Q       And in addition to Chairman Huang and

3    Ricky Zheng, did other friends of the Chairman attend this

4    trip?

08:28AM  5          A       Yes.

6          Q       So in addition to the private jet, the cars, and

7    the villa, did Chairman Huang provide other benefits or

8    services during that first trip?

9          A       During the first trip we had, again, another

08:28AM 10    elaborate dinner, another elaborate Chinese dinner, very

11    expensive wine and -- yeah.  That was the first night, yes.

12          Q       Were you able to use room service amenities on

13    Chairman Huang's account?

14          A       Yes.

08:29AM 15          Q       Pay for alcohol?

16          A       Yes.

17          Q       Did you receive gambling chips?

18          A       I did, yes.

19          Q       Were there also prostitutes made available?

08:29AM 20          A       Yes.

21          Q       So let's start there.

22                  What do you recall about the prostitutes that

23    Chairman Huang provided?

24          A       Well, after the -- after the second night, I

08:29AM 25    believe, after we had lunch and after we were done with the

```
 1    spa, we walked -- we were asked to go back to the villa.  And

 2    when we arrived at the villa, there was a lineup of about 10 to

 3    11 prostitutes waiting for us to get back.

 4            Q       And how did you know they were prostitutes?

 5            A       Well, first, none of us were talking to any women

 6    coming -- telling them to go to the hotel room.  But I believe

 7    it was Ricky Zheng said that we don't have to -- don't pay

 8    them.  You don't have to pay them.  They have already been paid

 9    for.

10            Q       They have already been paid for?

11            A       Right.

12            Q       And did everyone in the group on that first Vegas

13    trip take a prostitute?

14            A       Yes.

15            Q       Including you?

16            A       Yes.

17            Q       Was there anyone who got to pick first from that

18    lineup of about ten women?

19            A       It was -- the council member was the first one to

20    pick first.

21            Q       And who directed that hierarchy or order?

22            A       The Chairman.

23            Q       Were there women who did not get selected after

24    everyone picked?

25            A       Correct.
```

1     Q     And what happened to them?

2     A     The women were asked to leave the villa.

3     Q     Did you follow Ricky Zheng's instruction not to

4  pay?

08:30AM  5     A     No.  I did not -- I mean, I didn't pay for it,

6  but there was the -- they asked for a tip.  So I gave a tip.

7     Q     Okay.  And what did you use to pay for the tip?

8     A     The chips from the Chairman.

9     Q     And as far as you know, did Jose Huizar pay for

08:30AM  10  any of -- pay for his prostitute?

11     A     No.

12     Q     And this was all happening during the very first

13  trip that you took to Vegas with Chairman Huang; correct?

14     A     Yes.

08:31AM  15     Q     Okay.  You just referenced chips.  Is it fair to

16  say that the Chairman provided you with gambling chips during

17  that first trip?

18     A     Yes.

19     Q     How did that come up, or how did that take place?

08:31AM  20     A     It was based on hierarchy again.  We played first

21  at the blackjack table, and then we were moved to a private

22  baccarat table kind of in the -- in the very exclusive rooms in

23  the back of the casino.  While we were there, the Chairman by

24  hierarchy gave everyone at the table chips.

08:31AM  25     Q     And when you say the private baccarat table, what

```
 1   do you mean by that?
 2        A       It means he was the only player on the table and
 3   he was the only player in the room at the time.
 4        Q       Is this an area that regular guests of the casino
 5   can access?
 6        A       No.
 7        Q       Who can access it?
 8        A       Only the big whales of the casino, the high
 9   rollers.
10        Q       And when Chairman Huang went down the hierarchy
11   and handed you gambling chips, how much did he provide you?
12        A       $2,000.
13        Q       And how about Jose Huizar?
14        A       Around $10,000.
15        Q       Was Jose Huizar the first person to get chips
16   from the Chairman?
17        A       Yes.
18        Q       And what did you do with the chips after you
19   received them?
20        A       I gambled a little bit of the chips but saved the
21   rest.
22        Q       And how about Jose Huizar?
23        A       He did the same thing.  He gambled with the
24   chips, yes.
25        Q       Did he save some?
```

1    A    Yes.

2    Q    And what happened after that?

3    A    After the trip, we cashed out our chips.

4    Q    How did you cash out the gambling chips?

08:32AM    5    A    The first time Ricky Zheng -- I didn't know the

6    chips were initially for us.  So when we gave it back to Ricky,

7    he said, they're for you.  So he actually cashed the chips for

8    us the first time.

9    Q    And then gave you cash back to you and

08:33AM    10    Jose Huizar?

11    A    Yes.

12    Q    After that first trip, how did you get back to

13    Los Angeles?

14    A    Private jet.

08:33AM    15    Q    Did you go to Las Vegas with Chairman Huang and

16    Jose Huizar at least a dozen more times after that very first

17    trip?

18    A    Yes.

19    Q    And on each of those trips, who invited who?

08:33AM    20    A    The Chairman invited us.

21    Q    Was it through Ricky Zheng?

22    A    Yes.

23    Q    And what was Jose Huizar's response any time

24    there was an invitation to go to Las Vegas?

08:33AM    25    A    He would drop everything and cancel all meetings

1    to attend the trips.

2         Q    And, generally, on each of these Vegas trips, how

3    did the Chairman treat Jose Huizar?

4         A    He was -- he was the king.  He was No. 1.  He was

08:34AM  5    always getting the -- I guess preferential treatment.  He was

6    the first one to eat, the first one -- the Chairman would

7    actually serve him the dinner.  He was the first one to drink

8    from the bottle of wine, and he was just the first one, again,

9    to select any of the prostitutes that were provided.

08:34AM  10        Q    And did you receive similar benefits on each of

11   these subsequent trips?

12        A    Yes.

13        Q    Did you ever pay for any of the rooms, meals, spa

14   services, or private jets?

08:34AM  15        A    No.

16        Q    Did Jose Huizar?

17        A    No.

18        Q    So let's talk about those benefits on the

19   subsequent trips.

08:34AM  20             How did you and Jose Huizar get to and from

21   Las Vegas?

22        A    In a private jet.

23        Q    Did you sometimes take commercial planes as well?

24        A    Sometimes.

08:34AM  25        Q    So I'm going to publish what's been previously

```
 1    admitted as Exhibit 398.

 2                    Who is in this photograph?

 3         A         That's Ricky Zheng and me.

 4         Q         And what's behind you?

 5         A         A private jet.

 6         Q         Is that an example of the type of private jet you

 7    would take to go to and from Las Vegas?

 8         A         Yes.

 9         Q         Let's take a look at another one.  Publishing

10    previously admitted Exhibit 412.

11                    Is that how the inside of the jet might typically

12    look?

13         A         Yes.

14         Q         And is that you?

15         A         Yes.

16         Q         When you landed from the airport and when you

17    were getting around in Las Vegas, how did you get around?

18         A         In the Rolls-Royce.

19         Q         And how about lodging?  Which hotels did you stay

20    at during these over one dozen trips?

21         A         We stayed at the Wynn.  We stayed at The Palazzo.

22    We stayed at the Caesar's Palace and the Cosmopolitan.

23         Q         And what types of rooms or suites did you stay at

24    at each of those hotels?

25         A         Very similar to the villas.  All of them were
```

```
 1   pretty much villas.

 2          Q      Did the suites have a host?

 3          A      Yes.

 4          Q      What is a host?

 5          A      A host is someone who is responsible for the

 6   group.  So whatever the group needed, whether it was bottle

 7   service, whether it was spa appointments, golf, the hosts was

 8   the one that took care of all the logistics of the trip.

 9          Q      Is there a host assigned to Chairman Huang

10   because he was a high roller?

11          A      Yes.

12          Q      Is it the job of the host to keep the client

13   happy?

14          A      Yes.

15          Q      And in your experience, is the host loyal to that

16   high roller client?

17          A      Yes.

18          Q      I'm going to publish what's been previously

19   admitted as Exhibit 406.

20                 Do you recognize this?

21          A      Yes.

22          Q      And before we get to the photo, do you recognize

23   that inner face, the screenshot around the photo?

24          A      Yes.

25          Q      And do you recognize that as Ricky Zheng's WeChat
```

08:36AM (line 5)
08:36AM (line 10)
08:36AM (line 15)
08:36AM (line 20)
08:37AM (line 25)

```
 1    post?
 2         A      Yes.
 3         Q      So as far as the photo, what's shown here in
 4    Exhibit 406?
 5         A      That's the kind of the common area that leads out
 6    to the pool and the courtyard of the villa.
 7         Q      Do you recall which hotel this was?
 8         A      The Wynn.
 9         Q      And how many suite -- excuse me.  How many rooms
10    would a villa like this have typically?
11         A      This one I believe it was five, five rooms.
12         Q      I'm going to publish previously admitted
13    Exhibit 405.
14                And what's pictured here?
15         A      Ricky and I having a Bloody Mary and a beer.
16         Q      And where are you located?
17         A      We are in the courtyard of the villa.
18         Q      Is this still for the Wynn?
19         A      Yes.
20         Q      And is this a private courtyard area that's
21    connected to that specific suite?
22         A      Yes.
23         Q      And I know it's not pictured here, but is there a
24    pool nearby?
25         A      Yes.
```

|  |  |  |
|---|---|---|
| 1 | Q | Publishing previously admitted Exhibit 396. |
| 2 |  | Do you recognize this photograph? |
| 3 | A | No.  I don't remember this room, no. |
| 4 | Q | Do you recognize those? |
| 5 | A | Yes.  This is at the Wynn. |

08:38AM 5

6    Q    Okay.  Is this the pool that wasn't pictured in
7  Exhibit 405 but by where you and Ricky Zheng were sitting?
8    A    Correct.
9    Q    Let's go to page 4.  What's shown here?

08:38AM 10    A    One of the guest bedrooms.

11    Q    Page 5, what about this, page 5?
12    A    That's the -- I believe that was the her
13  bathroom.
14    Q    Okay.  Page 6, page 7.  Another shot of the

08:39AM 15  bathroom area?

16    A    Yeah.  That was, I think, I believe the men's
17  bathroom.
18    Q    Page 8.  And what about that?
19    A    That was the spa room in the villa.

08:39AM 20    Q    The private spa room?

21    A    Yes.
22    Q    All right.  And page 9.  Is this another shot of
23  the bathroom?
24    A    Yes.

08:39AM 25    Q    Were all the places that you stayed sort of

1    similar as the photos we saw in Exhibit 396?

2          A       Yes.

3          Q       When you were in Las Vegas on these trips with

4    the Chairman, what kinds of meals would Chairman Huang provide

08:39AM   5    to you and Jose Huizar and the group?

6          A       I mean, we would have anywhere from, say, Wagyu

7    steak.  We would have shark fin soup, I think bird nest soup or

8    dessert.  We would have a lot of Chinese food, truffles.  Very

9    elaborate dinners every night.

08:40AM   10         Q       Was it your first time trying some of these

11   elaborate foods?

12         A       Yes.

13         Q       And how about alcohol?  Would that be provided on

14   these trips?

08:40AM   15         A       Yes.

16         Q       What kind of alcohol?

17         A       Different types of whiskey, very expensive wines,

18   sake, beer, anything you can think of, yes.

19               MS. HAR:  Let's publish previously admitted

08:40AM   20   Exhibit 409.

21         Q       Do you recognize this photo?

22         A       Yes.

23         Q       Was this another photo from Ricky Zheng's WeChat?

24         A       Yes.

08:40AM   25         Q       Do you see at the top there the date is

1    August 5, 2016?

2          A      Yes.

3          Q      So this is well over three years after your first

4    Las Vegas trip in March of 2013; correct?

08:40AM  5          A      Correct.

6          Q      And you had been continuously going sort of

7    periodically throughout that time?

8          A      Yes.

9          Q      Then below do you see it says Milo's Seafood?

08:41AM  10         A      Yes.

11         Q      What is Milo's?

12         A      It's a Greek Mediterranean seafood place at the

13   Cosmopolitan.

14         Q      Is that just a picture of a bottle of wine that

08:41AM  15   you had during that dinner and trip?

16         A      Yes.

17         Q      During the Vegas trips, did the group enjoy

18   various forms of entertainment?

19         A      Yes.

08:41AM  20         Q      Did that include going to nightclubs?

21         A      Yes.

22         Q      Publishing previously admitted Exhibit 407, do

23   you recognize that photograph?

24         A      Yes.

08:41AM  25         Q      Where is this?

1       A      I believe that was at the -- it was at the Wynn

2  at the XS Pool Nightclub.

3       Q      What are you holding in your hand?

4       A      A bottle of Dom Perignon champagne.

08:42AM  5       Q      How would the cost for club entry, the bottle

6  service, how would all that be covered?

7       A      By the -- covered by the hotel or the Chairman.

8       Q      Through his account at the hotel?

9       A      Yes.

08:42AM  10      Q      And how much might a night out and bottle

11  service, how much would that charge be?

12      A      Anywhere from 35- to $65,000.

13      Q      Just for the alcohol and the club?

14      A      Yes.

08:42AM  15      Q      Now, when you were taking photos in Las Vegas or

16  Ricky Zheng was taking photos in Las Vegas, would you take

17  photos of Jose Huizar and Chairman Huang together?

18      A      No.

19      Q      Why not?

08:42AM  20      A      We just didn't want any documentation or

21  photographs to get back home or to show that the council member

22  was with Chairman Huang in Las Vegas.

23      Q      Was that because Chairman Huang was a developer

24  with property in Jose Huizar's district and Jose Huizar was a

08:42AM  25  council member?

1        A        Yes.  That's correct.

2        Q        During these over-a-dozen trips to Vegas, did

3   Jose Huizar order services or goods and put them on

4   Chairman Huang's accounts?

08:43AM  5        A        He did.

6        Q        What kind of things would he order?

7        A        The council member would order expensive bottles

8   of wine or liquor and have me store them in a duffel bag for

9   him.

08:43AM 10        Q        To do what with?

11        A        To take back home.

12        Q        So he wouldn't open them and drink them in Vegas.

13   He would take them back.

14        A        He would always ask me to take an extra duffel

08:43AM 15   bag on the side so that when he orders the bottles of wine or

16   liquor, then he would put them in my duffel bag and take them

17   back home.

18        Q        How many bottles would he take back on a given

19   trip?

08:43AM 20        A        I would say anywhere from three or five.  However

21   many he could fit in my duffel bag.

22        Q        And how much would these bottles of wine or

23   liquor cost?

24        A        Probably the cheapest maybe 500 to maybe $2,000 a

08:43AM 25   bottle.

1    Q       Would he also order spa services or room service

2  for himself?

3    A       Yes, he would.

4    Q       And when he would ask you to bring the duffel bag

08:44AM  5  and take back bottles, would you do that?

6    A       I would, yes.

7    Q       Did you take back anything else from Vegas?

8    A       Yes.  He likes stealing the towels from

9  Las Vegas.  So I would have to bring another bag and put towels

08:44AM  10  and robes in my duffel bag.  He didn't want anyone to know he

11  was taking the towels, so I took them -- I took that duty.

12    Q       You testified about the prostitutes that

13  Chairman Huang provided during the first trip.  Did that

14  provision of prostitutes continue throughout the other Vegas

08:44AM  15  trips?

16    A       Yes.

17    Q       How often would that happen?

18    A       With the council member, every single time.

19    Q       And in every single one of those instances, who

08:44AM  20  paid for the prostitutes?

21    A       The Chairman.

22    Q       Are the prostitutes comped by the casinos?

23    A       No.  They're not comped by the casinos.

24    Q       And during these over-a-dozen Las Vegas trips,

08:45AM  25  did Chairman Huang continue to provide gambling chips to the

831

1   people who attended?

2        A       He did, yes.

3        Q       How would he go about that?  How would he

4   distribute the gambling chips?

08:45AM  5        A       Well, as soon as he would receive the gambling

6   chips from the dealer, he would look at the table.  The council

7   member was usually seated by the -- on his left side or the

8   right side of him.  He would hand him $10,000 chips.  And then

9   the next person, depending on who they were, depending on their

08:45AM  10  status, he would give them something similar.  And then, for

11  example, me who was always towards the end of the table, I

12  would always get the least amount of chips.

13       Q       And how much would Chairman Huang be receiving

14  from the dealer in the first instance?

08:45AM  15       A       He always started around $250,000.

16       Q       In chips?

17       A       In chips.

18       Q       And on average did Jose Huizar usually receive

19  10- to 20,000 in gambling chips?

08:46AM  20       A       Yes.

21       Q       Was that true for every single trip?

22       A       Yes.

23       Q       And how much did you typically receive?

24       A       About $2,000 per trip.

08:46AM  25       Q       Was that every single trip?

1        A        Yes.

2        Q        Are you aware if Jose Huizar ever got more than

3    $20,000 in chips from the Chairman?

4        A        Yes.  One time when the Chairman -- I think he

08:46AM  5    won maybe about a million dollars in a couple hours.  He threw

6    over a $25,000 chip to the council member.

7        Q        How did you know it was a $25,000 chip?

8        A        Because it was a chocolate chip.  It was just

9    pretty big and has 25 on it.  When he threw it over to him,

08:46AM  10   even the council member was surprised he gave him a $25,000

11   chip.

12       Q        And would the amount that the Chairman would give

13   to you and Jose Huizar, would that change depending on whether

14   he was winning or losing?

08:47AM  15       A        Yeah.  If the Chairman was in a -- if he was

16   winning, he was in a good mood.  When he was in a good mood, he

17   would throw more chips to his guests.  So if the Chairman was

18   down, then you weren't getting any type of refill of chips at

19   all.

08:47AM  20       Q        So I'm going to publish what's been previously

21   admitted as Exhibit 372M.  Starting at the top there, do you

22   recognize this as a text message between yourself and

23   Ricky Zheng?

24       A        Yes.

08:47AM  25                MS. HAR:  Let's zoom in on the first three

1    messages.

2          Q       And on the right, the green messages, are those

3    your messages?

4          A       Yes.

08:47AM  5          Q       Do you see there that it says -- you asked,

6    "Chairman still losing?  Jose may not go if he's losing."

7                  Do you see that?

8          A       Yes.

9          Q       And when you say Chairman, who are you referring

08:48AM 10   to?

11          A       Chairman Huang.

12          Q       And why did you say that Jose may not go if he's

13   losing?

14          A       Because the council member always wanted me to

08:48AM 15   check in with the Chairman or check in with Ricky because, if

16   the Chairman was losing, then the council member would not want

17   to go on the trip because he knew he would only be given

18   roughly around $10,000.  So if the Chairman was winning, then

19   the council member knew it was worth it for him to go on the

08:48AM 20   trip and join the Chairman.

21                  MS. HAR:  Zooming out, if we can scroll to

22   page 2, there are some messages.  And then on page 3, if you

23   can zoom in at the top three messages.

24          Q       Do you see that you wrote to Ricky Zheng "Flight

08:48AM 25   UA 716" {sic}.

1      A      Yes.

2      Q      And was that you sending flight information to

3  Ricky Zheng?

4      A      Correct.

08:48AM  5      Q      So on this particular occasion, January 19, 2017,

6  around that time, does it seem that you and Jose Huizar did

7  ultimately decide to go to Las Vegas?

8      A      Yes.

9      Q      Zooming out and going to page 4 at the top three

08:49AM  10  messages, could you read your messages there?

11      A      "Can you book us early massage or a

12  manicure/pedicure for me since we are getting there early."

13      Q      And as far as booking these kinds of services

14  like a massage or a pedicure, would you typically -- is this

08:49AM  15  how you typically arranged for that, by asking Ricky Zheng?

16      A      Yes.

17      Q      And then going to page 6 of this text thread and

18  zooming in at the bottom three messages, do you see there you

19  wrote, "Landed," and then wrote, "Jose wants his chips"?

08:49AM  20      A      Correct.

21      Q      What did you mean that Jose wants his chips?

22      A      Council Member Jose Huizar wanted his chips.  He

23  wanted to make sure the Chairman gave him at least the $10,000

24  worth of chips.

08:50AM  25      Q      And did you usually gamble with all of the chips

1    that Chairman Huang would give you?

2        A      I didn't, no.

3        Q      What would you do with the chips you would

4    receive?

08:50AM   5        A      I would save probably 90 percent of my chips so I

6    could take them back home, cash them out and take the money

7    back home.

8        Q      And you would gamble with the rest?

9        A      Yes.

08:50AM  10        Q      And why would you set aside 90 percent of the

11    gambling chips or the cash from the gambling chips that you

12    got?

13        A      Because, although the $2,000 in that room was

14    pretty much nothing, I knew that in real life that $2,000 would

08:50AM  15    be worth something.  So I would just make sure that I had money

16    to go home with.

17        Q      And how about Jose Huizar?  Did he gamble with

18    all of the chips he received from the Chairman?

19        A      No.

08:50AM  20        Q      What would he do?

21        A      He would put aside some cash -- I mean, some --

22    he would put aside some chips as well so he has some to take

23    home.

24        Q      And did both of you do that because you wanted to

08:51AM  25    ensure you were going to go home with actual cash?

| | |
|---|---|
| 1 | A       Correct. |
| 2 | Q       Did you ever discuss with the defendant Ray Chan |
| 3 | the chips that you received from Chairman Huang? |
| 4 | A       I did, yes. |
| 08:51AM 5 | Q       And what do you recall about that discussion? |
| 6 | A       I believe it was after the first trip in Vegas |
| 7 | when I saw Ray again.  He kind of brought me to the side and |
| 8 | just asked me if -- asked me if the Chairman took care of me, |
| 9 | and I said, yes, and the Chairman gave me chips.  He said, |
| 08:51AM 10 | good, good.  I just wanted to make sure the Chairman took care |
| 11 | of you. |
| 12 | Q       And this was after you had come back from |
| 13 | Las Vegas? |
| 14 | A       Yes. |
| 08:51AM 15 | Q       Before you went to Las Vegas, had you had a |
| 16 | conversation with the defendant? |
| 17 | A       About going to Las Vegas? |
| 18 | Q       Yes. |
| 19 | A       I don't remember if I had a -- talked to him |
| 08:52AM 20 | before going to -- I mean, besides the dinner, besides talking |
| 21 | about Vegas at dinner, I'm not sure if I talked to him before I |
| 22 | went. |
| 23 | Q       When you got back from one of these trips, you |
| 24 | saw the defendant in person? |
| 08:52AM 25 | A       Correct. |

```
          1        Q       And you made a kind of gesture with your hand.
          2   What does that signify?
          3        A       Well, he put his arm around my shoulder like this
          4   and just, hey, did the Chairman take care of you?  He knew we
08:52AM   5   had went to Vegas, so he just wanted to make sure the Chairman
          6   took care of me.
          7        Q       And you told him that, yes, the Chairman did and
          8   that he had given you gambling chips?
          9        A       Correct.
08:52AM  10        Q       And what was the defendant's response?
         11        A       "Good.  Good."
         12        Q       One of the hotels you stayed at during these
         13   Vegas trips was The Palazzo; correct?
         14        A       Correct.
08:52AM  15        Q       I want to ask you about whether you recall an
         16   incident taking place at The Palazzo around July 2015.
         17        A       Yes.
         18        Q       Do you recall that?  Okay.
         19                Before I go into that, before July 2015, how
08:53AM  20   often did you, Jose Huizar, and Chairman Huang go to
         21   The Palazzo and stay there?
         22        Q       How often did we go?
         23        A       Yes.  Did you go very often, not so much?
         24        A       Very often we were there.
08:53AM  25        Q       And I'm going to just publish quickly previously
```

1    admitted Exhibit 395.

2              Do you recognize this as The Palazzo suite?

3    A    Yes.

4              MS. HAR:  If we can just scroll through pages 2,

08:53AM   5    3, 4, 5, and just pausing there.

6    Q    What's shown on page 5?

7    A    That's the living area of the villa.

8    Q    With like a piano in the background?

9    A    Yes.

08:53AM   10             MS. HAR:  Okay.  Keep scrolling, please.

11   Q    Page 6, is that one of the bedrooms at

12   The Palazzo?

13   A    Yes.

14   Q    Okay.  Scrolling 7, 8.

08:54AM   15             Does 8 show another bedroom or the same bedroom?

16   A    Yes.

17   Q    Page 9, 10, 11, and back to 10.  What's shown

18   there?

19   A    The bathroom.

08:54AM   20   Q    And is that robe sort of an example of a robe

21   that Jose Huizar might take back from these casinos?

22   A    Yes.

23   Q    So in July of 2015, were you on another one of

24   these all expense paid trips to Las Vegas with the Chairman?

08:54AM   25   A    Yes.

1    Q      And that would be with Jose Huizar and

2    Ricky Zheng, among other people?

3    A      Correct.

4    Q      And were you staying at The Palazzo during that

08:54AM    5    trip?

6    A      Yes.

7    Q      So please describe to the jury what is the

8    incident that occurred at The Palazzo in July of 2015.

9    A      So, as usual, we would play in the private rooms,

08:55AM   10    but this time the council member wanted -- since the Chairman

11    was losing, we couldn't really cash the chips at the -- I want

12    to say the -- what's it called?  The cage.  We couldn't cash

13    the chips at the cage because the Chairman was losing.  So the

14    council member decided to go into the general jack black --

08:55AM   15    into the general blackjack tables, and he attempted to cash

16    down the big chips that he received in the private rooms.  So

17    those were different chips from the general public chips.

18         And so when the council member tried to cash down

19    his chips, the -- I guess the dealer asked if he could show an

08:55AM   20    ID for his game card, for players card.  Since the council

21    member didn't have a players card, then he denied giving his --

22    no.  Actually, he gave his ID.  So, then, when they ran his ID,

23    maybe a few moments later, someone from the -- someone from the

24    hotel security came down to our blackjack table.

08:56AM   25    Q      Okay.  So going back to the fact that you were

1   first originally in the private gaming area, are you talking

2   about the place where only high rollers and their guests can

3   attend?

4        A    Correct.

08:56AM  5        Q    You said something about the fact the Chairman

6   was losing and that's why Jose Huizar couldn't cash his chips.

7   What did you mean by that?

8        A    Yeah.  If the Chairman was winning, then there

9   was enough, I guess -- if the Chairman was winning, then we

08:56AM  10  could cash our chips.  If the Chairman was losing, then there

11  wouldn't be, I guess, credit to support those chips.  There

12  wouldn't be cash to support those chips.

13       Q    So then you went to the public area or where sort

14  of anyone from the casino can go?

08:56AM  15      A    Correct.

16       Q    And you brought with -- and Jose Huizar brought

17  with him what?

18       A    Those chips that he received in the private room.

19       Q    And then, when he tried to cash them in that

08:57AM  20  public area, that was sort of when there was some back and

21  forth with the dealer about his player ID and the like?

22       A    Correct.

23       MS. HAR:  So I'd like to publish previously

24  admitted Exhibit 404.  If we could just play the first two

08:57AM  25  seconds and pause it.  Okay.

```
 1          Q      What's shown here in this clip?

 2          A      That's Jose Huizar.  I'm right next to him and

 3   Ricky Zheng at the blackjack table.

 4          Q      And this is you three in that public gaming area

 5   that you just described?

 6          A      Correct.

 7          Q      And what happened while you were there?

 8          A      That's when the -- it looks like the security

 9   came down to talk to Council Member Huizar.

10          Q      And what did they say to Jose Huizar?

11          A      They asked the council member to sign a -- I

12   forgot -- just to say that -- they got red flagged that he was

13   actually an elected official, and they wanted to verify if the

14   chips he was using belonged to him.

15          Q      And did they ask him to sign some document about

16   that?

17          A      Yes.

18          Q      And did Jose Huizar sign it?

19          A      No.

20          Q      Did he refuse to sign it?

21          A      He did.

22          Q      So what happened after Jose Huizar refused to

23   sign that document?

24          A      After he refused to sign the document, we just

25   got up from the table and left.
```

```
 1          Q       And after the fact, did you discuss with
 2   Ricky Zheng what had happened?
 3          A       Very briefly.
 4          Q       And did he tell you that he had notified
 5   Chairman Huang about what had happened?
 6          A       Correct.
 7          Q       What else did Ricky Zheng say the Chairman said
 8   about that?
 9          A       I don't recall what the Chairman told Ricky.
10          Q       Was there any discussion with you and Ricky Zheng
11   about whether you should go to The Palazzo anymore?
12          A       Yeah.  That it was too risky to go to
13   The Palazzo.
14          Q       And why The Palazzo in particular was -- what
15   about it was risky?
16          A       It was just that the council member -- I guess
17   his identity was exposed at The Palazzo.
18          Q       And after this incident, was there a different
19   hotel that you, Jose Huizar, and Chairman Huang started to use?
20          A       Yes.  We started to go to the Cosmopolitan pretty
21   regularly.
22          Q       Why the Cosmopolitan?
23          A       Because the host was a lot more -- the host was a
24   lot more friendlier to Chairman Huang, and also the
25   Cosmopolitan wasn't as strict on the IDs of the guests.
```

1    Q      It was less strict than The Palazzo?

2    A      Yes.

3    Q      And in that conversation with Ricky Zheng --

4  strike that.

09:00AM  5          Did you also discuss this Palazzo incident

6  privately with Jose Huizar?

7    A      I did, yes.

8    Q      And what did he say about going on future Vegas

9  trips with Chairman Huang?

09:00AM  10    A      That we just have to -- we have to be really

11  careful.  His philosophy was that the Las Vegas -- the

12  Las Vegas casinos won't release the identity of their big

13  rollers or of their guests, but in the meantime, it was safe

14  for him to just join other casinos and not be at The Palazzo.

09:00AM  15  So he was just really -- he didn't want to go anywhere that

16  asked for his ID.

17    Q      Did you and Jose Huizar talk about not going to

18  Las Vegas for a while?

19    A      Correct.

09:00AM  20    Q      And what did Jose Huizar say about that?

21    A      Just we have to make sure things cool down before

22  we go on another trip with the Chairman.

23    Q      Was the idea that if some time had passed after

24  this, there would be less risk of detection?

09:01AM  25    A      Correct.

1     Q     And did Ricky Zheng communicate something similar

2  as far as Chairman Huang and letting things cool off in terms

3  of going to Vegas?

4     A     Yes.

09:01AM  5     Q     Now, did you and Jose Huizar also discuss

6  Las Vegas -- these Las Vegas trips after The Palazzo incident

7  with the defendant Raymond Chan?

8     A     I believe that Huizar had conversations with --

9  yes, we did have conversations with Ray and the council member.

09:01AM  10     Q     And what did the defendant say to you and

11  Jose Huizar?

12     A     We were told that there was -- that pictures of

13  myself and pictures of the council member were on a table at

14  The Palazzo with pictures of the council member gambling and

09:01AM  15  pictures of myself gambling with Chairman Huang on the table

16  there and that apparently the FBI was looking into this matter.

17     Q     What else did the defendant say after he told you

18  that there were these pictures on the table of you and

19  Jose Huizar?

09:02AM  20     A     Just saying that we should just let things cool

21  down before we go to Vegas again.

22     Q     So was he essentially saying the same thing that

23  you and Jose Huizar and Chairman Huang had agreed to, to let

24  things just cool off?

09:02AM  25     A     Yes.

1      Q      Was this to avoid detection by any law

2  enforcement or the casinos?

3      A      Yes.  Just continue to further -- to avoid

4  further detection from the law enforcement.

09:02AM  5      Q      Prior to this Palazzo incident in July of 2015

6  had the defendant Raymond Chan ever said anything to discourage

7  you and Jose Huizar from going to Las Vegas with

8  Chairman Huang?

9      A      No.

09:02AM  10      Q      Did he ever warn you about it before this

11  incident?

12      A      No.

13      Q      And based on the conversation you had where he

14  put his arm around your shoulder and said, "Good, good," in

09:03AM  15  response to the chips you received, did it, in fact, seem that

16  he encouraged you to go to Vegas with the Chairman?

17      A      That is correct.

18      Q      To your knowledge, did the defendant ever try to

19  sabotage you, Jose Huizar, and Chairman Huang from going to

09:03AM  20  Las Vegas?

21      A      No.

22      Q      So as discussed by yourself, Jose Huizar,

23  Ricky Zheng, Chairman Huang, and the defendant, did you all --

24  did you and Jose Huizar cool off from going to Vegas for a

09:03AM  25  while?

846

1          A          Yes, we did.

2          Q          But after that period, did you guys go back?

3          A          Yes, we did.

4          Q          And after you started going back again, did you

09:03AM  5    take -- did you and Jose Huizar take some precautions to avoid

6    being caught in Vegas?

7          A          Yes.

8          Q          So with respect to taking the private jets, what

9    kind of precaution would Jose Huizar take?

09:03AM 10          A          Well, he would ask me to submit false names to

11   Ricky, so just think of some other people's names, so that

12   Ricky could use those names for the check-in at the private --

13   for the private jet.

14          Q          And would the private jet sometimes check

09:04AM 15   people's IDs?

16          A          Correct.

17          Q          And if that were going to be the case, what would

18   Jose Huizar do?

19          A          Then he would have me book Southwest flights from

09:04AM 20   L.A. to Las Vegas.

21          Q          And that would be when Jose Huizar would take the

22   commercial airline?

23          A          Correct.

24          Q          Publishing previously admitted Exhibit 327H.

09:04AM 25   Excuse me.   372H.

```
 1              And do you recognize this as another text message
 2   thread between you and Ricky Zheng?
 3       A      Yes.
 4       Q      Just looking at the top two messages or so, do
 5   you see that the date of these messages is August 4, 2016?
 6       A      Yes.
 7              MS. HAR:  Let's skip to page 2.
 8       Q      If we zoom on the bottom two messages, do you see
 9   the date of your message in the green on the right is
10   August 5th, 2016?
11       A      Yes.
12       Q      Can you read your message, please?
13       A      "Are you still going to Vegas?  Jose is asking."
14       Q      So at this time were there plans or discussion
15   about going to Las Vegas?
16       A      Yes.
17              MS. HAR:  Okay.  Zooming out and going to page 3,
18   if we can zoom in on the blue message and then the next two
19   messages or so.  Thank you.
20       Q      On the left side, do you see a message from
21   Ricky Zheng that says, "Need your name"?
22       A      Yes.
23       Q      Did you understand him to be asking -- what did
24   you understand him to be asking?
25       A      That he needed the name for the private jet.
```

1    Q        And in your response you wrote "George Esparza

2    and Juan Rodriguez."

3             Do you see that?

4    A        Yes.

09:05AM   5    Q        Why did you give the name Juan Rodriguez?

6    A        That was just a random name I had for

7    Council Member Huizar.

8    Q        Is this an example of a fake name that you would

9    supply for purposes of getting Jose Huizar on the private jet

09:06AM   10   without revealing his true identity?

11   A        Correct.

12   Q        After The Palazzo incident, was another

13   precaution that Jose Huizar would take is to check to see who

14   else was going on these trips?

09:06AM   15   A        Yes.

16   Q        And why would he do that?

17   A        Just so he felt he was safe going to the trip,

18   that there were people that he essentially trusted or that the

19   Chairman trusted on the trip.

09:06AM   20   Q        And would these have to be people that he

21   determined were loyal or close to Chairman Huang?

22   A        Correct.

23   Q        Publishing previously admitted Exhibit 365C, is

24   this a text thread between you and Jose Huizar?

09:06AM   25   A        Yes.

1    Q    Going to page 2 and zooming in on the first three

2    messages, so there do you see the date is October 28, 2015?

3    A    Yes.

4    Q    So this would be after The Palazzo incident in

5    July of 2015; correct?

6    A    Correct.

7    Q    And Jose Huizar wrote to you "Chairman still

8    going to Vegas; right?"

9    A    Yes.

10   Q    And is that him asking you whether

11   Chairman Huang, Wei Huang, of Shen Zhen New World was still

12   going to Las Vegas?

13   A    Yes.

14   Q    What is your response?

15   A    "Yes.  They are leaving at 3:00 p.m."

16        MS. HAR:  Zooming out and going to the bottom

17   three messages.  Okay.

18   Q    Does Jose Huizar ask, "Should we go?  Give a

19   heads up to Ricky that we may be going.  Ask who else is

20   going."

21        Do you see that?

22   A    Yes.

23   Q    And what's your understanding of why Jose Huizar

24   is asking you to ask Ricky Zheng who else is going?

25   A    He just wanted to make sure it was safe for him

```
 1    to go, if the same usual people were going or if there was new
 2    people.
 3                  MS. HAR:  Okay.  Zooming out.  Going to page 3
 4    and zooming in on the top two messages.
 5    Q     And Jose Huizar sends another text that says,
 6    "Let me know all info so we can make decision.  Also, check for
 7    flights from Burbank today sometime after 3:00 and return
 8    tomorrow afternoon."
 9                  And you wrote, "Chairman, Ricky, Frank, and that
10    other guy who always goes with us."
11                  What were you trying to communicate through your
12    text message?
13    A     That it was the same entourage as always at this
14    point.
15    Q     And who did you get this information from about
16    who was going to be going?
17    A     From Ricky.
18    Q     Did you have any concerns about these people
19    knowing about Jose Huizar going to Vegas with Chairman Huang?
20    A     No.
21    Q     And why not?
22    A     Because these were the usual folks who went with
23    us.
24    Q     And why did it matter that they were the usual
25    folks who went?
```

1      A      Because we know that they were loyal to the

2   Chairman.

3      Q      And essentially trusted that they weren't going

4   to be alerting anyone to the fact that Jose Huizar was going?

09:09AM   5      A      Correct.

6             MS. HAR:  Okay.  Zooming out.  Let's skip to

7   page 8.  And if we can just zoom in on the bottom two messages.

8      Q      Could you read Jose Huizar's message to you in

9   blue?

09:09AM   10     A      "Check to see if airplane checks your ID.  If

11  they don't, maybe I fly with you guys."

12     Q      Is this an example of Jose Huizar wanting to

13  check to see if the private jet would check for his ID?

14     A      Correct.

09:09AM   15     Q      Was this all part of the precautions he took to

16  avoid being caught going to Vegas with Chairman Huang?

17     A      Yes.

18     Q      Let's look at one more text message.  Publishing

19  previously admitted Exhibit 365G, is this another text thread

09:10AM   20  between you and Council Member Jose Huizar?

21     A      Yes.

22            MS. HAR:  Let's look at page 2.  If we can zoom

23  in on the bottom message.

24     Q      What's the date of this message from Jose Huizar

09:10AM   25  to you?

```
         1          A        7/12/2016.

         2          Q        Okay.  And he writes, "Chairman in town.  Ping

             called me and invited me to dinner with them.  Come down if you
         3

             like.  I drove here.  Take Uber.  It's up to you."
         4

09:10AM  5                   Based on this message, do you understand that

             Chairman Huang was in town?
         6

         7          A        Yes.

         8                   MS. HAR:  Zooming out and going to page 3 and

             zooming in on the first blue message.
         9

09:10AM  10         Q        He sends you another update.  Can you read that,

             please?
         11

         12         A        "They are leaving to Vegas tomorrow evening.  I

             will probably go Thursday night.  Chairman invited you to go
         13

             tomorrow."
         14

09:11AM  15         Q        So did you understand there were, again, plans

             and discussions in the works to go to Las Vegas?
         16

         17         A        Yes.

         18                  MS. HAR:  Zooming out and looking at the bottom

             three messages, please.
         19

09:11AM  20         Q        At the top there in green you wrote, "On my way

             to airport.  Found a ticket out of Vegas to Cancun tomorrow
         21

             morning."
         22

         23                  So were you planning to join this group in

             Las Vegas?
         24

09:11AM  25         A        Yes.
```

1    Q       And can you read Jose Huizar's response to you in

2    blue?

3    A       "Cool.  Let me know who is there and how is doing

4    so that I can determine if I go or not."

09:11AM    5    Q       What is your understanding of why Jose Huizar is

6    asking you let me know who is there?

7    A       Again, just to be safe on -- again, just to be

8    safe.

9    Q       And how about when he directs you to let him know

09:12AM   10    how he's doing.  What does that mean?

11    A       Checking to see if the Chairman is winning,

12    winning -- yeah.  Just to see if the Chairman is winning.

13    Q       And is that because whether the Chairman is

14    winning would determine how much chips he is going to get?

09:12AM   15    A       That is correct.

16    Q       Okay.  Zooming out and going to page 4, do you

17    see there at the top four messages he asks you "How is it?

18    Who's there?"

19            Do you see that?

09:12AM   20    A       Yes.

21    Q       In this particular trip, had you gone to

22    Las Vegas -- were you there and Jose Huizar hadn't come yet?

23    A       Yes.

24    Q       And if you could read your message in green

09:12AM   25    below.

1       A       "He's about even.  Chairman, Ping, Don Li, Eddie,

2  the sheriff we met before, Chairman's girlfriend, that guy that

3  comes with the Chairman's girlfriend."

4       Q       Were you providing to Jose Huizar the list of

09:12AM  5  people that were there so he can determine whether he's going

6  to go or not?

7       A       That is correct.

8       Q       And looking at the last message there from

9  Jose Huizar, he writes, "Hmm, if sheriff guy there, maybe I

09:13AM 10  shouldn't go."

11       A       Yes.

12       Q       Do you see that?

13       A       Yes.

14               MS. HAR:  Zooming out, please.

09:13AM 15       Q       Looking at your message back to him at the bottom

16  of this page, could you read that, please?

17       A       "Yeah.  I'm feeling him out.  You've met him

18  before.  My flight leaves at 10:00 a.m."

19       Q       Why did you tell Jose Huizar that "I'm feeling

09:13AM 20  him out"?

21       A       I was trying to get a sense of how he was acting,

22  if he was asking any particular questions, if he was just going

23  to be okay with the council member going to Las Vegas.

24       Q       You're talking about feeling out the sheriff?

09:13AM 25       A       That is correct.

1      Q     Who is law enforcement?

2      A     Correct.

3      MS. HAR:  Zoom out.  Let's go to page 6, please.

4  Zooming in on the middle, that portion there.

09:14AM  5      Q     And do you see in blue that Jose Huizar is now

6  asking you, "Is Paris strict about ID?"

7      A     Yes.

8      Q     What is Paris?

9      A     The Paris hotel in Las Vegas.

09:14AM  10     Q     What's your understanding of why he's asking you

11  whether Paris is strict about ID?

12     A     Again, just to see if he would be able to

13  actually gamble in the private room.

14     Q     What's your response to him?

09:14AM  15     A     "Not at all."

16     Q     And below that?

17     A     "Haven't checked my ID, and I've been playing."

18     Q     Do some casinos require players to provide an ID

19  to gamble?

09:14AM  20     A     Yes.

21     Q     And if Jose Huizar was at a casino that required

22  an ID to play, what would he typically do?

23     A     He would typically just take my players card and

24  play with my players card.

09:14AM  25      MS. HAR:  Okay.  Zooming out.  And if we can go

1    to page 8.  Let's look at the first two messages.

2        Q     Jose Huizar's message there says, "Okay.  Keep me

3    posted.  I want to go but not sure if I should go because of

4    sheriff dude.  I would leave tomorrow night.  Make your

09:15AM  5    assessment if you think I should still go.  Ask them when the

6    Chairman plans to come back."

7             So at the point that Jose Huizar sent this text

8    message, was he still deciding whether to go to Las Vegas or

9    not?

09:15AM  10       A     Yes.

11       Q     And what was his concern about whether he should

12   go or not?

13       A     The sheriff.

14       Q     And zooming out -- actually, right before that,

09:15AM  15   did he ask you for updates?

16       A     Yes.

17             MS. HAR:  Let's zoom in on the middle green

18   message.  I'm sorry.  And the blue one below it too.  Thanks.

19       Q     Your message on July 14, 2016, at 7:43 a.m., do

09:16AM  20   you provide him some updates?

21       A     I do.

22       Q     And in your updates, do you write in the bottom

23   paragraph, "Spent some time with the cop.  I think he's fine.

24   Said nothing but good things about you.  Very loyal to Chairman

09:16AM  25   and Ricky.  I don't get any negative vibes from him.  I think

|     |                                                                              |
|-----|------------------------------------------------------------------------------|
| 1   | you're okay to come now that Ricky is coming today."                         |
| 2   | What are you trying to communicate with                                      |
| 3   | Jose Huizar about this message?                                              |
| 4   | A        That it's safe to come to Las Vegas.                               |
| 5   | Q        You had sort of vetted or felt out this sheriff                    |
| 6   | or cop?                                                                       |
| 7   | A        Yes.                                                                |
| 8   | Q        What is your assessment of him?                                     |
| 9   | A        That it was safe.                                                   |
| 10  | Q        Why did you believe it was going to be safe?                       |
| 11  | A        Just because I believe he was friends with Ricky                   |
| 12  | and the Chairman for a very long time.                                       |
| 13  | MS. HAR:  All right.  Zooming out, and if we can                             |
| 14  | go to page 9.  And if we can zoom in on the middle messages.               |
| 15  | Q        At some point did you and Jose Huizar also                         |
| 16  | connect by phone?                                                            |
| 17  | A        Yes.                                                                |
| 18  | Q        In the top left there, do you see that he wrote                    |
| 19  | to you, "Hey, we should watch what we say on phone"?                         |
| 20  | A        Yes.                                                                |
| 21  | Q        And your response, could you read it?                              |
| 22  | A        "You're right.  We always have to be safe."                        |
| 23  | Q        And so what is your understanding of why                           |
| 24  | Jose Huizar is telling you that we have to watch what we say on             |
| 25  | the phone?                                                                    |

09:16AM (line 5)
09:16AM (line 10)
09:17AM (line 15)
09:17AM (line 20)
09:17AM (line 25)

1     A       Just so that we're careful not to -- in case

2  there are wiretaps, that we won't be detected by law

3  enforcement.

4     Q       And was it part of the pay-to-play scheme and the

09:17AM 5  RICO conspiracy to avoid law enforcement detection?

6     A       Yes.

7     Q       Did you and Jose Huizar also talk about not

8  having certain conversations over the phone via e-mail?

9     A       Yes.

09:18AM 10             MS. HAR:  Let's publish previously admitted

11  Exhibit 171.  If we can zoom in at the top there.

12     Q       At the from, whose e-mail address is that?

13     A       Jose Huizar's, the council member's.

14     Q       Is that his personal e-mail?

09:18AM 15     A       Personal e-mail.

16     Q       And to you; correct?

17     A       Yes.

18     Q       Is that your personal e-mail?

19     A       Yes.

09:18AM 20     Q       If you can read the e-mail that Jose Huizar sent

21  to you.

22     A       "We should limit types of conversations we just

23  had on phone for future reference.  My bad."

24     Q       Does this e-mail also refer to your and

09:18AM 25  Jose Huizar's efforts to avoid the FBI and law enforcement as

```
 1   part of the ongoing RICO conspiracy?
 2        A      Yes.
 3               MS. HAR:  We can exit out.
 4        Q      All right.  Now, I want to ask you about how
 5   Jose Huizar would normally cash out his chips in Vegas.  After
 6   The Palazzo incident, did Chairman Huang continue to give
 7   gambling chips to Jose Huizar?
 8        A      Yes.
 9        Q      Did he continue to give chips to you?
10        A      Yes.
11        Q      And for your chips, what would you do in terms of
12   cashing them out -- how would you cash them out once you were
13   done gambling?
14        A      I would go directly to the cage and cash out my
15   chips.
16        Q      And how about Jose Huizar?  Did he cash out his
17   own chips?
18        A      No.
19        Q      What would he do instead?
20        A      He would give me the chips to cash out for him.
21        Q      And where would you cash out Jose Huizar's chips?
22        A      At the cage.
23        Q      Would this be in the private area or in the --
24        A      Sometimes both private area and the general area.
25        Q      And why -- what's your understanding of why
```

1    Jose Huizar made you cash out his chips instead of him cashing

2    out his own chips?

3         A       He didn't want to be seen cashing out chips.  He

4    didn't want to be the one seen on camera cashing out the chips.

09:20AM   5    He wanted to put it on me.

6         Q       And would you cash out Jose Huizar's chips for

7    him?

8         A       I would, yes.

9         Q       And how would you give him that cash after you

09:20AM  10    were done?

11         A       He would ask me to meet him in the bathroom, and

12    then I would give him whatever cash -- whatever chips I cashed,

13    and I would hand the council member the cash in the bathroom.

14         Q       And by the bathroom, where in the casino are you

09:20AM  15    talking about?  Like in the public bathroom?

16         A       Yeah.  The public bathroom.

17         Q       Why would he ask you to meet in the bathroom?

18         A       Because he didn't want the cameras to see me

19    giving him cash.

09:20AM  20         Q       When you would hand him that cash in the

21    bathroom, what would he do with it?

22         A       He would count it in front of me to make sure I

23    didn't take any cash from him, and then he would put it in his

24    pocket.

09:21AM  25         Q       So another instance of you and Jose Huizar in the

1    bathroom together?

2         A       Yes.

3         Q       All right.  I want to now take you back to 2013.

4    I want to talk about a potential consolidation that was going

09:21AM  5    on between Building & Safety and the Planning Department.  Do

6    you remember that being the case?

7         A       I do, yes.

8         Q       At the time what was the defendant Ray Chan's

9    job?

09:21AM 10         A       He was the general manager of Building & Safety.

11        Q       And what was your understanding of what would

12   happen to the defendant if these two departments,

13   Building & Safety and the Planning Department, merged or

14   consolidated?

09:21AM 15        A       My understanding was that he would lose his

16   position as general manager of Building & Safety.

17        Q       And who would become the head person in that

18   instance?

19        A       I believe it was the general manager for Planning

09:22AM 20   at the time.  I think LoGrande was his last name.

21        Q       Michael LoGrande?

22        A       Michael LoGrande.

23        Q       And did you and Jose Huizar discuss this merger

24   and the consolidation and what would happen to the defendant?

09:22AM 25        A       Yes.  That Ray would lose his job.

1    Q    And what did Jose Huizar say about that?

2    A    That that wouldn't be good for us.

3    Q    And why wouldn't that be good -- and by us, you

4    mean you and Jose Huizar?

09:22AM  5    A    Yeah.  Yes.  Yes.  I mean, it wouldn't be good

6    for him and the office.

7    Q    And why wouldn't that be good for Jose Huizar and

8    the office?

9    A    Because he always felt that Mr. Chan got it.

09:22AM  10   That was his term, like, he gets it.  And that, you know, Ray

11   and them have -- they have the relationship already.

12   Q    And when you say that Jose Huizar would always

13   say that the defendant, he gets it, what did you understand

14   that to mean?

09:22AM  15   A    That he understood the -- that the council member

16   will be making requests on his behalf for -- making certain

17   requests on his behalf.

18   Q    Requests for benefits?

19   A    Yes.

09:23AM  20   Q    And by saying that the defendant Ray Chan gets

21   it, did you understand that to mean that Jose Huizar believed

22   Ray Chan was going to come through on those requests for

23   benefits?

24   A    Correct.

09:23AM  25   Q    Did Jose Huizar also express any concerns of what

1  would happen if the defendant lost his job in relation to his

2  access to Chinese developers?

3       A       Yes.

4       Q       What did he say about that?

09:23AM  5       A       Just that it would be -- since Ray was the middle

6  person for the Chinese companies, that it would definitely take

7  a hit from Chinese companies coming into Council Member

8  Huizar's office.  Like having direct access to the Chinese

9  companies.

09:24AM  10               MS. HAR:  Publishing previously admitted

11  Exhibit 376.  If we could zoom in on the bottom half.  Thank

12  you.  All right.

13       Q       Do you see the date there is August 30, 2013?

14       A       Yes.

09:24AM  15       Q       And did Raymond Chan send you an e-mail?

16       A       Yes.

17       Q       And as far as the defendant's e-mail, do you see

18  that's coming from a Gmail.com?

19       A       Correct.

09:24AM  20       Q       By the way, do you, Jose Huizar, Raymond Chan, do

21  you all have City e-mail addresses?

22       A       We do.

23       Q       But this isn't that?

24       A       No.

09:24AM  25       Q       As part of the pay-to-play scheme, would you use

1    your personal e-mail address?

2         A    Yes.

3         Q    Why did you do that?

4         A    Just so that, if you use your City address, like

5    the City account, then you could be -- a public records request

6    could be submitted at any time.  So that would mean that the

7    public would be able to see our conversations that I had with,

8    say, the council member or with Ray or with anyone that we

9    necessarily didn't want the public to know who we were having

10   conversations with.  So we would use our private e-mails.

11        Q    Was the point to try and avoid some form of a

12   paper trail with respect to the public finding out?

13        A    Correct.

14        Q    Did someone teach you how to do this?

15        A    Council Member Huizar.

16        Q    In the e-mail it says, "Hi George.  Attached is a

17   draft motion that Jose and I talked about before he left for

18   Mexico.  Will you please show him the document?"

19             And was the motion -- the draft motion that the

20   defendant attached related to opposing the consolidation?

21        A    That is correct.

22             MS. HAR:  And if we could zoom out and just go to

23   page 2.

24        Q    Is this that attachment?

25        A    Yes.

1          MS. HAR:  And if we could zoom in on the second

2     to the last paragraph.

3          Q     Do you see where it says, "I further move that

4     the CAO/CLA and all departments involved in the merger process

09:26AM   5     be instructed to cease any activity on merging"?  Do you see

6     that?

7          A     Yes.

8          Q     Zooming out and going back to page 1.  I'm going

9     to look at your response to the defendant.  Okay.

09:26AM  10          Did you respond, "Good morning, Ray.  Just got

11     your e-mail.  I came with the council member to Mexico.  I'll

12     show him as soon as I see him this morning."  Right?

13          A     Correct.

14          Q     Did you, in fact, relay this e-mail from the

09:26AM  15     defendant and the attachment -- did you show that to

16     Jose Huizar?

17          A     I did.

18          Q     And at the top there, did the defendant tell you,

19     "Thank you so much, George"?

09:26AM  20          A     Correct.

21          MS. HAR:  All right.  Zooming out, let's publish

22     previously admitted Exhibit 330.  Zoom in on the whole thing.

23          Q     Below do you see another e-mail from the

24     defendant's personal e-mail to Jose Huizar's personal e-mail

09:27AM  25     address on October 7, 2013?

1          A       Yes.

2          Q       What is the subject of this e-mail?

3          A       "Talking points."

4          Q       And in the e-mail do you see that he writes,

09:27AM  5    "Good evening, sir.  Attached are two files.  One, questions to

6    ask the consultant and talking points and, two, why the motion

7    should be adopted"?

8          A       Correct.

9          Q       Do you also see -- can you read the line below

09:27AM  10   that, please?

11         A       "Thank you very much for all your help.  You are

12   our savior."

13         Q       Okay.  At the top of this e-mail, do you see how

14   Jose Huizar forwarded this e-mail from the defendant to you at

09:27AM  15   your personal e-mail address?

16         A       Yes.

17         Q       What was his instruction to you when he did this?

18         A       "Please print this for me."

19         Q       Do you see there were two attachments, PLUM

09:28AM  20   pointers and why the motion should be adopted?

21         A       Yes.

22         Q       Can you remind the jury what PLUM is?

23         A       The Planning and Land Use Committee.

24         Q       That was the committee that Jose Huizar was the

09:28AM  25   chair of; right?

1        A        Yes.

2                 MS. HAR:  Zooming out, if we can just look at

3    page 3.  Actually, I'm sorry.  If we can go to page 2.

4        Q        Is this one of the attachments that Jose Huizar

09:28AM   5    instructed you to print?

6        A        Yes.

7                 MS. HAR:  If we can go to page 3 of that.

8        Q        Do you see just at the top there it says, "As the

9    chair of PLUM, I move to adopt the new motion," and then

09:28AM  10    there's bullets.

11                 Do you see that?

12        A        Yes.

13        Q        Did you understand this to be talking points for

14    Jose Huizar as the chair of PLUM that the defendant had

09:28AM  15    prepared for him?

16        A        Yes.

17        Q        At the bottom of this same page, it kind of ends

18    by saying, "Therefore, I move to adopt the motion to expand the

19    scope of work to include options and delay the implementation

09:29AM  20    of the consolidation"?

21        A        That is correct.

22        Q        Did you understand these were talking points to

23    delay the consolidation?

24        A        Yes.

09:29AM  25                 MS. HAR:  Zooming out and going to page 4.

1       Q       Is this the second attachment that the council

2  member asked you to print?

3       A       Yes.

4       Q       Just at the top there, do you see how it says

09:29AM   5  "Reasons to adopt the Price/LaBonge motion"?

6       A       Yes.

7       Q       Do you know who Price is?

8       A       Yes.  That's Council Member Curren Price for the

9  9th District and Council Member Tom LaBonge for the

09:29AM  10  4th District at the time.

11       Q       Had Jose Huizar's planning team also provided

12  talking points to present at PLUM about the consolidation?

13       A       Yes.

14       Q       Who was Huizar's planning director at that time?

09:29AM  15       A       His name was Tanner Blackman.

16       Q       Do you have an understanding of Tanner Blackman's

17  relationship with the Planning Department?

18       A       Yes.  He was the former director of the

19  Planning Department or deputy for the Planning Department.

09:30AM  20       Q       When we say the Planning Department, we mean one

21  of the two departments in addition to LADBS that would have

22  been merged together in this consolidation?

23       A       Yes.

24       Q       But Tanner Blackman is now part of Jose Huizar's

09:30AM  25  office in the planning team?

|   |   |   |
|---|---|---|
| | 1 | A       He is now our planning director. |
| | 2 | Q       Planning director.  Okay. |
| | 3 |         And did Jose Huizar's staff support or oppose |
| | 4 | consolidation? |
| 09:30AM | 5 | A       Everyone on staff supported the consolidation. |
| | 6 | Q       By supported it, you mean they were in favor of |
| | 7 | merging the Planning Department with LADBS to become one |
| | 8 | department? |
| | 9 | A       Yes. |
| 09:30AM | 10 | Q       Did you attend the PLUM hearing when Jose Huizar |
| | 11 | provided his position on consolidation? |
| | 12 | A       Yes. |
| | 13 | Q       And during that hearing, did Jose Huizar say he |
| | 14 | supported it the way his planning team had discussed or that he |
| 09:31AM | 15 | opposed it? |
| | 16 | A       That he opposed the consolidation. |
| | 17 | Q       So he went against what his planning team had |
| | 18 | discussed and provided talking points on? |
| | 19 | A       Yes. |
| 09:31AM | 20 | Q       And what was the reaction by Huizar's planning |
| | 21 | team when the council member came out at the PLUM hearing |
| | 22 | saying he opposed it? |
| | 23 | A       Everyone was pretty shocked and surprised that |
| | 24 | the council member went against their recommendation.  So they |
| 09:31AM | 25 | came into my office and said, hey, what's happening?  We |

1    thought this was going to kind of be -- we thought we already

2    had the recommendation, and we thought the council member was

3    going to approve it, but they didn't -- but he didn't.

4         Q       What was your reaction or response when the staff

09:31AM  5    came in and made those comments?

6         A       I played dumb.  I acted like I didn't know what

7    was going on.

8         Q       But you knew prior that that was what Jose Huizar

9    was going to do?

09:31AM  10        A       Yes.

11        Q       Prior to this PLUM hearing, did you see the

12   defendant come in person to meet with Council Member

13   Jose Huizar?

14        A       He did, yes.

09:32AM  15        Q       More than once?

16        A       Yes.

17        Q       And where did they go for their meeting?

18        A       They met in the council member's office, private

19   office.

09:32AM  20        Q       Was it just them two?

21        A       Just them two.

22        Q       As far as you know, did the consolidation of the

23   two departments occur?

24        A       No, it did not.

09:32AM  25        Q       Are you aware that after that consolidation did

1    not occur, that the defendant Raymond Chan became the permanent

2    general manager of LADBS?

3          A       That is correct.

4          Q       What was Jose Huizar and the defendant's

5    relationship like after the consolidation did not go forward?

6          A       Can you repeat the question again?  I'm sorry.

7          Q       What was the relationship between Council Member

8    Jose Huizar and the defendant -- what was it like after this

9    consolidation?

10         A       I mean, Mr. Chan had full access to the council

11   member now.  He could -- he had a very close relationship with

12   the council member, text messages.  And Ray Chan had full

13   access to the CD-14 office.

14         Q       Did the defendant ever thank Jose Huizar for his

15   support in opposing consolidation?

16         A       Yes, he did.

17         Q       Where did that take place?

18         A       One of the times it took place was at a dinner.

19         Q       Where was that dinner?

20         A       It was at the Patina restaurant near the

21   Walt Disney Hall.

22         Q       Was that in a private room?

23         A       Private room, yes.

24         Q       Who attended this dinner?

25         A       At the time Council President Herb Wesson was at

1    the dinner along with a couple of his staff members,

2    Council Member Huizar, myself, and Ray Chan.

3         Q      By Wesson's staff member, are you referring to

4    Deron Williams?

09:33AM  5         A      Yes.

6         Q      And who was Deron Williams in relationship to

7    Herb Wesson?

8         A      Deron Williams was his chief of staff.

9         Q      Okay.  So you're at this dinner at the Patina

09:34AM 10    with yourself, Jose Huizar, the defendant, Herb Wesson, his

11    chief of staff, and maybe some other staff members?

12        A      Correct.

13        Q      And what happened at that dinner?

14        A      The main thing that happened was that Ray gave a

09:34AM 15    toast to Council President Herb Wesson and the council member

16    and the people in that room and thanked them for saving his

17    career and saving his job.

18        Q      So he thanks them for saving his career and

19    saving his job?

09:34AM 20        A      Yes.

21        Q      Did you understand that to mean the head of the

22    LADBS?

23        A      That is correct.

24        Q      Do you remember anything specific that he said

09:34AM 25    about that?

|   |   |   |   |
|---|---|---|---|
| | 1 | A | That he wouldn't be here if it wasn't for them. |
| | 2 | Q | Was this an elaborate dinner? |
| | 3 | A | Very elaborate dinner. |
| | 4 | Q | And who paid for that dinner? |
| 09:34AM | 5 | A | Ray Chan. |
| | 6 | | MS. HAR:  Your Honor, may I have one moment? |
| | 7 | | THE COURT:  Yes. |
| | 8 | Q | BY MS. HAR:  And at that dinner that you just |

described, was the defendant thanking both Council Member

Wesson and Council Member Jose Huizar for saving his job?

A     Yes.

Q     All right.  I want to stay in 2013, but I'm going

to turn your attention back to Shen Zhen New World.  Okay?

A     Okay.

Q     In 2013 were you helping plan a trip for

Council Member Jose Huizar to go to China to visit

Chairman Wei Huang?

A     Yes.

Q     And how did that idea first come up, a trip to

China?

A     It came up at the first dinner with

Chairman Huang -- the first time we met Chairman Huang.  That's

when the trip came up.

Q     Okay.  And what did defendant -- excuse me.  What

did Chairman Huang say about that?

1        A        Well, first he asked if the council member had

2    ever been to China.  The council member said, no.  The Chairman

3    said he would love to be the first person to host

4    Council Member Huizar in China.

09:36AM    5        Q        This is that first dinner where the defendant was

6    translating?

7        A        Yes.

8        Q        What was your understanding of who was supposed

9    to pay for this trip to China?

09:36AM    10        A        Chairman Huang was supposed to pay for the trip.

11        Q        And did the defendant have a role in planning

12    this 2013 trip to China for Jose Huizar to visit Chairman

13    Wei Huang in -- Chairman Wei Huang?

14        A        Yes.

09:36AM    15        Q        And why was it that the defendant would be

16    coordinating something like this instead of you and Jose Huizar

17    just coordinating directly with Shen Zhen New World?

18        A        Well, at the time we also didn't have a direct

19    relationship with Chairman Huang and we also didn't speak

09:37AM    20    Chinese.  So Ray helped us coordinate that trip.

21        Q        And who was supposed to go on this trip?

22        A        Council Member Huizar, myself, and maybe I think

23    there was another -- couple other staff members that were

24    supposed to go on the trip with him.

09:37AM    25                MS. HAR:  Publishing previously admitted

875

Exhibit 321.  And if we could look at page 2.  Okay.

Q       So looking at the bottom two messages there, do you see that these are e-mails from May 1st of 2013?

A       Yes.

Q       Okay.  And the subject -- could you read the subject, please?

A       "China trip."

Q       And there's a message at the bottom from your personal e-mail to defendant's personal e-mail, and you write, "Here are the dates.  We are free from July 6th to July 21st."

Do you see that?

A       Yes.

Q       And what did you mean by here are the dates?

A       Well, these were the dates that the council member was available.

Q       To go to China?

A       To go to China.

Q       All right.  And then above that do you see that Raymond Chan forwards your e-mail to Harris Chan?

A       Yes.

Q       Who is Harris Chan?

A       Harris Chan was the general manager of the hotel at the time.

Q       Of the Shen Zhen New World L.A. Grand Hotel?

A       Yes.

1          MS. HAR:  Zooming out, and if we could look at

2     the next set.

3          Q     Do you see that Harris Chan writes back to the

4     defendant, "Thanks, I'll forward to the Chairman"?

09:39AM 5          A     Yes.

6          Q     And then the defendant writes back to

7     Harris Chan, "Yes, because of their Labor Days Holiday."

8                Do you see that?

9          A     Yes.

09:39AM 10          Q     And then above that Harris Chan writes that the

11     e-mail was sent to the Chairman already.  I also asked him to

12     advise when we can expect to receive the invitation letters.

13     Will let you know.

14                Right?

09:39AM 15          A     Correct.

16                MS. HAR:  Zooming out, and at the very top if we

17     can zoom in.

18          Q     In that final e-mail on this thread, do you see

19     that he cc's you and says, "That sounds great.  I also cc'd

09:39AM 20     George on this e-mail.  Thanks, Ray"?

21          A     Yes.

22          Q     Do you know, when Harris Chan talked about

23     expecting to receive the invitation letters, what that refers

24     to?

09:39AM 25          A     Yes.  Refers to the invitation letters from the

1    Shen Zhen government.

2         Q     Okay.  And what was the purpose of having

3    invitation letters from the Shen Zhen government?

4         A     Just to make the invitation look legitimate.  It

09:40AM  5    was to show that the Shen Zhen government was inviting the

6    Los Angeles city government official, city council member for

7    this trip.

8         Q     And who explained that to you?

9         A     Ray did.

09:40AM  10        Q     The defendant?

11        A     Yes.

12             MS. HAR:  Zooming out and publishing previously

13    admitted Exhibit 323.

14        Q     Do you see there that the subject is "Hi"

09:40AM  15   exclamation point?

16        A     Yes.

17        Q     Is this an e-mail from Raymond Chan's personal to

18    your personal e-mail address copying harrischan@sznwusa.com

19    sent on June 10, 2013?

09:40AM  20        A     Yes.

21        Q     So in this e-mail, do you see that the defendant

22    writes to you, "Just talked to the Chairman last night, and he

23    asked me to remind you about the name list because time is

24    cutting short."

09:41AM  25             What is your understanding of who the Chairman

1    is?

2          A       Chairman Huang.

3          Q       And when the defendant is asking you to -- is

4    passing on the message from Chairman Huang to provide the name

09:41AM  5    list because time is cutting short, what did you understand the

6    name list to be?

7          A       The list provided from the council member on who

8    is going on the trip.

9          Q       And what was your understanding of why he said

09:41AM  10   that time was cutting short?

11         A       I'm not sure.  I don't remember why he said that.

12         Q       Okay.  And then after that he writes, "Do you

13   think you can provide the names and a short bio of each person

14   to Harris tomorrow?"

09:41AM  15             Do you see that?

16         A       Yes.

17         Q       And are the names and the short bio all part of

18   the information that's needed for this China trip?

19         A       Correct.

09:41AM  20        Q       Below that do you see that the defendant asks you

21   or writes, "The Chairman also asked if Jose has a chance to

22   present the letter to the D family."

23             Do you see that?

24         A       Yes.

09:42AM  25        Q       What is the D family?

1        A       The D family was the Delijani family.

2        Q       Who are the Delijani family in relation to the

3    city of L.A.?

4        A       They have -- they own, I believe, a few of the

09:42AM    5    old historic theaters on Broadway.

6        Q       Did they also own a parking lot next to the

7    L.A. Grand Hotel owned by Chairman Huang?

8        A       They did, yes.

9        Q       Around this time, were you aware of something

09:42AM    10    going on, a dispute between the Delijanis and Chairman Huang

11    and the L.A. Grand Hotel?

12        A       Correct.

13        Q       Did you also understand that Jose Huizar and the

14    defendant were helping to intermediate that dispute?

09:42AM    15        A       Yes.

16        Q       Finally, below that, the defendant tells you

17    "Regarding Evan, the father and son decided to let fate throw

18    the dice.  If USC accepts Evan, then he will go to USC without

19    objection."  Who is Evan?

09:43AM    20        A       Evan is the Chairman's son, Chairman Huang's son.

21        Q       What is your understanding of why the defendant

22    is telling you what Chairman Huang's son is going to do with

23    these various college admissions?

24        A       Because at the time we were helping

09:43AM    25    Chairman Huang and his son get into USC.

1    Q       When you say we were helping, who is we?

2    A       Councilman Huizar was helping Chairman Huang's

3    son Evan get into USC.

4    Q       Was the defendant part of those conversations

09:43AM    5    about helping Chairman Huang's son Evan get into USC?

6    A       Yes.

7    Q       So zooming out, you have testified about the ways

8    in which the defendant would be kind of a middle person or

9    providing access to Chinese developers.  Is this e-mail one of

09:44AM    10   the examples of how the defendant would be a middle person

11   between Chairman Wei Huang and Council Member Jose Huizar?

12   A       Yes.

13   Q       Now, did you and Jose Huizar ultimately end up

14   going to China to visit Chairman Huang in 2013?

09:44AM    15   A       No, we did not.

16   Q       And why not?

17   A       Because one of the council member's former staff

18   members filed a sexual harassment lawsuit against him.

19   Q       What happened when that happened with respect to

09:44AM    20   the China trip?

21   A       The China trip was cancelled.

22   Q       Let's now talk about that lawsuit.

23   A       Okay.

24   Q       Are you familiar with someone named

09:44AM    25   Francine Godoy?

881

|      |   |     |
|------|---|-----|
| 1 | A | Yes. |
| 2 | Q | And who is that? |
| 3 | A | She was the deputy chief of staff for |

Council Member Huizar.

09:44AM 5    Q    And had she then left the office?

6    A    Yes.

7    Q    And were you aware that Ms. Godoy filed an

8 administrative complaint against Council Member Huizar in June

9 of 2013?

09:45AM 10    A    Yes.

11    Q    That was right around the time that you guys were

12 supposed to go to China; right?

13    A    Correct.

14    Q    Were you also aware that Ms. Godoy then filed a

09:45AM 15 public lawsuit later in 2013?

16    A    Yes.

17    Q    What, if any, involvement did you have in

18 handling that lawsuit on behalf of Jose Huizar?

19    A    I was very involved in that lawsuit.

09:45AM 20    Q    How so?

21    A    When the lawsuit dropped, I was responsible for

22 printing out a lot of the e-mails between him and Francine who

23 filed the lawsuit.  I was there just to answer all of the

24 deposition questions for the council member, to the best of my

09:45AM 25 knowledge, so he could review and finalize.  I was also there

```
 1   to screenshot his phone for all the different text messages
 2   between him and Francine and then, you know, him to double
 3   check if he wanted those text messages printed or not printed.
 4   So I was pretty intimate with that process.
 5        Q     Did you also attend meetings with Jose Huizar and
 6   his attorneys about this lawsuit?
 7        A     I did, yes.
 8        Q     And what was the general nature of the claim of
 9   the lawsuit?
10        A     The general nature was that the council member --
11   Francine was accusing the council member of retaliation for not
12   wanting to commit sexual favors for him.
13        Q     Was it a sexual harassment lawsuit as well?
14        A     Sexual harassment lawsuit, yes.
15        Q     Now, was 2015 an election year for Jose Huizar?
16        A     Yes.
17        Q     Were you concerned about the effect that this
18   sexual harassment lawsuit could have on Jose Huizar's 2015
19   election campaign?
20        A     Yes.
21        Q     How concerned were you about that?
22        A     Very.  This could have been detrimental to his
23   political career.
24        Q     Did you discuss those concerns with
25   Council Member Huizar?
```

1          A       I did.

2          Q       Can you describe that discussion to the jury?

3          A       Well, the council member was just really scared.

4     He was scared that, not only will his career end, but also his

09:47AM   5     family finding out that he was having an affair with his staff

6     member.  It was also not great timing because he had just taken

7     over Downtown L.A. and all the investment that was coming in.

8     You know, we were meeting with millionaires and billionaires on

9     a weekly basis.  So the council member really saw that this

09:47AM   10    wasn't a great time for any type of lawsuit.  If he were to

11    lose the 2015 election, then that would be the end of not only

12    his political future but also his future in general in terms of

13    developers in Downtown L.A.

14         Q       And you said that he was very scared.  How did he

09:47AM   15    physically appear to you during this conversation?

16         A       You know, one of the times -- he did collapse on

17    the floor.  You know he was very emotional.  I, again, put my

18    arm around him.  At the time I didn't like to see someone I

19    looked up to being in that state of mind.  So I just let him

09:48AM   20    know I had his back and anything he needed me to do I would

21    support him.

22         Q       And did you, while this lawsuit was pending, did

23    you discuss possible settlement options with Jose Huizar?

24         A       We did, yes.

09:48AM   25         Q       And what was your understanding of how much

Ms. Godoy wanted to dismiss the lawsuit?

A     I think initially Ms. Godoy wanted roughly around a million dollars.  I want to say 1.1 or $1.2 million.  I think that was the initial request.

09:48AM     Q     And then did that go down at some point?

A     Yes.  I believe it went down to -- it went down to $500,000.

Q     Did you discuss with Jose Huizar the timing of when he wanted to settle this lawsuit?

09:48AM     A     Yes.  It was very important to settle the lawsuit before the 2015 campaign.  Probably try to settle the lawsuit before any other elected officials wanted to run for office. So he really wanted to settle it so he could scare off any opponents so he won't be considered vulnerable in the whole
09:49AM     political world.

Q     Was it also important for Council Member Huizar to privately or confidentially settle the lawsuit?

A     Yes.

Q     Was there ultimately another candidate who
09:49AM     announced for Council District 14?

A     Yes.  At the time it was County Supervisor Gloria Molina who announced she was going to run.

Q     Was Ms. Molina considered a strong or a weak competitor?

09:49AM     A     A very strong competitor.

```
 1          Q       Did you have an understanding whether Ms. Molina
 2   was pro-development or anti-development?
 3          A       She was actually anti-development.
 4          Q       Did you and Jose Huizar discuss asking
 5   Chairman Huang for help with the settlement?
 6          A       We did, yes.
 7          Q       Can you describe that discussion?
 8          A       We were on our way to work one day.  We were in
 9   the car driving, and he was just really feeling the pressure of
10   trying to figure out who he could ask for the settlement money.
11   He named a couple -- me at the time, again, was trying to
12   really -- trying to brainstorm with him.  So I said a few
13   names.  He thought they were too close to home.
14                  So then -- so then I brought up why don't you ask
15   the Chairman?  We just went to Las Vegas with him.  Why don't
16   you check to see if he would be willing to help you settle the
17   sexual harassment lawsuit.
18          Q       And what was his response when you brought up the
19   Chairman, Chairman Huang, as being a potential person to help
20   with the settlement?
21          A       He thought it was -- he thought it was a really
22   good idea.
23          Q       And what did he say about that?
24          A       He said, you know, let me talk to Ray, Ray Chan
25   about it and see what he thinks.
```

09:49AM  5
09:50AM 10
09:50AM 15
09:50AM 20
09:50AM 25

1        Q        What was your understanding of why Jose Huizar

2    wanted to talk to the defendant Ray Chan about asking

3    Chairman Wei Huang for the settlement money?

4        A        Because Ray was close with the Chairman.

09:51AM  5        Q        Before we get to that, you said you had

6    brainstormed some ideas of other people he could ask.  Was one

7    of the people you brought up Ernie Camacho?

8        A        Yes.

9        Q        Did Jose Huizar reject the idea of asking

09:51AM 10    Ernie Camacho?

11        A        He did.

12        Q        What was the reason for that?

13        A        He just felt that Ernie Camacho was, again, too

14    close to him to make that type of request.

09:51AM 15        Q        Okay.  And so after Jose Huizar told you that he

16    wanted to -- he said, let me talk to Ray, did he, in fact, talk

17    to the defendant?

18        A        He did.

19        Q        Okay.  And then what did Jose Huizar say to you

09:51AM 20    about that conversation?

21        A        That Ray was going to talk to the Chairman about

22    it.

23        Q        On behalf of Jose --

24        A        On behalf of the council member.

09:52AM 25        Q        And did you and Jose Huizar ever talk about

1    whether he had the money to -- whether Jose Huizar personally

2    had the money to settle this lawsuit?

3         A        He did not have the money to settle the lawsuit.

4         Q        And did you talk to him about whether he had

5    enough equity in his home to settle the lawsuit?

6         A        I don't think I brought -- I don't think I

7    brought up equity to the council member, no.

8         Q        Okay.  But your understanding was that

9    Jose Huizar did not have this money to settle?

10        A        Correct.

11        Q        And did Jose Huizar -- did you understand that he

12   had met with the defendant and Chairman Huang?

13        A        Yes.

14        Q        Or talked with them?

15        A        Yes.

16        Q        And what instructions did Jose Huizar give to you

17   about how the settlement arrangement was going to happen?

18        A        The council member told me to expect a call from

19   Ricky Zheng to start working on the details of the settlement

20   money.

21        Q        And did he communicate to you that Chairman Huang

22   was going to help?

23        A        Yes.

24        Q        And did you and Jose Huizar discuss whether

25   Chairman Huang could openly pay for the settlement?

1       A       We did.

2       Q       What did Jose Huizar say about that?

3       A       That Chairman Huang couldn't pay directly because

4  he didn't want it to be public that Chairman Huang, who owns a

09:53AM  5  hotel in his district, to be giving him $500,000 to pay for a

6  sexual harassment lawsuit.

7       Q       Did you then, in fact, work with Ricky Zheng with

8  Shen Zhen New World on this settlement?

9       A       Yes.

09:53AM  10       Q       And did Ricky Zheng say anything to you about his

11  discussions with the defendant Ray Chan and his role regarding

12  the settlement arrangement?

13       A       Yes.

14       Q       What did Ricky Zheng say about that?

09:54AM  15       A       Ricky Zheng said that, working with Ray, wanted

16  to structure the loan in a way that it protects both the

17  Chairman and protects Council Member Huizar from knowing where

18  the funds were coming from.

19       Q       Okay.  And how were they going to protect

09:54AM  20  Chairman Huang and protect Jose Huizar?

21       A       They were going to create a shell company that

22  the Chairman was going to deposit that loan or deposit that

23  cash into a shell company, and then the shell company would

24  then pay the loan or pay the council member's attorneys the

09:54AM  25  fee.

1      Q      And did Ricky Zheng say whose sort of idea --

2   whose idea all this was?

3      A      Ricky said it was Ray.

4      Q      The defendant?

09:55AM  5      A      Yes.

6      Q      And did Ricky Zheng also say to you anything

7   about those discussions with the defendant about concealing the

8   settlement money?

9      A      Yes.

09:55AM  10      Q      Was the idea, in terms of using the shell company

11   to then pay out the money which would then be part of the loan,

12   was that all part of the concealment to protect Chairman

13   Wei Huang and Councilman Jose Huizar?

14      A      Yes.

09:55AM  15      Q      And did you also discuss with Ricky Zheng the

16   potential effect of this sexual harassment lawsuit on

17   Jose Huizar's re-election campaign?

18      A      Yes.

19      Q      What did you tell Ricky Zheng about that?

09:55AM  20      A      That it could really end the council member's

21   career, that it would not be good if this lawsuit went

22   public -- if the details of the lawsuit went public.

23      Q      And in these discussions with Ricky Zheng, did he

24   also tell you about whether Chairman Huang wanted to openly pay

09:56AM  25   for the settlement?

1      A      Yeah.  They wanted to make sure -- that the

2  Chairman wanted to make sure that there wouldn't be any

3  direct -- any, I guess, any direct -- I'm forgetting the word.

4  The Chairman didn't want to show that the money was coming

09:56AM  5  directly from him.  So he wanted to make sure that he was also

6  protected.

7      Q      So based on all these conversations, is it fair

8  to say Jose Huizar, the defendant Raymond Chan, and

9  Chairman Wei Huang all agreed that the money couldn't look as

09:56AM  10  if it was coming directly from Wei Huang to Council Member

11  Jose Huizar?

12      A      Yes.

13      Q      Was it important to Jose Huizar's re-election to

14  have his wife Richelle Rios publicly supporting him?

09:57AM  15      A      Yes.

16      Q      Why was that important?

17      A      It was important just because the council member

18  was known just to be a family man, and it was important that

19  Richelle came out -- his wife came out to support him publicly

09:57AM  20  because then it would show the public, it will show

21  constituents, it will show donors that his family unit is

22  supporting him.  So, in other words, if his wife is not

23  supporting him, why should we support him.  So it was very

24  important to get Richelle onboard.

09:57AM  25      Q      And so as far as you understood it, having

1   Richelle Rios supporting Jose Huizar, was that directly related

2   to helping Jose Huizar win his re-election?

3        A    Yes.  Very important.

4        Q    Did Jose Huizar's family ever come to a Las Vegas

09:57AM  5   trip with Chairman Wei Huang?

6        A    They did, yes.

7        Q    Was that over a New Year's Eve?

8        A    Yes.

9        Q    And by family, who did that include?

09:57AM  10       A    His wife, his four kids, his mom, and the nanny.

11       Q    And during that trip, did you attend as well?

12       A    I did, yes.

13       Q    So Chairman Wei Huang would have seen Jose Huizar

14  with his family and, in particular, his wife Richelle Rios?

09:58AM  15       A    Yes.

16       Q    As far as working with Ricky Zheng, did you work

17  with Ricky Zheng to get this settlement arrangement going?

18       A    I did, yes.

19       Q    And was there initially some issues about

09:58AM  20  securing that money from Chairman Huang?

21       A    What do you mean?

22       Q    Did Jose Huizar ever ask you to talk to

23  Ricky Zheng about making sure Chairman Huang came through with

24  this money?

09:58AM  25       A    Yes.  One of my responsibilities was to put

1   pressure on Ricky to make sure the Chairman delivered the funds

2   in a timely manner.

3       Q      Did you do that, put pressure Ricky?

4       A      I did.

09:59AM   5       Q      What was Ricky Zheng's reaction?

6       A      He was really annoyed because I would keep

7   bugging him on behalf of the council member, but eventually he

8   made sure that Chairman Huang delivered the funds.

9       Q      When initially he was being annoyed that you guys

09:59AM   10   were pushing him, did you report that back to Jose Huizar?

11       A      I did, yes.

12       Q      And did Jose Huizar ever say anything to you

13   about wanting to check in with the defendant?

14       A      Yes.

09:59AM   15       Q      I'm going to publish previously admitted

16   Exhibit 448.  In arranging for this settlement, was there also

17   someone that you believed to be an attorney involved?

18       A      Yes.

19       Q      What was that person's name?

09:59AM   20       A      Henry -- I want to say Henry Yong.

21       Q      And as far as you know, how did Henry Yong -- who

22   brought Henry Yong into this whole arrangement?

23       A      Ricky Zheng.

24       Q      So in Exhibit 448, do you see this is an e-mail

10:00AM   25   from Jose Huizar's personal e-mail address to an

1    esqimmigrationlaw@gmail, zhengr11@gmail, and a cc to you?

2        A      Yes.

3        Q      What is your understanding of who this

4    esqimmigrationlaw address belonged to?

10:00AM  5        A      Henry Yong.

6        Q      And who is zhengr11@gmail?

7        A      Ricky Zheng.

8        Q      You see the date is August 17, 2014?

9        A      Yes.

10:00AM  10       Q      So Jose Huizar tells the three of you "Just got

11   an e-mail that the plaintiff attorney is asking for a deadline

12   otherwise they --" skipping ahead.  "Otherwise, they pull

13   settlement offer."

14               Right?

10:00AM  15       A      Yes.

16       Q      And who is the -- by the plaintiff attorney, does

17   that refer to Ms. Godoy's attorney?

18       A      Yes.

19       Q      And is this an e-mail in which Jose Huizar is

10:01AM  20   describing sort of the time pressure, the deadline to get this

21   funding through?

22       A      Yes.

23       Q      And did you have an understanding of what that

24   settlement offer was for at this point?

10:01AM  25       A      It was $500,000.

1          MS. HAR:  All right.  You can exit out of that.

2     Q     Is the name Grace Luck Holding familiar to you?

3     A     Yes.

4     Q     What is Grace Luck Holding to you?

10:01AM  5     A     Grace Luck Holding was the shell company that was

6  used to transfer Chairman's funds to Council Member Huizar.

7     Q     Do you have any understanding of any real

8  business that Grace Luck Holding has?

9     A     No.

10:01AM 10     Q     And what's your understanding of why

11  Chairman Huang was using Grace Luck Holding to structure this

12  loan?

13     A     It was just to conceal where the actual money was

14  coming from.

10:02AM 15     Q     Was it your understanding that this was actually

16  money from Chairman Huang?

17     A     Yes.

18     Q     And what was your understanding of whether the

19  money that Chairman Huang was providing to Jose Huizar to

10:02AM 20  settle this lawsuit, whether that was on a loan or not a loan?

21     A     I think it was my -- well, can you repeat that

22  again, please?

23     Q     Yeah.  Did you have an understanding of whether

24  Jose Huizar was going to pay back this money to Chairman Huang?

10:02AM 25     A     Yeah.  He wasn't going to pay back the money.

1    Q      Would Jose Huizar have had the money, over half a

2  million dollars, to pay back?

3    A      No, he wouldn't.

4    Q      Do you recall there being some e-mail traffic

10:02AM  5  involving a promissory note?

6    A      Yes.

7    Q      Would that have been some kind of a document

8  suggesting that Huizar might pay this money back?

9    A      Correct.

10:03AM  10    Q      And did Jose Huizar want to sign the promissory

11  note?

12    A      No, he did not.

13    Q      Why did he not want to sign the promissory note?

14    A      The council member didn't want to sign the note

10:03AM  15  because he didn't want any formal documentation of him

16  accepting the loan.

17    Q      All right.  Publishing previously admitted

18  Exhibit 450 and zooming in, here do you see this is an e-mail

19  from Henry Yong to Jose Huizar and to you dated

10:03AM  20  September 3, 2014?

21    A      Yes.

22    Q      Okay.  And that the attachment is a promissory

23  note Grace Luck Holding 2.

24    A      Correct.

10:03AM  25    Q      And in the e-mail, could you read that first

1   sentence, please?

2       A       "When we meet, I would like for you to sign a

3   copy of the --" sorry "-- a copy of the promissory note that is

4   witnessed by Yan Yan, the representative for Grace Luck

10:04AM  5   Holdings."

6       Q       And then does it also say, "This is only for our

7   office internal record, and attorney/client privilege will

8   preclude us from revealing this document to anyone"?

9       A       Yes.

10:04AM  10      Q       And was it important to Jose Huizar that the

11  details of the settlement, including any promissory note, not

12  be revealed to anyone?

13      A       Correct.

14      Q       Is that part of the concealment required for

10:04AM  15  receiving this benefit from a developer?

16      A       Yes.

17      Q       And what was your understanding of why a supposed

18  attorney was involved?

19      A       Just to make sure that things looked legitimate.

10:04AM  20      Q       Was it also to keep things discreet and

21  confidential by using so-called attorney/client privilege?

22      A       Yes.

23      Q       And was that part of the plan that the defendant

24  helped make according to Ricky Zheng?

10:04AM  25      A       Yes.

```
         1         Q        And was there at some point -- so this e-mail
         2   started with Henry Yong saying, when we meet I would like for
         3   you to sign.  Was there, in fact, an in-person meeting with
         4   Jose Huizar and Henry Yong?
10:05AM  5         A        Yes.
         6         Q        And at the time of this e-mail, which says that
         7   it's going to be witnessed by Yan Yan, the representative of
         8   Grace Luck Holdings, Inc., did you know who Yan Yan was at the
         9   time of this e-mail?
10:05AM 10         A        No.
        11         Q        Now, were you present for the in-person meeting
        12   of Jose Huizar and Henry Yong?
        13         A        Yes.
        14         Q        Did you all go to a bank?
10:05AM 15         A        We did, yes.
        16         Q        Which bank was that?
        17         A        I believe it was East West Bank.
        18         Q        Was that in Pasadena?
        19         A        I believe -- I think it was near
10:05AM 20   Hacienda Heights, I believe.
        21         Q        It was in the Central District?
        22         A        Yeah.
        23         Q        Before going to East West Bank, had there been
        24   some discussion of trying to get a loan from a different bank?
10:06AM 25         A        Yes.
```

1      Q      All right.  I'm going to publish previously

2   admitted Exhibit 451.  There at the top, could you read the

3   subject?

4      A      "American Plus Bank loan application docs."

10:06AM   5      Q      Is this e-mail dated September 3rd, 2014?

6      A      Yes.

7      Q      It involves sort of the same four people,

8   Henry Yong, Jose Huizar, Ricky Zheng, and you?

9      A      Yes.

10:06AM   10            MS. HAR:  All right.  Zooming out, and if we can

11   look at the bottom two messages.  Okay.

12      Q      At the bottom, do you see that Henry Yong first

13   writes saying, "Please refer to the attached loan application

14   for American Plus Bank."

10:06AM   15            Do you see that?

16      A      Yes.

17      Q      To be clear, American Plus Bank is different from

18   East West Bank?

19      A      Correct.

10:07AM   20      Q      Henry Yong then also writes at the bottom that

21   the bank officer would also need to know the purpose of the

22   loan along with other documentations that are specified in the

23   loan docs; right?

24      A      Yes.

10:07AM   25      Q      And above that, do you see that Jose Huizar sent

1    a response e-mail?

2         A    Yes.

3         Q    And in his response e-mail, did he write, "Henry,

4    can you find out before we go if I can simply state that

10:07AM    5    purpose of loan is for personal use?  Would that be sufficient?

6    I obviously do not want to state that it is for settlement."

7              Do you see that?

8         A    Yes.

9         Q    Did you understand Jose Huizar, when he said he

10:07AM    10   doesn't want to state it's for settlement, part of the general

11   concern to avoid a paper trail on this?

12        A    Correct.

13             MS. HAR:  Zooming out, and if we can zoom in on

14   just the top message back from Henry Yong.

10:07AM    15   Q    Does Henry Yong write back to Jose Huizar, "Just

16   spoken with the bank.  The fastest they can proceed is two

17   weeks, and they would want to know the reason behind the loan.

18   So stating the reason as a personal loan may be a little too

19   general."

10:08AM    20             Do you see that?

21        A    Yes.

22        Q    Did Jose Huizar ultimately take out a loan from

23   American Plus Bank, or did he take it from East West Bank?

24        A    I believe it was East West Bank.

10:08AM    25   Q    Is the name Rudy Estrada familiar to you?

1        A        Yes.

2        Q        And who is Rudy Estrada?

3        A        Rudy Estrada, I believe, was the -- was probably

4    the vice president of the East West Bank at the time.

10:08AM  5        Q        And does Rudy Estrada have a relationship with

6    Jose Huizar?

7        A        Yes.

8        Q        What kind of a relationship?

9        A        We had met Mr. Estrada like at a breakfast.  So

10:08AM  10   just kind of just to get to know each other and start building

11   a relationship.

12       Q        And are you generally aware that Jose Huizar

13   called Rudy Estrada to ask for assistance on this bank loan?

14       A        Yes.

10:09AM  15       Q        Is it fair to say you're not aware of like the

16   details of that discussion?

17       A        Yeah.  I wasn't -- I just knew, when he talked to

18   Mr. Estrada, that he just wanted to keep it discreet, the

19   conversation.

10:09AM  20       Q        Okay.  So now let's talk about the actual meeting

21   at East West Bank.

22                THE COURT:  Before we go there, let's take our

23   first morning break.  We'll be in recess for 15 minutes.

24                THE CLERK:  Please rise for the jury.

10:09AM  25            (A recess was taken at 10:09 a.m.)

1          (The following proceedings were held in

2          open court in the presence of the jury:)

3              THE COURT:  All right.  The jury is present and

4    counsel and the defendant are present.

5              You may resume your examination of the witness.

6              MS. HAR:  Thank you, Your Honor.

7       Q     BY MS. HAR:  Mr. Esparza, I'd like to now turn to

8    the in-person meeting that you attended at East West Bank.

9       A     Okay.

10      Q     So who was there at East West Bank that day?

11      A     It was Council Member Huizar, myself,

12   Ricky Zheng, Henry Yong.

13      Q     And was someone named Yan Yan also present?

14      A     Yes.

15      Q     Was that the same Yan Yan who was referenced in

16   the earlier e-mail that we looked at?

17      A     Yes.

18      Q     And when you saw Ms. Yan at East West Bank, was

19   that the first time that you had met her?

20      A     No.

21      Q     Where had you met her before?

22      A     I had met her at a staff holiday party for the

23   Sheraton Hotel, for one of Chairman Huang's hotels.

24      Q     The Sheraton Universal?

25      A     Yes.

1          Q        And was that while Ricky Zheng was the general

2     manager?

3          A        Yes.

4          Q        And did you understand her to be an employee for

10:30AM  5     Shen Zhen New World?

6          A        Yes.

7          Q        After that holiday party at the Sheraton, did you

8     ever see Yan Yan again before you got to East West Bank?

9          A        I did, yes.

10:30AM 10         Q        Where would you see her?

11         A        I saw her with Ray Chan's son.  They joined me

12    at --

13         Q        Sorry.  Strike that.

14                  Had you ever seen her at the Sheraton?

10:30AM 15         A        Yes.

16         Q        Where did you see her at the Sheraton?

17         A        I seen -- she was like the executive assistant.

18    As soon as you walk into the executive offices, she was -- the

19    executive assistant, the front door person.  Not the front door

10:31AM 20    person.  Like the receptionist.  She was the receptionist.

21         Q        So based on that and based on her presence at

22    this holiday party, did you understand her to be an employee of

23    Shen Zhen New World?

24         A        Yes.

10:31AM 25         Q        And what was your reaction when you saw her at

```
  1   the bank and realized this was Yan Yan from that e-mail?

  2        A       I was really surprised when I first saw her.  I

  3   didn't expect to see her as the face of the -- of that

  4   Grace Luck Holdings company.

  5                MS. HAR:  If we could publish Exhibit 450 again

  6   quickly.

  7        Q       In this e-mail it said that Yan Yan was the

  8   representative for Grace Luck Holdings, Inc.; right?

  9        A       Correct.  Yes.

 10        Q       But, in fact, you knew her to be an employee of

 11   Shen Zhen?

 12        A       Yes.

 13        Q       Did you understand why she was at the meeting at

 14   East West Bank with Henry Yong and Jose Huizar?

 15        A       Yes.

 16        Q       What was her purpose?

 17        A       She was there to be the representative of the

 18   Grace Luck Holdings and sign some paperwork.

 19        Q       And did she and Jose Huizar, in fact, sign some

 20   paperwork?

 21        A       I'm not sure.  I don't believe they signed

 22   paperwork that day.  I don't believe Council Member Huizar

 23   signed paperwork that day.

 24        Q       Did they sign paperwork another day at a bank?

 25        A       Yeah.  I'm not sure.
```

1      Q       Okay.  Ultimately, do you know whether

2  Jose Huizar was able to obtain a loan from East West Bank?

3      A       Yes.

4      Q       Is it your understanding that the loan that

10:32AM 5  Jose Huizar obtained from East West Bank was used to settle the

6  sexual harassment lawsuit?

7      A       Yes.

8      Q       Was it further your understanding that the loan

9  that Jose Huizar obtained from East West Bank was made possible

10:33AM 10 by the half a million dollars that Chairman Huang provided

11 through the shell company Grace Luck Holdings?

12     A       Yes.

13     Q       Previously on Friday, I believe, you testified

14 about the fact that one of the ways you stayed organized was to

10:33AM 15 take notes on your phone; correct?

16     A       Yes.

17             MS. HAR:  I'd like to publish previously admitted

18 Exhibit 363A.  And if we can zoom in on the middle, 79.  Yes.

19     Q       Is this an example of a note that you might take

10:33AM 20 on your phone to keep track of things for Jose Huizar or his

21 instructions to you?

22     A       Yes.

23     Q       Would you also take notes of messages to then

24 relay or tell Jose Huizar?

10:33AM 25     A       Yes.

1    Q      Okay.  And does this note, in particular -- do

2  you see on the left it was created September 19, 2014?

3    A      Yes.

4    Q      Does this note relate to the settlement

10:34AM  5  arrangement?

6    A      Yes.

7    Q      Okay.  So on the text of the note itself, do you

8  see where it says, "Everything is set to complete"?

9    A      Yes.

10:34AM  10   Q      And then below that it says, "Henry needs two

11  things before he transfers money."

12          Right?

13   A      Yes.

14   Q      And who is Henry?

10:34AM  15   A      Henry is the attorney.

16   Q      Henry Yong?

17   A      Yes.

18   Q      Okay.  And the two things that you write in your

19  phone note that Henry Yong needs is, "one, a letter from

10:34AM  20  Yan Yan to sign the letter to authorize, I believe, transfer

21  from Henry's trust account to bank."

22          Is that correct?

23   A      Yes.

24   Q      And then the second thing that Henry Yong needed

10:34AM  25  was "a check, $5,600, to Henry Law Firm, his fees and hundred

1    bucks for incidental fees.  Henry cannot deduct from the 600

2    because we have to redo bank documents."

3              Did I read that correctly?

4         A    Yes.

5         Q    And then below that you wrote, "Can he or the

6    Chairman write the check for 5,600k and Jose will give cash?"

7         A    Yes.

8         Q    Do you understand, as far as the second item,

9    that this was Mr. Yong requiring some kind of payment?

10        A    Yes.

11        Q    And so in that final second to the last sentence,

12   what's the suggestion about who's going to give the attorney

13   fee payment?

14             Let me ask you this.

15             "Can he or the Chairman write the check," who's

16   the Chairman?

17        A    Chairman Huang.

18        Q    And then it says, "And Jose will give cash."

19             Do you see that?

20        A    Yes.

21        Q    And are you aware whether Jose Huizar did pay

22   cash for the attorney's fee?

23        A    He did, yes.

24        Q    How do you know that?

25        A    Because the council member gave me the cash to

1    pay Henry directly.

2       Q     And is this just sort of further in your notes

3    indicating that Chairman Huang was the person really at the

4    source of this settlement money?

10:36AM  5       A     Yes.

6       Q     And as far as you know, was Chairman Wei Huang on

7    any of the e-mails relating to the settlement arrangement?

8       A     Not that I'm aware of.

9       Q     Was he on any of the bank paperwork?

10:36AM  10       A     Not that I'm aware of, no.

11       Q     How about the company name Shen Zhen New World?

12    Did that show up in any of the e-mails or bank paperwork that

13    you saw?

14       A     No.

10:36AM  15       Q     And even though Shen Zhen New World and

16    Chairman Huang is not listed in the e-mails or the paperwork,

17    was it your understanding that it was Chairman Huang that was

18    providing this money?

19       A     Yes.

10:36AM  20       Q     Was it intentional that Chairman Huang wasn't on

21    the e-mails and the paperwork?

22       A     Yes.

23       Q     Why so?

24       A     Again, we didn't want any sort of documentation

10:37AM  25    to connect Council Member Jose Huizar and Chairman Huang.

1      Q       And, likewise, was the defendant Raymond Chan on

2    any of these e-mails and bank paperwork relating to the

3    settlement arrangement?

4      A       No.

10:37AM  5      Q       And even though the defendant is not on any of

6    the e-mails or paperwork, what is your understanding of his

7    role in arranging for this settlement fund?

8      A       That he structured it.

9      Q       Did he play a role in getting the Chairman to

10:37AM 10   provide the money?

11     A       Yes.

12     Q       How so?

13     A       From my initial conversation from the council

14   member, that Ray was going to ask the Chairman to give the

10:37AM 15   loan.

16     Q       And was the defendant Ray Chan the person who was

17   close to Chairman Huang?

18     A       Yes.

19     Q       And is that the reason why Jose Huizar had to go

10:37AM 20   through the defendant because he couldn't directly go to

21   Wei Huang?

22     A       Yes.  That's correct.

23     Q       Following these various e-mails and going to the

24   bank, did Ms. Godoy ultimately dismiss her lawsuit?

10:38AM 25     A       She did.

1    Q      And after the lawsuit was dismissed, did

2    Jose Huizar continue to want to keep concealed the fact that

3    Chairman Wei Huang was really the person who funded the

4    settlement?

10:38AM    5    A      Yes.

6    Q      Publishing previously admitted Exhibit 365A, is

7    this a text message between you and Jose Huizar?

8    A      Yes.  I'm sorry.  Yes.

9    Q      And then at the top there, do you see that the

10:38AM    10    date of these e-mails is December 4, 2014?

11    A      Yes.

12    Q      Okay.  And fair to say was this a couple months

13    after the whole settlement loan had happened?

14    A      Yes.

10:38AM    15    Q      And was it after the lawsuit had already been

16    dismissed?

17    A      Yes.

18    Q      And then do you see in -- and on this particular

19    exhibit, your messages are on the left in blue, and

10:39AM    20    Jose Huizar's messages are on the right in green; correct?

21    A      Yes.

22            MS. HAR:  So let's zoom in on the bottom four

23    messages.

24    Q      Do you see that Jose Huizar asks you, "You still

10:39AM    25    with Ricky?"

|  |  |  |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Is that Ricky Zheng? |
| 3 | A | Yes. |
| 4 | Q | And you respond, "Yes, having dinner." |
| 5 |  | Right? |
| 6 | A | Yes. |

7  Q  And then Jose Huizar tells you, "Tell him that

8 Yan Yan needs to send address of foreign company to

9 East West Bank.  I got notice today that they have been asking

10 for it, and if they don't get it, it will instigate an audit,

11 and we don't want that.  Have her send address tomorrow."

12  Did I read that correctly?

13  A  Yes.

14  Q  And so there where Jose Huizar says, "It will

15 instigate an audit, and we don't want that," what is your

16 understanding of why Jose Huizar does not want an audit to be

17 instigated?

18  A  He just wants to continue to keep a secret that

19 Chairman Huang gave him the funds.

20  Q  And could you read your response back to the

21 council member?

22  A  "Okay.  Ricky says he will take care of it.  I

23 will make sure he handles tomorrow."

24  Q  So when you're receiving these messages from

25 Jose Huizar, were you physically with Ricky Zheng having

```
 1   dinner?
 2        A        Yes.
 3        Q        And when Huizar told you about this audit
 4   situation, what did you do?
 5        A        Told Ricky Zheng.
 6        Q        Like directly in person?
 7        A        Yes.
 8        Q        Is that why you were able to say -- relay back
 9   right away that Ricky says he will take care of it?
10        A        Yes.
11        Q        And did you inform Ricky Zheng that he needed to
12   take care of this so that they could avoid the audit?
13        A        Yes.
14        Q        And did Ricky Zheng say he would take care of it?
15        A        Yes, he did.
16        Q        Publishing previously admitted Exhibit 454.  And
17   just looking at the top for a moment, what is the subject of
18   this e-mail?
19        A        "Foreign address."
20        Q        And it's from zhengr11.  Is that Ricky Zheng's
21   e-mail?
22        A        Yes.
23        Q        And to your personal e-mail; correct?
24        A        Yes.
25                 MS. HAR:  Can we go to the next page, page 3.
```

1      Q      This is a whole thread that Ricky Zheng forwarded

2    to you; right?

3      A      Yes.

4      Q      Do you see there on page 2 there is an e-mail

10:41AM    5    from someone named Verita Verita at East West Bank sent to

6    Yan Yan at sznwusa.com with a cc to Jose Huizar; correct?

7      A      Yes.

8      Q      And then in the e-mail, the East West Bank person

9    it says, "Hi Yan Yan.  This is the second request to provide

10:42AM   10    the foreign address of the company.  This account has been

11    reviewed by our compliance department.  They are questioning

12    the foreign address of the company.  To avoid auditing on the

13    account, please provide us the company foreign address."

14              And in referring to the foreign address of the

10:42AM   15    company, what did you understand the company to be?

16      A      To be Grace Luck Holdings.

17      Q      And is this the e-mail that after Jose Huizar

18    received this on December 4th, he texted you in the exhibit we

19    just looked at to talk to Ricky Zheng about getting this

10:42AM   20    address and avoiding the audit?

21      A      Yes.

22      Q      Going to page 1, do you see in the middle there

23    that someone named Nash e-mails Yan Yan and Ricky Zheng?

24      A      Yes.

10:43AM   25      Q      And do you know who Nash is?

```
 1        A        Chairman Huang's assistant.

 2        Q        Okay.  And this is an e-mail.  Do you see the

 3   words "Grace Luck Holdings"?

 4        A        Yes.

 5        Q        And then do you further see Wang Hoi Road,

 6   Kowloon Bay, some more words, and ending in Hong Kong?

 7        A        Yes.

 8        Q        Do you understand this to be the supposed address

 9   of Grace Luck Holdings?

10        A        Yes.

11        Q        After the settlement was completed, did

12   Jose Huizar's relationship to the defendant Ray Chan change?

13        A        After it was completed?

14        Q        Yes.

15        A        Yeah.  The relationship got stronger.

16        Q        And what, if anything, did Jose Huizar ever say

17   to you about how he needed to treat the defendant moving

18   forward?

19        A        How he needed to treat them moving forward?

20        Q        Yes.  In terms of access or resources.

21        A        Yeah.  That he was friends of the office, that we

22   needed to make sure that he was taken care of.

23        Q        And just to fast forward for a moment, at some

24   point did Jose Huizar ever get frustrated with the defendant in

25   later years?
```

914

1          A       At times, yes.

2          Q       And in those times, did Huizar ever make a

3    comment -- well, strike that.

4                  Why would -- why was Jose Huizar frustrated with

10:44AM  5    the defendant in later years?

6          A       Just various reasons.  Maybe not as responsive at

7    times.  Yeah.  Huizar just -- it just depended on how he was

8    feeling.  Yeah.

9          Q       And what did Jose Huizar say about the

10:45AM  10   defendant's access to him and his office and about the

11   settlement?

12         A       That if it wasn't for the settlement that, you

13   know -- if it wasn't for Ray helping him with the settlement,

14   that sometimes he would tell Ray to fuck off.

10:45AM  15        Q       Okay.  That if it hadn't been for the defendant

16   helping him, Jose Huizar, with the settlement, he would have

17   told him to fuck off.

18         A       Excuse my language.  Yeah.

19         Q       And this was years after the settlement

10:45AM  20   arrangement.

21         A       Correct.

22         Q       And based on comments like that, did you

23   understand Jose Huizar to credit the defendant Ray Chan with

24   enabling the settlement?

10:45AM  25        A       Yes.

1    Q        And it was for that reason that Jose Huizar

2    couldn't really cut off Raymond Chan even though he was

3    frustrated with him.

4    A        Correct.

10:45AM   5    Q        Now, we have talked about Jose Huizar's

6    re-election campaign in 2015.  Were you part of that?

7    A        Yes.

8    Q        And did those campaign efforts begin in earnest

9    after the lawsuit was dismissed in September of 2014?

10:46AM   10    A        Yes.

11    Q        I believe on Friday you testified about the fact

12    that the defendant introduced you to George Chiang around this

13    time.

14    A        Yes.

10:46AM   15    Q        And that was around the time of this particular

16    election?

17    A        Yes.

18    Q        Was this election in March of 2014?

19    A        The election was in 2015.  March 2015.

10:46AM   20    Q        Excuse me.  March 2015.  Thank you.

21             And was Jose Huizar ultimately re-elected?

22    A        Yes.

23    Q        In addition to the money that Chairman Wei Huang

24    provided for the settlement, did you ever receive campaign

10:46AM   25    contribution checks on behalf of Chairman Wei Huang for

1   Jose Huizar?

2         A      I did.

3         Q      Who provided those checks to you?

4         A      Ray Chan.

10:47AM   5   Q      Were you the one to physically receive the checks

6   from him?

7         A      I did.

8         Q      And what did Ray Chan say about those checks when

9   he physically delivered them to you?

10:47AM  10   A      He said that this is from the -- this is from

11   Chairman Huang.

12         Q      Of Shen Zhen New World?

13         A      Yes.

14         Q      And what was the approximate total dollar amount

10:47AM  15   of the contribution checks that the defendant provided?

16         A      I believe it was around $30,000.

17         Q      And are you aware that there's a contribution

18   limit per individual for -- per election?

19         A      Yes.

10:47AM  20   Q      And were these checks that the defendant

21   delivered on behalf of Chairman Huang at the full or the

22   maximum contribution limit?

23         A      Yes.

24         Q      When you and Jose Huizar would solicit checks,

10:47AM  25   did you mean -- would you be asking for checks at the full

1  contribution limit?

2       A       Yes.

3       Q       And what -- at this time, do you recall what that

4  limit was?

10:48AM  5       A       I believe it was $700.

6       Q       So for the approximately $30,000 in checks, that

7  would have been about 43 checks at the $700 limit?

8       A       Yes.

9       Q       Did you recognize any of the names of the

10:48AM  10  contributors in that stack of 40 or so checks from the

11  defendant?

12       A       I did not.

13       Q       Are you aware of any rules regarding foreign

14  nationals politically contributing to American elections?

10:48AM  15       A       Yes.  From what I understand, they cannot

16  contribute.

17       Q       Foreign nationals cannot contribute?

18       A       Correct.

19       Q       Are you also aware of a rule that foreign

10:48AM  20  nationals cannot reimburse or pay back other people for their

21  contributions in American elections?

22       A       Correct.  Yes.

23       Q       Following Jose Huizar's successful re-election in

24  March 2015, did you and Jose Huizar go back to Las Vegas with

10:49AM  25  Chairman Wei Huang?

1        A        We did.

2        Q        Which hotel did you go to that time?

3        A        I think this time was at the Wynn.

4        Q        During that trip, did Jose Huizar say anything --

10:49AM  5   the trip right after the successful re-election, did

6   Jose Huizar say anything to Chairman Wei Huang about the

7   settlement money?

8        A        He did.

9        Q        What did -- well, first, who was there for that?

10:49AM  10       A        It was Council Member Huizar, Ricky Zheng,

11  Chairman Huang, and myself.

12       Q        And were you in the hotel?

13       A        Yes.

14       Q        And what did Jose Huizar say?

10:49AM  15       A        The council member asked -- well, the council

16  member told Chairman Huang thank you, thank you for the --

17  thank you for essentially saving his career and providing the

18  settlement money.

19       Q        Did Jose Huizar say essentially that he wouldn't

10:49AM  20  be here without the council member -- excuse me -- without the

21  Chairman?

22       A        Yes.  That he wouldn't be standing right here if

23  it wasn't for the Chairman and his help.

24       Q        And what was Chairman Huang's response?

10:50AM  25       A        Again, excuse my language.  But the Chairman --

we were drinking wine, and the Chairman said, "Cheers to $600,000 pussy."

Q        Did he say anything else about that?

A        And that this was the most expensive pussy he's ever paid for.

Q        And was $600,000 the ultimate amount of the settlement?

A        Yes.

Q        What was Jose Huizar's reaction to that?

A        They all started laughing and gave another cheers and hugs.

Q        Was this something that would be referenced in subsequent trips within the group?

A        Yes.

Q        Was it kind of like an ongoing joke?

A        Ongoing joke, yes.

Q        At some point after the sexual harassment lawsuit was settled, did you have a conversation with Mr. Zheng about why Chairman Huang was doing so much for Jose Huizar?

A        I did.

Q        Where did that conversation take place?

A        At Ricky Zheng's tearoom in his house.

Q        And was it just you and Mr. Zheng?

A        Yes.

Q        So let me first ask you what did you ask

Mr. Zheng about that?

A    I asked Ricky why the Chairman was just giving so much to the Council Member Huizar, all the Vegas trips, the loan.  I was just really curious on the intentions behind Chairman -- why he was giving all those gifts to Huizar.

Q    And what was Mr. Zheng's response?

A    Mr. Zheng said that the Chairman saw Council Member Huizar as an investment.  You give, give, give until you have a big ask.

Q    Did he use those words, "give, give, give until you have a big ask"?

A    Yes.

Q    Did he also use that word "investment" to describe how Chairman Wei Huang saw Council Member Jose Huizar?

A    Yes.

Q    And when Ricky Zheng explained that to you, what was your reaction?

A    It just all made sense now of why the Chairman was giving so much to Council Member Huizar.

Q    And did you understand that the big ask was going to be related to what Council Member Jose Huizar could do for the Chairman as a council member and as the chair of PLUM?

A    Yes.

Q    After the settlement happened, did you discuss with Jose Huizar what that meant in terms of the request that

1    you received -- that you were going to receive from Chairman

2    Wei Huang or Ricky Zheng moving forward?

3         A        Can you say that again, please?

4         Q        Yes.  Did you have a discussion with Jose Huizar

10:53AM  5    about how your office was going to treat any requests or asks

6    by Chairman Wei Huang following the settlement?

7         A        Yeah.  Chairman Huang, again, would have full

8    access to our office.  He was treated as the number one friend

9    for the council member.  Anything the Chairman asked,

10:53AM 10    essentially Council Member Huizar would jump.

11        Q        And so in the same way that the defendant

12    Ray Chan got full access to Jose Huizar's office after the

13    settlement, did Chairman Wei Huang similarly get full access to

14    Jose Huizar?

10:53AM 15        A        Yes.

16        Q        Is that because they made the settlement happen?

17        A        Yes.

18        Q        Throughout the same five years that you were

19    going on these multiple Vegas trips, did Chairman Wei Huang ask

10:53AM 20    you and Jose Huizar for assistance involving Huizar's official

21    position?

22        A        He did.

23        Q        Did he ask for help relating to the

24    L.A. Grand Hotel?

10:54AM 25        A        He did.

1    Q       When would the Chairman typically present those

2  asks in relation to the Vegas trips?

3    A       Mainly on the ride back home on the private jet.

4    Q       So after these all expense paid trips that were

10:54AM  5  on account of Chairman Huang's account, he would make some kind

6  of a request on the way back usually?

7    A       Usually, yes.

8    Q       And just focusing on the 2013 to 2015 time frame,

9  in terms of general categories, what do you recall about the

10:54AM  10  kinds of asks Shen Zhen New World made to Jose Huizar?

11    A       What kind of ask?

12    Q       Yes.

13    A       Anywhere from a recommendation of land use

14  consultants for the project.  He asked for his son -- to help

10:54AM  15  his son get into USC.  He asked the council member to help him

16  with the Delijani parking contract you mentioned earlier.

17    Q       Was there a request for helping to get a visa for

18  an employee of the company?

19    A       Yes.

10:55AM  20    Q       Were there also union issues?

21    A       Yes.

22    Q       Were there also requests relating to AUP?

23    A       Yes.

24    Q       What is AUP?

10:55AM  25    A       AUP was the international school that the

1    Chairman built at the L.A. Hotel.

2         Q    And did you and/or Jose Huizar respond to each of

3    those asks by Shen Zhen New World?

4         A    We did.

10:55AM   5    Q    To your knowledge, did Jose Huizar ever refuse to

6    do anything relating to his official position for

7    Chairman Huang?

8         A    No.

9         Q    Did Chairman Huang ever ask for meetings with

10:55AM  10   Council Member Huizar?

11        A    He did.

12        Q    And would Jose Huizar ever move around other

13   things on his schedule in order to accommodate that meeting?

14        A    Yes.

10:56AM  15   Q    Did that include moving other City business?

16        A    Yes.

17        Q    Was this during the same time that, I believe you

18   testified on Friday, there was a real estate boom sort of

19   happening in downtown?

10:56AM  20   A    Correct.

21        Q    So let's look at an example of that.  Publishing

22   previously admitted Exhibit 372C.

23             Is this a text message between you and

24   Ricky Zheng?

10:56AM  25   A    Yes.

1   Q       Focusing on the text messages, and on the left in

2   blue, are those Ricky Zheng's texts?

3   A       Yes.

4   Q       So at the top there, do you see that he texted

10:56AM   5   you, "Call me"?

6   A       Yes.

7   Q       Would you read the date and time of that message?

8   A       February 29, 2016.

9   Q       Okay.  At what time?

10:56AM   10   A       11:44 p.m.

11   Q       And right below that do you see that he texted

12   you again, "Can you call me?  Chairman wanna go to Jose office

13   tomorrow with his friend."

14           Right?

10:57AM   15   A       Yes.

16   Q       And did he send that message 12:01 or about

17   15 minutes later on March 1st?

18   A       Yes.

19   Q       What's your response back to Mr. Zheng?

10:57AM   20   A       "I was asleep, bro.  I just woke up.  Call me."

21   Q       And you're responding to him the morning of

22   March 1st?

23   A       Yes.

24           MS. HAR:  So zooming out and going to page 2, can

10:57AM   25   you zoom in on the first three messages, please?

1      Q      At the top there, do you see Ricky Zheng says,

2  "11:30 at his office."

3      A      Yes.

4      Q      And you clarify, "Chairman's office?"

10:57AM  5      A      Correct.

6      Q      And what does Ricky tell you?

7      A      "Jose."

8      Q      What's your understanding of where this meeting

9  was supposed to take place?

10:57AM  10      A      It was going to be taking place at

11  Council Member Huizar's city council office.

12      Q      And when was this going to take place?

13      A      The same day.

14      Q      The same day at 11:30 a.m.?

10:58AM  15      A      Yes.

16      Q      And I think right below that, if we can zoom in,

17  you wrote, "Okay.  Send me license plate and car so I can

18  arrange parking for you."

19            Right?

10:58AM  20      A      Yes.

21      Q      Why did you write that?

22      A      Just so I can arrange parking for the Chairman

23  and whoever he is bringing.

24      Q      And by the time you had sent that, had

10:58AM  25  Jose Huizar already approved the fact that there was going to

1    be a meeting with Chairman Wei Huang and his friend?

2         A     Yes.

3         Q     And is that why you're asking for the parking

4    information?

10:58AM  5    A     Correct.

6              MS. HAR:  Zooming out and going to page 3, if you

7    could zoom in on the last three messages.

8         Q     Do you see that Ricky Zheng writes "Address?"

9         A     Yes.

10:58AM  10   Q     And what was your response?

11        A     200 North Main Street.

12        Q     What address is that?

13        A     L.A. City Hall.

14             MS. HAR:  If we can now publish previously

10:59AM  15   admitted Exhibit 28 at page 61.

16        Q     Do you recognize this to be a page of

17   Jose Huizar's Outlook calendar?

18        A     Yes.

19        Q     Do you see at the top right it is dated

10:59AM  20   March 1st, 2016?

21        A     Yes.

22        Q     Is that the same date as the text message when

23   this meeting with the -- the same-day meeting with

24   Chairman Huang was going to take place?

10:59AM  25   A     Yes.

1    Q       And as a general matter, on Tuesdays was there a

2    recurring City business that would take place on Tuesdays?

3    A       Yes.  It's the recurring city council meeting.

4    Q       So do you see here that from 10:00 to 1:00

10:59AM  5   city council meeting was scheduled?

6    A       Yes.

7    Q       And can you read the entry to the right for

8    11:30 a.m.?

9    A       "Meeting regarding L.A. Hotel."

11:00AM 10   Q       And what's L.A. Hotel?

11   A       That's the -- that's Chairman Huang's hotel in

12   Downtown L.A.

13   Q       Did you understand this entry to reflect that

14   same-day meeting Chairman Wei Huang was getting with

11:00AM 15   Jose Huizar during a city council meeting?

16   A       Yes.

17   Q       Did Jose Huizar normally take same-day meeting

18   requests during city council meetings for any developer?

19   A       No.

11:00AM 20   Q       Would the developer need to be an important

21   friend of the office to get a same-day meeting like this?

22   A       A very important friend to get a same-day

23   meeting.

24   Q       How long might it take someone who was not a

11:00AM 25   friend of the office to get a meeting with Council Member

1    Huizar?

2          A       If they weren't friends of the office, probably

3    never.  Maybe meet with a staff member maybe.  The council

4    member would not allow any access to people who weren't friends

11:00AM   5    of the office.

6          Q       Now, at some point did you become aware that

7    Chairman Huang wanted to redevelop the L.A. Grand Hotel?

8          A       I did, yes.

9          Q       And, in particular, did you attend a meeting when

11:01AM   10   Chairman Huang presented plans to redevelop the hotel?

11         A       I did.

12         Q       Publishing previously admitted Exhibit 351, do

13   you recognize this?

14         A       Yes.

11:01AM   15   Q       Is this the other version of Jose Huizar's

16   calendar?

17         A       Yes.

18         Q       Okay.  And in this version, is there a lot more

19   details and briefing about the specifics of each event?

11:01AM   20   A       Yes.

21         Q       And do you see at the bottom near the bottom half

22   of page 1 the date for Thursday, August 4th, 2016?

23         A       Yes.

24         Q       All right.  So then going to page 2, do you see

11:01AM   25   the entry for 2:00 p.m. to 3:00 p.m. that's being zoomed in on?

| | | | |
|---|---|---|---|
| | 1 | A | Yes. |
| | 2 | Q | Could you read the -- what this event was? |
| | 3 | A | "Meeting on L.A. Downtown Hotel." |
| | 4 | Q | Where was this meeting to take place? |
| 11:02AM | 5 | A | At Council Member Huizar's city hall office. |
| | 6 | Q | And who arranged this meeting? |
| | 7 | A | Council Member Huizar. |
| | 8 | Q | Okay.  And did you also attend? |
| | 9 | A | I did, yes. |
| 11:02AM | 10 | Q | Who else attended this meeting? |
| | 11 | A | Council Member Huizar, myself, council member's |

chief of staff at the time, his planning director, as well as

Ray Chan and other city -- other city departments that were --

and other City departments were also present.

| 11:02AM | 15 | Q | Including the Planning Department? |
| | 16 | A | Yes. |
| | 17 | Q | So let's break that down. |

As far as Jose Huizar's office, it was the

council member himself.

| 11:02AM | 20 | A | Yes. |
| | 21 | Q | You mentioned the planning director.  Who was |

that?

| | 23 | A | His name is Shawn Kuk. |
| | 24 | Q | And then Jose Huizar's chief of staff. |
| 11:02AM | 25 | A | Paul Habib. |

1          MS. HAR:  If you want to publish Exhibit 1,

2     page 17.

3          Q     Is that Shawn Kuk?

4          A     Yes.

11:03AM    5          Q     That's Huizar's planning director?

6          A     Yes.

7          Q     Okay.  And then you mentioned that Ray Chan

8     attended this meeting; correct?

9          A     Yes.

11:03AM   10          Q     At that time which department was Ray Chan with

11     or which office?

12          A     I believe it was the mayor's office at the time.

13          Q     So we have the council member's office, the

14     mayor's office, and you also said that the Planning Department

11:03AM   15     was present?

16          A     Yes.

17          Q     And a meeting like that involving those three

18     offices, is that a typical meeting that Jose Huizar would have?

19          A     No.  That was a very rare meeting that he would

11:03AM   20     have.

21          Q     Would ordinary developers get a meeting like

22     that?

23          A     No.

24          Q     Who would get a meeting like that?

11:03AM   25          A     Chairman Huang would.  Chairman Huang and friends

1    of the office would get that meeting.

2         Q       And what was the purpose of the meeting from

3    Jose Huizar's perspective?

4         A       It was to show the Chairman that, like, his pull,

11:04AM    5    right, is to bring all the city departments together to kind of

6    put on this show that he is the chairman of the Planning and

7    Land Use Management Committee, so showing the Chairman that he

8    has the ability to pull them together to hear the Chairman's

9    project.

11:04AM   10         Q       So at this meeting with the heads of these

11    various departments and offices, did that meeting start on time

12    at 2:00 o'clock?

13         A       No.

14         Q       Why didn't it start on time?

11:04AM   15         A       Chairman Huang was really late to that meeting.

16         Q       And did the defendant have any kind of reaction

17    to the fact that Chairman Huang was so late?

18         A       Yeah.  He was really frustrated and upset that

19    Chairman Huang was late.

11:04AM   20         Q       But ultimately did Chairman Huang show up?

21         A       He did.

22         Q       Were there other members of the Shen Zhen

23    New World present during the meeting?

24         A       Yes.

11:05AM   25         Q       What during that meeting did they say about the

1  redevelopment of the L.A. Grand Hotel?

2       A       That it would be the largest hotel west of the

3  Mississippi.

4       Q       By largest do you mean tallest --

11:05AM  5       A       Sorry.  Tallest building west of the Mississippi.

6       Q       And did they show some kind of renderings and

7  present on the project generally?

8       A       They did, yes.

9       Q       What was Jose Huizar's reaction to the project?

11:05AM  10       A       Supportive of the project.

11       Q       And did he give his sort of reaction or

12  impressions first?

13       A       Yes.  He did express support by -- just the

14  action of bringing all these city departments together to his

11:05AM  15  office as the Chairman of the Planning and Land Use Management

16  Committee was already a strong message enough that he supports

17  the project.

18       Q       And did anyone in that meeting criticize the

19  project after that?

11:05AM  20       A       No, they did not.

21       Q       And so following this August 4, 2016, meeting,

22  were you part of other meetings or conversations where the

23  redevelopment of the L.A. Grand Hotel was discussed?

24       A       Yes.

11:06AM  25       Q       And who would be a part of those conversations or

1  meetings?

2      A      It would be the council member, Chairman Huang,

3  Ricky Zheng, myself, and Ray Chan.

4      Q      And where would these conversations take place?

5      A      Usually at the hotel -- at the Sheraton Hotel

6  having a cigarette break kind of in the back of the hotel.

7      Q      Would this also come up at dinners with these

8  people or some of these people?

9      A      All the time, yes.

10     Q      Did you and Jose Huizar and the defendant

11 Ray Chan ever go to Chairman Huang's house?

12     A      We did, yes.

13     Q      Where was that house?

14     A      In San Marino.

15     Q      And have you ever gone to the personal home of

16 other developers in the city?

17     A      No, I did not.

18     Q      Are you aware of whether Council Member

19 Jose Huizar would go to the personal homes of other developers?

20     A      No.

21     Q      And this was while the defendant Ray Chan was

22 working for the City as well; right?

23     A      That is correct.

24     Q      And as far as these conversations or discussions

25 about the redevelopment, was that a frequent, occasional, or a

 1   rare topic of conversation?

 2       A       Frequent topic of conversation.

 3       Q       Okay.  And, in general, what was the nature of

 4   what Chairman Wei Huang would be saying about the

 5   redevelopment?

 6       A       The main thing was that it was going to be the

 7   tallest hotel west of the Mississippi.

 8       Q       Based on these frequent conversations, was it

 9   your understanding that this project was a big priority for

10   Chairman Wei Huang?

11       A       Yes.

12       Q       And, in general, what was Jose Huizar's response

13   when Chairman Wei Huang would bring up the fact that he wanted

14   to make this tallest tower happen?

15       A       Council Member Huizar was very, very supportive

16   of the Chairman's project.

17       Q       Would he ever talk about what he could do as the

18   chair of PLUM in order to make this project happen?

19       A       Yes.  He would reassure the Chairman that he

20   could build as high as he wants, the project, right, that as

21   Chairman of PLUM he controls how high the building would go,

22   the density, or essentially change the ordinances of that

23   particular area to fit the needs of the Chairman.

24       Q       I think you started to describe a particular

25   meeting that took place at the Sheraton.

1          Do you recall that?

2     A     Yes.

3     Q     What were you all doing at the Sheraton during

4  the time of this discussion?

11:09AM   5     A     After a nice dinner, we were drinking some wine.

6  We started smoking some cigarettes in the back of the hotel.

7     Q     And who was present during this cigarette break

8  at the back of the Sheraton?

9     A     It was Ray, Ricky, Chairman Huang, and the

11:09AM  10  council member.

11     Q     And you.

12     A     And me, yes.

13     Q     And during this cigarette break at the back of

14  the Sheraton, did Chairman Huang, again, ask for Huizar's

11:09AM  15  support on the project?

16     A     Yes.

17     Q     What did he say about that?  What did the

18  Chairman say about that?

19     A     The Chairman?  Just making sure that

11:09AM  20  Council Member Huizar supports his project.

21     Q     And what was Jose Huizar's reaction or response?

22     A     Again, excuse my language, but Council Member

23  Huizar said that he'll make sure he supports the project

24  because that will be the Chairman's big dick in Los Angeles.

11:10AM  25     Q     And what was the defendant Ray Chan's reaction

1   when Jose Huizar said he was going to support this project

2   which would be like Chairman Huang's big dick in Los Angeles?

3        A        Ray was also very supportive of the project, like

4   reassured the Chairman that he's supportive.

11:10AM   5        Q        Was this like a joke when he said it?  Did people

6   laugh?

7        A        Yeah.  People were laughing that it would be the

8   Chairman's big dick in L.A., yes.

9        Q        Was that something that would come up more than

11:10AM   10   once after the fact?

11        A        Yes, it would be.

12        Q        And when Jose Huizar said this, did he make any

13   kind of a gesture?

14        A        Yeah.  He said, yeah, that this would be --

11:10AM   15   "Chairman Huang, this will be your big dick in L.A."

16        Q        So he raised his hand up high to show that it

17   would be big?

18        A        Yes.

19        Q        As far as you knew, was asking for council

11:11AM   20   member's -- Council Member Huizar's support on the

21   redevelopment project the biggest ask that Chairman Huang had

22   made?

23        A        Yes.

24        Q        Was it bigger than all the other things that

11:11AM   25   Chairman Huang had asked for in the past?

1        A       Yes.

2        Q       And going back to the conversation you had with

3   Ricky Zheng in the tearoom, did you have an understanding that

4   this was the big ask and the reason why Chairman Huang had been

11:11AM  5   investing in Jose Huizar?

6        A       Yes.

7        Q       And did you and Jose Huizar separately discuss

8   what support, if any, Huizar would be giving for the

9   redevelopment of the L.A. Grand Hotel?

11:11AM  10        A       Yes.  That we're going to have to make it happen

11   for the Chairman.

12        Q       And how was Jose Huizar going to make it happen?

13        A       Just do whatever it takes to make it the tallest

14   building west of the Mississippi.

11:12AM  15        Q       Would that include providing access to his office

16   and being part of planning meetings?

17        A       Yes.  Access to the office, help the Chairman

18   streamline the project, make sure that Chairman has the right

19   team in place, and just making sure that Council Member Huizar

11:12AM  20   walks him through the Planning Committee.

21        Q       Did you understand that Jose Huizar was going to

22   pass motions or vote in favor of the project as needed to

23   secure those approvals?

24        A       Yes.

11:12AM  25        Q       Did you further understand that he was going to

1    do all these things for Chairman Huang because of the many

2    benefits that Chairman Huang had provided?

3         A    Yes.

4         Q    So following the August 4, 2017, meeting, did

11:13AM  5    Chairman Wei Huang continue to ask for Huizar's assistance for

6    the L.A. Grand Hotel?

7         A    Yes.

8         Q    And, actually, following that August 4th, 2016,

9    meeting, was there another Vegas trip?

11:13AM  10        A    Yes.

11        Q    And, in fact, did you go the very next day on

12   August 5th?

13        A    We did, yes.

14        Q    Publishing Exhibit 372H, which has been

11:13AM  15   previously admitted, do you see that this is a text message we

16   looked at earlier between you and Ricky Zheng?

17        A    Yes.

18        Q    So in the first two messages, do you see now that

19   that message is dated August 4th, 2016?

11:13AM  20        A    Yes.

21        Q    Is that the same date as the meeting?

22        A    Yes.

23        Q    And, in fact, you write, "You coming to meeting?"

24        A    Yes.

11:13AM  25        Q    Zooming out and going to page 2, do you see at

1    the bottom three -- two messages?  The date is August 5th,

2    2016.

3          A     Yes.

4          Q     Can you read your message to Ricky Zheng?

11:14AM   5    A     "Are you still going to Vegas?  Jose is asking."

6                MS. HAR:  Zooming out and going to page 3.  And

7    if we can zoom in in the middle two.

8          Q     Ricky Zheng, we looked at this earlier, asks,

9    "Need your name."  And you provide your name and the fake name

11:14AM  10    for Jose Huizar; right?

11         A     Yes.

12         Q     Is this now because you guys are now going to go

13    to Vegas on August 5th?

14         A     Correct.

11:14AM  15               MS. HAR:  If we can zoom out and go to page 4.

16         Q     On this particular trip, did you take the private

17    jet?

18         A     Oh, yes, we did.

19         Q     So you provided the fake names for the private

11:14AM  20    jet; right?

21         A     Yes.

22         Q     And on page 4 you asked where -- were you asking

23    where the private jet was taking off from?

24         A     I believe so.

11:15AM  25         Q     And I think Ricky Zheng sent you the information,

```
 1   and he wrote, "How many time you been there before, LOL."
 2              Right?
 3        A     Okay.  Yes.
 4        Q     And did you respond, "On our way"?
 5        A     Yes.
 6        Q     And who is on their way?
 7        A     The council member and I.
 8        Q     All right.  Let's go to page 8 actually.  Is this
 9   the screenshot that Ricky Zheng sent to you?
10        A     Yes.
11        Q     And did the private jet Million Dollar Air leave
12   from Burbank Airport?
13        A     Yes.
14              MS. HAR:  Okay.  Let's publish Exhibit 409.
15        Q     Now, looking at this exhibit again, it's dated
16   August 5th, 2016, the day after the big meeting with the
17   council office, mayor's office, and planning?
18        A     Yes.
19        Q     And this is the one at Milo's Seafood at
20   Cosmopolitan?
21        A     Yes.
22        Q     Now, on your way back from this particular Vegas
23   trip in August of 2016, did you receive a request from
24   Chairman Wei Huang about the redevelopment of the
25   L.A. Grand Hotel?
```

1          A       I did.

2          Q       What request was that?

3          A       He asked if Council Member Huizar could provide

4     him a list of land use consultants.

11:16AM   5          Q       What is a land use consultant?

6          A       It's someone who can help the Chairman with the

7     application process and also just the legalities of the

8     planning of the project.

9          Q       And the application process, do you mean the

11:16AM   10    process to get entitlements for a development project?

11         A       Correct.

12         Q       In your experience, do developers usually use a

13    consultant to submit an approval for a major development

14    project?

11:17AM   15         A       Yes.

16         Q       Publishing previously admitted Exhibit 358 and

17    focusing on the bottom half, do you see there this is an e-mail

18    from Shawn Kuk to you?

19         A       Yes.

11:17AM   20         Q       Is this the same Shawn Kuk that's Jose Huizar's

21    planning director?

22         A       Yes.

23         Q       And what's the date of this e-mail?

24         A       August 8, 2016.

11:17AM   25         Q       And in this e-mail, did he send it to your

 1    personal or City e-mail?

 2          A      He sent this one to my City e-mail.

 3          Q      Do you see below there is a list of what looks

 4    like companies, some names, e-mail addresses, and phone

 5    numbers?

 6          A      Yes.

 7          Q      Why does Shawn Kuk send you this e-mail on

 8    August 8?

 9          A      I asked him for the list that Council Member

10    Huizar was asking him to provide a list of land use

11    consultants.

12          Q      For Chairman Huang?

13          A      I don't think we mentioned Chairman Huang but

14    just asked him to give us the name of consultants.

15          Q      Right.  You didn't tell Shawn Kuk this was for

16    Chairman Wei Huang, but this was in response to the request

17    Chairman Wei Huang made to you on the Vegas flight back.

18          A      Yes.

19          Q      And did you -- have you asked Shawn Kuk to send

20    that list to you?

21          A      I did, yes.

22          Q      Did you do that when you got back to Los Angeles?

23          A      Once I got the approval from Council Member

24    Huizar, then I sent him the -- I asked him.

25          Q      And zooming out and zooming in at the top, do you

1     see that the subject now is "List of land use consultants"?

2          A      Yes.

3          Q      And did you send this from your personal e-mail

4     back to Jose Huizar?

11:18AM   5          A      I did.

6          Q      And what's the date of this e-mail?

7          A      December 16th, 2016.

8          Q      And even though Shawn Kuk originally e-mailed

9     your L.A. City e-mail, are you now sending this from your

11:19AM  10     personal e-mail?

11          A      Yes.

12          Q      Why is that?

13          A      Just, again, not making it -- not making the

14     e-mail official.

11:19AM  15          Q      And along those lines, did Jose Huizar have any

16     similar tactics for concealment with respect to his cell phone?

17     For instance, did he have a work cell phone?

18          A      Yes.  He had a work cell phone and a personal

19     cell phone.

11:19AM  20          Q      Okay.  And what would he do as far as text

21     messages?

22          A      The same thing.  The text messages between myself

23     and the council member were on his personal.  Just in case

24     there was ever a public records request, then our cell phones

11:19AM  25     would be protected.

944

1        Q        And did you send this e-mail from you to

2   Jose Huizar on Friday, December 16th?  Did you send this from

3   Los Angeles?

4        A        I did, yes.

11:19AM   5        Q        And you write, "Hi boss.  Here is the list of

6   land use consultants per Shawn's past recommendations.

7   Chairman would like us to schedule interviews on Monday."

8                 Who is the Chairman?

9        A        Chairman Huang.

11:20AM   10        Q        Zooming out.

11                So the e-mail you sent on December 16th was a

12   Friday; correct?

13        A        Yes.

14        Q        And the Monday after December 16th, that was

11:20AM   15   December 19th; correct?

16        A        Yes.

17                MS. HAR:  If we can just publish previously

18   admitted Exhibit 359.  And if we can just zoom in on the --

19   yeah.

11:20AM   20        Q        Do you see there that Jose Huizar e-mailed

21   Ricky Zheng land use consultants on December 19th, 2016?

22        A        Yes.

23        Q        In preparation for this trial, did you review

24   text messages confirming that Jose Huizar was in Los Angeles on

11:20AM   25   December 19, 2016, when he sent this e-mail?

1       A       Yes.

2               MS. HAR:  Zooming out.  If we can go back to

3       Exhibit 358, please.

4       Q       Do you see on the list that you forwarded to

11:21AM  5      Jose Huizar one of the consultants third from the bottom is

6       Psomas, Joel Miller?

7       A       Correct.

8               MS. HAR:  If we can display Exhibit 359 on the

9       right.

11:21AM 10      Q       Do you see that in the list that Jose Huizar sent

11      to Ricky Zheng Psomas is listed?

12      A       Right.

13      Q       After the August 4, 2016, meeting, did

14      Chairman Wei Huang also ask Jose Huizar to provide an official

11:21AM 15      letter in connection with the redevelopment project?

16      A       Yes.

17              MS. HAR:  I'm going to publish what's been

18      previously admitted as Exhibit 356.

19      Q       There at the top do you see this is an e-mail

11:22AM 20      from Ricky Zheng to Jose Huizar dated October 19, 2016?

21      A       Yes.

22      Q       Do you see the subject is "Municipality letter to

23      the Chairman"?

24      A       Yes.

11:22AM 25      Q       Although you're not on this e-mail thread, do you

1    recall seeing this e-mail around the time that Ricky Zheng sent

2    it?

3        A    Yes.

4        Q    Were you and Jose Huizar in Los Angeles on

11:22AM 5    October 19, 2016?

6        A    Yes.

7        Q    Did you two attend a Dodgers game that night?

8        A    He attended a Dodgers game.  I didn't go with

9    him.

11:22AM 10        Q    You helped coordinate it, though?

11        A    Yes.

12            MS. HAR:  Zooming out and looking at the bottom

13    half of this e-mail, do you see that this is an e-mail sent

14    from someone with a Shen Zhen New World e-mail address?

11:22AM 15        A    Yes.

16        Q    It's sent to Ricky Zheng and copied to Huang Wei;

17    correct?

18        A    Yes.

19        Q    Who did you understand Huang Wei at Shen Zhen

11:23AM 20    New World to be?

21        A    Chairman Huang.

22        Q    And in the letter does it say, "The attached

23    letter in Chinese was prepared based on the Chairman's

24    dictation and has been reviewed and approved by the Chairman"?

11:23AM 25            Do you see that?

```
 1            A      Yes.

 2            Q      And then the third sentence down, do you see, if

 3     there is no question, please ask the municipal staff to sign

 4     and seal it and send me a scanned copy?

 5            A      Yes.

 6            Q      And then zooming out, and that's the e-mail that

 7     Ricky Zheng forwarded to Jose Huizar that you saw; right?

 8            A      Yes.

 9            Q      So going to page 2, do you generally see that

10     this is a letter that's mostly in Chinese?

11            A      Yes.

12            Q      Do you see the English words, though,

13     333 South Figueroa Street?

14            A      Yes.

15            Q      What address is that?

16            A      The L.A. Hotel owned by the Chairman.

17            Q      Do you also see the English words Jose Huizar,

18     Raymond Chan?

19            A      Yes.

20            Q      And do you see your e-mail address -- your City

21     e-mail address at the bottom?

22            A      Yes.

23            Q      Okay.  Now let's look at page 3.

24                   Does this look to be an English translation of

25     the Chinese letter we just looked at on page 2?
```

1          A          Yes.

2                     MS. HAR:  If we can go to page 4.  I'm sorry.

3          Q          On page 3, do you see at the top the subject is

4     "L.A. project hearing," and it's "Dear Mr. Huang Wei"?

11:24AM   5          A          Yes.

6          Q          And then if we go to page 4, do you see that it's

7     signed "Yours sincerely, Jose Huizar from L.A. City"?

8          A          Yes.

9          Q          Is it your understanding that this was a letter

11:24AM   10    that was basically ghost written as if it's coming from

11    Jose Huizar to Chairman Wei Huang?

12         A          Correct.

13         Q          Did you understand that Chairman Wei Huang wanted

14    Jose Huizar to send back this letter as if it came from his

11:24AM   15    office?

16         A          Yes.

17                    MS. HAR:  If we can go to page 3.

18         Q          Looking at this original English letter that

19    Shen Zhen New World prepared on behalf of Jose Huizar, could

11:25AM   20    you read the first sentence, please?

21         A          "Your application for the Los Angeles highest

22    building project, thereunder refers as the project, which is

23    invested by your company and located in 333 South

24    Figueroa Street Los Angeles, California 90071 has been --" do

11:25AM   25    you want me to read the whole thing?

1    Q        Keep going.

2    A        "Has been principally agreed in the special

3    seminar chaired by Jose Huizar, Los Angeles City Council Member

4    14th District and attended by Raymond Chan, General Manager

11:25AM    5    Los Angeles Department of Building & Safety Economic

6    Development, Deputy Mayor of Los Angeles, Secretary of Planning

7    and Construction, Housing and Urban Development Department, and

8    other related departments."

9    Q        Okay.  Thank you.

11:26AM    10    Did you understand that to be a reference to the

11    August 4th meeting that was chaired by Jose Huizar and attended

12    by Raymond Chan and the Planning Department?

13    A        Yes.

14    Q        And then the following sentence says, "But

11:26AM    15    according to the legal approval procedures of Los Angeles

16    Municipal Project, you and your lawyer Mr. Yu Hua Bin are

17    required to personally attend a civic hearing which should have

18    been held in 10th September this year but now is postponed to

19    28th October resulting from your personal absence."

11:26AM    20    Did I read that correctly?

21    A        Yes, you did.

22    Q        And, again, this is a letter that's drafted as if

23    it's coming from Jose Huizar to Chairman Wei Huang; right?

24    A        Right.

11:26AM    25    Q        Are you aware of any legal approval procedures

1    that require a developer to personally attend a civic hearing?

2            A       No.

3            Q       It says that that civic hearing was supposed to

4    be held September 10th.  Is September 10th a significant date

11:27AM  5    to you?

6            A       Yes, it is.

7            Q       What date is September 10th?

8            A       It's Council Member Huizar's birthday.

9            Q       In preparation for this trial, did you confirm

11:27AM  10   that September 10th, 2016, was a Saturday?

11           A       Correct.

12           Q       And are you aware of any civic hearing that was

13   scheduled for Saturday, September 10, 2016, on Jose Huizar's

14   birthday?

11:27AM  15           A       No.

16           Q       The last sentence in that paragraph says, "If you

17   are still not available at this time, your application for the

18   project shall be deemed to be given up for your own reason."

19                   Do you see that?

11:27AM  20           A       Yes.

21           Q       Are you aware of any rules that gives up or

22   forfeits a project application because the developer did not

23   personally and physically attend a meeting?

24           A       No.

11:28AM  25           Q       If we go to page 4, do you see at the end there

1    this letter from Jose Huizar supposedly says that "You are

2    required within seven days to confirm whether or not you will

3    attend the hearing on 28th October and to please e-mail reply

4    this letter to George Esparza at lacity.org."

11:28AM  5              Did I read that correctly?

6        A    Yes.

7        Q    Are you aware of any requirements that

8    Jose Huizar placed on developers to confirm their attendance at

9    a hearing?

11:28AM  10       A    No.

11       Q    Have you ever received any e-mails from

12   developers saying they would personally attend a hearing to

13   this lacity.org e-mail?

14       A    No.

11:28AM  15       Q    As far as you knew, was much of this letter that

16   the Chairman wrote false?

17       A    Yes.

18       Q    Publishing previously admitted Exhibit 372K, did

19   you discuss this letter with Ricky Zheng?

11:28AM  20       A    I believe so, yes.

21       Q    And here do you see that Ricky Zheng -- his

22   messages are on the left; correct?

23       A    Yes.

24       Q    And he writes on October 18th "Chairman Huang

11:29AM  25   looking for you.  Call me."

| | | |
|---|---|---|
| 1 | | Right? |
| 2 | A | Yes. |
| 3 | Q | And you write back, "Who is the letter for?" |
| 4 | | Correct? |
| 11:29AM 5 | A | Yes. |
| 6 | Q | What letter were you referring to? |
| 7 | A | To the one that Ricky had sent me earlier. |
| 8 | Q | Or that he had sent -- |
| 9 | A | The one -- the letter from earlier. |
| 11:29AM 10 | Q | From Ricky to Jose Huizar? |
| 11 | A | Yes. |
| 12 | | MS. HAR:  If we can go to page 2.  We can zoom in |
| 13 | | on the first -- that's good. |
| 14 | Q | You ask "Who is he going to give the letter to?" |
| 11:29AM 15 | | Right? |
| 16 | A | Yes. |
| 17 | Q | What are you asking there? |
| 18 | A | Who the Chairman is going to give the letter to. |
| 19 | Q | And Ricky Zheng responds "From Jose office." |
| 11:30AM 20 | | And you clarify, "I know, but who is he going to |
| 21 | | give the letter to?" |
| 22 | | Are you repeating the same question from before? |
| 23 | A | Yes. |
| 24 | Q | What does Ricky Zheng say in response? |
| 11:30AM 25 | A | "The reason for the letter is to get money from |

1  China for the project at downtown."

2  Q    And based on Ricky Zheng's text right there, was

3  it your understanding that this letter that Jose Huizar was

4  supposed to sign and give back was going to help with getting

11:30AM   5  money or financing from China for the redevelopment of the

6  L.A. Grand Hotel?

7  A    Yes.

8  Q    Publishing previously admitted Exhibit 357, did

9  Jose Huizar eventually return back that letter?

11:30AM   10  A    Yes.

11  Q    And in this e-mail from your Gmail account to --

12  who did you send that e-mail to?

13  A    To Chairman Huang.

14  Q    And cc?

11:31AM   15  A    Cc'd Ricky Zheng.

16  Q    The subject of the letter?

17  A    "Letter from Councilman Jose Huizar."

18  A    You write, "Good morning Chairman.  Here is the

19  letter signed by Jose."

11:31AM   20       Right?

21  A    Yes.

22  Q    And was that letter attached?

23  A    Yes.

24  Q    If we can go to page 2, is this the revised

11:31AM   25  letter that Jose Huizar wrote based on the draft that the

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | Chairman had provided?                                             |
|       | 2  | A     Yes.                                                          |
|       | 3  | Q     Did you assist in getting this letter prepared?              |
|       | 4  | A     Yes.                                                          |
| 11:31AM | 5 | Q     How so?                                                       |
|       | 6  | A     I showed the council member the original                     |
|       | 7  | document.  I printed it out for him, showed him the original       |
|       | 8  | document.  Council member made his edits.  Once he made his        |
|       | 9  | edits, I made the edits on the document.  Then I printed out       |
| 11:31AM | 10 | the document for his final approval.  Once he signed it off, I     |
|       | 11 | e-mailed it to Chairman Huang.                                     |
|       | 12 | Q     And did you put it on Jose Huizar's official                 |
|       | 13 | letterhead?                                                        |
|       | 14 | A     I did, yes.                                                   |
| 11:32AM | 15 | Q     At the top there, what is that?                              |
|       | 16 | A     It's the seal, the City seal.                                |
|       | 17 | Q     And looking at the substance of this letter, does           |
|       | 18 | it generally follow the details of what Chairman Huang had        |
|       | 19 | written in his draft?                                              |
| 11:32AM | 20 | A     Yes.                                                          |
|       | 21 | Q     Do you see in that first paragraph it still                  |
|       | 22 | describes a meeting, but do you see how it doesn't reference       |
|       | 23 | Raymond Chan anymore?                                              |
|       | 24 | A     Correct.                                                      |
| 11:32AM | 25 | Q     And in the second paragraph, do you see the                  |

```
 1   reference to a previously scheduled meeting on September 10th

 2   that you, referring to Chairman Wei Huang, could not attend?

 3        A      Correct.

 4        Q      So does this letter leave in the fake date about

 5   a meeting on September 10th?

 6        A      Yes.

 7        Q      And below that, did it leave in the fake meeting

 8   on October 28th?

 9        A      Yes.

10        Q      And in the bottom two sentences of that third

11   paragraph, do you see where it says, "Your personal presence is

12   required in order to discuss and analyze your application prior

13   to November.  Otherwise, your application for the project may

14   be in jeopardy"?

15               Right?

16        A      Yes.

17        Q      So does this draft or this letter from

18   Jose Huizar leave in the fake threat about jeopardizing the

19   application if Wei Huang, the developer, did not personally

20   appear?

21        A      Yes.

22        Q      And at the end does it ask -- does it leave in

23   the request that they e-mail you to confirm attendance of the

24   fake meeting?

25        A      Yes.
```

11:32AM (line 5)
11:33AM (line 10)
11:33AM (line 15)
11:33AM (line 20)
11:33AM (line 25)

```
 1          Q       Did you ever get an e-mail confirming that
 2   Chairman Huang was going to attend this meeting?
 3          A       No, I did not.
 4          Q       So I want to turn back to the topic of trips that
 5   you took with Chairman Huang.  In addition to going to
 6   Las Vegas, did you ever go on an international trip with
 7   Chairman Wei Huang?
 8          A       I did, yes.
 9          Q       In January of 2016, did Chairman Huang take you,
10   Jose Huizar, Ricky Zheng, and others to Australia?
11          A       He did, yes.
12          Q       Who paid for that trip to Australia?
13          A       Chairman Huang.
14          Q       Did that include paying for the airfare?
15          A       Yes.
16          Q       Do you recall how much that airfare was?
17          A       I think around $10,000.
18          Q       $10,000 for whose flight?
19          A       I think $10,000 for the council member's flight,
20   and my flight was maybe about $2,000.
21          Q       How much did you say your flight was?
22          A       I think it was roughly around $2,000 if I'm
23   right.
24          Q       When you were in Australia, what city did you go
25   to?
```

```
 1        A      The first city we went to was Sydney.

 2        Q      And in Sydney, what sort of accommodations did

 3   you stay at?

 4        A      We stayed at the casino in Sydney.

 5        Q      Was it -- were these nice rooms, or was it like

 6   villas?

 7        A      Same villa-style rooms.

 8        Q      Same as the places you would stay in Vegas?

 9        A      Yes.

10        Q      Where did you eat when you were in Sydney?

11        A      We ate at the hotels -- ate at the hotel or

12   different restaurants.  We did eat at one of the -- probably

13   the -- I think it was the top ten best restaurants in the

14   world.

15        Q      Whose suggestion was that?

16        A      Chairman Huang's.

17        Q      Was it the top ten best food you ever had?

18        A      No.

19        Q      Did you go to other places while you were in

20   Australia?

21        A      We did.

22        Q      Where did you go?

23        A      White Sunday Island in Australia, and we also

24   went to Gold Coast City in Australia as well.

25        Q      Are these sort of neighboring beaches like beach
```

11:35AM (lines 5, 10, 15, 20, 25)

```
 1   towns?
 2        A     Yes.  Neighboring beach towns.  Like, I think
 3   private islands too as well.
 4        Q     Private islands.
 5              While you were in Australia, did you and
 6   Chairman Huang and the group gamble?
 7        A     We did, yes.
 8        Q     Did Chairman Wei Huang provide gambling chips to
 9   the group?
10        A     Yes.
11        Q     Was it the same hierarchical distribution as
12   Chairman Huang would do in Las Vegas?
13        A     Yes.
14        Q     Meaning what?  Who got what and when?
15        A     Council Member Huizar got the most chips, and I
16   still got roughly around $2,000 worth of chips.
17        Q     And did Jose Huizar set aside some of the
18   gambling chips he got from Australia the same way he did during
19   the Las Vegas trips?
20        A     He did, yes.
21        Q     And did you and Jose Huizar cash out the gambling
22   chips that you got from Chairman Huang while you were still in
23   Australia?
24        A     No.  I'm sorry.  Yes.  We cashed the -- we turned
25   the chips into cash, yes.
```

11:36AM (line 5)
11:36AM (line 10)
11:36AM (line 15)
11:36AM (line 20)
11:37AM (line 25)

| | | |
|---|---|---|
| | 1 | Q       So did you and Jose Huizar both return to the |
| | 2 | United States with Australian currency? |
| | 3 | A       We did, yes. |
| | 4 | Q       What did you do with your Australian currency |
| 11:37AM | 5 | that you got after cashing out the chips from Wei Huang? |
| | 6 | A       I believe I exchanged the cash at the airport or |
| | 7 | at Wells Fargo at the airport. |
| | 8 | Q       And what about Jose Huizar's Australian currency? |
| | 9 | A       He had me go on several different missions to |
| 11:37AM | 10 | exchange the currency. |
| | 11 | Q       When you say exchange the currency, you mean take |
| | 12 | it from Australian dollars to U.S. dollars? |
| | 13 | A       Correct.  Yes. |
| | 14 | MS. HAR:  Let's publish previously admitted |
| 11:37AM | 15 | Exhibit 365D. |
| | 16 | Q       Is this a text message thread between you and |
| | 17 | Jose Huizar? |
| | 18 | A       Yes. |
| | 19 | Q       Your texts are on the right in green, and |
| 11:37AM | 20 | Jose Huizar's are on the left in blue; right? |
| | 21 | A       Yes. |
| | 22 | MS. HAR:  So going to page 2, if we could zoom in |
| | 23 | on the middle. |
| | 24 | Q       So this is February of 2016.  Was this about a |
| 11:38AM | 25 | month after you had gotten back? |

1      A      Yes.

2      Q      In your message, do you see that you asked "Chairman asked if you are free for dinner tonight at 7:00. Ray Chan will be joining the dinner."

11:38AM  5              Do you see that?

6      A      Yes.

7      Q      Is this Chairman Wei Huang?

8      A      Yes.

9      Q      Is this an example of these kinds of meetings or

11:38AM  10  dinners you might have with Wei Huang, the defendant, yourself,

11  Jose Huizar, that group?

12     A      Yes.

13     Q      Two days later, Jose Huizar texted you.  Do you

14  see that?

11:38AM  15     A      Yes.

16     Q      "Maybe we change a little at a time under 10K in

17  the future."

18              Do you see that?

19     A      Yes.

11:39AM  20     Q      What did you understand him to mean by "change a

21  little at a time"?

22     A      Because, if you exchange more than $10,000, then

23  the exchange company needs to report it to the IRS, I believe.

24     Q      Okay.  And so does this -- was it your

11:39AM  25  understanding that Jose Huizar wanted to avoid that?

         1          A        Yes.

         2          Q        And by "change a little at a time" you mean by

         3   changing the Australian currency into U.S. dollars; right?

         4          A        Yes.

11:39AM  5          Q        Below that do you see he says, "Don't exchange if

         6   they are asking you for all that info"?

         7          A        Correct.

         8          Q        Is that an instruction to you from Jose Huizar

         9   about how to exchange the Australian currency without getting

11:39AM 10   flagged by the IRS?

        11          A        Yes.

        12                   MS. HAR:  Zooming out, and let's go to page 3.

        13   If you can zoom in at the top three.  Okay.

        14          Q        You write back, "First place is .68."  Do you see

11:40AM 15   that?

        16          A        Yes.

        17          Q        What does that mean "First place is .68"?

        18          A        That they were going to offer .68 for the

        19   exchange rate for Australian dollar into U.S. dollar.

11:40AM 20          Q        So one Australian dollar would get you 68 cents

        21   in U.S. currency.

        22          A        Correct.

        23          Q        And you wrote, "They are asking me for my

        24   driver's license and social security for IRS record.  Do you

11:40AM 25   think it's fine to leave my info?"  And in that message we saw

1    previously he said, "Don't exchange if they're asking you for

2    all that info."

3                    Right?

4        A       Right.

11:40AM   5        Q       You write, "Okay.  I'm leaving.  The bank asked

6    for my account info."

7                    Were you exchanging these text messages while you

8    were at an exchange place?

9        A       Yes, I was.

11:40AM   10        Q       After Jose Huizar sent you his instructions, did

11    you physically leave that place?

12        A       I did.

13        Q       Below that it says, "Ricky told me we can

14    exchange in Vegas.  It's better."

11:41AM   15                    Do you see that?

16        A       Yes.

17        Q       Did you tell Ricky Zheng that Jose Huizar was

18    having you exchange his Australian currency?

19        A       Yes.

11:41AM   20        Q       And why was Jose Huizar making you exchange the

21    Australian currency?

22        A       He never did anything himself.  I was always the

23    one that had to do things for him.  That's the only reason why.

24    And mainly just not wanting to, again, have documentation of

11:41AM   25    him exchanging money.

1          MS. HAR:  Okay.  Zooming out.  If we can zoom in

2     on the bottom three messages.

3          Q     Could you read Jose Huizar's text to you?

4          A     "Go to the other place tomorrow and take 9K.  See

11:41AM  5     if they change 9K without getting your social security number."

6          Q     Below that does he say, "Even if they take your

7     social security, it doesn't mean that they will report to IRS.

8     They probably will just keep it for their records but not do

9     anything with tax reporting"?

11:42AM  10         Do you see that?

11         A     Yes.

12         Q     Are these sort of further instructions from

13    Jose Huizar about how to do this exchange and reassuring you

14    they probably won't report it?

11:42AM  15         A     Yes.

16         MS. HAR:  Zooming out and going to page 4.  Zoom

17    in at the top there.

18         Q     You write, "Just wanted to run that by you before

19    I exchanged.  I will let you know what the place tells me

11:42AM  20    tomorrow."

21         Right?

22         A     Yes.

23         Q     You were planning to go to exchange the money on

24    February 9, the day after this text, February 8th?

11:42AM  25         A     Yes.

1          MS. HAR:  Going to page 5, and if we can zoom in

2    on the first two messages.

3          Q      On February 9th, could you read that top message

4    you sent to Jose Huizar?

11:43AM  5          A      "I exchanged 10K today.  Will do another

6    tomorrow.  If it's under 10K, they will not report."

7          Q      Does that mean -- were you telling Jose Huizar

8    that you had exchanged 10,000 Australian dollars that day?

9          A      Yes.

11:43AM  10         Q      And then when you wrote "Will do another

11   tomorrow," did you mean that you were going to exchange another

12   10,000 Australian dollars the following day?

13         A      Right.

14         Q      Was this all part of avoiding the 10K threshold

11:43AM  15   that would trigger reporting to the IRS?

16         A      Yes.

17         Q      Okay.  And then below that you write, "I'm here

18   at the office."

19                Right?

11:43AM  20         A      Yes.

21         Q      Why did you write that?

22         A      To let the council member know that I was there

23   at the office.

24         Q      And did you show up with the money you had

11:43AM  25   exchanged?

965

```
 1          A       I did, yes.

 2          Q       Did you take photos to document that process?

 3          A       I did.

 4          Q       Publishing previously admitted Exhibit 425, what

 5   does Exhibit 425 show?

 6          A       The Australian dollars in my car and next to

 7   Council Member Huizar's calendar.

 8          Q       And why did you put the calendar in the photo?

 9          A       Just so I could document that the council member

10   is having me, again, exchange this cash for him.

11          Q       And if we can zoom in on the handwriting in that

12   calendar, do you see -- is that your handwriting?

13          A       Yes.

14          Q       Okay.  Did you write "exchange money"?

15          A       Yes.

16          Q       And below that did you write 350 South Fig

17   Street, No. 134?

18          A       Yes.

19          Q       Was that the location of the currency exchange?

20          A       Yes.

21                  MS. HAR:  All right.  Zooming out.  And if we can

22   publish previously admitted Exhibit 426.

23          Q       What's shown in Exhibit 426?

24          A       That's the -- the Exchange Rate Intake Form.

25          Q       Okay.  If we can look at the top left, do you see
```

1    it says "Foreign Currency Express World Trade Center,

2    Suite 134.  350 South Figueroa Street, Los Angeles,

3    California."

4                Is that the same address that was written in your

11:45AM  5    calendar in the prior exhibit?

6         A    Yes.

7         Q    Is this the form you filled out to get the

8    exchange?

9         A    Yes.

11:45AM  10        Q    Publishing Exhibit 428 previously admitted, what

11   is this a photo of?

12        A    The receipt for the exchange.

13        Q    And does that indicate it was 10,000 Australian

14   dollars at a .68 exchange rate?  You got back $6,800 in U.S.

11:45AM  15   dollars?

16        A    Yes.

17        Q    All right.  Publishing previously admitted

18   Exhibit 427, what does this show?

19        A    The cash in American dollars that I exchanged for

11:46AM  20   the councilman on the council member's conference desk in his

21   office.

22        Q    And is this when you sent that message saying,

23   "I'm here at the office"?

24        A    Yes.

11:46AM  25        Q    And what did you do with the cash after you took

1      this photograph?

2          A      I left the cash at the bottom drawer of the

3      council member's desk.

4          Q      Is this his private office?

11:46AM  5          A      Yes.

6          Q      After you gave Jose Huizar this first exchange of

7      the 10,000 Australian dollars, did he direct you to exchange

8      more of the cash?

9          A      He did, yes.

11:46AM 10          Q      And did you do that two more times?

11          A      Yes.

12          Q      And each time did you structure the exchanges so

13      that it would be less than 10,000 U.S. dollars?

14          A      Yes.

11:46AM 15          Q      And did you understand the Australian dollars to

16      be more benefits received from Chairman Wei Huang in exchange

17      for Jose Huizar's support on the redevelopment of the

18      L.A. Grand?

19          A      Yes.

11:47AM 20          Q      All right.  I'm going to move on to a different

21      developer.  I want to talk to you about a company known as

22      Hazens.  Are you familiar with them?

23          A      Yes.

24          Q      And what kind of company is Hazens?

11:47AM 25          A      Hazens is another real estate development company

```
 1          in China.

 2                Q        Did Hazens have a pending project in the City of

 3          L.A.?

 4                A        Yes.

11:47AM    5          Q        And what project was that?

 6                A        They had purchased the Luxe Hotel right there

 7          across from Staples Center on Olympic and Figueroa.

 8                Q        And what was the Luxe Hotel redevelopment going

 9          to do?

11:47AM   10          A        I believe it was going to be a mixed-use project

11          with hotel, lofts, and then commercial space in the bottom, I

12          believe.

13                Q        Did you understand that they wanted to build a

14          few towers on the property?

11:48AM   15          A        Yes, they did.

16                Q        Do you know who Fuer Yuan is?

17                A        He's the Chairman of the Hazens Company.

18                Q        Displaying Exhibit 1, page 22, is that Fuer Yuan?

19                A        Yes.

11:48AM   20          Q        And did you meet him in person?

21                A        I did, yes.

22                Q        Multiple times?

23                A        Yes.

24                Q        Publishing previously admitted Exhibit 531 and

11:48AM   25          zooming in on the bottom there, do you see that this is a
```

1   message from Raymond Chan to you with the subject "Per your

2   request"?

3          A      Yes.

4          Q      Okay.  Do you see that Raymond Chan writes, "Hi

11:48AM  5   George.  Below is the website of Hazens which is in Chinese.

6   You need to use Google Translation.  The name of the Chairman

7   is Yuan, last name, Fuer."

8                 Do you see that?

9          A      Yes.

11:48AM  10         Q      And did you ask Raymond Chan for information

11   about Hazens?

12         A      Yes.

13         Q      Why did you do that?

14         A      Just protocol for me.  Anytime I received a

11:49AM  15   scheduling request for the council member, I would always make

16   sure that I create a briefing for the council member.

17         Q      And zooming out, what did you do with that e-mail

18   that Raymond Chan provided you at the top?

19         A      What did I do?

11:49AM  20         Q      Yes.

21         A      I sent it to my personal e-mail.

22         Q      And what did you do after you sent it to your

23   personal e-mail?

24         A      I researched the company.

11:49AM  25         Q      Did you communicate that information to

```
 1    Jose Huizar?
 2           A      I did, yes.
 3           Q      And did you and Jose Huizar have an initial
 4    meeting with Chairman Yuan of Hazens?
 5           A      Yes.
 6           Q      Did anyone else go with you and Jose Huizar?
 7           A      Yes.
 8           Q      Who went with you?
 9           A      The council member's friend Ernie Camacho was
10    there.
11           Q      Displaying Exhibit 1, page 4 on the right, is
12    that Ernie Camacho?
13           A      Yes.
14           Q      Is this the same Ernie Camacho that you had
15    brainstormed as possibly funding the settlement of the sexual
16    harassment lawsuit that Jose Huizar said, no, he's too close?
17           A      Yes.
18           Q      And what was Ernie Camacho's relationship to
19    Jose Huizar?
20           A      Longtime friend with the council member.
21           Q      Did you also know him to fundraise for the
22    council member?
23           A      Yes.
24           Q      And do you know what Ernie Camacho's profession
25    or job was?
```

```
 1        A        I believe he owned a construction management

 2   company.

 3        Q        Do you know the name of that company?

 4        A        I'm lost.  I can't think of it right now.

 5        Q        And as far as you know, was Ernie Camacho on

 6   Jose Huizar's staff?

 7        A        No, he wasn't.  I think it was Pacifica Services.

 8        Q        Pacifica Services?

 9        A        I think that was the name of Ernie Camacho's

10   company.

11        Q        Okay.  So where was this initial meeting with

12   Chairman Yuan of Hazens?

13        A        It was at his hotel at the Sheraton LAX hotel.

14        Q        This is a different property from the Luxe Hotel;

15   right?

16        A        Correct.  Yes.

17        Q        And was this a dinner?

18        A        Yes.

19        Q        Was it elaborate?

20        A        I mean, not as Chairman Huang's dinner, but it

21   was okay.

22        Q        And who was there from Hazens?

23        A        It was Chairman -- it was their Chairman,

24   Chairman Yuan.  It was the general manager, I believe, of the

25   Luxe Hotel.  And then the Chairman's assistant was there, I
```

1    believe.

2         Q       What was the name of the assistant?

3         A       Lulu.  I believe her name was Lulu.

4         Q       Does Chairman Yuan speak English?

11:52AM   5    A       No.

6         Q       So who was translating at this dinner?

7         A       It was Lulu, his assistant.

8         Q       Okay.  During this introductory dinner, what, if

9    anything, did Jose Huizar say about Ernie Camacho?

11:52AM   10   A       He told the Chairman that Ernie Camacho was his

11   Economic Development advisor.

12        Q       Okay.  Did he say anything else?

13        A       That he also owned a construction management

14   company.  Yes.

11:52AM   15   Q       And what was your understanding of why

16   Jose Huizar was introducing Chairman Yuan to Ernie Camacho?

17        A       Just to start planting the seed that this is one

18   of Jose Huizar's guys.  He knew that they were going to start

19   building at some point, so just kind of laying the foundation

11:52AM   20   to see how he could get Ernie Camacho on the project.

21        Q       And was this something that Jose Huizar would do

22   as part of the pay-to-play scheme to get developers to hire

23   associates or allies?

24        A       Yes.

11:52AM   25   Q       And why was that important to the scheme?

```
 1        A       Just so that the council member can make

 2   different types of requests on his behalf whether there's

 3   donations or -- yeah.  Any other type of requests, he knew he

 4   had someone in the -- like on the other side to deliver on

 5   those requests.

 6        Q       During this dinner, this initial introductory

 7   dinner, was this talk about the Hazens Luxe Hotel project?

 8        A       Yes.

 9        Q       Okay.  And what did Hazens say about that?

10        A       Just they wanted to develop that site.

11        Q       In the ways that you described, the mixed-use

12   hotel, all that?

13        A       Correct.  Yeah.

14        Q       And during the dinner, did Jose Huizar talk about

15   what he could do for that Luxe Hotel project?

16        A       Yeah.  Just very briefly gave an overview of his

17   role as being the Chairman of PLUM.

18        Q       And was this the start of Jose Huizar's and his

19   office's relationship with Hazens?

20        A       Yes.

21        Q       After this introductory dinner, did you and

22   Jose Huizar discuss asking for benefits from Hazens?

23        A       Yes.

24        Q       How did that conversation go between you and

25   Council Member Huizar?
```

1      A      Again, just trying to size up the developer to

2  see if they're willing to play.  So the council member will

3  say -- again, excuse my language -- "Let's see if these fuckers

4  will play" and then had me ask Lulu or his assistant, the

5  Chairman's assistant for Katy Perry tickets.

6      Q      Was that an example of a small ask to start to

7  see -- to feel out the developer?

8      A      Yes.

9      Q      Okay.  And did you communicate that request for

10  Katy Perry tickets to Hazens?

11      A      I did, yes.

12      Q      And who specifically did you ask?

13      A      To Lulu.

14      Q      And what was her response when you asked?

15      A      She said she'll work on it.  She'll talk to the

16  Chairman and see if she can get tickets.

17      Q      And when you asked Lulu for the Katy Perry

18  tickets, how did you phrase that?  What did you say?

19      A      I said the council member wanted to ask the

20  Chairman -- or the council member's daughters really want to go

21  to the Katy Perry concert and please ask the Chairman if he's

22  willing to buy these tickets for his family, along those lines.

23          MS. HAR:  Okay.  Publishing previously admitted

24  Exhibit 534.  If we can zoom in on the bottom.

25      Q      Do you see this is an e-mail from Lulu Ji with

1    the e-mail address hazens.lulu@gmail.com?

2        A    Yes.

3        Q    Is that Lulu, the Chairman at Hazens's assistant?

4        A    Yes.

11:55AM  5        Q    And you sent to you at your personal; right?

6        A    Yes.

7        Q    And there's a cc to Greg Sun.  Do you see that?

8        A    Yes.

9        Q    Who is Greg Sun?

11:55AM  10      A    Greg Sun was the general manager of the

11    Luxe Hotel.

12        Q    And the subject is "Concert tickets."  "Hi

13    George.  Please find in the attachment for the electronic

14    tickets of Katy Perry's concert tickets tomorrow.  Hope the

11:56AM  15    family will enjoy the show."

16            Right?

17        A    Yes.

18        Q    Zooming out, do you see attachments at the top --

19    actually, can we zoom in at the top half, please?

11:56AM  20           What did you do with the e-mail that Lulu sent

21    you?

22        A    I printed out the tickets.  No.  I think I

23    forwarded the tickets to Huizar.

24        Q    And then the attachment says "ticket"?

11:56AM  25        A    Yes.

1           MS. HAR:  If we can zoom out and go to page 2.

2      Q     And are these the -- is this the attachment for

3  the Katy Perry concert?

4      A     Yes.

11:56AM  5      Q     Do you see that there's page 2, page 3.  534, 3

6  and 534, 4.  Are these the tickets?

7      A     Yes.

8      Q     Were these good seats?

9      A     No.

11:57AM  10      Q     Why not?

11      A     The council member was upset at two things.  He

12  was upset, one, that the seats were horrible.  I guess they

13  were in the back section.  And, two, he was upset at me that I

14  wasn't more specific at what type of seats he expected for the

11:57AM  15  Katy Perry concert.

16      Q     And this was the first ask to Hazens?

17      A     Yes.

18      Q     Were these the only concert tickets that

19  Jose Huizar asked for from Hazens?

11:57AM  20      A     No.

21      Q     Did he also ask for tickets for The Weeknd?

22      A     Yes.

23      Q     And is The Weeknd a modern alternative R&B

24  singer?

11:57AM  25      A     I think so.

1     Q      Were those better seats than the Katy Perry

2  tickets?

3     A      I didn't get any complaints, so I'm sure they

4  were, yes.

11:58AM  5     Q      And over time did Jose Huizar continue to ask for

6  benefits from Hazens?

7     A      Yes.

8     Q      Just in terms of general categories, what types

9  of benefits?

11:58AM  10    A      Again, sporting event tickets, concert tickets,

11  golf clubs, I believe ties at one point.

12    Q      From Hazens?

13    A      Asking from Hazens, I believe.

14    Q      Did Jose Huizar also ask for campaign

11:58AM  15  contributions from Hazens?

16    A      Yes.  Campaign contributions and also nonprofit

17  contributions as well.

18    Q      Did Jose Huizar ever request anything in relation

19  to his mom's birthday?

11:58AM  20    A      Yes.  So I believe she was celebrating I think

21  her 70th birthday party, I believe.  The council member didn't

22  want to pay for alcohol.  So he asked Hazens to pay for the

23  alcohol tab for his mom's birthday party.

24    Q      Did you help get that alcohol?

11:59AM  25    A      Yes.  I went with George Chiang to Costco to get

```
 1    that alcohol.
 2         Q      And with all of these requests for benefits, did
 3    Hazens typically or always deliver?
 4         A      Yes.  They always delivered, yes.
 5         Q      And would you be the one to coordinate or ask for
 6    these benefits for Jose Huizar?
 7         A      Yes.
 8         Q      Did you have a primary point of contact on the
 9    Hazens side?
10         A      Yes.  George Chiang.
11         Q      Did you understand George Chiang to be working
12    with the defendant Ray Chan on behalf of Hazens?
13         A      Yes.
14         Q      When did you understand George Chiang to be
15    working with the defendant on the Hazens project?
16         A      When?
17         Q      Yes.
18         A      It was -- I believe it was early 2015 during the
19    re-election campaign.
20         Q      And what gave you the understanding that the
21    defendant Ray Chan was also involved with Hazens?
22         A      Because he's the one who introduced me to
23    George Chiang and said that whatever I need for the campaign,
24    to work it out with George Chiang.
25         Q      Would George Chiang also make reference, when
```

11:59AM (line 5)
11:59AM (line 10)
11:59AM (line 15)
12:00PM (line 20)
12:00PM (line 25)

1    you'd ask him things about Hazens, that he needed to run it by

2    the defendant?

3         A       Yes.

4         Q       In terms of the friends of the office, which

12:00PM  5    developer paid the most benefits to Jose Huizar?

6         A       Of the friends of the office, I would say

7    Chairman Huang.

8         Q       Of Shen Zhen New World?

9         A       I would think paid the most benefits.

12:00PM  10        Q       Are you including the $600,000 settlement money

11   that the -- that Jose Huizar got?

12        A       I am, yes.

13        Q       And which friend of the office or developer would

14   you say paid the second most in benefits?

12:01PM  15        A       Hazens.

16        Q       And why was Jose Huizar able to get so much from

17   Hazens?

18        A       Because of his connection with Ray and

19   George Chiang.

12:01PM  20        Q       And the fact they got it?

21        A       Yes.

22        Q       So let's talk about the political contributions

23   first.

24                Publishing previously admitted Exhibit 535, if we

12:01PM  25   can go to page -- let's go to page 3.  Sorry.  Page 2.  Near

1      the bottom there do you see that this is an e-mail -- if you

2      could zoom in on the bottom, please.

3              Do you see an e-mail from you to George Chiang at

4      concord-realty.net?

12:01PM  5      A      Yes.

6      Q      Do you see the date is September 9th -- excuse

7      me -- September 25th, 2014?

8      A      Yes.

9      Q      And the subject, can you read that, please?

12:02PM  10     A      "Huizar fundraiser."

11     Q      In September 2014, what was happening with

12     Jose Huizar's re-election campaign?

13     A      We were kicking it off.  We were starting to

14     raise money to have a good war chest so we could essentially

12:02PM  15     scare off any opponents.  We were trying to -- we were

16     aggressively fundraising at this time.

17     Q      Did you send this e-mail to George Chiang after

18     the defendant had introduced you to George Chiang?

19     A      Yes.

12:02PM  20     Q      Okay.  So you write, "Pleasure talking to you.

21     Per our conversation, the fundraiser will be on Monday,

22     September --" if we can go to page 2, page 3 "-- September 29th

23     at 11:30 a.m.  Location still to be determined."  Near the

24     bottom you write, "I have also attached the contribution forms

12:02PM  25     for your records."

```
 1              Right?

 2      A       Yes.

 3      Q       What contribution forms were you attaching for

 4    George Chiang?

 5      A       The re-election -- the donation forms for

 6    Council Member Huizar's re-election campaign.

 7      Q       What are you asking George Chiang to do with

 8    those contribution forms?

 9      A       To keep for his records.

10      Q       Were you -- was your understanding that

11    George Chiang was going to collect contribution checks?

12      A       Yes.

13              MS. HAR:  Zooming out and going to page 2, and if

14    we can zoom in in the middle portion.

15      Q       Was there also a fundraising event taking place

16    at this time?

17      A       Yes.

18      Q       Is that why you wrote, "The location will be at

19    Faith and Flower Restaurant"?

20      A       Yes.

21      Q       And that was in response to George Chiang asking

22    you, "Let me know where the event is going to take place"?

23      A       Yes.

24              MS. HAR:  So zooming out, and if we can go to

25    page 1.  If we zoom in on the bottom half.
```

1          Q        In the middle there on Monday, September 29th,

2     2014, at 12:11 p.m., do you see that George Chiang wrote, "I'm

3     here and dropped off the checks.  I'll stick around a little to

4     say hi to Jose"?

12:04PM   5          A        Yes.

6          Q        And you respond, "Thank you so much.  I'm stuck

7     in the field today."

8          A        Yes.

9          Q        Did George Chiang come through with dropping off

12:04PM  10    contribution checks for Jose Huizar?

11          A        He did, yes.

12          Q        And were each of those checks at the maximum

13    limit of $700?

14          A        Yes.

12:04PM  15          Q        All right.  So that was in September of 2014;

16    right?

17          A        Yes.

18          Q        So if we can now zoom in at the top e-mail, do

19    you see there is now an e-mail from November of 2014?

12:04PM  20          A        Yes.

21          Q        That is sent from George Chiang to you; right?

22          A        Yes.

23          Q        Could you read the first -- could you read that

24    e-mail, please?

12:05PM  25          A        "Hi George.  Can you get me in touch with the

```
 1   councilman?  Ray and I had dinner with Hazens last night
 2   regarding pledging their support.  So I want to discuss this to
 3   prepare the councilman's dinner with them this Thursday.  I can
 4   be reached at 626-261-9240."
 5        Q     By Ray, do you understand that to be Ray Chan,
 6   the defendant?
 7        A     Yes.
 8        Q     So is George Chiang communicating to you that he
 9   and the defendant had dinner with Hazens about pledging their
10   support?
11        A     Yes.
12        Q     What did  you understand pledging their support
13   to mean?
14        A     Meaning that they were going to support
15   financially to the campaign.
16        Q     At the time of this e-mail on November 4, 2014,
17   was the defendant the general manager of LADBS?
18        A     Yes.
19        Q     Did Hazens ultimately provide support for
20   Jose Huizar's 2015 campaign?
21        A     Yes.
22        Q     What kind of support?
23        A     Anywhere from stamps, like stamps to send mailers
24   out to the constituents, to actual donations, to printers, like
25   printing out the pamphlets, and also they donated the ink for
```

12:05PM (line 5)
12:05PM (line 10)
12:05PM (line 15)
12:06PM (line 20)
12:06PM (line 25)

```
 1    those printers as well as toys for a toy giveaway that we were

 2    having as well as sometimes food for our volunteers.

 3         Q      And setting aside the actual donations, what was

 4    the approximate value of the stamps, the printers, the ink, the

 5    food for this campaign?

 6         A      I think it was an additional, I think, roughly

 7    $50,000 worth of donations.

 8         Q      And did you understand that was all support

 9    coming from Hazens?

10         A      Yes.

11         Q      And was that facilitated by the defendant

12    Ray Chan and George Chiang?

13         A      Yes.

14         Q      Did the defendant also support Jose Huizar's 2015

15    election campaign in another way?

16         A      Yes.

17         Q      Okay.  Do you recall there being a meeting at an

18    Italian restaurant about that?

19         A      I do, yes.

20         Q      Okay.  So can you describe who was at this meal?

21         A      Ray was at the -- Ray was there.  It was the

22    Council Member Huizar, myself.  I believe a man named

23    Al Hernandez was there and some other gentleman -- one of --

24    another friend of Ray's was there.

25         Q      What was your understanding of who Al Hernandez
```

```
 1   was?

 2        A     I think he was an inspector at the time or worked

 3   with the fire department.  I'm not sure exactly.  I believe he

 4   was another former city official.

 5        Q     Okay.  Former city official maybe with fire

 6   before, fire inspector?

 7        A     Correct.  I think so.

 8        Q     And then another person who you can't remember?

 9        A     I can't recall.

10        Q     But was a friend of the defendant?

11        A     Yes.

12        Q     Okay.  And what did the defendant say about

13   Al Hernandez and the other friend during this meal at the

14   Italian restaurant with Jose Huizar?

15        A     That they would contribute to the council

16   member's campaign.

17        Q     Do you know whether those two individuals ended

18   up contributing?

19        A     Yes.  I believe I received a check from

20   Al Hernandez.

21        Q     Now, throughout your time in politics and working

22   on election campaigns, have other general managers of other

23   city departments fundraised like this for Council Member

24   Huizar?

25        A     No, they did not.
```

1    Q        Have you ever worked with any other city official

2    to fundraise for Council Member Huizar?

3    A        No.

4    Q        Are you generally aware that there are

12:08PM   5    restrictions on general managers from fundraising for

6    city council members?

7    A        Yes.

8    Q        Are you familiar with the term campaign debt?

9    A        Yes.

12:09PM  10    Q        What is campaign debt?

11    A        So after every campaign, there is attorney's

12    fees.  There's probably staff members that haven't been paid

13    yet.  You have to pay the consultant.  So once the candidate

14    actually wins or loses, whatever that debt is, we have to

12:09PM  15    fundraise -- we have to fundraise even more to cover that debt.

16    So it's pretty much going back and asking similar donors to

17    give back to your race, to your campaign.  So bills.  You have

18    to pay the bills.

19    Q        These are like outstanding bills incurred from

12:09PM  20    running the campaign prior to the election?

21    A        Right.  Like invoices, yes.

22    Q        And did Jose Huizar have campaign debt after his

23    successful 2015 re-election?

24    A        He did, yes.

12:09PM  25    Q        About how much was that debt?

1        A        I think it was around 80,000, 100,000 I believe

2    in debt.

3        Q        So you started to talk about this.  But how does

4    a candidate like Jose Huizar pay off a campaign debt?

12:10PM   5        A        We go back to the same donors or -- go back to

6    the same donors who donated in the past and ask them to raise

7    more money.

8        Q        Is it considered like a new cycle so that these

9    people can contribute again?

12:10PM  10        A        It gets a little tricky, but in some instances we

11    kind of go and ask them to have more people to donate or ask

12    other relatives to donate.  However they need to bundle the

13    checks, that's what they need to do.

14        Q        Were you involved with helping Jose Huizar

12:10PM  15    fundraise to pay off his 2015 campaign debt?

16        A        Yes.

17        Q        Was the defendant involved in helping Jose Huizar

18    fundraise to pay off his 2016 campaign debt?

19        A        Yes.

12:10PM  20        Q        How so?

21        A        He was going to help with getting the Chinese

22    companies to fundraise for the council member to pay off his

23    debt.

24        Q        Are you aware of a meeting that the defendant and

12:11PM  25    Jose Huizar had to start getting together a list of people that

1  they can ask?

2      A    Yes.  I believe the council member told me he was

3  meeting Ray at his house to go over the debt.

4      Q    At whose house?

12:11PM  5      A    Council Member Huizar's house.

6      Q    Was having a --

7      A    Meeting with Ray to go over the debt.

8      Q    And did you receive notes from that meeting?

9      A    The council member took a photograph of his notes

12:11PM  10  from the meeting with Ray and sent it to me so I can follow up.

11      Q    Publishing previously admitted Exhibit 113A, is

12  this a picture of -- is this the picture that Jose Huizar sent

13  you following his meeting at his house with the defendant

14  Ray Chan?

12:11PM  15      A    Yes.

16      Q    Do you recognize this as Jose Huizar's

17  handwriting?

18      A    That is not Jose Huizar's writing, no.

19      Q    Was anyone else in attendance at the meeting

12:12PM  20  other than Jose Huizar and the defendant Ray Chan?

21      A    Not that I was aware of, no.

22      Q    And after Jose Huizar sent you this screenshot or

23  photo, did you discuss it with Jose Huizar?

24      A    I did, yes.

12:12PM  25      Q    And what did he tell you this document shows?

        1        A        He told me that this was a document that he
        2   created with Ray to hit up all these Chinese companies to help
        3   with the debt or with any other requests that he had.
        4        Q        And as a general matter, after Jose Huizar and
12:12PM 5   the defendant would come up with this list or plan, what role
        6   did you have?
        7        A        Well, I would put this sheet into an Excel
        8   document.  So I would clean it up.  And then next to my
        9   document, I would put who is responsible to make that ask or to
12:13PM 10  ask that company.  Yeah.  So who was responsible to ask that
        11  company.  I would create it, and then I would show the council
        12  member the final product.
        13       Q        And were you one of the people responsible for
        14  executing this plan?
12:13PM 15       A        Yes.
        16       Q        Was there anyone else that needed to execute the
        17  plan that Jose Huizar and the defendant came up with besides
        18  you?
        19       A        It was me and then also George Chiang to work
12:13PM 20  with other companies to -- so I had to follow up with, say,
        21  George Chiang to make sure that they asked that company to
        22  deliver on their promise, their commitment.
        23       Q        Okay.  So looking at Exhibit 113A, do you see on
        24  the right-hand column the word "bills" on the top?
12:13PM 25       A        Yes.

1    Q    What does that refer to?

2    A    I believe that's for the -- for the re-election

3    debt, the campaign debt.

4    Q    Okay.  The outstanding bills that Jose Huizar

5    still had to pay from the 2015 re-election?

6    A    Yes.

7    Q    And right below that do you see a couple entries

8    and then there's a -R-R or -G?

9    A    Right.

10   Q    What did Jose Huizar explain to you -R meant?

11   A    That was Ray's responsibility.

12   Q    And how about -G?

13   A    That was George Chiang's responsibility.

14   Q    So for that top line when it says "10K/Misc-R,"

15   what would that mean?

16   A    In that case, that Ray was going to come up with

17   $10,000 miscellaneous.

18   Q    And did the $700 contribution limit still apply

19   for this?

20   A    Yes.

21   Q    So to meet the $10,000 obligation for the

22   defendant, would that mean he needs to get about 15 people to

23   contribute the maximum amount?

24   A    Yes.

25   THE COURT:  All right.  We're going to take our

1     final break of the day.  We will be in recess for 15 minutes.

2               (A recess was taken at 12:14 p.m.)

3               (The following proceedings were held in

4               open court in the presence of the jury:)

12:35PM  5          THE COURT:  All right.  The jury is present.  All

6     counsel and the defendant are present.

7               You may resume your examination.

8               MS. HAR:  Thank you, Your Honor.

9          Q     We were looking at Exhibit 113A; correct?

12:35PM  10         A     Yes.

11         Q     We had just covered the first entry on the right

12    side, bills 10K, which indicates the defendant is responsible

13    for; right?

14         A     Yes.

12:35PM  15         Q     Okay.  And then below that do you see an entry

16    for 20K/Joseph Lin and then another -R?

17         A     Yes.

18         Q     And who is Joseph Lin?

19         A     He was the owner of another Chinese development

12:35PM  20    company Century City.

21         Q     Or City Century?

22         A     City Century.

23         Q     And was City Century, I believe on Friday you

24    testified, one of the Chinese developers the defendant had

12:36PM  25    introduced Jose Huizar to?

| | | |
|---|---|---|
| | 1 | A      Yes. |
| | 2 | Q      And does this indicate that 20,000 for |
| | 3 | Jose Huizar's debt could come from Joseph Lin and that the |
| | 4 | defendant would be responsible for that? |
| 12:36PM | 5 | A      Correct. |
| | 6 | Q      Then below that there are some additional names, |
| | 7 | and I want to focus your attention on the second from the |
| | 8 | bottom, "5K Shanghai Construction."  Do you see that? |
| | 9 | A      Yes. |
| 12:36PM | 10 | Q      What is Shanghai Construction? |
| | 11 | A      Shanghai Construction is another Chinese |
| | 12 | development company.  They purchased, I believe, a building on |
| | 13 | 1st and Broadway, I believe. |
| | 14 | Q      Okay.  And below that do you see where it says |
| 12:36PM | 15 | "5K Jerry Newman"? |
| | 16 | A      Yes. |
| | 17 | Q      Are you familiar with who Jerry Newman is? |
| | 18 | A      Yes. |
| | 19 | Q      Did he have a role with Hazens Luxe Hotel |
| 12:37PM | 20 | project? |
| | 21 | A      Yes. |
| | 22 | Q      What role was that? |
| | 23 | A      I believe he was the -- he was the land use |
| | 24 | attorney for that project. |
| 12:37PM | 25 | Q      Now, on the left side of this document, do you |

1    see where it says the word "schools"?

2         A    Yes.

3         Q    What did you understand schools to mean?

4         A    Schools is Salesian High School.  It was the --

12:37PM 5    it was where the council member went to high school.

6         Q    And what kind of a school is it?

7         A    Private Catholic school.

8         Q    All boys' school?

9         A    Yes.

12:37PM 10        Q    And besides Jose Huizar having attended that

11   school, did he have any other kind of a connection to Salesian

12   High School?

13        A    Yes.  His wife was the fundraiser for that

14   school.

12:37PM 15        Q    Okay.  As the fundraiser for that school, was she

16   responsible for raising money for a certain event?

17        A    Yes.

18        Q    What event was that?

19        A    For the annual gala.

12:38PM 20        Q    By Jose Huizar's wife, you're referring to

21   Richelle Rios?

22        A    Yes.

23        Q    Did she also work at a law firm at some point?

24        A    Yes.

12:38PM 25        Q    Did Jose Huizar ask developers to donate to

1    Salesian High School on Richelle Rios's behalf as part of the

2    pay-to-play scheme?

3           A      Yes.

4           Q      And did you play a role in helping to get

12:38PM  5    donations for Salesian High School's annual gala?

6           A      Yes.

7           Q      What did you have to do?

8           A      Make the ask to the different developers and then

9    follow up to make sure they keep their commitments.

12:38PM  10          Q      Was this something that happened every year?

11          A      Every year, yes.

12          Q      So on Exhibit 113A where it says "schools," are

13   these tracking the contributions or the asks that you would

14   be -- you and George Chiang would be making for the Salesian

12:38PM  15   High School annual gala?

16          A      Yes.

17          Q      And to be clear, is this separate from the

18   commitments for Jose Huizar's 2015 bills?

19          A      Correct.

12:39PM  20          Q      And under the "schools" column, do you see where

21   it says "10K Thomas"?

22          A      Yes.

23          Q      Do you see it also says "10K Hazens"?

24          A      Yes.

12:39PM  25          Q      Do you see a reference to "CM Wong" and below

1    that "Greenland"?

2         A      Yes.

3         Q      Do you see a date by the word "schools"?

4         A      Yes.

12:39PM   5    Q      What date is that?

6         A      September 15th.

7         Q      Now, before the break, I believe you testified

8    that you created another document based on this note that

9    Jose Huizar and the defendant prepared; correct?

12:39PM  10    A      Yes.

11             MS. HAR:  So publishing previously admitted

12   Exhibit 115, you can zoom in at the top.

13        Q      Do you see this is an e-mail from you to you on

14   May 18, 2015?

12:40PM  15    A      Yes.

16        Q      Do you see there's two attachments?

17        A      Yes.

18        Q      What are the names of the attachments?

19        A      "Huizar debt finance plan" and "Salesian 2015."

12:40PM  20    Q      And is this -- are these attachments that you

21   created with that input based on Exhibit 113A?

22        A      Yes.

23             MS. HAR:  Zooming out, and let's start with

24   page 2.  At the top, if we can zoom in.

12:40PM  25    Q      Which spreadsheet is this one?

1      A       The Huizar debt finance plan.

2              MS. HAR:  And zooming out, and if we can zoom in

3      the first couple.

4      Q       Does this sort of copy over some of those notes

12:40PM  5     from the handwritten document?

6      A       Yes.

7      Q       And in the top row it says "Ray 10,000" and then

8      under notes "Ray."

9              Right?

12:40PM 10     A       Yes.

11     Q       And is Ray Ray Chan, the defendant?

12     A       Yes.

13     Q       And below that do you see that entry for

14     Joseph Lin from City Century?

12:41PM 15     A       Yes.

16     Q       Okay.  And who is -- under the note section, who

17     is responsible for collecting that contribution?

18     A       Ray and George Chiang.

19     Q       And for how much?

12:41PM 20     A       For 20,000.

21     Q       And then skipping down to Hazens, are they also

22     signed up to contribute for Huizar's 2015 debt?

23     A       Yes.

24     Q       In what amount?

12:41PM 25     A       10,000.

1    Q    Who is responsible there?

2    A    Myself.  George Esparza.

3    Q    G.E. is George Esparza?

4    A    Yes.

12:41PM 5    Q    Skipping down a little further, do you see the

6    entry for Winfred Zhang, Shanghai Construction?

7    A    Yes.

8    Q    Who is Winfred Zhang?

9    A    I believe he was the CEO or Chairman of the

12:41PM 10   Shanghai Construction Company.

11   Q    Does this indicate that Shanghai Construction is

12   down for $20,000 to Huizar's 2015 debt?

13   A    Yes.

14   Q    Who is listed as being responsible for that one?

12:42PM 15   A    Me and Ricky Zheng.

16   Q    Is that Ricky Zheng of Shen Zhen New World?

17   A    Yes.

18   Q    And then below that, do you see the name

19   Justin Kim?

12:42PM 20   A    Yes.

21   Q    Who is Justin Kim?

22   A    Justin Kim was one of the council member's

23   biggest fundraisers in the office.

24   Q    Is this the same Justin Kim who was the

12:42PM 25   consultant for 940 Hill and who gave you the $200,000 in cash

1    as a bribe to Jose Huizar to get rid of the union appeal?

2         A    Yes.

3         Q    How much is he listed for?

4         A    40,000.

12:42PM  5         Q    Who is responsible for that?

6         A    I am.  I was.

7         Q    As far as you know, going back to the top two

8    rows, did the defendant Ray Chan deliver on getting the $10,000

9    that he's assigned to?

12:42PM  10        A    Yes.

11        Q    And how about getting the $20,000 from

12   Joseph Lin?

13        A    Yes.

14        Q    Did you also receive the $10,000 attributed to

12:43PM  15   Hazens?

16        A    I did, yes.

17        Q    And how about Shanghai Construction?  Did they

18   come through with the $20,000?

19        A    No, they did not.

12:43PM  20        Q    We will come back to that.

21             So zooming out, do you see it also has that note

22   for Jerry Newman right below Justin Kim?

23        A    Yes.

24        Q    And there is additional data that you inputted

12:43PM  25   into the spreadsheet; correct?

1        A        Correct.

2        Q        Let's go to page 3.  Is this the second

3    attachment that you had e-mailed yourself?

4        A        Yes.

12:43PM    5        Q        What is the title of this spreadsheet?

6        A        "Salesian fundraising plan."

7        Q        Did you also prepare this based on defendant's

8    input from that handwritten document that was Exhibit 113A?

9        A        Yes.

12:44PM    10        MS. HAR:  If we could put 113A on the left.

11    Perfect.  If we could zoom in on 113A, just the left column for

12    schools.

13        Q        So now do you see how in the handwritten note it

14    was 10K for Thomas?

12:44PM    15        A        Yes.

16        Q        Is that transposed or written into your

17    spreadsheet?

18        A        Yes.

19        Q        And same for Hazens for 10K, is that written into

12:44PM    20    your spreadsheet?

21        A        Yes.

22        Q        There is also an entry for Chairman Haung,

23    H-a-u-n-g.  Is that supposed to be Chairman Huang or a

24    different Chairman?

12:44PM    25        A        I believe it was Chairman Huang.  Yes.

1    Q        Below that it says Ifei Chang for Greenland.

2    A        Yes.

3    Q        Who is Ifei Chang?

4    A        She was the CEO of the Greenland Company.

12:45PM   5    Q        Okay.  And in this there is a 10,000 for Hazens

6    under Salesian which was separate from the 10,000 -- can we go

7    back to page 2 on Exhibit 113, please?

8             That's separate from the 10,000 for Hazens under

9    the Huizar debt finance plan; correct?

12:45PM   10   A        Correct.

11   Q        So it's two separate contributions?

12   A        Yes.  It would be 20,000 in total.

13   Q        Okay.  And then let's look at -- we can escape

14   out of these and publish Exhibit 117.  Zoom in at the top

12:45PM   15   there.  Okay.

16            Could you read the subject of the e-mail at the

17   very top left?

18   A        "Salesian."

19   Q        And you sent this e-mail from your personal to

12:46PM   20   richelleriosesq4kids@yahoo.com; right?

21   A        Yes.

22   Q        Is that Jose Huizar's wife's personal e-mail?

23   A        Yes.

24   Q        This is sent on July 28, 2015, so at least a

12:46PM   25   month after the spreadsheets we looked at on Exhibit 113;

```
 1    correct?

 2         A       Yes.

 3         Q       And why are you sending Richelle Rios this

 4    e-mail?

 5         A       To give her -- just to give her an update on the

 6    fundraising and who is committed and what we have collected.

 7         Q       Okay.  And you write -- you have an attachment

 8    Salesian 2015 plan; right?

 9         A       Yes.

10         Q       In your e-mail you wrote, "Hi Richelle.  Here is

11    the list.  I will be getting a few updates by the end of the

12    week before our meeting.  All these folks have already

13    committed.  It's just a matter of collecting now."

14                 Right?

15         A       Yes.

16                 MS. HAR:  Zooming out, and if you go to page 2.

17    You can zoom in on that spreadsheet.

18         Q       So is this sort of a more updated version of the

19    prior spreadsheet you had created off of the defendant's notes?

20         A       Yes.

21         Q       And do you see here that Thomas now filled out

22    Thomas Feng for Oceanwide?

23         A       Yes.

24         Q       Who is Thomas Feng?

25         A       He was the CEO of Oceanwide, I believe.
```

1        Q        And then you have George Chiang responsible for

2    Hazens; correct?

3        A        Yes.

4        Q        And what did you understand George Chiang's

12:47PM  5    official role to be in relation to Hazens?

6        A        He was their consultant.

7        Q        Okay.  You've got Ifei Chang for Greenland there;

8    correct?

9        A        Yes.

12:47PM  10       Q        And at the bottom left, you see Joseph Lin?

11       A        Yes.

12       Q        Is that the same Joseph Lin, the owner of

13   City Century?

14       A        Yes.

12:47PM  15       Q        Did he also own a company named Body Glove?

16       A        Yes.

17       Q        And the third from the bottom where it says

18   "Izek Shomiff," do you know who that is?

19       A        Yes.

12:48PM  20       Q        Who is that?

21       A        He's another property owner in downtown.  And he

22   also at the time bought the Sears building near Boyle Heights.

23       Q        Do you know what the name of his company was?

24       A        I don't remember, no.

12:48PM  25       Q        As far as Oceanwide, Hazens, Greenland, and

1    City Century for Joseph Lin is concerned, were these all

2    Chinese development companies?

3         A    Yes.

4         Q    Have they all been introduced to Jose Huizar

5    through the defendant Ray Chan?

6         A    Yes.

7         Q    As far as you knew, was the defendant involved in

8    helping to make sure these companies were going to donate to

9    Salesian?

10        A    Yes.

11             MS. HAR:  Zooming out.  If you can look at

12   Exhibit 118 which has been previously admitted.

13        Q    Do you see it says Bishop Mora Salesian High

14   School College Preparatory 7th Annual Gala?

15        A    Yes.

16        Q    Is the date September 18, 2015, for that event?

17        A    Yes.

18             MS. HAR:  If we go to page 2, please.  Zoom in on

19   the top half.

20        Q    Does this list the gala 2015 sponsors who

21   contributed to this school?

22        A    Yes.

23        Q    And who is -- which companies do you recognize as

24   being the same companies that donated because Jose Huizar asked

25   them to and that the defendant, yourself, and George Chiang

1    helped collect from?

2         A    Do you want me to read them off?

3         Q    If you can just read the names of the companies

4    you recognize that did that?

12:49PM  5         A    Greenland.

6         Q    Okay.

7         A    Hazens, Oceanwide, City Century, David Lee.  That

8    was on the list.

9         Q    Right.  Okay.  And you see that Greenland was

12:50PM  10   contributing at $25,000?

11        A    Yes.

12        Q    And Hazens and Oceanwide at $10,000?

13        A    Yes.

14        Q    Did each of these developers that are highlighted

12:50PM  15   on the screen there, did they have pending or upcoming projects

16   in Los Angeles?

17        A    They did, yes.

18        Q    Was collecting contributions for Salesian

19   something that you did every year while Richelle Rios was

12:50PM  20   working there as a fundraiser?

21        A    Yes.  Every year.

22        Q    All right.  Did Hazens, through George Chiang and

23   the defendant, become a friend of the office?

24        A    Yes.

12:50PM  25        Q    And why were they -- why was Hazens a friend of

1        the office?

2            A       Because of the donations they've -- that they

3        gave to Council Member Huizar.

4            Q       And did it include just the donations or the

5        other types of financial benefits?

6            A       All the financial benefits for the councilman.

7            Q       And you described that introductory dinner that

8        you had with Chairman Yuan.  How many additional meetings or

9        dinners did you have with Chairman Yuan and Council Member

10       Huizar?

11           A       Multiple.  Several.

12           Q       Would you say it was at least five?

13           A       Yeah.  Five.

14           Q       And during those multiple meetings, what, if

15       anything, did Jose Huizar say about whether he supported the

16       Luxe Hotel project?

17           A       That he was in full support of the project.

18           Q       Was the defendant Ray Chan present at some of

19       these meetings?

20           A       Yes.

21           Q       What about George Chiang?

22           A       Yes.

23           Q       He was there?

24           A       Yes.

25           Q       And who would translate during these in-person

1  meetings or dinners?

2       A       Ray and George Chiang would translate at times.

3       Q       Do you recall attending one of these dinners

4  around November 2015 at a restaurant in Arcadia?

5       A       Yes.

6       Q       Who attended that dinner?

7       A       It was Council Member Huizar, Ray Chan, the

8  Chairman.  I believe it was also the general manager for Hazens

9  and George Chiang.

10      Q       Was the general manager Greg Sun?

11      A       Yes.

12      Q       And do you remember the defendant being there or

13 not being there?

14      A       He was there.

15      Q       At some point near the end of this dinner, were

16 you asked to leave?

17      A       I'm confusing two dinners.

18      Q       I see.

19              Do you recall a dinner that you attended in

20 November 2015 in Arcadia where you were asked to leave during

21 the end of it?

22      A       Yes.

23      Q       For that dinner, was the defendant in attendance?

24      A       No.

25      Q       But the other people were there, Jose Huizar,

1    George Chiang, Chairman Yuan, and Greg Sun?

2         A       Yes.

3         Q       Okay.  So what happened when you were asked to

4    leave?

5         A       Well, I was -- after the dinner, I was asked to

6    leave.  And Council Member Huizar and the Chairman and Greg Sun

7    stayed in the room while I left.  I was asked to leave the

8    room.

9         Q       And did you step out when you were asked to be

10   excused?

11        A       I did, yes.

12        Q       Where did you go?

13        A       I think I went to smoke a cigarette in front of

14   the restaurant with -- yeah.

15        Q       Okay.  How long do you think you were out there

16   for?

17        A       Maybe 20, 25 minutes.

18        Q       And what happened after that time?

19        A       What happened after?

20        Q       After 20, 25 minutes, what did you do next?

21        A       I went back in once it was -- once the coast was

22   clear.

23        Q       I see.  So you were asked to step out and they --

24   the other people had a private conversation without you, and

25   then you came back in?

1        A        Yes.

2        Q        When you came back in, what happened?

3        A        Just the festivities continued.  Just a lot of

4    drinking, BS'ing with -- just enjoying the dinner at that

12:54PM   5    point.

6        Q        At some point either during -- while you were

7    still at that restaurant or close in time the following day,

8    did George Chiang tell you what that private conversation was

9    that you were excused for?

12:54PM  10        A        Yeah.  That Council Member Huizar was asking the

11    Chairman if he could hire his friend Ernie Camacho to be part

12    of the construction project -- to be part of the development

13    project.

14        Q        So Council Member Huizar was asking Fuer Yuan of

12:54PM  15    Hazens or essentially Hazens to hire Ernie Camacho who was the

16    same Ernie Camacho that attended the first introductory dinner?

17        A        Yes.

18        Q        And when George Chiang told you that, what did

19    you think?

12:55PM  20        A        I wasn't shocked that -- I wasn't shocked that

21    the council member was going to make that request.

22        Q        Okay.  Were you not shocked because of that

23    introductory dinner where you saw that he was already starting

24    to introduce Hazens to Ernie Camacho?

12:55PM  25        A        Correct.

1        MS. HAR:  All right.  I'd like to publish

2    previously admitted Exhibit 543.

3        Q        Do you see here that this is an e-mail with the

4    subject line "Luxe Hotel project"?

12:55PM  5    A        Yes.

6        Q        Is that sent from George Chiang at this

7    Concord Realty e-mail address to you and copying Greg Sun?

8        A        Yes.

9        Q        And what's the date of this e-mail?

12:55PM 10    A        November 16, 2015.

11        Q        Okay.  And in the e-mail it says, "Hi George.

12    Hope you had a wonderful weekend.  Now with a common consensus

13    in place for the Luxe Hotel project, we would like to roll this

14    project full speed ahead.  Therefore, I would like to request

12:56PM 15    the biweekly standing meeting to restart."

16                Do you see that?

17        A        Yes.

18        Q        Did you understand that Jose Huizar was giving

19    his support for this Luxe Hotel project?

12:56PM 20    A        Yes.

21        Q        And do you recall around this time there being

22    biweekly standing meetings involving Jose Huizar's office and

23    Hazens about the Luxe Hotel project?

24        A        Yes.

12:56PM 25    Q        Was that something that Jose Huizar -- biweekly

1    meetings, is that something Jose Huizar would do for friends of

2    the office or VIPs?

3           A        Yes.

4           Q        What is the purpose of these standing meetings

5    with the developer?

6           A        It's really just hand-holding the developer

7    throughout the process.  So it's saving the developer time and

8    money.  Everyone they need to check with in the city process is

9    there at the same table all organizing the project, making sure

10   it's on timeline.  So just part of one of the many resources

11   that the Council Member Huizar had at his disposal.

12          Q        Did you attend some of these biweekly standing

13   meetings for Hazens?

14          A        For the most part, yes.

15          Q        What was your role during those meetings?

16          A        Just to monitor the meeting, just to make sure

17   that our -- that the CD-14 team or Council Member Huizar's

18   staff was being supportive, generally what the asks were within

19   those meetings.  So the council member had me in there as his

20   eyes and ears just to make sure that, not only does he get a

21   brief from his planning staff, but then me kind of

22   understanding the background of this -- of the company or the

23   background of the support, that we're all on the same page.

24          Q        And by you personally participating in these

25   meetings, did that have a significance or a message to

1    Jose Huizar's staff?

2         A    Yes.  If I was in a meeting, that meant this

3    project or this developer was very important to the council

4    member.  If I wasn't in the meeting, then it wasn't a priority

12:58PM   5    to the council member.

6         Q    Is that because you were understood within the

7    office to be Huizar's right-hand guy?

8         A    Yes.

9         Q    What other developer besides Hazens got these

12:58PM  10    special standing meetings that you can recall?

11         A    I can't recall any right now.

12         Q    Do you know whether Greenland got meetings like

13    this?

14         A    Yes.  Greenland did get those meetings as well.

12:58PM  15         Q    And did Greenland also pay Jose Huizar financial

16    benefits?

17         A    Yes.

18         Q    Including what we just looked at for things like

19    Salesian and the campaign?

12:58PM  20         A    Yes.  Salesian.  I believe certain nonprofits.  I

21    believe also the Democratic party.  Councilman asked me to ask

22    for a lot of donations.

23         Q    Okay.  Did you ever discuss with George Chiang a

24    plan to get benefits to Jose Huizar through Ernie Camacho?

12:59PM  25         A    Yes.

1    Q    Again, is that the same Ernie Camacho that we

2    were talking about?

3    A    Yes.

4    Q    Okay.  What did George Chiang tell you about that

12:59PM  5  plan?

6    A    So George Chiang told me that the reason that

7    Huizar wanted to -- wanted Hazens to hire Ernie Camacho was so

8    that Ernie Camacho would then pay Huizar cash for his services.

9    So, in other words, Hazens is paying Ernie Camacho for his,

12:59PM  10  quote/unquote, services.  Once Ernie Camacho receives the

11   check, then he cashes out the check and gives it to Council

12   Member Huizar.

13   Q    And what was the service that Ernie Camacho was

14   supposedly preparing for Hazens?

01:00PM  15   A    He was supposedly preparing real estate reports

16   for that L.A. area.

17   Q    And did George Chiang tell you who was actually

18   preparing those real estate reports?

19   A    Yes.  George Chiang told me he was the one who

01:00PM  20   actually created those real estate reports, and then he would

21   meet with Council Member Huizar I believe at the beginning of

22   each month to give him those reports.  And in return, Huizar

23   would give the reports to Ernie Camacho, and Ernie Camacho

24   would then give those reports to Hazens.

01:00PM  25   Q    And when did George Chiang tell you all of this?

1    A        It was right after that conversation about --

2    after Huizar had the conversation with the Chairman at

3    restaurant.

4    Q        And did you talk to George Chiang about this

01:00PM  5   while this whole real estate report scheme was going on?

6    A        Yes.

7    Q        When would you talk to him about that?

8    A        He would just express to me probably every time

9    before he would meet the council member how he was just

01:01PM  10  frustrated having to create these reports.  So me and

11   George Chiang started talking on a regular basis.  Yeah.  We

12   always talked.

13   Q        And would he sometimes call you to say he had

14   just dropped off one of these real estate reports?

01:01PM  15  A        Yes.  He would say, I just met with your boss,

16   dropped off another report, and then him and I would just talk

17   about whatever.

18   Q        Do you recall George Chiang being frustrated

19   about having to do this?

01:01PM  20  A        Yes.  Very frustrated.

21   Q        Around this same time, did you also see on

22   Jose Huizar's calendar appointments that he had with

23   George Chiang?

24   A        Yes.

01:01PM  25  Q        Okay.  And were those being scheduled every month

1014

```
  1   like George Chiang had described?
  2         A     Yes.  He had his initials G.C. at the beginning
  3   of each month to meet with him.
  4         Q     Do you know why Jose Huizar would write G.C. on
01:01PM   5   his calendar as opposed to George Chiang?
  6         A     He didn't want anyone to know he was meeting with
  7   George Chiang on a regular basis.  Normally everyone on staff
  8   wouldn't know who G.C. would be, but I knew who it was.
  9               MS. HAR:  If we could please publish previously
01:02PM  10   admitted Exhibit 28 and start with page 278.
 11         Q     Is this, again, Jose Huizar's Outlook calendar?
 12         A     Yes.
 13         Q     And here at the top right can you read the date,
 14   please?
01:02PM  15         A     October 4th, 2016.
 16         Q     And do you see at 9:00 o'clock there is an event?
 17         A     Yes.
 18         Q     For what?
 19         A     For meeting with G.C. at La Parrilla.
01:02PM  20         Q     What is La Parrilla?
 21         A     It is a Mexican restaurant in Boyle Heights.
 22         Q     Is this kind of an example of how that entry for
 23   a meeting with George Chiang, G.C., would look?
 24         A     Yes.
01:02PM  25               MS. HAR:  Let's look at another one, same
```

1    exhibit, page 308.

2         Q       So that last page 218 was October 4th, 2016.

3    What's the date of this calendar?

4         A       November 3rd, 2016.

01:03PM  5    Q       Okay.  One month later?

6         A       Yes.

7         Q       If we could zoom in at the 5:00 o'clock entry,

8    what's listed there?

9         A       G.C.

01:03PM  10   Q       Okay.  And this is at Starbucks?

11        A       Yes.

12               MS. HAR:  Zooming out.  If we go to page 343 of

13   this exhibit.

14        Q       What's the date of this calendar?

01:03PM  15   A       December 8th.

16        Q       Is that a month later?

17        A       Yes.

18               MS. HAR:  If we can zoom in at the 6:00 o'clock

19   entry.

01:03PM  20   Q       Who is that with?

21        A       G.C.

22        Q       You understood that to be George Chiang?

23        A       Yes.

24        Q       Were you also aware during this same time whether

01:03PM  25   Jose Huizar was having regular meetings with Ernie Camacho?

|   |   |   |   |
|---|---|---|---|
| | 1 | A | Yes, he was. |
| | 2 | Q | And how did you know that? |
| | 3 | A | Just based on his calendar. |
| | 4 | Q | Did you also see him or would he tell you he was |
| 01:03PM | 5 | going to meet Ernie Camacho? |
| | 6 | A | At times, yes. |
| | 7 | Q | I want to go back to Richelle Rios.  I believe |
| | 8 | you testified earlier that Richelle Rios worked at a law firm; |
| | 9 | correct? |
| 01:04PM | 10 | A | Yes. |
| | 11 | Q | As part of the pay-to-play scheme, would |
| | 12 | Jose Huizar ever try to get developers to hire the law firm |
| | 13 | that Richelle Rios was employed at? |
| | 14 | A | Yes. |
| 01:04PM | 15 | Q | And is that Richelle Rios shown at Exhibit 1, |
| | 16 | page 20? |
| | 17 | A | Yes. |
| | 18 | Q | All right.  Publishing previously admitted |
| | 19 | Exhibit 178, is this a text message thread between yourself and |
| 01:04PM | 20 | George Chiang? |
| | 21 | A | Yes. |
| | 22 | Q | I'm going to zoom in on the first -- all the |
| | 23 | messages. |
| | 24 | | And you write -- what's the date of this message? |
| 01:04PM | 25 | A | February 25th, 2016. |

1    Q       And you write, "From my boss."  And then the next

2  message says, "Hey, please work it out with George or that guy

3  we met to set up a meeting with Joseph and Rudy Ruiz.  Let them

4  know that Richelle works at Rudy Law Firm and we want to make

01:05PM  5  introduction to see if Body Glove every needs legal defense.

6  Please keep me posted."

7           The message I just read, is that directly from

8  Jose Huizar?

9    A       Yes.

01:05PM  10    Q       And when it says, "Please work it out with

11  George," did you understand that to mean George Chiang?

12    A       Yes.

13    Q       And in this message, what is it that Jose Huizar

14  wants George Chiang to do?

01:05PM  15    A       He wants to make -- he wants George Chiang to

16  make the introduction so he can encourage the company to hire

17  his wife's law firm or the law firm that his wife works for.

18    Q       Okay.  When it says meeting with Joseph, who did

19  you understand Joseph to be?

01:05PM  20    A       To be Joseph Lin.

21    Q       The guy who owned Body Glove and City Century?

22    A       Yes.

23    Q       And why did Jose Huizar instruct you to

24  communicate this message through George Chiang?

01:06PM  25    A       Because at that time George Chiang had access to

1    Joseph Lin.

2         Q      Now, I want to talk about a Chinese developer who

3    was not a friend of the office.  Previously you talked about

4    Shanghai Construction.

01:06PM    5         A      Yes.

6         Q      Did you also testify that Shanghai Construction

7    did not pay $20,000 of Jose Huizar's 2015 campaign debt; right?

8         A      Correct.

9         Q      Did Shanghai Construction have a pending project

01:06PM   10    in the city of L.A.?

11         A      They did, yes.

12         Q      At some point was the defendant Ray Chan involved

13    with facilitating a relationship between Jose Huizar and

14    Shanghai Construction?

01:06PM   15         A      Yes.

16         Q      In particular, did he introduce that CEO or

17    principal Winfred?

18         A      Yes.

19         Q      At some point was the defendant trying to get

01:06PM   20    Shanghai Construction to hire somebody?

21         A      Yes.

22         Q      Who did the defendant want Shanghai Construction

23    to hire?

24         A      Ricky Zheng.

01:07PM   25         Q      Is that the same Ricky Zheng of Shen Zhen

```
 1   New World?

 2        A     Yes.

 3        Q     Did you attend a dinner where that was discussed?

 4        A     Yes.

 5        Q     Who was at that dinner?

 6        A     It was Winfred.  It was Ray Chan, Ricky Zheng,

 7   myself, and Winfred staff.

 8        Q     From Shanghai Construction?

 9        A     Yes.  From Shanghai Construction.

10        Q     During that dinner, what did the defendant say

11   about Ricky Zheng?

12        A     That he had a close relationship with

13   Council Member Huizar, that he had a close relationship with

14   Ray, and that he had a close relationship with me.

15        Q     Okay.  So the defendant is communicating to

16   Shanghai Construction that this guy Ricky Zheng is close with

17   you, with Jose Huizar, and with himself.

18        A     Yes.

19        Q     Correct?

20              And then what else did he say?

21        A     That currently the consultant that they have

22   right now is not -- that is not -- doesn't really work well

23   with Huizar's office.  Not a friend of Huizar's office.

24        Q     Who was the consultant at the time?

25        A     A man named Hamid.
```

1     Q      Okay.  So in light of all of that, what was the

2   defendant telling Shanghai Construction to do?

3     A      To hire Ricky Zheng.

4     Q      Instead of --

5     A      Instead of Hamid.

6     Q      And did the defendant say anything about why

7   Ricky Zheng would be the better consultant for

8   Shanghai Construction?

9     A      Just the main reason of the relationship he has

10   with Council Member Huizar, the relationship that he has with

11   Ray, and the relationship that he has with me being

12   council member's right hand.

13     Q      Is the idea being that Ricky Zheng, having all

14   those connections, could help the Shanghai project?

15     A      Yes.

16     Q      And are we talking about being a consultant for

17   the entitlements process in Los Angeles?

18     A      I believe so, yes.

19     Q      As far as you know, is that a complicated

20   process?

21     A      Yes.

22     Q      As far as you knew, did Ricky Zheng have any

23   experience being a consultant for the entitlements process in

24   Los Angeles?

25     A      No, he did not.

1       Q       Did Shanghai Construction ultimately hire
2  Ricky Zheng as the defendant requested?
3       A       No, they did not.
4       Q       As part of the pay-to-play scheme, what happened
01:09PM  5  to Shanghai Construction's project after they didn't pay the
6  20,000 for the campaign debt and after they did not hire
7  Ricky Zheng?
8       A       We stalled their project.
9       Q       What do you mean that you stalled their project?
01:09PM 10       A       The council member did not take any meetings from
11  Shanghai Construction, would not answer any e-mails from
12  Shanghai Construction, would actually reject even meetings from
13  Hamid to meet with Shanghai Construction.  And I know they had
14  other pending requests, and the council member ordered our
01:10PM 15  office to ignore them.
16       Q       And as a result, what happened to the application
17  for Shanghai Construction's project?
18       A       It was stalled.  I'm not sure -- yeah.  It was
19  stalled.
01:10PM 20       Q       Like it didn't go forward?
21       A       Yeah.  It did not go forward.
22       Q       In the preparation for the trial, have you
23  reviewed a recorded call of you and Ricky Zheng talking about
24  Shanghai Construction around May 11 of 2017?
01:10PM 25       A       Yes.

1    Q      At the time you participated in that call, did

2    you know it was being recorded by the FBI?

3    A      No, I did not.

4           MS. HAR:  I'm going to play previously admitted

01:10PM   5    Exhibit 81.

6           (The audio commenced playing before the jury.)

7           MS. HAR:  If we can pause it, please.

8    Q      Okay.  So in that part of the recording, did you

9    hear yourself tell Ricky Zheng that Hamid from

01:11PM  10    Shanghai Construction, they keep bugging us because we stalled

11    their project for about a year now?

12    A      Yes.

13    Q      And did you describe all the ways in which

14    Jose Huizar's office stalled the project and didn't help them

01:12PM  15    with a bunch of stuff on the approvals and they couldn't even

16    start?

17    A      Correct.

18    Q      Why are you reaching out to Ricky Zheng?  What

19    question are you asking him?

01:12PM  20    A      Asking him what should be the next step.  Asking

21    him if the council member should meet with

22    Shanghai Construction.

23    Q      Did you tell him, it's pretty much up to you?

24    A      Yes, I did.

01:12PM  25    Q      This is Ricky Zheng who is the person who went to

```
 1    all the Vegas trips with Shen Zhen New World's Chairman; right?
 2         A    Yes.
 3              MS. HAR:  Keep playing.
 4              (The audio commenced playing before the jury.)
 5              MS. HAR:  Pause there.
 6         Q    In that next portion, did you explain to
 7    Ricky Zheng the fact that "Shanghai hadn't come through with
 8    any commitments to us, to you"?
 9         A    I did say that, yes.
10         Q    What was the commitment to us that
11    Shanghai Construction hadn't come through with?
12         A    The $25,000 for the debt.
13         Q    For Jose Huizar's 2016 election debt?
14         A    Yes.
15         Q    What was the commitment to you, Ricky Zheng, that
16    they had not come through with?
17         A    To hire him as a consultant.
18         Q    Did you hear Ricky Zheng add -- say "Even Ray
19    doesn't want you guys to work with Hamid.  Raymond really,
20    really hates them"?
21         A    Yes.
22         Q    Is that the defendant Raymond Chan?
23         A    Yes.
24         Q    Was this after this dinner that you had attended
25    where the defendant was trying to convince
```

1    Shanghai Construction to hire Ricky Zheng as a consultant for

2    the entitlements project?

3         A       Yes.

4                 MS. HAR:   We can keep playing.

01:14PM  5                 (The audio commenced playing before the jury.)

6         Q       BY MS. HAR:   So is this an example of what

7    happens to a developer who does not pay benefits to Jose Huizar

8    within the pay-to-play scheme?

9         A       Yes.

01:14PM  10        Q       And what happens to them?

11        A       Their project gets stalled.   The council member's

12   office ignores them and, yeah, their project gets stalled.

13        Q       What's your understanding of why the defendant

14   wanted Ricky Zheng to be the consultant for

01:14PM  15   Shanghai Construction?

16        A       Can you say that again, please?

17        Q       What's your understanding of why the defendant

18   Raymond Chan wanted Ricky Zheng to be this consultant?   Why did

19   he care?

01:14PM  20        A       Well, I just know that Ray had a good

21   relationship with Ricky too.

22        Q       Okay.   Did Ricky Zheng understand Ray Chan's role

23   in the City?

24        A       Yes.

01:15PM  25        Q       Okay.   I'm going to return to the topic of a

1    China trip for Jose Huizar.  So you talked about how in 2013

2    there were plans to go to China as hosted by Shen Zhen

3    New World, and that didn't happen; correct?

4         A    Correct.

01:15PM  5         Q    And did Jose Huizar end up going to China later

6    on?

7         A    He did, yes.

8         Q    And when was that?

9         A    I don't remember the exact year right now.

01:15PM  10        Q    Would you say around 2015?  Does that sound

11   right?

12        A    It would have to be after his re-election.  So

13   after his --

14        Q    After March 2015?

01:15PM  15        A    Yes.  After March.

16        Q    And what was the purpose of that trip to China?

17        A    To visit the Chinese developers in -- that were

18   doing business in downtown, to visit them in China.

19        Q    Visit developers that were doing work in Downtown

01:16PM  20   Los Angeles.

21        A    Yes.

22        Q    Did you help coordinate that trip?

23        A    Yes.

24        Q    Did anyone else help coordinate that trip?

01:16PM  25        A    George Chiang did.

1     MS. HAR;  I want to publish previously admitted

2  Exhibit 363B.

3     Q     Is this another phone note that you took?

4     A     Yes.

01:16PM  5     Q     Do you see the date there that you created it?

6     A     Yes.

7     Q     What date is that?

8     A     July 17, 2015.

9     Q     And then in the note you write, "China trip

01:16PM  10  e-mailed consul general.  E-mailed Ifei from Greenland.  George

11  is contacting Joseph, Oceanside, and Hazens.  Consul general

12  will help out with visas.  George and I will brief the CM next

13  Monday."

14     A     Yes.

01:17PM  15     Q     Who is Ifei?

16     A     She was the CEO of Greenland.

17     Q     Who is Joseph?

18     A     Joseph is Joseph Lin from City Century.

19     Q     It says Oceanside, but did you mean Oceanwide?

01:17PM  20     A     I did, yes.

21     Q     Who is the George that's referenced in this note?

22     A     George Chiang.

23     Q     Were you with someone when you were making this

24  note?

01:17PM  25     A     I don't remember if I was with someone.

1       MS. HAR:  All right.  Let's publish previously

2  admitted Exhibit 363F.  If we could zoom in on that.

3       Q       Is this another phone note that you took

4  regarding the plan for the China trip?

01:17PM  5       A       Yes.

6       Q       What's the date of this note?

7       A       October 21st, 2015.

8       Q       And then you write, "We are staying the hotel

9  Shangri La in Shanghai Beijing."  And there is a note, "Please

01:18PM  10 work with George/Ray to confirm Oceanwide either November 6th,

11 7th or 8th."

12              Do you see that?

13      A       Yes.

14      Q       Were you with someone when you took this note?

01:18PM  15      A       Yes.  I was with Council Member Huizar.

16      Q       Is this what Jose Huizar was telling you, "Please

17 work with George/Ray to confirm Oceanwide for these dates"?

18      A       Yes.

19      Q       And a little bit below that, it says, "Let Ricky

01:18PM  20 know to tell Chairman that I will be Hangshou with some dates."

21              Right?

22      A       Yes.

23      Q       And who is Ricky?

24      A       Ricky Zheng from Shen Zhen.

01:18PM  25      Q       Why did Jose Huizar instruct you to work with

1     George/Ray -- is that George Chiang and Ray Chan?

2         A       Yes.

3         Q       Why did he instruct you to work with

4     George Chiang and Ray Chan for Oceanwide?

01:19PM  5         A       Because they were the connection to Oceanwide.

6         Q       And did you understand George Chiang to be the

7     consultant for Oceanwide?

8         A       Yes.

9         Q       Had the defendant introduced Jose Huizar to

01:19PM 10    Oceanwide?

11        A       Yes.

12        Q       Okay.  Is generally part of this note to

13    coordinate the itinerary for Jose Huizar's trip to China?

14        A       Yes.

01:19PM 15                MS. HAR:  Let's publish previously admitted

16    Exhibit 343.

17        Q       Do you see there at the top left the date?

18        A       Yes.

19        Q       What does it say?

01:19PM 20        A       November 2015 China trip.

21        Q       Okay.  What is this document generally?

22        A       This is the itinerary for Council Member Huizar's

23    China trip.

24        Q       As far as the handwriting on this document, do

01:19PM 25    you recognize that handwriting?

1          A       Yes.

2          Q       Whose handwriting is that?

3          A       Council Member Huizar's handwriting.

4          Q       And in the handwritten notes, does it identify

01:20PM  5   different developers' names?

6          A       Yes.

7          Q       Did Jose Huizar meet with these developers during

8    this trip?

9          A       Yes, he did.

01:20PM  10         Q       So which developers' names do you see on this

11   document?

12         A       Greenland, Oceanwide, Sheng Lo, and Hazens.

13         Q       Did you know Sheng Lo to also be City Century?

14         A       Yes.

01:20PM  15         Q       Is that why in parentheses at the bottom there it

16   says "Joseph" as in Joseph Lin?

17         A       Yes.

18         Q       And did Ray Chan, the defendant, facilitate

19   relationships between each of these developers handwritten on

01:20PM  20   Exhibit 343 and Jose Huizar?

21         A       Yes.

22         Q       By this point, November 2015, had Huizar sought

23   benefits from each of these developers?

24         A       Yes, he did.

01:21PM  25         Q       Okay.  When was Jose Huizar's final term as a

 1   council member set to end?

 2         A       In 2020.

 3         Q       And was there another candidate that you were

 4   helping to get elected for the CD-14 seat in 2020?

01:21PM  5         A       Yes.  I was helping get his wife Richelle Rios

 6   elected.

 7         Q       And what role did you play in the early parts of

 8   Richelle Rios getting ready to run for this seat?

 9         A       Her campaign manager.

01:21PM 10         Q       And what did you do as the campaign manager in

11   these early stages?

12         A       We set up a lot of meetings with the -- our

13   staff, with the CD-14 staff to brief her on policy issues,

14   community issues.  We also set up scheduling -- we also

01:21PM 15   coordinated her calendar so she could attend events that will

16   be beneficial for her and also events that she could attend

17   with her husband the council member so she can be seen.  We

18   were really trying to increase her visibility within the

19   district and also within the powers that be in politics.

01:22PM 20         Q       Was there a strategy with respect to her name or

21   her branding for this campaign?

22         A       Yes.  We were -- since her name was

23   Richelle Rios, we were planning to change her name to

24   Richelle Huizar just so that people could have -- could

01:22PM 25   recognize -- increase her name ID by having the council

```
 1   member's last name.
 2        Q     And when you'd have these meetings with the staff
 3   or the executive team, was there a way that they would be
 4   identified on Jose Huizar's calendars?
 5        A     Yes.  They would be identified as Executive No. 2
 6   meetings.
 7        Q     What does that mean?
 8        A     That means it was the political meetings with the
 9   senior staff, with the executive staff and Richelle.
10        Q     And where would these meetings take place?
11        A     At either the city hall office or Boyle Heights
12   office -- or the council member's Boyle Heights office.
13        Q     As far as you know, did Richelle Rios always want
14   to run for the CD-14 seat?
15        A     No, she did not.
16        Q     Did you speak with Jose Huizar about getting
17   Richelle Rios to run?
18        A     Yes.
19        Q     What did Jose Huizar do in terms of trying to get
20   Richelle Rios to run?
21        A     He wanted me to talk to her and help convince her
22   because she was unwilling to run based on her responsibilities
23   with the kids, and she just -- I guess she needed some more
24   reassurance that she has a team in place.
25        Q     Whose idea was it for Richelle Rios to run for
```

1       the seat?

2               A       Council Member Huizar's idea.

3               Q       Why did Council Member Huizar want Richelle Rios

4       to run for the CD-14 seat?

01:23PM  5      A       Because he wanted to maintain power within CD-14,

6       especially with all the development taking place in downtown.

7       The council member knew if he did not have an ally within that

8       council seat, if he didn't have someone he supports or supports

9       him, then he would also lose access to the developers in

01:24PM 10      Downtown L.A.

11              Q       So in order to maintain his access to the

12      developers, he wanted to get Richelle Rios into power?

13              A       Correct.  Yes.

14              Q       So was that to keep the RICO conspiracy and

01:24PM 15      pay-to-play scheme going?

16              A       Yes.

17              Q       And did you understand Richelle Rios to be

18      reluctant to run for the seat?

19              A       Yes.  She was very reluctant to run.

01:24PM 20              Q       What did she express to you about that?

21              A       She didn't think at the time that her husband

22      would watch the kids and be there to support the family when

23      she's running.  So her main concern was the kids.

24              Q       I believe you said that Jose Huizar asked you to

01:24PM 25      try to persuade or talk to Richelle Rios about running for the

seat?

A      Yes.

Q      And did you do that?

A      I did, yes.

01:24PM    Q      And eventually did she agree to run?

A      She did, yes.

Q      Did you have conversations with Jose Huizar about your role after 2020?

A      Yes.

01:25PM    Q      What were those conversations?

A      He hadn't decided yet, but the conversation was do I stay in CD-14, so stay on City payroll?  Do I stay within the office?  Or do I come out in the private sector and open up a consulting firm with the council member on the outside.  So

01:25PM    there were talks to either go private or do I stay in government.

Q      This is Jose Huizar sort of weighing his options after he was done being a council member?

A      Yes.

01:25PM    Q      So when he would discuss the option of staying on the inside or on City payroll, what did he say about that?

A      It was just me being in there so he still has the eyes and ears within the CD-14 office.  Also, to help kind of influence Richelle on what's important to him on the outside.

01:26PM    Q      As far as the second option where Jose Huizar

1  discussed going to the outside in the private sector, what

2  would be his plan if he did that?

3      A  His plan, he wanted to really monopolize the

4  developer market just because now that his wife would be in

5  city council, she would also theoretically still be in charge

6  of -- she would actually still be in charge of Downtown L.A.

7  So it would be beneficial for Huizar to have all these

8  consulting gigs, these contracts, and also have his wife who

9  also is a council member for Downtown L.A.  It was definitely a

10  power move on his behalf.

11      Q  So on either the inside or outside options, did

12  you understand that Jose Huizar planned to have significant

13  influence and control over Richelle Rios and the CD-14 seat?

14      A  Yes.

15      Q  Do you know someone named Morrie Goldman?

16      A  I do, yes.

17      Q  Publishing Exhibit 1, page 12, is that

18  Morrie Goldman?

19      A  Yes.

20      Q  And who is Morrie Goldman?

21      A  He was a lobbyist for the City.

22      Q  Did he have some connection to Richelle Rios's

23  campaign?

24      A  Yes.  The council member asked him to start up a

25  political PAC that we could funnel money into that then would

1  support her for -- that would support her -- would support her

2  election.

3       Q       When you say a PAC, are you referring to a

4  Political Action Committee?

01:27PM  5       A       Yes.

6       Q       And why did Jose Huizar want to use a PAC to

7  funnel this money for Richelle Rios's campaign?

8       A       Because in a PAC there's no restrictions on the

9  amount of money that can be asked for that particular PAC.  So

01:28PM  10  the regular campaign the max is a $700 check.  In a PAC you can

11  ask for an unlimited amount of money.  So it can be a $100,000

12  check.  $5,000 check.  There are less restrictions.

13       Q       And did Jose Huizar want to use this PAC to build

14  up a war chest?

01:28PM  15       A       Yes.

16       Q       What is a war chest?

17       A       In his mind, his war chest would just be

18  fundraising a lot of money so he could scare off any opponents

19  that may be thinking about running against Richelle.

01:28PM  20       Q       And from whom was Jose Huizar going to solicit

21  contributions to this PAC?

22       A       Any developer who has a pending project within

23  the city.

24       Q       And on its face, would -- strike that.

01:28PM  25               Did you participate in a meeting about setting up

```
  1    this PAC?

  2            A       I did, yes.

  3            Q       And what year was that?

  4            A       2016, I want to say.  Maybe 2016.

  5            Q       Okay.

  6            A       I'm not too sure.  I don't remember the exact

  7    date right now.

  8            Q       What was your last date in Jose Huizar's office?

  9            A       December 2017.

 10            Q       And where did this meeting take place?

 11            A       This meeting took place at Morrie Goldman's loft

 12    in Little Tokyo.

 13            Q       Who attended this meeting?

 14            A       Council Member Huizar, myself, Morrie Goldman,

 15    and Justin Kim.

 16            Q       Justin Kim of 940 Hill?

 17            A       Yes.

 18            Q       During this meeting at Morrie Goldman's loft in

 19    Little Tokyo, what instructions did Jose Huizar give about the

 20    PAC?

 21            A       He wanted to make sure that Justin Kim and

 22    Morrie Goldman knows it's a PAC created for Richelle but also

 23    wanted to get someone else's face -- someone to be the face of

 24    the PAC so it's not directly tied to Richelle and to him.

 25            Q       So Jose Huizar, did he want to be the one to set
```

1    up the PAC?

2         A    Yes.

3         Q    Sorry.  Did he on the paperwork want to be the

4    one to set up the PAC?

01:30PM    5    A    No.

6         Q    Is that what he was asking Morrie Goldman to do

7    with Justin Kim's help?

8         A    Yes.

9         Q    And do you recall the name of the PAC?

01:30PM   10    A    I think it was Families For a Better L.A., I

11   believe.  I think so.

12        Q    Families For a Better L.A.?

13        A    Yes.

14        Q    And would the PAC with that name "Families For a

01:30PM   15   Better L.A.," on its face would it be clear it was really money

16   for Richelle Rios's campaign?

17        A    Yes.

18        Q    It would be clear?

19        A    It wouldn't be on a document that was for

01:30PM   20   Richelle Rios, no.

21        Q    It was your understanding that the PAC was really

22   for Richelle Rios?

23        A    Yes.

24        Q    What would be your role once this PAC got set up?

01:31PM   25   A    My role to work with the council member and to

1  come up with a fundraising plan to ask developers to donate to

2  that PAC.

3       Q       Was Morrie Goldman a friend of the office?

4       A       Yes.

01:31PM  5       Q       Why was Morrie Goldman a friend of the office?

6       A       Because he was another person who delivered on

7  all of Council Member Huizar's requests.

8       Q       And did -- was there a particular client that

9  Morrie Goldman had that was an important friend of the office?

01:31PM  10      A       Yes.  He had a lot of developer clients, but the

11  one -- I'm trying to remember the name.  Sorry.  I'm blanking

12  out --

13      Q       Are you familiar with the Mateo project?

14      A       Mateo project, yes.

01:32PM  15      Q       Are you familiar with what the name of that

16  developer was?

17      A       Carmel Partners.  There you go.

18      Q       All right.  And as part of getting ready to

19  fundraise for this PAC that was really for Richelle Rios, did

01:32PM  20  you ask Shawn Kuk for a list of developers?

21      A       To get ready for the PAC, yes.

22      Q       And Shawn Kuk is Huizar's planning deputy?

23      A       Yes.

24              MS. HAR:  Let's publish previously admitted

01:32PM  25  Exhibit 140.

1    Q       Is this a text message thread between you and

2  Jose Huizar?

3    A       Yes.

4            MS. HAR:  Zoom in on the first two messages.

01:32PM   5    Q       Do you see Jose Huizar's message to you on

6  November 15th, 2017?

7    A       Yes.

8    Q       And he wrote, "Learn the tricks of the trade.

9  Let's meet tomorrow.  Richelle and I spoke yesterday.  And be

01:32PM  10  ready to discuss all of campaign for Richelle and where we are

11  and get list of commitments we have for PAC and make list of

12  potentials for PAC.  Discuss this list of potentials with

13  Morrie, and let's discuss tomorrow."

14            Right?

01:33PM  15    A       Yes.

16    Q       It says Rochelle, but is that Richelle Rios?

17    A       Yes.

18    Q       And when he tells you to get a list of

19  commitments we have for PAC and to make a list of potentials,

01:33PM  20  what did you understand his instruction to be?

21    A       To be prepared for the meeting.  To make sure

22  that we organize all the commitments.

23    Q       Was this going to be a list of commitments

24  including from developers with projects in the city?

01:33PM  25    A       Yes.

1        Q        And you wrote back, "Awesome, boss.  Let's do

2   it."

3        Q        In this time period late 2017, was it a priority

4   for Jose Huizar to get his wife elected to the

01:33PM  5   Council District 14 seat?

6        A        Yes.

7        Q        Was it his biggest priority?

8        A        Yes.

9        Q        Was that to keep control of CD-14 and Downtown

01:34PM  10  Los Angeles?

11       A        Yes.

12       Q        In preparation for this trial, did you review

13  clips of a recorded call between you and George Chiang on

14  May 10, 2017, discussing Richelle Rios's PAC?

01:34PM  15       A        Yes.

16       Q        And at the time of this call, did you know it was

17  being recorded by the FBI?

18       A        No, I did not.

19               MS. HAR:  So I'm going to publish previously

01:34PM  20  admitted Exhibit 611A.  If we could please play that.

21               (The audio commenced playing before the jury.)

22       Q        BY MS. HAR:  All right.  So in that particular

23  clip, are you talking to George Chiang about the Hazens

24  project?

01:35PM  25       A        Yes.

1041

1    Q    And did you tell George Chiang that we had a

2    productive day where he told Shawn, let's streamline the Hazens

3    project?

4    A    Yes.

01:35PM    5    Q    And who told Shawn to streamline the Hazens

6    project?

7    A    Council Member Huizar.

8    Q    And near the middle part of that call, did you

9    tell George Chiang that Jose Huizar had been trying to push,

01:35PM    10    "Well, why aren't we asking for more?"  And you said, "Why

11    don't we squeeze the other -- this other project better than

12    trying to squeeze these guys like they've been helpful."

13    Right?

14    A    Right.

01:36PM    15    Q    What did you mean by that?

16    A    It's just since the council member -- once the

17    council member had someone he knew in that project, he was just

18    going to keep asking, asking, asking.  He felt, since he had

19    the relationship, he could keep asking for benefits.

01:36PM    20    Q    From Hazens?

21    A    From Hazens.

22    Q    Did you, during that meeting with Jose Huizar,

23    try to tell Jose Huizar to get these benefits from this other

24    project since Hazens had already been so helpful?

01:36PM    25    A    Yes.  I felt, since Hazens had been helpful, that

```
 1   he should start asking other developers for support.

 2              MS. HAR:  Let's play Exhibit 611B.

 3              (The audio commenced playing before the jury.)

 4        Q     BY MS. HAR:  So in that call, did you explain to

 5   George Chiang Jose Huizar's plan to use the PAC to run Richelle

 6   and to get money from developers?

 7        A     Yes, I did.

 8        Q     What did you explain about Jose Huizar's approach

 9   in getting developers to pay to the PAC?

10        A     Counsel Huizar knew he had all the leverage on

11   these development projects, so he was going to strong-arm them

12   to support the PAC.  For those developers who didn't want to

13   contribute to his wife's campaign, then he was going to

14   essentially stall their project.

15        Q     Like how Shanghai Construction's project got

16   stalled when they didn't contribute to Huizar's debt and didn't

17   take the request to hire Ricky Zheng?

18        A     Exactly, yes.

19        Q     And there was a reference to Joseph.  I think

20   you're making an example.  So his thing is Joseph, okay, you

21   want help.  You know whatever help, I want $50,000 to this

22   committee.

23              Is that Joseph Lin?

24        A     Yes.

25        Q     Did you also hear yourself make reference to
```

1    Hazens, Oceanwide?

2         A    Yes.

3         Q    Are these all developers that Jose Huizar planned

4    to get commitments from for Richelle Rios's PAC?

01:38PM  5         A    Yes.

6         Q    Again, was this all part of the goals of the

7    pay-to-play scheme and RICO conspiracy to benefit members of

8    this enterprise?

9         A    Yes.

01:39PM  10        Q    And to keep power, in this instance, through

11   Richelle Rios?

12        A    Yes.

13        Q    Did you ultimately collect commitments for this

14   PAC?

01:39PM  15        A    Yes.

16        Q    Did you prepare a list with those commitments?

17        A    I did.

18        Q    Did you do that in Los Angeles?

19        A    Yes.

01:39PM  20        Q    And after you left Jose Huizar's office at the

21   end of 2017, did he ask you to send him that list of

22   commitments for Richelle's PAC that you had prepared?

23        A    Yes.

24        Q    Did you understand that Jose Huizar was going to

01:39PM  25   carry on with this plan to get Richelle Rios elected to office

1    including through raising PAC money even after you had left?

2         A    Yes.

3              MS. HAR:  I'd like to publish previously admitted

4    Exhibit 125.  We can zoom in at the top there.

01:40PM   5    Q    Do you see this is an e-mail from your personal

6    to Jose Huizar's personal e-mail?

7         A    Yes.

8         Q    What is the date of this e-mail?

9         A    January 10, 2018.

01:40PM  10    Q    Were you still in Jose Huizar's office at this

11   time?

12        A    I was not.

13        Q    Okay.  What is the subject?

14        A    "IE strategy."

01:40PM  15    Q    Okay.  And then do you see that there's two

16   attachments, "copy of commitments" and "IE Huizar strategy"?

17        A    Yes.

18        Q    What does IE mean?

19        A    It's an independent expenditure.  It's the same

01:40PM  20   as the PAC.

21        Q    Is the Political Action Committee a type of

22   independent expenditure?

23        A    Yes.

24        Q    Did you send this letter from Los Angeles?

01:40PM  25        A    I did, yes.

```
 1          Q      Let's go to page 2.  Is this the copy of
 2   commitments attachment that you included with this e-mail?
 3          A      Yes.
 4                 MS. HAR:  Let's zoom in on the top third or so.
 5   That's good.
 6          Q      Do you see here -- is this your list of the
 7   developers or companies who were -- you were planning to
 8   collect for the PAC?
 9          A      Yes.
10          Q      Do you see Shanghai Construction is on there for
11   2,500 under Hamid Behdad?
12          A      Yes.
13          Q      Below that who is listed?
14          A      City Century.
15          Q      For how much?
16          A      25,000.
17          Q      Below that?
18          A      Greenland.
19          Q      For how much?
20          A      25,000.
21                 MS. HAR:  Zoom out.  Let's go to the bottom third
22   or so.  All right.
23          Q      And then in that part, do you see Hazens?
24          A      Yes.
25          Q      And how much was that commitment for?
```

```
 1          A       100,000.

 2          Q       Who is listed?

 3          A       George Chiang.

 4          Q       Okay.  And below that?

 5          A       Oceanwide.

 6          Q       For how much?

 7          A       25,000.

 8          Q       And below that?

 9          A       R&F.

10          Q       For how much?

11          A       25,000.

12          Q       Is R&F the same developer with whom you attended

13   a dinner in which the defendant tried to get George Chiang

14   hired as a consultant?

15          A       Yes.

16                  MS. HAR:  If we can zoom out and look at the

17   entire page.

18          Q       What is the largest listed contribution on your

19   spreadsheet?

20          A       It was the 100,000 from Hazens.

21          Q       Okay.  That was the largest single contribution

22   listed on this Excel?

23          A       Yes.

24          Q       All right.  I'm going to talk about another China

25   trip.  Are you aware whether Jose Huizar went to China in April
```

01:41PM (line 5)
01:41PM (line 10)
01:42PM (line 15)
01:42PM (line 20)
01:42PM (line 25)

1    of 2017?

2         A       Yes.

3         Q       Did you help coordinate that trip?

4         A       Yes.

01:42PM  5    Q       And who did you work with to plan that trip?

6         A       George Chiang.

7         Q       Who hosted this trip in 2017?

8         A       Hazens did.

9         Q       And did you discuss with George Chiang what the

01:43PM 10    purpose of Jose Huizar going to China to visit with Hazens in

11    2017 was?

12        A       Yes.

13        Q       And what was the purpose?

14        A       That he wanted to ask -- he wanted to ask more

01:43PM 15    money for the PAC or he wanted to ask, I believe, $100,000 for

16    the PAC and then also ask for an increase in the money that he

17    was getting from the Ernie Camacho transaction because, since

18    Ernie Camacho was keeping the taxes, the council member was

19    getting less than $10,000 a month.  So he wanted to increase

01:43PM 20    the amount so he could at least get $10,000 every month.

21        Q       Sounds like there's two reasons for the trip;

22    right?

23        A       Yes.

24        Q       The first one you said is Huizar wanted to ask

01:44PM 25    Hazens to agree to the PAC commitment?

1        A       Yes.

2        Q       Is that the hundred thousand that was then later

3    on your 2018 spreadsheet that we looked at?

4        A       Yes.

01:44PM   5        Q       And when Huizar got back from this China trip in

6    2017, did he say anything to you specifically about Hazens and

7    the PAC?

8        A       Yeah.  He told me to mark down $100,000 for

9    Hazens that they committed to the PAC.  So he told me that --

01:44PM  10    he told me to add $100,000 to the Excel sheet.

11        Q       So based on that, did you understand Huizar had

12    successfully gotten Hazens to agree to the hundred thousand

13    during the China trip?

14        A       Yes.

01:44PM  15        Q       And then as far as the second purpose that

16    George Chiang told you about, it was to ask Hazens Chairman to

17    pay more money to Ernie Camacho for the fake real estate

18    reports?

19        A       Yes.

01:44PM  20        Q       And ultimately was that so that Jose Huizar could

21    get more money -- $10,000 a month specifically in pocket?

22        A       Correct.  Yes.

23        Q       Now, are you aware whether -- sorry.  Strike

24    that.

01:45PM  25                I want to go back to Shen Zhen New World for a

1    moment.  Are you aware whether Chairman Wei Huang of Shen Zhen

2    New World supported Richelle Rios's candidacy?

3         A      He did, yes.

4         Q      How do you know that?

01:45PM  5         A      Just based on conversations with the council

6    member and Ricky and the Chairman.

7         Q      Did you attend a dinner involving Chairman

8    Wei Huang, Jose Huizar, and others where Jose Huizar told

9    Chairman Wei Huang that he was going to term out soon?

01:45PM  10        A      Yes.

11         Q      Did he also explain to Chairman Wei Huang that

12    Richelle Rios was going to run?

13         A      Yes.

14         Q      And what did Chairman Wei Huang say in response?

01:46PM  15        A      In his broken English, very, very good, that he

16    would support her.

17         Q      Did you also speak to Ricky Zheng about

18    Richelle Rios's candidacy?

19         A      I did, yes.

01:46PM  20        Q      Did you do that more than once?

21         A      Yes.

22         Q      What did you tell Ricky Zheng about Richelle Rios

23    running?

24         A      That it was important for Richelle to win so that

01:46PM  25    Council Member Huizar maintains power, especially since the

1    Chairman has the project in his district.  It's good to keep

2    Richelle in office so they didn't have to start a new

3    relationship with another council member.

4        Q      What specifically did Ricky Zheng say to you

01:46PM  5   about whether it would be good or why it would be good for

6    Richelle Rios to take over the seat?

7        A      Mainly it was just protecting Chairman Huang's

8    investment in Council Member Huizar.

9        Q      And was that because at the time that

01:46PM  10  Richelle Rios -- this talk about her candidacy and the PAC, was

11   the L.A. Grand project still pending?

12       A      Yes.

13       Q      It hadn't been approved yet?

14       A      No.

01:47PM  15      Q      All right.  So staying in 2017, I'm going to now

16   talk about the FBI investigation.

17              In the earlier part of 2017, did you become aware

18   that the FBI was potentially investigating Jose Huizar?

19       A      Yes.

01:47PM  20      Q      And what had you heard at that time?

21       A      I heard that the FBI was calling some of the

22   people -- some people that we knew and just -- just

23   inquiring -- just calling people.  That's all I knew at that

24   time.

01:47PM  25      Q      Did you hear about any FBI interaction with the

1051

| | |
|---|---|
| 1 | casino host in Las Vegas? |
| 2 | A      Yes. |
| 3 | Q      What did you hear about that? |
| 4 | A      That the FBI was asking the host at The Palazzo |
| 01:48PM 5 | that, again, there was photographs of Council Member Huizar |
| 6 | with Chairman Huang in Vegas. |
| 7 | Q      And did you hear that from Ricky Zheng? |
| 8 | A      Yes. |
| 9 | Q      And when you heard that information from |
| 01:48PM 10 | Ricky Zheng, how, if at all, did that affect the trips to |
| 11 | Las Vegas that you and Jose Huizar had been taking with |
| 12 | Chairman Wei Huang? |
| 13 | A      We stopped.  We stopped going for a bit, yes. |
| 14 | Q      Because up through 2017, had you been |
| 01:48PM 15 | continuously going to Las Vegas? |
| 16 | A      Yes. |
| 17 | Q      Other than the cooling off after The Palazzo |
| 18 | incident? |
| 19 | A      Correct. |
| 01:48PM 20 | Q      And starting in 2017, did you also become aware |
| 21 | that Jose Huizar was possibly having another affair with a |
| 22 | different woman? |
| 23 | A      Yes. |
| 24 | Q      Did you discuss that affair with Chairman |
| 01:48PM 25 | Wei Huang and Ricky Zheng? |

1    A    I did.

2    Q    What was Chairman Huang's response when he heard

3    that news?

4    A    He was, like, not good.  I think the consensus

01:48PM    5    was that, again, he just helped the council member get out of

6    one lawsuit, that he didn't -- that he didn't want the council

7    member to get into trouble with another woman.  And so it

8    wasn't good news.

9    Q    Okay.  And was there a discussion about how this

01:49PM    10    would affect the Chairman's L.A. Grand Hotel?

11    A    Yes.  It would definitely affect the project

12    because, if an affair were to become public again, then that

13    would also jeopardize the project, and the Chairman would have

14    to, again, start building a relationship with another council

01:49PM    15    member, whoever that was elected.

16    Q    And when, in this conversation, they talked about

17    how they had already helped him out to get out of another

18    lawsuit, was that a reference to the Francine Godoy sexual

19    harassment lawsuit in 2013?

01:49PM    20    A    Yes.

21    Q    Okay.  And did you also talk about this potential

22    affair with George Chiang around this time?

23    A    I did, yes.

24    Q    In preparation for this trial, did you review

01:50PM    25    clips of a call between you and George Chiang on or about

1   May 3rd, 2017?

2         A       Yes.

3               MS. HAR:  All right.  I'm going to play

4   previously admitted Exhibit 80A.

01:51PM  5               (The audio commenced playing before the jury.)

6         Q       BY MS. HAR:  Okay.  This is a call you are having

7   with George Chiang; correct?

8         A       Correct.

9         Q       Did you hear yourself in that call tell

01:51PM 10  George Chiang, looking from your perspective, you bank off Ray

11  and Jose's office to do one of the main points like with Jose

12  for your Chinese clients; correct?

13        A       Yes.

14        Q       What did you mean by that when you told

01:51PM 15  George Chiang, "You bank off Ray and Jose's office"?

16        A       Well, mainly because he has the direct

17  relationship with Ray who was the mayor of the Economic

18  Development, right, and then also George Chiang's relationship

19  with Council Member Huizar, the Chairman of PLUM.  Again, it

01:51PM 20  was a perfect combo to have when trying to get these

21  development projects built.

22        Q       When you're saying it's the perfect combo to

23  have, that is specifically also for George Chiang in relation

24  to these Chinese clients that he has Ray and he has Jose;

01:52PM 25  right?

```
          1        A       Yes.

          2        Q       And then near the sort of second half of that

          3   recording, you talk about having to keep him happy and that,

          4   you know, we just throw -- I'm thinking we just throw girls at

01:52PM   5   him.  What do you -- who are you referring to when you refer to

          6   keeping someone happy?

          7        A       Keeping the council member happy.

          8        Q       Why did you say that you needed to keep

          9   Jose Huizar happy to George Chiang?

01:52PM  10        A       Just because the council member was really kind

         11   of what have you done for him lately even though they committed

         12   for him in the past.  So it was just making sure that Huizar

         13   was happy with George Chiang so they can continue moving the

         14   project.

01:52PM  15        Q       And so one idea that you had for George Chiang

         16   was to just throw some girls at him?

         17        A       Yeah.

         18        Q       What did you mean by that?

         19        A       To -- well, you know, the council -- just throw

01:53PM  20   some women at him.  Just have him party with some women.  The

         21   council member was always happy when he did that.

         22        Q       So did you understand at this time that

         23   Jose Huizar was still asking for and requiring benefits from

         24   Hazens?

01:53PM  25        A       Yes.
```

1    MS. HAR:  Let's play Exhibit 80B which is a clip

2  in the same call.

3    (The audio commenced playing before the jury.)

4    Q    BY MS. HAR:  So in that clip you said that "The

01:53PM  5  Chairman -- you know, at the end of the day, the Chairman had

6  all the leverage in the world because he sold himself for what

7  he sold himself for."

8    Did you hear yourself say that?

9    A    Yes.

01:54PM  10    Q    By Chairman there, which Chairman are you

11  referring to?

12    A    Chairman Huang.

13    Q    Of Shen Zhen New World?

14    A    Yes.

01:54PM  15    Q    And what did you mean when you said that he has

16  all the leverage in the world because he sold himself for what

17  he sold himself for?

18    A    Well, since Chairman Huang lent him $600,000, the

19  council member was indebted to Chairman Huang.

01:54PM  20    Q    And that's money you understood Jose Huizar was

21  not going to pay back to Chairman Huang; correct?

22    A    Correct.

23    Q    Is that why you said that "The Chairman, all you

24  gotta do is dangle this little piece of fruit in front of him

01:54PM  25  and he will come"?

1    A       Yes.

2    Q       Who is the "him" and who is the "he will come"?

3    A       Dangle the fruit in front of Council Member

4    Huizar and he will come.

01:54PM  5    Q       Did you mean by that Jose Huizar will do

6    basically whatever Chairman Huang needs?

7    A       Exactly.

8    Q       And does that include taking official actions to

9    approve the redevelopment of the L.A. Grand Hotel?

01:55PM  10   A       Yes.

11                   MS. HAR:  Let's play the last clip in this call,

12   80C.

13                   (The audio commenced playing before the jury.)

14   Q       BY MS. HAR:  In that clip, are you and

01:56PM  15   George Chiang talking about Jose Huizar?

16   A       Yes.

17   Q       Did you hear yourself make this reference that

18   "You're trying to save this ship and guide this guy to fucking

19   safety, but he keeps poking holes in his own raft"?

01:56PM  20   A       Yes.

21   Q       What did you mean by that "You're trying to save

22   this ship, but he's poking holes in his own raft"?

23   A       At the time we're over here supporting -- our

24   staff is supporting his wife to run for re-election, and he's

01:56PM  25   having an affair with another woman.  So we felt that he's

1    going to self-sabotage this campaign before it even gets

2    traction.  So can you be supporting your wife when you're

3    having an affair with another staff member?

4        Q    You made a reference about he's going to

01:56PM   5    self-sabotage Richelle's campaign.  So was it your belief that

6    another affair going public like this would also harm his

7    wife's campaign?

8        A    Absolutely, yes.

9        Q    Near the end of that clip, you talk about how

01:57PM  10    he's still going to want to get driven everywhere and want free

11    everything, everything free.

12        Right?

13        A    Yes.

14        Q    Is that a reference to the many financial

01:57PM  15    benefits Jose Huizar got as a council member through the

16    pay-to-play scheme?

17        A    Yes.

18        Q    Are you telling George Chiang that that would

19    continue -- Jose Huizar would want to continue to get those

01:57PM  20    benefits even after Richelle Rios was now elected and he was no

21    longer the council member?

22        A    Correct.

23        Q    Were you eventually interviewed by the FBI for

24    the first time on June 20, 2017?

01:57PM  25        A    Yes.

1    Q    Was that a voluntary interview?

2    A    Yes.  It was a voluntary interview.

3    Q    Where did it take place?

4    A    It took place at the FBI headquarters in -- near

01:58PM  5   UCLA.

6    Q    During that first interview that you had with the

7   FBI, were you asked if you had knowledge of anyone with a

8   pending project who provided money, gifts, campaign

9   contributions, et cetera, in exchange for a city official's

01:58PM 10   help?

11    A    Yes.

12    Q    And when you were asked that question, what was

13   your response?

14    A    I said I was unaware.

01:58PM 15    Q    Is that true?

16    A    No.

17    Q    Why did you lie to the FBI when you were asked

18   that question?

19    A    I still at that time still wanted to protect the

01:58PM 20   council member and others that I cared about in the office.

21    Q    Did you also want to protect yourself?

22    A    I did.

23    Q    And by the time that this interview was happening

24   in June of 2017, you had, in fact, received from Chairman

01:58PM 25   Wei Huang many trips and gambling chips; correct?

1    A    Yes.

2    Q    And that was also trips that continued after the

3  August 4, 2016, meeting when you heard about the plans to

4  redevelop the L.A. Grand Hotel into the tallest tower; right?

01:59PM  5    A    Yes.

6    Q    And you had formed the understanding that

7  Chairman Wei Huang expected Jose Huizar's help on the

8  L.A. Grand redevelopment because of the many financial benefits

9  that he provided; correct?

01:59PM  10   A    Yes.

11   Q    When you lied to the FBI, were you also trying

12  protect Ricky Zheng?

13   A    I was, yes.

14   Q    At this same interview, did the FBI ask you not

01:59PM  15  to reveal the subject of your interviews to other people?

16   A    They did.

17   Q    And did you agree that you weren't going to

18  reveal the subject of your FBI interview?

19   A    I did.

01:59PM  20   Q    Did you follow through with that promise?

21   A    No, I did not.

22   Q    Who did you tell?

23   A    I told Council Member Huizar.  I told

24  Ricky Zheng, and I told a few other friends, my grandfather,

02:00PM  25  and a few other friends.

1    Q    And why did you tell these people and not follow

2  through with your promise to the FBI?

3    A    I was scared.  I never had -- I never had the FBI

4  call me before.  And so I knew I needed to tell Council Member

02:00PM  5  Huizar.  He was my boss.  And I told my grandfather because

6  that's my grandpa.  And then I told Ricky because him and I

7  were the closest.

8    Q    And when you told Council Member Huizar, were you

9  still acting out of loyalty to him and wanting to protect him?

02:00PM  10    A    Yes, I was.

11    Q    I want to look at a phone note that you have

12  about that.

13        Publishing previously admitted Exhibit 172,

14  zooming in.

02:00PM  15        Do you see the date of this note?

16    A    Yes.

17    Q    What is the date of that note?

18    A    June 22nd.

19    Q    Is that two days after your FBI interview on

02:00PM  20  June 20th?

21    A    Yes.

22    Q    At the top for the body it said, "On June 22nd at

23  5:15 I got a phone call from Councilman Huizar.  He asked me to

24  meet at DoubleTree Hotel."

02:01PM  25        Right?

1    A       Yes.

2    Q       Is this you sort of documenting what happened

3    with the lead-up to your meeting with Huizar and what happened

4    during the meeting?

02:01PM  5    A       Yes.

6    Q       And did you meet him at the DoubleTree on this

7    date?

8    A       I did, yes.

9    Q       Why the DoubleTree Hotel?

02:01PM  10   A       Because there was a secret patio area on the

11   third floor that was pretty private.  So he wanted me to meet

12   him there.

13   Q       And was this in the evening?

14   A       Yes.

02:01PM  15   Q       And at the FBI -- at the DoubleTree, did you tell

16   him about your FBI interview?

17   A       I did, yes.

18   Q       And did Jose Huizar instruct you about anything

19   after you told him about the FBI interview?

02:01PM  20   A       Yeah.  He told me -- well, he told me not to tell

21   anyone about the FBI interviews but also not to tell the FBI

22   that I talked to him about the FBI interviews.

23   Q       Okay.  So looking back at this note in that

24   second part you write, "He spoke about telling Andy about the

02:02PM  25   FBI if we should or shouldn't.  He told that I shouldn't tell

1     Andy because he doesn't know if we can trust him.  He said Andy

2     could be the informant.  Councilman also said that I need to be

3     careful on who I speak to, that anyone can turn against us."

4              Right?

02:02PM   5     A     Yes.

6     Q     And then below that "Councilman also said to not

7     let anyone know that he knows about the FBI investigation.  He

8     says we can't trust anyone."

9              Correct?

02:02PM   10     A     Correct.

11     Q     In that first part when he says -- talking about

12     telling Andy about the FBI, who is Andy?

13     A     His name is Andy Wang.  He was another friend of

14     our office.

02:02PM   15     Q     And was he a developer or something else?

16     A     He was -- he had different companies, but in this

17     case he was owner of a cabinet company.

18     Q     And did you and Jose Huizar have concerns about

19     whether Andy Wang was working as an informant for the FBI?

02:03PM   20     A     Yes.

21     Q     In the note, did you capture Jose Huizar's

22     instruction to you about being careful about who you talk to

23     and his instruction that you don't let other people know that

24     he, Jose Huizar, knows about the FBI investigation?

02:03PM   25     A     Right.

1     Q     And do these notes accurately reflect parts of

2  your conversation that you had with Council Member Huizar?

3     A     Yes.

4     Q     On or about July 1st, 2017, did you have a second

02:03PM  5  interview with the FBI?

6     A     I did.

7     Q     Where did that take place?

8     A     Same place near their headquarters near UCLA.

9     Q     Okay.  Did you make additional false statements

02:03PM  10  during that interview?

11     A     I did.

12     Q     Was one of the things you told the FBI that your

13  boss, Jose Huizar, told you to be cooperative with them and to

14  not hide information from the FBI?

02:04PM  15     A     I did say that, yes.

16     Q     Was that true?

17     A     No.  He did not want me to let them know that I

18  spoke with the council member.

19     Q     Did you lie that you were not aware of any chip

02:04PM  20  sharing with council member in Vegas?

21     A     I did.

22     Q     Was that a lie because Chairman Wei Huang had

23  been providing gambling chips to you and Jose Huizar?

24     A     Yes.

02:04PM  25     Q     Did you also lie about not knowing of anyone

1       paying money to city officials?

2               A       Yes.

3               Q       Now, sometime around these FBI interviews, did

4       you hear that the defendant Ray Chan was asking around about

02:04PM   5   who knew about Jose Huizar's settlement of the sexual

6       harassment lawsuit from 2013?

7               A       Yes.

8               Q       Before I get to that, prior to 2017 and all the

9       FBI activity, had you heard from anyone else outside of that

02:05PM  10   group that -- did you hear anyone else talking about this

11      settlement money that the defendant helped Jose Huizar get

12      before 2017?

13              A       To ask about the settlement money?  Were people

14      asking about the settlement money?

02:05PM  15           Q       Yeah.  Did you have a conversation with an

16      outsider, someone besides yourself, Jose Huizar, Ricky Zheng,

17      and the defendant, who knew about the settlement money?

18              A       George Chiang also brought up the settlement.

19              Q       Did he bring it up to you?

02:05PM  20           A       Yes.

21              Q       Where were you the first time that came up?

22              A       I think we just finished having lunch.  We just

23      finished having lunch.

24              Q       Was this sometime after Jose Huizar had been

02:05PM  25   re-elected in 2015?

1     A     Yes.

2     Q     What did George Chiang say to you about that?

3     A     He just mentioned -- he goes something along the

4 lines of he knows that Chairman Huang helped Huizar with the

02:06PM 5 loan -- with the settlement loan.

6     Q     Did George Chiang also know the amount?

7     A     I believe so, yes.

8     Q     And did he mention the defendant?

9     A     Yes.

02:06PM 10     Q     What did he say about that?

11     A     Well, he mentioned that Ray told him about the

12 $600,000 loan.

13     Q     And what was your reaction when George Chiang

14 told you about this information?

02:06PM 15     A     I was really shocked and surprised because it was

16 one of those situations we never talked about anymore, and to

17 kind of hear someone who was out of that circle mention the

18 loan, it really triggered some red flags for us or for me.

19     Q     Okay.  And so that's why -- that topic had

02:06PM 20 already come up.  So in one of the recordings we played,

21 Exhibit 80B, you are speaking with George Chiang about the

22 Chairman having all the leverage in the world; right?

23     A     Right.  Because he had brought that up already

24 that he knew about the loan.

02:06PM 25     Q     You knew he already knew?

1066

1        A        Right.

2        Q        Did you also understand he knew that information

3   from the defendant who had participated in structuring that

4   settlement?

02:07PM   5        A        Yes.

6        Q        Going back to your FBI interviews in 2017, who

7   told you that the defendant was now at that time asking around

8   about who knew about this settlement?

9        A        Can you say that again?

02:07PM  10        Q        Yeah.  You heard from somebody that the defendant

11   was going around asking who knew about the sexual harassment

12   lawsuit settlement?

13        A        Yes.

14        Q        Who did you hear that from?

02:07PM  15        A        A guy named Michael Bai.

16        Q        Who was Michael Bai?

17        A        He was the fundraiser for Herb Wesson, council

18   member.

19        Q        Did he have any relationship to Joseph Lin?

02:07PM  20        A        I think he was doing some consulting work with

21   Joseph Lin as well.

22        Q        Was Michael Bai a friend of yours?

23        A        Yes.

24        Q        When Michael Bai told you this information, did

02:07PM  25   you take a note of it on your phone?

```
 1              A       Yes.

 2                      MS. HAR:  I'm going to publish previously

 3      admitted Exhibit 363J.  Can you zoom in on that, please?

 4              Q       What date was this note created?

 5              A       On August 3rd, 2017.

 6              Q       And did you take this note after Michael Bai gave

 7      you this information to document what Michael Bai told you?

 8              A       Yes.

 9              Q       There do you see, it says, "Ray asked Joseph and

10      Chris if they knew about CM settlement.  Also asked

11      Deron Williams.  Also asked Herb."

12              A       Right.

13              Q       Is Ray the defendant?

14              A       Yes.

15              Q       And what does CM settlement mean?

16              A       Council member settlement.

17              Q       Okay.  Who is Joseph?

18              A       Joseph was the Joseph Lin from City Century.

19              Q       Who is Chris?

20              A       His name is Chris Pak.  He has an architectural

21      firm.

22              Q       So based on your conversation with Michael Bai,

23      Michael Bai told you that the defendant had asked Joseph Lin of

24      City Century if he knew about the Chairman's settlement; right?

25              A       Right.
```

1    Q       Michael Bai told you that the defendant asked

2    Chris Pak if he knew about the settlement?

3    A       Yes.

4    Q       Below that it says -- did Michael Bai tell you

02:09PM    5    that the defendant also asked Deron Williams?

6    A       Yes.

7    Q       Who is that?

8    A       The chief of staff for Herb Wesson.

9    Q       Below that when it says, "Also asked Herb," who

02:09PM   10    is that?

11    A       Herb Wesson, the council member.

12    Q       So according to Michael Bai, the defendant had

13    asked both the council president and the council president's

14    chief of staff?

02:09PM   15    A       Yes.

16    Q       And based on what Michael Bai told you, what was

17    your understanding of why the defendant was asking around these

18    people if they knew about the settlement?

19    A       I was unsure why he was asking because, since he

02:10PM   20    was part of the structuring of the loan, I thought at that

21    point, after the FBI investigation or FBI interviews, I thought

22    he was acting on behalf of the FBI.

23    Q       I see.

24            And why did you take this note on your phone?

02:10PM   25    A       So I could let the council member know.

1    Q    And did you tell him?

2    A    I did, yes.

3    Q    And what was Jose Huizar's reaction?

4    A    He was surprised too that Ray would be asking

02:10PM    5    since Ray helped us with the loan.  So he was really, again,

6    surprised on why Ray was asking about the loan.

7         MS. HAR:  Okay.  May I have one moment,

8    Your Honor?

9         THE COURT:  Yes.

02:10PM   10         All right.  We're going to take our evening

11    recess.  Ladies and gentlemen, I want to remind you of the

12    instruction I gave you earlier.

13         Until this trial is over, you're not to discuss

14    this case with anyone including your fellow jurors, members of

02:11PM   15    your family, people involved in the trial, or anyone else, nor

16    are you allowed to permit others to discuss the case with you.

17         And as I have indicated, do not read, watch, or

18    listen to any news reports of the trial and, most importantly,

19    do not do any independent research.

02:11PM   20         Finally, you're reminded to keep an open mind

21    until all the evidence has been received and you have heard the

22    arguments of counsel, instructions of the Court, and views of

23    your fellow jurors.

24         We will see you tomorrow for an 8:00 o'clock

02:11PM   25    start.  Everybody drive safely.

1  THE CLERK:  All rise for the jury.

2  (The following proceedings were held in

3  open court outside the presence of the jury:)

4  THE COURT:  All right.  The jury is not present.

02:12PM  5  How much longer do you have?

6  MS. HAR:  Less than ten minutes, Your Honor.

7  THE COURT:  All right.  And cross-examination?

8  MR. BRAUN:  An hour and a quarter.

9  THE COURT:  All right.  And then tomorrow we're

02:12PM  10  going to have Mr. Morris, Goldman, Keller, and Ovrom.  You will

11  be consistent with the witness list?

12  MR. JENKINS:  Yes, Your Honor.

13  THE COURT:  All right.  We will see you tomorrow

14  at 8:00 a.m.

02:12PM  15  MS. HAR:  Thank you, Your Honor.

16  MR. JENKINS:  Thank you, Your Honor.

17  (Proceedings concluded at 2:12 p.m.)

18

19

20

21

22

23

24

25

```
1                    CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5            I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15                    DATED THIS  26TH  DAY OF MAY, 2023.

16

17

18                    /S/ MIRANDA ALGORRI
                      _____
19                    MIRANDA ALGORRI, CSR NO. 12743, CRR
                      FEDERAL OFFICIAL COURT REPORTER
20

21

22

23

24

25
```