1     **UNITED STATES DISTRICT COURT**

2     **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3     **HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE**

4

5  **UNITED STATES OF AMERICA,**          )

                                          )

6              **PLAINTIFF,**             )      **CASE NO.**

                                          )

7              **vs.**                    )      **CR 20-326A-JFW**

                                          )

8  **RAYMOND SHE WAH CHAN,**              )      **VOLUME 10**

                                          )      **PAGES 1851 TO 1915**

9              **DEFENDANT.**             )

    _____      )

10

11

12

13                     **REPORTER'S TRANSCRIPT OF**
                              **TRIAL DAY 8**
14                   **THURSDAY, MARCH 2, 2023**
                            **12:44 P.M.**
15                   **LOS ANGELES, CALIFORNIA**

16

17

18

19

20

21

22

         _____

23

                   **MIRANDA ALGORRI, CSR 12743, RPR, CRR**
24                  F E D E R A L   O F F I C I A L   C O U R T   R E P O R T E R
                    3 5 0   W E S T   1 S T   S T R E E T ,   S U I T E   4 4 5 5
25                  L O S   A N G E L E S ,   C A L I F O R N I A   9 0 0 1 2
                    M I R A N D A A L G O R R I @ G M A I L . C O M

1852

1                   **APPEARANCES OF COUNSEL:**

2

3   **FOR THE PLAINTIFF:**

4       MARTIN ESTRADA
      UNITED STATES ATTORNEY
5       BY:  MACK JENKINS
      BY:  SUSAN HAR
6       BY:  CASSIE PALMER
      BY:  BRIAN FAERSTEIN
7       Assistant United States Attorneys
      United States Courthouse
8       312 North Spring Street
      Los Angeles, California 90012
9

10   **FOR THE DEFENDANT:**

11       BRAUN & BRAUN, LLP
      BY:  HARLAND W. BRAUN
12       BY:  BRENDAN PRATT
      10880 Wilshire Boulevard
13       Suite 1020
      Los Angeles, California 90024
14

15   Also Present:

16       Special Agent Andrew Civetti

17

18

19

20

21

22

23

24

25

1      **INDEX OF WITNESSES**

2

3      **WITNESSES**                                                    **PAGE**

4      CHIANG, George

5              Direct examination by Ms. Palmer                      1856

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**INDEX OF EXHIBITS**

| NUMBER | DESCRIPTION | FOR IDENTIFICATION PG. | FOR EVIDENCE PG. |
|--------|-------------|------------------------|------------------|

(None)

1   **THURSDAY, MARCH 2, 2023; 12:44 P.M.**

2   **LOS ANGELES, CALIFORNIA**

3   -oOo-

4

5   (The following proceedings were held in

6   open court in the presence of the jury:)

7   THE COURT:  All right.  All counsel and the

8   defendant are present.  The jury is present.

9   Mr. Braun, do you have any cross-examination?

12:44PM   10   MR. BRAUN:  No, Your Honor.

11   THE COURT:  All right.  May this witness be

12   excused?

13   MR. JENKINS:  Yes, Your Honor.

14   THE COURT:  All right.  Thank you very much.

12:44PM   15   You're excused.

16   Call your next witness.

17   MS. PALMER:  The Government calls George Chiang.

18   THE CLERK:  Please raise your right hand.

19   Do you solemnly swear that the testimony you

12:45PM   20   shall give in the cause now before this Court shall be the

21   truth, the whole truth, and nothing but the truth, so help you

22   God?

23   THE WITNESS:  Yes, I do.

24   THE CLERK:  Thank you.  Be seated.  You can

12:45PM   25   remove your mask.  Please state and spell your name for the

1     record.

2                    THE WITNESS:  My name is George C. Chiang,

3     G-e-o-r-g-e, middle initial C., last name C-h-i-a-n-g.

4                    THE COURT:  All right.  You may proceed.

12:45PM   5          MS. PALMER:  Thank you, Your Honor.

6                          **GEORGE C. CHIANG,**

7                    **GOVERNMENT'S WITNESS, SWORN.**

8                        **DIRECT EXAMINATION**

9     BY MS. PALMER:

12:45PM   10    Q      Mr. Chiang, what do you currently do for work?

11          A      Currently, I'm a project manager for a biotech

12    company.

13          Q      And taking you back in time to January of 2014,

14    what was your job then?

12:46PM   15    A      I was a real estate broker.

16          Q      What is a real estate broker?

17          A      I help my clients purchase and sell properties.

18          Q      And how long had you been a real estate broker at

19    that time?

12:46PM   20    A      I believe I got my -- I think I got my license at

21    around 2006.  Around that time.  2006.

22          Q      And who did you work for as a real estate broker

23    in 2014?

24          A      I worked for a company called Concord Realty

12:46PM   25    which was owned by my uncle Anthony Wong.

1857

1    Q      What types of clients did you have?

2    A      I had clients mostly around the San Gabriel

3  Valley area interested in acquiring residential properties or

4  sell residential properties.

12:47PM    5    Q      Were you involved at that time in the real estate

6  development process at all?

7    A      No.

8    Q      And you said that you were helping clients buy

9  and sell real estate.  Was it mostly residential?

12:47PM   10    A      Yes.  Mostly residential.  And I did property

11  management as well.

12    Q      So you had some commercial real estate

13  experience?

14    A      Yes.  Mainly managing shopping centers and doing

12:47PM   15  leases.

16    Q      And did you have any experience at that time with

17  politics?

18    A      No.  I don't have any experiences with politics.

19  Although Anthony Wong was the council member for city of

12:47PM   20  Monterey Park.

21    Q      Aside from your relationship with Anthony Wong

22  being the council member, did you have any other experience

23  with politics at that time?

24    A      Not -- no.

12:47PM   25    Q      When did you first meet Raymond Chan?

```
 1          A       I met Raymond Chan back in 2014.  It was at a

 2   Chinese Lunar New Year's celebration at the Sheraton Gateway

 3   Hotel by LAX.

 4                  MS. PALMER:  If we can pull up Exhibit 1 at 1,

 5   please.  Exhibit 1 at page 1, please.

 6          Q       And do you recognize the photograph that's being

 7   displayed on your screen?

 8          A       Yes, I do.

 9          Q       And who is -- this is Raymond Chan?

10          A       Yes.  This is Raymond Chan.

11          Q       And do you understand that Raymond Chan is the

12   defendant in this case?

13          A       Yes, I do.

14          Q       Now, you said that you first met the defendant at

15   an event in 2014 at the Sheraton -- at the Sheraton Hotel; is

16   that right?

17          A       Yes.  Sheraton Gateway Hotel by Los Angeles

18   Airport.  It was owned by Hazens.

19          Q       You said it was owned by Hazens.  What is Hazens?

20          A       Hazens is a real estate developer who originated

21   in Shen Zhen, China.  And they came to the states and acquired

22   the Sheraton Gateway Hotel as their first project.

23          Q       Is Hazens also known as Jia Yuan?

24          A       Jia Yuan is a subsidiary of the Hazens group.

25          Q       And have you met -- were you familiar at that
```

1    time with the Chairman of Hazens?

2         A      Yes.  I met the Chairman through his general

3    manager Greg Sun, and I was introduced to Greg Sun by a friend

4    of mine.  His name was Udine Jan, and he was an attorney who

12:50PM  5    was working with Greg Sun and Hazens.

6                MS. PALMER:  And we can bring up Exhibit 1,

7    page 22, please.

8         Q      Is that an exhibit on the right of the

9    Chairman Yuan?

12:50PM  10        A      Yes, it is.

11        Q      So you were at this Lunar New Year's event.  It's

12   a Chinese New Year's; is that right?

13        A      Yes.  It's the Chinese Lunar.

14        Q      You said you met the defendant there.  Were you

12:50PM  15   introduced by someone else to the defendant?

16        A      Yes.  There was a mutual friend.  His name is

17   Yung Kao.  He was an architect.

18        Q      And did you have a role in preparing a list of

19   people to be invited to that event?

12:51PM  20        A      Yes.  The Hazens folks asked me to include

21   anybody who I felt should be invited.

22        Q      When did you first start interacting with Hazens?

23        A      I met with Greg sometime in 2013.

24        Q      And by Greg, you mean Greg Sun?

12:51PM  25        A      Greg Sun, yes.

1   Q      And he later became the general manager of

2   Hazens; is that correct?

3   A      Yes.  He -- he actually was -- I met him before

4   they acquired Sheraton Gateway.  And at that time he was -- he

5   told me that he was a representative for Hazens and he was

6   looking for hotel projects and other investment projects.

7   Q      So at this event -- at that time, how many times

8   had you met the Chairman, Chairman Yuan of Hazens?

9   A      Excuse me.  From what time to what time?

10  Q      When you were at the event in January of 2014,

11  how many times previously had you met the Chairman?

12  A      At the most probably two to three times.

13  Q      But you had more of a relationship with Greg Sun;

14  is that correct?

15  A      Yes.

16  Q      And had you pitched Hazens on your services up

17  until that point doing work for them?

18  A      Yes.  I pitched to Hazens for my real estate

19  broker services meaning acquisition or sell, buy or sell.

20  Q      Had your pitch been successful?

21  A      No.

22  Q      So you hadn't done any business with them up

23  until that point?

24  A      You're right.  No business was done.

25  Q      Now, how did you come to -- did you meet the

```
 1   defendant before the event?

 2        A       No.  Never met the -- I never met the defendant

 3   before the event.

 4        Q       But that day did you take him to the event?

 5        A       We carpooled.  My uncle Anthony Wong actually

 6   drove.

 7        Q       Where did you pick the defendant up?

 8        A       At the -- I believe it was a back entrance at the

 9   Department of Building and Safety building.

10        Q       Did you understand that the defendant worked at

11   the Department of Building and Safety?

12        A       Yes.  Yes, I did.

13        Q       And that evening, did you have a conversation

14   with the defendant?

15        A       Oh, we had multiple conversation.

16        Q       And can you describe generally what the event was

17   like?

18        A       The event was filled with people, and we -- we

19   sat at the same table.  And I introduced Ray Chan to Greg Sun

20   and the Chairman and then also some other friends there.  I was

21   busy interacting with the Hazens folks as well as my friends,

22   and then there were other government officials, elected

23   officials there.  We -- I have spoken to Ray Chan numerous

24   times that night.

25        Q       After that celebration, did Raymond Chan follow
```

1   up with you?

2        A     Yes.

3             MS. PALMER:   And if we could go to previously

4   admitted Exhibit 530, please, starting at page 2.

12:54PM  5   Q     And looking at this zooming in on the top there,

6   is this an e-mail that you received from Raymond Chan on

7   January 23rd, 2014?

8        A     Yes.

9        Q     And looking at the e-mail address there, is that

12:55PM  10  Raymond Chan's -- an e-mail address you associate with his

11  personal e-mail?

12       A     Yes.

13       Q     And the date of this is January 23rd, 2014?

14       A     Yes.

12:55PM  15  Q     And then, as far as that e-mail address that was

16  your e-mail address, it was @concordrealty.net, that was your

17  employer at the time, Concord Realty?

18       A     Yes.

19       Q     And then the subject there is "Thank you."

12:55PM  20            Is that right?

21       A     Yes.

22       Q     And the cc there, Yung Kao, is that the person

23  who actually connected you with the defendant?

24       A     Yes.  Yes.  And my uncle also knew Ray Chan.

12:55PM  25            MS. PALMER:   And if we can go to the body,

1      please.  If we can go to the first paragraph here.

2          Q      Here the defendant wrote, "Dear George.  Thank

3      you for your invitation to the Sheraton Gateway Chinese

4      New Year's Gala.  It was a joyful evening with the opportunity

12:56PM  5      to gather with good friends and meet new ones.  And the wines

6      you brought were absolutely sensational.  Thank you."

7                 Did I read that correctly?

8          A      Yes, you did.

9                 MS. PALMER:  If we can zoom back out and go to

12:56PM  10     the second paragraph.

11         Q      Can you please read this for the jury?

12         A      "Please let me know when GM Suen is ready to meet

13     with Council Member Koretz and/or discuss the remodeling of the

14     hotel."

12:56PM  15         Q      GM Suen, did you understand that to refer to

16     Greg Sun?

17         A      Yes.  This was indicating Greg Sun.

18         Q      And there the defendant is talking about a

19     meeting with Mr. Sun from Hazens as well as a council member

12:57PM  20     and discussing the remodeling of the hotel.

21                Do you see that?

22         A      Yes, I do.

23         Q      And which hotel was in the midst of remodeling?

24         A      The Sheraton Gateway Hotel by LAX.

12:57PM  25         Q      Where the event had taken place?

```
 1        A       Yes.

 2        Q       Now, if we could go to the last -- where it

 3   starts with this is my -- and then the defendant said, "This is

 4   my private e-mail and my private cell phone number," and then

 5   there's a number there.

 6                Do you see that?

 7        A       Yes, I do.

 8        Q       And, generally, did you contact the defendant by

 9   his private e-mail and private cell phone during the time that

10   you knew him?

11        A       Yes.

12                MS. PALMER:  And then if we can zoom back out and

13   go to page 1, please.  And if we can zoom in on the second

14   half.

15        Q       Is this your response to Raymond Chan?

16        A       Yes.

17        Q       And so you responded the same day.  And then if

18   you can please read the first two sentences of your response.

19        A       "Hi Ray.  The pleasure is all mine.  I will

20   confirm the meeting with Greg Sun and let you know."

21        Q       And so there you are offering to confirm the

22   meeting with the general manager of Hazens; is that right?

23        A       That is correct.

24        Q       And so to connect the defendant with Greg Sun

25   from Hazens.
```

1      A      Yes.

2      Q      And then the second to the last sentence that

3  starts with "There are a couple more clients," can you read

4  that?

12:58PM  5      A      "There are a couple more clients of mine from

6  China whom I want to introduce to you and Yong in the near

7  future."

8      Q      And then the last sentence?

9      A      "Once again, thanks a million for making the time

12:58PM  10  to join us."

11      Q      And when you're offering to introduce a few more

12  clients of yours from China, do you mean your real estate

13  clients who were buying property?

14      A      Yes.

12:59PM  15      MS. PALMER:  If we can zoom back out and go to

16  the response at the top, please.

17      Q      And then is this the defendant Raymond Chan's

18  response to you?

19      A      Yes.  That is correct.

12:59PM  20      Q      And he said, "Thanks, George.  I'll be waiting

21  for the meeting with Mr. Sun.  I would love to meet with your

22  other clients in the near future."

23              Did I read that correctly?

24      A      Yes.  That is correct.

12:59PM  25      Q      Now, after the defendant sent you this e-mail,

```
 1    did he follow up with you?
 2           A       Yes, he did.
 3           Q       And how so?
 4           A       I don't remember the exact date, but Ray Chan
 5    reached out to me and asked me if I wanted to grab lunch with
 6    him.
 7           Q       You don't remember the date, but was it around in
 8    January of 2014 around this period or --
 9           A       It wouldn't be in January.  I think most likely
10    it would be in February, March-ish.
11           Q       Okay.  And describe what happened next in terms
12    of him reaching out to you.
13           A       So Ray Chan reached out to me and invited me to a
14    lunch at the Osho Japanese Restaurant in city of Monterey Park.
15    We met there for lunch, and Ray actually went on to talk to
16    tell me what he does --
17           Q       If I can just pause you there.
18           A       I'm sorry.
19           Q       So he invited you to a restaurant in
20    Monterey Park.  Did he choose the restaurant?
21           A       Yes.
22           Q       And then were there several topics during the
23    conversation with him?
24           A       Yes.
25           Q       And you said he started to tell you about
```

1 himself; is that right?

2       A       Yes.

3       Q       And can you describe that topic first?

4       A       Ray Chan told me about who he is and what he does

01:00PM  5 for the City at the Department of Building and Safety, mainly

6 about his role and, you know, manages thousands of people.  He

7 actually is -- he's in the process of working on what's called

8 a parallel design process that would speed up development

9 projects from entitlement through construction.  He also told

01:01PM 10 me that there are a lot of capital pouring into the city of

11 Los Angeles from developers, especially China.

12      Q       And did he say what his goal was with respect to

13 these Chinese developers?

14      A       Ray Chan told me that he wanted to make sure that

01:01PM 15 these Chinese developers make a safe landing in Los Angeles.

16      Q       What did you understand safe landing to mean?

17      A       To me it meant that these Chinese developers'

18 projects would get built -- get entitled and built smoothly.

19      Q       And you said that he was describing his role at

01:02PM 20 the Los Angeles Building and Safety Department.  What did you

21 understand his role to be?

22      A       He was, I believe, at the time a high executive

23 at the department, and he told me that he managed over

24 thousands of people.  In the department itself mainly was in

01:02PM 25 charge of permitting for construction -- permitting in

1       construction for various real estate projects.

2              Q       And you said that he mentioned that capital was

3       pouring in.  Did you understand that to mean that money was

4       coming in for real estate development in Los Angeles?

01:03PM   5       A       Yes.

6              Q       Did he also talk to you about his political

7       connections?

8              A       Yes.  He told me that he was -- he worked for the

9       City at that time for over 20-some-odd years and he's well

01:03PM   10      connected in the City with public officials as well as elected

11      officials.

12             Q       So that was one topic.  Did he also discuss you

13      during that lunch?

14             A       Yes.  He actually praised -- praised me, and he

01:03PM   15      felt that I was intelligent and I was good with people.  And he

16      actually talked to me and spoke to me about -- asked me about

17      what I do, and I told Ray Chan about what I do.  And he asked

18      me -- actually told me that, you know, if I -- there's a bigger

19      stage in the city of Los Angeles for development since I was

01:04PM   20      mainly working in the San Gabriel Valley area with that

21      particular clientele.

22             Q       What did you understand a bigger stage to mean?

23             A       Bigger stage meaning that in the city of L.A.

24      there's more projects.  There's more capital.  There's more

01:04PM   25      money.

1    Q      Did you -- and when he was talking about

2  development, did you understand that he was saying that you

3  would potentially become something different in terms of your

4  job than you had been before?

01:04PM    5    A      Yes.  Yes.

6    Q      What was that?

7    A      More -- sort of a deviation from the buy and sell

8  and get into more on the development side of the real estate

9  cycle.

01:05PM   10    Q      And would this be sort of a career change for

11  you?

12    A      Yes, it would be.

13    Q      Now, did he say anything about whether he thought

14  that you would be qualified or a good fit for that particular

01:05PM   15  position?

16    A      Yeah.  He -- he thought that I would be a great

17  person for this -- for this -- for this job.

18    Q      And did he offer to do anything to help you?

19    A      Yes.  He mentioned to me that he was well

01:05PM   20  connected and he knows -- he has very deep connections within

21  the City, he -- Ray Chan has told me that he can mentor me and

22  teach me the path.

23    Q      Teach you the path of real estate development?

24    A      Yes.

01:05PM   25    Q      And consulting specifically; is that right?

1    A    At the time I don't believe consulting was

2  brought up but mainly in the entitlement and construction side

3  of things.

4    Q    And in terms of entitlement, being a

01:06PM  5  representative for a real estate developer; is that right?

6    A    Yes.  And at that time I didn't really quite

7  understand what the entitlement was.  But after that lunch, I

8  went back home and did some research and realized that was

9  mainly -- the entitlement was there to get a project -- the

01:06PM  10  project scope approved by the city government before

11  construction.

12    Q    So some of the stuff the defendant was talking

13  about at that point, was it a little bit over your head in

14  terms of your knowledge at that time?

01:06PM  15    A    Yeah, it was.

16    Q    And when the defendant described his background

17  and connections, were you impressed?

18    A    I was very impressed.  Very impressed.

19    Q    Did you immediately agree to his offer to mentor

01:07PM  20  you?

21    A    No.  Actually, I told Ray Chan that I needed to

22  check in with my wife.

23    Q    Why did you feel like you needed to check in with

24  your wife?

01:07PM  25    A    Because this would be a change, and I don't know

```
 1    where it's going to lead me with a financial situation.  And I

 2    felt I was obligated to check in with my wife.

 3          Q     Did you eventually agree?

 4          A     Yes, I did.

 5          Q     Why did you agree?

 6          A     Because I felt that it was an opportunity for me,

 7    and at that stage of my life with young kids, you know, I would

 8    die for an opportunity like this.

 9          Q     How old were you?

10          A     At that time I was about 30 something.

11          Q     And you said you would die for an opportunity

12    like this.  Did you think that financially it could be a

13    benefit to you?

14          A     Yes.  I felt that way.  I felt that way.

15          Q     So after this meeting where -- sorry.  After the

16    meeting you agreed with the defendant.  And then did the

17    defendant begin to interact with you, and did your relationship

18    build from there?

19          A     First of all, I didn't agree with the defendant

20    about this proposal at that lunch.

21          Q     Right.  After --

22          A     Right.

23          Q     So after that, after you had agreed --

24          A     Yes.

25          Q     -- did you then begin to build your relationship
```

1    with the defendant?

2         A       Yes.  Yes.  Ray Chan invited me -- introduced me

3    to his family, his friends, the students at the kung fu class,

4    and brought me in like I was one of his brothers.

01:08PM  5         Q       And you said he introduced you to his family.

6    Did he introduce you to his son Jeremy Chan?

7         A       Yes, he did.

8                 MS. PALMER:  And if we can display Exhibit 1 at

9    page 5.

01:09PM  10        Q       Is that on the right a photo of Jeremy Chan, the

11   defendant's son?

12        A       Yes, that is.

13        Q       And what at that time did you understand Jeremy's

14   profession to be, Jeremy Chan's profession to be?

01:09PM  15        A       When I first met Jeremy, I believe he was just

16   about to graduate law school.

17        Q       And he later became a lawyer?

18        A       Yes.  He later became a lawyer.

19        Q       Now, did you end up working very closely over the

01:09PM  20   following years with both the defendant and his son

21   Jeremy Chan?

22        A       Yes.

23        Q       And you mentioned that he brought you -- the

24   defendant brought you into a kung fu class?

01:09PM  25        A       Yes.  That Ray Chan taught.

1     Q      And what was the name of that kung fu group?

2     A      It's -- it's like abbreviated as BXG.

3     Q      LABXG; is that right?

4     A      Actually, yes.  It was the Los Angeles branch of

01:10PM  5  BXG.

6     Q      And is BXG, is that actually a Chinese word -- it

7  stands for a Chinese word?

8     A      Yeah.  Boxing.  It's the style of the kung fu

9  that was taught.  There's different styles, and this is that

01:10PM  10  particular style.

11     Q      And you said there's an L.A. branch.  Were there

12  other branches of this style of kung fu in other places?

13     A      Yes.  It originally was in China, and Ray Chan

14  told us -- as a master told us that there's a major branch in

01:11PM  15  Guangzhou, China.  There's a city.  I forgot the name, but

16  there's a major branch there.  We would be considered the

17  Los Angeles branch.

18     Q      You said the defendant taught this form of kung

19  fu.

01:11PM  20  A      Yes.

21     Q      Where did the lessons take place?

22     A      In the backyard deck of Ray Chan's house.

23     Q      And how often were you attending these kung fu

24  classes?

01:11PM  25  A      We have a class during the weekday night and also

1        Saturday, Saturday morning.

2            Q       So twice a week?

3            A       Yes.

4            Q       Did you start to talk to the defendant about

01:11PM  5   development and the other types of topics that you had

6        discussed at your lunch?

7            A       Yes.

8            Q       And can you describe the types of things that the

9        defendant began teaching you during this period?

01:12PM 10           A       From the beginning, Ray Chan told -- taught me

11       that you need to get introduced to the elected officials and

12       start fundraising.

13           Q       And how did he describe fundraising in terms of

14       getting introduced to public officials?

01:12PM 15           A       Fundraising was something that we have to do.

16       It's kind of like -- like an entry, like a door entry.

17           Q       Did he explain to you sort of the structure of

18       the government in Los Angeles including the importance of

19       certain bodies?

01:12PM 20           A       Yes.  Yes.  The various districts and the various

21       committees, the makeup of the council districts and who's

22       important, who's not important, so on and so forth.

23           Q       And who did he say was important in terms of real

24       estate development in Los Angeles?

01:13PM 25           A       For real estate development it was Jose Huizar as

```
 1   the Chairman for PLUM Committee.  And, of course, there's other

 2   folks like Herb Wesson who is also very important.  He's

 3   supposedly the -- he's the council president and sort of the

 4   leader for the council.

 5        Q       In terms of Jose Huizar, you said that the

 6   defendant taught you that he was important because of PLUM; is

 7   that correct?

 8        A       Yes.

 9        Q       And what did you understand PLUM to be?

10        A       At that time I didn't know.  Later I understood

11   that PLUM was a committee which is an important part of the

12   entitlement process.  And that particular committee carries the

13   vote to approve a project or not.

14        Q       And did you learn from the defendant that

15   Jose Huizar was the chair of PLUM?

16        A       Yes.

17        Q       As the chair of PLUM, did you also learn that

18   Jose Huizar had the ability to put certain projects on an

19   agenda?

20        A       Yes.

21        Q       And was Jose Huizar also the council member of

22   CD-14, the district that covers downtown Los Angeles?

23        A       Yes.

24        Q       Now, how did defendant -- how did you observe his

25   relationship with Jose Huizar to be?
```

01:13PM (line 5)
01:13PM (line 10)
01:14PM (line 15)
01:14PM (line 20)
01:14PM (line 25)

1    A    They have a great relationship.  They're like

2  brothers.

3    Q    And when you say like brothers, what do you mean?

4    A    Ray Chan usually refers to Jose Huizar as the

01:14PM  5  boss and also a brother.  A brother is someone who cares for

6  each other, watches each other's back, takes care of each

7  other.

8    Q    And in terms of taking care of Jose Huizar

9  specifically, did he teach you about what was necessary to take

01:15PM  10  care of Jose Huizar?

11    A    Yes.  And that's the start -- door entry is the

12  fundraising.

13    Q    Now, did you and the defendant later decide to --

14  did he direct you to open a business?

01:15PM  15    A    Yeah.  Ray Chan actually told me that, in order

16  to do this, I would have to open a company.  And I can't --

17  cannot use my identity as a real estate broker because there's

18  just so many of these people out there.  It serves no value.

19  So a separate -- a company will have to be formed for

01:16PM  20  consulting business.

21    Q    And in the fall of 2014, did you also have a

22  conversation with the defendant about becoming business

23  partners?

24    A    Yes.  It was around the time where the Synergy

01:16PM  25  company was getting finalized in terms of the Secretary of

1    State registration.  It was around that time.

2         Q    We will look at that Secretary of State

3    registration in a moment.  But first I just want to talk about

4    what generally was your understanding about having a business

01:16PM    5    together with the defendant.

6         A    The business would conduct real estate

7    development consulting services, and Ray Chan would mentor me

8    and teach me and basically show me how the services can be

9    provided and how to provide them.  And then -- because Ray --

01:17PM   10    one of the items that was mentioned at the Osho lunch --

11    because Ray had told me he's a person from the inside.  And I'm

12    a person from the outside of the City.  He's on the inside of

13    the City.  I'm on the outside of the City.  So he would make

14    sure that -- he would teach me how to provide these services,

01:17PM   15    and I would interact with developers who need these services

16    who have projects that are in the pipeline for entitlement.

17         Q    So I want to take some of those things and break

18    them down.  So you said the defendant told you he was on the

19    inside, meaning inside of the City, and you were on the

01:18PM   20    outside.  Did you understand he was going to help you do

21    certain things from the inside of the City?

22         A    Yes.

23         Q    And as far as becoming partners, you said that he

24    was someone who -- did you understand that the defendant in his

01:18PM   25    role could not work directly with developers?

1    A        Ray Chan did not really specifically tell me what

2  he can do and cannot do, but he did tell me that I will have to

3  be the one to liaison with the developers.

4    Q        And so you were to be the face of the company?

01:18PM   5    A        Yes.  I was the face of the company and the

6  founder of the company on record.

7    Q        But he would be your partner from the inside.

8  Was that your understanding?

9    A        He would be my partner for the business, but he

01:19PM  10  just cannot be on record.

11    Q        And so as far as being partners, did you

12  understand you were going to be 50/50 partners?

13    A        Yes.  It was 50/50 percent share.

14    Q        Meaning 50/50 percent share financially in the

01:19PM  15  company?

16    A        Yes.  Financially in the company.

17    Q        And did you actually go forward?  You said you

18  were putting together the forms to create the corporation.  Did

19  you actually go forward and create that corporation?

01:19PM  20    A        Yes, I did.

21    Q        And was this -- as far as your going forward and

22  opening this corporation, had the defendant directed you to do

23  that and told you that was the next step you should take?

24    A        That was actually the first step, to form the

01:19PM  25  company.  And I believe around that time there was -- there was

1  an event coming up where all of these Chinese developers who

2  were in the states or coming to the states were interested in

3  coming to invest in Los Angeles would be at an event at the

4  Chinese consular's house, and that event was hosted by

01:20PM  5  Herb Wesson.

6  Q       We're going to get to that, the September dinner

7  at the Chinese consular general's house; right?

8  A       I don't remember the date, but that seems to be

9  what that was.

01:20PM  10  Q       When you were talking about your agreement with

11  the defendant, your understanding of all of those things, was

12  that based upon what the defendant told you about how that it

13  would work?

14  A       Can you clarify on what --

01:20PM  15  Q       How your partnership would work.  Did the

16  defendant tell you those things?

17  A       It was what Ray Chan proposed to me.  So -- and I

18  agreed.  I never second doubted.

19  Q       And why did you agree?

01:21PM  20  A       Because that's my -- there is the opportunity for

21  Ray Chan and myself to work together and to be able to get this

22  consultant business going.

23          MS. PALMER:  Now, if we could go to Exhibit 51,

24  please.

01:21PM  25  Q       Now, is this the Articles of Incorporation that

1     you actually filed for Synergy?

2         A     Yes.  That is correct.

3         Q     And Synergy is the name of the company -- the

4     corporation that you opened?

01:21PM  5    A     Yes.

6         Q     The full name is Synergy Alliance Advisors; is

7     that right?

8         A     Yes.

9         Q     And now advisors, what did you intend to be

01:21PM 10    advising on?

11        A     Real estate entitlement or real estate related

12    services.

13        Q     And this was filed on October 9, 2014?

14        A     Yes.

01:22PM 15              MS. PALMER:  And if we can zoom back out.

16        Q     Are you the sole person listed here on this in

17    the Articles of Corporation?

18        A     Yes.

19        Q     As far as the ownership there, it would be that

01:22PM 20    you were the sole owner of that corporation on paper; is that

21    right?

22        A     Yes.

23        Q     And was that -- at the time that you filed that,

24    is that what your understanding was was what the actual

01:22PM 25    agreement was between you and the defendant?

```
 1        A       Yes.

 2        Q       Was the actual agreement that you would be the

 3   sole owner or that you guys would be partners?

 4        A       No.  I'm the sole owner on record.  Ray Chan

 5   cannot be on record for this business.

 6        Q       And that's what he told you?

 7        A       Yes.

 8        Q       Now, if we can talk about the dinner at the

 9   Chinese consular general's house, who invited you to that

10   dinner?

11        A       Ray Chan invited me to that dinner to serve as

12   his translator because he gave a presentation on the parallel

13   design process to the developers.

14        Q       Go ahead.

15        A       I'm done.

16        Q       Did he tell you of another purpose for inviting

17   you besides providing translation?

18        A       Yes.  That was the opportunity to meet with all

19   the potential and all the existing or future coming developers

20   who were interested in Los Angeles, to invest in Los Angeles.

21        Q       And previously I think you said there were some

22   politicians there; is that right?

23        A       The event was hosted by the council president at

24   that time, Herb Wesson.

25        Q       And were there other persons from his office
```

1    there?

2         A       Yes.  His assistant, I think, Michael Bai, and I

3    also met Deron Williams there, and I think that was it.

4         Q       And looking on the right side of the screen,

01:24PM  5    Exhibit 1, page 21, is that a photograph of Deron Williams?

6         A       Yes.

7         Q       And in addition to these politicians, you said

8    there were a number of development companies.  Can you name

9    some of them?

01:24PM  10        A       Yeah.  Hazens was there.  Oceanwide was there.  I

11   believe City Century was there.  There were multiple of other

12   developers who hasn't acquired any properties in Los Angeles.

13   I think all in all there were at least 15, 20 different

14   developers there.

01:25PM  15        Q       Did the defendant encourage you to do anything in

16   preparation for this event?

17        A       Yes.  We -- I think I had to do some translation

18   on paper for the parallel design process.  There were some

19   documents that Ray provided us with.

01:25PM  20        Q       Did he encourage you to do anything with respect

21   to Synergy specifically?

22        A       I actually had to get business cards printed and

23   to pass them out at that event.

24        Q       You said you had to.  Did the defendant encourage

01:25PM  25   you to get business cards printed?

1883

1    A      Yes.  It was -- Ray Chan told me that it was the

2    perfect opportunity to get my business cards passed out.

3    Q      And you printed business cards for that?

4    A      Yes.  I was pressed on time, so I actually didn't

01:26PM    5    have time to get them professionally printed, and I think at

6    the time the company was not fully registered.  But I was able

7    to reserve the name.  So I think I went to Home Depot --

8    Office Depot to get these business card templates where I could

9    print these cards.

01:26PM    10    Q      So you printed them yourself?

11    A      Yes.  And it was horrible.  Like, not very

12    professional.

13    Q      And did the defendant say it was not professional

14    or something to that effect?

01:26PM    15    A      Yeah.  I promised I will get the professional

16    ones printed.

17    Q      Now, after this meeting, did you continue to then

18    start to work as a development consultant in the City?

19    A      I tried.  I wasn't making any money.  The first

01:27PM    20    retainer that came through was actually from Hazens for $5,000

21    a month.

22    Q      We're going to talk about Hazens in a little

23    while.

24    A      Sure.

01:27PM    25    Q      But eventually you were able to get a retainer

```
 1    with Hazens, and that was your first client; is that right?
 2         A      Yes.  For this business.
 3         Q      For this business.
 4         A      Yes.
 5         Q      Now, generally, what did you do as a development
 6    consultant?
 7         A      We -- we basically would -- in the beginning it
 8    was more about just try to solve any or all issues they have at
 9    the site, at the property.
10         Q      And before you could actually -- you said it took
11    a while to get started.  Was one of the first things the
12    defendant directed you to do was to connect with someone -- to
13    connect with Council Member Jose Huizar?
14         A      Yes.  That was -- Ray Chan instructed me about
15    that very early on in the relationship.  So I think I probably
16    started the first few fundraising in 2014.
17         Q      Did you also, through that process, come to get
18    to know someone named George Esparza?
19         A      Yes.  He was Jose Huizar's assistant.
20         Q      And what did you -- did you also understand
21    George Esparza to be -- what was his relationship with the
22    defendant?
23         A      George Esparza's relationship with Raymond Chan?
24         Q      Yes.  Were they close?  Not close?  How would you
25    describe their relationship?
```

```
 1          A       I don't know if they were close.

 2          Q       Did you observe them talking and interacting?

 3          A       Sure.  They talked.  Yeah.  They interacted.  But

 4    I'm not certain if they were close.

 5          Q       And as far as Jose Huizar, did you understand

 6    that George Esparza, in addition to being his special

 7    assistant, worked with fundraising?

 8          A       Yes.

 9          Q       And did you develop a relationship with

10    George Esparza?

11          A       Eventually.

12          Q       Did you eventually become close with him?

13          A       Yes.  I thought we had a genuine friendship.

14          Q       Would you eventually consider him an ally?

15          A       Yes.  He was definitely on my side.

16          Q       And did you eventually also develop a

17    relationship with Jose Huizar?

18          A       Yes, I did.

19          Q       And did you consider that to be -- did you

20    consider him to be a political ally -- a close ally as well

21    eventually?

22          A       Yes.

23          Q       Now, you said that the first step was doing

24    fundraising.  Were you -- did the defendant talk to you about

25    Jose Huizar -- you said he talked about his power in the City.
```

```
 1      A      Yes.  Ray Chan right from the very beginning had
 2   told me how important Jose Huizar was being in PLUM and his
 3   ability and power to move development projects through
 4   entitlement.
 5      Q      And did the -- was the defendant trying to help
 6   you get connected to various developers in the City at that
 7   time?
 8      A      Yes.  Ray Chan was -- actually, after the
 9   developers event at the Chinese consulate house, Ray through
10   Jeremy asked me to get Christmas cards.  Ray also told me that
11   these developers were -- first, at that dinner Ray was very
12   happy.  He told me this was a success.  All these developers
13   showed up.  And Ray actually was following up with them.  And
14   Jeremy told me to get Christmas cards.  Ray Chan was sort of
15   dividing them into groups.
16      Q      What do you mean dividing into groups?
17      A      I think one group are the folks that bought
18   projects and needed entitlements and the second group maybe
19   looking to acquire, looking to buy.  So Ray was keeping a very
20   close tab on that particular group of folks, developers.
21      Q      And did you understand those tabs to be related
22   to who you were going to target in terms of consulting
23   business?
24      A      Definitely.  These are the clients or potential
25   clients.
```

1    Q       And as part of the education that the defendant

2    gave you, did -- was one of the things he talked about was how

3    to convey Jose Huizar's power to these developers?

4    A       Yes.  That is correct.

5              MS. PALMER:  And if we can pull up Exhibit 596B,

6    please.  Now zooming in on the first three messages, please.

7    Q       Is this a text message between you and

8    Jose Huizar?

9    A       Yes.

10             MS. PALMER:  Okay.  And if we can zoom in on the

11   first three messages.

12   Q       Do you see -- so the one on the left is from you

13   and the one on the right, the green ones, are from Jose Huizar.

14   And reading the first one you said, "Hi Councilman.  Was

15   wondering if you can introduce me to the guys from Oceanwide."

16   Did you -- was that a typo?  Did you mean Oceanside?

17   A       Oceanwide is the developer.

18   Q       Sorry.  There's another message that has a typo.

19   I apologize.

20             Then you said, "Ray does not want them to know

21   that him and I are close."  Do you see that?

22   A       Yes.

23   Q       And in terms of Ray saying that he -- did you get

24   that from Ray that he didn't want them to know that you were

25   close?

1    A        Ray would tell me what to do.  I mean, he would

2    give me clear instructions on what to -- what to say, and what

3    not to say.  So on this one here, he didn't want Oceanwide to

4    feel that we were close.

01:33PM  5        Q        And did you understand that he needed to keep a

6    distance because of his role in the City?

7    A        Yes.

8    Q        And that was from him explaining that to you?

9    A        Yes.

01:34PM  10        MS. PALMER:  If we can zoom back out and zoom in

11    on the last message on the screen.

12    Q        Can you read the message you sent to

13    Council Member Huizar.

14    A        "Hi Councilman.  Hope you had a good weekend.  I

01:34PM  15    have a few updates on my side.  I have spoken to Thomas from

16    Oceanwide in private about your influence and how important it

17    is to make sure everyone's project is successful."

18        Q        In terms of sending a message like this, is this

19    the type of thing you would have learned from Ray about how to

01:34PM  20    sell Jose Huizar to developers?

21    A        Yes.  There's -- we have a little -- sort of a

22    sales pitch in what to say and what not to say.

23    Q        And what was that sales pitch?

24    A        Jose Huizar is -- to sell Jose Huizar as the

01:34PM  25    council member at PLUM who has the most power in terms of

1   moving a development project.

2           MS. PALMER:  If we can zoom back out and go to

3   the next page, please, and zoom in on the top three messages.

4     Q     Looking at the first message, it's kind of long,

01:35PM  5   but we will go ahead and read it.  This is from you to

6   Jose Huizar.

7           "He now truly understands and is grateful for the

8   connection.  I will work with him closely to make sure we can

9   produce the win-win situation."

01:35PM  10           So there when you're saying "he now understands,"

11   do you mean the Chairman of Oceanwide?

12     A     Yes.

13     Q     And then you next say, "With Hazens --"

14     A     I apologize.  I never met the Chairman from

01:35PM  15   Oceanwide.  It was this guy named Thomas.  He was the general

16   manager sent from China to lead the project.

17     Q     Okay.  So someone associated -- the general

18   manager of Oceanwide?

19     A     Yes.  I forgot what his exact title was, but he

01:36PM  20   was the highest authoritative person in Los Angeles for

21   Oceanwide.

22     Q     And the person who would be in charge, for

23   example, of anything related to developments for Oceanwide?

24     A     That entire project.  Yeah.  He was the number

01:36PM  25   one in command.

1    Q    And then you said, "With Hazens they may need a

2  letter of support for the Luxe Hotel project associated with

3  their filing with the immigrations for the EB5 Regional Center

4  which will be providing some findings for the project."

5         Do you see that?

6    A    Yes, I do.

7    Q    We will be talking about Hazens later, so we

8  won't go into detail.  But looking at Jose Huizar's response to

9  you, do you see that he says, "Sounds good.  Ray and I spoke"?

10        Do you see that?

11   A    Yes, I do.

12   Q    And then, "We agreed to have lunch or dinner with

13 the three of us soon to talk about these matters with you."

14        Do you see that?

15   A    Yes, I do.

16   Q    So in your relationship with the defendant and

17 Jose Huizar, was it often the case that Ray was included in

18 these meetings about the developers?

19   A    I have to update Ray on everything.

20   Q    Now I want to go to --

21   A    Yeah.  Everything -- I mean, as far as the

22 project, the developer, I have to update.  I might have missed

23 some stuff, but my job was to update everything as I could.

24   Q    And you mentioned that one of the first things

25 you did with Jose Huizar back in 2014 when you were getting to

1891

```
        1    know him was to go to fundraising events; right?

        2         A     Yes.

        3               MS. PALMER:  And if we could pull up Exhibit 535

        4    at page 2, please.

01:38PM 5         Q     Looking at the bottom message there, it's on

        6    September 25, 2014.  Is that from George Esparza's personal

        7    e-mail?

        8         A     Yes.

        9         Q     And it's to you at your Concord Realty e-mail?

01:38PM 10        A     That is correct.

        11        Q     And at that time you had not established Synergy

        12   yet; right?

        13        A     At that time Synergy was now officially filed.

        14        Q     And then you said -- George Esparza said,

01:38PM 15   "George, pleasure talking to you.  Per our conversation, the

        16   fundraiser will be on Monday, September --"

        17              And then if we can go to the next screen, please.

        18   Sorry, the next page.

        19              And then he gives a time September 29th, and he

01:39PM 20   also attaches a contribution form; is that correct?

        21        A     Yes.  That is correct.

        22              MS. PALMER:  And if we can go to page 1 --

        23        Q     Oh, and then does he provide the location above

        24   that?

01:39PM 25        A     I think it's Faith and Flower.  Yeah.  That's
```

1892

1    correct.  Faith and Flower.

2                 MS. PALMER:  If we can go to page 1, please.

3    Q       Looking in the middle there, on Monday,

4    September 29th, 2014, do you see where there's a message to

01:39PM    5    you -- from you and it says, "I'm here and dropped off the

6    checks"?

7    A       Yes.

8    Q       And so did you provide checks to Jose Huizar

9    early on in your relationship with him?

01:39PM    10   A       Yes.

11   Q       And why did you do that?

12   A       When you go to these events, you have to bring

13   checks.  That's the way it works.

14   Q       And did you learn that from Ray?

01:40PM    15   A       Yes.  You don't go there empty-handed.

16                MS. PALMER:  And if we can zoom back out and go

17   to the first message.

18   Q       This is a message to you -- to George Esparza on

19   November 4th.  Can you just read what you wrote there?

01:40PM    20   A       Sure.  "Hi George.  Can you get me in touch with

21   the councilman?  Ray and I had dinner with Hazens last night

22   regarding pledging their support, so I want to discuss this to

23   prepare the councilman's dinner with them this Thursday."

24   Q       Okay.  You can stop there.

01:40PM    25                So from that message, you and I had -- you and

1  Ray, the defendant, had dinner with Hazens the night before is

2  what you are conveying?

3       A       I think it was the night before, yeah.

4       Q       And then you wrote, "regarding pledging their

01:40PM  5  support."  What did you mean by pledging their support?

6       A       Pledging their support meaning Chairman would

7  support Jose Huizar and he understood that Jose Huizar was the

8  person in the City that could push his project forward.

9       Q       So after meeting with the Chairman with the

01:41PM  10  defendant, you then wanted to discuss that with Jose Huizar to

11  prepare him for a dinner he was having with the Chairman as

12  well?

13      A       Yes.  Ray Chan is always -- he's big on

14  preparation, pre-meetings, and Ray Chan felt this is something

01:41PM  15  we have to do.  We have to prep Jose Huizar prior to the dinner

16  with Hazens.

17      Q       And did you have many meetings like this with the

18  defendant Raymond Chan relating to the Luxe Hotel project?

19      A       Luxe Hotel or overall?  Overall we have a bunch

01:42PM  20  of meetings, routine meetings.

21      Q       And also including the Luxe Hotel later on in

22  time?

23      A       Yes.  That was the main project.  Sheraton was

24  not -- the Sheraton Gateway was not something that we handled.

01:42PM  25                  MS. PALMER:  So I want to then go to Exhibit 535,

1   please.  If we go to Exhibit, sorry, 590B.

2       Q       Looking at this, is this a text message between

3   the defendant Raymond Chan and Jose Huizar, text message

4   exchange?

5       A       Yes.

6               MS. PALMER:  If we could zoom in on the three

7   blue messages, please.

8       Q       So here the defendant is writing to Jose Huizar

9   and he says, "I will be having dinner with Chairman Yuan

10  tonight.  I also knew that you will have dinner with him

11  Thursday.  I just want to touch base with you as to what

12  George Chiang and I should tell him.  Can you talk?"

13              Do you see that?

14      A       Yes, I do.

15      Q       Is this something you understood the defendant to

16  do that he would coordinate with Jose Huizar personally to then

17  decide what to talk to the Chairman about yourselves?

18      A       Yes.  That is part of the preplanning, but I was

19  not on this text message.

20      Q       Correct.

21      A       So I can't --

22      Q       But do you have an understanding of that sort of

23  behavior based upon your relationship and interactions with the

24  defendant and Jose Huizar?

25      A       Yes.

1       Q       And is it fair to say that you -- all three of

2   you, you, the defendant, and Jose Huizar, would want to get on

3   the same page going into these types of meetings?

4       A       All the time.  That's a must.

01:44PM    5       Q       Now, Mr. Chiang, have you pleaded guilty in this

6   case?

7       A       Yes, I did.

8       Q       What did you plead guilty to?

9       A       I pled guilty to RICO, racketeering influence

01:44PM    10  corrupt organization.

11      Q       And conspiracy; right?

12      A       I believe I pled guilty to one count.  Sorry.

13  I'm not an attorney.

14      Q       It's okay.  But it was to a RICO charge.  You

01:44PM    15  understood that?

16      A       Yes.

17      Q       And getting away from the technical terms, did

18  you agree that -- when you pled guilty, did you plead guilty to

19  conspiring with the defendant and Jose Huizar among other

01:45PM    20  people?

21      A       Yes, I did.

22      Q       And did you plead guilty to being a member of the

23  Council District 14 Enterprise?

24      A       Yes, I did.

01:45PM    25      Q       As part of that plea, did you admit to

```
  1        participating in a so-called pay-to-play scheme in Los Angeles?

  2              A       Yes, I did.

  3              Q       And who was the leader of that conspiracy?

  4              A       The leader was Jose Huizar.

  5              Q       And were you and Raymond Chan also members of

  6        that conspiracy?

  7              A       Yes, we are.

  8              Q       And as far as the goals of the enterprise, was

  9        one of the goals enriching the members and associates of the

 10        enterprise?

 11              A       Yes.

 12              Q       And was another goal advancing the political

 13        goals and maintaining control and authority of the enterprise?

 14              A       Yes.

 15              Q       And did that include by elevating the members and

 16        associates to maintain their positions of power in the City?

 17              A       Yes.

 18              Q       And did you also admit that one of the goals was

 19        protecting the CD enterprise from detection?

 20              A       Yes.

 21              Q       Including through acts of concealment?

 22              A       Yes.

 23              Q       Now, at a high level, how did the pay-to-play

 24        scheme work?

 25              A       At a high level Jose Huizar would use his
```

1   influence through his office and his influence through other

2   government officials to facilitate and push development

3   projects forward and expedite them as much as he could.  Along

4   the process, there are administrative actions that his office

01:47PM   5   will have to take on such as motions or, you know, host

6   meetings, liaison with other departments in the City such as

7   planning department.

8        Q    Okay.  So he would use his office to both vote

9   officially, present motions and items like that, as well as

01:47PM   10  influence other officials; is that right?

11       A    Yes.

12       Q    And what was Raymond Chan's role?

13       A    Raymond Chan was doing -- was influencing other

14  public officials and as well as other departments outside of

01:48PM   15  Department of Building and Safety and other public officials

16  from the other departments to facilitate these entitlement

17  projects.

18       Q    What was this in exchange for?

19       A    Benefits.

01:48PM   20       Q    When you say benefits, what types of things are

21  we talking about?

22       A    With Jose Huizar or Raymond Chan?

23       Q    Just altogether for the enterprise?

24       A    Small things such as concert tickets, gifts,

01:48PM   25  printers, campaign contributions, PACs -- there's $100,000 PAC.

```
 1    Perhaps there's game tickets, drinks.
 2         Q       Perhaps.  But you were aware specifically of game
 3    tickets and all of those things as well?
 4         A       Yes.
 5         Q       And would it also include cash or money?
 6         A       Yeah.  It would include cash actually.
 7         Q       Okay.
 8         A       But in my case, you know, it's more about
 9    funneling the cash.
10         Q       What was your role in the conspiracy?
11         A       My role was to be the face of Synergy and
12    correspond and liaison with developers, and I'm responsible for
13    the day-to-day operation.
14         Q       And as part of -- go ahead.
15         A       I said I'm responsible for the day-to-day
16    operation, the legwork.
17         Q       With respect to the conspiracy, did you and the
18    defendant solicit and demand direct and indirect financial
19    benefits from developers?
20         A       Yes.
21         Q       And that was in exchange for the official acts of
22    Jose Huizar, Raymond Chan, and others?
23         A       Yes.
24         Q       Now, as far as the -- as far as you were
25    concerned, you did that on behalf of -- one of the developers
```

01:49PM (line 5)
01:49PM (line 10)
01:49PM (line 15)
01:50PM (line 20)
01:50PM (line 25)

1    that you did that on behalf of was Hazens; correct?

2        A    Yes.

3        Q    In terms of the benefits that you received and

4    you helped the defendant receive, were those payments from

01:50PM    5    Hazens to the company Synergy?

6        A    Yes.  We have -- we have a retainer that started

7    sometime in 2015.  From there it grew to a bigger retainer and

8    eventually a bigger retainer through providing services to

9    Hazens.

01:51PM   10        Q    And that retainer included the defendant using

11    his official position to help the Hazens project; correct?

12        A    Yes.

13        Q    And that money that was coming into Synergy from

14    Hazens, that was 50 percent the defendant's according to your

01:51PM   15    agreement?

16        A    The agreement was 50/50 between Raymond Chan and

17    myself.

18        Q    After any expenses and things like that; right?

19        A    Of course.  It's on a net basis.

01:51PM   20        Q    Okay.  And I want to go to -- I want to go to the

21    goal of protecting the elected officials and keeping them in

22    office.  Was part of your goal to keep Huizar in office and to

23    keep his power?

24        A    Yes.

01:52PM   25        Q    And why?

1    A       If he was not in the office, then he would not be

2  able to facilitate or have the power to facilitate these

3  projects.

4    Q       And was it important for Raymond Chan to maintain

01:52PM   5  access to Jose Huizar?

6    A       Yes.

7    Q       How so?

8    A       Because Jose Huizar is needed as the PLUM.

9    Q       Now, are you familiar with the term "friend of

01:52PM   10  the office"?

11    A       George Esparza had mentioned that to me.

12    Q       What did you understand from George Esparza that

13  term to be?

14    A       That term to me meant the developers or the folks

01:53PM   15  who are -- who benefits the office are the folks who are the

16  friends of the office.

17    Q       The people who are willing to pay to the office?

18    A       I can't say all of them pay, but I'm sure -- they

19  have to bring some benefit on the table to become a friend.

01:53PM   20    Q       And when George Esparza was explaining benefits,

21  what types of benefits did you think he was including?

22    A       I would say similar to what I mentioned

23  previously.

24    Q       Okay.

01:53PM   25    A       Yeah.

1   Q      And was -- did you become a friend of the office?

2   A      They never told me officially if I was a friend

3   of the office, but I assume I was.  I definitely was.

4   Q      And did you consider Raymond Chan to be a friend

5   of the office?

6   A      Definitely.  But I think Raymond Chan's

7   relationship with Jose Huizar goes deeper than friend of the

8   office.

9   Q      What do you mean by that?

10  A      I think Raymond Chan and Jose Huizar have more of

11  a personal relationship, not just sort of the friendship at the

12  office level.

13  Q      Did you and the defendant use the term "brothers"

14  or "good brothers"?

15  A      Yes.  We used the term brothers and good

16  brothers.

17  Q      What does that term mean?

18  A      Brothers means that, you know, brothers take care

19  of each other.  They back each other up.  They support each

20  other.

21  Q      And was that used in a similar way to friend of

22  the office as far as the way that you and the defendant used it

23  in identifying people who were good brothers or not good

24  brothers?

25  A      I personally probably never used the term friend

```
 1   of the office, but brothers, yeah, we use it all the time.  I

 2   use it all the time.

 3        Q    And --

 4        A    Ray used it all the time.

 5        Q    Did that refer to people who were -- did the

 6   defendant express that was to people who were with you?

 7        A    Yes.  Loyalty.

 8        Q    What do you mean by loyalty?

 9        A    Loyalty means that you would be there for each

10   other no matter what.

11        Q    And was it your impression that the defendant --

12   or did he say that Jose Huizar, he considered him a good

13   brother?

14        A    Yes.  Ray Chan is, you know -- mentioned that

15   Jose Huizar was his good brother.  Not just to me.  To multiple

16   people.

17        Q    Would he also mention that to developers when he

18   was describing Jose Huizar and his access to Jose Huizar?

19        A    Definitely.

20        Q    Now, I want to turn to the Hazens, the Luxe Hotel

21   project, and your early relationship with Hazens along with the

22   defendant.  So looking at 2014.  Between 2014 and '15, did you

23   facilitate introductions between -- did you introduce the

24   defendant to Chairman Yuan and facilitate meetings?

25        A    Yes.  It all sort of stemmed from the
```

01:55PM (line 5)
01:55PM (line 10)
01:55PM (line 15)
01:56PM (line 20)
01:56PM (line 25)

 1    Lunar Chinese New Year's event at the Sheraton Gateway Hotel.

 2         Q     Did you also introduce the Chairman -- you and

 3    the defendant introduce the Chairman to Jose Huizar?

 4         A     Yes.

01:56PM  5         Q     And what was the purpose of introducing the

 6    Chairman to Jose Huizar?

 7         A     The purpose is to let the Chairman know -- first

 8    of all, introduce Jose Huizar and let him know about who

 9    Jose Huizar was and to also let him know that Jose Huizar could

01:57PM 10    help greatly in pushing his project forward.

11         Q     And were you and the defendant trying to show

12    that you two could also help the project?

13         A     Yes.

14         Q     And how did you present yourself in terms of your

01:57PM 15    relationship with the defendant when you were meeting with

16    Hazens and the Chairman?

17         A     With Hazens, Ray Chan told -- told me that it's

18    completely fine to let the Chairman know that we're good

19    brothers.

01:57PM 20         Q     And were you the little brother?

21         A     Yes.  I was the -- I was the little brother, yes.

22         Q     And was the defendant the big brother?

23         A     Yes.

24         Q     And are there terms that you would call each

01:57PM 25    other to signify big brother and little brother?

1    A    Yes.  It's *Deilo* in Cantonese Chinese, and *Seilo*

2  is little brother in Cantonese.

3    Q    You said Hazens had the Sheraton LAX and there

4  was a renovation underway in 2014; correct?

01:58PM  5    A    There was a renovation, I believe, being planned.

6  I don't know if it was underway.  I don't recall that.

7    Q    But eventually that property was renovated;

8  right?

9    A    Yes.

01:58PM  10    Q    And the Luxe Hotel, was that purchased in 2014 by

11  Hazens?

12    A    I don't know exactly when it was purchased, but

13  if I had to make an assumption, it would be early part of 2014.

14    Q    I don't want you to assume, but would that be

01:59PM  15  your best estimate?

16    A    My best estimate would be in early 2014.

17    Q    And did Hazens acquire a third property later, a

18  property in San Gabriel?

19    A    Yes.  The third property was a development site

01:59PM  20  for another Sheraton Hotel in the city of San Gabriel on

21  Valley Boulevard.

22    Q    In approaching Hazens, did the defendant tell you

23  kind of how to show value to them?

24    A    Yes.  Ray Chan told me that, you know, the best

01:59PM  25  thing to do to show the value is we will start to do -- to help

1    resolve issues for free.

2        Q    And what types of issues did Hazens have that you

3    could resolve for free?

4        A    During the 2014 year like "ish" period, it was

02:00PM   5    mainly issues Hazens had with the Sheraton Gateway Hotel by

6    LAX.  They had like inspection issues like plumbing.  I think

7    they had like some ADA issues.  Basically what I would do is I

8    would correspond with the Hazens folks and find out what the

9    issues are, and then they would -- once they let me know, I

02:00PM   10   would write back to Ray Chan, and then Ray Chan would delegate

11   or -- delegate to the proper personnel in the department to

12   help resolve these issues.

13       Q    And so were there various issues -- you said

14   plumbing and then an ADA issue.  Was there also a design

02:00PM   15   inspection issue that you helped resolve for Hazens?

16       A    I think that might be related to the inspection

17   issue.  I just -- right now it's been so long I just don't

18   recall exactly what they were.  But my estimate is what you

19   said was true.

02:01PM   20       Q    And in terms of resolving those issues, you said

21   that the defendant would talk to people.  You mean within the

22   City to help resolve those issues?

23       A    Talk to folks within Department of Building and

24   Safety.  I believe all of those items actually sort of fall

02:01PM   25   within the jurisdiction of Department of Building and Safety.

         1    They're not planning issues or entitlement issues.  They're

         2    just mostly permits, inspection, construction issues.

         3         Q      So you're doing work for free.  What's the point

         4    eventually of doing work for free?

02:01PM  5         A      Providing the free services to show the value,

         6    and hopefully eventually we show the value, we can get a

         7    retainer that they will pay on.

         8         Q      And you have used the word retainer a few times.

         9    Can you explain what a retainer is?

02:02PM  10        A      Retainer is a service agreement.

         11        Q      And so in this case are you talking about a

         12   monthly payment that you were looking for?

         13        A      Yeah.  A set service agreement which has a set

         14   price per month.

02:02PM  15        Q      So when you're helping with these various

         16   projects, were you also meeting with the defendant and various

         17   folks at Hazens to get to know them as well?

         18        A      Yes.

         19        Q      And did --

02:02PM  20        A      Constant meetings, yes.

         21        Q      And did that include lunches and dinners?

         22        A      Lunches and dinners are usually happening not

         23   with the staff of Hazens.  Typically it is with the Chairman or

         24   Greg Sun.  We usually use dinners, lunches to introduce people.

02:03PM  25   But there are a lot of regular meetings that take place that

1    include myself and Hazens that also include meeting with

2    Ray Chan.  You know, Ray Chan is very big on meetings, so we

3    will meet constantly.

4         Q       And did you consider Ray Chan to be your boss?

02:03PM  5    A       Yes.  But not on record.

6         Q       And what do you mean by you considered him to be

7    your boss in fact?  So what does that mean?

8         A       He's my big brother.  He taught me what I needed

9    to know to be able to do this job, and he trained me.  You

02:04PM  10   know, he showed me how to be successful doing this.

11        Q       How would you describe him as a boss in terms of

12   his management style?

13        A       Ray Chan is meticulous on details.  He preaches

14   to never drop the ball.  For meetings with staff or council

02:04PM  15   members, there always needs to be pre-meetings.  We always need

16   to figure out what we're going to say.  He's meticulous on

17   drafting letters, correspondence.  Ray is meticulous on

18   having -- knowing what to do at what times.  He's taught us how

19   to -- he's prepared action item radar, and that's his bible of

02:05PM  20   keeping track of everything that goes on.  You know, he would

21   color code them to various colors.  One of the colors would be

22   my part.  Another color would be someone else's part.  And we

23   would update them.

24        Q       And I will stop you there.

02:05PM  25              Were there also items for him on those charts?

1    A    Yes.  Yes.

2    Q    And in addition to mentoring you and teaching

3  you, did he also provide direction to you as far as what you

4  are supposed to be doing and telling you what to do in these

02:05PM   5  meetings and in your correspondence?

6    A    Yes.  Yes.  You know, what to do, what's the best

7  thing to do.  And sometimes Ray Chan also would let me try to

8  figure some things out, and he would come back and say, no,

9  don't do it this way.  Do it that way.  That's sort of part of

02:06PM   10  the training process.  But Ray is a -- he's -- he's a great

11  manager, and he's managed thousands of people.

12    Q    Is it fair to say he's a very hands-on manager?

13    A    Definitely.  Definitely.

14    Q    And does he like to be kept in the loop on the

02:06PM   15  various developments and everything that was happening in terms

16  of what you were working on at Synergy?

17    A    Yes.  Yes.  I -- everything that goes on I

18  relayed back to Ray Chan.

19        THE COURT:  All right.  We're going to take our

02:06PM   20  final break.

21        Ladies and gentlemen, I want to remind you of the

22  instruction I have given you.  Until this trial is over, you're

23  not to discuss this case with anyone including your fellow

24  jurors, members of your family, people involved in the trial,

02:07PM   25  or anyone else, nor are you allowed to permit others to discuss

1    the case with you.  Also, do not read, watch, or listen to any

2    news reports of the trial.  And do not conduct any independent

3    research, and please keep an open mind until the conclusion of

4    the case.

02:07PM    5         We will see you tomorrow for an 8:00 o'clock

6    start.

7              THE CLERK:  All rise for the jury.

8              (The following proceedings were held in

9              open court outside the presence of the jury:)

02:08PM   10         THE COURT:  All right.  The jury is not present.

11         How much longer are you going to have with this

12   witness?

13              MS. PALMER:  I think our estimate is correct,

14   Your Honor.

02:08PM   15         THE COURT:  Well, I don't think it is correct.

16   You're not going to have eight hours.  So you can sit down

17   tonight and figure out how you're going to shorten it, but

18   we're not going to spend eight hours with this witness.

19              Then, Mr. Braun, since it looks like next week --

02:08PM   20   early next week we're going to be starting the defense case,

21   have you had an opportunity to sit down and review the witness

22   list that you provided which is Docket No. 959 and make a

23   determination as to which of those witnesses you're going to be

24   calling?

02:08PM   25              MR. BRAUN:  We should know by tomorrow morning.

1    We will talk tonight, and let the Court know by tomorrow

2    morning.

3              THE COURT:  Pull the microphone up to you.

4              MR. BRAUN:  You should thank me for my short

02:09PM   5    cross; right?

6              THE COURT:  I appreciate -- that's why I'm asking

7    the question because I see where you're going in the case and I

8    think a lot of these witnesses are probably not going to be

9    called.  I'm not precluding you.  I just want to get a sense of

02:09PM   10   what our timing is next week.

11             MR. BRAUN:  I just don't know.  Let me talk with

12   my client and my associate tonight, and we will give it to

13   Your Honor tomorrow morning.

14             THE COURT:  Okay.  Maybe it will be easier just

02:09PM   15   to file a revised witness list.

16             MR. BRAUN:  Okay.  Yes.

17             THE COURT:  All right.

18             MS. PALMER:  Your Honor, I wanted to raise an

19   issue with the jury instructions.

02:09PM   20             THE COURT:  Okay.  Before we get to the jury

21   instructions, what's the status of the pretrial exhibit

22   stipulation?  I don't have my notes in front of me, but it's

23   due tomorrow.

24             MS. HAR:  That's correct, Your Honor.  And the

02:10PM   25   Government has completed its objections and will be providing

| | |
|---|---|
| 1 | those to the defense as soon as we get out today. |
| 2 | THE COURT:  Providing them when? |
| 3 | MS. HAR:  In the next 30 minutes. |
| 4 | THE COURT:  I know there was a -- I alluded to |
| 5 | this in one of the sessions, but the jury was coming in.  On |
| 6 | Sunday there was a revised defendant's exhibit list that was |
| 7 | filed.  Can you give me some idea of how long or what this |
| 8 | joint -- what the pretrial exhibit stipulation is going to look |
| 9 | like? |
| 10 | MS. HAR:  From the Government's end, Your Honor, |
| 11 | we have categorized our objections into buckets.  And so there |
| 12 | may be -- there will be exhibits that all sort of will -- can |
| 13 | be resolved depending on the Court's ruling with respect to |
| 14 | each category. |
| 15 | THE COURT:  All right.  And that's going to be |
| 16 | provided to Mr. Braun this afternoon? |
| 17 | MS. HAR:  Correct, Your Honor. |
| 18 | THE COURT:  Mr. Braun, why don't you take a look |
| 19 | at that and see what your views are so perhaps we can start |
| 20 | discussing those issues in the next couple days.  I can't |
| 21 | imagine that -- well, again, I'm not trying to preclude you |
| 22 | from putting on these exhibits.  But there were a lot of these |
| 23 | exhibits, even though you made a reduction, I think my memory |
| 24 | serves me, when I counted them up, it looks like about 70 were |
| 25 | omitted.  But there's a lot of these that -- it's up to you. |

02:10PM (lines 4-5)
02:10PM (line 10)
02:11PM (line 15)
02:11PM (lines 18-20)
02:11PM (line 25)

1    We will see what happens to them.  All right.

2              MR. JENKINS:  Your Honor, just on the topic of

3    witness list for the defense, our recollection is the Court

4    also requested an offer of proof.

02:12PM    5              THE COURT:  No, I did not.  I indicated that

6    Mr. Braun should be prepared to make an offer of proof as to

7    the defense witnesses, and that's the reason that I'm asking

8    him to submit and select the witnesses that he intends to call

9    with the revised exhibit list.  That way I can make a

02:12PM   10    determination as to whether or not an offer of proof is

11    necessary because, when I made that comment, I had looked at

12    the summary of the testimony, and it looked like many of these

13    witnesses were going to be duplicative.  So I warned

14    Mr. Braun -- not warned, but I suggested to him I may need an

02:12PM   15    offer of proof.  But I never ordered an offer of proof.  That's

16    the third time you folks have said that, but that's simply not

17    true.

18              MR. JENKINS:  Understood.  Apologies, Your Honor.

19    We just wanted to make sure the Court is tracking it, and it

02:13PM   20    is.  So we will take a look when we see the revised list.

21              THE COURT:  So what is the issue with the jury

22    instructions?

23              MS. PALMER:  Your Honor, we were wondering if we

24    can file them on Monday at noon instead of tomorrow at noon

02:13PM   25    because we would like to take a fulsome look and be able to

1  talk to the various folks at our office about them.  So we were

2  hoping to have the weekend.  I have spoken with Mr. Braun, and

3  he has no objection to that.

4          MR. BRAUN:  No objection.

02:13PM  5          THE COURT:  Well, he may not have any objection.

6  Do you understand the amount of work that is entailed for the

7  Court in connection with these jury instructions, the amount of

8  work I have already put in the jury instructions?

9          MS. PALMER:  We do, Your Honor.

02:13PM  10         THE COURT:  You have what, one, two, three, four,

11 five lawyers in court, and I'm sure you have access to many

12 other lawyers in your office to work on these jury

13 instructions.

14         MS. PALMER:  Could we have until Saturday at

02:14PM  15 noon, Your Honor?

16         THE COURT:  I would hope that the next set of

17 jury instructions is going to be much improved because, quite

18 frankly, I was incredibly disappointed at the jury instructions

19 as I was struggling through them over the weekend.  I will give

02:14PM  20 you until -- if you really need until noon on Monday, that's

21 fine.  But I want a courtesy copy delivered to me at noon on

22 Monday.

23         MS. PALMER:  Understood, Your Honor.  Thank you.

24         THE COURT:  All right.  We will be in recess.

02:14PM  25 And I see everybody did very well.  Mr. Faerstein was the only

| | |
|---|---|
| 1 | one that complied with my request and was able to bring in |
| 2 | Ms. O'Donovan in 30 minutes.  Mr. Jenkins actually exceeded his |
| 3 | one-hour estimate for Richelle Rios.  So I guess my efforts to |
| 4 | try to hone it down were unsuccessful, but I can tell you that |
| 02:15PM 5 | I'm going to put an end to Mr. Chiang's testimony sometime |
| 6 | tomorrow.  So be warned. |
| 7 | MR. JENKINS:  Understood, Your Honor. |
| 8 | THE COURT:  Monday is not going to work for the |
| 9 | Court on these jury instructions.  I will give you until noon |
| 02:16PM 10 | on Sunday. |
| 11 | MS. PALMER:  Will do, Your Honor.  Thank you. |
| 12 | (Proceedings concluded at 2:16 p.m.) |

CERTIFICATE OF OFFICIAL REPORTER

1

2

3

4

5            I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6   COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7   THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8   PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10  STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11  ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12  CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13  THE UNITED STATES.

14

15                    DATED THIS  3RD  DAY OF JUNE, 2023.

16

17

18                    /S/ MIRANDA ALGORRI

19                    _____
                      MIRANDA ALGORRI, CSR NO. 12743, CRR
20                    FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25