1        **UNITED STATES DISTRICT COURT**

2      **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3        **HONORABLE JOHN F. WALTER, U.S. DISTRICT JUDGE**

4

5   UNITED STATES OF AMERICA,          )
                                       )
6            PLAINTIFF,                )       CASE NO.
                                       )
7            vs.                       )       CR 20-326A-JFW
                                       )
8   RAYMOND SHE WAH CHAN,              )
                                       )       PAGES 1 TO 23
9            DEFENDANT.                )
    _____)

10

11

12

13              **REPORTER'S TRANSCRIPT OF**
                       **TRIAL DAY 9**
14            **FRIDAY, MARCH 3, 2023**
                       **8:04 A.M.**
15            **LOS ANGELES, CALIFORNIA**

16

17

18

19

20

21

22

23    _____

           **MIRANDA ALGORRI, CSR 12743, RPR, CRR**
24         FEDERAL OFFICIAL COURT REPORTER
           350 WEST 1ST STREET, SUITE 4455
25         LOS ANGELES, CALIFORNIA 90012
              MIRANDAALGORRI@GMAIL.COM

1                    **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4        MARTIN ESTRADA
         UNITED STATES ATTORNEY
5        BY:  MACK JENKINS
         BY:  SUSAH HAR
6        BY:  CASSIE PALMER
         BY:  BRIAN FAERSTEIN
7        Assistant United States Attorneys
         United States Courthouse
8        312 North Spring Street
         Los Angeles, California 90012
9

10   **FOR THE DEFENDANT:**

11       BRAUN & BRAUN, LLP
         BY:  BRENDAN PRATT
12       10880 Wilshire Boulevard
         Suite 1020
13       Los Angeles, California 90024

14   Also Present:

15       Special Agent Andrew Civetti

16

17

18

19

20

21

22

23

24

25

**INDEX OF WITNESSES**

**WITNESSES**                                                                 **PAGE**

(None)

1

**INDEX OF EXHIBITS**

2

| | | FOR | FOR |
| NUMBER | DESCRIPTION | IDENTIFICATION PG. | EVIDENCE PG. |

3

4

5                                    (None)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       **FRIDAY, MARCH 3, 2023; 8:04 A.M.**

2          **LOS ANGELES, CALIFORNIA**

3                  -oOo-

4

5       (The following proceedings were held in

6       open court outside the presence of the jury:)

7          THE COURT:  All right.  Good morning to all.  All

8    counsel are present, except for Mr. Braun.  And the defendant

9    is present.

08:04AM   10       Last evening the Court received an e-mail from

11   Mr. Pratt advising that Mr. Braun was ill and he had been taken

12   to the UCLA emergency room.  Shannon advised counsel to appear

13   this morning so that we could discuss how to proceed.

14          Of course, our first concern is Mr. Braun's

08:04AM   15   health.  So let's have a report, Mr. Pratt, from you as to how

16   Mr. Braun is doing.

17          I think the last e-mail was sometime after

18   9:00 o'clock last night that he was apparently waiting for

19   testing in the UCLA Emergency Room.

08:05AM   20       MR. PRATT:  That's right, Your Honor.

21          THE COURT:  Why don't you take the lectern so we

22   can discuss it.

23          MR. PRATT:  Thank you, Your Honor.  Sorry.

24          So I have been in close communication with

08:05AM   25   Mr. Braun's son Adam Braun.

```
 1                    THE COURT:  Okay.

 2                    MR. PRATT:  So Harland basically waited five or

 3      six hours before a doctor was able to see him.  So early in the

 4      morning, he was able to finally see a doctor.  The doctor

 5      evaluated him, took note of his condition, said it was very

 6      concerning and Mr. Braun would need to be admitted for at least

 7      a few days to undergo more tests.

 8                    THE COURT:  Okay.  What's the nature of the

 9      issue?  I don't want to pry into his medical condition.  I'm

10      just trying to get some sense of what the nature of it is.

11                    MR. PRATT:  From what I understand from his son,

12      we don't have a -- they haven't identified a specific

13      condition, but he's very disoriented.  He's very nauseated.  He

14      can't stand on his own two feet.

15                    THE COURT:  It's not COVID-related?

16                    MR. PRATT:  It's not COVID-related.

17                    THE COURT:  That's obviously a concern with

18      respect to all the participants in the trial, including the

19      Court's staff, the Court, and the jurors.  So it's not a COVID

20      issue?

21                    MR. PRATT:  No, it is not, Your Honor.

22                    THE COURT:  All right.  So he has now been

23      admitted to UCLA?

24                    MR. PRATT:  That is correct, Your Honor.

25                    THE COURT:  All right.  What I was going to
```

propose is that since the Government expects that Mr. Chiang

was going to testify for most of today, if not all of today,

what I was going to propose is that in light of the -- all of

the exhibits that are going to be used with Mr. Chiang have

08:07AM   been previously admitted, that we propose -- that I propose

that we go forward with Mr. Chiang's direct testimony and then

recess until Monday or whenever Mr. Braun is going to be

available to conduct the cross-examination.  And counsel can

obtain an expedited transcript of the direct -- the remaining

08:07AM   direct testimony of Mr. Chiang so that Mr. Braun would have an

opportunity to review the testimony from today to prepare for

his cross-examination.

Mr. Pratt, since you're the remaining counsel of

record, I will hear from you with respect to the proposal.  I

08:08AM   don't know if you want an opportunity to discuss it with

Mr. Chan.  Why don't you take a few minutes to discuss it with

him.

MR. PRATT:  Well, we spent some time, Your Honor,

this morning talking about possible outcomes of our colloquy

08:08AM   today.

I believe the importance is that Mr. Braun, as

essentially the only trial counsel in this case, the importance

of him being able to observe the witness's demeanor, and I

don't know if an expedited transcript would even accomplish the

08:08AM   type of preparation that would be needed for him to resume once

1    he's feeling better.

2              THE COURT:  Well, certainly he's had an

3    opportunity to observe Mr. Chiang yesterday for whatever it

4    was, an hour or so, of testifying.  The transcript is going to

08:09AM    5    give him all of the direct testimony.

6              And based upon what he's done so far, he hasn't

7    raised any objections to any witness's testimony.  Certainly

8    you're capable of raising any objections to any of the

9    testimony that the Government seeks to elicit today.

08:09AM   10              The transcript -- probably easier for him to

11   review the transcript than to sit and listen to six or seven

12   hours of testimony.

13              So why don't you discuss it with Mr. Chan and see

14   if you or -- Mr. Chan and you are willing to proceed this

08:09AM   15   morning.

16              MR. PRATT:  Will do, Your Honor.

17              MR. JENKINS:  Your Honor, just for the record,

18   while I think it's clear the Government is anxious to get this

19   trial and case over with as fast as possible and we are

08:10AM   20   prepared to go forward today, we'd also like some time to

21   evaluate whether this creates any certain appellate records

22   because the last thing I think anyone wants to do is do this

23   over again.

24              So we will use this time to also evaluate with

08:10AM   25   our appellate section whether this creates any issues.

1          THE COURT:  All right.  Everyone can evaluate.

2          Obviously, if Mr. -- go ahead and talk to your

3     respective evaluators, and then we can go back on the record.

4          MR. JENKINS:  Yes, Your Honor.  Thank you.

01:56PM   5          (A pause in the proceedings.)

6          THE COURT:  Why don't we go back on the record.

7          MR. PRATT:  Your Honor, I just received a text

8     message from Harland Braun's son.  And without going into too

9     much detail, given the privacy concerns, his condition is more

08:14AM  10     serious than previously thought, and he has some type of

11     infection affecting his organs.  And he will probably be out of

12     commission for several days, several more days.

13          THE COURT:  All right.  Well, that's terrible to

14     hear.  Pass on my concern to his son.  And if you talk to

08:14AM  15     Harland, that's extremely disappointing to hear.

16          What about -- have you had a chance to discuss

17     with Mr. Chan about going forward this morning?

18          MR. PRATT:  Yes, I have, Your Honor.  And

19     Mr. Chan would not like to proceed.

08:15AM  20          THE COURT:  Okay.  Well, then, that answers the

21     question because I'm not going to proceed in absence of a

22     consent of Mr. Chan.

23          So what I propose to do is to bring in the jury,

24     tell them that Mr. Braun has been taken ill and that we're

08:15AM  25     unable to proceed today and that they should be prepared to

1     report Monday at 8:00 a.m. unless Shannon notifies differently.

2     And then we can monitor where the -- the status of Mr. Braun's

3     condition.

4                    If he's unable to come in on Monday, hopefully

08:15AM   5     have a better idea as to when we should have the jury report

6     back.  I intend to have the jury report -- tell them to report

7     on Monday at 8:00 a.m., and then we can on Sunday make a

8     determination as to whether or not they should report or not

9     report.  Then I will give them the standard instruction, and we

08:16AM  10     will recess for the day.

11                    Is that acceptable, Mr. Pratt?

12                    MR. PRATT:  It is, Your Honor.

13                    I also have to raise the issue of the two filing

14     deadlines that defense was --

08:16AM  15                    THE COURT:  Let's do that after we -- we have the

16     jury waiting.  I know they're -- if we're going to release them

17     for the day, let them get on with their day.

18                    Mr. Jenkins, what's your position?

19                    MR. JENKINS:  We think that's appropriate at this

08:16AM  20     point, Your Honor.  I think the less the jury knows as to why

21     is better, but I think the Court's general --

22                    THE COURT:  I'm going to tell them Mr. Braun is

23     ill and can't proceed today.

24                    MR. JENKINS:  I think that high level is

08:16AM  25     sufficient and fine with the Government, Your Honor.

1          THE COURT:  All right.  Well, let's bring in the

2    jury, Shannon.

3               (The following proceedings were held in

4               open court in the presence of the jury:)

08:19AM   5          THE COURT:  All right.  Ladies and gentlemen,

6    good morning.  All counsel and the defendant are -- all counsel

7    except Mr. Braun and the defendant are present.

8               Unfortunately I have some bad news to report and

9    that is late last evening Mr. Braun became very ill and he will

08:19AM  10   not be able to appear today.  As a result, we're not going to

11   be able to proceed, and we're going to have to recess the trial

12   today and resume on Monday.  Hopefully Mr. Braun will be

13   available to proceed on Monday.

14               You should plan on reporting Monday to resume the

08:20AM  15   trial at 8:00 a.m.  If we're not able to proceed, Shannon will

16   notify you and advise you of the date that we will be able to

17   resume, and I order you to appear on that date.  In other

18   words, we will resume on Monday at 8:00 unless Shannon advises

19   you that we cannot proceed on Monday.

08:20AM  20               Shannon is going to make sure that she has all of

21   your respective contact information so that we can notify you.

22   And we will attempt to do that on Sunday afternoon so you can

23   plan your day on Monday in the event we can't proceed.

24               So let me give you the instruction.  And this is

08:21AM  25   especially important now that we're going to have a three-day

1    weekend.  I want to remind you you're not to discuss this case

2    with anyone including your fellow jurors, members of your

3    family, people involved in the trial, or anyone else.  Nor are

4    you allowed to permit others to discuss the case with you.

08:21AM    5         Do not read, watch, or listen to any news reports

6    of the trial and do not conduct any independent research.

7         And, finally, you're reminded to keep an open

8    mind until all the evidence has been received and you have

9    heard the arguments of counsel, instructions of the Court, and

08:21AM    10   the views of your fellow jurors.

11        I can tell you that the Government is close to

12   finishing its case.  It's my estimate that within a couple of

13   days -- an additional couple days of testimony, the Government

14   will be finishing its case.  So we're getting close.  But

08:22AM    15   unfortunately, with the events that we all have no control

16   over, we're going to have to recess.

17        I can tell you, just to put everyone at ease,

18   that it is not a COVID-related issue with Mr. Braun, so just to

19   put everybody's mind at ease including all the members of the

08:22AM    20   jury and all the participants in the trial.  It is not

21   COVID-related.

22        So with that, you now have a free day.  And if

23   you need to go back to work, you can go back to work.  All

24   right, which I doubt.

08:22AM    25        (The following proceedings were held in

open court outside the presence of the jury:)

THE COURT:  All right.  The jury is not present.

So let's discuss where we are with the various deadlines.  My memory is -- what's today?  Today is March 3rd; right?  I guess the joint statement was -- with respect to the -- or the -- the pretrial exhibit stipulation was due today?

MS. HAR:  That's correct, Your Honor.

THE COURT:  So you provided the exhibits yesterday, but I take it that Mr. Pratt -- why don't you go up to the lectern.

Have you and Mr. Braun had an opportunity to review any of those exhibits?

MR. PRATT:  We received the Government's objections, Your Honor, and we were on our way -- I was on my way back to the office to meet Mr. Braun to discuss the Government's objections and how to respond to them when he had taken ill.  So we had not had a chance to work on our portion of that yet.

THE COURT:  Did he have an opportunity to look at the exhibit list and make any determinations as to what he was going to eliminate?

MR. PRATT:  He did not, Your Honor.

THE COURT:  Okay.  So what are counsel's suggestions with respect to the Government's exhibits?  Maybe

1    it just makes sense for the Government to file something so I

2    know what the objections are, and then I can start working on

3    resolving those objections.  As soon as -- you're very familiar

4    with these exhibits, are you not?

08:25AM   5          MR. PRATT:  I am not, Your Honor.  And just to --

6          THE COURT:  Weren't you involved in -- I thought

7    you were involved, according to what I remembered Mr. Braun, he

8    pointed to you when I was discussing the Docket No. 976 which

9    was the review of the exhibits and the elimination of some

08:25AM   10   approximately 70 of those exhibits.  That was your work, was it

11   not?

12          MR. PRATT:  Your Honor, Mr. Braun, Mr. Chan, and

13   Mr. Chan's daughter-in-law worked as a team to parse down that

14   exhibit list.  Again, I was brought on in this case in

08:26AM   15   primarily an administrative support role.  And in full candor

16   to the Court, I have not meaningfully reviewed these exhibits,

17   and most of the input that I received was from the client.  And

18   I essentially just struck out exhibits on that chart that you

19   received.

08:26AM   20          THE COURT:  Okay.  Well, you are attorney of

21   record.  So I am going to require you to now become familiar

22   with those exhibits and meet with Mr. Chan and go over some of

23   these objections with Mr. Chan in anticipation that Mr. Braun

24   will make the final decision with respect to some of these

08:27AM   25   objections.  But you need to become intimately involved now

with all of the exhibits and work with Mr. Chan and his

daughter-in-law to see what your response is going to be to

these objections.  I will order you to start doing that this

morning.

08:27AM          Now that we have a free day, you can certainly

work on that.  Then as soon as you have any responses, to make

sure you communicate those responses to the Government.  Either

withdraw the exhibit or indicate that you believe that the

Government's objections are well-taken, and obviously then you

08:27AM   will withdraw the exhibit.  But I will leave it up to you, but

you need to get involved in more than a cursory fashion now

that Mr. Braun has been taken ill.

          In what format is the -- can the Government file

the -- their objections to these exhibits?  I think yesterday

08:28AM   you indicated that there were certain buckets of exhibits that

you were going to object or had objected to.

          MS. HAR:  That's correct, Your Honor.  So the

filing that the Government could do today would be the exhibit

list with the column for the Government's objection filled out,

08:28AM   and then separately there would be an attachment which is the

Government's appendix that correlates to approximately

12 categories of objections.  Using those two together, that

would give the Court a sense of what the substantive nature of

the objections are.

08:28AM          THE COURT:  Okay.  That sounds like it will give

1    me an opportunity over the weekend to start looking at these.

2                When can you have that filed?

3                MS. HAR:  As soon as we break today, Your Honor,

4    I will go back and file it.

08:28AM  5   THE COURT:  Okay.  And, then, if you can have

6    someone deliver a courtesy copy so I can take it home with me.

7                MS. HAR:  I will have Agent Civetti bring up a

8    copy, Your Honor.

9                THE COURT:  Agent Civetti.

08:29AM 10   MS. HAR:  He's volunteering.

11               THE COURT:  He's volunteering.  All right.

12               Also, Mr. Pratt, I know that Mr. Braun is going

13   to be making the ultimate decision.  But I would encourage you

14   and Mr. Chan to also go through the exhibit -- the defense

08:29AM 15  witness list to see if Mr. Chan believes that any of these

16   witnesses can be eliminated.  Obviously Mr. Braun is going to

17   be the final decisionmaker on that.  But certainly Mr. Chan,

18   based upon his participation in the trial, he may have some

19   views as to whether or not one or more of these witnesses can

08:30AM 20  be eliminated, and he's shaking his head yes.

21               MR. PRATT:  Yes, Your Honor.

22               THE COURT:  And if -- if you are able to

23   communicate that to the Government or when you're -- when those

24   decisions are made, I would ask you to communicate those

08:30AM 25  decisions to the Government as well as to the Court.

1        So those are the only two remaining items that I

2   think we need to deal with.  Is there anything else?

3        MR. PRATT:  Your Honor, may I ask, when would you

4   like me to finalize our responses to the Government's

08:30AM  5   objections and to cull down the witness list?

6        THE COURT:  Sometime this weekend.

7        MR. PRATT:  Okay.

8        THE COURT:  If -- yeah.  Sometime this weekend.

9        MR. PRATT:  Yes, Your Honor.

08:31AM  10        THE COURT:  All right.

11        MR. JENKINS:  Your Honor, two related issues.

12   One, there is a Burt Minter who is essentially another

13   custodian witness who is scheduled to fly from -- where,

14   Mr. Faerstein?

08:31AM  15        MR. FAERSTEIN:  Somewhere in Texas.

16        MR. JENKINS:  -- somewhere in Texas we intended

17   to take out of order essentially in the middle of Mr. Chiang's

18   testimony.  So just apprising the Court he is still scheduled

19   to fly in Monday morning.  So the idea would be to have

08:31AM  20   Mr. Minter's 30'ish-minute testimony, take that testimony,

21   likely no cross-examination, and continue Mr. Chiang's

22   testimony on Monday.

23        THE COURT:  I have no problem with that.  But

24   given what we know about Mr. Braun's condition, that it's

08:32AM  25   certainly not looking favorable, it's directly the opposite,

08:32AM

1   you might want to just tell him not to fly in or put him at the

2   end of the case.  Or even in the defense case, I will allow you

3   to reopen the Government's case to call Mr. Minter.  But I

4   suspect it will be a total waste of resources to have him fly

5   in on Monday.

6               MR. JENKINS:  With that accommodation, I think we

7   agree with that.  That was one reason we raised it.  We will

8   just reserve Mr. Minter's testimony whenever we can fit him in

9   as most efficient so he doesn't have to fly out Monday.

10              THE COURT:  And, Mr. Pratt, I urge you to -- not

11  urge you, but I suggest to you that you might want to discuss

12  with Mr. Chan this witness's testimony.  Because, again, he's a

13  custodian of records, and the witness list that I'm looking at,

14  there was no cross-examination.  And consistent with what

15  Mr. Braun has done in the past with these custodians, there's

16  no cross-examination.

17              So I think it would be appropriate to revisit the

18  issue as to whether or not Mr. Chan is willing to stipulate to

19  this testimony.  It's really a colossal waste of resources and

20  time to have somebody fly out just to testify that he's the

21  custodian of records and these are the records.  They're

22  already admitted into evidence.  So I would urge you to discuss

23  that with Mr. Chan and work out a stipulation to avoid having

24  Mr. Minter travel from Texas.  Obviously it's totally up to you

25  and Mr. Chan, but I think based upon the prior track record

1    with these custodians, there's really no -- there's really no

2    issue in terms of the exhibits.

3                Does anybody have the actual exhibits?  Maybe it

4    will be helpful if we provide Mr. Pratt and Mr. Chan with the

08:33AM  5    actual trial exhibits that are at issue with respect to

6    Mr. Minter?

7                MR. FAERSTEIN:  Yes, Your Honor.  I can state

8    that those are Exhibits 632 and 633.  They are checks from

9    Chase Bank that were deposited at East West Bank.

08:34AM  10               THE COURT:  And the stipulation would be?

11               MR. FAERSTEIN:  That when those checks were

12   deposited at East West Bank, it started a process where the

13   images of the checks had to be electronically transmitted to

14   Chase to clear outside of California.

08:34AM  15               THE COURT:  Didn't we already have that with our

16   favorite East West Bank witness Peggy O'Donovan?

17               MR. FAERSTEIN:  Your Honor, she testified that

18   the deposit of the checks started the electronic transmission

19   from California.  The Chase witness will testify that their

08:34AM  20   servers that receive the electronic image are outside of

21   California.

22               THE COURT:  It seems to me that you should be

23   able to enter into a stipulation with respect to that.  I will

24   leave that up to you.  That's one of the things to put on your

08:35AM  25   list to discuss with Mr. Chan.

1      MR. JENKINS:  Then, Your Honor, the second thing

2  I guess more for the Government's edification, it's looking, as

3  the Court noted, less likely that Mr. Braun unfortunately --

4  hopefully he will recover but may not be by Monday.  We are

08:35AM  5  just curious, has the Court recessed for a length of time and

6  then continued a trial at a later date with the same jury or,

7  again, just sort of worst-case scenario, that would be our

8  preference and request that simply the Court --

9      THE COURT:  I'm not going to mistry this case.

08:35AM  10      MR. JENKINS:  Yes, Your Honor.

11      THE COURT:  I mean, the jury was prepared for

12  a -- we started out with a 14-week trial.  Certainly they're

13  aware of the -- I think in the introductory remarks I indicated

14  it would be three to four weeks.  So we're basically a week and

08:36AM  15  a half or maybe two weeks into the trial.  So I am going to do

16  everything in my power to keep this trial on track.

17      MR. JENKINS:  Thank you, Your Honor.

18      THE COURT:  I'm definitely not going to mistry

19  it.

08:36AM  20      MR. JENKINS:  Understood.  That was my implicit

21  question.  Thank you, Your Honor.

22      THE COURT:  Obviously I don't want to -- I want

23  to make sure that -- Mr. Pratt, I'm going to ask you to

24  communicate with Shannon by noon on Sunday as to whether or

08:36AM  25  not -- the status of Mr. Braun's condition so that she can then

1    notify the jurors on Sunday afternoon so they can plan their

2    day.  And if he is unable to report on Monday, I would ask for

3    some report or some indication from the medical staff or his

4    doctor in terms of what the prognosis is in terms of when he

08:37AM    5    might be able to return because we need some -- if we're going

6    to communicate to the jurors that they're not going to report

7    on Monday, I would like to also give them some indication that

8    the next date that they're going to report is consistent with

9    when we think that Mr. Braun is going to be available.

08:37AM    10    So I'm going to rely on you to gather that

11    information and communicate it to Shannon by e-mail or by -- is

12    it easier by text, Shannon?

13    THE CLERK:  Text to check e-mail.

14    THE COURT:  Just send Shannon a text to check her

08:38AM    15    e-mail on Sunday.  That will then start the process.

16    THE CLERK:  We also have one juror in a hotel who

17    has to come down -- drive down by 1:00.  So the earlier on

18    Sunday the better.

19    THE COURT:  I told him by noon on Sunday.

08:38AM    20    Shannon advises me we have a juror in a hotel who

21    needs to drive down here.  So it's important that by noon on

22    Sunday that you communicate with Shannon in terms of the status

23    of Mr. Braun.

24    MR. PRATT:  Yes, Your Honor.

08:38AM    25    THE COURT:  All right.  Again, please extend our

```
 1    good wishes to Mr. Braun.

 2                    MR. PRATT:  I will, Your Honor.

 3                    THE COURT:  Anything else from the Government?

 4                    MR. JENKINS:  Not from the Government.  Thank

 5    you, Your Honor.

 6                    THE COURT:  Anything else from the defense?

 7                    MR. PRATT:  No.  Thank you, Your Honor.

 8                    THE COURT:  All right.  Thank you very much.  We

 9    will be in recess until who knows when.  All right.

10                    (Proceedings concluded at 8:39 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1              CERTIFICATE OF OFFICIAL REPORTER

2

3

4

5          I, MIRANDA ALGORRI, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR

7    THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT

8    PURSUANT TO SECTION 753, TITLE 28, UNITED STATES CODE THAT THE

9    FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

10   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

11   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN

12   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF

13   THE UNITED STATES.

14

15              DATED THIS  19TH  DAY OF MARCH, 2023.

16

17

18              /S/ MIRANDA ALGORRI

19              _____
                MIRANDA ALGORRI, CSR NO. 12743, CRR
20              FEDERAL OFFICIAL COURT REPORTER

21

22

23

24

25