UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CRIMINAL MINUTES - TRIAL (7/28/23)

| | |
|---|---|
| Case No. CR 20-326(A)-JFW | Date February 24, 2023 |

Present: The Honorable JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Interpreter None

| SHANNON REILLY | MIRANDA ALGORRI (A.M.) / MYRA PONCE (P.M.) | Mack Eric Jenkins / Cassie D. Palmer / Susan S. Har / Brian R. Faerstein |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | | X | Harland W. Braun | X | | X |
| | | | | Brendan J. Pratt | X | | X |

| | |
|---|---|
| X | Day 4 Jury Trial |
| X | Witnesses called, sworn and testified. |
| X | Exhibits identified and admitted |
| X | Court and counsel discuss exhibits |
| X | Case continued to: February 27, 2023 at 8:00 a.m. for further trial |
| Other: | CC: USPO/ PSA; USM |

6 : 00

Initials of Deputy Clerk   sr