Richard M. Steingard (SBN 106374)
*rsteingard@SteingardLaw.com*
LAW OFFICES OF RICHARD M. STEINGARD
724 South Spring Street, 9th Floor
Los Angeles, California 90014
Telephone:  (213) 260-9449
Facsimile:   (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>SHEN ZHEN NEW WORLD I, LLC,<br><br>           Defendant. | CR-20-326(A)-JFW-4<br><br>**DEFENDANT'S PROPOSED ETHICS AND COMPLIANCE PROGRAM; EXHIBIT**<br><br>Assigned to Hon. John F. Walter |

Defendant Shen Zhen New World I, LLC, by and through its counsel of record, hereby submits this Proposed Ethics and Compliance Program, in accordance with Paragraphs 13 and 14 of the Judgment and Commitment Order. (ECR 1063.)

DATED: September 15, 2023      By:   /s/
                                     RICHARD M. STEINGARD
                                     Attorney for Defendant
                                     SHEN ZHEN NEW WORLD I, LLC

i

# DEFENDANT'S ETHICS AND COMPLIANCE PROGRAM

On May 12, 2023, the Court sentenced defendant Shen Zhen New World I, LLC ("SZNW") to a period of probation for five years. (ECR 1063.) One of the conditions of probation required SZNW to develop and implement an effective compliance and ethics and program consistent with the requirements of U.S.S.G. § 8B2.1. (*Id*.) The Court ordered that on or before July 1, 2023, SZNW submit its proposed program to the Court, including a schedule for the implementation of the program. (*Id*.) On June 29, 2023, SZNW submitted a Status Report Regarding Defendant's Ethics and Compliance Program, which outlined SZNW's proposed ethics and compliance program. (ECF 1076).

Paragraph 14 of the Judgment and Commitment Order requires that SZNW submit a proposed ethics and compliance program for the Court's approval. (*Id*.) That program, as agreed to by the government and outlined in SZNW's prior submittal, is largely complete. In August and September 2023, SZNW provided all admistrative staff members, including management, with the full ethics and compliance policy statement. During the same period, SZNW provided its non-administrative staff with a one-page summary of the policy. Besides highlighting various aspects of the policy, the one-page summary advises that the full policy is available upon request. Both the one-page summary and full policy statements were provided in English, Spanish and Mandarin, depending on the individual's native language. The full policy statement has been added to all new employees' training portfolios.

In addition, Jeremy Mittman, a partner at Mitchell, Silberberg and Knupp, LLP, who created the ethics and compliance program, has prepared an oral presentation, including Power Point slides, for all admistrative and management personnel. The government has reviewed and approved the Power Point slides, which are attached as Exhibit A. The government also made suggestions to Mr. Mittman's presentation, which he has accepted. Mr. Mittman is currently

scheduled to make the presentation on October 4, 2023. An interpreter will be utilized for all non-English speaking attendees. As noted in our earlier submission, Mr. Mittman will prepare documentation identifying the attendees to his presentation and will maintain those documents during the period of probation. SZNW will repeat the presentation to all administrative staff and members of management on an annual basis during the period of probation.

      SZNW asks that the Court approve its ethics and compliance program.