Richard M. Steingard (SBN 106374)
rsteingard@SteingardLaw.com
LAW OFFICES OF RICHARD M. STEINGARD
724 South Spring Street, 9th Floor
Los Angeles, California 90014
Telephone: (213) 260-9449
Facsimile: (213) 260-9450

Attorney for Defendant
Shen Zhen New World I, LLC

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SHEN ZHEN NEW WORLD I, LLC,<br><br>        Defendants. | CR-20-326(A)-JFW-4<br><br>**[PROPOSED] ORDER APPROVING DEFENDANT SHEN ZHEN NEW WORLD I, LLC'S ETHICS AND COMPLIANCE PROGRAM** |

Upon reviewing Defendant Shen Zhen New World I, LLC's proposed Ethics and Compliance Program, and for good cause shown,

_____        The program is APPROVED.

**OR IN THE ALTERNATIVE:**

_____        The program is DENIED.

DATED: _____        _____
                            HONORABLE JOHN F. WALTER
                            United States District Court

Presented By:
/s/ - *Richard M. Steingard*
LAW OFFICES OF RICHARD M. STEINGARD
Attorney for Defendant
Shen Zhen New World I, LLC



2