1  Richard M. Steingard (SBN 106374)
   rsteingard@SteingardLaw.com
2  LAW OFFICES OF RICHARD M. STEINGARD
   724 South Spring Street, 9th Floor
3  Los Angeles, California 90014
   Telephone:  (213) 260-9449
4  Facsimile:  (213) 260-9450

5  Attorney for Defendant
6  Shen Zhen New World I, LLC

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHEN ZHEN NEW WORLD I, LLC, <br><br> Defendants. | CR-20-326(A)-JFW-4 <br><br> **SHEN ZHEN NEW WORLD I, LLC'S SUBMISSION OF ANTI-CORRUPTION AND ANTI-BRIBERY POLICY STATEMENTS** |

Defendant Shen Zhen New World I, LLC, by and through its counsel, hereby submits the attached Anti-Corruption and Anti-Bribery statements.

Dated: September 21, 2023

_____
Richard M. Steingard
Attorney for Defendant
Shen Zhen New World I, LLC