UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                         Dated: January 12, 2024

===============================================================================
PRESENT:  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Cassie D. Palmer |
| | | Susan S. Har |
| | | Brian R. Faerstein |
| | | Asst. U.S. Attorney |
| | | Not Present |

===============================================================================
U.S.A. vs (Dfts listed below)                 Attorneys for Defendants

1)   José Luis Huizar                          1)   Charles J. Snyder, DFPD
     Not Present                                    Adam Olin, DFPD
                                                    Not Present

2)   Raymond She Wah Chan                      2)   John Hanusz, Retained
     Not Present                                    Michael Gregory Freedman, Retained
                                                    Not Present

_____

**PROCEEDINGS (IN CHAMBERS):**   **ORDER GRANTING GOVERNMENT'S SECOND *EX PARTE* APPLICATION FOR AN ORDER AMENDING THE FIRST SUPERSEDING INDICTMENT [filed 3/12/2023; Docket No. 994]**

On March 12, 2023, Plaintiff United States of America (the "Government") filed a Second *Ex Parte* Application for an Order Amending the First Superseding Indictment ("Application"). The Application seeks to amend:

(1)   Paragraphs 40, 58, and 59 of the First Superseding Indictment ("FSI") to correct erroneous citations to the California Penal Code relating to Counts One (charging Jose Huizar and Raymond Chan with RICO conspiracy), Thirty-One through Thirty-Four (charging Huizar with money laundering in violation of 18 U.S.C. § 1956(a)(1)(B)(i)), and Thirty-Five (charging Huizar with laundering of monetary

Initials of Deputy Clerk __sr__

instruments in violation of 18 U.S.C. § 1956(a)(2)(B)(i))[1] ("Request No. 1"). These proposed amendments are similar to the amendment to paragraph 48 of the FSI that the Court previously approved to correct similar erroneous citations to the California Penal Code. (See Docket Nos. 731 and 732).

(2) Paragraph 46 of the FSI (relating to Counts 12 and 13 charging Defendant Raymond Chan with honest services wire fraud in violation of 18 U.S.C. §§ 1343 and 1346) to correct a transcription error regarding the Synergy Chase Bank account number in each count ("Request No. 2"). Specifically, the Government seeks to amend the account number from "9050" to "7753."

No Opposition was filed by Defendant Chan or Defendant Huizar. According to the Government's Application, with respect to Request No. 1, Defendant Chan's former counsel (Harland Braun and Brendan Pratt) advised that:

> Although Defendant Chan preserves for appeal his objections to this issue (impermissible variance, amendment, etc.) by joining in the prior objections of co-defendant(s), it appears the proposed amendments are consistent with the Court's minute order overruling those objections.

With respect to Request No. 2, the Government never received a response from Chan's former counsel regarding the defense position. In light of Harland Braun's illness beginning in March 2023, the mistrial declared on April 13, 2023, and the subsequent substitution of current defense counsel John Hanusz and Michael Freedman as attorneys of record on May 5, 2023, the Court delayed ruling on the Government's Application in order give new counsel an opportunity to respond. As of January 11, 2024, no opposition or response has been filed.

Based on the Court's reasoning granting the Government's prior *Ex Parte* Application for an Order Amending the First Superseding Indictment (Docket No. 731) and for the reasons stated by the Government, the Court grants Request No. 1. In addition, for the reasons stated by the Government and because the amendment corrects a mere transcription error and does not prejudice Defendant Chan, the Court grants Request No. 2.

Accordingly, the Government's Application is **GRANTED**. The Court signs the Government's Proposed Second Order Amending the First Superseding Indictment, lodged with the Court on March 12, 2023 (Docket No. 994-2).

---

[1] Although Huizar pled guilty to Counts One and Forty-One (*see* Docket Nos. 910 and 912) and is scheduled to be sentenced on January 26, 2024, the Government seeks to amend Counts Thirty-One through Thirty-Five of the First Superseding Indictment "in the abundance of caution." Application at 1 n.1.