E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Respondent
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Nos. CR 20-326(A)-JFW |
|---|---|
| Plaintiff, | SECOND ORDER AMENDING THE FIRST SUPERSEDING INDICTMENT |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | |
| Defendant. | |

The Court, having considered the Government's Second _Ex Parte_ Application for Order Amending the First Superseding Indictment ("FSI") and good cause showing, IT IS HEREBY ORDERED THAT:

The government's second _ex parte_ application for an order amending the FSI is GRANTED. The FSI shall be amended as follows (bolded italicized portion reflects the edits):

(1) Page 12, paragraph 40, lines 3-4 of the FSI to read as follows: "involving bribery, in violation of California Penal Code Sections 31, **67.5, 165**, and 182(a)(1)";

(2) Page 120, paragraph 58, lines 12-13 of the FSI to read as follows: "namely, bribery, in violation of California Penal Code Sections **67.5 and 165**";

(3) Page 121, paragraph 59, line 15 of the FSI to read as follows: "namely, bribery, in violation of California Penal Code Sections **67.5 and 165**";

(4) Count Twelve, Page 105, paragraph 46, line 19 of the FSI as follows: "Bank wire of $36,432.74 from Synergy Chase Bank account ending in **7753** to defendant CHAN's East West Bank account ending in 9279 in Los Angeles County, which was routed through Florida."; and

(5) Count Thirteen, Page 105, paragraph 46, lines 123-24 of the FSI as follows: "Bank wire of $33,507.23 from Synergy Chase Bank account ending in **7753** to defendant CHAN's East West Bank account ending in 9279 in Los Angeles County, which was routed through Florida."

Dated: January 12, 2024

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**CC: USPO/PSA**