John Hanusz (SBN 277367)
HANUSZ LAW, PC
Email: john@hanuszlaw.com
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 204-4200

Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**DECLARATION OF COUNSEL; EXHIBIT** |

DECLARATION OF COUNSEL

## DECLARATION OF COUNSEL

I, John Hanusz, do declare and state:

1. Along with Michael G. Freedman, I am counsel for Raymond Chan in this matter. I am licensed to practice in the State of California, and admitted to practice before this Court. The following facts are true to the best of my personal knowledge, and if called upon as a witness, I could and would competently testify to the truth of the matters asserted in this Declaration. I make this Declaration in support of Mr. Chan's *ex parte* application for leave to object to the government's exhibits from Mr. Chan's first trial that it intends to offer into evidence in Mr. Chan's retrial.

2. On January 16, 2024, government counsel emailed defense counsel two lists of exhibits that it intended to introduce at Mr. Chan's retrial: (1) a lengthy list of exhibits previously admitted (or sought to be admitted) in Mr. Chan's initial trial, and (2) a shorter list of new or updated exhibits. As to the new or updated exhibits, counsel is in the process of meeting and conferring, and defense counsel informed the government on January 21, 2024 that it objects to only one of the new or updated exhibits. The parties intend to submit a Joint Exhibit Stipulation regarding these exhibits to the Court on January 31, 2024.

3. With respect to the government exhibits from Mr. Chan's first trial, defense counsel informed government counsel via email on January 16, 2024 (the same day the government sent the lists) that it intended to raise and preserve any and all objections to the exhibits that the government intended to reintroduce at Mr. Chan's retrial. The government responded via email on January 17, 2024, indicating its opposition to the defense position that it should be permitted to object to the government's exhibits from the initial trial, and indicated its belief that that the defense would need to seek leave of court to lodge any objections to the exhibits from Mr. Chan's first trial.

4. The parties met and conferred via telephone on January 19, 2024 and restated their respective views on the issue of whether the defense would have the ability to object to those exhibits admitted at the prior trial. Defense counsel indicated that it was reviewing the government's exhibit list and would provide its objections to these exhibits by January 21, 2024. Defense counsel further indicated that it would file this *ex parte* application seeking leave to object to these exhibits. Government counsel indicated that it opposes the relief sought in this application. It also indicated that it would file a formal opposition within two days of this filing.

5. On January 21, 2024, I emailed government counsel a copy of its exhibit list from the first trial with our objections noted. That document is attached here as Exhibit A.

    I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing statements are true and correct.

Dated: January 22, 2024　　　　　　　*s/ John Hanusz*
　　　　　　　　　　　　　　　　　　John Hanusz

DECLARATION OF COUNSEL