John Hanusz (SBN 277367)
HANUSZ LAW, PC
Email: john@hanuszlaw.com
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 204-4200

Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that Raymond Chan is allowed leave to object to the government's trial exhibits it intends to use in Mr. Chan's retrial that were proffered at Mr. Chan's previous trial. The parties are ordered to meet and confer regarding Mr. Chan's objections and provide a Joint Exhibit Stipulation to the Court by February ___, 2023.

Dated: January __, 2023

                                                HON. JOHN F. WALTER
                                                United States District Judge

ORDER