John Hanusz (State Bar No. 277367)
HANUSZ LAW PC
515 South Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-CR-326-JFW |
|---|---|
| Plaintiff, | **DECLARATION OF MICHAEL G. FREEDMAN IN SUPPORT OF RAYMOND CHAN'S EX PARTE APPLICATION FOR APPROVAL TO FILE THREE MOTIONS IN LIMINE** |
| vs. | |
| RAYMOND SHE WAH CHAN, | |
| Defendant. | |

DECLARATION OF MICHAEL G. FREEDMAN IN SUPPORT OF

EX PARTE APPLICATION FOR APPROVAL TO FILE MOTIONS IN LIMINE

# DECLARATION OF MICHAEL G. FREEDMAN

I, Michael G. Freedman, do declare and state:

1. Along with John Hanusz, I am counsel for Raymond Chan in this matter. I am licensed to practice in the State of California, and admitted to practice before this Court. The following facts are true to the best of my personal knowledge, and if called upon as a witness, I could and would competently testify to the truth of the matters asserted in this Declaration. I make this Declaration in support of Mr. Chan's ex parte application for approval to file three motions in limine.

2. On January 16, 2024, I emailed counsel for the government regarding our intention to file several motions in limine on behalf of Mr. Chan and noting that we would be required to file an ex parte application seeking leave of Court before doing so. Following several further emails, Mr. Hanusz and I met and conferred with counsel for the government on January 19, 2024 and we discussed the motions we wished to file and prior Court rulings on similar issues. The government stated it would file an opposition to our ex parte application within two days of our filing our ex parte application.

3. Mr. Hanusz and I have each repeatedly reviewed the Court's docket for this case, including prior filings by other defendants, prior transcripts, and prior Court orders. In connection with the three motions in limine we seek to file, we have specifically reviewed the Court's docket to confirm which issues we seek to raise have previously been raised and/or ruled upon. Based on this review, our understanding is that:

    a) The issue of exclusion of testimony and evidence of Mr. Huizar and Mr. Esparza's trips to Las Vegas with Chairman Huang has not previously been litigated or ruled on by the Court.

    b) The issue of exclusion of evidence of other schemes was previously litigated upon Defendant Shen Zhen New World's filing a similar motion before its

1

DECLARATION OF MICHAEL G. FREEDMAN IN SUPPORT OF
EX PARTE APPLICATION FOR APPROVAL TO FILE MOTIONS IN LIMINE

trial on August 29, 2022. (Dkt. 649). The Court granted the motion in part as to Shen Zhen New World. (Dkt. 699 at 85-101). Mr. Huizar previously filed a motion to exclude co-conspirator statements on December 19, 2022 (Dkt. 881), which addressed some of the same issues, and the Court denied that motion as moot after Mr. Huizar pled guilty. (Dkt. 912).

(c) The issue of exclusion of speculative testimony about knowledge, intent, motive, or state of mind was previously raised by Mr. Huizar's motion filed on December 19, 2022, which addressed some of the same issues. (Dkt. 885). The Court denied that motion as moot after Mr. Huizar pled guilty. (Dkt. 912).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California on January 23, 2024.

/s/Michael G. Freedman
Michael G. Freedman
Counsel for Defendant
Raymond Chan

2
DECLARATION OF MICHAEL G. FREEDMAN IN SUPPORT OF
EX PARTE APPLICATION FOR APPROVAL TO FILE MOTIONS IN LIMINE