John Hanusz (State Bar No. 277367)
HANUSZ LAW PC
515 South Flower Street, Suite 3500
Los Angeles, CA 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com


Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

  vs.

RAYMOND SHE WAH CHAN,

   Defendant.

**Case No. 20-CR-326-JFW**

**[PROPOSED] ORDER GRANTING RAYMOND CHAN'S EX PARTE APPLICATION FOR APPROVAL TO FILE THREE MOTIONS IN LIMINE**

[PROPOSED] ORDER GRANTING

EX PARTE APPLICATION FOR APPROVAL TO FILE MOTIONS IN LIMINE

1       GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that

2   Raymond Chan may file the following three motions in limine according to the

3   briefing schedule previously set by the Court:

4       (1) Motion in Limine (No. 1) To Exclude Testimony and Evidence

5   Regarding Trips to Las Vegas;

6       (2) Motion in Limine (No. 2) To Exclude Evidence of Other Schemes;

7       (3) Motion in Limine (No. 3) To Exclude Speculative Testimony About

8   Knowledge, Intent, Motive or State of Mind.

9

10  Dated: _____

11

12                                  _____

                                HON. JOHN F. WALTER

13                                  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING

EX PARTE APPLICATION FOR APPROVAL TO FILE MOTIONS IN LIMINE