UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                                             Dated: January 25, 2024

===================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Cassie D. Palmer |
| | | Asst. U.S. Attorney |
| | | Not Present |

===================================================================

U.S.A. vs (Dfts listed below) - Not Present          Attorneys for Defendants - Not Present

2)   Raymond She Wah Chan                              2)   John Hanusz, Retained
                                                            Michael Gregory Freedman, Retained

**PROCEEDINGS (IN CHAMBERS):**   **ORDER GRANTING DEFENDANT RAYMOND CHAN'S *EX PARTE* APPLICATION FOR APPROVAL TO FILE THREE MOTIONS *IN LIMINE*  [filed 1/23/2024; Docket No. 1260]**

On January 23, 2024, Defendant Raymond Chan ("Defendant Chan") filed an *Ex Parte* Application for Approval to File Three Motions *in Limine* ("Application").  On January 24, 2024, the Government filed its Response, advising the Court that it does not oppose Defendant Chan's request for leave to file the three motions *in limine* described in his Application. The Court finds that this matter is appropriate for decision without oral argument.  After considering the Defendant Chan's Application and the Government's Response, and the arguments therein, the Court rules as follows:

In light of the Government's non-opposition, Defendant Chan's Application is **GRANTED**. Defendant Chan may file the following three motions in limine in accordance with the procedures and requirements set forth in the Criminal Trial Order (Docket No. 147) and the deadlines set forth in the Order Continuing Trial Dates and Findings Regarding Excludable Time Periods Pursuant to Speedy Trial Act filed on May 22, 2023 (Docket No. 1071):

(1)   Motion in Limine (No. 1) To Exclude Testimony and Evidence Regarding Trips to Las Vegas;
(2)   Motion in Limine (No. 2) To Exclude Evidence of Other Schemes;
(3)   Motion in Limine (No. 3) To Exclude Speculative Testimony About Knowledge, Intent, Motive or State of Mind.

        IT IS SO ORDERED.

Initials of Deputy Clerk __sr_