E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Mack.Jenkins@usdoj.gov
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong,"<br><br>       Defendant. | No. CR 20-326(A)-JFW-2<br><br>JOINT PRETRIAL GOVERNMENT AMENDED EXHIBIT STIPULATION<br><br>Trial Date: March 12, 2024<br>Trial Time: 8:30 A.M.<br>Location:   Courtroom of the Hon.<br>           John F. Walter |
|---|---|

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, and defendant Raymond She Wah Chan, by and through his counsel of record, John Hanusz and Michael G. Freedman, hereby submit the parties' Joint Pretrial Government Amended Exhibit Stipulation.

Where the objection field is blank, the parties agree to admission of the exhibit.

The parties will meet and confer in person, in accordance with this Court's order, and respectfully request leave of the Court to submit a further revised Joint Pretrial Government Amended Exhibit Stipulation, including to reflect any additionally resolved objections.

Dated: January 31, 2024  Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

*/s/ Cassie D. Palmer*
CASSIE D. PALMER
MACK E. JENKINS
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: January 31, 2024    */s/ per email authorization*
JOHN HANUSZ
MICHAEL G. FREEDMAN
Attorneys for Defendant
RAYMOND SHE WAH CHAN