UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                      Dated: February 6, 2024

===========================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Cassie D. Palmer |
| | | Susan S. Har |
| | | Brian R. Faerstein |
| | | Asst. U.S. Attorney |
| | | Not Present |

===========================================================================
U.S.A. vs (Dfts listed below) - Not Present         Attorneys for Defendants - Not Present

2)   Raymond She Wah Chan  (Bond)          2)   John Hanusz, Retained
                                                Michael Gregory Freedman, Retained

**PROCEEDINGS (In Chambers): ORDER RE: GOVERNMENT'S DISPUTED TRIAL EXHIBITS**

    In connection with the Joint Statement re: Defendant's Objections to Government's Trial Exhibits due to be filed on February 12, 2024, counsel shall also file the trial exhibits objected to by the Defendant, together with a table or list of those trial exhibits (see Dkt. No. 215).  Counsel shall not change the numbering of the Government's trial exhibits and shall use the same exhibit numbers that appear in the Joint Pretrial Government Amended Exhibit Stipulation (Dkt. No.1289). Counsel shall deliver courtesy copies in accordance with the Court's Criminal Trial Order.  The side tabs for the binders shall use the exhibit numbers from Dkt. No. 1289.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr