John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20CR-00326-JFW |
|---|---|
| Plaintiff, | |
| v. | **JOINT PRETRIAL DEFENSE EXHIBIT STIPULATION** |
| RAYMOND SHE WAH CHAN, | |
| Defendant. | |

Defendant Raymond Chan, by and through his counsel of record, John Hanusz and Michael G. Freedman, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Mack E. Jenkins, Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby submit the parties' Joint Pretrial Defense Exhibit Stipulation.

The defense respectfully requests leave to file a revised joint pretrial defense exhibit stipulation, particularly if additional objections are resolved by

the parties in connection with preparing the Joint Statement Regarding Objections to Defense Exhibit List, due on February 22, 2024.

    The defense notes that it has elected to renumber the defense exhibits proffered in the prior proceeding to reflect the method with which it is approaching the upcoming trial. The defense has also removed many of the exhibits proffered in the prior proceeding.

Dated: February 9, 2024      Respectfully submitted,

/s/ John Hanusz
JOHN HANUSZ

/s/ Michael G. Freedman
MICHAEL G. FREEDMAN

Attorneys for Raymond Chan


E. MARTIN ESTRADA
United States Attorney


/s/ with express permission
MACK E. JENKINS
CASSIE D. PALMER
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA