# United States v. Raymond Chan

## CR-20-326(A)-JFW-2
## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2000 | Andrew Civetti Prior Testimony from 940 Hill Trial | Civetti | ID Only | | | |
| 2001 | Andrew Civetti Prior Testimony from SZNW Trial | Civetti | ID Only | | | |
| 2002 | Andrew Civetti Prior Testimony from Chan Trial | Civetti | ID Only | | | |
| 2003 | Intentionally Omitted | | | | | |
| 2003A | 2017-03-27: Chiang, Yuan Text Translation | Civetti | ID Only | | | |
| 2004 | Intentionally Omitted | | | | | |
| 2005 | 2017-03-28: Chiang, Lee Text | Civetti | ID Only | | | |
| 2006 | Intentionally Omitted | | | | | |
| 2007 | 2017-07-05 FD 1057 re Civetti $10,000 Request | Civetti | ID Only | | | |
| 2008 | 2018-09-04: Civetti, Wang Text Chain Text Chain | Civetti | ID Only | | | |
| 2009 | 2018-09-06: Civetti, Wang Text Chain | Civetti | ID Only | | | |
| 2010 | 2018-09-07: Wang, Civetti Text Chain | Civetti | ID Only | | | |
| 2011 | 2018-09-19: Wang, Civetti Text Chain | Civetti | ID Only | | | |
| 2012 | 2018-09-21: Civetti, Wang Text Chain | Civetti | ID Only | | | |
| 2013 | 2018-09-23: Wang, Civetti Text Chain | Civetti | ID Only | | | |
| 2014 | 2018-09-28: Civetti, Wang Text Chain | Civetti | ID Only | | | |

February 9, 2024

# United States v. Raymond Chan
## CR-20-326(A)-JFW-2
## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2015 | 2018-09-28: Civetti, Wang Text Chain | Civetti | ID Only | | | |
| 2016 | 2018-10-03: Wang, Civetti Text Chain | Civetti | ID Only | | | |
| 2017 | 2018-10-05: $10,000 Check and Envelope of $10,000 Cash | Civetti | | | No Objection | |
| 2018 | 2018-08-13: Civetti, Wang Text Chain | Civetti | ID Only | | | |
| 2019 | 2019-02-25 302 Report -- Herb Wesson | Civetti | ID Only | | | |
| 2020 | 2023-02-06 Interview Notes -- Malki | Civetti | ID Only | | | |
| 2021 | 2020-05-28 302 Report and Notes -- Ana Guerrero | Civetti | ID Only | | | |
| 2022 | 2020-06-05 302 Report and Notes-- Billy Chun | Civetti | ID Only | | | |
| 2023 | 2019-08-29 302 Report and Notes -- CPC Commissioners | Civetti | ID Only | | | |
| 2024 | 2014-02-20 Document: Joint Report from CAO and CLA on Consultant Matrix Report | Civetti | | | No Objection | |
| 2025 | 2015-04-19 Document: Chan's Radar re LA Grand | Civetti | | | No Objection | |
| 2026 | 2015-05-03 Document: Chan's Radar re LA Grand | Civetti | ID Only | | | |
| 2027 | Excerpt from 2018-11-07 Audio w/ subtitle [00:49:04 – 00:54:51] | Civetti | ID Only | | | |
| 2028 | Excerpt from 2018-11-07 Audio [01:26:53 – 01:27:45] | Civetti | ID Only | | | |
| 2028T | Transcript for 2028 | Civetti | ID Only | | | |

February 9, 2024

# United States v. Raymond Chan
## CR-20-326(A)-JFW-2
## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2029 | Excerpt from 2018-11-07 Audio [00:42:13 – 00:43:33] | Civetti | ID Only | | | |
| 2029T | Transcript for 2029 | Civetti | ID Only | | | |
| 2030 | Excerpt from 2018-11-07 Audio [00:07:20 – 00:08:12] | Civetti | ID Only | | | |
| 2030T | Transcript for 2030 | Civetti | ID Only | | | |
| 2031 | 2018-04-20 Audio: Chan, Afriat | Civetti | ID Only | | | |
| 2032 | 2018-10-07 Document: Chan's Radar Screen re PAC | Civetti | | | No Objection | |
| 2033 | 2017-07-26 Email: Chan re new script for video | Civetti | ID Only | | | |
| 2034 | Los Angeles City Ethics Handbook 2019 | Civetti | | | No Objection | |
| 2035 | Los Angeles City Ethics Ordinance 2020 | Civetti | | | No Objection | |
| 2036 | Los Angeles City Ethics Commission - Revolving Door Brochure | Civetti | | | No Objection | |
| 2037 | Cal. Code. Regs. 14 Section 15268 – "Ministerial Projects" Defined | Civetti | ID Only | | | |
| 2038 | Intentionally Omitted | | | | | |
| 2039 | 2014-04-01 News article regarding Huizar harassment lawsuit | Civetti | | | No Objection | |
| 2040-2199 | Intentionally Omitted | | | | | |
| 2200 | 2018-11-13 302 Report -- George Esparza | Esparza | ID Only | | | |

February 9, 2024

3

# United States v. Raymond Chan
## CR-20-326(A)-JFW-2
## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2201 | 2018-12-12 302 Report -- George Esparza | Esparza | ID Only | | | |
| 2202 | 2019-01-15 302 Report -- George Esparza | Esparza | ID Only | | | |
| 2203 | 2019-03-26 302 Report -- George Esparza | Esparza | ID Only | | | |
| 2204 | 2019-06-06 302 Report -- George Esparza | Esparza | ID Only | | | |
| 2205 | 2020-03-25 302 Report -- George Esparza | Esparza | ID Only | | | |
| 2206 | 2020-06-15 302 Report -- George Esparza | Esparza | ID Only | | | |
| 2207 | 2022-09-19 Interview Notes -- George Esparza | Esparza | ID Only | | | |
| 2208 | 2022-10-06 Interview Notes -- George Esparza | Esparza | ID Only | | | |
| 2209 | 2022-10-11 Interview Notes -- George Esparza | Esparza | ID Only | | | |
| 2210 | 2022-10-21 Interview Notes -- George Esparza | Esparza | ID Only | | | |
| 2211 | 2022-10-29 Interview Notes -- George Esparza | Esparza | ID Only | | | |
| 2212 | 2023-01-30 Interview Notes -- George Esparza | Esparza | ID Only | | | |
| 2213 | 2022-02-14 Interview Notes -- George Esparza | Esparza | ID Only | | | |
| 2214 | Esparza Plea Agreement | Esparza | ID Only | | | |
| 2215 | Prior Testimony from 940 Hill Trial -- George Esparza | Esparza | ID Only | | | |
| 2216 | Prior Testimony from SZNW Trial -- George Esparza | Esparza | ID Only | | | |

February 9, 2024

# United States v. Raymond Chan
## CR-20-326(A)-JFW-2
### Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2217 | Prior Testimony from RC Trial - - George Esparza | Esparza | ID Only | | | |
| 2218 | 2018-10-20 Email & Attachment: Esparza, Huang, Zheng re LA Grand | Esparza | ID Only | | | |
| 2219 | 2018-01-09 Email & Attachments: Esparza, Huizar re PAC | Esparza | ID Only | | | |
| 2220 | 2013-05-24 Document: Letter from Harbor Gateway Neighborhood Council | Esparza; Civetti | | | Foundation; Relevance; Hearsay | 803(6); relevant to government's contentions re consolidation |
| 2221 | 2013-09-24 Document: Letter from Bob Maguire to Mayor Garcetti | Esparza; Civetti | | | Foundation; Relevance; Hearsay | 803(6); relevant to government's contentions re consolidation |
| 2222 | 2014-04-04 Document: City Council adopted PLUM recommendation to approve CAO and CM Report | Esparza | ID Only | | | |
| 2223 | 2018-10-19 Email & Attachment: Ricky Zheng, Huizar re LA Grand | Esparza | ID Only | | | |
| 2224 | Intentionally omitted | | | | | |
| 2225 | 2014-09-05 Daily News Article re County Supervisor Gloria Molina CD14 Run | Esparza | | | No Objection | |
| 2226-2299 | Intentionally omitted | | | | | |
| 2300 | 2018-12-28 302 Report -- George Chiang | Chiang | ID Only | | | |
| 2301 | 2019-02-22 302 Report -- George Chiang | Chiang | ID Only | | | |

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2302 | 2019-04-16 302 Report -- George Chiang | Chiang | ID Only | | | |
| 2303 | 2019-07-11 302 Report -- George Chiang | Chiang | ID Only | | | |
| 2304 | 2020-03-03 302 Report -- George Chiang | Chiang | ID Only | | | |
| 2305 | 2020-03-17 302 Report -- George Chiang | Chiang | ID Only | | | |
| 2306 | 2020-03-24 302 Report -- George Chiang | Chiang | ID Only | | | |
| 2307 | 2020-08-14 302 Report -- George Chiang | Chiang | ID Only | | | |
| 2308 | 2023-01-13 Interview Notes -- George Chiang | Chiang | ID Only | | | |
| 2309 | 2023-01-23 Interview Notes -- George Chiang | Chiang | ID Only | | | |
| 2310 | 2023-02-02 Interview Notes -- George Chiang | Chiang | ID Only | | | |
| 2311 | 2023-02-09 Interview Notes -- George Chiang | Chiang | ID Only | | | |
| 2312 | 2023-02-17 Interview Notes -- George Chiang | Chiang | ID Only | | | |
| 2313 | 2023-02-26 Interview Notes -- George Chiang | Chiang | ID Only | | | |
| 2314 | Chiang Plea Agreement | Chiang | ID Only | | | |
| 2315 | Prior Testimony from RC Trial - - George Chiang | Chiang | ID Only | | | |
| 2316 | 2018-03-05 Email & Attachment: Chang, Fundraiser | Chiang | | | No Objection | |
| 2317 | 2018-06-18 Text: Huizar, Chiang re PAC | Chiang | ID Only | | | |

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2318 | 2018-07-23 Text: Huizar, Chiang | Chiang | | | Relevance; 403; Hearsay | Relevant to government's RICO, fraud, and bribery claims; 807 |
| 2319 | 2018-10-08 @1:53 Text: Huizar, Chiang re PAC | Chiang | ID Only | | | |
| 2320 | 2018-10-16 Text: Huizar, Chiang re PAC | Chiang | ID Only | | | |
| 2321 | 2014-11-01 Document: Synergy Consulting Agreement with Jua Yuan | Chiang | ID Only | | | |
| 2322 | 2016-03-13 Document: Amendment to Synergy Consulting Agreement with Jia Yuan | Chiang | ID Only | | | |
| 2323 | 2017-01-21 Synergy Consulting Agreement with Jia Yuan | Chiang | ID Only | | | |
| 2324 | 2016-05-10 Email: Chan, Chiang, others re Luxe | Chiang | | | No Objection | |
| 2325 | 2017-10 (Oct) Document: re Functions of Synergy Consulting Team for Design & Permit services | Chiang | | | Relevance; 403; Hearsay | 803(6); relevant to defense of government's RICO and bribery claims |
| 2326 | 2017-11 (Nov) Document: re Sales Package  Burbank Apartment | Chiang | | | Relevance; 403 | 803(6); relevant to defense of government's RICO and bribery claims |
| 2327 | 2017-09 (Sep) Document: re Sales Package  Broadway Site | Chiang | | | Relevance; 403 | 803(6); relevant defense of to government's RICO and bribery claims |
| 2328 | 2017-10 (Oct) Document: re Sales Package  Development in Downtown | Chiang | | | Relevance; 403 | 803(6); relevant to defense of government's RICO and bribery claims |

February 9, 2024

# United States v. Raymond Chan
## CR-20-326(A)-JFW-2
## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2329 | 2018-10-9 Document: Synergy CCC 2018 Projected Monthly Budget | Chiang | | | No Objection | |
| 2330 | 2018-10 (Oct) to 2019-01 (Jan) – Document: Wells Fargo Statement re CCC Acc 6661 from Oct 2018 to Jan 2019 | Chiang | | | No Objection | |
| 2331 | 2018-10 (Oct) to 2019-01 (Jan) – Document: Wells Fargo Statements re CCC Acc 6786 from Oct 2018 to Jan 2019 | Chiang | | | No Objection | |
| 2332 | 2018-10 (Oct) to 2019-01 (Jan) – Document: Wells Fargo Statements re CCC Acc 6679 from Oct 2018 to Jan 2019 | Chiang | | | No Objection | |
| 2333 | Excerpt 2017-02-09 Text: Chiang, Keller, Chan, others | Chiang | ID only | | | |
| 2334 | Excerpt 2015-09-28 Chiang's Calendar | Chiang | ID Only | | | |
| 2335 | 2017-08-15 Fundraising Flyer: L.A. County Assessor Jeff Prang | Chiang | | | No Objection | |
| 2336 | 2017-11-02 Fundraising Flyer: Maria Elena Durazo | Chiang | | | No Objection | |
| 2337 | 2018-02-08 Fundraising Flyer: Mitch Englander | Chiang | | | No Objection | |
| 2338 | 2018-05-22 Fundraising Flyer: L.A. Councilman Mike Bonin | Chiang | | | No Objection | |
| 2339 | 2018-07-31 Fundraising Flyer: L.A. Councilman Paul Koretz – Office Holder Casino_0014886-87 | Chiang | | | No Objection | |

February 9, 2024

# United States v. Raymond Chan
## CR-20-326(A)-JFW-2
## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2340 | 2017-10-03 Email: Chan, Chiang, CBRE re Real Estate Deals | Chiang | | | No Objection | |
| 2341 | 2017-11-16 Text: Chan, Synergy Team re China trip | Chiang | | | Relevance; 403; Hearsay | 803(6); relevant to defense of government's RICO, fraud, and bribery claims |
| 2342 | 2015-01-29 Email: Chiang, Jeremy Chan re due diligence on 1200 Fig. | Chiang | | | Relevance; 403 | Relevant to defense of government's RICO, fraud, and bribery claims |
| 2343 | 2015-05-27 Text: Chiang, Jeremy Chan re TFAR public benefits | Chiang | | | Relevance; 403 | Relevant to defense of government's RICO, fraud, and bribery claims |
| 2344 | 2016-09-19 Text: Chiang, Jeremy Chan re entitlements | Chiang | | | Relevance; 403 | Relevant to defense of government's RICO, fraud, and bribery claims |
| 2345 | 2016-09-21 Text: Chiang, Jeremy Chan re property research | Chiang | | | Relevance; 403 | Relevant to defense of government's RICO, fraud, and bribery claims |
| 2346 | 2018-01-27 Text: Huizar, Chiang | Chiang | | | No Objection | |
| 2347 | 2018-01-30 Text: Huizar, Chiang | Chiang | | | No Objection | |
| 2348 | Intentionally Omitted | | | | | |
| 2349 | 2018-03-26 Text: Huizar, Chiang | Chiang | | | No Objection | |
| 2350 | 2018-04-16 Text Huizar, Chiang | Chiang | | | No Objection | |
| 2351 | 2018-05-13 Text: Huizar, Chiang | Chiang | | | No Objection | |
| 2352 | 2018-04-19 Chiang, Wang transcript | Chiang | ID Only | | | |

February 9, 2024

# United States v. Raymond Chan

CR-20-326(A)-JFW-2

Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2353 | 2018-04-19 Chiang, Wang transcript | Chiang | ID Only | | | |
| 2354 | 2019-01 (Jan) Document: Chiang, Chan | Chiang | ID Only | | | |
| 2355 | 2016-06-28 to 2017-08-05 Texts: Chiang, Williams | Chiang | ID only | | | |
| 2356 | Excerpt 2017-09-12 @16:13 Text #3: Chiang, Williams | Chiang | | | No Objection | |
| 2357 | Excerpt - 2017-09-12 @17:49 Text | Chiang | ID only | | | |
| 2358 | Intentionally omitted | | | | | |
| 2359 | 2018-01-11 Text: Huizar, Chiang | Chiang | | | No Objection | |
| 2360 | Intentionally Omitted | | | | | |
| 2361 | Intentionally Omitted | | | | | |
| 2362 | Intentionally Omitted | | | | | |
| 2363 | 2018-03-29 Text: Huizar, Chiang | Chiang | ID Only | | | |
| 2364 | Intentionally Omitted | | | | | |
| 2365 | Transcript Chan, Afriat call | Chiang | ID Only | | | |
| 2366 | Transcript Chan, Chiang call | Chiang | ID Only | | | |
| 2367 | 2018-2-23 @8:05 Text: Huizar, Chiang | Chiang | | | | |
| 2368 | Intentionally Omitted | | | | | |
| 2369 | 2018-07-09 Document: Chan's Radar Screen | Chiang | | | Relevance; 403; Hearsay | 807; Relevant to defense of government's RICO, fraud, and bribery claims |
| 2370 | 2018-07-29 Text: Huizar, Chiang re PAC | Chiang | ID Only | | | |
| 2371 | Intentionally Omitted | | | | | |

February 9, 2024

# United States v. Raymond Chan
## CR-20-326(A)-JFW-2
## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2372 | Intentionally Omitted | | | | | |
| 2373 | 2018-10-31 Document: Families for a Better Los Angeles PAC Contribution List | Chiang | ID Only | | | |
| 2374 | 2014-08-25 Document: Chan's Radar Screen | Chiang | | | Relevance; 403; Hearsay | 807; Relevant to defense of government's RICO, fraud, and bribery claims |
| 2375 | 2014-08-04 Document: Chan's Radar Screen | Chiang | | | Relevance; 403; Hearsay | 807; Relevant to defense of government's RICO, fraud, and bribery claims |
| 2376 | 2016-09-15 Document: Luxe Major Project Development Meeting Invitation | Chiang | | | No Objection | |
| 2377 | Transcript – Chiang FBI interview | Chiang | ID Only | | | |
| 2378 | Transcript – Chan, Chiang | Chiang | ID Only | | | |
| 2379 | 2017-06-22 @14:22 Chiang re $20,000 loan | Chiang | | | Hearsay; Missing Verbatim Translation | 803(8); 807; Relevant to defense of government's RICO and bribery claims |
| 2380 | 2017-06-22 @15:30 Text: Chan, Chiang | Chiang | | | Relevance; 403; Hearsay | 807; Relevant to defense of government's RICO and bribery claims |
| 2381 | 2017-08-19 Document: 1020 Fig CPC Script | Chiang | ID Only | | | |
| 2382 | 2017-09-12 @17:49 Text Chiang, Williams | Chiang | | | No Objection | |
| 2383 | 2016-05-10 to 05-12 Email: Joel Jacinto, Chiang, others re Oceanwide | Chiang | ID Only | | | |

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2384 | 2016-08-17 to 08-25 Email: J. Jacinto, Chiang, others re Oceanwide | Chiang | ID Only | | | |
| 2385 | 2016-09-07 to 09-09 Email: J. Jacinto, Chiang, others re Oceanwide | Chiang | ID Only | | | |
| 2386 | 2017-01-11 to 01-12 Email: J. Jacinto, Chiang, others re Oceanwide | Chiang | ID Only | | | |
| 2387 | 2017-01-12 to 01-14 Email: J. Jacinto, Chiang, others re Oceanwide | Chiang | ID Only | | | |
| 2388 | 2017-08-03 Email: J. Jacinto, Chiang, others re Oceanwide | Chiang | ID Only | | | |
| 2389 | 2018-04-05 Document: Notification from Google re Chiang, Synergy Consultants re J. Jacinto | Chiang | ID Only | | | |
| 2390 | 2018-04-05 & 06 Email: Chiang, Synergy consultants re J. Jacinto | Chiang | ID Only | | | |
| 2391 | 2018-04-15 to 2018-04-24 Email: Chiang and others re W-Hotel Project | Chiang | ID Only | | | |
| 2392 | 2018-04-25 Email: Chiang, Synergy Team re Chiang meeting | Chiang | ID Only | | | |
| 2393 | 2018-04-27 Email: Chiang, J. Jacinto, BOE staffers re J. Jacinto | Chiang | ID Only | | | |

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2394 | 2016-08-05 Document: BOE Development Services Enhancement Partnership | Chiang; Civetti | | | Foundation; Relevance; 403 | 803(8); Relevant to defense of government's RICO, fraud, and bribery claims |
| 2395 | 2018-09-20 LA Times Article re New Harassment Complaint against Huizar | Chiang | ID Only | | | |
| 2396 | 2018-10-08 @4:30 Chiang/Chan text | Chiang | | | No Objection | |
| 2397-2399 | Intentionally Omitted | | | | | |
| 2400 | 2018-12-13 302 Report -- Shawn Kuk | Kuk | ID Only | | | |
| 2401 | 2019-07-02 302 Report -- Shawn Kuk | Kuk | ID Only | | | |
| 2402 | 2020-03-13 302 Report -- Shawn Kuk | Kuk | ID Only | | | |
| 2403 | 2020-08-12 302 Report -- Shawn Kuk | Kuk | ID Only | | | |
| 2404 | 2022-09-06 302 Report -- Shawn Kuk | Kuk | ID Only | | | |
| 2405 | 2023-01-18 Interview Notes -- Shawn Kuk | Kuk | ID Only | | | |
| 2406 | Prior Testimony from 940 Hill -- Shawn Kuk | Kuk | ID Only | | | |
| 2407 | Prior Testimony from SZNW -- Shawn Kuk | Kuk | ID Only | | | |
| 2408 | 2016-08-05 Document: Huizar's Planning Deputy Shawn Kuk's minute on the Aug 4th 8-4 Meeting | Kuk | | | No objection to first page, which is Govt. Ex. 353; Relevance; 403 for remaining 16 pages | Relevant to defense of government's RICO, fraud, and bribery claims |

February 9, 2024

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2409 | 2018-06-11 Doc: Kuk's Resume Casino | Kuk | | | Relevance; 403; Hearsay | 807; effect on listener; not offered for truth of the matter asserted; relevant to defense of government's RICO, fraud, and bribery claims |
| 2410 | Intentionally Omitted | | | | | |
| 2411 | 2018-09-17 Call Transcript | Kuk | ID Only | | | |
| 2412 | 2018-01-17 Text between Chiang, Chan | Kuk | ID Only | | | |
| 2413 | Text between Chiang and Chan | Kuk | ID Only | | | |
| 2414 | 2018-10-05 Transcript for 2973C | Kuk | ID Only | | | |
| 2415 | Intentionally Omitted | | | | | |
| 2416 | Intentionally Omitted | | | | | |
| 2417 | Intentionally Omitted | | | | | |
| 2418 | 2018-10-26 @ 12:18 MOU-Text#1: Wang, Kuk | Kuk | ID Only | | | |
| 2419 | 2018-10-26 @ 14:31 MOU-Text#2: Kuk, Wang | Kuk | ID Only | | | |
| 2420 | 2018-11-24 Recording Lunch: Chan, Wang (Identification Only) | Kuk | ID Only | | | |
| 2420A | Excerpt A from 2420 – Audio (Chinese) | Kuk | ID only | | | |
| 2420A-T | Transcript (English Translation) for 2420A @ 00:11:55 | Kuk; Wang | | | Foundation; Relevance; 403; Hearsay | Witnesses will be able to lay foundation; relevant to defense of government's RICO, fraud, and bribery claims |

February 9, 2024

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2420B | Excerpt B from 2420 – Audio (Chinese) | | ID only | | | |
| 2420B-T | Excerpt B from 2420 – Audio (Chinese) | Kuk; Wang | | | Foundation; Pending Translation Review | Witnesses will be able to lay foundation |
| 2421-2499 | Intentionally Omitted | | | | | |
| 2500 | 2020-05-21 302 Report -- Richelle Rios | Rios | ID Only | | | |
| 2501 | 2022-10-03 Interview Notes -- Richelle Rios | Rios | ID Only | | | |
| 2502 | 2022-10-04 Interview Notes -- Richelle Rios | Rios | ID Only | | | |
| 2503 | 2022-10-18 Interview Notes -- Richelle Rios | Rios | ID Only | | | |
| 2504 | 2022-11-06 Interview Notes -- Richelle Rios | Rios | ID Only | | | |
| 2505 | 2023-02-17 Interview Notes -- Richelle Rios | Rios | ID Only | | | |
| 2506 | Prior Testimony from SZNW Trial -- Richelle Rios | Rios | ID Only | | | |
| 2507 | Prior Testimony from RC Trial -- Richelle Rios | Rios | ID Only | | | |
| 2508-2599 | Intentionally Omitted | | | | | |
| 2600 | 2019-01-22 302 Report -- Bud Ovrom | Ovrom | ID Only | | | |
| 2601 | 2023-01-18 Interview Notes -- Bud Ovrom | Ovrom | ID Only | | | |
| 2602 | 2023-01-19 Bud Ovrom email | Ovrom | ID Only | | | |
| 2603 | 2023-01-26 Interview Notes -- Bud Ovrom | Ovrom | ID Only | | | |

February 9, 2024

# United States v. Raymond Chan
## CR-20-326(A)-JFW-2
## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2604 | 2023-02-07 Interview Notes -- Bud Ovrom | Ovrom | ID Only | | | |
| 2605 | 2023-02-19 Interview Notes -- Bud Ovrom | Ovrom | ID Only | | | |
| 2606 | 2023-02-23 Interview Notes -- Bud Ovrom | Ovrom | ID Only | | | |
| 2607 | 2023-02-27 Interview Notes -- Bud Ovrom | Ovrom | ID Only | | | |
| 2608 | 2023-03-01 Interview Notes -- Bud Ovrom | Ovrom | ID Only | | | |
| 2609 | Prior Testimony from Chan Trial -- Bud Ovrom | Ovrom | ID Only | | | |
| 2610 | 2013-04-05 Ovrom/LoGrande memo | Ovrom | ID Only | | | |
| 2611 | 2012-07-09 Document: Letter from Ovrom to City Attorney | Ovrom | | | Relevance; 403; Hearsay [Ovrom] | 803(6); Relevant to defense of government's RICO and consolidation claims |
| 2612 | 2012-09-12 Document: Letter from DBS Employees to Ovrom and Yutronich | Ovrom | | | Relevance; 403; Hearsay [Ovrom] | 803(6); Relevant to defense of government's RICO and consolidation claims |
| 2613 | 2012-09-17 Document: Letter from Ovrom to Chan | Ovrom | | | Relevance; 403; Hearsay [Ovrom] | 803(6); Relevant to defense of government's RICO and consolidation claims |
| 2614 | 2013-02-18 Document: Memo from Ovrom  to PLUM Committee | Ovrom | | | Relevance; 403; Hearsay [Ovrom] | 803(6); Relevant to defense of government's RICO and consolidation claims |

February 9, 2024

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2615 | 2013-04-05 Document: Memo from Ovrom and Planning Director LoGrande to City Council | Ovrom | ID Only | | | |
| 2616 | 2013-05-07 City News Services Article re Ovrom Named Head of Convention Center | Ovrom | ID Only | | | |
| 2617-2699 | Intentionally Omitted | | | | | |
| 2700 | 2020-05-07 302 Report -- Kevin Keller | Keller | ID Only | | | |
| 2701 | 2022-09-07 302 Report -- Kevin Keller | Keller | ID Only | | | |
| 2702 | 2022-10-27 Interview Notes -- Kevin Keller | Keller | ID Only | | | |
| 2703 | 2023-01-19 Interview Notes -- Kevin Keller | Keller | ID Only | | | |
| 2704 | Intentionally omitted | | | | | |
| 2705 | 2023-02-09 Interview Notes -- Kevin Keller | Keller | ID Only | | | |
| 2706 | 2023-02-17 Interview Notes -- Kevin Keller | Keller | ID Only | | | |
| 2707 | Prior Testimony from SZNW Trial -- Kevin Keller | Keller | ID Only | | | |
| 2708 | Prior Testimony from Chan Trial -- Kevin Keller | Keller | ID Only | | | |
| 2709 | 2021-05-21 Document: Letter from Planning Dept terminate LA Grand application (filed on 2018-06-12) | Keller | | | No Objection | |

February 9, 2024

# United States v. Raymond Chan
## CR-20-326(A)-JFW-2
## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2710 | 2013-10-27 Document: Mayor Garcetti's Interview with KNBC-TV – opposing Consolidation | Keller | ID Only | | | |
| 2711 | Excerpt A - 2015-12-15: Chiang, Keller, Chan, and Sun Text Chain | Keller | ID Only | | | |
| 2712 | Excerpt B - 2016-03-21: Chiang, Keller, and Sun Text Chain | Keller | ID Only | | | |
| 2713 | Excerpt C - 2016-06-02: Chiang, Chan, and Sun Text Chain | Keller | ID Only | | | |
| 2714 | Excerpt D  - 2016-09-30: Chiang, Keller, and Sun Text Chain | Keller | ID Only | | | |
| 2715 | Excerpt E - 2016-10-28: Chiang, Keller, and Sun Text Chain | Keller | ID Only | | | |
| 2716 | Excerpt F  - 2016-12-07: Chiang, Keller, and Sun Text Chain | Keller | ID Only | | | |
| 2717 | Intentionally Omitted | | | | | |
| 2718 | 2017-2-9 Texts Between Chiang and Keller | Keller | ID Only | | | |
| 2719 | 2017-2-9 Texts Between Chiang and Keller | Keller | ID Only | | | |
| 2720 | 2015-09-28 Chiang, Keller Email | Keller | ID Only | | | |
| 2721 | 2016-06-02:  Chun, Keller, Hui Email | Keller | | | Relevance, 403; Hearsay | 803(6); 807 |
| 2722 | 2017-09-14 Recommendation Report from DCP for CPC Hearing | Keller | | | No Objection | |

# United States v. Raymond Chan

CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2723 | 2017-09-14 Minutes for City Planning Commission 1st Hearing | Keller | ID Only | | | |
| 2724 | 2017-11-09 Minutes for City Planning Commission 2nd Hearing | Keller | | | No Objection | |
| 2725 | Note from Keller to Chan | Keller | ID Only | | | |
| 2726 | 2020-05-07 Recording 1 of Keller interview | Keller | ID Only | | | |
| 2726T | Transcript of 2020-05-07 Recording 1 of Keller Interview | Keller | ID Only | | | |
| 2727 | 2020-05-07 Recording 2 of Keller interview | Keller | ID Only | | | |
| 2727T | Transcript of 2020-05-07 Recording 2 of Keller Interview | Keller | ID Only | | | |
| 2728-2799 | Intentionally Omitted | | | | | |
| 2800 | 2021-11-09 302 Report -- Harris Chan | H. Chan | ID Only | | | |
| 2801 | Prior Testimony from SZNW Trial -- Harris Chan | H. Chan | ID Only | | | |
| 2802 | Prior Testimony from RC Trial -- Harris Chan | H. Chan | ID Only | | | |
| 2803 | 2013-08-13 LA Times Article re Sexual Harassment Complaint filed on June 7th | H. Chan | ID Only | | | |
| 2804 | 2013-08-18 to 09-12 Text: Huizar, Harris re lawsuit | H. Chan | ID Only | | | |
| 2805 | 2013-10-17 LA Times Article re Sexual Harassment Lawsuit filed | H. Chan | ID Only | | | |

February 9, 2024

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2

### Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2806 | 2022-10-06 302 Report -- Harris Chan | H. Chan | ID Only | | | |
| 2807 | 2022-10-06 302 Report Notes -- Harris Chan | H. Chan | ID Only | | | |
| 2808 | 2022-10-24 302 Report Notes -- Harris Chan | H. Chan | ID Only | | | |
| 2809 | 2022-10-28 302 Report Notes -- Harris Chan | H. Chan | ID Only | | | |
| 2810 | 2023-01-27 302 Report Notes -- Harris Chan | H. Chan | ID Only | | | |
| 2811 | 2023-02-16 302 Report Notes -- Harris Chan | H. Chan | ID Only | | | |
| 2812 | 2023-02-27 302 Report Notes -- Harris Chan | H. Chan | ID Only | | | |
| 2813-2899 | Intentionally Omitted | | | | | |
| 2900 | 2017-07-19 302 Report -- Andy Wang | Wang | ID Only | | | |
| 2901 | 2017-08-10 302 Report -- Andy Wang | Wang | ID Only | | | |
| 2902 | 2017-08-18 CHS Report | Wang | ID Only | | | |
| 2903 | 2017-10-22 CHS Report | Wang | ID Only | | | |
| 2904 | 2017-10-23 CHS Report | Wang | ID Only | | | |
| 2905 | 2017-10-25 CHS Report | Wang | ID Only | | | |
| 2906 | 2023-02-28 Interview Notes -- Andy Wang | Wang | ID Only | | | |
| 2907 | 2017-09-20: Wang, Chan Text | Wang | | | No Objection | |
| 2908 | 2017-09-26: Wang, Civetti Text Chain | Wang | ID Only | | | |

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2
### Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|----------|-------------|---------|-----|----------|-----------|----------|
| 2909 | 2017-10-01: Ave Jacinto's Resume | Wang | | | No Objection | |
| 2910 | 2017-10-5-2017: Recording of Chan Wang Call | Wang | ID Only | | | |
| 2910a | Excerpt A from 2910 - Audio (Chinese) | Wang | ID Only | | | |
| 2910at | Transcript (English Translation) for 2901a | Wang | ID Only | | | |
| 2910b | Excerpt B from 2901 – Audio (Chinese) | Wang | ID Only | | | |
| 2910bt | Transcript (English Translation) for 2901b | Wang | ID Only | | | |
| 2911 | 2017-10-01: Recording of Chan, Wang Call | Wang | ID Only | | | |
| 2911a | Excerpt from 2911: Audio | Wang | ID Only | | | |
| 2911at | Excerpt from 2911: Transcript (Translation) | Wang | ID Only | | | |
| 2912 | 2017-10-01: Ave Jacinto's BIA Proposal | Wang | | | No Objection | |
| 2913 | 2017-11-09: Run of the Day Draft for BIA Event | Wang | | | No Objection | |
| 2914 | 2017-11-09: Guest List for BIA Event | Wang | | | No Objection | |
| 2915 | 2017-11-30 Audio (Identification Only) | Wang | ID Only | | | |
| 2916 | Excerpt from 2915 – Audio (Chinese) | Wang | ID Only | | | |
| 2916t | Transcript (English Translation) for 2916 | Wang | ID Only | | | |
| 2917 | 2018-03-14: Ave Jacinto Chan Email | Wang | | | No Objection | |

February 9, 2024

# United States v. Raymond Chan

CR-20-326(A)-JFW-2

Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2918 | 2018-04-25: Ave Jacinto Statement of Work | Wang | | | No Objection | |
| 2919 | 2018-05-09 Audio (Identification Only) | Wang | ID Only | | | |
| 2919a | Excerpt A from 2919 – Audio (Chinese) | Wang | ID Only | | | |
| 2919at | Transcript (English Translation) for 2919 | Wang | ID Only | | | |
| 2919b | Excerpt B from 2919 – Audio (Chinese) | Wang | ID Only | | | |
| 2919bt | Transcript (English Translation) for 2919b | Wang | ID Only | | | |
| 2920 | 2018-06-01: Wang, Civetti Screenshot of Chan, Wang, Ave Jacinto Email Thread | Wang | ID Only | | | |
| 2921 | 2018-06-06: Wang, Ave Jacinto, Wang Email Chain | Wang | | | No Objection | |
| 2922 | 2018-07-06: Wang Chan Call | Wang | ID Only | | | |
| 2922a | Excerpt A from 2922 – Audio (Chinese) | Wang | ID Only | | | |
| 2922a-t | Transcript (English Translation) from 2922a | Wang | ID Only | | | |
| 2922b | Excerpt B from 2922 – Audio (Chinese) | Wang | ID Only | | | |
| 2922bt | Transcript (English Translation) from 2922b | Wang | ID Only | | | |
| 2922c | Excerpt C from 2922 – Audio (Chinese) | Wang | ID Only | | | |
| 2922ct | Transcript (English Translation) from 2922c | Wang | ID Only | | | |

February 9, 2024

# United States v. Raymond Chan

CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2923 | 2018 April to October – Calendar Entries and Emails re Ave Jacinto | Wang | | | Pending Revised Exhibit; No Objection to Just Calendars | |
| 2924 | Intentionally Omitted | | | | | |
| 2925 | Ave Jacinto NextData Emails and Work Materials | Wang | | | No Objection | |
| 2926 | Excerpt – Ave Jacinto Activity Summaries | Wang | | | No Objection | |
| 2927 | Excerpt – NextData  Steps and Processes to develop Businesses | Wang | | | No Objection | |
| 2928 | Excerpt – NextData Business Development Marketing Plan | Wang | | | No Objection | |
| 2929 | Excerpt  – NextData To Do List | Wang | | | No Objection | |
| 2930 | Excerpt – NextData Budget Proposal | Wang | | | No Objection | |
| 2931 | Excerpt – NextData Potential Customer List | Wang | | | No Objection | |
| 2932 | Excerpt – NextData Sales Brochure | Wang | | | No Objection | |
| 2933 | 2018-10-05 Recording | Wang | ID Only | | | |
| 2933a | 2018-10-05 Excerpt B from 2973 – Audio during lunch | Wang | ID Only | | | |
| 2933t | 2018-10-05 Transcript for 2933b | Wang | ID Only | | | |
| 2934 | 2018-10-25 Recording | | ID Only | | | |
| 2934a | 2018-10-25  Excerpt A from 2934 | Wang | ID Only | | | |
| 2934t | 2018-10-25 Transcript for 2934a | Wang | ID Only | | | |
| 2935 | 2018-11-05 Linesheet of Recording | Wang | ID Only | | | |
| 2935t | 2018-11-05 Transcript for 2935 | Wang | ID Only | | | |

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2936 | Intentionally Omitted | Wang | | | | |
| 2937 | 2018-08-02  Recording: Chan, Wang | Wang | ID Only | | | |
| 2937a | 2018-08-02  Excerpt from 2937 – Audio (Chinese) | Wang | ID Only | | | |
| 2937at | 2018-08-02  Transcript (English Translation) for 2937a | Wang | ID Only | | | |
| 2938 | 2018-08-25 Text Chan, Wang re Kuk | Wang | | | No Objection | |
| 2939 | Intentionally Omitted | | | | | |
| 2940 | 2018-09-04: Wang, Chan Text Chain | Wang | | | No Objection | |
| 2941 | 2018-09-04: Wang Civetti Text Chain | Wang | ID Only | | | |
| 2942 | Intentionally Omitted | | | | | |
| 2943 | Intentionally Omitted | | | | | |
| 2944 | Intentionally Omitted | | | | | |
| 2945 | Intentionally Omitted | | | | | |
| 2946 | Intentionally Omitted | | | | | |
| 2947 | Intentionally Omitted | | | | | |
| 2948 | 2018-09-20: Chan, Kuk Text Chain | Wang | ID Only | | | |
| 2949 | Intentionally Omitted | | | | | |
| 2950 | Intentionally Omitted | | | | | |
| 2951 | Intentionally Omitted | | | | | |
| 2952 | 2018-09-28 Before Dinner Call: Chan, Wang (Identification Only) | Wang | ID Only | | | |
| 2952a | 2018-09-28  Excerpt A from 2952 – Audio (Chinese) | Wang | ID Only | | | |

February 9, 2024

# United States v. Raymond Chan
## CR-20-326(A)-JFW-2
## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2952at | 2018-09-28 @ 00:01:00 Transcript (English Translation) for 2952a | Wang | ID Only | | | |
| 2952b | 2018-09-28 Excerpt B from 2952– Audio (Chinese) | Wang | ID Only | | | |
| 2952bt | Transcript (English Translation) for 2952b | Wang | ID Only | | | |
| 2952c | 2018-09-28 Excerpt C from 2952c - Audio | Wang | ID Only | | | |
| 2952ct | 2018-09-28 Transcript for 2959c | Wang | ID Only | | | |
| 2953 | Intentionally Omitted | | | | | |
| 2954 | 2018-09-28 Recording | Wang | ID Only | | | |
| 2954a | 2018-09-28 Excerpt A from 2955 – Audio (Chinese) | Wang | ID Only | | | |
| 2954t | Transcript (English Translation) for 2954a | Wang | ID Only | | | |
| 2955 | 2018-10-01: Civetti, Wang Text Chain | Wang | ID Only | | | |
| 2956 | Intentionally Omitted | | | | | |
| 2957 | 2018-10-03: Wang, Kuk Text Chain | Wang | | | No Objection | |
| 2958 | 2018-10-05 Recording: Wang, Kuk at lunch (Identification Only) | Wang | ID Only | | | |
| 2958a | Excerpt A from 2958 – Audio | Wang | ID Only | | | |
| 2958at | Transcript (English Translation) for 2958a | Wang | ID Only | | | |
| 2959 | Intentionally Omitted | | | | | |
| 2960 | 2018-10-08 Recording: Wang, Chan (Identification Only) | Wang | ID Only | | | |

# United States v. Raymond Chan
## CR-20-326(A)-JFW-2
## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2960a | Excerpt A from 2960 – Audio (Chinese) | Wang | ID Only | | | |
| 2960at | Transcript (English Translation) for 2960a | Wang | ID Only | | | |
| 2961 | 2018-10-25 Recording: Wang, Kuk, Chan at dinner before Taban's arrival (Identification Only) | Wang | ID Only | | | |
| 2961a | Excerpt A from 2961 – Audio | Wang | ID Only | | | |
| 2961at | Transcript (English Translation) for 2961a | Wang | ID Only | | | |
| 2962 | 2018-10-25 Recording: Wang, Chan, Kuk Before Taban's Arrival (Identification Only) | Wang | ID Only | | | |
| 2962a | Excerpt A from 2962 – Audio | Wang | ID Only | | | |
| 2962at | Transcript (English Translation) for 2962 | Wang | ID Only | | | |
| 2963 | Intentionally Omitted | | | | | |
| 2964 | Intentionally Omitted | | | | | |
| 2965 | 2018-10-26: Wang, Chan Email | Wang | | | No Objection | |
| 2966 | Intentionally Omitted | | | | | |
| 2967 | 2018-10-28: Wang, Chan Email | Wang | | | No Objection | |
| 2968 | 2018-06-23: Screenshot of Ave Jacinto, Wang, Bastian Emails | Wang | ID Only | | | |
| 2969 | Intentionally Omitted | | | | | |
| 2970 | 2018-09-28:  Recording | Wang | ID Only | | | |
| 2970a | Excerpt A from 2970 – Audio (Chinese): Chan, Wang Call | Wang | ID Only | | | |
| 2970at | Transcript (English Translation) for 2970a | Wang | ID Only | | | |

February 9, 2024

**United States v. Raymond Chan**

CR-20-326(A)-JFW-2

Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 2971 | 2017-11-07 Email: Rubidium Wu, Andy Wang, Melody Tsui re NextData Invoice03 | Wang | ID Only | | | |
| 2972 | Andy Wang Promotional Video | Wang | | | Relevance; 403 | Relevant to defense of government bribery claims |
| 2973 | Andy Wang Promotional Video | Wang | | | Relevance; 403 | Relevant to defense of government bribery claims |
| 2974-2999 | Intentionally Omitted | | | | | |
| 3000 | 2018-11-09 302 Report -- Yan Yan | Yan | ID Only | | | |
| 3001 | 2018-12-04 302 Report -- Yan Yan | Yan | ID Only | | | |
| 3002 | 2022-09-12 Interview Notes -- Yan Yan | Yan | ID Only | | | |
| 3003 | 2022-10-30 Interview Notes -- Yan Yan | Yan | ID Only | | | |
| 3004 | 2022-11-01 Interview Notes -- Yan Yan | Yan | ID Only | | | |
| 3005 | 2023-01-24 Interview Notes -- Yan Yan | Yan | ID Only | | | |
| 3006 | 2023-02-02 Texts -- Yan Yan | Yan | ID Only | | | |
| 3007 | 2022-02-02 Interview Notes -- Yan Yan | Yan | ID Only | | | |
| 3008 | Grand Jury Testimony -- Yan Yan | Yan | ID Only | | | |
| 3009 | Prior Testimony from SZNW Trial -- Yan Yan | Yan | ID Only | | | |

February 9, 2024

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2
## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 3010 | Prior Testimony from RC Trial - - Yan Yan | Yan | ID Only | | | |
| 3011 | Intentionally Omitted | | | | | |
| 3012 | Intentionally Omitted | | | | | |
| 3013 | 2017-10 (Oct) Document: Brochure of Synergy Consulting Team w/trans | Yan; Civetti | | | Foundation | Witnesses will be able to lay foundation |
| 3014 | 2017-08 (Aug) Document:  Sales Package  Yucca Apartment | Yan; Civetti | | | Foundation; Relevance; 403 | Witnesses will be able to lay foundation; relevant to defense of government's RICO, fraud, and bribery claims |
| 3015 | 2017-09 (Sep) Document: Sales Package  Province Site w/trans | Yan; Civetti | | | Missing Translation; Foundation; Relevance; 403 | Witnesses will be able to lay foundation; relevant to defense of government's RICO, fraud, and bribery claims; document is translated |
| 3016 | 2017-09 (Sep) Document: Sales Package  Tribeca Apartment | Yan; Civetti | | | Foundation; Relevance; 403 | Witnesses will be able to lay foundation; relevant to defense of government's RICO, fraud, and bribery claims |
| 3017 | 2017-09 (Sep) Document: Sales Package Broadway, Hill, Main Sites | Yan; Civetti | | | Foundation; Relevance; 403 | Witnesses will be able to lay foundation; relevant to defense of government's RICO, fraud, and bribery claims |
| 3018 | Intentionally Omitted | | | | | |

February 9, 2024

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 3019 | 2017-10 (Oct) Document: Sales Package Development in Downtown | Yan; Civetti | | | Foundation; Relevance; 403 | Witnesses will be able to lay foundation; relevant to defense of government's RICO, fraud, and bribery claims |
| 3020-3099 | Intentionally Omitted | | | | | |
| 3100 | 2019-02-13 302 Report -- David Ambroz | Ambroz | ID Only | | | |
| 3101 | 2023-01-25 Interview Notes -- David Ambroz | Ambroz | ID Only | | | |
| 3102 | 2023-02-02 Interview Notes -- David Ambroz | Ambroz | ID Only | | | |
| 3103 | 2023-02-25 Interview Notes -- David Ambroz | Ambroz | ID Only | | | |
| 3104 | 2023-03-01 Interview Notes -- David Ambroz | Ambroz | ID Only | | | |
| 3105 | Prior Testimony from RC Trial -- David Ambroz | Ambroz | ID Only | | | |
| 3106 | 2017-05-11 Minutes for City Planning Commission (CPC) | Ambroz | | | Relevance; 403 | Relevant to defense of government's RICO, fraud, and bribery claims |
| 3107 | Intentionally Omitted | | | | | |
| 3108 | Intentionally Omitted | | | | | |
| 3109 | Intentionally Omitted | | | | | |
| 3110 | Los Angeles Charter Sections 501-520 | Ambroz | ID Only | | | |
| 3111-3199 | Intentionally Omitted | | | | | |

February 9, 2024

# United States v. Raymond Chan

CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 3200 | 2021-01-26 302 Report -- Peggy O'Donovan | O'Donovan | ID Only | | | |
| 3201 | Prior Testimony from SZNW Trial -- Peggy O'Donovan | O'Donovan | ID Only | | | |
| 3202 | Prior Testimony from RC Trial -- Peggy O'Donovan | O'Donovan | ID Only | | | |
| 3203-3224 | Intentionally Omitted | | | | | |
| 3225 | 2019-02-20 302 Report -- Morrie Goldman | Goldman | ID Only | | | |
| 3226 | 2019-03-04 302 Report -- Morrie Goldman | Goldman | ID Only | | | |
| 3227 | 2019-04-03 302 Report -- Morrie Goldman | Goldman | ID Only | | | |
| 3228 | Prior Testimony from RC trial -- Morrie Goldman | Goldman | ID Only | | | |
| 3229 | Plea Agreement -- Morrie Goldman | Goldman | ID Only | | | |
| 3230-3449 | Intentionally Omitted | | | | | |
| 3450 | Intentionally Omitted | | | | | |
| 3451 | Intentionally Omitted | | | | | |
| 3452 | 2018-04-27 Email: Chiang, J. Jacinto, BOE staffers | Chiang | | | No Objection | |
| 3453 | Intentionally Omitted | | | | | |
| 3454 | 2018-05-15 Chan, Janoyan email | Chiang | | | No Objection | |
| 3455-3474 | Intentionally Omitted | | | | | |

# United States v. Raymond Chan

## CR-20-326(A)-JFW-2

## Defense Exhibit List

| Exh. No. | Description | Witness | ID | Admitted | Objection | Response |
|---|---|---|---|---|---|---|
| 3475 | 2017-08-21 Email: Mkhlian, Chan, Chiang re Draft CCC Consulting Agreement w Jr. | Chiang | | | No Objection | |
| 3476 | 2017-08-29 Document: Signed CCC Consulting Agreement | Chiang | ID Only | | | |
| 3477 | 2017-08-30 Email: Mkhlian, Jr., Chiang, Chan | Chiang | | | No Objection | |
| 3478 | 2017-09-12 Email: Jr, Mkhlian, Chan re Jr. submitted draft report | Chiang | ID Only | | | |
| 3479 | 2017-09-12 Document: Deron Williams Jr.'s draft report | Chiang; Civetti | | | Foundation | Witnesses will be able to lay foundation |
| 3480 | 2017-09-21 to 09-22 Email: Jr, Mkhlian re  Jr.'s draft report | Chiang | | | No Objection | |
| 3481 | 2017-10-06 Email & Attachment: Jr, Mkhlian re Jr. draft report | Chiang | ID Only | | | |
| 3482 | 2017-11-03 Email: Jr, Mkhlian, Chan re Jr. draft report | Chiang; Civetti | | | Foundation | Witnesses will be able to lay foundation |
| 3483 | 2017-11-03 Email & Attachment: Jr, Mkhlian re Jr. draft report | Chiang | ID Only | | | |
| 3484 | 2017-11-17 Email & Attachment: Jr, Mkhlian re Jr. draft report | Chiang | ID Only | | | |

February 9, 2024