**Exhibit A**

# FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/07/2020

On March 24, 2020, GEORGE CHIANG was interviewed by FBI Special Agents Andy Civetti and Tony Logan via conference call. Also present on the phone interview were CHIANG's attorney, Stanley Friedman, and Assistant United States Attorney ("AUSA") Mack Jenkins and AUSA Veronica Dragalin. After being advised of the identity of the interviewing Agents and the nature of the interview, CHIANG provided the following information:

*[Agent Note: Portions of the interview were discussing potential cooperation and plea agreements including CHIANG's factual basis. The substantive portions of the interview are captured below in this report.]*

## DERON WILLIAMS JR.

On or about August 3, 2017, CHIANG, CHAN, and DERON WILLIAMS ("WILLIAMS") met at CHAN and CHIANG's office to discuss the Luxe Hotel Project. CHAN asked WILLIAMS to speak to ANA GUERRERO, Mayor's Chief of Staff, to ask her to put pressure on the City Planning Commission ("CPC") to approve the Luxe Hotel Project. WILLIAMS agreed to do so.

On or about August 8, 2017, CHAN had a meeting with WILLIAMS's son, DERON WILLIAMS JR. ("JR."), in downtown Los Angeles at the office of CCC INVESTMENT. At the meeting, CHAN and JR. discussed the consulting agreement.

The September 1, 2017 to December 1, 2017 "consulting agreement" between CCC INVESTMENT and JR. was arranged by RAYMOND CHAN. CHAN told CHIANG he wanted JR. on payroll for $1,000 to $1,500 per month. JR. was to complete research work for CHAN. CHAN and STEPHANIE MHAKLIAN worked directly with JR. CHAN asked CHIANG to write the checks for JR. CHAN at some point said the work product was not sufficient enough for the full amount so CHAN had CHIANG pay a lesser amount. The consulting agreement was "odd" to CHIANG because JR. went to school out of state. CHAN did not say how or why the agreement was

---

Investigation on  03/24/2020  at  Los Angeles, California, United States (Phone)

File #  194B-LA-255905                                              Date drafted  03/24/2020

by  Andrew R. Civetti, LOGAN ROBERT ANTHONY

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Casino_0370730

194B-LA-255905

Continuation of FD-302 of (U) 03/24/2020_George Chiang , On 03/24/2020 , Page 2 of 2

made. CHIANG asked CHAN if he was sure that research was needed by JR. and CHAN told CHIANG that "it was fine" and CHAN "would handle it."

CHIANG never had conversations with WILLIAMS about the consulting agreement. CHIANG assumed CHAN and WILLIAMS discussed the consulting agreement. CHAN never told CHIANG at the time that the JR. payment was in exchange for WILLIAMS's CPC assistance; however, the time correlated to the meeting that CHIANG, CHAN, and WILLIAMS had on August 3, 2017 and the subsequent help that was needed by WILLIAMS to talk to GUERRERO.

