# <u>Exhibit B</u>

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

## HEADER

**Source ID:** S-00084273
**Date:** 12/04/2017
**Case Agent Name:** Civetti, Andrew
**Field Office/Division:** Los Angeles
**Squad:** PC 01

## SOURCE REPORTING

**Date of Contact:** 11/30/2017

**List all present including yourself (do not include the CHS):**
SA Andy Civetti
SA David Wong

**Type of Contact:** In Person

**Country:** UNITED STATES
**City:** Echo Park
**State:** California

**Date of Report:** 11/30/2017

| Substantive Case File Number |
|---|
| 194B-LA-255905 |

**Check here if additional reporting is in Echo**
No

**Source Reporting:**
[Agent Note: Prior to the meeting, CHS was admonished that CHS should not engage in any conversations related to the individual(s) attorney. If the individual that the CHS is meeting brings up an attorney, CHS should not question what the attorney may or may not have told the individual. CHS may clarify if the individual indicated that the attorney provided the individual information to engage in criminal activity. The CHS was instructed to change the topic of conversation and not to ask about the individuals' attorney. The CHS understood this admonishment regarding how to handle situations in which an individual brings up discussions they may or may not have had with their attorney.]

On November 30, 2017, CHS met with RAYMOND CHAN at CHAN's office, 800 W. 6th St. Suite 900, Los Angeles, California. The meeting was consensually recorded (1D173). The meeting was conducted in English and Chinese (Mandarin). This summary is an account from the source debrief and the source's best recollection at the time. This is not a verbatim transcript nor should be represented as such. The recording and Chinese translation should be referred to for a complete understanding.

Upon arrival, CHAN instructed CHS to leave the cellphone at the reception area. YAN YAN, CHAN's assistant, was also present. The CHS and CHAN met in CHAN's office. CHS observed multiple documents/folders on CHAN's desk. One of the documents/folders was labeled "1020 S Grand" with a sub-headed that was labeled, "unentitlement."

CHAN had recently returned from a productive trip to China. CHAN and GEORGE CHIANG visited Zhengzhou, China and met with a couple development companies, one being, Kangquio who is owned by SONG [CHS was not sure whether SONG was the first or last name and did not have another name associated.] SONG made a book for CHAN before he left that was about the company and their desire to acquire a Los Angeles project. SONG wanted to invest in unentitled land to work with CHAN to acquire the entitlements and then sell the land for the new use. The owner of CHAN's office building, WANG, also brought this idea up to CHAN. CHAN was instructed to start a

| FD-1023 | Page 1 of 4 | FEDERAL BUREAU OF INVESTIGATION |

UNCLASSIFIED

| FD-1023 | FEDERAL BUREAU OF INVESTIGATION<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

new company that WANG/SONG each wanted to invest. CHAN would not have to invest in any money, but would use his connections to acquire the entitlements.

CHAN also visited Guangzhou, China and MIKE LIU's boss. LIU's boss was also looking for projects in Los Angeles, but was having issues transferring money to the United States for investments.

In Shenzhen, China, CHAN and CHIANG met with the owner of JIAYAUN (development company) who they were introduced to by RICKY ZHENG. The owner indicated that JIAYAUN was not planning to come to the United States right away, but was interested in future development.

CHAN complained about CHS' employee, MELODY TSAI. CHAN did not believe TSAI was a good worker or productive. CHAN told CHS to use AVE JACINTO because her husband, JOEL JACINTO, LA City Public Works Commissioner, could help them (CHAN and CHS). CHAN said that JOEL had not provided him any help and if anything CHAN has provided the help to JOEL. CHAN would talk to AVE first then they (CHS, AVE & CHAN) could set up a meeting. CHS recommended a commission percentage of work brought to CHS and not a straight salary paid.

CHAN requested a $2,000 contribution for JOHN CHIANG for a fundraising event that CHAN and CHIANG were hosting. [The flyer is electronically attached.]

CHAN and CHS went outside to take a smoke break. While smoking, CHIANG arrived. CHAN told CHIANG that either he did a good job working to get the council meeting switched from December 12 to December 8 or that he needed to do a good job at getting this moved.

HAZENS had approximately $180 million available in the United States for development and would start next year on the Luxe project which would be about $50 million to start. CHIANG requested a $1,400 contribution to BIA for him being recognized as Associate of the Year. [The contribution check is electronically attached.]

CHAN asked CHS what percentage he would receive regardless of AVE's work. CHAN said LIU is different than any other work and that they needed to take care of that differently (referring to a percentage provided to CHAN and LIU).

**BIA EVENT**

After the meeting with CHAN, the CHS attended a Business Industry Association (BIA) annual end of the year reception.

AVE and JOEL were present at the event. After meeting JOEL, CHS identified that he/she met JOEL through CHAN on another occasion, but did not realize this was AVE's husband. CHS told JOEL that AVE was a great addition and that he/she was working on a contract for AVE to continue working with the CHS. JOEL thanked the CHS and stated that if there was anything he could help with to please let him know. JOEL then provided his business card to the CHS and instructed that the CHS Call anytime for help.

CHS met architects for the George Lucas Museum and received their business card. The architects tried talking to JOEL.

Los Angeles City Councilman MIKE BONIN (CD11) was present and was introduced to the CHS by JOEL. CHAN walked up to BONIN and they walked away to speak.

JOSEPH LIN (City Century) was present at the event and the CHS observed him speaking to CHAN. LIN was going back to Hong Kong tomorrow and would be back December 16 if the CHS could set up a dinner with JOSE HUIZAR for his return.

Councilman MITCH ENGLANDER (CD12) was present and said hello to the CHS. ENGLANDER asked CHS to smoke and they went outside. CHS asked how ENGLANDER's interview with the FBI went and that he/she had not been contacted again. ENGLANDER felt the FBI was after MICHAEL BAI and that they [CHS and ENGLANDER] had nothing to worry about. HERB WESSON entered the event and said hello to ENGLANDER. A developer who bought a jail approached ENGLANDER and they were talking about entitlements. ENGLANDER told him to contact him with

**UNCLASSIFIED**

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

any help. The developer kept looking at the CHS so CHS left the discussion and believed they wished to speak privately.

JASON PU, San Gabriel Cit Councilman, was present.

FRANK BUSH, General Manager of Los Angeles Department of Building and Safety, was seated at the table with WESSON and ENGLANDER. VINCE LNU, Director of City Planning, was also at the table with WESSON, ENGLANDER and BUSH.

There was a women from the fire department who was recognized and stood up.

The CHS received four business cards during the BIA event. The following is the information from the cards and a copy of the cards are electronically attached.

Joel F. Jacinto
City of Los Angeles
Board of Public Works (200 N. Spring St. Los Angeles)
213-978-0253
joel.jacinto@lacity.org

Fred Cunningham, LEED AP
Principal
Stantec
14801 Califa St. Van Nuys, CA 91411
818-305-3218 (office)
818-535-7276 (cell)
fred.cunningham@stantec.com

Shawn Blanton, PE, QSD
Project Manager
Stantec
14801 Califa St. Van Nuys, CA 91411
818-305-3274 (office)
805-338-2046 (cell)
shawn.blanton@stanec.com

De'Andre Valencia
Advocacy Director
Biz Fed, Los Angeles County Business Federation
deandre.valencia@bizfed.org
323-889-4348 (office)
626-393-8519 (cell)
6055 E. Washington Blvd. #260, Commerce, CA 90040

____

Additional information provided by the CHS, but is not accounted for in the recording:

GEORGE ESPARZA previously mentioned at poker at La Vue that JOSE HUIZAR and ESPARZA went to dinner with the developer LIGHTSTONE. The CHS was unaware of the details of the dinner.

**Synopsis:**
11/30/2017 re: Raymond Chan & BIA Event

| FD-1023 | Page 3 of 4 | FEDERAL BUREAU OF INVESTIGATION |
|---|---|---|

**UNCLASSIFIED**

| FD-1023 | **FEDERAL BUREAU OF INVESTIGATION**<br>CHS REPORTING DOCUMENT |  |
|---|---|---|

| **SIGNATURE** |
|---|

| Submitted By | ACIVETTI (Andrew Civetti) | Tue, 20 Feb 2018 20:08:03 -0800 |
|---|---|---|
| First Level Approved By | DHCHUNG (Dae Chung) | Thu, 22 Feb 2018 10:42:19 -0800 |

**UNCLASSIFIED**