**Exhibit C**



**Jeremy Chan**
\_\_\_\_\_4286

**Raymond Chan**
\_\_\_\_\_6463



09/14/2017 3:46 PM

> CPC luxe! Ambroz is fucking with h Jose on signs and TFAR distribution.

Not really surprised based on what we learned yesterday.

> I mean CPC approved LUXE! We are moving on to PLUM.

Oh. Now that's a surprise.

Good news for milestones

> Billy and Nick talked to the commissioners. Deron asked Ana. You know who asked Deron.

Congrats!

> To all of us!

> Still waiting for the 2nd payment.

**Exhibit 593G**
**Page 1 of 1**