**Exhibit D**

RC#6880  
April 17, 2018  
**RAYMOND CHAN**, George Chiang, Lincoln Lee

**Ex. 755C-T**  
**Time Stamp: 00:18:00 – 00:19:32**

| Speaker | Exhibit 755C (Transcript) |
|---|---|
| Chiang | Hey Dailo, no worries, if you could just update on the list, 'cause I'm on the line, online right now too, you can just put it in for me and I'll text it |
| CHAN | I would just send a text to do that, okay? So alright we're done. So last thing, how about Ted Allen? Is it going to be too heavy handed? |
| Unknown | Ted Allen actually, Edmund actually already contacted-- |
| CHAN | Let's get Ted Allen. So, Rush, can you do me a favor? Can you get Greg to send George something right now. So Ted Allen. Edmund Yew, Wesley (UI) Tanajiari, and also |
| Chiang | And Ricky |
| CHAN | And Reeza, and Ricky. Who else? Lincoln? |
| Chiang | Ted Allen, Bill Knight |
| CHAN | Bill – Knight. (UI) And also we need Joel, tell Joel that when we send to Joel, make sure that, make sure that Joel will-will personally give them a call explain the situation. Joel cannot just simply (UI) that meeting, okay? |

1