UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                                      Dated: February 15, 2024

========================================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Cassie D. Palmer |
| | | Susan S. Har |
| | | Brian R. Faerstein |
| | | Asst. U.S. Attorney |
| | | Not Present |

========================================================================

U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

2)   Raymond She Wah Chan                          2)   John Hanusz, Retained
     Not Present                                                 Michael Gregory Freedman, Retained
                                                                         Not Present

**PROCEEDINGS (In Chambers): ORDER RE: DEFENDANT'S DISPUTED TRIAL EXHIBITS**

In connection with the Joint Statement re: Government's Objections to Defendant's Trial Exhibits due to be filed on February 22, 2024, counsel shall also file the trial exhibits objected to by the Government, together with a table or list of those trial exhibits (see Dkt. No. 215). Counsel shall not change the numbering of the Defendant's trial exhibits and shall use the same exhibit numbers that appear in the Joint Pretrial Defense Exhibit Stipulation (Dkt. No.1291). Counsel shall deliver courtesy copies in accordance with the Court's Criminal Trial Order. The side tabs for the binders shall use the exhibit numbers from Dkt. No. 1291.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr