UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                        Dated: February 16, 2024

===================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Cassie D. Palmer |
| Courtroom Deputy | Court Reporter | Susan S. Har |
| | | Brian R. Faerstein |
| | Interpreter: None | Asst. U.S. Attorney |
| | | present |

===================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

2.   Raymond She Wah Chan                       2.   John Hanusz
     present on bond                                 Michael Gregory Freedman
                                                     present - retained

**PROCEEDINGS:**   STATUS CONFERENCE and HEARING ON MOTIONS IN LIMINE

JOINT MOTION IN LIMINE NO. 1: DEFENDANT'S MOTION TO EXCLUDE EVIDENCE CONCERNING THE DETAILS OF LAS VEGAS TRIPS [1292] Filed 2/9/24

JOINT MOTION IN LIMINE NO. 2: DEFENDANT'S MOTION TO EXCLUDE TESTIMONY CONCERNING UNRELATED SCHEMES [1293] Filed 2/9/24

JOINT MOTION IN LIMINE NO. 3: DEFENDANT'S MOTION TO EXCLUDE SPECULATIVE TESTIMONY ABOUT KNOWLEDGE, INTENT, MOTIVE, OR STATE OF MIND [1294] filed 2/9/24

Case called, and counsel make their appearance.

Court hears oral argument, and for the reasons stated on the record DENIES Joint Motions in Limine listed above.

Court and counsel discuss the status of the case and various pretrial and trial issues.

All dates and deadline as stated on the record.

CC: USPO/PSA; USM

Initials of Deputy Clerk   sr