UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                                               Dated: February 20, 2024

================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present | Mack Eric Jenkins |
| Courtroom Deputy | Court Reporter | Cassie D. Palmer |
| | | Susan S. Har |
| | | Brian R. Faerstein |
| | | Asst. U.S. Attorney |
| | | Not Present |

================================================================
U.S.A. vs (Dfts listed below)                     Attorneys for Defendants

2)   Raymond She Wah Chan                    2)   John Hanusz, Retained
     Not Present                                   Michael Gregory Freedman, Retained
                                                   Not Present

**PROCEEDINGS (IN CHAMBERS):        ORDER RE: OPENING STATEMENT EXHIBITS**

    Counsel shall exchange, on or before February 28, 2024, a list of exhibits and copies of any demonstratives that they intend to use in their PowerPoint displays or otherwise during opening statements. Thereafter, counsel shall meet and confer and resolve the objections, if any, to the exhibits or demonstratives that they intend to use during opening statements.  On or before March 1, 2024, counsel shall file a Joint Statement advising the Court that they have resolved the objections.  To the extent any objections remain, counsel shall identify and attach the disputed item to the Joint Statement and set forth their respective positions as to why they should be allowed to use it during opening statements.  Counsel shall include in the Joint Statement a time estimate for their respective opening statements.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr