E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091/0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:   Mack.Jenkins@usdoj.gov
               Cassie.Palmer@usdoj.gov
               Susan.Har@usdoj.gov
               Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>                 v.<br><br>RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong,"<br><br>                 Defendant. | No. CR 2:20-326(A)-JFW-2<br><br><u>TRIAL STIPULATION NOS. 1-4</u><br><br>Trial Date: March 12, 2024<br>Trial Time: 8:00 A.M.<br>Location:   Courtroom of the Hon.<br>            John F. Walter |

     Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorneys Mack E. Jenkins,

Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, and defendant

RAYMOND SHE WAH CHAN, both individually and by and through his

attorneys of record, John Hanusz and Michael G. Freedman, hereby

submit Trial Stipulation Nos. 1-4.  The parties agree that these

1    stipulations constitute conclusive proof of the matters stated

2    therein for all purposes.

3         The parties further agree that these stipulations will be

4    admitted as exhibits, may be read into the record by counsel for any

5    party and published to the jury, and thereafter may be referenced as

6    established facts at any time during trial.

7

8    Dated: February 21, 2024          Respectfully submitted,

9                                      E. MARTIN ESTRADA
                                       United States Attorney

10                                     MACK E. JENKINS
                                       Assistant United States Attorney
11                                     Chief, Criminal Division

12

13                                     _____
                                       CASSIE D. PALMER
14                                     SUSAN S. HAR
                                       BRIAN R. FAERSTEIN
15                                     Assistant United States Attorneys

16                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
17

18
     Dated: February 21, 2024          _____
19                                     JOHN HANUSZ
                                       MICHAEL G. FREEDMAN
20                                     Attorneys for Defendant
                                       RAYMOND SHE WAH CHAN
21

22   Dated: February 21, 2024          _____
                                       RAYMOND SHE WAH CHAN
23                                     Defendant

24

25

26

27

28

                                       2

## STIPULATION NO. 1

### EXHIBIT NO. 10A

The parties stipulate as follows:

At all times relevant to this case, the City of Los Angeles was an organization, government, or agency that received benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, or other form of Federal assistance in any one-year period.

This stipulation constitutes conclusive proof of the above matter for all purposes.

**STIPULATION NO. 2**

**EXHIBIT NO. 10B**

The parties stipulate as follows:

At all times relevant to this case, the following were interstate or foreign wire communications:

1.   As described in Count Two of the First Superseding Indictment ("FSI"), wire transfer on or about September 23, 2014 of $570,000, from José Huizar's East West Bank account ending in 0407 to a Wells Fargo account ending in 7209, caused to be initiated in or around Los Angeles County, as reflected in Exhibit Nos. 452 and 465, which wire transfer was transmitted between California, Texas, and New Jersey, including through Los Angeles County;

2.   As described in Count Three of the FSI, email on or about October 19, 2016 from Ricky Zheng to José Huizar, forwarding an attachment from Wei Huang regarding a draft Municipality Letter to Huang, as reflected in Exhibit No. 356, which email was transmitted between California and another state, including through Los Angeles County;

3.   As described in Count Four of the FSI, email on or about December 19, 2016 from José Huizar to Ricky Zheng regarding land use consultants, as reflected in Exhibit No. 359, which email was transmitted between California and another state, including through Los Angeles County;

4.   As described in Count Twelve of the FSI, wire transfer on or about November 6, 2017 of $36,432.74, from the Synergy Alliance Advisors JP Morgan Chase Bank account ending in 7753 (the "Synergy Chase account"), to the LABXG East West Bank account ending in 9279 (the "LABXG East West account"), initiated by the deposit of Synergy

Chase account check number 9018 dated October 28, 2017 into the LABXG East West account in or around Los Angeles County, as reflected in Exhibit No. 59B at page 5 and Exhibit No. 632 at page 3, which wire transfer was transmitted between California and another state, including through Los Angeles County;

5. As described in Count Thirteen of the FSI, wire transfer on or about December 29, 2017 of $33,507.23, from the Synergy Chase account, to the LABXG East West account, initiated by the deposit of Synergy Chase account check number 9050 dated December 27, 2017 into the LABXG East West account in or around Los Angeles County, as reflected in Exhibit No. 59B at page 7 and Exhibit No. 633 at page 1, which wire transfer was transmitted between California and another state, including through Los Angeles County;

6. As described in Count Fourteen of the FSI, email on or about January 10, 2018 from George Esparza to José Huizar, attaching two documents titled "Copy of Commitments" and "IE Huizar Strategy," as reflected in Exhibit No. 125, which email was transmitted between California and another state, including through Los Angeles County; and

7. As described in Count Fifteen of the FSI, email on or about January 16, 2018 from José Huizar to his fundraiser, attaching a document titled "Initial Commitments to PAC," as reflected in Exhibit No. 126, which email was transmitted between California and another state, including through Los Angeles County.

This stipulation constitutes conclusive proof of the above matter for all purposes.

3

**<u>STIPULATION NO. 3</u>**

**EXHIBIT NO. 10C**

The parties stipulate as follows:

At all times relevant to this case, East West Bank was a federally insured financial institution within the meaning of Title 18, United States Code, Sections 1343, 3293(2), and 20.

This stipulation constitutes conclusive proof of the above matter for all purposes.

**STIPULATION NO. 4**

**EXHIBIT NO. 10D**

The parties stipulate as follows:

Defendant RAYMOND CHAN, José Huizar, and George Esparza were public officials and agents of a local government, that is, the City of Los Angeles, as follows:

(1) From in or about 2013 through in or about May 2016, defendant RAYMOND CHAN was the General Manager of the Los Angeles Department of Building and Safety ("LADBS"). From in or about May 2016 through approximately June 30, 2017, defendant CHAN was the Deputy Mayor of Economic Development. Both positions were appointed by the Mayor of Los Angeles.

(2) From in or about November 2005 through in or about October 2020, José Huizar was a member of the legislative body of the City of Los Angeles and the Councilmember for the City of Los Angeles Council District 14.

(3) From in or about 2009 through in or about December 2017, George Esparza was an employee and appointee of the City of Los Angeles who worked for the Office of Councilmember Jose Huizar, City of Los Angeles Council District 14.

This stipulation constitutes conclusive proof of the above matter for all purposes.