John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**JOINT STATEMENT REGARDING OBJECTIONS TO DEFENSE EXHIBIT LIST AND DEFENSE EXHIBITS** |

Defendant Raymond Chan, by and through his counsel of record, John Hanusz and Michael G. Freedman, and Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby submit the parties' Joint Statement Regarding Objections to Defense Exhibit List and Defense Exhibits.

After meeting and conferring, the parties have resolved all outstanding objections to the defense exhibits.

1       The Revised Defense Exhibit List is attached.

3   Dated: February 22, 2024       Respectfully submitted,

*/s/ John Hanusz*
JOHN HANUSZ

*/s/ Michael G. Freedman*
MICHAEL G. FREEDMAN

Attorneys for Raymond Chan


E. MARTIN ESTRADA
United States Attorney


*/s/ with express permission*
CASSIE D. PALMER
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA