# APPENDIX B
# Disputed Exhibits Only

**UNITED STATES v. RAYMOND CHAN**
CR-20-326(A)-JFW-2
**GOVERNMENT EXHIBIT LIST – <u>DISPUTED ONLY</u>**
TRIAL DATE: MARCH 12, 2024

| No. | Category/Description | Witness | Def. Obj. | Gov't Resp. | Court Ruling |
|---|---|---|---|---|---|
| **5 \| SUMMARY CHARTS** | | | | | |
| **A. CD-14 Enterprise** | | | | | |
| 906 | Huizar All Benefits Solicited or Received | Civetti | 611(a); 1006; MIL No. 2 | 611(a), 1006; Opp'n MIL No. 2 | MIL No. 2- DENIED |
| 908 | Carmel 2018 Timeline | Civetti; Goldman | 611(a); 1006; MIL No. 2 | 611(a), 1006; Opp'n MIL No. 2 | MIL No. 2- DENIED |
| 909 | Huizar Family Money Flow Table | Civetti | 611(a); 1006 | 611(a), 1006 | |
| 910 | Huizar Money Flow Timeline (Jan. 2014 – Nov. 2017) | Civetti; Wang | 611(a); 1006 | 611(a), 1006 | |
| **B. SHEN ZHEN NEW WORLD (LA Grand Hotel Project)** | | | | | |
| 921 | SZNW Casino Trips – Group Expense and Chips | Civetti; Esparza | 611(a); 1006; MIL No. 1 | 611(a), 1006; Opp'n MIL No. 1 | MIL No. 1 - DENIED |
| 922 | SZNW Casino Trips – Group Only | Civetti; Esparza | 611(a); 1006; MIL No. 1 | 611(a), 1006; Opp'n MIL No. 1 | MIL No. 1 - DENIED |
| 923 | SZNW Cosmopolitan Example | Civetti; Esparza | 611(a); 1006; MIL No. 1 | 611(a), 1006; Opp'n MIL No. 1 | MIL No. 1 - DENIED |
| 924 | SZNW 2013 – 2014 Timeline | Civetti; Esparza | 611(a); 1006; MIL No. 1 | 611(a), 1006; Opp'n MIL No. 1 | MIL No. 1 - DENIED |
| 925 | SZNW 2016 Timeline | Civetti; Esparza | 611(a); 1006 | 611(a), 1006 | |
| 926 | SZNW 2018 Timeline | Civetti; Esparza | 611(a); 1006 | 611(a), 1006 | |

**UNITED STATES v. RAYMOND CHAN**
CR-20-326(A)-JFW-2
**GOVERNMENT EXHIBIT LIST – <u>DISPUTED ONLY</u>**
TRIAL DATE: MARCH 12, 2024

| No. | Category/Description | Witness | Def. Obj. | Gov't Resp. | Court Ruling |
|---|---|---|---|---|---|
| 927 | Godoy Settlement Money Flow | Civetti | 611(a); 1006 | 611(a), 1006 | |
| | **C. Hazens (Luxe Hotel Project)** | | | | |
| 930 | Hazens 2014 – 2017 Timeline | Civetti; Chiang | 611(a); 1006 | 611(a), 1006 | |
| 931 | Hazens 2017 – 2018 Timeline | Civetti; Chiang | 611(a); 1006 | 611(a), 1006 | |
| 932A | Hazens Timeline – 2016 | Civetti; Chiang | 611(a); 1006 | 611(a), 1006 | |
| | **D. Other Pay-to-Play** | | | | |
| 940 | Jacinto Timeline | Civetti; Chiang | 611(a); 1006 | 611(a), 1006 | |
| 940A | Jacinto Timeline – Chiang only | Civetti; Chiang | 611(a); 1006 | 611(a), 1006 | |
| 940B | Jacinto Timeline – Wang only | Civetti; Wang | 611(a); 1006 | 611(a), 1006 | |
| 942 | 2018 Arts District Center & Kuk Payment Timeline | Civetti | 611(a); 1006 | 611(a), 1006 | |
| 942A | CHAN, Kuk Timeline | Civetti; Kuk | 611(a); 1006 | 611(a), 1006 | |
| 942B | CHAN, Wang Timeline | Civetti; Wang | 611(a); 1006 | 611(a), 1006 | |
| 943 | FBI Overt Timeline | Civetti | 611(a); 1006 | 611(a), 1006 | |
| *[End]* | | | | | |