E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND SHE WAH CHAN, <br> aka "She Wah Kwong" <br><br> Defendant. | No. CR 2:20-326(A)-JFW-2 <br><br> JOINT STATEMENT RE: PARTIES' OPENING STATEMENTS <br><br> Trial Date: March 12, 2024 <br> Trial Time: 8:30 a.m. <br> Location:   Courtroom of the Hon. John F. Walter |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, and defendant Raymond She Wah Chan, by and through his counsel of record, John Hanusz and Michael G. Freedman, hereby submit their Joint Statement Regarding Parties' Opening Statements, pursuant to the Court's Order.  (See Dkt. No. 1301.)

On February 28, 2024, the government provided the defense with a PDF version of the PowerPoint presentation that the government intends to use during opening statement.  The PowerPoint presentation included demonstrative slides as well as slides containing full or partial excerpts of government exhibits.  The government also identified the government exhibits that are reflected in the PowerPoint presentation.  The defense does not have any objections to the materials the government intends to use during opening statement.

The defense does not intend to use a PowerPoint presentation or any visual displays of demonstratives or exhibits during opening statement.  Accordingly, there are no objections to resolve regarding visual displays accompanying the parties' respective opening statements.

The government estimates its opening statement will last approximately 45 minutes.  The defense estimates its opening statement will last approximately 30 minutes.

//

//

//

The parties respectfully reserve the right to modify their presentations or current approach to opening statements as needed.

| | |
|---|---|
| Dated: February 29, 2024 | Respectfully submitted, |
| | E. MARTIN ESTRADA<br>United States Attorney |
| | MACK E. JENKINS<br>Assistant United States Attorney<br>Chief, Criminal Division |
| | /s/<br>BRIAN R. FAERSTEIN<br>CASSIE D. PALMER<br>SUSAN S. HAR<br>Assistant United States Attorneys |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| Dated: February 29, 2024 | /s/ per email authorization<br>JOHN HANUSZ<br>MICHAEL G. FREEDMAN<br>Attorneys for Defendant<br>RAYMOND SHE WAH CHAN |

3