E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RAYMOND SHE WAH CHAN, aka "She Wah Kwong," Defendant. | No. CR 2:20-326(A)-JFW-2 GOVERNMENT'S FIRST REVISED WITNESS LIST Trial Date: March 12, 2024 Trial Time: 8:30 A.M. Location: Courtroom of the Hon. John F. Walter |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files its First Revised Witness List.

//

//

The parties reached a stipulation of fact relating to the interstate wires in this case. (Dkt. No. 1302 at 4-5.) In light of this stipulation, the government is removing from its list three witnesses (Luke Morris, Sean O'Malley, and Bert Minter) who would have testified regarding the interstate wires; their collective time estimate for direct examination was 1.5 hours. The government has also reduced the time estimates for three witnesses (Yan, O'Donovan, and Kuk) by a collective 1.0 hour. Finally, the government has proposed to the defense that the exhibits for which there are no objections or resolved objections be pre-admitted outside the presence of the jury. Should the Court permit the pre-admission of these exhibits, the government will reduce its estimate for the direct examination of Agent Civetti.

The government respectfully reserves the right to modify this list throughout the trial.

Dated: February 29, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Chief, Criminal Division


       /s/
CASSIE D. PALMER
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

**UNITED STATES v. RAYMOND CHAN**
CR 20-326(A)-JFW-2
March 12, 2024 Trial

**GOVERNMENT'S WITNESS LIST**

| No. | Witness | Direct Estimate | Cross Estimate |
|---|---|---|---|
| 1 | **Andrew Civetti,** FBI Case Agent | 12.0 hours | 5.0 hours |
| 2 | **George Esparza,** former CD-14 Special Assistant | 6.5 hours | 3.0 hours |
| 3 | **Morris Goldman,** former lobbyist | 1.5 hours | 0.75 hours |
| 4 | **Kevin Keller,** former Deputy Mayor for Economic Development | 2.0 hours | 1.0 hour |
| 5 | **Harris Chan,** former Managing Director of Shen Zhen New World Investment (USA), Inc. | 1.5 hours | 0.5 hours |
| 6 | **Richelle Rios,** Wife of Jose Huizar | 1.0 hour | 0.5 hours |
| 7 | **Yan Yan,** former employee of Shen Zhen and Synergy/CCC | 1.25 hours | 0.5 hours |
| 8 | **Peggy O'Donovan,** Loan Servicing Manager, East West Bank | 0.5 hours | 0.25 hours |
| 9 | **David Ambroz,** former President of City Planning Commission | 1.5 hours | 1.0 hour |
| 10 | **George Chiang,** former co-owner of Synergy & CCC | 8.0 hours | 4.0 hours |
| 11 | **Andy Wang,** Businessperson | 3.0 hours | 2.0 hours |
| 12 | **Shawn Kuk,** former CD-14 Planning Director | 2.5 hours | 1.0 hour |
| 13 | **Andrew Civetti,** FBI Case Agent | 3.0 hours | 2.0 hours |
|  | **TOTAL** | **44.25 hours / approx. 8 court days** | **21.5 hours/ approx. 3.9 court days** |

1