UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                   Dated: March 1, 2024

====================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Cassie D. Palmer |
|---|---|---|
| Courtroom Deputy | Court Reporter | Susan S. Har |
|  |  | Brian R. Faerstein |
|  | Interpreter: None | Mack E. Jenkins |
|  |  | Asst. U.S. Attorney |
|  |  | present |

====================================================================
U.S.A. vs (Dfts listed below)                Attorneys for Defendants

2.   Raymond She Wah Chan                 2.   John Hanusz
     present on bond                            Michael Gregory Freedman
                                                present - retained

**PROCEEDINGS:   STATUS CONFERENCE**

Case called, and counsel make their appearance.

Court and counsel discuss various pretrial and trial issues.

The Court sets a Final Status Conference for March 8, 2024 at 8:00 a.m.  The Jury Trial remains set for March 12, 2024 at 8:30 a.m.


CC: USPO/PSA; USM

Initials of Deputy Clerk   sr
1/05