# ATTACHMENT A

## JUDGE JOHN F. WALTER - COURTROOM 7A

JUROR BACKGROUND INFORMATION

**When called on to address the Court, please answer the following questions:**

1. Name

2. Area of residence

3. Highest educational degree or training

4. Employment:
   a. Name of your employer
   b. Your occupation
   c. Any military service

5. Marital status:
   a. Single
   b. Married (occupation of spouse)
   c. Divorced (occupation of ex-spouse)
   d. Living with any other adults (What is their occupation?)

6. Do you have any children?
   a. Age(s)

7. Do you have any prior jury service?
   a. Civil - What was the claim?
   b. Criminal - What was the charge?

   Did the Jury reach a verdict?
   (Yes or No.  Please do not disclose the verdict)

The Court will now ask if you have any YES answers to any of the questions on the second questionnaire that was provided to you.

**\*Please leave the questionnaire and this Juror Background Information sheet in the Courtroom**

Juror Questions — Criminal Case

<u>To All Prospective Jurors:</u> **Please read the following questions carefully to determine whether you would answer [Yes] to any of them.**  If you are questioned during the process of jury selection, the District Court Judge will ask you to identify any questions to which you would answer "Yes," and will follow up to determine the factual basis for your affirmative response.  Please keep in mind that, in responding to these and all other questions during jury selection, you are under oath and are subject to penalties for perjury.

1.       Have you ever been investigated, arrested, charged with, or convicted of any criminal offense?

2.       Has any member of your immediate family ever been investigated, arrested, charged with, or convicted of any criminal offense?

3.       Have you, or any member of your immediate family, ever had any negative experience with a police officer or any other participant in the law enforcement system that would make it difficult for you to be a fair and impartial juror in this case?

4.       Have you ever been a victim of a crime of any type, or a witness in a criminal case of any sort?

5.       Have you or any member of your immediate family ever had any law enforcement training or experience or been a member of or employed by any law enforcement agency?

6.       Is there anything in your personal or professional experience that has caused you to develop strong feelings — **either positive or negative** — regarding the criminal justice system and the people who are employed or involved in the criminal justice system including judges, prosecutors, defense lawyers and law enforcement officers that would make it difficult for you to be a fair and impartial juror in this case?

7.       Do you have any feelings or opinions about the Federal Bureau of Investigation or the Department of Justice that would make it difficult for you  to be a fair and impartial juror in this case?

8.       Would you have any difficulty in applying the same credibility test to the testimony of a law enforcement officer that you would apply to any other witness?

9.       Have you or any member of your immediate family ever received any legal training of any sort?

1

10.     Have you, or any member of your immediate family, ever held elected office or worked for an elected official?

11.     Have you or any member of your family ever had a negative experience with an elected official that would make it difficult for you to be a fair and impartial juror in this case?

12.     Other than what you have heard here in open court today, do you have any knowledge or information about any aspect of this case or the underlying investigation that would make it difficult for you to be a fair and impartial juror in this case?

13.     Do you, or any member of your immediate family, have any experience or specialized training in real estate development?

14.     Do you have any feelings or opinions about individuals of Chinese descent that would make it difficult for you to be a fair and impartial juror in this case?

15.  Do you have any feelings or opinions about the purchase of real estate in the United States by Chinese companies that would make it difficult for you to be a fair and impartial juror in this case?

16.     Have you followed any media or news stories about this case or the former Los Angeles City Councilmember José Huizar that would make it difficult for you to be a fair and impartial juror in this case?

17.     **It is the duty of the court to instruct the jury on the law that applies to this case, and it is the duty of the jurors to follow those instructions whether or not they agree with them, or approve or disapprove of them.  You may not substitute your own idea of what you think the law ought to be.**

        Will you have any difficulty in following the Court's instructions and applying the law to this case without any reservation, whether you approve or disapprove of the legal principles stated in those instructions?

18.     If you are selected as a juror and hear this case, you will be required to deliberate with eleven other jurors.  This will require you to discuss the evidence and the law in this case with the other jurors.  Is there anything that leads you to believe that you would be unable or unwilling to engage in such discussions?

19.     Do you know of any reason at all why you could not be a completely fair and impartial juror in this case?

2