E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0363/3289/3819
    Facsimile: (213) 894-6436
    E-mail:   Cassie.Palmer@usdoj.gov
              Susan.Har@usdoj.gov
              Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong,"<br><br>        Defendant. | No. CR 20-326(A)-JFW-2<br><br>NOTICE OF ERRATA REGARDING JOINT PROPOSED JURY INSTRUCTIONS – END OF TRIAL (DKT. NO. 1318)<br><br>Trial Date: March 12, 2024<br>Trial Time: 8:30 A.M.<br>Location:  Courtroom of the Hon.<br>           John F. Walter |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby submits this notice of errata regarding the parties' Joint Proposed Jury Instructions – End of Trial. (Dkt. No. 1318.) In the version that was filed on the docket, the parties inadvertently omitted an additional revision to

one of the jury instructions (Jury Instruction No. 31) that they had intended to make. The parties apologize for the error; the government shall re-file the corrected Joint Proposed Jury Instructions – End of Trial.

Dated: March 4, 2024          Respectfully submitted,

                              E. MARTIN ESTRADA
                              United States Attorney


                               /s/ Cassie D. Palmer
                              CASSIE D. PALMER
                              SUSAN S. HAR
                              BRIAN R. FAERSTEIN
                              Assistant United States Attorneys

                              Attorneys for Plaintiff
                              UNITED STATES OF AMERICA