Exhibit B:
Jury Instructions—During Trial
(Redline)

E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-~~2091/~~0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    ~~Mack.Jenkins@usdoj.gov~~
                Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | ~~GOVERNMENT'S FIRST REVISED~~JOINT PROPOSED JURY INSTRUCTIONS – DURING TRIAL |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | Trial Date: ~~February 21, 2022~~March 12, 2024 |
| Defendant. | Trial Time: 8:30 A.M. |
| | Location:   Courtroom of the Hon. John F. Walter |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys ~~Mack E. Jenkins,~~ Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, <ins>and defendant Raymond She Wah Chan, by and through his counsel of record, Michael G. Freedman and John Hanusz,</ins> hereby submit the ~~Government's First Revised~~<ins>Joint</ins> Proposed Jury Instructions – During

1

1  Trial.  The ~~government~~parties respectfully ~~reserves~~reserve the right
2  to supplement these jury instructions as needed.
3
4       Unless otherwise noted, the ~~government has~~parties have used the
5  most recent version (~~as of March~~Mar. 2022 ed., as modified Aug.
6  2023) of the Jury Instructions found on the Ninth Circuit's website
7  at: https://www.ce9.uscourts.gov/jury-instructions/model-criminal.
8       ~~The government is filing these proposed instructions on behalf~~
9  ~~of itself only because defendant Raymond Chan's counsel has failed~~
10 ~~to engage in the meet and confer process, as discussed in the~~
11 ~~Position Regarding Government's Proposed Verdict Form and Jury~~
12 ~~Instructions filed concurrently herewith.~~
13
14 Dated: March 4, 2024              Respectfully submitted,
15                                   E. MARTIN ESTRADA
                                     United States Attorney
16
                                     MACK E. JENKINS
17                                   Assistant United States Attorney
                                     Chief, Criminal Division
18
19                                    /s/ Cassie D. Palmer
                                     CASSIE D. PALMER
20                                   ~~MACK E. JENKINS~~
                                     SUSAN S. HAR
21                                   BRIAN R. FAERSTEIN
                                     Assistant United States Attorneys
22
                                     Attorneys for Plaintiff
23                                   UNITED STATES OF AMERICA
24
25 Dated: March 4, 2024                /s/ per email authorization
                                     JOHN HANUSZ
26                                   MICHAEL G. FREEDMAN
                                     Attorneys for Defendant
27                                   RAYMOND SHE WAH CHAN
28

**INDEX OF GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

**DURING TRIAL**

| Proposed No. | Court No. | Title | Source | Page |
|---|---|---|---|---|
| **Instructions During Trial** | | | | |
| 1 | | Cautionary Instruction | Ninth Circuit Model Criminal Jury Instructions, No. 2.1 (2022 ed.) | 1 |
| 2 | | Stipulations of Fact | Ninth Circuit Model Criminal Jury Instructions, No. 2.3 (2022 ed.) | 2 |
| 3 | | Transcript of Recording in English | Ninth Circuit Model Criminal Jury Instructions, No. 2.6 (2022 ed.) | 3 |
| 4 | | Transcript of Recording in Foreign Language | Ninth Circuit Model Criminal Jury Instructions, No. 2.7 (2022 ed.) (modified) | 4 |
| 5 | | Foreign Language Testimony | Ninth Circuit Model Criminal Jury Instructions, No. 2.9 (2022 ed.) (modified) | 5 |
| 6 | | Translation of Evidence in Foreign Language | Ninth Circuit Model Criminal Jury Instructions, No. 2.7 (2022 ed.) (modified) | 6 |
| 7 | | Evidence for Limited Purpose – Re: Ethics ~~Code~~and Campaign Finance | Ninth Circuit Model Criminal Jury Instructions, No. 2.12 (modified) | 7 |

| Proposed No. | Court No. | Title | Source | Page |
|---|---|---|---|---|
| 8 | | Evidence for Limited Purpose | Ninth Circuit Model Criminal Jury Instructions, No. 2.12 (modified) | 8 |
| 9 | | ~~Opinion Evidence, Expert Witness~~Intentionally Omitted | ~~Ninth Circuit Model Criminal Jury Instructions, No. 3.14 (modified)~~ | ~~9~~ |

ii

```
 1                    PROPOSED INSTRUCTION NO. 3
 2                RE: TRANSCRIPT OF RECORDING IN ENGLISH
 3        You are about to hear a recording that has been received in
 4   evidence.  Please listen to it very carefully.  A transcript of the
 5   recording is being displayed on the screens in front of you to help
 6   you identify speakers and as a guide to help you listen to the
 7   recording.  However, bear in mind that the recording is the
 8   evidence, not the transcript.  If you hear something different from
 9   what appears in the transcript, what you heard is controlling.
10   ~~After the recording is played, the transcript will be removed from~~
11   ~~the screen.~~
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26   Ninth Circuit Model Criminal Jury Instructions, No. 2.6 (2022 ed.)
27   [Transcript of Recording in English] (modified to reflect synched
28   exhibits)

                                    3
```

1                    PROPOSED INSTRUCTION NO. 4
2            RE: TRANSCRIPT OF RECORDING IN FOREIGN LANGUAGE
3                   [For Exhibits _____]
4       You are about to hear evidence ~~of~~from recordings in ~~the~~
5   ~~[Korean] [Mandarin Chinese] [Spanish]~~a foreign language.
6   Transcripts of the recordings will be admitted into evidence, read
7   aloud, and displayed to you during trial.  The transcripts are
8   English-language translations of the recordings.  ~~~~You must accept
9   the English-language translations contained in the transcripts.
10          ~~Although some of you may know the [Korean] [Mandarin~~
11  ~~Chinese] [Spanish] language, it is important that all jurors~~
12  ~~consider the same evidence.  The transcripts are the evidence, not~~
13  ~~the foreign language spoken in the recording.  Therefore, you must~~
14  ~~accept the English-language translations contained in the~~
15  ~~transcripts, the non-English words.~~
16
17
18
19
20
21
22
23
24
25  Ninth Circuit Model Criminal Jury Instructions, No. 2.7 (2022 ed.)
26  [Transcript of Recording in Foreign Language] (modified to reflect
27  facts of the case~~)~~ and the parties' agreement that underlying
28  foreign language recordings will not be played for the jury)

                                    4

```
 1                       PROPOSED INSTRUCTION NO. 5
 2              RE: TRANSLATIONS OF EVIDENCE IN FOREIGN LANGUAGE
 3                     [For Exhibits _____]
 4         You are about to see evidienceevidence for which the original
 5   content was in the [Korean] [Chinese] language.  English-language
 6   translations have been provided.
 7         Although some of you may know the [Korean] [Chinese] language,
 8   it is important that all jurors consider the same evidence.  The
 9   English-language translation is the evidence, not the foreignChinese
10   language that appears in the document.  Therefore, you must accept
11   the English-language translation contained in the document and
12   disregard any different meaning of the non-English words.
13
14
15
16
17
18
19
20
21
22
23
24
25
26   Ninth Circuit Model Criminal Jury Instructions, No. 2.9 (2022 ed.)
27   [Transcript of Recording in Foreign Language] (modified to reflect
28   documents as opposed to recordings in foreign language)
```

|   |   |
|---|---|
| 1 | PROPOSED INSTRUCTION NO. 7 |
| 2 | RE: LIMITING INSTRUCTION RE: ETHICS AND CAMPAIGN FIANANCE ORDINANCES |
| 3 | You have received evidence about the City of Los Angeles Code |
| 4 | of Ethics and Los Angeles Campaign Finance Ordinances.  I instruct |
| 5 | you that this evidence is admitted only for the limited purpose of |
| 6 | establishing that the City of Los Angeles Code of Ethics and Los |
| 7 | Angeles Campaign Finance Ordinances apply to public officials of the |
| 8 | City of Los Angeles and as they relate to defendant's state of mind |
| 9 | and intent~~, therefore~~.  Therefore, you must consider this evidence |
| 10 | only for that limited purpose and not for any other purpose. |
| 11 | Defendant is not charged with ~~a violation of~~crimes for violating the |
| 12 | City of Los Angeles Code of Ethics or Los Angeles Campaign Finance |
| 13 | Ordinances.  I will instruct you on the elements of the charged |
| 14 | crimes in other instructions. |
| 26 | Ninth Circuit Model Criminal Jury Instructions, No. 2.12 (2022 ed.) |
| 27 | [Evidence for Limited Purpose] (modified to reflect facts of the |
| 28 | case) |

~~PROPOSED INSTRUCTION NO. 9~~

~~RE: OPINION EVIDENCE, EXPERT WITNESS~~

~~[If Applicable]~~

~~You are about to hear testimony from _____ who will testify to opinions and the reasons for her opinions. This opinion testimony is allowed because of the experience of this witness.~~

~~Such opinion testimony should be judged like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness's experience, the reasons given for the opinion, and all the other evidence in the case.~~

~~Ninth Circuit Model Criminal Jury Instructions, No. 3.14 (2022 ed.) [Opinion Evidence, Expert Witness] (modified to reflect facts of the case)~~