Exhibit C:
Verdict Form
(Redline)

```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS (Cal. Bar No. 242101)
    Assistant United States Attorney
 3  Chief, Criminal Division
    CASSIE D. PALMER (Cal. Bar No. 268383)
 4  SUSAN S. HAR (Cal. Bar No. 301924)
    BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
 5  Assistant United States Attorneys
    Public Corruption & Civil Rights Section
 6       1500 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-2091/0363/3289/3819
 8       Facsimile: (213) 894-6436
         E-mail:    Mack.Jenkins@usdoj.gov
 9                  Cassie.Palmer@usdoj.gov
                    Susan.Har@usdoj.gov
10                  Brian.Faerstein@usdoj.gov

11  Attorneys for Plaintiff
    UNITED STATES OF AMERICA

12

13                    UNITED STATES DISTRICT COURT

14              FOR THE CENTRAL DISTRICT OF CALIFORNIA

15  UNITED STATES OF AMERICA,           No. CR 20-326(A)-JFW-2

16            Plaintiff,                 GOVERNMENT'S SECOND REVISED JOINT
                                         PROPOSED VERDICT FORM
17            v.
                                         Trial Date: February 21,
18  RAYMOND SHE WAH CHAN,                2023 March 12, 2024
      aka "She Wah Kwong,"              Trial Time: 8:30 A.M.
19                                       Location:   Courtroom of the
              Defendant.                             Hon. John F. Walter
20

21

22

23          Plaintiff United States of America, by and through its counsel

24  of record, the United States Attorney for the Central District of

25  California and Assistant United States Attorneys Mack E. Jenkins,

26  Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, and defendant

27  Raymond She Wah Chan, by and through his counsel of record, John

28  Hanusz and Michael G. Freedman, hereby submits the Government's
```

1  ~~Second Revised~~Joint Proposed Verdict Form, pursuant to the Court's

2  ~~Orders~~Order in this case.   ~~(CR 147 at ¶ 26; CR 441~~(Dkt. No. 1071.)

3      The ~~government~~parties respectfully ~~reserves~~reserve the right to

4  modify this form as needed.

5      ~~Specific Changes from First Revised Verdict Form~~

6      ~~The government has amended Question Two only (page three), in an~~

7  ~~effort to better harmonize the jury instructions and verdict form and~~

8  ~~further clarify the unanimity requirement and how the jury may~~

9  ~~complete the verdict form.~~

10  Dated: March 4, 2024          Respectfully submitted,

11                                E. MARTIN ESTRADA
                                  United States Attorney
12

13                                 */s/ Cassie D. Palmer*
                                  CASSIE D. PALMER
14                                ~~MACK E. JENKINS~~
                                  SUSAN S. HAR
15                                BRIAN R. FAERSTEIN
                                  Assistant United States Attorneys
16
                                  Attorneys for Plaintiff
17                                UNITED STATES OF AMERICA

18

19  Dated: March 4, 2024           */s/ per email authorization*
                                  JOHN HANUSZ
20                                MICHAEL G. FREEDMAN
                                  Attorneys for Defendant
21                                RAYMOND SHE WAH CHAN

22

23

24

25

26

27

28

ii

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | |
| v. | VERDICT FORM |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | |
| Defendant. | |

## <u>COUNT ONE</u>

### <u>Racketeer Influenced and Corrupt Organizations Conspiracy</u>

1.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

       ~~_____~~    ~~GUILTY~~

       _____    NOT GUILTY

       _____    <u>GUILTY</u>

of Racketeer Influenced and Corrupt Organizations conspiracy, in violation of 18 U.S.C. § 1962(d), as charged in Count One of the First Superseding Indictment (the "Indictment").

(If the response to **Question 1** is Guilty, you must also answer **Question 2**.  If the response to **Question 1** is Not Guilty, proceed directly to **Question 3**.)

2.   We, the Jury, further unanimously find in support of our verdict on Count One that defendant RAYMOND CHAN agreed that one or more members of the conspiracy, not necessarily the defendant, would commit at least two racketeering acts of the following type or types (for example, at least two acts of Honest Services Wire Fraud, or Bribery under California Law, or Extortion, or Interstate or Foreign Travel in Aid of Racketeering Enterprise, or Money Laundering, or Obstruction of Justice through Witness Tampering, or one of each, or any combination thereof) **(check all that apply)**:

      1. _____   Honest Services Wire Fraud;

      2. _____   Bribery under California Law:

            a. _____   Giving or Offering a Bribe to a Ministerial Officer, Employee, or Appointee of the City of Los Angeles;

            b. _____   Giving or Offering a Bribe to a Councilmember of the City of Los Angeles, or Receiving or Agreeing to Receive a Bribe by a Councilmember of the City of Los Angeles;

      3. _____   Extortion;

      4. _____   Interstate or Foreign Travel in Aid of Racketeering Enterprise;

      5. _____   Money Laundering;

      6. _____   Obstruction of Justice – Witness Tampering.

**(Please Proceed to Question No. 3.)**

3

## **COUNT TWO**

### **Aiding and Abetting Honest Services Wire Fraud**

3.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

~~GUILTY~~

_____   NOT GUILTY

GUILTY

of aiding and abetting honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2(a), as charged in Count Two of the Indictment.

**(If your response to Question No. 3 is "GUILTY," you must answer Question Nos. 4 and 5.  If your response to Question No. 3 is "NOT GUILTY," please skip Question Nos. 4 and 5 and proceed to Question No. 6.)**

4.    We, the Jury, further unanimously find in support of our verdict on Count Two that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Shen Zhen New World I, LLC ("Shen Zhen") agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check all that apply**):

\_\_\_\_\_ José Huizar presenting motions and resolutions in various City of Los Angeles ~~(the "City")~~ committees to benefit the redevelopment of the L.A. Grand Hotel;

\_\_\_\_\_ José Huizar voting on the redevelopment of the L.A. Grand Hotel in various City of Los Angeles committees, including the PLUM Committee, and City Council;

\_\_\_\_\_ José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the L.A. Grand Hotel;

\_\_\_\_\_ José Huizar exerting pressure on or advising other City of Los Angeles officials to ~~influence the approval process of~~ take an official act to benefit the redevelopment of the L.A. Grand Hotel;

\_\_\_\_\_ José Huizar introducing or voting on City of Los Angeles resolutions to enhance the professional reputation and marketability of Shen Zhen and/or Wei Huang in the City of Los Angeles to benefit the redevelopment of the L.A. Grand Hotel.

**(Please proceed to Question No. 5.)**

5

5.    Regarding the statute of limitations as to **Count Two only**, we, the Jury, unanimously find beyond a reasonable doubt that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services affected a financial institution, that is East West Bank (**check one**):

_____  ~~YES~~NO

_____  ~~NO~~YES

**(Please proceed to Question No. 6.)**

6

## COUNT THREE

### Aiding and Abetting Honest Services Wire Fraud

6.    We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

~~GUILTY~~

_____    NOT GUILTY

_____    GUILTY

of aiding and abetting honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2(a) as charged in Count Three of the Indictment.

**(If your response to Question No. 6 is "GUILTY," you must answer Question No. 7.  If your response to Question No. 7 is "NOT GUILTY," please skip Question No. 7 and proceed to Question No. 8.)**

7.    We, the Jury, further unanimously find in support of our verdict on Count Three that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Shen Zhen agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check __all__ that apply**):

\_\_\_\_\_ José Huizar presenting motions and resolutions in various City committees to benefit the redevelopment of the L.A. Grand Hotel;

\_\_\_\_\_ José Huizar voting on the redevelopment of the L.A. Grand Hotel in various City committees, including the PLUM Committee, and City Council;

\_\_\_\_\_ José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the L.A. Grand Hotel;

\_\_\_\_\_ José Huizar exerting pressure on or advising other City officials to ~~influence the approval process of~~take an official act to benefit the redevelopment of the L.A. Grand Hotel.

**(Please Proceed to Question No. 8.)**

8

## COUNT FOUR

### Aiding and Abetting Honest Services Wire Fraud

8.   We, the Jury, unanimously find the defendant RAYMOND CHAN (check **one**):

~~GUILTY~~

_____   NOT GUILTY

GUILTY

of aiding and abetting honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2(a) as charged in Count Four of the Indictment.

**(If your response to Question No. 8 is "GUILTY," you must answer Question No. 9.  If your response to Question No. 8 is "NOT GUILTY," please skip Question No. 9 and proceed to Question No. 10.)**

9

9.    We, the Jury, further unanimously find in support of our verdict on Count Four that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Shen Zhen agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check all that apply**):

_____ José Huizar presenting motions and resolutions in various City of Los Angeles committees to benefit the redevelopment of the L.A. Grand Hotel;

_____ José Huizar voting on the redevelopment of the L.A. Grand Hotel in various City of Los Angeles committees, including the PLUM Committee, and City Council;

_____ José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the L.A. Grand Hotel;

_____ José Huizar exerting pressure on or advising other City of Los Angeles officials to ~~influence the approval process of~~ take an official act to benefit the redevelopment of the L.A. Grand Hotel.

**(Please Proceed to Question No. 10.)**

## COUNT TWELVE

### Honest Services Wire Fraud

10.  We, the Jury, unanimously find the defendant RAYMOND CHAN (check **one**):

_____  ~~GUILTY~~

_____  NOT GUILTY

_____  GUILTY

of honest services wire fraud, in violation of 18 U.S.C. §§ 1343 and 1346, as charged in Count Twelve of the Indictment.

**(If your response to Question No. 10 is "GUILTY," you must answer Question No. 11.  If your response to Question No. 10 is "NOT GUILTY," please skip Question No. 11 and proceed to Question No. 12.)**

11.   We, the Jury, further unanimously find in support of our verdict on Count Twelve that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to defendant RAYMOND CHAN's honest services consisted of a financial benefit in exchange for at least one official act by defendant, that is, defendant ~~pressuring~~exerting pressure on or advising officials from City Council, the City of Los Angeles Planning Commission, Planning Department, or other ~~City~~ departments~~, or City Council~~ to ~~expedite or vote~~take an official act to ~~approve~~benefit the redevelopment of the Luxe Hotel Project (**check one**):

        ~~NO~~

_____ YES

        ~~NO~~


                    **(Please Proceed to Question No. 12.)**

12

## COUNT THIRTEEN

### Honest Services Wire Fraud

12.  We, the Jury, unanimously find the defendant RAYMOND CHAN (check **one**):

~~GUILTY~~

_____       NOT GUILTY

GUILTY

of honest services wire fraud, in violation of 18 U.S.C. §§ 1343 and 1346, as charged in Count Thirteen of the Indictment.


**(If your response to Question No. 12 is "GUILTY," you must answer Question No. 13.  If your response to Question No. 12 is "NOT GUILTY," please skip Question No. 13 and proceed to Question No. 14.)**

13

13.   We, the Jury, further unanimously find in support of our verdict on Count Thirteen that the scheme or plan to defraud the City of Los Angeles and its citizens consisted of a financial benefit in exchange for at least one official act by defendant RAYMOND CHAN, that is, defendant ~~pressuring~~ exerting pressure on or advising officials from City Council, the City of Los Angeles Planning Commission, Planning Department, or other ~~City~~ departments~~, or City Council~~ to ~~expedite or vote~~take an official act to ~~approve~~benefit the redevelopment of the Luxe Hotel Project~~ on favorable terms~~ (**check one**):

_____ ~~NO~~

_____ YES

_____ ~~NO~~

**(Please Proceed to Question No. 14.)**

14

## <u>COUNT FOURTEEN</u>

### <u>Aiding and Abetting Honest Services Wire Fraud</u>

14.   We, the Jury, unanimously find the defendant RAYMOND CHAN (check <u>one</u>):

~~_____~~          ~~GUILTY~~

_____          NOT GUILTY

_____          GUILTY

of aiding and abetting honest services wire fraud, in violation of ~~18U~~18 U.S.C. §§ 1343, 1346, and 2(a) as charged in Count Fourteen of the Indictment.

**(If your response to Question No. 14 is "GUILTY," you <u>must</u> answer Question No. 15.  If your response to Question No. 14 is "NOT GUILTY," please <u>skip</u> Question No. 15 and proceed to Question No. 16.)**

15

15.   We, the Jury, further unanimously find in support of our verdict on Count Fourteen that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Hazens agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check __all__ that apply**):

_____ José Huizar presenting motions and resolutions in various City of Los Angeles committees to benefit the redevelopment of the Luxe Hotel;

_____ José Huizar voting on the redevelopment of the Luxe Hotel in various City of Los Angeles committees, including the PLUM Committee~~,~~ and City Council;

_____ José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the Luxe Hotel;

_____ José Huizar exerting pressure on or advising other City of Los Angeles officials to ~~influence the approval process of~~take an official act to benefit the redevelopment of the Luxe Hotel.

**(Please Proceed to Question No. 16.)**

16

## COUNT FIFTEEN

### Aiding and Abetting Honest Services Wire Fraud

16.  We, the Jury, unanimously find the defendant RAYMOND CHAN (check **one**):

~~_____~~          ~~GUILTY~~

_____          NOT GUILTY

_____          GUILTY

of aiding and abetting honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2(a) as charged in Count Fifteen of the Indictment.


**(If your response to Question No. 16 is "GUILTY," you must answer Question No. 17.  If your response to Question No. 16 is "NOT GUILTY," please skip Question No. 17 and proceed to Question No. 18.)**

17.   We, the Jury, further unanimously find in support of our verdict on Count Fifteen that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Hazens agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check all that apply**):

\_\_\_\_\_ José Huizar presenting motions and resolutions in various City of Los Angeles committees to benefit the redevelopment of the Luxe Hotel;

\_\_\_\_\_ José Huizar voting on the redevelopment of the Luxe Hotel in various City of Los Angeles committees, including the PLUM Committee, and City Council;

\_\_\_\_\_ José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the Luxe Hotel.;

\_\_\_\_\_ José Huizar exerting pressure on or advising other City of Los Angeles officials to ~~influence the approval process of~~take an official act to benefit the redevelopment of the Luxe Hotel.

**(Please Proceed to Question No. 18.)**

## COUNT TWENTY-TWO

### Aiding and Abetting Bribery Concerning Programs Receiving Federal Funds

18.  We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

~~_____        GUILTY~~

_____        NOT GUILTY

_____        GUILTY

of aiding and abetting bribery concerning programs receiving federal funds, in violation of 18 U.S.C. §§ 666(a)(1)(B) and 2(a), as charged in Count Twenty-Two of the Indictment.

**(Please Proceed to Question No. 19.)**

19

## COUNT TWENTY-SEVEN

## Aiding and Abetting Bribery Concerning Programs Receiving Federal Funds

19.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

        ~~\_\_\_\_\_~~      ~~GUILTY~~

        \_\_\_\_\_      NOT GUILTY

        _____   GUILTY

of aiding and abetting bribery concerning programs receiving federal funds, in violation of 18 U.S.C. §§ 666(a)(1)(B) and 2(a), as charged in Count Twenty-Seven of the Indictment.

**(Please Proceed to Question No. 20.)**

## COUNT TWENTY-EIGHT

### Bribery Concerning Programs Receiving Federal Funds

20.  We, the Jury, unanimously find the defendant RAYMOND CHAN (check **one**):

‾‾‾‾‾‾‾‾       ~~GUILTY~~

‾‾‾‾‾‾          NOT GUILTY

‾‾‾‾‾‾‾‾‾       GUILTY

of bribery concerning programs receiving federal funds, in violation of 18 U.S.C. § 666(a)(1)(B), as charged in Count Twenty-Eight of the Indictment.

**(Please Proceed to Question No. 21.)**

21

## COUNT THIRTY-NINE

### False Statement

21.   We, the Jury, unanimously find the defendant RAYMOND CHAN (check **one**):

~~_____   GUILTY~~

_____   NOT GUILTY

_____   GUILTY

of making a false statement to a federal government agency, in violation of 18 U.S.C. § 1001(a)(2), as charged in Count Thirty-Nine of the Indictment.

**(If your response to Question No. 21 is "GUILTY," you <u>must</u> answer Question No. 22.  If your response to Question No. 21 is "NOT GUILTY," please <u>skip</u> Question No. 22.)**

22

1    22.   We, the Jury, further unanimously find in support of our

2   verdict on Count Thirty-Nine that the following statements were false

3   and material (**check all that apply**):

4        _____        Defendant CHAN was "not involved" and had "no

5        involvement" in the settlement of ~~Jose~~José Huizar's 2013 sexual

6        harassment lawsuit.

7        _____        "Chairman [Wei Huang] doesn't have anything . . .

8        in front of Jose [Huizar]'s district . . . that needs ~~Jose~~José

9        [Huizar]'s help or involvement."

10        _____        "[Wei Huang] never asked ~~Jose~~José [Huizar] for

11        anything," including help on the L.A. Grand Hotel.

12

13        **(The foreperson should now sign and date this verdict form.)**

14

15

16

17                                    _____

                                    FOREPERSON OF THE JURY

18

19   DATED: ~~March_____, 2023~~April____, 2024, at Los Angeles, California.

20

21

22

23

24

25

26

27

28

                                    23