E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND SHE WAH CHAN, <br>  aka "She Wah Kwong," <br><br> Defendant. | No. CR 20-326(A)-JFW-2 <br><br> <u>GOVERNMENT'S LIST OF EXHIBITS FOR PRE-ADMISSION</u> <br><br> Trial Date: March 12, 2024 <br> Trial Time: 8:30 A.M. <br> Location:   Courtroom of the Hon. <br>             John F. Walter |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby submits the government's List of Exhibits for Pre-Admission.

During the Pretrial Conference for this matter on March 1, 2024, the Court and parties agreed to pre-admit outside the presence of the jury the government's exhibits for which (1) the defense did not have

an objection, or (2) the Court had overruled the defense's objections.  The Court furthered ordered the government to submit a list of such exhibits that it sought to pre-admit.

On March 8, 2024, the Court ordered the government to provide the defense with its List of Exhibits for Pre-Admission for the defense's review.  The defense has reviewed the below list and agrees that it accurately reflects exhibits sought to be admitted without defense objection and exhibits with preserved objections.  The government respectfully requests that the Court pre-admit all exhibits identified in this filing outside the presence of the jury.

Dated: March 8, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

 /s/
SUSAN S. HAR
CASSIE D. PALMER
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**GOVERNMENT'S LIST OF EXHIBITS FOR PRE-ADMISSION**

**A. Exhibits With No Objection**

The government seeks to pre-admit the following exhibits for which the defense had no objection:

- 2, 3, 5, 6, 6A, 7, 9, 10A-10D, 20, 21, 22, 23A-23D, 24A, 24B, 24C, 25, 26, 27, 28, 29, 30, 32, 41A, 41B, 41C, 42A-42D, 43A, 43B, 43C, 44A-44E, 45A-45D, 47, 48, 49, 50, 51, 52, 53, 54, 54A, 55, 55A, 56, 56A, 56B, 57, 57A, 58, 59, 59A-59D, 60, 60A-60D, 61, 62, 63, 64, 65, 71A, 72A-72E, 80A, 80B, 80C, 81, 83B, 84A, 84B, 84C, 86;

- 100, 101, 102, 110, 111, 112, 113, 113A, 114, 114A, 115, 116, 117, 118, 119, 120, 121, 122, 125, 125A, 126, 126A, 127, 128, 128A, 128B, 129, 135, 136, 137, 140, 148, 157, 158A-158E, 161A, 161B, 162, 163, 164, 165, 170A, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180-Z, 181, 182, 183-Z, 184-Z, 186A-Z, 186B-Z, 186D-Z, 187B, 188, 189, 190, 191A-191D, 191F, 191H, 191I, 191J, 191L, 191M, 191N, 192B-192E, 192G, 192H, 192J-192M, 192O;

- 205, 206, 207, 208, 209, 211, 220, 221, 222, 223, 224, 225, 229, 230, 231, 232, 233;

- 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 336A, 337, 338, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 360A, 361, 362, 363A, 363B, 363D, 363E, 363F, 363H, 363I, 363J, 364A-364Y, 365A-365G, 366A, 366B, 367, 367A, 368, 369, 371A, 371B, 371C, 372C, 372F, 372G, 372J, 372K, 372L, 373A, 373B, 373C, 374, 375, 376, 377, 378, 379, 380, 381, 382, 384A, 384B, 385, 386, 387A-Z, 387B-Z, 387C-Z, 387D-Z, 390, 391, 392;

- 422, 423, 425, 426, 427, 428, 429, 440, 441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 451, 452, 453, 454, 455, 456, 457, 458, 459, 460, 461, 462, 463, 464, 465, 466, 467, 468, 469, 470, 471, 472, 473, 474, 475, 476;

- 500, 501, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 519, 520, 521, 522, 523, 524, 525, 530, 531, 532, 533, 534, 534A, 534B, 535, 536, 537, 538, 539, 540, 541, 542, 543, 544, 545, 546, 547, 548, 549, 550, 551, 551A, 551B, 551C, 552, 553, 554, 555, 556, 557, 560, 561, 562, 563, 564, 565, 566, 567, 568, 569, 570, 571, 574, 576, 577, 578, 579, 580, 581, 582, 590A-590F, 591A-591G, 592A-592V, 593A-593J,

594A-594E, 595, 596A-596W, 597A-597R, 598A-598I, 599;

- 601A, 601B, 601C, 602, 603A-603D, 610, 611A, 611B, 613A, 614, 615, 616, 617, 618A, 618B, 619, 620A, 620B, 621A, 621B, 622A, 622B, 623-Z, 630, 631, 632, 633;

- 700, 701, 702, 703, 704, 705, 706, 707, 708, 709, 711, 712, 714, 715, 716, 717, 730, 731, 732, 733, 740, 750B-Z, 750C-Z, 752, 755A-755D, 756, 757, 758, 759-Z, 760B-Z, 761;

- 800, 801, 802, 810, 811, 812, 813, 814, 815, 816, 817, 818, 819, 820, 821, 822, 823, 824, 825, 826, 827, 828, 829, 830, 831, 832, 833, 834, 835, 836, 837, 840A-Z, 840B, 841C-Z, 842-Z, 843-Z, 844-Z, 845A-Z, 845B, 845C, 845D, 846-Z, 847A, 847B, 847C, 848A-Z, 849, 850, 860, 861;

- 902, 903, 904, 904A, 907, 907A-907D, 933.

**B. Exhibits With Overruled Objections**

The government seeks to pre-admit the following exhibits for which the Court overruled the defense's objections:

- 1, 88-Z, 89A-Z-89D-Z;

- 124, 130, 131, 132, 133, 141, 142, 143, 144, 145, 146, 147, 149, 150, 151, 152, 153, 154, 155, 156, 160, 185, 186C-Z, 186E-Z, 186F-Z, 186H-Z, 186I-Z, 186K-Z, 187, 187A;

- 200, 201, 202, 203, 204, 210, 212, 212A, 213;

- 363C, 365H–365K, 370, 372A, 372B, 372D, 372E, 372H, 372I, 372M, 372N, 393, 394, 395, 396, 397, 398, 399;

- 400, 401, 402, 403, 404, 405, 406, 407, 408, 409, 410, 411, 412, 413, 414, 415, 416, 417, 418, 420, 421;

- 908, 909, 910, 921, 922, 923, 924, 925, 926, 927, 930, 931, 932A, 940, 942, 943.