UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                                          Dated: March 8, 2024

===============================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Marea Woolrich | Cassie D. Palmer |
| Courtroom Deputy | Court Reporter | Susan S. Har |
| | | Brian R. Faerstein |
| | Interpreter: None | Asst. U.S. Attorney |
| | | present |

===============================================================
U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

2.   Raymond She Wah Chan                         2.   John Hanusz
      present on bond                                              Michael Gregory Freedman
                                                                              present - retained

**PROCEEDINGS:**   **FINAL STATUS CONFERENCE**

Case called, and counsel make their appearance.

The Court issues rulings as stated on the record.

Court and counsel discuss various pretrial and trial issues including jury instructions, exhibits, and verdict form.

The Jury Trial remains set for March 12, 2024 at 8:30 a.m.


CC: USPO/PSA; USM

Initials of Deputy Clerk __sr__
0/45