John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20CR-00326-JFW |
|---|---|
| Plaintiff, | **DEFENSE LIST OF EXHIBITS FOR PRE-ADMISSION** |
| v. | |
| RAYMOND SHE WAH CHAN, | |
| Defendant. | |

Defendant Raymond Chan, by and through his counsel of record, John Hanusz and Michael G. Freedman, hereby submits his List of Exhibits for Pre-Admission.

During the Pretrial Conference for this matter on March 8, 2024, the Court and parties agreed to pre-admit outside the presence of the jury the defense exhibits for which the government has no objection. The Court further ordered the defense to submit a list of such exhibits that it sought to pre-admit.

Accordingly, the defense submits this filing to identify all the exhibits that it requests the Court to pre-admit outside the presence of the jury.

Dated: March 9, 2024        Respectfully submitted,

                               *s/ John Hanusz*
                               John Hanusz
                               Attorney for Raymond Chan

                               *s/ Michael G. Freedman*
                               Michael G. Freedman
                               Attorney for Raymond Chan

**DEFENSE LIST OF EXHIBITS FOR PRE-ADMISSION**

The defense seeks to pre-admit the following exhibits for which the government had no objection:

2017, 2024, 2025, 2032, 2034, 2035, 2036, 2039, 2316, 2324, 2325, 2326, 2327, 2328, 2329, 2330, 2331, 2332, 2335, 2336, 2337, 2338, 2339, 2340, 2341, 2342, 2343, 2344, 2345, 2346, 2347, 2349, 2350, 2351, 2356, 2359, 2374, 2375, 2376, 2382, 2394, 2396, 2409, 2709, 2721, 2722, 2724, 2907, 2909, 2912, 2913, 2914, 2917, 2918, 2921, 2923, 2925, 2926, 2927, 2928, 2929, 2930, 2931, 2932, 2938, 2940, 2957, 2965, 2967, 2972, 2973, 3013, 3014, 3015, 3016, 3017, 3019, 3452, 3454, 3475, 3477, 3480