1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS (Cal. Bar No. 242101)
   Assistant United States Attorney
3  Chief, Criminal Division
   CASSIE D. PALMER (Cal. Bar No. 268383)
4  SUSAN S. HAR (Cal. Bar No. 301924)
   BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
5  Assistant United States Attorneys
   Public Corruption & Civil Rights Section
6       1500 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-0363/3289/3819
8       Facsimile: (213) 894-6436
        E-mail:    Cassie.Palmer@usdoj.gov
9                  Susan.Har@usdoj.gov
                   Brian.Faerstein@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                    UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14
   UNITED STATES OF AMERICA,          No. CR 20-326(A)-JFW-2
15
              Plaintiff,              JOINT THIRD REVISED PRETRIAL
16                                    GOVERNMENT AMENDED EXHIBIT
                   v.                 STIPULATION
17
   RAYMOND SHE WAH CHAN,
18   aka "She Wah Kwong,"             Trial Date: March 12, 2024
                                      Trial Time: 8:30 A.M.
19            Defendant.              Location:   Courtroom of the Hon.
                                                  John F. Walter
20

21

22       Plaintiff United States of America, by and through its counsel

23 of record, the United States Attorney for the Central District of

24 California and Assistant United States Attorneys Cassie D. Palmer,

25 Susan S. Har, and Brian R. Faerstein, and defendant Raymond She Wah

26 Chan, by and through his counsel of record, John Hanusz and Michael

27 G. Freedman, hereby submit the parties' Joint Third Revised Pretrial

28 Government Amended Exhibit Stipulation.

1       On February 28, 2024, the parties filed the Second Revised

2   Pretrial Government Amended Exhibit Stipulation.  (Dkt. No. 1309-1.)

3   Since that filing, the government has added eight additional

4   exhibits: Exhibits 71B, 364Z, 364AA, 364BB, 524, 525, 590G, and 590H.

5   Defendant has no objection to these exhibits.  Accordingly, the Joint

6   Third Revised Pretrial Government Amended Exhibit Stipulation

7   includes those new stipulated exhibits.

8       Additionally, the Joint Third Revised Pretrial Government

9   Amended Exhibit Stipulation also reflects the Court's rulings on

10   March 8, 2024 on defendant's objections to certain summary exhibits

11   the government intends to offer, specifically, exhibits in the 900

12   series of the government's trial exhibits.  The Joint Third Revised

13   Pretrial Government Amended Exhibit Stipulation also updates the

14   "Witness" column for certain exhibits, including to delete Bud Ovrom

15   as a foundational witness throughout the list and to add George

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1   Chiang, Kevin Keller, and/or David Ambroz as foundational witnesses

2   for certain City-approval-related documents, e.g., Exhibits 502-525,

3   554, and 904.

4    Dated: March 11, 2024                    Respectfully submitted,

5                                             E. MARTIN ESTRADA
                                              United States Attorney
6

7                                               /s/
                                              _____
8                                             SUSAN S. HAR
                                              CASSIE D. PALMER
9                                             BRIAN R. FAERSTEIN
                                              Assistant United States Attorneys
10

11                                            Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA
12

13   Dated: March 11, 2024                      /s/ per email authorization
                                              _____
                                              JOHN HANUSZ
14                                            MICHAEL G. FREEDMAN
                                              Attorneys for Defendant
15                                            RAYMOND SHE WAH CHAN

16

17

18

19

20

21

22

23

24

25

26

27

28