E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | GOVERNMENT'S REVISED LIST OF EXHIBITS FOR PRE-ADMISSION |
| v. | Trial Date: March 12, 2024 |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | Trial Time: 8:30 A.M. Location:   Courtroom of the Hon. John F. Walter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby submits the government's Revised List of Exhibits for Pre-Admission.

On March 8, 2024, the government filed its List of Exhibits for Pre-Admission. (Dkt. No. 1325.) Since then, the government has added six additional exhibits for which the defense has no objection,

1  and that the government seeks to pre-admit: **Exs. 71B, 364Z, 364AA,**

2  **364BB, 590G, and 590H.**  Accordingly, the government submits this

3  Revised List of Exhibits for Pre-Admission to include these six

4  additional exhibits.

5       The government respectfully requests that the Court pre-admit

6  all exhibits identified in this filing outside the presence of the

7  jury.

8   Dated: March 11, 2024            Respectfully submitted,

9                                    E. MARTIN ESTRADA
10                                   United States Attorney

11                                   MACK E. JENKINS
                                     Assistant United States Attorney
12                                   Chief, Criminal Division

13

14                                     _/s/_____
                                     SUSAN S. HAR
15                                   CASSIE D. PALMER
                                     BRIAN R. FAERSTEIN
16                                   Assistant United States Attorneys

17                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
18

19

20

21

22

23

24

25

26

27

28

## GOVERNMENT'S LIST OF EXHIBITS FOR PRE-ADMISSION

### A. Exhibits With No Objection

The government seeks to pre-admit the following exhibits for which the defense had no objection:

- 2, 3, 5, 6, 6A, 7, 9, 10A-10D, 20, 21, 22, 23A-23D, 24A, 24B, 24C, 25, 26, 27, 28, 29, 30, 32, 41A, 41B, 41C, 42A-42D, 43A, 43B, 43C, 44A-44E, 45A-45D, 47, 48, 49, 50, 51, 52, 53, 54, 54A, 55, 55A, 56, 56A, 56B, 57, 57A, 58, 59, 59A-59D, 60, 60A-60D, 61, 62, 63, 64, 65, 71A, 71B, 72A-72E, 80A, 80B, 80C, 81, 83B, 84A, 84B, 84C, 86;

- 100, 101, 102, 110, 111, 112, 113, 113A, 114, 114A, 115, 116, 117, 118, 119, 120, 121, 122, 125, 125A, 126, 126A, 127, 128, 128A, 128B, 129, 135, 136, 137, 140, 148, 157, 158A-158E, 161A, 161B, 162, 163, 164, 165, 170A, 171, 172, 173, 174, 175, 176, 177, 178, 179, 180-Z, 181, 182, 183-Z, 184-Z, 186A-Z, 186B-Z, 186D-Z, 187B, 188, 189, 190, 191A-191D, 191F, 191H, 191I, 191J, 191L, 191M, 191N, 192B-192E, 192G, 192H, 192J-192M, 192O;

- 205, 206, 207, 208, 209, 211, 220, 221, 222, 223, 224, 225, 229, 230, 231, 232, 233;

- 300, 301, 302, 303, 304, 305, 306, 307, 308, 309, 310, 311, 312, 320, 321, 322, 323, 324, 325, 326, 327, 328, 329, 330, 331, 332, 333, 334, 335, 336, 336A, 337, 338, 340, 341, 342, 343, 344, 345, 346, 347, 348, 349, 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 360A, 361, 362, 363A, 363B, 363D, 363E, 363F, 363H, 363I, 363J, 364A-364Z, 364AA, 364BB, 365A-365G, 366A, 366B, 367, 367A, 368, 369, 371A, 371B, 371C, 372C, 372F, 372G, 372J, 372K, 372L, 373A, 373B, 373C, 374, 375, 376, 377, 378, 379, 380, 381, 382, 384A, 384B, 385, 386, 387A-Z, 387B-Z, 387C-Z, 387D-Z, 390, 391, 392;

- 422, 423, 425, 426, 427, 428, 429, 440, 441, 442, 443, 444, 445, 446, 447, 448, 449, 450, 451, 452, 453, 454, 455, 456, 457, 458, 459, 460, 461, 462, 463, 464, 465, 466, 467, 468, 469, 470, 471, 472, 473, 474, 475, 476;

- 500, 501, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 519, 520, 521, 522, 523, 524, 525, 530, 531, 532, 533, 534, 534A, 534B, 535, 536, 537, 538, 539, 540, 541, 542, 543, 544, 545, 546, 547, 548, 549, 550, 551, 551A, 551B, 551C, 552, 553, 554, 555, 556, 557, 560, 561, 562, 563, 564, 565, 566, 567, 568, 569, 570, 571, 574, 576, 577, 578, 579, 580, 581, 582, 590A-590H, 591A-591G, 592A-592V, 593A-593J,

594A–594E, 595, 596A–596W, 597A–597R, 598A–598I, 599;

- 601A, 601B, 601C, 602, 603A–603D, 610, 611A, 611B, 613A, 614, 615, 616, 617, 618A, 618B, 619, 620A, 620B, 621A, 621B, 622A, 622B, 623–Z, 630, 631, 632, 633;

- 700, 701, 702, 703, 704, 705, 706, 707, 708, 709, 711, 712, 714, 715, 716, 717, 730, 731, 732, 733, 740, 750B–Z, 750C–Z, 752, 755A–755D, 756, 757, 758, 759–Z, 760B–Z, 761;

- 800, 801, 802, 810, 811, 812, 813, 814, 815, 816, 817, 818, 819, 820, 821, 822, 823, 824, 825, 826, 827, 828, 829, 830, 831, 832, 833, 834, 835, 836, 837, 840A–Z, 840B, 841C–Z, 842–Z, 843–Z, 844–Z, 845A–Z, 845B, 845C, 845D, 846–Z, 847A, 847B, 847C, 848A–Z, 849, 850, 860, 861;

- 902, 903, 904, 904A, 907, 907A–907D, 933.

**B. Exhibits With Overruled Objections**

The government seeks to pre-admit the following exhibits for which the Court overruled the defense's objections:

- 1, 88–Z, 89A–Z–89D–Z;

- 124, 130, 131, 132, 133, 141, 142, 143, 144, 145, 146, 147, 149, 150, 151, 152, 153, 154, 155, 156, 160, 185, 186C–Z, 186E–Z, 186F–Z, 186H–Z, 186I–Z, 186K–Z, 187, 187A;

- 200, 201, 202, 203, 204, 210, 212, 212A, 213;

- 363C, 365H–365K, 370, 372A, 372B, 372D, 372E, 372H, 372I, 372M, 372N, 393, 394, 395, 396, 397, 398, 399;

- 400, 401, 402, 403, 404, 405, 406, 407, 408, 409, 410, 411, 412, 413, 414, 415, 416, 417, 418, 420, 421;

- 908, 909, 910, 921, 922, 923, 924, 925, 926, 927, 930, 931, 932A, 940, 942, 943.