```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
| Plaintiff, | GOVERNMENT'S LIST OF EXHIBITS TO BE USED DURING WITNESS EXAMINATION – FBI SSA ANDREW CIVETTI |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | Trial Date: March 12, 2024<br>Trial Time: 8:30 A.M.<br>Location: Courtroom of the Hon. John F. Walter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files its List of Exhibits to Be Used During Witness Examination – Federal Bureau of Investigation Supervisory Special Agent ("Agent") Andrew Civetti.

The government anticipates that it may mention, identify, or seek permission to publish the following exhibits during Agent Civetti's initial direct examination. The government anticipates that all of the following exhibits will have been admitted by the Court prior to Agent Civetti's testimony in accordance with the Government's Revised List of Exhibits for Pre-Admission (Dkt. No. 1329), except those for which the parties have agreed that the government shall use them for demonstrative purposes only (such exhibits are designated below with "[Demonstrative Only]" following the exhibit number):

- 1, 2, 3, 4 [Demonstrative Only], 5, 9, 10A-10D, 20, 21, 22, 23A-23D, 24A-24C, 25, 26, 27, 28, 29, 30, 32, 41A-41C, 42A-42D, 43A-43C, 44A-44E, 45A-45D, 48, 49, 50, 51, 52, 53, 59A-D, 71B, 72A-72E, 83B;
- 102, 112, 113, 113A, 114A, 114, 118, 125, 125A, 126, 126A, 127, 128, 128A, 136, 157, 158A-158E, 131, 177, 182, 185, 188, 189, 190;
- 203, 205, 206, 207, 208, 209, 210, 211, 213, 220, 221, 222, 223, 224, 223, 224, 225, 231, 232, 233;
- 300, 301, 302, 304, 305, 306, 307, 308, 309, 310, 311, 312, 320, 326, 327, 329, 330, 331, 334, 335, 336, 336A, 337, 338, 340, 341, 342, 344, 345, 346 ,347, 348, 349, 350, 352, 353, 354, 355, 356, 358, 359, 360, 361, 362, 363C, 364A-364BB, 366A, 367A, 368, 369, 370, 371A-371C, 372C, 372J, 373A, 374, 375, 376, 378, 379, 380, 390, 391, 392, 393, 397;
- 400, 401, 402, 403, 404, 408, 413, 414, 415, 416, 417, 418, 420, 421, 429, 440, 441, 442, 443, 444, 445, 446, 449, 451, 452, 460,

1        461, 462, 463, 464, 465, 466, 467, 468, 469, 470, 471, 472, 473,
2        474, 475, 476, 477;
3     •  500, 501, 502, 503, 506, 507, 514, 515, 516, 517, 519, 522, 524,
4        525, 530, 531, 532, 533, 534, 534A, 535, 536, 537, 538, 539,
5        540, 541, 542, 543, 544, 545, 546, 547, 549, 551, 551A, 551B,
6        551C, 552, 556, 557, 560, 561, 562, 564, 565, 566, 567, 568,
7        569, 571, 574, 576, 577, 578, 579, 580, 581, 582, 590A-590H,
8        591A, 591D-591G, 592C-592E, 592L-592T, 593G, 593I, 596A-596W,
9        597A, 597F, 597J, 597K, 597N-597R, 598A, 598C-598I, 599;
10    •  602, 603B, 603D, 614, 615, 616, 617, 618, 619, 620A, 621A, 621B,
11       622A, 622B, 623-Z, 630, 631, 632, 633;
12    •  700, 701, 702, 703, 704, 705, 706, 707, 708, 709, 711, 712, 714,
13       715, 716, 730, 731, 740, 752, 756, 757, 758;
14    •  800, 812, 813, 814, 841C-Z;
15    •  900 [Demonstrative Only], 900A [Demonstrative Only], 901
16       [Demonstrative Only], 901A [Demonstrative Only], 902, 903, 904,
17       904A, 905 [Demonstrative Only], 906, 907A, 907B, 907C, 907D,
18       908, 909, 910, 911 [Demonstrative Only], 912 [Demonstrative
19       Only], 921, 922, 923, 924, 925, 926, 927, 930, 931, 932
20       [Demonstrative Only], 932A, 933, 940, 940 A, 940B, 941, 942,
21       942A, 942B, 943.
22  //
23  //

The government respectfully requests the right to modify this list as needed during trial and will notify defendant and the Court in the event the government wishes to add additional exhibits.

Dated: March 11, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Chief, Criminal Division

*/s/ Cassie D. Palmer*
CASSIE D. PALMER
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA