1    E. MARTIN ESTRADA
United States Attorney
2    MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
3    Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
4    SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
5    Assistant United States Attorneys
Public Corruption & Civil Rights Section
6        1500 United States Courthouse
       312 North Spring Street
7        Los Angeles, California 90012
       Telephone: (213) 894-0363/3289/3819
8        Facsimile: (213) 894-6436
       E-mail:    Cassie.Palmer@usdoj.gov
9               Susan.Har@usdoj.gov
              Brian.Faerstein@usdoj.gov
10

   Attorneys for Plaintiff
11    UNITED STATES OF AMERICA

12                 UNITED STATES DISTRICT COURT

13           FOR THE CENTRAL DISTRICT OF CALIFORNIA

14    UNITED STATES OF AMERICA,       No. CR 2:20-326(A)-JFW-2

15          Plaintiff,         GOVERNMENT'S LIST OF EXHIBITS TO
BE USED DURING WITNESS EXAMINATION
16             v.            – GEORGE ESPARZA

17    RAYMOND SHE WAH CHAN,       Trial Date:  March 12, 2024
     aka "She Wah Kwong,"        Trial Time:  8:30 A.M.
18                      Location:    Courtroom of the
         Defendant.             Hon. John F. Walter
19

20

21

22

23        Plaintiff United States of America, by and through its counsel

24    of record, the United States Attorney for the Central District of

25    California and Assistant United States Attorneys Cassie D. Palmer,

26    Susan S. Har, and Brian R. Faerstein, hereby files its List of

27    Exhibits to Be Used During Witness Examination – George Esparza.

28

                            1

1      The government anticipates mentioning, identifying or

2 publishing, the following exhibits during George Esparza's direct

3 examination, all of which were pre-admitted by the Court:

4   • 1, 9, 28, 80A, 80B, 80C, 81, 113, 113A, 117, 118, 121, 122, 125,

5     140, 171, 172, 175, 178, 187A, 200, 203, 212A, 321, 323, 330,

6     343, 351, 356, 357, 358, 363A, 363B, 363F, 363J, 365A, 365C,

7     365D, 365G, 372C, 372H, 372K, 372M, 376, 381, 382, 395, 396,

8     398, 404, 407, 409, 412, 422, 423, 425, 426, 427, 428, 448, 450,

9     451, 454, 531, 534, 535, 543, 601A, 611A, 611B.

10      The government may also use Exhibit 901A as a demonstrative.

11      The government respectfully requests the right to modify this

12 list as needed during trial and will notify defendant and the Court

13 in the event the government wishes to add additional exhibits.

14

15  Dated: March 13, 2024          Respectfully submitted,

16                         E. MARTIN ESTRADA
                        United States Attorney

17

18                         MACK E. JENKINS
                        Chief, Criminal Division

19

20                         */s/*
                        SUSAN S. HAR

21                         CASSIE D. PALMER
                        BRIAN R. FAERSTEIN

22                         Assistant United States Attorneys

23                         Attorneys for Plaintiff
                        UNITED STATES OF AMERICA

24

25

26

27

28

2