```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | GOVERNMENT'S FIRST REVISED LIST OF EXHIBITS TO BE USED DURING WITNESS EXAMINATION – FBI SSA ANDREW CIVETTI |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | Trial Date: March 12, 2024<br>Trial Time: 8:30 A.M.<br>Location: Courtroom of the Hon. John F. Walter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files its First Revised List of Exhibits to Be Used During Witness Examination – Federal Bureau of Investigation Supervisory Special Agent ("Agent") Andrew Civetti.

The government anticipates that it may mention, identify, or seek permission to publish the following exhibits during Agent Civetti's initial direct examination. The government anticipates that all of the following exhibits will have been admitted by the Court prior to Agent Civetti's testimony in accordance with the Third Revised Pretrial Government Amended Exhibit Stipulation ("Pretrial Exhibit Stipulation") (Dkt. No. 1328) and the Government's Revised List of Exhibits for Pre-Admission (Dkt. No. 1329):

- 1, 2, 3, 5, 9, 10A-10D, 20, 21, 22, 23A-23D, 24A-24C, 25, 26, 27, 28, 29, 30, 32, 41A-41C, 42A-42D, 43A-43C, 44A-44E, 45A-45D, 48, 49, 50, 51, 52, 53, 59A-D, 71B, 72A-72E, 83B;
- 102, 112, 113, 113A, 114A, 114, 118, 125, 125A, 126, 126A, 127, 128, 128A, 136, 157, 158A-158E, 131, 177, 182, 185, 188, 189, 190;
- 203, 205, 206, 207, 208, 209, 210, 211, 213, 220, 221, 222, 223, 224, 223, 224, 225, 231, 232, 233;
- 300, 301, 302, 304, 305, 306, 307, 308, 309, 310, 311, 312, 320, 326, 327, 329, 330, 331, 334, 335, 336, 336A, 337, 338, 340, 341, 342, 344, 345, 346 ,347, 348, 349, 350, 352, 353, 354, 355, 356, 358, 359, 360, 361, 362, 363C, 364A-364BB, 366A, 367A, 368, 369, 370, 371A-371C, 372C, 372J, 373A, 374, 375, 376, 378, 379, 380, 390, 391, 392, 393, 397;
- 400, 401, 402, 403, 404, 408, 413, 414, 415, 416, 417, 418, 420, 421, 429, 440, 441, 442, 443, 444, 445, 446, 449, 451, 452, 460, 461, 462, 463, 464, 465, 466, 467, 468, 469, 470, 471, 472, 473, 474, 475, 476, 477;
- 500, 501, 502, 503, 506, 507, 514, 515, 516, 517, 519, 522, 524, 525, 530, 531, 532, 533, 534, 534A, 535, 536, 537, 538, 539,

540, 541, 542, 543, 544, 545, 546, 547, 549, 551, 551A, 551B, 551C, 552, 556, 557, 560, 561, 562, 564, 565, 566, 567, 568, 569, 571, 574, 576, 577, 578, 579, 580, 581, 582, 590A-590H, 591A, 591D-591G, 592C-592E, 592L-592T, 593G, 593I, 596A-596W, 597A, 597F, 597J, 597K, 597N-597R, 598A, 598C-598I, 599;

- 602, 603B, 603D, 614, 615, 616, 617, 618, 619, 620A, 621A, 621B, 622A, 622B, 623-Z, 630, 631, 632, 633;
- 700, 701, 702, 703, 704, 705, 706, 707, 708, 709, 711, 712, 714, 715, 716, 730, 731, 740, 752, 756, 757, 758;
- 800, 812, 813, 814, 841C-Z;
- 902, 903, 904, 904A, 907A, 907B, 907C, 907D, 908, 909, 910, 921, 922, 923, 924, 925, 926, 927, 930, 931, 932A, 933, 940, 941, 942, 943.

The following exhibits are those that the parties have agreed the government will use for demonstrative purposes per the Pretrial Exhibit Stipulation:

- 4, 900, 900A, 901, 901A, 905, 911, 912, 932

The following exhibits are those that the government may use for demonstrative purposes only in accordance with the Court's March 8, 2024 ruling sustaining defendant's objection to their admission but not to their use as demonstratives:

- 906, 940A, 940B, 942A, 942B

//
//

The government respectfully requests the right to modify this list as needed during trial and will notify defendant and the Court in the event the government wishes to add additional exhibits.

Dated: March 13, 2024               Respectfully submitted,

                                    E. MARTIN ESTRADA
                                    United States Attorney

                                    MACK E. JENKINS
                                    Chief, Criminal Division


                                     /s/ Cassie D. Palmer
                                    CASSIE D. PALMER
                                    SUSAN S. HAR
                                    BRIAN R. FAERSTEIN
                                    Assistant United States Attorneys

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA