John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**SUPPLEMENTAL AND AMENDED DEFENSE LIST OF EXHIBITS TO BE USED DURING CROSS-EXAMINATION OF FBI SSA ANDREW CIVETTI** |

Defendant Raymond Chan, by and through his counsel of record, John Hanusz and Michael G. Freedman, hereby submits the defense's Supplemental and Amended List of Exhibits To Be Used During Cross-Examination of Federal Bureau of Investigation Supervisory Special Agent ("Agent") Andrew Civetti. The defense expects that it may mention, identify, or seek permission to publish the following exhibits during Agent Civetti's cross-examination. This Supplemental and Amended List supplements and amends the list previously filed

on March 13, 2024 (Dkt. 1331) based upon further direct testimony of Civetti on March 14, 2024 as well as a meet and confer with the government regarding various exhibits. The defense respectfully requests the right to modify this list as needed during trial.

**GOVERNMENT PRE-ADMITTED EXHIBITS**

2, 7, 41A, 41B, 41C, 42A–42D, 43A, 43B, 43C, 44A–44E, 45A–45D, 52, 53, 61, 71, 82

125, 141, 164, 186, 188-T, 189-T, 190-T, 191A, 191C, 191D, 191F, 191L, 191M,

210, 211

321, 322, 323, 324, 325, 327, 328, 329, 331, 335, 336, 337, 338, 343, 344, 345, 346, 347, 348, 349, 350, 352, 356, 357, 358, 364A, 364B, 364C, 364D, 364E, 364L, 366A

406, 440, 441, 442, 443, 444, 445, 447, 448, 449, 450, 451, 452, 453, 468, 469, 471

500, 501, 502, 503, 504, 505, 506, 507, 508, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 519, 520, 521, 522, 523, 537, 538, 551, 551A, 552, 574, 578, 579, 580, 581, 582, 590A, 590B, 590C, 591G, 592E, 592L, 592M, 592R, 593A-F, 596F, 597A

610, 611A, 632, 633

701, 702, 704, 708, 709, 712, 714-717, 730, 750B

801

902, 903, 904, 904A, 907A, 907B, 907C, 907D, 908, 909, 910, 911, 912, 921, 922, 923, 924, 925, 926, 927, 930, 931, 932, 932A, 933, 940, 942, 943

**GOVERNMENT ID-ONLY EXHIBITS**

71, 83, 84900, 900A, 901, 901A, 905, 906, 940A, 941, 942A, 942B

**DEFENSE PRE-ADMITTED EXHIBITS**

2017, 2326, 2327, 2328, 2909, 2912, 2913, 2914, 2918, 2927, 2928, 2929, 2932

**DEFENSE ID-ONLY EXHIBITS**

2003, 2020, 2028T, 2029T, 2030T, 2031, 2040, 2041, 2042, 2043, 2044, 2046, 2200, 2203, 2343, 2366, 2903, 2919B, 2952C, 2958A

Dated: March 14, 2024

Respectfully submitted,

*s/ John Hanusz*
John Hanusz
Attorney for Raymond Chan

*s/ Michael G. Freedman*
Michael G. Freedman
Attorney for Raymond Chan