John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (SBN 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**DEFENSE LIST OF EXHIBITS TO BE USED DURING CROSS-EXAMINATION OF GEORGE ESPARZA** |

Defendant Raymond Chan, by and through of record, John Hanusz and Michael G. Freedman, hereby submits the defense's List of Exhibits To Be Used During Cross-Examination of George Esparza. The defense expects that it may mention, identify, or seek permission to publish the following exhibits during Mr. Esparza's cross-examination. The defense respectfully requests the right to modify this list as needed during trial.

| | | |
|---|---|---|
| 1 | Dated: March 17, 2024 | Respectfully submitted, |
| 2 | | *s/ John Hanusz* |
| 3 | | John Hanusz |
| | | Attorney for Raymond Chan |
| 4 | | |
| 5 | | *s/ Michael G. Freedman* |
| | | Michael G. Freedman |
| 6 | | Attorney for Raymond Chan |

2

DEFENSE LIST OF EXHIBITS – GEORGE ESPARZA

**GOVERNMENT PRE-ADMITTED EXHIBITS**

80A; 80B; 80C; 113; 113A; 115; 117; 118; 119; 120; 121; 122; 125; 140; 171; 172; 174; 175; 178; 181; 182; 185; 187A; 200-204; 212-213; 321-325; 330; 343; 351; 357; 358; 363A-J; 365A-K; 372A-N; 398-413; 418; 422; 423; 425-428; 447-451; 454-458; 534; 535; 543; 601A-601C

**GOVERNMENT IDENTIFICATION-ONLY EXHIBITS**

81-T; 187B-T; 380-T; 381-T; 382-T; 424

**DEFENSE IDENTIFICATION-ONLY EXHIBITS**

2200-2219; 2222-2229

DEFENSE LIST OF EXHIBITS – GEORGE ESPARZA