John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (SBN 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**DEFENSE LIST OF EXHIBITS TO BE USED DURING CROSS-EXAMINATION OF MORRIS GOLDMAN** |

Defendant Raymond Chan, by and through counsel of record, John Hanusz and Michael G. Freedman, hereby submits the defense's List of Exhibits To Be Used During Cross-Examination of Morris Goldman. The defense expects that it may mention, identify, or seek permission to publish the following exhibits during Mr. Goldman's cross-examination. The defense respectfully requests the right to modify this list as needed during trial.

| | | |
|---|---|---|
| 1 | Dated: March 17, 2024 | Respectfully submitted, |
| 2 | | *s/ John Hanusz* |
| 3 | | John Hanusz |
| | | Attorney for Raymond Chan |
| 4 | | |
| 5 | | *s/ Michael G. Freedman* |
| | | Michael G. Freedman |
| 6 | | Attorney for Raymond Chan |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

DEFENSE LIST OF EXHIBITS – MORRIS GOLDMAN

| | |
|---|---|
| 1 | **GOVERNMENT PRE-ADMITTED EXHIBITS** |
| 2 | 110; 111; 124; 130-133; 135; 141-156; 160; 161; 161A; 161B; 162; 173; 908 |
| 3 | |
| 4 | **GOVERNMENT IDENTIFICATION-ONLY EXHIBITS** |
| 5 | 160-T; 161A-T; 161B-T; 162-T |
| 6 | |
| 7 | **DEFENSE IDENTIFICATION-ONLY EXHIBITS** |
| 8 | 3225-3231 |

3

DEFENSE LIST OF EXHIBITS – MORRIS GOLDMAN