John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (SBN 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**DEFENSE LIST OF EXHIBITS TO BE USED DURING CROSS-EXAMINATION OF PEGGY O'DONOVAN** |

Defendant Raymond Chan, by and through counsel of record, John Hanusz and Michael G. Freedman, hereby submits the defense's List of Exhibits To Be Used During Cross-Examination of Peggy O'Donovan. The defense expects that it may mention, identify, or seek permission to publish the following exhibits during Ms. O'Donovan's cross-examination. The defense respectfully requests the right to modify this list as needed during trial.

| | | |
|---|---|---|
| 1 | Dated: March 18, 2024 | Respectfully submitted, |
| 2 | | *s/ John Hanusz* |
| 3 | | John Hanusz<br>Attorney for Raymond Chan |
| 4 | | |
| 5 | | *s/ Michael G. Freedman*<br>Michael G. Freedman |
| 6 | | Attorney for Raymond Chan |

**GOVERNMENT PRE-ADMITTED EXHIBITS**

461, 462, 463, 464

**DEFENSE IDENTIFICATION-ONLY EXHIBITS**

3200, 3201, 3202, 3203

DEFENSE LIST OF EXHIBITS – PEGGY O'DONOVAN