John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**DEFENSE LIST OF EXHIBITS TO BE USED DURING CROSS-EXAMINATION OF HARRIS CHAN** |

Defendant Raymond Chan, by and through his counsel of record, John Hanusz and Michael G. Freedman, hereby submits the defense's List of Exhibits To Be Used During Cross-Examination of Harris Chan. The defense expects that it may mention, identify, or seek permission to publish the following exhibits during Harris Chan's cross-examination. The defense respectfully requests the right to modify this list as needed during trial.

DEFENSE LIST OF EXHIBITS FOR HARRIS CHAN CROSS

**GOVERNMENT PRE-ADMITTED EXHIBITS**

321, 322, 323, 324, 325, 328, 366A, 366B

**DEFENSE ID-ONLY EXHIBITS**

2800, 2801, 2802, 2803, 2804, 2806, 2807, 2808, 2809, 2810, 2811, 2812

Dated: March 18, 2024         Respectfully submitted,

*s/ John Hanusz*
John Hanusz
Attorney for Raymond Chan

*s/ Michael G. Freedman*
Michael G. Freedman
Attorney for Raymond Chan