```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS (Cal. Bar No. 242101)
    Assistant United States Attorney
 3  Chief, Criminal Division
    CASSIE D. PALMER (Cal. Bar No. 268383)
 4  SUSAN S. HAR (Cal. Bar No. 301924)
    BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
 5  Assistant United States Attorneys
    Public Corruption & Civil Rights Section
 6       1500 United States Courthouse
         312 North Spring Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-0363/3289/3819
 8       Facsimile: (213) 894-6436
         E-mail:    Cassie.Palmer@usdoj.gov
 9                  Susan.Har@usdoj.gov
                    Brian.Faerstein@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S LIST OF EXHIBITS TO BE USED DURING WITNESS EXAMINATION – YAN YAN</u> |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | Trial Date: March 12, 2024<br>Trial Time: 8:30 A.M.<br>Location: Courtroom of the Hon. John F. Walter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files its List of Exhibits to Be Used During Witness Examination – Yan Yan.

1

The government anticipates mentioning, identifying or publishing, the following exhibits during Yan Yan's direct examination, all of which were pre-admitted by the Court:

- 1, 444, 445, 454, 456, 462, 715

The government respectfully requests the right to modify this list as needed during trial and will notify defendant and the Court in the event the government wishes to add additional exhibits.

Dated: March 18, 2024                    Respectfully submitted,

                                         E. MARTIN ESTRADA
                                         United States Attorney

                                         MACK E. JENKINS
                                         Chief, Criminal Division


                                          /s/
                                         ─────────────────────────
                                         SUSAN S. HAR
                                         CASSIE D. PALMER
                                         BRIAN R. FAERSTEIN
                                         Assistant United States Attorneys

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA