1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS (Cal. Bar No. 242101)
   Assistant United States Attorney
3  Chief, Criminal Division
   CASSIE D. PALMER (Cal. Bar No. 268383)
4  SUSAN S. HAR (Cal. Bar No. 301924)
   BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
5  Assistant United States Attorneys
   Public Corruption & Civil Rights Section
6       1500 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-0363/3289/3819
8       Facsimile: (213) 894-6436
        E-mail:    Cassie.Palmer@usdoj.gov
9                  Susan.Har@usdoj.gov
                   Brian.Faerstein@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                  UNITED STATES DISTRICT COURT

13             FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,          No. CR 2:20-326(A)-JFW-2

15           Plaintiff,               GOVERNMENT'S LIST OF EXHIBITS TO
                                      BE USED DURING WITNESS EXAMINATION
16           v.                       – RICHELLE RIOS HUIZAR

17 RAYMOND SHE WAH CHAN,              Trial Date:  March 12, 2024
     aka "She Wah Kwong,"             Trial Time:  8:30 A.M.
18                                    Location:    Courtroom of the
             Defendant.                            Hon. John F. Walter
19

20

21

22      Plaintiff United States of America, by and through its counsel

23 of record, the United States Attorney for the Central District of

24 California and Assistant United States Attorneys Cassie D. Palmer,

25 Susan S. Har, and Brian R. Faerstein, hereby files its List of

26 Exhibits to Be Used During Witness Examination – Richelle Rios

27 Huizar.

28

                                    1

1   The government anticipates mentioning, identifying, or

2   publishing, the following exhibits during Richelle Rios Huizar's

3   direct examination, all of which were pre-admitted by the Court:

4   • 1, 117, 118, 119, 120, 121, 122, 163, 225, 602.

5   The government respectfully requests the right to modify this

6   list as needed during trial and will notify defendant and the Court

7   in the event the government wishes to add additional exhibits.

8   Dated: March 18, 2024              Respectfully submitted,

9                                      E. MARTIN ESTRADA
                                       United States Attorney
10
                                       MACK E. JENKINS
11                                     Chief, Criminal Division
                                       Assistant United States Attorney
12

13

14                                     CASSIE D. PALMER
                                       SUSAN S. HAR
15                                     BRIAN R. FAERSTEIN
                                       Assistant United States Attorneys
16
                                       Attorneys for Plaintiff
17                                     UNITED STATES OF AMERICA

18

19

20

21

22

23

24

25

26

27

28