John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (SBN 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**DEFENSE LIST OF EXHIBITS TO BE USED DURING CROSS-EXAMINATION OF YAN YAN** |

Defendant Raymond Chan, by and through counsel of record, John Hanusz and Michael G. Freedman, hereby submits the defense's List of Exhibits To Be Used During Cross-Examination of Yan Yan. The defense expects that it may mention, identify, or seek permission to publish the following exhibits during Ms. Yan's cross-examination. The defense respectfully requests the right to modify this list as needed during trial.

1  Dated: March 18, 2024  Respectfully submitted,

2  *s/ John Hanusz*
3  John Hanusz
   Attorney for Raymond Chan

4
5  *s/ Michael G. Freedman*
   Michael G. Freedman
6  Attorney for Raymond Chan

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**GOVERNMENT PRE-ADMITTED EXHIBITS**

444; 453

**DEFENSE IDENTIFICATION-ONLY EXHIBITS**

3000-3010; 3013-3017; 3019; 3020