John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (SBN 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND SHE WAH CHAN, <br><br> Defendant. | Case No. 20CR-00326-JFW <br><br> **DEFENSE LIST OF EXHIBITS TO BE USED DURING CROSS-EXAMINATION OF DAVID AMBROZ** |

Defendant Raymond Chan, by and through counsel of record, John Hanusz and Michael G. Freedman, hereby submits the defense's List of Exhibits To Be Used During Cross-Examination of David Ambroz. The defense expects that it may mention, identify, or seek permission to publish the following exhibits during Mr. Ambroz's cross-examination. The defense respectfully requests the right to modify this list as needed during trial.

| | | |
|---|---|---|
| 1 | Dated: March 19, 2024 | Respectfully submitted, |
| 2 | | *s/ John Hanusz* |
| 3 | | John Hanusz<br>Attorney for Raymond Chan |
| 4 | | |
| 5 | | *s/ Michael G. Freedman*<br>Michael G. Freedman |
| 6 | | Attorney for Raymond Chan |

**GOVERNMENT PRE-ADMITTED EXHIBITS**

514; 515; 516; 517; 518; 519; 520; 521; 522; 523; 524; 525; 554; 904; 907C; 907D

**DEFENSE PRE-ADMITTED EXHIBITS**

2722; 2724

**DEFENSE IDENTIFICATION-ONLY EXHIBITS**

2723; 3100-3106; 3110-3112