E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0363/3289/3819
    Facsimile: (213) 894-6436
    E-mail:    Cassie.Palmer@usdoj.gov
               Susan.Har@usdoj.gov
               Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | GOVERNMENT'S LIST OF EXHIBITS TO BE USED DURING WITNESS EXAMINATION – GEORGE CHIANG |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | Trial Date:  March 12, 2024<br>Trial Time:  8:30 A.M.<br>Location:    Courtroom of the Hon. John F. Walter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files its List of Exhibits to Be Used During Witness Examination – George Chiang.

1

The government anticipates mentioning, identifying, or publishing, the following exhibits during George Chiang's direct examination, all of which were pre-admitted by the Court:

- 1, 45B, 45C, 51, 52, 54, 54A, 55, 55A, 56, 56A-B, 57, 57A, 58, 56B, 61-65, 87A-B;
- 101, 113A, 114, 170A, 178, 179;
- 229, 230, 231, 232, 233;
- 384A-B, 385, 386;
- 501, 506, 507, 514, 517, 519, 520, 530, 525, 532, 534B, 535, 537-543, 546-551, 551A, 551B, 551C, 552, 553, 556-557, 565, 571, 576, 582, 590A, 590C, 591A-E, 592A-E, 592J-N, 592R-V, 593A-J, 594B-E, 596A-M, 596V, 597D-R, 598A-E, 598G-I;
- 601A-C, 603A, 603D, 610, 611A-B, 614, 615A-B, 617, 618A-B, 620A-B, 621A-B, 622A-B, 630, 631, 632, 633;
- 701, 707, 708, 709, 711-712, 717, 730-33, 740, 752, 755A-D, 756, 757, 758, 755A-D, 756, 757
- 810-813, 817, 818, 836, 849, 850;
- 921, 930, 931, 932A, 933, 940

The government respectfully requests the right to modify this list as needed during trial and will notify defendant and the Court in the event the government wishes to add additional exhibits.

Dated: March 19, 2024                Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Chief, Criminal Division
Assistant United States Attorney

*/s/ Cassie D. Palmer*
_____
CASSIE D. PALMER
SUSAN S. HAR
BRIAN R. FAERSTEIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA