UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-326(A)-JFW | Date | March 12, 2024 |
|---|---|---|---|

Present: The Honorable **JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| SHANNON REILLY | MIRANDA ALGORRI | Mack Eric Jenkins<br>Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney - Present* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | X | | John Hanusz<br>Michael Gregory Freedman | X<br>X | | X<br>X |

- X  Day 1 Jury Trial
- X  The Jury is impaneled and sworn
- X  Opening statements made
- X  Witness called, sworn and testified.
- X  Exhibits are pre-admitted as stated on the record
- X  Pre-admitted exhibits identified
- X  Case continued to: March 13, 2024 at 8:00 a.m. for further trial

Other:  CC: USPO/PSA

6 : 30

Initials of Deputy Clerk  SR