UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-326(A)-JFW | Date | March 19, 2024 |
|---|---|---|---|

| Present: The Honorable | JOHN F. WALTER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| SHANNON REILLY | MIRANDA ALGORRI | Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney - Present* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | X | | John Hanusz<br>Michael Gregory Freedman | X<br>X | | X<br>X |

| X | Day 6 Jury Trial |
|---|---|
| X | Juror No. 6 is excused for the reasons stated on the record and replaced with Alternate Juror No. 1 |
| X | Witnesses called, sworn, and testified |
| X | Pre-admitted exhibits identified |
| X | Court and counsel discuss jury instructions and verdict form |
| X | Case continued to: March 20, 2024 at 7:45 a.m. for further trial |
| Other: | CC: USPO/PSA |

|  |  | 6 | : | 30 |
|---|---|---|---|---|
|  | Initials of Deputy Clerk | sr | | |