John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (SBN 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**DEFENSE LIST OF EXHIBITS TO BE USED DURING CROSS-EXAMINATION OF GEORGE CHIANG** |

Defendant Raymond Chan, by and through counsel of record, John Hanusz and Michael G. Freedman, hereby submits the defense's List of Exhibits To Be Used During Cross-Examination of George Chiang. The defense expects that it may mention, identify, or seek permission to publish the following exhibits during Mr. Chiang's cross-examination. The defense respectfully requests the right to modify this list as needed during trial.

| | | |
|---|---|---|
| 1 | Dated: March 20, 2024 | Respectfully submitted, |
| 2 | | *s/ John Hanusz* |
| 3 | | John Hanusz |
| | | Attorney for Raymond Chan |
| 4 | | |
| 5 | | *s/ Michael G. Freedman* |
| | | Michael G. Freedman |
| 6 | | Attorney for Raymond Chan |

**GOVERNMENT PRE-ADMITTED EXHIBITS**

54-58; 61-65; 71A 80A; 80B; 80C; 101; 114; 178; 179; 229; 230; 517; 519; 530; 532; 535; 537-538; 546-551; 551A; 551B; 551C; 552; 553; 556-557; 561-571; 574; 576; 582; 590A; 590C; 591A-G; 592A-V; 593A-J; 594A-E; 596A-W; 597A-R; 598A-E; 598A-I; 601A-C; 603A-D; 610; 611A-B; 630; 631; 632; 633; 701-709; 714-716; 810-813; 817; 818; 836; 921; 930; 931; 932A; 933; 940

**GOVERNMENT IDENTIFICATION-ONLY EXHIBITS**

80A-T; 80B-T; 80C-T; 610-T; 611A-T; 611B-T

**DEFENSE PRE-ADMITTED EXHIBITS**

2316; 2324-2332; 2335-2347; 2349-2351; 2356; 2359; 2382; 2394; 2396; 3013-3017; 3019; 3452; 3475; 3480

**DEFENSE IDENTIFICATION-ONLY EXHIBITS**

2300-2314; 2317-2323; 2333-2334; 2352-2355; 2357; 2363; 2365; 2366; 2367; 2369; 2370; 2373; 2377-2381; 2383-2393; 2395; 2397-2399; 2711-2716; 2718-2720; 3476; 3478; 3479; 3481-3490

DEFENSE LIST OF EXHIBITS – GEORGE CHIANG