E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | **GOVERNMENT'S OFFER OF PROOF FOR FBI SUPERVISORY SPECIAL AGENT ANDREW CIVETTI PART 2** |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | Trial Date: March 12, 2024<br>Trial Time: 8:30 A.M.<br>Location:   Courtroom of the Hon.<br>            John F. Walter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby submits the government's Offer of Proof for FBI Supervisory Special Agent Andrew Civetti Part 2, pursuant to the Court's order on March 20, 2024.

This Offer of Proof is based on the accompanying memorandum, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: March 20, 2024                    Respectfully submitted,

                                         E. MARTIN ESTRADA
                                         United States Attorney

                                         MACK E. JENKINS
                                         Assistant United States Attorney
                                         Chief, Criminal Division

                                           /s/
                                         SUSAN S. HAR
                                         CASSIE D. PALMER
                                         BRIAN R. FAERSTEIN
                                         Assistant United States Attorneys

                                         Attorneys for Plaintiff
                                         UNITED STATES OF AMERICA

**GOVERNMENT'S OFFER OF PROOF**

The government files this Offer of Proof regarding the anticipated testimony of FBI Supervisory Special Agent Andrew Civetti as the final witness to conclude the government's case-in-chief.

In Part 1, Agent Civetti primarily covered the RICO conspiracy and sub-schemes (Shen Zhen New World and Hazens) during the time period that defendant was still working in the City, as well as certain aspects of the Hazens sub-scheme that continued into 2018.

In Part 2, the government plans to elicit testimony from Agent Civetti focusing on the time period <u>after</u> defendant left the City and his continuation of the RICO conspiracy thereafter, including defendant's direct performance of racketeering acts in furtherance of the conspiracy. Agent Civetti will cover the Hazens-Jacinto Timeline and supporting exhibits as set forth in Exhibit 940 and the Arts District Center Timeline and supporting exhibits as set forth in Exhibit 942. Those timelines and several of the supporting exhibits have been pre-admitted but have not yet used or shown during trial.

With respect to the Arts District Center Timeline and sub-scheme, there are a number of exhibits for which Agent Civetti is the appropriate sponsoring witness. Those exhibits include Radar Screens in which defendant tracked a bribe payment to Shawn Kuk. Those exhibits also include communications between defendant and Shawn Kuk relating to the Arts District Center and the financial arrangement that defendant facilitated for Shawn Kuk. Because the government no longer expects to call Shawn Kuk as a witness (who was allocated 2.5 hours in the government's case), several of those exhibits now need to be introduced through Agent Civetti. The government believes the

introduction of these exhibits through Agent Civetti in lieu of Shawn Kuk will streamline its case.

In Part 2, Agent Civetti will also cover the defendant's two-hour-long interview with the FBI on November 7, 2018, which forms the basis of Count 39; the falsity of those statements to the FBI (including the introduction of additional Radar Screens (Exhibits 40A and 40B)) relevant to those false statements); the materiality or significance of those false statements to the FBI; and subsequent actions that the FBI took as a result of defendant's statements. Defendant's statements from this interview are set forth as English recording clips in the 191 and 192 series of the government's exhibit list.  The exhibits in the 191 and 192 series have been pre-admitted but have not yet been played or displayed during trial.  While the government expects to use only a fraction of the pre-admitted exhibits in the 191 and 192 series in an effort to further streamline its case, several of the recordings are several minutes long and will take some time to review with the jury.  The clips of defendant's false statements and the exhibits that prove their falsity not only relate to the charged false statement count but also more broadly to proving defendant's state of mind and consciousness of guilt, including that defendant concealed information about Wei Huang because defendant was in a corrupt relationship with Huang and concealed his own crimes in furtherance of the goals of the RICO conspiracy.

The jury has not yet heard any specific evidence of defendant's false statements to the FBI.

Finally, during Agent Civetti's testimony, the government will briefly cover a few residual exhibits for which Agent Civetti is the

appropriate sponsoring witness and/or that were more appropriate to discuss at the end of the presentation of the government's case. For example, the government anticipates that Agent Civetti will introduce and testify about Exhibits 164 and 165, which are recorded calls of the defendant discussing the $100,000 campaign contribution at issue in the honest services wire fraud and federal program bribery counts. The government intended to play these calls after George Chiang had testified so that their context was clearer. The government also expects Agent Civetti will introduce and testify about Exhibit 446, which relates to the disbarment of Henry Yong; the government intended to discuss this exhibit after George Esparza and Yan Yan had testified so that its context would be clearer. As another example, the government anticipates that Agent Civetti will introduce and briefly review Exhibit 921, which is the Las Vegas trips summary chart with the casino chips calculation. Because this chart incorporates testimony from George Esparza, this chart was not appropriate to show until after Esparza had testified. Finally, the government intends to elicit testimony from Agent Civetti about limited evidence intended to respond to specific issues defense counsel has raised during trial, including defendant's involvement in fundraising for Salesian High School (Exhibits 42E-G).