E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0363/3289/3819
    Facsimile: (213) 894-6436
    E-mail:   Cassie.Palmer@usdoj.gov
              Susan.Har@usdoj.gov
              Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | GOVERNMENT'S SECOND REVISED WITNESS LIST |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | Trial Date: March 12, 2024<br>Trial Time: 8:30 A.M.<br>Location: Courtroom of the Hon. John F. Walter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer, Susan S. Har, and Brian R. Faerstein, hereby files its Second Revised Witness List.

//

//

The government submits this Second Revised Witness List to inform the Court that the government will not be calling Shawn Kuk during its case-in-chief. The government previously estimated 2.5 hours for Mr. Kuk's direct examination. The government has added 0.5 hours each for Andy Wang and FBI Supervisory Special Agent Andrew Civetti[1] (for a total of 1.0 additional hour) to account for certain evidence and testimony that the government would have introduced and elicited through Mr. Kuk. The net result of these changes, however, will be to shorten the government's estimated case-in-chief by 1.5 hours in an effort to further streamline its case. The government confirmed with the defense that their cross-examination estimates for Andy Wang and Agent Civetti have not changed.

The government respectfully reserves the right to modify this list throughout the trial.

Dated: March 20, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Chief, Criminal Division

        /s/
BRIAN R. FAERSTEIN
CASSIE D. PALMER
SUSAN S. HAR
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] The government has filed an offer of proof for the second part of Agent Civetti's testimony pursuant to the Court's order on March 20, 2024. (Dkt. No. 1358.)

**UNITED STATES v. RAYMOND CHAN**
CR 20-326(A)-JFW-2
March 12, 2024 Trial

**GOVERNMENT'S SECOND REVISED WITNESS LIST**

| No. | Witness | Direct Estimate | Cross Estimate |
|---|---|---|---|
| 1 | **Andrew Civetti,** FBI Case Agent | 12.0 hours | 5.0 hours |
| 2 | **George Esparza,** former CD-14 Special Assistant | 6.5 hours | 3.0 hours |
| 3 | **Morris Goldman,** former lobbyist | 1.5 hours | 0.75 hours |
| 4 | **Kevin Keller,** former Deputy Mayor for Economic Development | 2.0 hours | 1.0 hour |
| 5 | **Harris Chan,** former Managing Director of Shen Zhen New World Investment (USA), Inc. | 1.5 hours | 0.5 hours |
| 6 | **Richelle Rios,** Wife of Jose Huizar | 1.0 hour | 0.5 hours |
| 7 | **Yan Yan,** former employee of Shen Zhen and Synergy/CCC | 1.25 hours | 0.5 hours |
| 8 | **Peggy O'Donovan,** Loan Servicing Manager, East West Bank | 0.5 hours | 0.25 hours |
| 9 | **David Ambroz,** former President of City Planning Commission | 1.5 hours | 1.0 hour |
| 10 | **George Chiang,** former co-owner of Synergy & CCC | 8.0 hours | 4.0 hours |
| 11 | **Andy Wang,** Businessperson | 3.5 hours | 2.0 hours |
| 12 | **Andrew Civetti,** FBI Case Agent | 3.5 hours | 2.0 hours |
| | **TOTAL** | **42.75 hours / approx. 7.8 court days** | **20.5 hours/ approx. 3.7 court days** |