John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**DEFENSE LIST OF EXHIBITS TO BE USED DURING CROSS-EXAMINATION OF ANDY WANG** |

Defendant Raymond Chan, by and through his counsel of record, John Hanusz and Michael G. Freedman, hereby submits the defense's List of Exhibits To Be Used During Cross-Examination of Andy Wang. The defense expects that it may mention, identify, or seek permission to publish the following exhibits during Mr. Wang's cross-examination. The defense respectfully requests the right to modify this list as needed during trial.

**GOVERNMENT PRE-ADMITTED EXHIBITS**

1, 56B, 61, 84A, 84B, 101, 128B, 163, 186A-Z, 186D-Z, 186F-Z, 186I-Z, 186K-Z, 387A-Z, 387B-Z, 387C-Z, 387D-Z, 750B-Z, 733, 801, 832, 840A-Z, 840B, 841C-Z, 843-Z, 844-Z, 845A-Z, 845D, 860, 861, 911, 941

**DEFENSE PRE-ADMITTED EXHIBITS**

2907, 2909, 2912, 2913, 2914, 2917, 2918, 2921, 2923, 2925, 2926, 2927, 2928, 2929, 2930, 2931, 2932, 2938, 2940, 2957, 2965, 2967, 2972, 2973

**DEFENSE ID-ONLY EXHIBITS**

2900, 2901, 2902, 2903, 2904, 2905, 2906, 2908, 2910, 2910at, 2910bt, 2911at, 2915, 2916t, 2919at, 2919bt, 2920, 2922at, 2922bt, 2922ct, 2933t, 2934t, 2935t, 2937at, 2941, 2948, 2952at, 2952bt, 2952ct, 2954t, 2958at, 2960at, 2961at, 2962at, 2968, 2970at, 2971, 2974, 2975, 2976, 2977

Dated: March 22, 2024                Respectfully submitted,

*s/ John Hanusz*
John Hanusz
Attorney for Raymond Chan

*s/ Michael G. Freedman*
Michael G. Freedman
Attorney for Raymond Chan

DEFENSE LIST OF EXHIBITS FOR WANG CROSS