UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-326(A)-JFW | Date | March 20, 2024 |
|---|---|---|---|

| Present: The Honorable | JOHN F. WALTER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| SHANNON REILLY | MIRANDA ALGORRI | Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney - Present* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | X | | John Hanusz<br>Michael Gregory Freedman | X<br>X | | X<br>X |

X   Day 7 Jury Trial

X   Court and counsel discuss jury instructions

X   Witnesses called, sworn, and testified

X   Pre-admitted exhibits identified

X   Case continued to: March 21, 2024 at 8:00 a.m. for further trial

Other:   CC: USPO/PSA

|  | 6 | : | 30 |
|---|---|---|---|
| Initials of Deputy Clerk | | sr | |