# EXHIBIT A

Witness 1 Interview Memorandum

(Filed Under Seal)