# EXHIBIT B

Witness 2 Interview Memorandum

(Filed Under Seal)