# EXHIBIT C

## Witness 3 Interview Memorandum

### (Filed Under Seal)