# EXHIBIT D

Witness 4 Interview Memorandum

(Filed Under Seal)