# EXHIBIT E

Witness 5 Interview Memorandum

(Filed Under Seal)