BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 2:20-326(A)-JFW-2 |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Ex Parte Application to Seal Exhibits A through E
Proposed Order to Seal Exhibits A through E
Exhibits A through E to Joint Statement Regarding Government's Unopposed Motion to Exclude

(Defense counsel shall receive copies of all aforementioned documents via electronic mail.)

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

March 22, 2024                                   BRIAN R. FAERSTEIN
Date                                             Attorney Name
                                                 United States of America
                                                 Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                NOTICE OF MANUAL FILING OR LODGING