John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (SBN 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**DEFENSE LIST OF EXHIBITS TO BE USED DURING DIRECT EXAMINATION OF DEFENSE WITNESS NO. 1** |

Defendant Raymond Chan, by and through counsel of record, John Hanusz and Michael G. Freedman, hereby submits the defense's List of Exhibits To Be Used During Direct Examination of Defense Witness No. 1.[1]  The defense expects that it may mention, identify, or seek permission to publish the following exhibits

---

[1] This witness is identified in the sealed filing located at Docket No. 1370-1.

DEFENSE LIST OF EXHIBITS – DEFENSE WITNESS NO. 1

1 during the direct examination of this witness. The defense respectfully requests
2 the right to modify this list as needed during trial.
3
4 Dated: March 24, 2024        Respectfully submitted,
5                              *s/ John Hanusz*
6                              John Hanusz
                               Attorney for Raymond Chan
7
8                              *s/ Michael G. Freedman*
                               Michael G. Freedman
9                              Attorney for Raymond Chan

**DEFENSE PRE-ADMITTED EXHIBITS**

2918, 2925, 2972, 2973

**DEFENSE IDENTIFICATION-ONLY EXHIBITS**

2971