E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND SHE WAH CHAN, <br>   aka "She Wah Kwong," <br><br> Defendant. | No. CR 2:20-326(A)-JFW-2 <br><br> GOVERNMENT'S LIST OF EXHIBITS TO BE USED DURING WITNESS EXAMINATION – DEFENSE WITNESS 3 <br><br> Trial Date:  March 12, 2024 <br> Trial Time:  8:30 A.M. <br> Location:    Courtroom of the <br>              Hon. John F. Walter |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Cassie D. Palmer,

1

Susan S. Har, and Brian R. Faerstein, hereby files its List of Exhibits to Be Used During Witness Examination – Defense Witness 3.[1]

The government anticipates mentioning, identifying, or publishing, the following exhibits during Defense Witness 3's cross-examination, all of which were pre-admitted by the Court:

- 1, 5, 6, 6A, 101, 128A, 128B, 231, 232, 233, 611B, 700, 701, 702, 703, 704, 705, 706, 707, 708, 709, 714, 715, 716, 931.

The government respectfully requests the right to modify this list as needed during trial and will notify defendant and the Court in the event the government wishes to add additional exhibits.

Dated: March 24, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Chief, Criminal Division


_____/s/_____
BRIAN R. FAERSTEIN
SUSAN S. HAR
CASSIE D. PALMER
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

---

[1] This witness is identified in the government's ex parte application to seal documents filed manually and located at Dkt. No. 1371.

2