John Hanusz (SBN 277367)
HANUSZ LAW, PC
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br><br>Defendant. | Case No. 20CR-00326-JFW<br><br>**DEFENSE LIST OF EXHIBITS TO BE USED DURING SECOND CROSS-EXAMINATION OF FBI SSA ANDREW CIVETTI** |

Defendant Raymond Chan, by and through his counsel of record, John Hanusz and Michael G. Freedman, hereby submits the defense's Supplemental and Amended List of Exhibits To Be Used During the Second Cross-Examination of Federal Bureau of Investigation Supervisory Special Agent ("Agent") Andrew Civetti. The defense expects that it may mention, identify, or seek permission to publish the following exhibits during Agent Civetti's cross-examination. The defense respectfully requests the right to modify this list as needed during trial.

**GOVERNMENT PRE-ADMITTED EXHIBITS**

1, 41A, 42A, 42C, 42D, 45A, 129, 164, 165, 186D-Z, 186H-Z, 186IZ, 191A, 191D, 191F, 191J, 191L, 191N, 192B, 192E, 192K, 192M, 192O, 307, 321, 323, 352, 353, 356, 364BB, 360A, 363F, 364A, 364E, 364L, 364N, 364O, 364P, 364Q, 364R, 364AA, 384B, 386, 387A, 446, 802, 812, 815, 817, 818, 822, 824, 827, 829, 830, 834, 835, 921, 924, 925, 927, 940, 942, 943

**GOVERNMENT EXHIBITS SOUGHT TO BE ADMITTED**

40A, 40B, 42E, 42F, 42G, 944

**DEFENSE PRE-ADMITTED EXHIBITS**

2017, 2326, 2327, 2328, 2909, 2912, 2913, 2914, 2918, 2927, 2928, 2929, 2932

**DEFENSE ID-ONLY EXHIBITS**

2000, 2001, 2002, 2007, 2020, 2028T, 2029T, 2030T, 2031, 2040, 2041, 2042, 2043, 2044, 2046, 2200, 2203, 2343, 2366, 2903, 2919B, 2940, 2941, 2952C, 2955, 2958A, 2974, 2975, 2976, 2977,

**DEFENSE EXHIBITS SOUGHT TO BE ADMITTED**

3491

Dated: March 24, 2024           Respectfully submitted,

*s/ John Hanusz*
John Hanusz
Attorney for Raymond Chan

*s/ Michael G. Freedman*
Michael G. Freedman
Attorney for Raymond Chan

DEFENSE LIST OF EXHIBITS FOR CIVETTI SECOND CROSS