1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS (Cal. Bar No. 242101)
   Assistant United States Attorney
3  Chief, Criminal Division
   CASSIE D. PALMER (Cal. Bar No. 268383)
4  SUSAN S. HAR (Cal. Bar No. 301924)
   BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
5  Assistant United States Attorneys
   Public Corruption & Civil Rights Section
6       1500 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone: (213) 894-0363/3289/3819
8       Facsimile: (213) 894-6436
        E-mail:    Cassie.Palmer@usdoj.gov
9                  Susan.Har@usdoj.gov
                   Brian.Faerstein@usdoj.gov
10
   Attorneys for Plaintiff
11 UNITED STATES OF AMERICA

12                  UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14 UNITED STATES OF AMERICA,          No. CR 2:20-326(A)-JFW-2

15          Plaintiff,                GOVERNMENT'S LIST OF EXHIBITS TO
                                      BE USED DURING WITNESS EXAMINATION
16             v.                     – DEFENSE WITNESS 5

17 RAYMOND SHE WAH CHAN,              Trial Date:   March 12, 2024
     aka "She Wah Kwong,"             Trial Time:   8:30 A.M.
18                                    Location:     Courtroom of the
           Defendant.                               Hon. John F. Walter
19

20

21

22      Plaintiff United States of America, by and through its counsel

23 of record, the United States Attorney for the Central District of

24 California and Assistant United States Attorneys Cassie D. Palmer,

25

26

27

28

                                    1

1  Susan S. Har, and Brian R. Faerstein, hereby files its List of

2  Exhibits to Be Used During Witness Examination – Defense Witness 5.[1]

3      The government anticipates mentioning, identifying, or

4  publishing, the following exhibits during Defense Witness 5's cross-

5  examination, all of which were pre-admitted by the Court:

6      • 1, 5, 6, 6A, 7, 9, 136, 137, 156C.

7      The government respectfully requests the right to modify this

8  list as needed during trial and will notify defendant and the Court

9  in the event the government wishes to add additional exhibits.

10

11  Dated: March 24, 2024              Respectfully submitted,

12                                     E. MARTIN ESTRADA
                                       United States Attorney
13
                                       MACK E. JENKINS
14                                     Chief, Criminal Division

15

16              _____/s/_____
                                       SUSAN S. HAR
17                                     CASSIE D. PALMER
                                       BRIAN R. FAERSTEIN
18                                     Assistant United States Attorneys

19                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
20

21

22

23

24

25

26

27 _____

      [1] This witness is identified in the government's ex parte
28  application to seal documents filed manually and located at Dkt. No.
   1371.

2