# EXHIBIT A

## Proposed Trial Indictment

### (Filed Under Seal)