BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorney
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 2:20-326(A)-JFW-2 |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged:  (**List Documents**)

Exhibit A to Parties' Joint Statement Regarding Proposed Trial Indictment

(Defense counsel shall receive a copy of the aforementioned document via electronic mail.)

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

March 24, 2024
Date

BRIAN R. FAERSTEIN
Attorney Name

United States of America
Party Represented

*Note:*  *File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)          **NOTICE OF MANUAL FILING OR LODGING**