Exhibit A: Proposed Instruction No. 25 (Redline)

1              PROPOSED INSTRUCTION NO. 25 RE:
2       RICO ACTS - OBSTRUCTION OF JUSTICE -- WITNESS TAMPERING
3                          [18 U.S.C. § 1512]
4       I will now instruct you on the law defining the sixth type of
5  racketeering activity alleged in the indictment, namely, obstruction
6  of justice through witness tampering, in violation of Title 18,
7  United States Code, Sections 1512(b)(1), (b)(2) & (b)(3).
8       For an individual to be guilty under Sections 1512(b)(1), ~~(2),~~
9  the government must prove each of the following elements beyond a
10 reasonable doubt:
11      First, the individual knowingly used intimidation, threatened,
12 or corruptly persuaded a person, or attempted to do so, or engaged
13 in misleading conduct toward another person;
14      Second, the individual acted with intent to~~: (a)~~ influence or
15 prevent a person from providing ~~information~~ testimony ~~regarding or~~
16 in an official proceeding, that is, a grand jury investigation~~; (b)~~
17 ~~cause or induce the person to withhold testimony or a record or~~
18 ~~document from an official proceeding; (c) cause or induce the person~~
19 ~~to alter, destroy, mutilate, or conceal an object with intent to~~
20 ~~impair the object's integrity or availability for use in an official~~
21 ~~proceeding; or (d) cause or induce the person to evade legal process~~
22 ~~summoning the person to appear as a witness or to produce a record~~
23 ~~or document in an official proceeding~~;
24      Third, the individual knew or should have known that ~~an~~
25 ~~official proceeding~~ a grand jury investigation was pending or was
26 likely to be instituted; and
27      Fourth, that the ~~official proceeding~~ grand jury investigation
28 was a federal proceeding.  However, the government does not need to

                                  1

1    prove that the individual knew that the ~~proceeding~~ grand jury
2    investigation was a federal proceeding.
3         ~~To "corruptly persuade" means to corrupt another person by~~
4    ~~persuading him or her to violate a legal duty, to accomplish an~~
5    ~~unlawful end or unlawful result, or to accomplish some otherwise~~
6    ~~lawful end or lawful result in an unlawful manner.~~
7    * * *
8         For an individual to be guilty under Sections 1512(b)(2), the
9    government must prove each of the following elements beyond a
10   reasonable doubt:
11        First, the individual knowingly used intimidation, threatened,
12   or corruptly persuaded a person, or attempted to do so, or engaged
13   in misleading conduct toward another person;
14        Second, the individual acted with intent to: (a) cause or
15   induce the person to withhold testimony or a record or document from
16   an official proceeding, that is, a grand jury investigation; (b)
17   cause or induce the person to alter, destroy, mutilate, or conceal
18   an object with intent to impair the object's integrity or
19   availability for use in a grand jury investigation; or (c) cause or
20   induce the person to evade legal process summoning the person to
21   appear as a witness or to produce a record or document in a grand
22   jury investigation.
23        Third, the individual knew or should have known that a grand
24   jury investigation ~~official proceeding~~ was pending or was likely to
25   be instituted; and
26        Fourth, that the ~~official proceeding~~ grand jury investigation
27   was a federal proceeding.  However, the government does not need to
28   prove that the individual knew that the ~~proceeding~~ grand jury

investigation was a federal proceeding.

... * * *

For an individual to be guilty under Section 1512(b)(3), the government must prove each of the following elements beyond a reasonable doubt:

First, the individual knowingly corruptly persuaded a person, or attempted to do so, or engaged in misleading conduct toward another person;

Second, the individual acted with intent to hinder, delay, or prevent a person from communicating to a law enforcement authority information relating to the commission or possible commission of an offense;

Third, there was a reasonable likelihood that at least one of the communications targeted by the individual would have been made to a federal officer; and

Fourth, the information that would have been communicated related to the possible commission of a federal offense.

To "corruptly persuade" means to corrupt another person by persuading him or her to violate a legal duty, to accomplish an unlawful end or unlawful result, or to accomplish some otherwise lawful end or lawful result in an unlawful manner.

Third Circuit Model Jury Instructions, Nos. 6.18.1512B & B-1 (2022 ed.) [Obstruction of Justice – Witness Tampering Through Intimidation (18 U.S.C. § 1512(b)(1), (2) & Hindering Communication Through Intimidation, Threats, or Corrupt Persuasion] (modified)

3