UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-326(A)-JFW | Date | March 22, 2024 |
|---|---|---|---|

Present: The Honorable  JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Interpreter  None

| SHANNON REILLY | MIRANDA ALGORRI | Cassie D. Palmer / Susan S. Har / Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney - Present* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | X | | John Hanusz | X | | X |
| | | | | Michael Gregory Freedman | X | | X |

X  Day 9 Jury Trial

X  Court and counsel discuss jury instructions

X  Witnesses called, sworn, and testified

X  Pre-admitted exhibits identified

X  Case continued to: March 25, 2024 at 8:00 a.m. for further trial

Other:   CC: USPO/ PSA

                                                                                           6   :   30

Initials of Deputy Clerk   sr