E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS (Cal. Bar No. 242101)
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
      1500 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-0363/3289/3819
      Facsimile: (213) 894-6436
      E-mail:    Cassie.Palmer@usdoj.gov
                 Susan.Har@usdoj.gov
                 Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | ORDER SEALING EXHIBIT A TO THE PARTIES' JOINT STATEMENT REGARDING PROPOSED TRIAL INDICTMENT |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | |
| Defendant. | |

For good cause shown, IT IS HEREBY ORDERED THAT:

The government's ex parte application for sealed filing is GRANTED. The document sought to be filed under seal shall be filed under seal. The government may produce the underlying document as permitted or required by applicable law.

IT IS SO ORDERED.

March 26, 2024
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1

**IN CASE OF DENIAL:**

~~The government's ex parte application for leave to file under seal is DENIED. The underlying document shall be returned to the government, without filing of the document or reflection of the nature of the document on the clerk's public docket.~~

Presented by:

/s/ Brian Faerstein
BRIAN R. FAERSTEIN
Assistant United States Attorney