UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-326(A)-JFW | Date | March 25, 2024 |
|---|---|---|---|

| Present: The Honorable | JOHN F. WALTER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| SHANNON REILLY | MIRANDA ALGORRI | Cassie D. Palmer / Susan S. Har / Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney - Present* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | X | | John Hanusz | X | | X |
| | | | | Michael Gregory Freedman | X | | X |

| X | Day 10 Jury Trial |
|---|---|
| X | Witnesses called, sworn, and testified |
| X | Exhibits identified and admitted |
| X | Government rests |
| X | Defendant rests |
| X | Motion for judgment of acquittal (FRCrP 29) is reserved |
| X | Court and counsel discuss jury instructions and verdict form |
| X | Case continued to: March 26, 2024 at 7:45 a.m. for further trial |
| Other: | CC: USPO/ PSA |

5 : 00

Initials of Deputy Clerk    sr