UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| Case No. | CR 20-326(A)-JFW | Date | March 26, 2024 |
|---|---|---|---|

Present: The Honorable  JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Interpreter  None

| SHANNON REILLY | MIRANDA ALGORRI | Cassie D. Palmer<br>Susan S. Har<br>Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney - Present* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | X | | John Hanusz<br>Michael Gregory Freedman | X<br>X | | X<br>X |

X   Day 11 Jury Trial

X   Closing arguments made

X   Court instructs jury

X   Bailiff sworn

X   Juror deliberations begin

X   Clerk and counsel reviewed exhibits to be submitted to Jury for deliberations

X   Confirmation of Exhibit Review and Authorization to Submit Exhibits to Jury

X   Case continued to: March 26, 2024 at 8:00 a.m. for jury deliberation

Other:   CC: USPO/PSA

                                                                    8 : 00

                                        Initials of Deputy Clerk     sr