FILED
CLERK, U.S. DISTRICT COURT

3/26/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___SR___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Raymond She Wah Chan,<br><br>        Defendants. | Case No. **CR 20-326(A)-JFW**<br><br>**CONFIRMATION OF EXHIBIT REVIEW AND AUTHORIZATION TO SUBMIT EXHIBITS TO JURY** |

The undersigned counsel hereby declare that the exhibit list and exhibits prepared to be given to the jury during deliberations were personally and individually reviewed by counsel for Plaintiff and Defendant prior to submission to the jury. The undersigned counsel also declare that the exhibits prepared to be given to the jury contain only admitted exhibits.

Counsel for Plaintiff:      Brian Faerstein      [signature]
                          Printed                                 Signature

Counsel for Defendants(s):      John Hanusz      [signature]
                                 printed                                 Signature

DATE: March 25, 2024