DUPLICATE ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## JURY NOTE

FILED
CLERK, U.S. DISTRICT COURT
MAR 27 2024
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

| | |
|---|---|
| United States of America, | Case No. **CR 20-326(A)-JFW** |
| Plaintiffs, | NOTE # __1__ FROM THE JURY |
| v. | TIME: 9:45 AM |
| Raymond She Wah Chan, | |
| Defendants. | |

THE COURT having been notified of

__✓__   The jury has reached a unanimous verdict.

_____   The jury advises the Court of the following:

_____   The jury requests the following:

_____
_____
_____
_____
_____
_____

Dated: 3/27/2024                Signed: /S/
                                         Foreperson of the Jury

[Redacted Signature]