# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - TRIAL

| Case No. | **CR 20-326(A)-JFW** | Date | March 27, 2024 |
|---|---|---|---|

Present: The Honorable    JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Interpreter    None

| SHANNON REILLY | MIRANDA ALGORRI | Mack Eric Jenkins / Cassie D. Palmer<br>Susan S. Har / Brian R. Faerstein |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney - Present* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2. Raymond She Wah Chan | X | X | | John Hanusz<br>Michael Gregory Freedman | X<br>X | | X<br>X |

| X | Day 12 Jury Trial |
|---|---|
| X | Jurors resume deliberations |
| X | Jury Note No. 1 filed |
| X | Jury Verdict as read on the record: Guilty as to Counts 1, 2, 3, 4, 12, 13, 14, 15, 22, 27, 28, and 39 of the First Superseding Indictment |
| X | Jury polled |
| X | Jurors and alternates discharged from service |
| X | Motion for judgment of acquittal (FRCrP 29) is denied |
| X | G-65 filed |
| X | Jury Instructions filed |
| X | Verdict filed |
| X | Defendant is referred to the Probation Office for Investigation & Report |
| X | Sentencing hearing is set for June 10, 2024 at 8:00 a.m. |
| X | Defendant remains on bond under same terms and conditions previously imposed |

Other:    Exhibits returned to counsel

Counsel are notified that Federal Rule of Criminal Procedure 32 requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, counsel may file such objections not later than twenty-one (21) days before Sentencing. The Court construes "objections" to include departure arguments. Any party intending to move for a continuance of the Sentencing shall, not later than noon on the Monday preceding the Sentencing, notify opposing counsel and the Courtroom Deputy. Strict compliance with the above is mandatory because untimely filings interfere with the Court's preparation for Sentencing. Failure to meet these deadlines is grounds for sanctions.

           :    45

Initials of Deputy Clerk      SR

CC: USPO/PSA; USM