DUPLICATE ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

MAR 27 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>RAYMOND SHE WAH CHAN,<br>　aka "She Wah Kwong,"<br><br>　　　　Defendant. | Case No. CR 20-326(A)-JFW-2<br><br><br>VERDICT FORM |

1

**COUNT ONE**

**Racketeer Influenced and Corrupt Organizations Conspiracy**

1.    We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

     _____        NOT GUILTY

     ✓        GUILTY

of Racketeer Influenced and Corrupt Organizations conspiracy, in violation of 18 U.S.C. § 1962(d), as charged in Count One of the First Superseding Indictment (the "Indictment").


(If the response to **Question 1** is Guilty, you must also answer **Question 2**.  If the response to **Question 1** is Not Guilty, proceed directly to **Question 3**.)

2.   We, the Jury, further unanimously find in support of our verdict on Count One that defendant RAYMOND CHAN agreed that one or more members of the conspiracy, not necessarily the defendant, would commit at least two racketeering acts of the following type or types (for example, at least two acts of Honest Services Wire Fraud, or Bribery under California Law, or Extortion, or Interstate or Foreign Travel in Aid of Racketeering Enterprise, or Money Laundering, or Obstruction of Justice through Witness Tampering, or one of each, or any combination thereof) **(check all that apply)**:

      1. ✓    Honest Services Wire Fraud;

      2. ✓    Bribery under California Law:

        a. ✓    Giving or Offering a Bribe to a Ministerial Officer, Employee, or Appointee of the City of Los Angeles;

        b. ✓    Giving or Offering a Bribe to a Councilmember of the City of Los Angeles, or Receiving or Agreeing to Receive a Bribe by a Councilmember of the City of Los Angeles;

      3. ✓    Extortion;

      4. ✓    Interstate or Foreign Travel in Aid of Racketeering Enterprise;

      5. ✓    Money Laundering;

      6. ✓    Obstruction of Justice – Witness Tampering.

**(Please Proceed to Question No. 3.)**

## COUNT TWO

### Aiding and Abetting Honest Services Wire Fraud

3.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

_____        NOT GUILTY

  ✓          GUILTY

of aiding and abetting honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2(a), as charged in Count Two of the Indictment.

**(If your response to Question No. 3 is "GUILTY," you must answer Question Nos. 4 and 5.  If your response to Question No. 3 is "NOT GUILTY," please skip Question Nos. 4 and 5 and proceed to Question No. 6.)**

4.    We, the Jury, further unanimously find in support of our verdict on Count Two that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Shen Zhen New World I, LLC ("Shen Zhen") agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check <u>all</u> that apply**):

✓   José Huizar presenting motions and resolutions in various City of Los Angeles committees to benefit the redevelopment of the L.A. Grand Hotel;

✓   José Huizar voting on the redevelopment of the L.A. Grand Hotel in various City of Los Angeles committees, including the PLUM Committee, and City Council;

✓   José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the L.A. Grand Hotel;

✓   José Huizar exerting pressure on or advising other City of Los Angeles officials to take an official act to benefit the redevelopment of the L.A. Grand Hotel;

✓   José Huizar introducing or voting on City of Los Angeles resolutions to enhance the professional reputation and marketability of Shen Zhen and/or Wei Huang in the City of Los Angeles to benefit the redevelopment of the L.A. Grand Hotel.

**(Please proceed to Question No. 5.)**

5.    Regarding the statute of limitations as to **Count Two only**, we, the Jury, unanimously find beyond a reasonable doubt that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services affected a financial institution, that is East West Bank (**check one**):

_____ NO

✓\_\_\_\_\_ YES

**(Please proceed to Question No. 6.)**

## COUNT THREE

### Aiding and Abetting Honest Services Wire Fraud

6.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

_____   NOT GUILTY

√         GUILTY

of aiding and abetting honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2(a) as charged in Count Three of the Indictment.

**(If your response to Question No. 6 is "GUILTY," you must answer Question No. 7.  If your response to Question No. 7 is "NOT GUILTY," please skip Question No. 7 and proceed to Question No. 8.)**

7

7.   We, the Jury, further unanimously find in support of our verdict on Count Three that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Shen Zhen agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check all that apply**):

　　　√　 José Huizar presenting motions and resolutions in various City committees to benefit the redevelopment of the L.A. Grand Hotel;

　　　√　 José Huizar voting on the redevelopment of the L.A. Grand Hotel in various City committees, including the PLUM Committee, and City Council;

　　　√　 José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the L.A. Grand Hotel;

　　　√　 José Huizar exerting pressure on or advising other City officials to take an official act to benefit the redevelopment of the L.A. Grand Hotel.

**(Please Proceed to Question No. 8.)**

8

1

## COUNT FOUR

## Aiding and Abetting Honest Services Wire Fraud

8.    We, the Jury, unanimously find the defendant RAYMOND CHAN
(**check one**):

_____        NOT GUILTY

✓        GUILTY

of aiding and abetting honest services wire fraud, in violation of 18
U.S.C. §§ 1343, 1346, and 2(a) as charged in Count Four of the
Indictment.


**(If your response to Question No. 8 is "GUILTY," you must answer
Question No. 9.  If your response to Question No. 8 is "NOT GUILTY,"
please skip Question No. 9 and proceed to Question No. 10.)**

9.    We, the Jury, further unanimously find in support of our verdict on Count Four that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Shen Zhen agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for the following official act(s) (**check all that apply**):

    ✓     José Huizar presenting motions and resolutions in various City of Los Angeles committees to benefit the redevelopment of the L.A. Grand Hotel;

    ✓     José Huizar voting on the redevelopment of the L.A. Grand Hotel in various City of Los Angeles committees, including the PLUM Committee, and City Council;

    ✓     José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the L.A. Grand Hotel;

    ✓     José Huizar exerting pressure on or advising other City of Los Angeles officials to take an official act to benefit the redevelopment of the L.A. Grand Hotel.

**(Please Proceed to Question No. 10.)**

## COUNT TWELVE

### Honest Services Wire Fraud

10.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

_____   NOT GUILTY

✓   GUILTY

of honest services wire fraud, in violation of 18 U.S.C. §§ 1343 and 1346, as charged in Count Twelve of the Indictment.


**(If your response to Question No. 10 is "GUILTY," you must answer Question No. 11.  If your response to Question No. 10 is "NOT GUILTY," please skip Question No. 11 and proceed to Question No. 12.)**

11

11.   We, the Jury, further unanimously find in support of our verdict on Count Twelve that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to defendant RAYMOND CHAN's honest services consisted of a financial benefit in exchange for at least one official act by defendant, that is, defendant exerting pressure on or advising officials from City Council, the City of Los Angeles Planning Commission, Planning Department, or other departments to take an official act to benefit the redevelopment of the Luxe Hotel (**check one**):

_____ NO

__√__ YES

**(Please Proceed to Question No. 12.)**

12

## COUNT THIRTEEN

### Honest Services Wire Fraud

12.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

_____   NOT GUILTY

✓   GUILTY

of honest services wire fraud, in violation of 18 U.S.C. §§ 1343 and 1346, as charged in Count Thirteen of the Indictment.

**(If your response to Question No. 12 is "GUILTY," you must answer Question No. 13.  If your response to Question No. 12 is "NOT GUILTY," please skip Question No. 13 and proceed to Question No. 14.)**

13

13.  We, the Jury, further unanimously find in support of our verdict on Count Thirteen that the scheme or plan to defraud the City of Los Angeles and its citizens consisted of a financial benefit in exchange for at least one official act by defendant RAYMOND CHAN, that is, defendant exerting pressure on or advising officials from City Council, the City of Los Angeles Planning Commission, Planning Department, or other departments to take an official act to benefit the redevelopment of the Luxe Hotel (**check <u>one</u>**):

_____ NO

✓_____ YES

**(Please Proceed to Question No. 14.)**

14

## COUNT FOURTEEN

## Aiding and Abetting Honest Services Wire Fraud

14.  We, the Jury, unanimously find the defendant RAYMOND CHAN (check **one**):

_____     NOT GUILTY

  ✓     GUILTY

of aiding and abetting honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2(a) as charged in Count Fourteen of the Indictment.

**(If your response to Question No. 14 is "GUILTY," you must answer Question No. 15.  If your response to Question No. 14 is "NOT GUILTY," please skip Question No. 15 and proceed to Question No. 16.)**

15. We, the Jury, further unanimously find in support of our verdict on Count Fourteen that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Hazens agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for José Huizar's explicit promise to perform the following particular official act(s) (**check all that apply**):

    ✓   José Huizar presenting motions and resolutions in various City of Los Angeles committees to benefit the redevelopment of the Luxe Hotel;

    ✓   José Huizar voting on the redevelopment of the Luxe Hotel in various City of Los Angeles committees, including the PLUM Committee and City Council;

    ✓   José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the Luxe Hotel;

    ✓   José Huizar exerting pressure on or advising other City of Los Angeles officials to take an official act to benefit the redevelopment of the Luxe Hotel.

**(Please Proceed to Question No. 16.)**

16

## COUNT FIFTEEN

### Aiding and Abetting Honest Services Wire Fraud

16.  We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

_____     NOT GUILTY

✓     GUILTY

of aiding and abetting honest services wire fraud, in violation of 18 U.S.C. §§ 1343, 1346, and 2(a) as charged in Count Fifteen of the Indictment.


**(If your response to Question No. 16 is "GUILTY," you must answer Question No. 17.  If your response to Question No. 16 is "NOT GUILTY," please skip Question No. 17 and proceed to Question No. 18.)**

17

17.   We, the Jury, further unanimously find in support of our verdict on Count Fifteen that the scheme or plan to defraud the City of Los Angeles and its citizens of their right to José Huizar's honest services consisted of Hazens agreeing to provide or providing a financial benefit to José Huizar, or José Huizar agreeing to accept or accepting a financial benefit, in exchange for José Huizar's explicit promise to perform the following particular official act(s) (**check all that apply**):

    ✓    José Huizar presenting motions and resolutions in various City of Los Angeles committees to benefit the redevelopment of the Luxe Hotel;

    ✓    José Huizar voting on the redevelopment of the Luxe Hotel in various City of Los Angeles committees, including the PLUM Committee and City Council;

    ✓    José Huizar taking action in the PLUM committee to expedite the approval process and affect project costs for the redevelopment of the Luxe Hotel;

    ✓    José Huizar exerting pressure on or advising other City of Los Angeles officials to take an official act to benefit the redevelopment of the Luxe Hotel.

**(Please Proceed to Question No. 18.)**

18

## COUNT TWENTY-TWO

## Aiding and Abetting Bribery Concerning Programs Receiving Federal Funds

18.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

_____   NOT GUILTY

  ✓     GUILTY

of aiding and abetting bribery concerning programs receiving federal funds, in violation of 18 U.S.C. §§ 666(a)(1)(B) and 2(a), as charged in Count Twenty-Two of the Indictment.

**(Please Proceed to Question No. 19.)**

19

## COUNT TWENTY-SEVEN

### Aiding and Abetting Bribery Concerning Programs Receiving Federal Funds

19.   We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

_____   NOT GUILTY

   ✓      GUILTY

of aiding and abetting bribery concerning programs receiving federal funds, in violation of 18 U.S.C. §§ 666(a)(1)(B) and 2(a), as charged in Count Twenty-Seven of the Indictment.


**(If your response to Question No. 19 is "GUILTY," you must answer Question No. 20.   If your response to Question No. 19 is "NOT GUILTY," please skip Question No. 20 and proceed to Question No. 21.)**

20.   We, the Jury, further unanimously find in support of our verdict on Count Twenty-Seven that José Huizar solicited, demanded, accepted, or agreed to accept a thing of value in exchange for José Huizar's explicit promise to perform the following particular official act(s) **(check all that apply)**:

     ✓     José Huizar voting to approve the Luxe Hotel Project in the PLUM Committee and City Council;

     ✓     José Huizar presenting a resolution in the PLUM Committee to benefit the redevelopment of the Luxe Hotel.

**(Please Proceed to Question No. 21.)**

21

## COUNT TWENTY-EIGHT

### Bribery Concerning Programs Receiving Federal Funds

21.  We, the Jury, unanimously find the defendant RAYMOND CHAN (**check one**):

_____  NOT GUILTY

____√____  GUILTY

of bribery concerning programs receiving federal funds, in violation of 18 U.S.C. § 666(a)(1)(B), as charged in Count Twenty-Eight of the Indictment.

**(Please Proceed to Question No. 22.)**

22

**COUNT THIRTY-NINE**

**False Statement**

22.   We, the Jury, unanimously find the defendant RAYMOND CHAN (check **one**):

_____      NOT GUILTY

✓      GUILTY

of making a false statement to a federal government agency, in violation of 18 U.S.C. § 1001(a)(2), as charged in Count Thirty-Nine of the Indictment.

**(If your response to Question No. 22 is "GUILTY," you must answer Question No. 23.  If your response to Question No. 22 is "NOT GUILTY," please skip Question No. 23.)**

23.   We, the Jury, further unanimously find in support of our verdict on Count Thirty-Nine that the following statements were false and material (**check all that apply**):

_✓_        Defendant CHAN was "not involved" and had "no involvement" in the settlement of José Huizar's 2013 sexual harassment lawsuit.

_✓_        "Chairman [Wei Huang] doesn't have anything . . . in front of Jose [Huizar]'s district . . . that needs José [Huizar]'s help or involvement."

_✓_        "[Wei Huang] never asked José [Huizar] for anything," including help on the L.A. Grand Hotel.

**(The foreperson should now sign and date this verdict form.)**


                                                  /s/
                                    _____
                                    FOREPERSON OF THE JURY

DATED: March 21 2024, at Los Angeles, California.