UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

Case No.   **CR 20-326(A)-JFW**                                                                Dated: March 29, 2024

====================================================================
PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Cassie D. Palmer |
| Courtroom Deputy | Court Reporter | Susan S. Har |
| | | Brian R. Faerstein |
| | Interpreter: None | Asst. U.S. Attorney |
| | | present |

====================================================================
U.S.A. vs (Dfts listed below)                                Attorneys for Defendants

2.   Raymond She Wah Chan                              2.   John Hanusz
     present on bond                                          Michael Gregory Freedman
                                                              present - retained

**PROCEEDINGS:   STATUS CONFERENCE**

Case called, and counsel make their appearance.

Status conference held.

Counsel shall meet and confer regarding a briefing schedule in accordance with the comments made at the hearing.


CC: USPO/PSA

Initials of Deputy Clerk  sr
0/20