HANUSZ LAW, PC
John Hanusz (SBN 277367)
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (SBN 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND CHAN,<br><br>　　　　　Defendant. | Case No. 20CR-00326-JFW<br><br>**[PROPOSED] ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED that Mr. Chan's sentencing hearing be continued to October 4, 2024 at 8:00 a.m. The parties are ordered to file their respective sentencing positions on September 20, 2024. The parties shall file a joint statement regarding restitution on September 13, 2024.

Dated: _____ __, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JOHN F. WALTER
　　　　　　　　　　　　　　　　　　　United States District Judge

[PROPOSED] ORDER