HANUSZ LAW, PC
John Hanusz (SBN 277367)
515 South Flower Street, Suite 3500
Los Angeles, California 90071
Telephone: (213) 204-4200
Email: john@hanuszlaw.com

Michael G. Freedman (SBN 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: michael@thefreedmanfirm.com

Attorneys for Raymond Chan

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20CR-00326-JFW |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RAYMOND CHAN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED that Mr. Chan's sentencing hearing be continued **to October 4, 2024 at 8:00 a.m.** The parties are ordered to file their respective sentencing positions on September 13, 2024. The parties shall file a joint statement regarding restitution on September 5, 2024.

Dated: May 21, 2024

_____
HON. JOHN F. WALTER
United States District Judge

CC: USPO/PSA; USM

ORDER