# SYNERGY/CCC

**Action Items 10/28/2018**

Ray    George    Stephanie    YY    Even

- Update Synergy/CCC Radar (1st step by Saturday + 2nd step action list--3rd step split Radar)
- Reimbursement (Ray: submit 11/25--reimbursement 11/30)   /   (Seilo: submit 11/25--reimbursement 11/30)
- Budget Review 11/9   /   11/23
- **Balance 10/26 (Synergy $167,000 - AP + AR $30,000 = $197,000   /   CCC $115,000 - $15,000 = $100,000)**
- Dailo and Seilo to go to WF branch to add Dailo on account 11/5
- CCC Quickbook Online (YY setup 10/26?)--YY builds database (10/26?)--Input CCC income and expense data and generate financial reports (11/1?)--YY to provide GC and EW's passwords--YY train Even to data input (11/1?)
- Monthly Staff Meeting & Lunch (Last Friday of each month 11/30 - may skip due to 12/1 dinner)
- Hiring 1 full-time and 1 part-time staff (Decision 10/31--Offer 11/1--Start 11/12 or 11/19)
- X'mas Party- $11,000 (12/13 40 people @ SG Sheraton)
    - Finalize Guest List and send Save Date email 10/30--Confirm w/ Teddy on date & menu 11/7
    - Prepare Flyer 11/9--Send Invitation 11/13--Buy Lottery Gifts 11/30   /   Buy Wine 11/18
- X'mas Gifts - $13,000 (Update Gifts List & Decide on gifts 11/12--Order gifts 11/14--Hire drivers to deliver)
- SCS Bonus paid? (SM $2,000   /   YY $1,000   /   Even $1,000)
- Organize Google drive (ongoing)
- Smart Office (WF Andy CW Bill on a finishing date 10/29--may have GTS to wrap up--demo proposal?)
- Yan Yan (Apply for Class (CW YY)--apply for test)   /   Prepare for 11/6 Interview
- RE Book for John (WF John   /   sent)
- RE Sidekick (come up with a business plan)

### Things-to-do

- SCS         - Online courses w/ SCS (WF Shawn)   /   CCC Exclusivity (TT Jim after KQG agreement)
- Gathering   - Update Relationship Chart
                    . Frank/Osama (WF date) / Catherine 11/8 / Charmie 11/15 / Amanian (CW Ara) / F. Lara (set up)
                    . Danielle 11/17 / Nick's Celebration (FU) / Luci's Celebration (Jan / gift for Maceo)
                    . Enrique (WF a new date) / Spott (set up) / Marty (ask Joel) / Pascal & Norma (set up)
                    . Michaelson (WF reply) / Norma (WF dates) / Ana (WF dates) / Johnny (WF date)
                    . Kristy 8/16 / Tony & John 8/22 / Gracy 8/24 / Gary 9/5 / Quan 9/6 / Ara 9/4 / Gina 9/21 / Tarica 10/29
                    . COS: Curtis (contact Curtis) / CD13 COS / Areen 8/15 / Deron 8/16
- IHTF CP     -WF Herb's direction   /   In-lieu fee (TT Andrew)--TT CD1 (Tony fully supports)--TT Rush--TT JH--TT

### Fund Raising

- Dang             - Election 11/6 (where is the celebration party?)
- CD4 11/27   - [Angie ▮▮▮▮ 2823]   /   Revise Flyer 11/6--invitation email
    - Michael 2 / Daniel 2 / Ray/George 2 / A-team 2 / Kevin 1 / Joseph 1 / AHc 2 / Farrell 1 / Edgar? / Afriat?   /   Officials?
- CD8 12/4     - [Christina ▮▮▮▮ 0830]   /   Revise Flyer 11/6--invitation email
    - Michael 2 / Daniel 2 / Ray/George 2 / A-team 2 / Kevin 1 / Joseph 1 / AHc 2 / Farrell 1 / Edgar? / Afriat?   /   Officials?
- Richelle 11/9- CCC 1 table / Kevin 1 table / Joseph 1 table (TT) / Sim 1 table (TT) / others?
- Birthdays    - (1/15 / 2/23 / 9/10 / 9/26 / 11/17)   /   3 Disney Tickets
- SK              - Set aside (10 from Andy + 1.5 from CCC)

[PAGE]

Casino_0380876

Exhibit 45D
Page 1 of 1