# [No Subject]

| | |
|---|---|
| **From:** | George Esparza <​█████​@gmail.com> |
| **To:** | George Esparza <​█████​@gmail.com> |
| **Date:** | Mon, 18 May 2015 11:41:59 -0700 |
| **Attachments:** | Huizar Debt Finance Plan.xlsx (10.63 kB); Salesian 2015.xlsx (9.66 kB) |

| First | Last | Company | Number | Commitment | Notes |
|---|---|---|---|---|---|
| | | | Huizar Debt Finance Plan 2015 | | |
| | | | | | |
| Ray | | | | 10000 | Ray |
| Joseph | Lin | | | 20000 | Ray, GC |
| Mr. Wang | | | | 10000 | Received |
| | | Fuxing | | 5000 | |
| | | Hazen | | 10000 | GE |
| Dr. | Lee | | | 5000 | GE |
| Winfred | Zhang | Shanghai Construction | | 20000 | GE, Ricky |
| Justin | Kim | TMG Realty | -2669 | 40000 | GE |
| Jerry | Nueman | | 8145 | 15000 | GE: Dinner confirmed for 6/9 |
| Ben | Reznick | | | 5000 | GE |
| John | Semcken | Majestic Realty | -4306 | | Offered at that meeting with CM and Jesse to help fundraise to pay down debt. |
| Josh | Geller | LA City Attorney's Association | -1119 | | He offered his groups help with donations to the campaign |
| Arden | Hearing | Trumark Urban | 5494 | | CM asked to get info during planning meeting. |
| Kyle | Miliano | ETCO Homes | -550 | 2100 | We had lunch with these guys at the Farm. |
| Lee | Rabun | CLR Enterprises | -4300 | 1400 | |
| | | | | | |
| | | Atlas? Jerry Neuman | | | |
| | | | | | |
| **Total** | | | | **143500** | |

**Exhibit 113**
**Page 2 of 3**

|  |  |  |  | **Salesian Fundraising Plan** |  |
|---|---|---|---|---|---|
| **First** | **Last** | **Organization** | **Commitment** | **Notes** |  |
| Thomas |  |  | 10000 |  |  |
|  |  | Hazen | 10000 | GE. Should have by next week |  |
| Chairman | Haung |  | 20000 |  |  |
| Ifei | Chang | Greenland | 30000 |  |  |
| Dr. Lee |  |  | 5000 |  |  |
| Fuxing |  |  | 5000 |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | 80000 |  |  |

**Exhibit 113**
**Page 3 of 3**