| SCHOOLS 9/15 | BILLS |
|---|---|
| ✓ 10K/ THOMAS | 10K / MISC -R |
| ✓ 10K/ HAZENS | 20K / JOSEPH LIN ✓-R |
| — 20K/ CM WONG | 5K / MR. WANG ✗G |
| 5KR 10K/ GREENLAND | 5K / FUXING -G |
| — 5K/ DR. LEE | 5K/ EILEEN ✓ SHANGHAI CONSTRUCTION |
|  | 5K/ JERRY NEWMAN |
| 50K | 50K P |

Casino 0381891

**Exhibit 113A**
**Page 1 of 1**