# [No Subject]

| | |
|---|---|
| **From:** | Raymond Chan <████████@gmail.com> |
| **To:** | Jeremy Chan <████████@gmail.com> |
| **Date:** | Sun, 24 May 2015 11:32:16 -0700 |
| **Attachments:** | JH.docx (16.19 kB) |

| School | | Account | |
|---|---|---|---|
| IFei – GE | 30 | Joel Miller 5 – GE 3700 / cell 8133) | 15 |
| Joseph Lin – GE 3168) | 20 | Al Hernandez 3 – GE 0600) | |
| | | Dominic Rubalcava 2   CW JH 0770) | |
| | | Dr. Lee 5 – GE | |
| | | Jerry Neuman / Joseph Lin – GE | 20 |
| Yuan -- GC | 10 | Yuan – GC | 10 |
| | | Wang – GC | 10 |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit 114
Page 2 of 2