

# GALA 2015 SPONSORS

We thank the following for their support of the Gala dinner:

**Salesian Spirit Sponsor $25,000**

Anonymous
Greenland

**Salesian Blue & Black Sponsor $10,000**

AEG
Cordoba
Frank McHugh-O'Donovan Foundation
Hazen
Liner
Oceanwide
Schomoff
Skanska USA Civil

**Salesian Colts Sponsor $5,000**

| | | |
|---|---|---|
| AECom | Fifteengroup | Paul Vizcaino |
| CH2MHill | Fortaleza | Red Chamber Co. |
| City Century | Holland Group | Regency |
| Clear Channel Outdoors | Hudson Properties | Trammell Crow Residential |
| Dr. David Lee | IBEW Local 11 | T.P. Reifer |
| | Lamar Advertising | |

**Gala 2015 Supporters**

| | |
|---|---|
| BB&T Insurance | Maria Mehranian |
| Mauricio Acevedo '74 | MPE Consulting |
| Broadway Tradecenter | Pacifica Services Inc |
| Coast Heat Treating | Philip Rinaldi Trust |
| Everly Inc | Richard and Angie Alatorre |
| Hatch Mot McDonald | RTKL - Kelly M. Farrell |
| Hazen and Sawyer | SCE Federal Credit Union |
| Pastor Herrera '63 | Southern California Gas Company |
| Richard Hugues '65 | St. Bridget Chinese Catholic School |
| Inverse Logic | Tribune Real Estate Holdings, LLC |
| Maria Lupo | USC Latino Alumni Association |
| Brian Flynn | White Memorial |
| Billie Greer | YMCA - Weingart |
| Judy Johnson | |

Best efforts were made to include all donors and sponsors of this event at time of printing. We apologize if donors are missing from this list.