Message

**From:**          George Esparza ▮▮▮▮▮▮ @gmail.com]
**Sent:**          1/10/2018 12:45:51 AM
**To:**            jose.huizar ▮▮▮▮▮▮
**Subject:**       IE Strategy
**Attachments:**   Copy of Commitments.xlsx; IE Huizar Strategy.xlsx

Here you go.

**Exhibit 125**
**Page 1 of 3**

| Name | Amount | Notes |
|---|---|---|
| Ream & Urban Offerings | 25000 | Tanner Blackman |
| Onni Group | 25000 | |
| Tabans | 25000 | Daniel Taban |
| Lowe Enterprises | 25000 | |
| Peebles Corporation | 75000 | Art Gastelum |
| Mcfarland | 25000 | Art Gastelum |
| Trammel Crow Property | 25000 | |
| Sun Cal | 25000 | Frank Faye |
| Lightsone | 50000 | Morrie Goldman |
| Atlas | 25000 | Jeff Goldberg |
| Shanghai Construction | 25000 | Hamid Behdad |
| City Century | 25000 | Joseph Lin |
| Greenland | 25000 | Mr. Wu |
| Mitsui Fudosan America | 25000 | Morrie Goldman |
| Trammel Crow Residential | 25000 | Morrie Goldman |
| Holland | 25000 | Morrie Goldman |
| Mitsui Fudosan America | 25000 | Morrie Goldman |
| Related | 25000 | Morrie Goldman |
| Carmel | 25000 | Morrie Goldman |
| Wonderful Company | 25000 | Morrie Goldman |
| AirBNB | 25000 | John Choi |
| Sigue | 25000 | Bill De La Vina |
| Skanska | 25000 | Mike Aparacio |
| BLVD Hotel | 25000 | Jon Blanchard |
| Dayroush Dayan | 25000 | |
| Naty Saidoff | 25000 | |
| Steve Lee | 25000 | |
| Sign Companies? | 25000 | |
| Sagar Kumar? | | |
| Gallo Project | 50000 | Michael Logrande |
| Hazen | 100000 | George Chaing |
| Oceanwide | 25000 | George Chaing |
| R&F | 25000 | George Chaing |
| Dr. Lee | 25000 | Chris Pak |
| Lendlease | 25000 | Michael Concannon |
| Trash Companies | 25000 | |
| George Pekar | 25000 | |
| Dominick Rubalcava | 25000 | Several development projects in DT. Shammas. |
| Geof Palmer | 25000 | |
| Barry Shy | 25000 | |
| Cannabis Industry | 50000 | |
| **Total** | **1200000** | |

**Exhibit 125**
**Page 2 of 3**

| Company | Commitment | Notes |
|---|---:|---|
| Cambria | 25000 | Chris M |
| Camden | 50000 | Paul V |
| Izek | 50000 | Sears |
| Reef | 25000 | Howard Sunkin |
| Flower Mart | 100000 | Scott Yamabe |
| Hazen | 100000 | Huizar |
| Peebles | 75000 | PENDING |
| Lightstone | 50000 | PENDING |
| Gallo Project | 50000 | PENDING |
|  |  |  |
| **Total** | **525000** |  |

**Exhibit 125**
**Page 3 of 3**