Message

| | |
|---|---|
| **From**: | Jose Huizar |
| **Sent**: | 1/16/2018 3:24:19 AM |
| **To**: | Christina Kegeyan [                @gmail.com] |
| **Subject**: | PAC Fundraising |
| **Attachments**: | Master List PAC.xlsx; Initial Commitments to PAC.xlsx |

Hello Christina.

Hope you had a great MLK day and weekend.

You have time tomorrow or wed to have a phone conference and go over these lists that are attached?

The lists are confidential and should only be shared between you and I.

Also, can you call two people for initial seed money:

(1) Chris Modjeski: He said he can get Cambria (development company), possibly 2 or 3 other unions to make immediate deposits as seed money (possible ibew local 11 and others).

(2) George Alwan:        7939. I don't know how much he can do...ask for 5 k? or maybe ask him to collect checks and do 10 k?


Finally, our plan is two pronged:

(1) go off of these lists i sent you and continue to identify big $ donors; also
(2) go off my bundler lists and ask for fundraisers/dinners etc.....

I will ask mayra to work out with you some days i have for call time so that we continuously fundraise but for now lets have a phone conference next couple of days please.

thanks!

again, keep these lists confidential.

Master List PAC.xlsx

| Name | Amount | Notes |
|---|---|---|
| Realm & Urban Offerings | 25000 | Tanner Blackman |
| Onni Group | 25000 | |
| Tabans | 25000 | Daniel Taban |
| Peebles Corporation | 75000 | Art/Morrie |
| Sun Cal | 25000 | Morrie Goldman |
| Lightsone | 50000 | Morrie Goldman |
| Atlas | 25000 | Jeff Goldberg |
| Shanghai Construction | 25000 | Hamid Behdad |
| City Century | 25000 | Joseph Lin |
| Greenland | 25000 | Mr. Wu |
| Mitsui Fudosan America | 25000 | Morrie Goldman |
| Trammel Crow Residential | 25000 | Morrie Goldman |
| Holland | 25000 | Morrie Goldman |
| Mitsui Fudosan America | 25000 | Morrie Goldman |
| Related | 25000 | Morrie Goldman |
| Carmel | 25000 | Morrie Goldman |
| Wonderful Company | 25000 | Morrie Goldman |
| AirBNB | 25000 | John Choi |
| Sigue | 25000 | Bill De La Vina |
| Skanska | 25000 | Mike Aparacio/Art |
| BLVD Hotel | 25000 | Jon Blanchard |
| Dayroush Dayan | 25000 | |
| Naty Saidoff | 25000 | |
| Steve Lee | 25000 | |
| Sign Companies? | 25000 | |
| Sagar Kumar? | | |
| Gallo Project | 50000 | Michael Logrande |
| George Chiang | 100000 | George Chaing |
| Oceanwide | 25000 | George Chaing |

Exhibit 126
Page 2 of 4

Casino_0003484

Master List PAC.xlsx

| | | |
|---|---|---|
| R&F | 25000 | George Chaing |
| Dr. Lee | 25000 | Chris Pak |
| Trash Companies | 25000 | |
| George Peykar | 25000 | |
| Shammas Development | 25000 | Dominick Rubalcava |
| Barry Shy | 25000 | |
| Cannabis Industry | 50000 | |
| | | |
| | | |
| **Total** | **1075000** | |

Exhibit 126
Page 3 of 4

Casino_0003484

# Initial Commitments to PAC.xlsx

| Company | Commitment | Notes |
|---|---|---|
| Cambria | 25000 | Chris M |
| Camden | 50000 | Paul V |
| Izek | 50000 | Izek |
| Reef | 25000 | Howard Sunkin |
| Flower Mart | 100000 | Scott Yamabe |
| George Chiang | 100000 | George Chiang |
| Peebles | 75000 | Art/Morrie |
| Lightstone | 50000 | Art/Morrie |
| Gallo Project | 25,000 | Michael Logrande |
|  |  |  |
| **Total** | **500000** |  |

Exhibit 126
Page 4 of 4

Casino_0003485