1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang



**RAYMOND CHAN**



Andy Wang

**TRANSLATED**

**Ex. 186I-Z**
**Time Stamp: (Audio Part 2) 00:53:30 – 00:56:00**

| Speaker | Exhibit 186I (Transcript) |
|---|---|
| CHAN | You just think about it for a minute. They've already connected it with *Vegas*. *Vegas* is a very big problem. *Vegas*—for one, Huang Wei is a *high roller*. |
| Wang | Right. [chuckles] |
| CHAN | He goes there by private jet. But the thing about private jet is using your name is a problem. Let's say *Jose* used his own name, people would ask you, "Did you pay back Huang Wei?" |
| Wang | Oh, right. |
| CHAN | If you did not pay, why are you on the jet? And the other thing, you must tell Cathy to cash the check I gave you, okay? Is that right? |
| Wang | [OV] *Oh, oh, right, right*. |
| CHAN | —and right away—*OK*? You know me, right? |
| Wang | That I—I know—it's— |
| CHAN | [OV] you have to be careful. |
| Wang | [OV] I know. This—he— |

1

Exhibit 186I-Z
Page 1 of 3

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 186I (Transcript) |
|---|---|
| CHAN | [OV] So he needs to—the first thing they would ask you is "Did you back Huang Wei?" I'm—I—I—*Jose*—if they asked *Jose*, how would *Jose* answer? |
| Wang | *What*? |
| CHAN | [UI] *Jose* didn't use his own name, you know? |
| Wang | Did they do that? [pause] They didn't, right? Hey, [noise] in theory, if you do this, if you use someone else's name, and when they look at the picture which is not the same, they won't let you get on— |
| CHAN | You—theirs— |
| Wang | —the plane, right? |
| CHAN | —theirs is a private jet. How would— |
| Wang | Oh, that means whoever—whoever— |
| CHAN | [OV] You think it's the real— |
| Wang | [OV] They don't— |
| CHAN | [OV]—im-immigration—immigration department— |
| Wang | [OV]—don't really—uh-uh—they would just— |
| CHAN | [OV] If it were the immigration department— |
| Wang | [OV]—casually look at it and let you go. |
| CHAN | —they wouldn't let him go. |
| Wang | That would be a problem. |
| CHAN | [OV] They went to a over eight thousand square feet *villa*. |
| Wang | That would be a problem. |
| CHAN | The biggest problem is on the high roller *table*. |
| Wang | *Uh-huh*. |
| CHAN | There are too many cameras. |

2

1D130
August 23, 2017
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 186I (Transcript) |
|---|---|
| Wang | Oh, the *camera*. |
| CHAN | That's what they will pay attention on [UI] |
| Wang | But you don't have the *proof*. |
| CHAN | What *proof* is needed? |
| Wang | If—if Huang Wei gives him money— |
| CHAN | There's no—no *proof*.  Could have been when they were gambling. On this, the other *go to cash money, George gave* to *Jose* quite a few times. |
| Wang | That, that, I didn't know. |

Abbreviations:
  [ ]  Exegeses
  [TN:] Translator's Notes
  [PH] Phonetic
  [UI]  Unintelligible
  [IA]  Inaudible
  [SC]  Simultaneous Conversation
  [OV]  Overlapping Voices
  *Italics* Spoken in English

3