


**Extraction Report** - Apple iOS iTunes (Backup)



Raymond Chan
6463

Jose Huizar
9910



---

**6463 Ray Chan**

Good morning sir, I hope things are going good in Vegas and your family is enjoying the trip.

12/31/2013 8:16:46 AM(UTC-8)

**6463 Ray Chan**

Good morning ray! Everything is great!

12/31/2013 10:19:35 AM(UTC-8)

**6463 Ray Chan**

Fantastic!

12/31/2013 10:22:11 AM(UTC-8)

---