


**Extraction Report** - Apple iOS iTunes (Backup)



Raymond Chan
6463

Jose Huizar
9910



6463 Ray Chan
Chairman change Plana for this weekend or still on?
6/4/2014 2:52:53 PM(UTC-7)

6463 Ray Chan
Plans
6/4/2014 2:52:58 PM(UTC-7)

6463 Ray Chan
So far, plan for you, George, and Ritchell remains the same.  Leave L.A. on Saturday afternoon and return on Sunday night.
6/4/2014 5:03:08 PM(UTC-7)

6463 Ray Chan
Ok for Richelle to go?
6/4/2014 5:13:40 PM(UTC-7)