


**Extraction Report** - Apple iOS iTunes (Backup)



**Raymond Chan**
6463

**Jose Huizar**
9910



---

**6463 Ray Chan**
(1/2) Sir, can you, Ritchell, and George attend tomorrow night's dinner celebrating the graduation of the chairman's best friend's daughter?  The dinner will be
6/4/2014 8:00:07 PM(UTC-7)

**6463 Ray Chan**
(2/2) at Sheraton.  The chairman talked about this dinner multiple times during our dinner at the Duck House.  Please advise.  Ray
6/4/2014 8:00:08 PM(UTC-7)

**6463 Ray Chan**
I can't make it tomorrow.  I have a long lasting commitment that I can't change.
6/4/2014 9:27:53 PM(UTC-7)

**6463 Ray Chan**
No problem sir.  I'll tell the chairman.  I'll confirm the Vegas trip with him and report back to you.  Have a great evening.
6/4/2014 9:40:22 PM(UTC-7)

**6463 Ray Chan**
Thank you. Yes I have a dinner with a son of king from Saudi Arabia that was schedule a while back and I can't change.   I would change anything for chairman but this one is tough to move.  Yes please let me know about Vegas so that I can make plans
6/4/2014 9:42:05 PM(UTC-7)

**6463 Ray Chan**
I'll let him know who you will be meeting tomorrow.  Good night!
6/4/2014 9:59:21 PM(UTC-7)

> **6463 Ray Chan**
> Dinner with kings soon was rescheduled for next week....
> 6/5/2014 12:14:39 PM(UTC-7)

> **6463 Ray Chan**
> Richelle, me and George can make it.
> 6/5/2014 12:15:32 PM(UTC-7)

> **6463 Ray Chan**
> Great!
> 6/5/2014 1:28:35 PM(UTC-7)

> **6463 Ray Chan**
> What time?
> 6/5/2014 2:46:45 PM(UTC-7)

> **6463 Ray Chan**
> The chairman said 6:30. You need to do your own interpretation.
> 6/5/2014 4:45:26 PM(UTC-7)

> **6463 Ray Chan**
> Yeah..I probably won't get there til 8:30 anyway. I give a speech at a graduation before then
> 6/5/2014 4:46:14 PM(UTC-7)

> **6463 Ray Chan**
> Got it.
> 6/5/2014 5:11:14 PM(UTC-7)

> **6463 Ray Chan**
> I will let u k ow how we are on timing.
> 6/5/2014 5:35:13 PM(UTC-7)

> **6463 Ray Chan**
> Thanks!
> 6/5/2014 5:54:55 PM(UTC-7)

> **6463 Ray Chan**
> He would love to see you earlier.
> 6/5/2014 7:00:34 PM(UTC-7)

**6463 Ray Chan**
(1/2) Good morning sir, I hope you have fun last night and I also wish you a great weekend trip. I just heard that you may not be at PLUM on 6/10. Is this
6/6/2014 8:08:29 AM(UTC-7)

**6463 Ray Chan**
(2/2) true?
6/6/2014 8:08:30 AM(UTC-7)

**6463 Ray Chan**
I will not be in plum.
6/6/2014 8:09:43 AM(UTC-7)

**6463 Ray Chan**
I see. Is there a good time to talk?
6/6/2014 10:09:58 AM(UTC-7)