


**Extraction Report** - Apple iOS iTunes (Backup)



**Raymond Chan**
▇▇▇▇ 6463



**Jose Huizar**
▇▇▇▇ 9910

---

**▇▇▇▇ 6463 Ray Chan**
Good morning sir, did you have a chance to talk to the chairman last night?
*8/20/2014 7:21:39 AM(UTC-7)*

**▇▇▇▇ 6463 Ray Chan**
No. Didn't hear anything.
*8/20/2014 8:05:28 AM(UTC-7)*

**▇▇▇▇ 6463 Ray Chan**
I think you should call Ricky to find out the latest. Let's touch base in the late morning.
*8/20/2014 8:18:21 AM(UTC-7)*

**▇▇▇▇ 6463 Ray Chan**
Ok
*8/20/2014 8:18:35 AM(UTC-7)*

**▇▇▇▇ 6463 Ray Chan**
Any further development?
*8/20/2014 11:55:55 AM(UTC-7)*

**▇▇▇▇ 6463 Ray Chan**
No. Some confusion. I asked Ricky to try and get me meeting with chairman tonight.
*8/20/2014 11:59:11 AM(UTC-7)*

**▇▇▇▇ 6463 Ray Chan**
Can you talk?
*8/20/2014 11:59:41 AM(UTC-7)*

**6463 Ray Chan**
Have you set up a meeting with the chairman?
*8/20/2014 5:48:47 PM(UTC-7)*

**6463 Ray Chan**
Ricky told me that you mey with the chairman and things have been worked out. Right?
*8/20/2014 8:03:14 PM(UTC-7)*

**6463 Ray Chan**
Yes.  I have been running around today.  Can I call I in half hour?
*8/20/2014 8:04:48 PM(UTC-7)*

**6463 Ray Chan**
Yes.Please.
*8/20/2014 8:12:30 PM(UTC-7)*

**6463 Ray Chan**
Good morning sir.  I hope you did well in LV.  Do you have a good time to talk?
*8/25/2014 11:25:53 AM(UTC-7)*

**6463 Ray Chan**
I understand George spoke to you....sorry didn't get back to you.
*8/26/2014 12:21:12 PM(UTC-7)*

**6463 Ray Chan**
No problem sir.  Can you talk now for 1 min?
*8/26/2014 12:42:26 PM(UTC-7)*

**6463 Ray Chan**
Hi boss, can you make it to the Monday dinner?  Please advise.
*8/27/2014 4:04:07 PM(UTC-7)*

**6463 Ray Chan**
Brother.  I can not.  Family is spending Labor Day at my sisters home.  Any other day will be fine.
*8/27/2014 6:34:02 PM(UTC-7)*

**6463 Ray Chan**
Not a problem sir.  I'll tell the ambassador.  I'll see you tomorrow night.
*8/27/2014 7:08:19 PM(UTC-7)*