


**Extraction Report** - Apple iOS iTunes (Backup)



**Raymond Chan**
▮▮▮▮▮▮6463

**Jose Huizar**
▮▮▮▮▮▮9910



> ▮▮▮▮▮▮6463 Ray Chan
> U have time to talk today?
> 9/15/2014 9:21:05 AM(UTC-7)

> ▮▮▮▮▮▮6463 Ray Chan
> Yes. When?
> 9/15/2014 9:44:49 AM(UTC-7)

> ▮▮▮▮▮▮6463 Ray Chan
> Now?
> 9/15/2014 9:48:22 AM(UTC-7)

> ▮▮▮▮▮▮6463 Ray Chan
> Ray: hold off on asking chairman. George told me that Ricky was frustrated that we keep asking him. Ricky said that chairman will call china tonight. Lets wait til tomorrow to see what happens.
> 9/15/2014 10:27:04 AM(UTC-7)

> ▮▮▮▮▮▮6463 Ray Chan
> Will do sir!
> 9/15/2014 11:03:18 AM(UTC-7)

> ▮▮▮▮▮▮6463 Ray Chan
> Can you talk now?
> 9/15/2014 11:10:22 AM(UTC-7)

