


**Extraction Report** - Samsung SM-G930T Galaxy S7



Jose Huizar
9910

Raymond Chan
6463



> 9910 Huizar Jose
> Hey ray. We are rescheduling the nov 9 event. Hopefully u can still raise the funds for the event as we discussed when rescheduled.
> 11/5/2018 2:50:33 PM(UTC-8)

Source Extraction: Logical

> 9910 Huizar Jose
> Yes sir! You are gong okay?
> 11/5/2018 4:01:02 PM(UTC-8)

Source Extraction: Logical

> 9910 Huizar Jose
> Yes. Things are well.
> 11/5/2018 5:41:57 PM(UTC-8)

Source Extraction: Logical

> 9910 Huizar Jose
> 11/5/2018 6:07:37 PM(UTC-8)

Source Extraction: Logical

> 9910 Huizar Jose
> 12.5 is in. Another 12.5 by 11/16.
> 11/6/2018 8:23:46 AM(UTC-8)

Source Extraction: Logical