

## Extraction Report - Apple iOS Full File system

**Cellebrite**
www.cellebrite.com

### Participants



**Raymond Chan**
██████6463



**Jose Huizar**
██████9910

### Conversation - Instant Messages (1)

**From:** ██████6463 Ray Chan (owner)

Good morning sir, hope you are doing well in LV.  Just want to let you know that Ted Stein will call you next week for lunch.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| Unknown | | 7/5/2015 4:41:27 PM(UTC-7) | |

**Status:** Read

7/5/2015 11:17:13 AM(UTC-7)

Source Info:
f721cafb4fea98097c2f1da4dcaa5e67746ca1af_files_full.zip/private/var/mobile/Library/SMS/sms.db : 0x253AFF4 (Table: message, handle; Size: 188497920 bytes)