Chiang #776
June 22, 2017 at 6:55 p.m.
**RAYMOND CHAN**, George Chiang

**Ex. 384B-T**
**Time Stamp: 04:33 – 08:33**

| Speaker | Exhibit 384B (Transcript) |
|---------|---------------------------|
| CHAN | So I'm re-telling because of that, I think we really need to uh, I think we really need to uh stay away from, from, from, from Jose, it's just, it's just as needed, you know what I mean? It's just as needed. |
| Chiang | But, but, but dailo, you know, you know, there must be, you know Jose is not a very strategic guy. There must be a reason why he hired him. |
| CHAN | I don't imagine so right? |
| Chiang | Yeah, there must be a reason, there must be some benefit for Jose, otherwise he would not do that. |
| CHAN | Alright, but, you know, hey I can see that he, maybe he's his (UI) or somebody ok, I, I want to find that out, I got to talk to him you know, eyeball to eyeball.  I have to think about what to handle it, maybe I just swallow it, but when I swallow it that means we have to stay away from him, because, you know, George, we know that. He couldn't get much things done, right? I mean you push him, you know with the, with ten pounds he'll give you performance of maybe two pounds, you know that right? |
| Chiang | Right, right, right, right. |
| CHAN | And he forgot, okay, he all this shit okay, and he's greedy, right... |
| Chiang | Exactly. |
| CHAN | And he thinks with, by, he thinks with his dick, okay. |
| Chiang | Yeah right, right. |
| CHAN | At least he think that he has, some little bit of loyalty right? |
| Chiang | Right, but that's not the case. |
| CHAN | If that's not even the case then you know, it's just, it's just very difficult. |
| Chiang | Yeah, hey but dailo, I gotta be honest with you, dailo, on this one, I really don't think you should -- |
| CHAN | Yeah you're right. |

1

**Exhibit 384B-T**
**Page 1 of 3**

Chiang #776
June 22, 2017 at 6:55 p.m.
**RAYMOND CHAN**, George Chiang

| Speaker | Exhibit 384B (Transcript) |
|---|---|
| Chiang | --swallow it. You need to talk to him. |
| CHAN | In a nice way. |
| Chiang | In a nice way, but you need to, you need to, you need to find out why, you need to ask him why, because there, because tactically, I mean we don't care about wha-, what goes on behind the scenes but, but, but you have to put him on the spot. Otherwise, I think it's, you know, he's gonna exist in this world right? |
| CHAN | Yup. |
| Chiang | So, you need to put him on the spot and see what he say. |
| CHAN | Yup, yeah I think so. Yeah, because, because at least I kind of in a nice way, see how much he wants to tell me or, at, at least you know he, expressed it, this is right, a slap on my face right. I consider him as my ally, as my brother, he turns around and hire this guy. I mean I said, I talk to George Esparza, I said, this is almost like I go around and support the Gloria Molina, right? |
| Chiang | It is, but, but, but dailo, the, the issue is, is not that he's your brother, but the issue is that you already put you, your ass on fire for him, you did a lot of stuff for him, it's not just about that anymore right? |
| CHAN | Oh yeah. |
| Chiang | You, we could always say shit like, oh you know what, I'm your brother, but you already put yourself in the heat for him. |
| CHAN | But you know what, that, that doesn't count, you know, you know in, in, in their world ok, if you ever done something yesterday and, and, and, but let me just put it this way, the second best thing for these people is you have done something for them yesterday. The best thing is, you, you are gonna do something for them tomorrow, okay. |
| Chiang | Right. |
| CHAN | You know. That, that's the case okay, but with him like that, but, at least you're right, at least in a nice way, you tried, I should, I'm not gonna get upset, I wanna explain why this is up to them. |
| Chiang | Hey, dailo, the issue is what you did for him, for you to put out that fire, you actually, without you doing that he would not be here today. |
| CHAN | Oh definitely. |

2

Exhibit 384B-T
Page 2 of 3

Chiang #776
June 22, 2017 at 6:55 p.m.
**RAYMOND CHAN**, George Chiang

| Speaker | Exhibit 384B (Transcript) |
|---|---|
| Chiang | Yeah. |
| CHAN | Uh, not just me, but you know with uh, Ricky and without the, uh, Chairman... |
| Chiang | But of course, everybody kinda played a part, but, but you kinda put this together for him where he can, he had a, he was able to survive and overcome the thing. Otherwise he would have been you know. |

3

**Exhibit 384B-T**
**Page 3 of 3**