Target Location 2 #131
September 4, 2018
**RAYMOND CHAN**, George Chiang

**Ex. 385-T**

| Speaker | Exhibit 385 (Transcript) |
|---------|--------------------------|
| Chiang | You know, I think we are bringing the money very quickly (laughs) I'll get the rest on Thursday or Wednesday. |
| CHAN | Because it we, if we bring some of ours too eventually, you know-- |
| Chiang | Yeah. |
| CHAN | -because we also have both Chairman, Chairman-- |
| Chiang | Actually, for Chairman raised $50,000, $10,000 goes to Jose [OV] |
| CHAN | [OV] We'll do something for Jose right? I mean the Chairman is very, very, very, very generous. Chairman Huang is very generous for that. |

1

Exhibit 385-T
Page 1 of 1