Page: 1 Document Name: untitled

```
 SHORT NOTE INQUIRY                              AUTHORITY CODE: 0
 PROC DATE: 12/13/18                                PAGE NO: 001
 ACCOUNT:        0407 INQUIRY: 231        HUIZAR JOSE LUIS
 SEARCH 1: 00001          SEARCH 2:          SEARCH 3:
 ISSUE DT: 09/23/14 MATUR DT: 09/23/19   CURRENT BALANCE:              0.00
 ST INT: 00/00/00  NOTE TYPE:      001   INTEREST ACCRUAL:       0.0017766
 LOAN CATEGORY/STATUS:         I / A     FEES DUE:                     0.00
 OFFICER NO:               09060/JOH     ORIGINAL BALANCE:       570,000.00
 CHRG IND/PMT SCHED:           / N       BILL TYPE/SEND NO BILL:      B / N
 DEALER NO:               00000000000    SCHED PMT AMT:                0.00
 DLR/INS/ESCROW:           N / N / N     LAST TRAN AMT:          575,269.61
 RATE OVER:     3.040000                 LAST TRAN DATE:            12/12/18
 RATE UNDER:    0.000000                 NEXT DUE DATE:             12/23/18
 CONTRACT RT:   3.040000  INDEX: 000     FIRST PAYMENT DATE:        00/00/00
 INT TYPE/VARIABLE PLAN:    S / 000      FIRST INT PAYMENT DATE:    10/23/14
 RATE PLAN/TYPE:         0000000/        PAYMENT TYPE-FREQ/POST NO TRANS: 0-1/C
 LAST MAINT DATE:          12/12/18      NEG AM IND/STAT/OVERRIDE:  N / N / N
 ROLLING TIMES LATE:    15-30-60-90      TIMES LATE:    15-30-60-90   TRM  EXT
 RETENTION MONTHS 012   09 08 04 00      MCOLL: N       35 28 11 03   060  000
 COLL: CD NUMBER
 CUR PRIN BILLED:              0.00      CUR INT BILLED:               0.00
 TOT PRIN BNP:                 0.00      TOT INT BNP:                  0.00
    LOAN IS PAID                             PF11 FOR NOTE PAD MEMOS
```

Date: 12/13/2018 Time: 7:12:22 PM     **Exhibit 464**
                                      **Page 1 of 24**

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                Casino_0706137

**Payoff Transaction Form**

| Payoff Summary | | | Jose Luis Huizar | | |
|---|---|---|---|---|---|
| Total payoff: 575,269.61 | | | ████0407 | | |
| As of: 12/12/2018 | | | | | |
| Total daily accrual: 47.4739726 | | | | | |
| **Payoff Detail** | | | | | |
| Current principal: 570,000.00 | | | | | |
| Interest to 12/12/2018: 5,269.61   Daily accrual of 47.4739726 | | | | | |
| Total payoff: 575,269.61 | | | | | |
| Note Information | | | | | |
| Category: I - Installment Transactions allowed: C - User defined | | | | | |
| **TLC: No Teller activity: 0.00** | | | | | |
| Participation: No Quote issued: No | | | | | |
| | | | | | |
| Interest type: S - Simple, in arrears Loan status: A - Accruing | | | | | |
| Accrual basis: 5 - Actual/365 Interest accrual: 5,269.6117766 | | | | | |
| **Earn/rebate method: 1 - Accruing (simple interest) Interest paid to: 08/23/2018** | | | | | |
| Collateral description: CD Number | | | | | |

| Keyword Change | | **LNKEY** | **LNNCRINF** | | N ✓ |
|---|---|---|---|---|---|
| | | | | | |

| C/I Higher Risk Loan | | YES | | NO | |
|---|---|---|---|---|---|
| ACH | | ☐ Pending | | ☐ No Pending | |

| **Payoff Breakdown:** | | | | | |
|---|---|---|---|---|---|
| Statement Fee | | **LNMFE** | SF | 0.00 | 0.00 |
| Reconveyance Fee | | | RC | 0.00 | 0.00 |
| UCC Termination Fee | | | UC | 0.00 | 0.00 |
| Recording Fee | | | RF | 0.00 | 0.00 |
| Prepayment Fee | | | P2 | 0.00 | 0.00 |
| Late Charge | | **LNFPM** | | 0.00 | |
| Copy Fee | | | | 0.00 | |
| Escrow Balance | | | | 0.00 | |
| Principal Balance | | | | 570,000.00 | ✓ |
| Interest | | | | 5,269.61 | ✓ |
| Default Interest | | **LNPAY** | TC725 | 0.00 | |
| adjustment-shortage | | | TC677 | 0.00 | |
| P & I Payoff | | | TC650 | 575,269.61 | |
| Total Payoff | | | | 575,269.61 | |
| Less Funds Received | | 2/DDA/MG | | 575,269.61 | |
| | | | | 0.00 | |

| Debit | ██0-088 | | 575,269.61 | ✓ |
|---|---|---|---|---|
| Credit G/L | ██00-500 | | 575,269.61 | |

| Cancel Commitment | | LNCMU | | | |
|---|---|---|---|---|---|
| | | | | P, N, 0 | |

| 12/12/2018 | FE | | FE | |
|---|---|---|---|---|
| **DATE** | **ORIGINATOR** | **APPROVED** | **OPERATOR** | **AUDITOR** |

**Exhibit 464**
**Page 2 of 24**

**Payoff Statement**



**EAST WEST BANK**

Jose Luis Huizar

Los Angeles, CA 90033
☎                        🖷
Attn:
Escrow No.    N/A

Date:                December 12, 2018
Loan No.:            ████0407
Borrower:            Jose Luis Huizar
Collateral:          TCD

Pursuant to your request we hereby provide you with payoff amount of the above-referenced loan.  We will not be responsible for any costs in connection with this transaction.  We reserve the right to amend or withdraw this demand at any time.

| | | | | |
|---|---|---|---|---|
| Principal Balance | | | | $570,000.00 |
| Interest from | 08/23/18 | to | 12/12/18 | $5,269.61 |
| **Amount to pay loan in full** | | | | **$575,269.61** |

| | |
|---|---|
| Next payment due date | 09/23/18 |

**Funds received after 12/12/18 will require an additional $47.47 interest per day.**  Funds must be in our office by 1:00 P.M. or interest will be charged through the next business day.   Please calculate interest accordingly.  If paid after 1:00 pm on a Friday, calculate interest up to next business day.  **Please remit funds by WIRE TRANSFER to East West Bank, 135 N. Los Robles Ave., Pasadena, CA 91101. ABA No.████0381, & credit to Account ████2833-187. (Attention: Commercial Loan Servicing Payoff Dept., referencing the Loan number & Property Address).**

**PLEASE NOTE THE FOLLOWING:**
- The statement fee is due whether or not your escrow closes or loan is not paid off.
- This statement will be void after 12/26/18.
- Issuance of this statement does not suspend the contract requirement to make the loan payments when due.
- There is a $15.00 charge for each updated demand issued.
- Please hold $N/A until N/A pending clearance of customer's check.
- **PLEASE CALL ON THE DAY OF PAYOFF TO RECEIVE AN ACCURATE PAYOFF QUOTE.  QUOTES MAY CHANGE DUE TO RATE CHANGES, PREPAYMENT PENALTY UPDATES, AND/OR FOR PAYMENTS OR ADVANCES THAT HAVE BEEN APPLIED OR REVERSED.**

We will release our liens on the loan collateral after you have complied with our instructions and the required funds have been received and processed.

Loan Service Department    _l/_

c.c.: Peggy O'Donovan – EWB.

R-2 / FE

9300 Flair Drive 6th Floor, El Monte, CA  91731, Tel. 877-392-6868 Fax 626-242-9570

**Exhibit 464**
**Page 3 of 24**

Frances Espinoza

Page 1 of 1

Jose Luis Huizar

0407-1 Note

---

Change Quote...

**Payoff Summary**
Total payoff:          575,269.61
As of:                 12/12/2018
Total daily accrual:   47.4739726

**Payoff Detail**
Current principal:                 570,000.00
Interest to 12/12/2018:             5,269.61  Daily accrual of 47.4739726
Total payoff:                      575,269.61

**Note Information**

| | | | |
|---|---|---|---|
| Category: | I - Installment | Transactions allowed: | - All transactions |
| TLC: | No | Teller activity: | 0.00 |
| Participation: | No | Quote issued: | No |
| Interest type: | S - Simple, in arrears | Loan status: | A - Accruing |
| Accrual basis: | 5 - Actual/365 | Interest accrual: | 5,269.6117766 |
| Earn/rebate method: | 1 - Accruing (simple interest) | Interest paid to: | 08/23/2018 |
| Collateral description: | CD Number | | |

**Exhibit 464**
**Page 4 of 24**

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials          Casino_0706140

Frances Espinoza                                                                              Page 1 of 1

Jose Luis Huizar

▮▮▮▮0407-1 Note

## Overview

| | | | |
|---|---|---|---|
| Note: | 1 | Commitment: | |
| Principal: | 570,000.00 | Commitment type: | |
| Interest accrual: | 5,269.6117766 | Escrow: | 0.00 |
| Daily accrual: | 47.4739726 | Escrow reserve: | 0.00 |
| Memo accrual: | 0.0000000 | | |
| | | | |
| Category: | I - Installment | Issued: | 09/23/2014 |
| Note type: | 1 - Savings Loans | Maturity: | 09/23/2019 |
| Loan status: | A - Accruing | Term in months: | 60 |
| Paid status: | 0 - Not paid off | Last change: | 11/30/2018 |
| | | | |
| Rate structure: | Fixed rate | Accrual basis: | 5 - Actual/365 |
| Bank rate: | 3.040000% | Interest type: | S - Simple, in arrears |
| Customer rate: | 3.040000% | Earn/rebate method: | 1 - Accruing (simple interest) |
| APR: | 3.042000 % | Dealer calc rate: | 0.000000 % |
| | | | |
| Interest paid to: | 08/23/2018 | Original principal: | 570,000.00 |
| Int paid YTD-total: | 12,960.39 | Fees paid YTD: | 0.00 |
| Int paid last year: | 20,223.92 | Total note fees due: | 0.00 |
| Start interest accrual: | 00/00/0000 | Extensions: | 0 |
| | | | |
| Primary officer: | 9060 - Johnny Chai | Management class: | 00AU |
| Branch: | 8088 - Pasadena | Secured: | U - Unsecured |
| Collateral desc: | Cd Number | | |
| | | | |
| Escrow: | No | Transactions allowed: | - All transactions |
| Active Escrow: | No | Note Pad memos: | Yes |
| Dealer reserves: | No | Payoff quote status: | N - Not blocked |
| Insurance reserves: | No | Repayment: | N - No |

## Billing/Payment Information

| | | | |
|---|---|---|---|
| Bill type: | B - Bill-cycled (with bill segments) | Last transaction: | 610 - Regular payment |
| Scheduled payment: | 0.00 | Date: | 08/23/2018 |
| Payment type: | 0 - Interest only or due at maturity | Amount: | 1,471.69 |
| Frequency: | 1 - Monthly | First payment: | 00/00/0000 |
| Next bill: | 12/23/2018 | First interest payment: | 10/23/2014 |
| Next payment due: | 09/23/2018 | | |
| | | | |
| Payment method: | Paper bills | Send statement to: | A - Customer |
| Bill lead days override: | No | Deficit commit: | 0 |
| Bill lead days: | 0 | | |

## Delinquency Information

| | | | |
|---|---|---|---|
| Rolling times late: | 15 days: 9 | Times late: | 15 days: 35 |
| | 30 days: 8 | | 30 days: 28 |
| | 60 days: 4 | | 60 days: 11 |
| | 90 days: 0 | | 90 days: 3 |
| Retention months: | 12 | | |

A Note Pad memo(s) exists for this note.

Close Message Area

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                              Casino_0706141

Page: 1 Document Name: Selina

```
TOTAL OF USER'S ONLINE POSTED TRANSACTIONS FOR TODAY-INQUIRY
USER ID: Y1340                                    19:24:07   12/12/18

          DEPOSIT CATEGORY         DEBITS              CREDITS
          ----------------      ------------------   ------------------
          DEMAND ACCOUNT                 3.00                 1.00
          NOW ACCOUNT                     .00                  .00
          SAVINGS ACCOUNT                 .00                  .00
          AUTO TRANSFER                   .00                  .00
          TIME DEPOSIT                    .00                  .00
          CERTIFICATE              575,269.61                  .00
          MONEY MARKET                    .00                  .00
          PRIVATE MONEY FUND              .00                  .00
          REPURCHASE                      .00                  .00
          LINE OF CREDIT/PRA              .00                  .00
                                  ------------------   ------------------
          TOTALS                   575,272.61                 1.00

                               LAST TRANSACTION
 ACCT NUM   TRAN CODE & NAME       AMOUNT       SER/ITEM/ID SRC CONTROL TRACE
 --------- ------------------- ------------------- ----------- --- ---------------
       0407 972-PRINCIPAL WD       575,269.61  ✓       1 526 134001212191058


TODAY'S ON-LINE TRANSACTIONS - INQUIRY BY USER ID         19:24:14   12/12/18
USER ID: Y1340              PAGE NO: 02                    PAGE REQ: =+1

ACCT NO     AMOUNT          T/C  GL ACCT    DAYS FLT    RA  SRC      CONTROL
EFF DATE    ID/SER/ITMS     ORIG COSTCT  TRAILERS               TRAILERS

       7615         2.00    828    601775              521 134001212141255
                           34 GIFT CARD FEE WORK  OF 12-11-18 GC#
                           21000924 TLR3402    BR#8034 AND CREDIT
                           GIFT CARD FEE GL#  601775-34

       7615         1.00    828    215600              521 134001212141649
                          500 GIFT CARD FEE FOR  $2 INSTEAD OF $3
                           GC#21000924 AND     CREDIT $2 TO GC
                           FEE GL AND $1 CUST OMER AC#20013338

       3338         1.00    634    215600              521 134001212141833
                          500 GIFT CARD FEE     $2 INSTEAD OF $3
                           WORK OF 12-11-2018 GC#21000924




PRESS PA1 FOR NEXT PAGE.
```

Exhibit 464
Page 6 of 24

Date: 12/12/2018 Time: 5:24:21 PM

Page: 2 Document Name: Selina

```
TODAY'S ON-LINE TRANSACTIONS - INQUIRY BY USER ID        19:24:18   12/12/18
USER ID: Y1340                    PAGE NO: 03             PAGE REQ: =+1


ACCT NO      AMOUNT           T/C  GL ACCT    DAYS FLT      RA  SRC       CONTROL
EFF DATE     ID/SER/ITMS      ORIG COSTCT     TRAILERS              TRAILERS

      0407      575,269.61    972       2650               526 134001212191058
12/12/18     1                     88 WITHDRAWAL FUNDS        CREDIT TO
                                   GI    2650-88             FOR LOAN DEPT TO
                                   PROCESS PAYOFF ON  SAV             0407
```

LAST PAGE.

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                    Casino_0706143

Page: 1 Document Name: Selina Chan

```
DL/TCH            TIME DEPOSIT DATA CHANGE          12/12/18  18:46:23
ACCOUNT: ████0407  TRAN CODE: 344   ID: 0000000001  ACTION: I  AUTH: 0
NAME:   GRACE LUCK HOLDINGS LIMI  CERTIFICATE OF DEPOSIT ACCOUNT
INTEREST PLAN:      660   INT RATE:         1.040%  CURBAL:        621,287.62
STATUS:  OPEN  -   O     YIELD:            1.045%  PRIN BAL:      600,000.00
RENEWS:  NEW RATE -  N   FACTOR:     .0000284932   AVL PRIN:             .00
MAT TERM:  60 M MONTHS   METHOD:     COMPOUND DLY   AVL INT:        21,287.62
DEP DATE:      09-17-14  BASIS DAYS:       T 365    ACCRUAL: 1275.86
NEXT MAT:      09-23-19  PAYMENT: ADD ON       A             (1,275.865818911)
FINAL MAT:     00-00-00  INT FREQ: 331 C CYCLE    CLSD BAL:             .00
LAST MAT:      00-00-00  NEXT INT:      12-31-18   ZERO DATE:      00-00-00
LAST ACT:      09-22-14  LAST INT:      09-30-18   PENALTY:         3,077.26
LAST MNT:      08-04-16  L INT PD:      1,627.75   PEN FORMULA:          50
ORIG DATE:     09-17-14  INT YTD:       4,821.44   CLS WH F:        382.76
ORIG RATE:      0.345%   INTL TRF ACCT:                    (382.759745673)
ORIG DEP:          .00   ALT ADDR:   INT DISCL: N  WH YTD F:        1,446.44
ID CHG DATE:   00-00-00  OID IND:           N      CHECK WR:             .00
PREV DEP ID:        0    OID ACCRL:         .00    INT P YR:        6,405.37
NEW DEP ID:              OID AC PD:         .00    FORF YTD:             .00
RATE CHG CODE:    000    LST RATE CYC:  00-00-00   NXT RATE CYC:   00-00-00
BONUS INT PLAN:   000    BONUS RATE:                BON ACCR:
TRACK CDE:               BONUS FACTOR: .0000000000
FIRST REN: 00-00-00      GUARANTEED RATE:   0.000% R/C BASIS PTS:    0.000%
INQUIRY COMPLETED
DEPOSIT SYSTEM ACCOUNT INQUIRY      HOLD            18:51:12  12/12/18
ACCOUNT: ████0407   INQUIRY: 208  SEARCH:           AUTHORITY: 0
NAME: GRACE LUCK HOLDINGS LIMI CERTIFICATE OF DEPOSIT ACCOUNT

ID #  D TYPE ENTERED EXPIRES      AMOUNT  DESCRIPTION       DELETE PRIOR
                                                           TO POSTING
00001 N  1  09-23-14 99-99-99   600,000.00 SAVINGS LOAN         N
      SOURCE:  VERITA VERITA

      TOTAL: 600,000.00
```

*before withdrawal* (handwritten)

```
                                                         0 . C

                                                     621.287.62  +
                                                     571.269.61  -
                                                     AC.018.01.+
```

PAGE 001 - END OF INQUIRY

**Exhibit 464**
**Page 8 of 24**

Date: 12/12/2018 Time: 4:51:27 PM

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                        Casino_0706144

Page: 1 Document Name: Selina Chan

---

DLHDD                 HOLD DELETE                              12/12/18  18:52:14
                      928 EAST WEST BANK

ACCOUNT: ████0407              TRAN CODE: 365              ID NO:      00001
DELETE PRIOR TO POSTING: N
NAME: GRACE LUCK HOLDINGS LIMI AMOUNT:     600,000.00      TYPE HOLD: 1
DESC:    SAVINGS LOAN


TRANSACTION ACCEPTED 18:52:14
DEPOSIT SYSTEM ACCOUNT INQUIRY        HOLD                 18:52:33   12/12/18
ACCOUNT: ████0407    INQUIRY: 208  SEARCH:                AUTHORITY: 0
NAME: GRACE LUCK HOLDINGS LIMI CERTIFICATE OF DEPOSIT ACCOUNT

ID #  D TYPE ENTERED EXPIRES        AMOUNT    DESCRIPTION        DELETE PRIOR
                                                                 TO POSTING
00001 Y  1  09-23-14 99-99-99     600,000.00 SAVINGS LOAN           N
       SOURCE:  VERITA VERITA

       TOTAL: 600,000.00

*deleted hold*

PAGE 001 - END OF INQUIRY

Page: 1 Document Name: Selina

*before payoff*

```
SHORT NOTE INQUIRY                          AUTHORITY CODE: 0
PROC DATE: 12/12/18                            PAGE NO: 001
ACCOUNT:        0407 INQUIRY: 231       HUIZAR JOSE LUIS
SEARCH 1: 00001          SEARCH 2:          SEARCH 3:
ISSUE DT: 09/23/14 MATUR DT: 09/23/19   CURRENT BALANCE:          570,000.00
ST INT: 00/00/00  NOTE TYPE:      001   INTEREST ACCRUAL:       5,269.6117766
LOAN CATEGORY/STATUS:          I / A    FEES DUE:                       0.00
OFFICER NO:               09060/JOH     ORIGINAL BALANCE:         570,000.00
CHRG IND/PMT SCHED:            / N      BILL TYPE/SEND NO BILL:        B / N
DEALER NO:               00000000000   SCHED PMT AMT:                  0.00
DLR/INS/ESCROW:            N / N / N    LAST TRAN AMT:              1,471.69
RATE OVER:      3.040000               LAST TRAN DATE:             08/23/18
RATE UNDER:     0.000000               NEXT DUE DATE:              09/23/18
CONTRACT RT:    3.040000    INDEX: 000  FIRST PAYMENT DATE:         00/00/00
INT TYPE/VARIABLE PLAN:      S / 000    FIRST INT PAYMENT DATE:     10/23/14
RATE PLAN/TYPE:          0000000/       PAYMENT TYPE-FREQ/POST NO TRANS: 0-1/C
LAST MAINT DATE:           12/12/18     NEG AM IND/STAT/OVERRIDE:   N / N / N
ROLLING TIMES LATE:        15-30-60-90  TIMES LATE:     15-30-60-90  TRM  EXT
RETENTION MONTHS 012     09 08 04 00    MCOLL: N        35 28 11 03  060  000
COLL: CD NUMBER
CUR PRIN BILLED:               0.00     CUR INT BILLED:                 0.00
TOT PRIN BNP:                  0.00     TOT INT BNP:                    0.00
                                        PF11 FOR NOTE PAD MEMOS
```

Date: 12/12/2018 Time: 5:26:26 PM

**Exhibit 464**
**Page 10 of 24**

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Casino_0706146

Page: 1 Document Name: Selina Chan

---

CUSTOMER PROFILE - BALANCE SUMMARY                    NEXT =      PAGE    1
                                                      12/12/18   19:08:42

___  BANK  928    CUST #  ████████9935
             CUST NAME  JOSE LUIS HUIZAR

                  LOS ANGELES CA 90033                        before payoff
                                                              Sav. Loan

      STATUS          OPEN                TAX ID       S  ████2484
      DATE OPENED     09-17-2014          HOME PHONE   ████-9910
      DATE CLOSED                         BUS PHONE
      BRANCH          PASADENA            PRIM OFFICER    JOHNNY CHAI
      COST CENTER     0000088             SEC OFFICER
                                          BIRTH         ████1968

      BNK APPL   ACCOUNT NUMBER       S OPEN  P RELATION   CDTYP        BALANCE SRA
  ___ 928 DP    ████████0407          O 09-14 S BORROWER   C 121        621,287 N *
  ___ 928 HH    ████████4890          O 09-14 P HOUSEHOLD
  ___ 928 LN ✓  ████████0407          O 09-14 P SOLE OWNE   700         570,000 N ✓

LAST PAGE

---

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials          Casino_0706147

```
GLR240 928                                    EARN...                              PAGE  507
EFF DATE 12-12-18                            GENERAL JOURNAL                  PRINTED ON 12-13-18
FIRST ACCT ON PAGE    2650                   ACCOUNT SEQUENCE                       SUBSEQ.RUN
```

| ACCT NUMBER | COST CNTR | EXTERNAL DOC NUM | S R C | T Y P | EFF/ TRAN DATE | DATE LAST ACTIV. | BEGINNING BALANCE | TRANSACTIONS DEBITS | CREDITS | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 2650 | 63 | UNAPPLIED LN PAYT | | | | 181211 | .00 | | | |
| | 000008009 | 0 0 | 181212 | OLT | 77134 | 480 | | 500.00 | | |
| | 000008009 | 0 0 | 181212 | OLT | 77134 | 9713 | | 1,000.00 | | |
| | 000008009 | 0 0 | 181212 | OLT | 77134 | 9117 | | 300,000.00 | | |
| | 000008063 | 0 0 | 181212 | OLT | 06315 | 9713 | | | 1,000.00 | |
| | 000008063 | 0 0 | 181212 | OLT | 06315 | 480 | | | 500.00 | |
| | 000008063 | 0 0 | 181212 | OLT | 06315 | 9117 | | | 300,000.00 | |
| | | | | | | | | | | .00 |
| 2650 | 64 | UNAPPLIED LN PAYT | | | | 181211 | 2,600.00 | | | |
| | 000008009 | 0 0 | 181212 | OLT | 7762 | 7781 | | 2,080.20 | | |
| | 000008009 | 0 0 | 181212 | OLT | 7762 | 872 | | 1,000.00 | | |
| | 000008009 | 0 0 | 181212 | OLT | 7762 | 371 | | 1,000.00 | | |
| | 000008190 | 0 0 | 181212 | OLT | 77057 | UU FEE | | 11,502.40 | | |
| | 000008190 | 0 0 | 181212 | OLT | 77057 | UU FEE | | 4,093.36 | | |
| | 000008064 | 0 0 | 181212 | OLT | 06401 | 371 | | | 1,000.00 | |
| | 000008064 | 0 0 | 181212 | OLT | 06401 | 872 | | | 1,000.00 | |
| | 000008064 | 0 0 | 181212 | OLT | 06405 | 7781 | | | 2,080.20 | |
| | 000008064 | 0 0 | 181212 | OLT | 06405 | 0205 | | | 11,502.40 | |
| | 000008064 | 0 0 | 181212 | OLT | 06405 | 0189 | | | 4,093.36 | |
| | | | | | | | | | | 2,600.00 |
| 2650 | 66 | UNAPPLIED LN PAYT | | | | 181211 | 2,600.00 | | | |
| | 000008009 | 0 0 | 181212 | OLT | 7714 | 358 | | 2,600.00 | | |
| | 000008190 | 0 0 | 181212 | OLT | 7748 | 8307 | | 1,384.50 | | |
| | 000008066 | 0 0 | 181212 | OLT | 06603 | 8307 | | | 1,384.50 | |
| | | | | | | | | | | .00 |
| 2650 | 68 | UNAPPLIED LN PAYT | | | | 181211 | .00 | | | |
| | 000008009 | 0 0 | 181212 | OLT | 77149 | 6672 | | 13,500.00 | | |
| | 000008009 | 0 0 | 181212 | OLT | 7762 | 0857 | | 13,033.33 | | |
| | 000008068 | 0 0 | 181212 | OLT | 06801 | 0857 | | | 13,033.33 | |
| | 000008068 | 0 0 | 181212 | OLT | 06808 | 6672 | | | 13,500.00 | |
| | | | | | | | | | | .00 |
| 2650 | 71 | UNAPPLIED LOAN PAYMENT | | | | 181211 | 2,804.06 | | | |
| | 000008190 | 0 0 | 181212 | OLT | 7748 | 5309 | | 1,804.06 | | |
| | 000008071 | 0 0 | 181212 | OLT | 07106 | 4058 | | | 25,000.00 | |
| | | | | | | | | | | 26,000.00 |
| 2650 | 76 | UNAPPLIED LN PAYT | | | | 181211 | -100.00 | | | |
| | 000008009 | 0 0 | 181212 | OLT | 77134 | TLR G/L CR | | | 100.00 | |
| | | | | | | | | | | .00 |
| 2650 | 83 | UNAPPLIED LN PAYT | | | | 181211 | .00 | | | |
| | 000008009 | 0 0 | 181212 | OLT | 7762 | 0453 | | 2,930.00 | | |
| | 000008009 | 0 0 | 181212 | OLT | 7762 | 0523 | | 3,926.82 | | |
| | 000008083 | 0 0 | 181212 | OLT | 08302 | 0453 | | | 2,930.00 | |
| | 000008083 | 0 0 | 181212 | OLT | 08307 | 0523 | | | 3,926.82 | |
| | | | | | | | | | | .00 |
| 2650 | 88 | UNAPPLIED LN PAYT | | | | 181211 | 422,195.75 | | | |
| | 000008009 | 0 0 | 181212 | OLT | 7762 | 4003 | | 3,352.60 | | |
| | 000008190 | 0 0 | 181212 | OLT | 7748 | 419 | | 70,461.23 | | |
| | 000008190 | 0 0 | 181212 | OLT | 77951 | 5040 | | 575,269.61 | | |
| | 121288851 | 0 0 | 181212 | OLD | OFFSET ACCT TOTAL | | | | 575,269.61 | |

Exhibit 464
Page 12 of 24

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                     Casino_0706148

```
GLR240 928                                        EARLS  #531056                        PAGE  508
EFF DATE 12-12-18      ✓                           GENERAL JOURNAL               PRINTED ON 12-13-18
FIRST ACCT ON PAGE      2650                      ACCOUNT SEQUENCE                       SUBSEQ.RUN
```

| ACCT NUMBER | COST CNTR | EXTERNAL DOC NUM | S R C | T Y P | EFF/ TRAN DATE | DATE LAST ACTIV. | BEGINNING BALANCE | TRANSACTIONS DEBITS | CREDITS | ENDING BALANCE ✓ |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 340,381.92 |
| 2650 | 89 | UNAPPLIED LN PAYT | | | | 181211 | .00 | | | |
| | | 000008190 0 0 181212 OLT 77488 | | | | | | 85,000.00 | | |
| | | 000008089 0 0 181212 OLT 08904 | | | | | | | 85,000.00 | .00 |
| 2650 | 90 | UNAPPLIED LN PAYT | | | | 180316 | 89,939.32 | | | 89,939.32 |
| 2650 | 95 | UNAPPLIED LN PAYT | | | | 180316 | 11,353.48 | | | 11,353.48 |
| 2650 | 251 | UNAPPLIED LN PAYT | | | | 181211 | 26,681.06 | | | |
| | | 000008009 0 0 181212 OLT 77149 | | | | | | 100.00 | | |
| | | 000008009 0 0 181212 OLT 77149 | | | | | | 18,000.00 | | |
| | | 000008009 0 0 181212 OLT 77621 | | | | | | 5,423.64 | | |
| | | 000008190 0 0 181212 OLT 77488 | | | | | | 1,611.24 | | |
| | | 000008251 0 0 181212 OLT 05103 | | C | | | | 1,961.17 | | |
| | | 000008251 0 0 181212 OLT 05103 | | | | | | | 20,000.00 | |
| | | 000008251 0 0 181212 OLT 05103 | | | | | | | 1,961.17 | |
| | | 000008251 0 0 181212 OLT 05103 | | | | | | | 1,916.17 | |
| | | 000008251 0 0 181212 OLT 05106 | | | | | | | 3,000.00 | 26,462.35 |
| 2650 | 252 | UNAPPLIED LN PAYT | | | | 181211 | 40,000.00 | | | |
| | | 000008252 0 0 181212 OLT 05206 9138634 | | | | | | | 1,254.34 | |
| | | 000008252 0 0 181212 OLT 05206 9138634 | | | | | | | 7,800.00 | 49,054.34 |
| 2650 | 253 | UNAPPLIED LN PAYT | | | | 181211 | 11,093.46 | | | |
| | | 000008009 0 0 181212 OLT 77134 | | | | | | 1,589.94 | | |
| | | 000008009 0 0 181212 OLT 77134 | | | | | | 1,000.00 | | |
| | | 000008009 0 0 181212 OLT 77149 | | | | | | 2,222.67 | | |
| | | 000008009 0 0 181212 OLT 77149 | | | | | | 2,222.67 | | |
| | | 000008009 0 0 181212 OLT 77149 | | | | | | 6,033.00 | | |
| | | 000008009 0 0 181212 OLT 77149 | | | | | | 2,200.00 | | |
| | | 000008009 0 0 181212 OLT 77621 | | | | | | 7,938.12 | | |
| | | 000008009 0 0 181212 OLT 77621 | | | | | | 1,820.00 | | |
| | | 000008190 0 0 181212 OLT 77485 | | | | | | 3,155.34 | | |
| | | 000008009 0 0 181212 OLT 05304 | | C | | | | 1,565.13 | | |
| | | 000008253 0 0 181212 OLT 77149 | | C | | | | | 2,222.67 | |
| | | 000008253 0 0 181212 OLT 05302 | | | | | | | 2,200.00 | |
| | | 000008253 0 0 181212 OLT 05302 | | | | | | | 1,868.83 | |
| | | 000008253 0 0 181212 OLT 05302 | | | | | | | 500,000.00 | |
| | | 000008253 0 0 181212 OLT 05302 | | | | | | | 500,000.00 | |
| | | 000008253 0 0 181212 OLT 05302 | | | | | | | 1,899.00 | |
| | | 000008253 0 0 181212 OLT 05302 | | | | | | | 5,200.00 | |
| | | 000008253 0 0 181212 OLT 05303 | | | | | | | 6,033.00 | |
| | | 000008253 0 0 181212 OLT 05303 | | | | | | | 1,820.00 | |
| | | 000008253 0 0 181212 OLT 05304 | | | | | | | 1,565.13 | |
| | | 000008253 0 0 181212 OLT 05304 | | | | | | | 2,222.67 | |
| | | 000008253 0 0 181212 OLT 05304 | | | | | | | 1,589.94 | |
| | | 000008253 0 0 181212 OLT 05304 | | | | | | | 1,000.00 | |
| | | | | | | | | | | 1,008,967.83 |

Exhibit 464
Page 13 of 24

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                    Casino_0706149

Page: 1 Document Name: Selina

```
SHORT NOTE INQUIRY                           AUTHORITY CODE: 0
PROC DATE: 12/12/18                                  PAGE NO: 001
ACCOUNT:      0407 INQUIRY: 231      HUIZAR JOSE LUIS
SEARCH 1: 00001        SEARCH 2:         SEARCH 3:
ISSUE DT: 09/23/14 MATUR DT: 09/23/19   CURRENT BALANCE:              0.00
ST INT: 00/00/00  NOTE TYPE:    001     INTEREST ACCRUAL:        0.0017766
LOAN CATEGORY/STATUS:        I / A      FEES DUE:                     0.00
OFFICER NO:               09060/JOH     ORIGINAL BALANCE:       570,000.00
CHRG IND/PMT SCHED:            / N      BILL TYPE/SEND NO BILL:       B / N
DEALER NO:             00000000000      SCHED PMT AMT:                0.00
DLR/INS/ESCROW:           N / N / N     LAST TRAN AMT:          575,269.61
RATE OVER:    3.040000                  LAST TRAN DATE:           12/12/18
RATE UNDER:   0.000000                  NEXT DUE DATE:            12/23/18
CONTRACT RT:  3.040000      INDEX: 000  FIRST PAYMENT DATE:       00/00/00
INT TYPE/VARIABLE PLAN:      S / 000    FIRST INT PAYMENT DATE:   10/23/14
RATE PLAN/TYPE:          0000000/       PAYMENT TYPE-FREQ/POST NO TRANS: 0-1/C
LAST MAINT DATE:          12/12/18      NEG AM IND/STAT/OVERRIDE:   N / N / N
ROLLING TIMES LATE:    15-30-60-90      TIMES LATE:    15-30-60-90  TRM  EXT
RETENTION MONTHS 012   09 08 04 00      MCOLL: N       35 28 11 03  060  000
COLL: CD NUMBER
CUR PRIN BILLED:              0.00      CUR INT BILLED:              0.00
TOT PRIN BNP:                 0.00      TOT INT BNP:                 0.00
LOAN IS PAID                            PF11 FOR NOTE PAD MEMOS
    CUSTOMER PROFILE - BALANCE SUMMARY       NEXT =     PAGE   1
                                           12/12/18  20:21:42
    BANK 928   CUST #      9935
            CUST NAME  JOSE LUIS HUIZAR


            LOS ANGELES CA 90033


    STATUS        OPEN              TAX ID     S        2484
    DATE OPENED   09-17-2014        HOME PHONE           -9910
    DATE CLOSED                     BUS PHONE
    BRANCH        PASADENA          PRIM OFFICER   JOHNNY CHAI
    COST CENTER   0000088           SEC OFFICER
                                    BIRTH             1968

    BNK APPL  ACCOUNT NUMBER      S OPEN  P RELATION  CDTYP     BALANCE SRA
    928 DP        0407           O 09-14 S BORROWER   C 121   46,018  N *
    928 HH        4890           O 09-14 P HOUSEHOLD
    928 LN        0407           O 09-14 P SOLE OWNE    700         0  N
```

PRINTED
ARGO SYSTEM 12-12-2018

Loan Transaction History  CD Secured Loan ████ 0407

Search Criteria

| Date | From | | 📅 | To | | 📅 |
| Amount | From | $ | | To: | $ | |
| Transaction Description | Option based borrowing, No Description, No Description... ▼ | | | | | |

Search

Search Results

| Effective Date | Posted Date | Description | Amount | Principal | Interest | Balance |
|---|---|---|---|---|---|---|
| 12/12/2018 | 12/12/2018 | Payoff (regular) - 650 | $ 575,269.61 | $ 570,000.00 | $ 5,269.61 | |
| 08/23/2018 | 08/23/2018 | Payment (Regular) - 610 | $ 1,471.69 | | $ 1,471.69 | $ 570,000.00 |

Transaction History Detail – Webpage Dialog

**Transaction Details**

| Posted Date | 12/12/2018 | Description | Payoff (regular) - 650 |
| Effective Date | 12/12/2018 | Amount | $ 575,269.61 |

| Posting Seq | 1 | Distribution/Allocation | |
| | | Principal | $ 570,000.00 |
| | | Interest | $ 5,269.61 |
| Source | 530 | Principal Balance After Tran | |
| Control | W951/1938 | | |
| | | Additional Information | |
| | | Check Number | |

Ok

**Exhibit 464**
**Page 15 of 24**

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                    Casino_0706151

PRINTED

ARGO SYSTEM   12-12-2018

Account: 0497 - 1
CD Secured Loan
Title/Address
JOSE LUIS HUIZAR
LOS ANGELES, CA 90033-0000

Tax ID: 2484
Category

Branch
8088 - Pasadena
Cost Center
Br. 8088 Pasadena
Primary Officer
9069
Secondary Officer
0

Principal Balance                     Interest Rate        3.040000%        Information as of        12/12/2018

## Last Three Transactions

| Date | Description | Amount |
|------|-------------|--------|
| 12/12/2018 | 650 | $573,269.61 |
| 08/23/2018 | 610 | $1,471.69 |
| 08/23/2018 | 610 | $1,424.22 |

## Items in Process

| Type | Description |
|------|-------------|
| | |

Detail    Address    Related Customers    Notes

## Note Information

| | | | |
|---|---|---|---|
| Note Type | Savings loans | Paid Status | Note is paid ✓ |
| Principal Balance | | Maturity Date | 09/23/2019 |
| Interest Rate | 3.040000% | Escrow Balance | |

### Note Payment Information

| | | | |
|---|---|---|---|
| Payment Frequency | Monthly ✓ | Last Payment Date | 12/12/2018    Amount    $573,269.61 ✓ |
| Payment Type | Interest only | Autopay Account | Type |
| Interest Paid To | 12/12/2018 | | |
| Interest Paid YTD | $18,230.00 | | |

### Savings Loan Payoff Information

| | | | |
|---|---|---|---|
| Pay Off Amount | | Accrued Interest | |
| ✓ For Payoff Date Of | 12/12/2018 ✓ | | |

**Exhibit 464**
**Page 16 of 24**

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                Casino_0706152

**Selina Chan**

| | |
|---|---|
| **From:** | Peggy O'Donovan |
| **Sent:** | Wednesday, December 12, 2018 9:36 PM |
| **To:** | Selina Chan |
| **Cc:** | Cynthia Botello; Susan Y. Huang; Jason Gao; Camille Everett; Nicholas Grippando; Maggie Ka |
| **Subject:** | RE: Savings Loan ▮▮▮▮0407 'Jose Luis Huizar" |

Thank you.

**From:** Selina Chan
**Sent:** Wednesday, December 12, 2018 8:19 PM
**To:** Peggy O'Donovan <Peggy.ODonovan@eastwestbank.com>
**Cc:** Cynthia Botello <Cynthia.Botello@eastwestbank.com>; Susan Y. Huang <SusanY.Huang@EastWestBank.com>; Jason Gao <Jason.Gao@eastwestbank.com>; Camille Everett <Camille.Everett@eastwestbank.com>; Nicholas Grippando <Nicholas.Grippando@EastWestBank.com>; Maggie Ka <Maggie.Ka@eastwestbank.com>
**Subject:** RE: Savings Loan ▮▮▮▮0407 'Jose Luis Huizar"

Hi Peggy,

Well noted and per your email below <u>the early withdrawal penalty fee is waived</u> for funds withdrawn from mentioned CD account.

Thank you,

**EASTWESTBANK**

Selina Chan
AVP-Assist. Branch Support Mgr
Branch Support
Main:   626.371.8218
Fax:   626.242.9593
Cell:   ▮▮▮▮4219
Selina.Chan@eastwestbank.com

East West Bank
9300 Flair Dr., 4th Fl.
El Monte, CA 91731

**From:** Peggy O'Donovan
**Sent:** Wednesday, December 12, 2018 5:28 PM
**To:** Selina Chan <Selina.Chan@eastwestbank.com>; Maggie Ka <Maggie.Ka@eastwestbank.com>
**Cc:** Cynthia Botello <Cynthia.Botello@eastwestbank.com>; Susan Y. Huang <SusanY.Huang@EastWestBank.com>; Jason Gao <Jason.Gao@eastwestbank.com>; Camille Everett <Camille.Everett@eastwestbank.com>
**Subject:** RE: Savings Loan ▮▮▮▮0407 'Jose Luis Huizar"

Thank you.  I will send you the screen prints of the loan once completed.

**From:** Selina Chan
**Sent:** Wednesday, December 12, 2018 5:21 PM

1<br>
<b>Exhibit 464</b><br>
<b>Page 17 of 24</b>

**To:** Peggy O'Donovan <Peggy.ODonovan@eastwestbank.com>; Maggie Ka <Maggie.Ka@eastwestbank.com>
**Cc:** Cynthia Botello <Cynthia.Botello@eastwestbank.com>; Susan Y. Huang <SusanY.Huang@EastWestBank.com>; Jason Gao <Jason.Gao@eastwestbank.com>; Camille Everett <Camille.Everett@eastwestbank.com>
**Subject:** RE: Savings Loan ███████0407 'Jose Luis Huizar"

Hi Peggy,

Request is completed.  Withdrawal $575,269.61 from CD ████0407 and credit to Unapplied Loan Payment GL ███2560-88.  Please see below print screen for easy reference and let me know if you have any questions.



SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Casino_0706154



*"This e-mail is intended for __INTERNAL USE ONLY__. Please do not share or forward information contained in this email to our bank customers."*

Thanks & Regards,

**EAST WEST BANK**

Selina Chan
AVP-Assist. Branch Support Mgr
Branch Support
Main:   626.371.8218
Fax:    626.242.9593
Cell:   ████4219
Selina.Chan@eastwestbank.com

East West Bank
9300 Flair Dr., 4th Fl.
El Monte, CA 91731

---

**From:** Peggy O'Donovan
**Sent:** Wednesday, December 12, 2018 12:18 PM
**To:** Maggie Ka <Maggie.Ka@eastwestbank.com>; Selina Chan <Selina.Chan@eastwestbank.com>
**Cc:** Cynthia Botello <Cynthia.Botello@eastwestbank.com>; Susan Y. Huang <SusanY.Huang@EastWestBank.com>; Jason Gao <Jason.Gao@eastwestbank.com>

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                    Casino_0706155

**Selina Chan**

| | |
|---|---|
| **From:** | * Comml Demand Payoff |
| **Sent:** | Wednesday, December 12, 2018 11:06 AM |
| **To:** | Peggy O'Donovan |
| **Cc:** | Richard Perez; Cynthia Botello; Jimmy Hsia; Johnny Phan |
| **Subject:** | RE: Savings Loan # ▮▮▮▮0407 'Jose Luis Huizar" |
| **Attachments:** | ▮▮▮▮0407.pdf |

Good morning

Please see attached.

Once the funds are withdrawn from the TCD, the GL to credit would be ▮2650-cc (payment GL) so we can debit to pay off the loan.

Thanks

Frances

**From:** Peggy O'Donovan
**Sent:** Wednesday, December 12, 2018 9:36 AM
**To:** * Comml Demand Payoff <CommlDemandPayoff@EastWestBank.com>
**Cc:** Francisca Espinoza <Francisca.Espinoza@EastWestBank.com>; Richard Perez <Richard.Perez@eastwestbank.com>; Angela Lee <Angela.Lee@eastwestbank.com>; Cynthia Botello <Cynthia.Botello@eastwestbank.com>
**Subject:** Savings Loan ▮▮▮▮0407 'Jose Luis Huizar"
**Importance:** High

Francisca,
Can you please issue a demand on this Savings account loan. This is not like a regular savings loan that the branch does and this is the only one we have like it. This was a special request that was done a few years ago. The Advance Team continued to
Post the monthly interest payments. Currently it is past due and we will be exercising our right to take the funds from the CD. I want to be able to provide Maggie Ka the demand and where the funds should be credited so that your team can process the payoff also.
I appreciate if you could expedite the demand so that we can accomplish this today.
Please let me know if you have any questions.
Thanks.

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                    Casino_0706156

**Payoff Statement**



# EAST WEST BANK

Jose Luis Huizar

Los Angeles, CA 90033
☎
Attn:
Escrow No.    N/A

| | |
|---|---|
| Date: | December 12, 2018 |
| Loan No.: | ▇▇▇0407 |
| Borrower: | Jose Luis Huizar |
| Collateral: | TCD |

Pursuant to your request we hereby provide you with payoff amount of the above-referenced loan.  We will not be responsible for any costs in connection with this transaction.  We reserve the right to amend or withdraw this demand at any time.

|  | | | | |
|---|---|---|---|---|
| Principal Balance | | | | $570,000.00 |
| Interest from | 08/23/18 | to | 12/12/18 | $5,269.61 |
| **Amount to pay loan in full** | | | | $575,269.61 |
| | | | | |
| Next payment due date | | | 09/23/18 | |

**Funds received after 12/12/18 will require an additional $47.47 interest per day.**  Funds must be in our office by 1:00 P.M. or interest will be charged through the next business day.  Please calculate interest accordingly.  If paid after 1:00 pm on a Friday, calculate interest up to next business day.  **Please remit funds by WIRE TRANSFER to East West Bank, 135 N. Los Robles Ave., Pasadena, CA 91101. ABA No.▇▇▇0381, & credit to Account ▇▇2833-187. (Attention: Commercial Loan Servicing Payoff Dept., referencing the Loan number & Property Address).**

**PLEASE NOTE THE FOLLOWING:**
- The statement fee is due whether or not your escrow closes or loan is not paid off.
- This statement will be void after 12/26/18.
- Issuance of this statement does not suspend the contract requirement to make the loan payments when due.
- There is a **$15.00** charge for each updated demand issued.
- Please hold $N/A until N/A pending clearance of customer's check.
- **PLEASE CALL ON THE DAY OF PAYOFF TO RECEIVE AN ACCURATE PAYOFF QUOTE.  QUOTES MAY CHANGE DUE TO RATE CHANGES, PREPAYMENT PENALTY UPDATES, AND/OR FOR PAYMENTS OR ADVANCES THAT HAVE BEEN APPLIED OR REVERSED.**

We will release our liens on the loan collateral after you have complied with our instructions and the required funds have been received and processed.

Loan Service Department

c.c.: Peggy O'Donovan – EWB.

R-2 / FE

9300 Flair Drive 6ᵗʰ Floor, El Monte, CA  91731, Tel. 877-392-6868 Fax 626-242-9570

**Exhibit 464**
**Page 21 of 24**

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

Casino_0706157

View Profile - ▮ 0407 Certificate of Deposit - Bank 928        Page 1 of 1

Grace Luck Holdings Limited
▮ 0407 Certificate of Deposit

---

**Balances**

| | | | |
|---|---|---|---|
| Ledger: | 621,287.62 | Todays activity: | 0.00 |
| Current: | 621,287.62 | Holds: | 600,000.00 |
| Account available: | 21,287.62 | Closing: | 622,180.72 |
| Total accessible: | 21,287.62 | Total Holds: | 600,000.00 |

**Account Overview**

| | | | |
|---|---|---|---|
| Deposit category: | C - Certificate | Cost center: | 88 |
| Account type: | 121 - CERTIFICATE OF DEPOSIT | Primary officer: | 9060 - Johnny Chai |
| Branch: | 8088 - Pasadena | Phone: | 626-935-0789 |
| Opened: | 09/17/2014 | Birth date: | |
| Closed: | | Retirement plan: | |
| Entered: | 09/17/2014 | Withholding status: | K - Not exempt, FATCA withholding |
| Reopened: | | | |

**Statement Information**

| | | | |
|---|---|---|---|
| Next statement: | 11/30/2018 | Statement cycle: | End Of Month(A) - 31 |
| Last statement: | 10/31/2018 | Pending stmt cycle: | |
| Last statement bal: | 621,287.62 | | |

**Status Information**

| | | | |
|---|---|---|---|
| Escheat status: | | | |
| Dormant or inactive: | D - Dormant | | |
| Posting option: | | Expiration: | |
| Special referral: | | Expiration: | |
| Account statuses: | Q - Refer to supervisor | Expiration: | |
| | 4 - User defined | Expiration: | |
| | 5 - User defined | Expiration: | |

**Activity Information**

| | | | |
|---|---|---|---|
| Last deposit: | 09/22/2014 | Customer contact: | 11/21/2016 |
| Deposit amount: | 600,000.00 | Maintenance: | 11/07/2017 |
| Customer transaction: | 09/22/2014 | | |

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials     Casino_0706158

December 12, 2018

**CERTIFIED MAIL AND FIRST CLASS MAIL
RETURN RECEIPT REQUESTED**

Jose Luis Hulzar

████████████████

Los Angeles, CA 90033

Yan Yan
Grace Luck Holdings Limited
Flat A 4fl Ever Gain Centre 28 On Muk Street
Shatin, New Territories, Hong Kong
HKG-Hong Kong Special Administrative Region of
China

RE:   Loan No.:        ████0407
      Collateral:   Certificate of Deposit Number ████0407

Dear Mr. Hulzar and Ms. Yan:

**This letter requires your immediate attention. Please read it carefully.**

Reference is made to the Note, Security Agreement and Disclosure Statement ("Loan Agreement") dated September 23, 2014, made by Jose Luis Hulzar as Borrower ("Borrower") and Grace Luck Holdings as Grantor ("Grantor") in favor of East West Bank ("Bank"), for Loan Number ████0407 (Loan"). The Loan is secured by Certificate of Deposit Number ████0407 ("CD Account") in the name of Grantor.

The Loan is in default. The loan payments due on September 23, 2018, October 23, 2018, and November 23, 2018, were not made as required by the Loan Agreement. By the Loan Agreement, Borrower and Grantor agreed that that the Loan will be in default if Borrower fails to pay any amount under the Loan Agreement when due. Borrower and Grantor also agreed that if a default exists under the Loan, the Bank may, at its option, do one or more of the following:

- Without any demand or notice to Borrower or Grantor, declare the entire unpaid principal, interest, and charges immediately due and payable and;
- Exercise any rights including applying the funds on deposit in the CD Account, which Grantor granted as collateral for the repayment of the Loan, to the amounts owing on the Loan.

Grantor also agreed that the Bank may, at its option, proceed to apply the funds in the CD Account to the amount owed on the Loan without first enforcing the Loan against Borrower or any other collateral.

Accordingly, you are hereby notified that the Bank has elected to declare the entire unpaid principal and interest owed on the Loan due and payable, and to apply the funds on deposit in the CD Account to the amount owed on the Loan.

**Exhibit 464
Page 23 of 24**

Jose Luis Hulzar
Yan Yan, Grace Luck Holdings Limited
December 12, 2018
Page 2

The total amount owed on the Loan as of today's date is $575,269.61 ($570,000.00 principal plus $5,269.61 interest). Thus, the amount of $575,269.61 from the CD Account has been applied to the total amount owed on the Loan. There remains a balance of $46,018.01 in the CD Account.

This letter is not a waiver of any rights available to us because of the defaults set forth in this letter or of any other defaults. This letter shall also not be deemed a waiver of any other defaults that may exist under the Loan. This is an attempt to collect a debt and any information obtained will be used for that purpose.

**As required by law, you are hereby notified that for individual borrower(s), a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.**

If you feel that this letter is in error, or if you have any questions, please contact Jason Gao at 626-986-2316.

Sincerely,

Loan Servicing Center – Mortgage Division
East West Bank

**Exhibit 464**
**Page 24 of 24**