| | |
|---|---|
| From: | Raymond Chan<span style="background:black">████</span>@gmail.com> |
| To: | George Chiang <george.chiang@synergyalliance.net> |
| Sent: | 8/2/2015 11:01:16 PM |
| Subject: | Re: TFAR Meeting Email |

Fantastic write up! I just made some minor changes.

-------------------------------------

*Hi Michael,*

*It was brought to my attention that representatives of Hazens Real Estate Group met with you and your staff last Thursday, July 30, 2015 to attempt to resolve the TFAR calculation matter for the Luxe Hotel Project. As this is a major project within my district, I would sincerely appreciate if you facilitate this matter toward a workable solution as soon as possible.*

*I understand that there will be another meeting between you and the Hazens' representatives to finalize this matter. I would like to attend this meeting to see if I can be of any assistance to you and the project. Will you please provide me with the date and time for the meeting?*

*Thank you!*


CC List:
George.esparza@lacity.org; gregsun@hazensgroup.com; 'cpak@archeongroup.com'; jneman@linerlaw.com;george.chiang@synergyalliance.net


On Sun, Aug 2, 2015 at 1:25 PM, George Chiang <george.chiang@synergyalliance.net> wrote:

Hi Dailo,


Below is my draft of the email for your review:


*Dear Mr. LoGrande,*


*It was brought to my attention that the representatives of Hazens Real Estate Group met with you and your staff to propose the TFAR calculation for Luxe Hotel Project on July 30, 2015. Your effort in facilitating this mater toward a result is greatly appreciated, as this is a major project within my district. In my support, I would like to attend the next meeting between your department and Hazens. Please reply with the date and time of such meeting at your convenience.*


CC List:

George.esparza@lacity.org; gregsun@hazensgroup.com; 'cpak@archeongroup.com'; jneman@linerlaw.com;

george.chiang@synergyalliance.net

George Chiang

Manager of Operations

**Synergy** Alliance Advisors, Inc.

CELL: 9240

FAX: (626)571-2888

Email: George.Chiang@synergyalliance.net