# [No Subject]

| | |
|---|---|
| **From:** | Raymond Chan ███████@gmail.com> |
| **To:** | George Chiang <george.chiang@synergyalliance.net>, Jeremy Chan ███████@gmail.com> |
| **Date:** | Mon, 02 Jan 2017 17:30:40 -0800 |
| **Attachments:** | Roster Sheet.docx (18.39 kB) |

**Exhibit 547**
**Page 1 of 2**

* SUBJECT TO PROTECTIVE ORDER – Sensitive Material *

Roster Sheet.docx

| | People Who Influence the Project | | | | | |
|---|---|---|---|---|---|---|
| | Sign | TOT | TFAR / VTTM / EIR | Development Agreement | Union |
| Consultants | Legal *(Liner, JMBM)* Lighting *(FKA)* Design *(Gensler)* Sign *(???)* | Legal *(Liner, JMBM)* | Legal *(Liner, JMBM)* Environmental *(PCR)* Soil/Geotech *(Geotechnologies)* Hazardous Material *(Terra-Petra)* Traffic *(Gibson)* Utility & Water assess *(PSOMAS)* Lighting *(FKA)* Design *(Gensler)* | Legal *(Liner, JMBM)* | Legal *(Liner, JMBM)* |
| Public Officials | Planning *(Kevin Keller Luci Ibarra)* | Office of Finance Legislative Analyst *(Sharon Tso)* | Planning *(Kevin Keller Luci Ibarra)* Public Works *(Joel Jacinto)* Transportation *(Verej Janoyan)* Water & Power *(Marvin Moon)* | Planning *(Kevin Keller)* City Attorney *(Valerie Flores)* | |
| Elected Officials | CD14 *(J. Huizar)* CD10 *(H. Wesson)* | CD 9 *(C. Price)* CD 14 *(J. Huizar)* CD10 *(H. Wesson)* | CD14 *(J. Huizar)* CD10 *(H. Wesson)* | CD14 *(J. Huizar)* CD10 *(H. Wesson)* | CD14 *(J. Huizar)* |
| Stakeholders | DLANC AEG Oceanwide Shammas Group | | CCA LA Chamber DLANC AEG Oceanwide | | CREED MEP Trade unions Hotel union |

SUBJECT TO PROTECTIVE ORDER – Sensitive Material

Casino_0028502

**Exhibit 547**
**Page 2 of 2**