| | |
|---|---|
| **From:** | George Chiang <george.chiang@synergyalliance.net> |
| **To:** | Raymond Chan ▓▓▓▓@gmail.com> |
| **CC:** | Jeremy Chan ▓▓▓▓@gmail.com> |
| **Sent:** | 1/17/2017 5:50:33 PM |
| **Subject:** | RE: Roster Sheet and |

Hi Dailo,

Will do!

George Chiang
Manager of Operations
**Synergy** Alliance Advisors, Inc.
CELL: ▓▓▓▓9240
FAX: (626)571-2888
Email: George.Chiang@synergyalliance.net

**From:** Raymond Chan ▓▓▓▓@gmail.com]
**Sent:** Monday, January 16, 2017 5:30 PM
**To:** George Chiang
**Cc:** Jeremy Chan
**Subject:** Re: Roster Sheet and

## Thanks. Please bring a copy of these two attachments along with the time schedule and your strategy Wed so we can discuss at a coffee shop prior to the dinner.

On Mon, Jan 16, 2017 at 3:54 PM, George Chiang <george.chiang@synergyalliance.net> wrote:
Hi Dailo,

Please find the roster sheet and timeline presented to chairman.

George Chiang
Manager of Operations
**Synergy** Alliance Advisors, Inc.
CELL: ▓▓▓▓9240
FAX: (626)571-2888
Email: George.Chiang@synergyalliance.net

**Exhibit 549**
**Page 1 of 3**

| People Who Influence the Project | | | | | |
|---|---|---|---|---|---|
| | **Sign** | **TOT** | **TFAR / VTTM / EIR** | **Development Agreement** | **Union** |
| Consultants | Legal (*Liner, JMBM*) Lighting (*FKA*) Design (*Gensler*) Sign (*???*) | Legal (*Liner, JMBM*) | Legal (*Liner, JMBM*) Environmental (*PCR*) Soil/Geotech (*Geotechnologies*) Hazardous Material (*Terra-Petra*) Traffic (*Gibson*) Utility & Water assess (*PSOMAS*) Lighting (*FKA*) Design (*Gensler*) | Legal (*Liner, JMBM*) | Legal (*Liner, JMBM*) |
| Public Officials | Planning (*Kevin Keller Luci Ibarra*) | Office of Finance Legislative Analyst (*Sharon Tso*) | Planning (*Kevin Keller Luci Ibarra*) Public Works (*Joel Jacinto*) Transportation (*Verej Janoyan*) Water & Power (*Marvin Moon*) | Planning (*Kevin Keller*) City Attorney (*Valerie Flores*) | |
| Elected Officials | CD14 (*J. Huizar*) CD10 (*H. Wesson*) | CD 9 (*C. Price*) CD 14 (*J. Huizar*) CD10 (*H. Wesson*) | CD14 (*J. Huizar*) CD10 (*H. Wesson*) | CD14 (*J. Huizar*) CD10 (*H. Wesson*) | CD14 (*J. Huizar*) |
| Stakeholders | DLANC AEG Oceanwide Shammas Group | | CCA LA Chamber DLANC AEG Oceanwide | | CREED MEP Trade unions Hotel union |

**Exhibit 549**
**Page 2 of 3**

### PROJECT TIMELINE
### Proposed versus Actual



**Exhibit 549**
**Page 3 of 3**