---

| From: | Jeremy Chan       @gmail.com> |
|---|---|
| To: | Lincoln Lee      @gmail.com> |
| CC: | George Chiang <george.chiang@synergyalliance.net> |
| Sent: | 3/5/2017 1:16:32 AM |
| Subject: | Re: |

Please see updated items.

On Sat, Mar 4, 2017 at 11:20 AM,      @gmail.com> wrote:

Sent from Mail for Windows 10

---

**From:** Jeremy Chan
**Sent:** Saturday, February 25, 2017 3:02 PM
**To:** Lincoln Lee
**Cc:** George Chiang
**Subject:** Re: Meeting Documents

Updated documents attached.

On Sat, Feb 25, 2017 at 11:25 AM,      @gmail.com> wrote:

A list of Team consultants

And a list of outreach for the hearing

Sent from Mail for Windows 10

---

**From:**      @gmail.com
**Sent:** Saturday, February 25, 2017 9:52 AM
**To:** Jeremy Chan; George Chiang
**Subject:** RE: Meeting Documents

Jeremy,

**Exhibit 556**
**Page 1 of 5**

Here is a copy of the milestones.

Please print some copies for later.

Thanks.

Sent from Mail for Windows 10

---

**From:** Jeremy Chan
**Sent:** Sunday, February 19, 2017 6:33 PM
**To:** George Chiang; Lincoln Lee
**Subject:** Meeting Documents

Hello George and Lincoln,

Attached are the updated action items, entitlement timeline, tract map timeline, and updated organizational chart from yesterday's meeting.

Thanks!

**Exhibit 556**
**Page 2 of 5**

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials                                    Casino_0138582

**A PROJECT MILESTONES OVERVIEW:  (FOR MORE DETAILED ACTIONS, READ ACTION PLANS):**

| Blue = Design Process | | Green = City's Review Process | | Gray = Hearing Process | |
|---|---|---|---|---|---|
| **DATE** | **ENTITLEMENT & EIR PACKAGE** | **TRACT PACKAGE** | **SIGN PACKAGE** | **DA** | **TOT & Others** |
| 2/22 | PCR - Submit draft package to Planning | | | | |
| 2/27 | | | Meeting with Gensler to go over the works | | |
| 3/1 | Meet with Luci to verify the schedule and parking | Hazens - Submits marked up revisions to Psomas | | | |
| 3/3 | 1. Gensler completes model to Francis for his light study. 2. Gensler completes the noise program for podium for PCR | | | | Provide Costs (hard and soft) to consultants to revise the budget |
| 3/6 Mon | Gensler update WSA calculations for PCR | | Gensler completes Sign Matrix to Tracy for 4pm meeting with Francis | | Revise Market Study by Polaris, C&W, CBRE |
| 3/9 | | | | | Contact Council - Update the Economic Impact Analysis done by LAEDC to 2 towers scheme for Plum |
| 3/10 | Gensler completes EIR's renderings Gensler provide infor for solar panels | | Gensler – Complete the Sign drawings and submit to Francis and Sheri (Sign Ord) | | CBRE - Update Gap Analysis |
| 3/17 | Gensler updates landscaping plan | Psomas - Submit 1st draft to Hazens | JMBM – Submit draft of Sign Ord to Hazens for review | JMBM - Darft Development Agreement | LAEDC - Gap Analysis of Economic incentives |
| 3/20 | Francis completes his lights study and send to PCR? | Hazens - Review Tract Package and provide comments | | Negotiation with City Agencies | JMBM - Prepare an application for CLA process |
| 3/22 | PCR sends Final EIR package to Hazens for review | | JMBM – complete final SIGN ORD. | Meeting with CC and Chief Legislative Office to identify incentives | JMBM - Prepare a MOU outlining the agreement for Council to approval |

**Entitlements** = TFAR, Site Plan Review, Master Conditional Use Permit for Alcoholic Beverages, Major Projects Development CUB
Hearing Items = Entitlements, Tract Map, Sign District, Development Agreement ("DA")

**Exhibit 556**
**Page 3 of 5**

Casino_0138584

| | | | | | |
|---|---|---|---|---|---|
| | Gensler completes Entitlement drawings (44 pages) for hearing | | | | |
| 3/22 | All Hands Meeting with JMBM, PSOMAS, PCR, Gensler | | | | |
| 3/24 | Submit to Planning – Complete EIR package | Submit Tract Package; Planning electronic send all copies to Departments | Submit Sign Package to Planning | JMBM – Submit final agreement and prepare for Hearing | City Hires consultant (3rd party) to prepare an analysis of the economic incentives at Hazen's cost |
| 4/3 | Planning publishes NOC with 24 days for Hearing Notice. | Visit all Departments for Tract and obtain clearances by 4/25 for Planning | | JMBM- Prepare a Hotel Incentive DA with the city to sets forth the incentives and payment schedule | Complete a draft agreement with CalTrans – Mason and Gibson to meet with CalTrans |
| 4/26 | Final Entitlement drawings (44 pages) to Planning 4 days prior to the hearing | Staff Report for Tract (one week prior to hearing) | Introduce Motion for Sign Ord. | | Complete the selection of 3rd party and move to review (entire process two months) |
| 5/3 | Officer Hearing for TFAR, TRACT, SIGN/DA | Officer Hearing for TFAR, TRACT, SIGN/DA | Officer Hearing for TFAR, TRACT, SIGN/DA | Officer Hearing for TFAR, TRACT, SIGN/DA | |
| 5/5 | | Planning issue LOD for Tract | | Planning needs a draft DA for the CPC hearing | |
| 5/25 | Staff Report for CPC Hearing is due (2 weeks prior to hearing) | GC for BOE thru Joel → Edmond Yew<br>GC for LADBS Grading thru Pascal → Casey Jensen<br>GC for LADBS Zoning thru Ara → Laura Duong | | | Outreach Program for support letters for City Council Hearing |
| 6/8 | CPC HEARING | | | | |
| 6/15 | Planning Commission Determination | RC for St. Light thru Norma → Jay Wong<br>RC for DOT thru Verej<br>RC for Fire thru Hani<br>RC for DWP Power thru Marvin<br>RC for DWP Water thru David → Denise Gardiner | | | Complete agreements with Unions for City Council Hearing |
| 6/27 | City Attorney draft DA & prepare CC Report | | | | Third party completed their reviews on TOT |
| 7/14 | PLUM Hearing | | | | |
| 7/28 | CITY COUNCIL Hearing | | | | |
| 8/4 | 2ND Hearing if necessary | | | | |
| 8/11 | Mayor's Signature | | | | |
| 8/18 | City Publish NOD | | | | |
| 9/18 | End of Statutory period on CEQA compliance | | | | |

*Entitlements* = TFAR, Site Plan Review, Master Conditional Use Permit for Alcoholic Beverages, Major Projects Development CUB

Hearing Items = Entitlements, Tract Map, Sign District, Development Agreement ("DA")

**Exhibit 556**

**Page 4 of 5**

TOT Process:

Hotel Incentive Policy:  Applicant shall

1. Submit application to EWDD.
2. Execute MOU that outlines the terms and responsibilities of the revenue participation agreement.
3. To determine which incentive the project would be eligible to receive.
4. The application package would be submitted to Council for review.
5. Develop a standard MOU and revenue participation agreements.
6. MOU approved by Council to instruct CLA to hire consultants at owner's expanses ($200,000).
7. Initiate the necessary studies to determine fiscal viability of the project....Gap Study.
8. EWDD has a list of consultants (third party) qualified to conduct a review of the Gap study.
9. By CLA – Determination and Recommendation Letter after the third party review.
10. Prepare a Hotel Incentive Agreement for consideration by the Council to approve.
11. Request the City Attorney to prepare an Ord. to establish a Special Trust Fund.
12. Authority the City Administrative Officer to execute a contract.
13. Hotel Development Incentive Agreement between Developer and City.

TFAR Process per Section 14.5.6

1. Applicant submit an application to Director of planning and the Administrator for a transfer of 50,000sq ft or greater.
2. Agency will forward a copy to the Mayor's Office, Council Office, Council District, Planning and the CLA within 7 days.
3. Planning prepare an initial study to assess the environmental impacts.
4. The Administrator shall issue a report of recommendations including the Public Benefit Payment and the TFAR transfer payment.
5. After reviewing the report, the Agency Board shall make the findings and approve a Transfer.
6. The Agency Board shall make a decision with 12 months after the submission.
7. A request for review to be filed with the Commission no later than 15 days (appeal)
8. Commission shall act on the request for file within 75 days or auto forward to City Council for its action.
9. City Council shall make a decision.
10. Once approved by City Council, the report shall be forwarded to the Mayor for approval.

*Entitlements* = TFAR, Site Plan Review, Master Conditional Use Permit for Alcoholic Beverages, Major Projects Development CUB
Hearing Items = Entitlements, Tract Map, Sign District, Development Agreement ("DA")

**Exhibit 556**
**Page 5 of 5**