| | |
|---|---|
| From: | Jose Huizar ▮ |
| To: | George Chiang <george.chiang@synergyalliance.net> |
| Sent: | 4/7/2017 11:05:54 PM |
| Subject: | Fwd: HUIZAR/▮ 16APR2017 LAX HKG |

Sent from my iPhone

Begin forwarded message:

From: Richelle Rios <▮>
Date: April 1, 2017 at 11:36:58 AM PDT
To: Jose Huizar <▮>
Subject: Fwd: HUIZAR/▮ 16APR2017 LAX HKG

Sent from my iPhone

Begin forwarded message:

From: "Travel Document"<itinerary@amadeus.com>
Date: March 29, 2017 at 5:41:31 PM PDT
To: ▮
Subject: HUIZAR/▮ 16APR2017 LAX HKG

```
CATHAY PACIFIC AIRWAYS LTD              DATE 30MARCH17
NORTH AMERICA RESERVATION SALES         BOOKING REF 6PU32B
UNITED STATES OF AMERICA
                                        HUIZAR/▮
                                        HUIZAR/▮

SERVICE         FROM                   TO                     DEPART   ARRIVAL
--------------  --------------------   --------------------   -------  -------
CATHAY PACIFIC - CX 885
                LOS ANGELES CA         HONG KONG HK           1255     1855
SUN 16APR       LOS ANGELES INTL       INTERNATIONAL                   17APR
NON STOP        TERMINAL B             TERMINAL 1             DURATION 15:00
                RESERVATION CONFIRMED - M ECONOMY
                ON BOARD: LUNCH/DINNER
                AIRCRAFT OWNER: CX CATHAY PACIFIC
                COCKPIT CREW: CX CATHAY PACIFIC
                CABIN CREW: CX CATHAY PACIFIC
                EQUIPMENT: BOEING 777-300ER
                CHILD MEAL CONFIRMED FOR HUIZAR/▮
                CHILD MEAL CONFIRMED FOR HUIZAR/▮
                SEAT 42A NO SMOKING SEAT CONFIRMED FOR HUIZAR/▮
                MSTR
                SEAT 42B NO SMOKING SEAT CONFIRMED FOR HUIZAR/▮
                MISS

CATHAY PACIFIC - CX 882
```

Exhibit 571
Page 1 of 6

```
SUN 23APR      HONG KONG HK          LOS ANGELES CA          1635      1450
NON STOP       INTERNATIONAL         LOS ANGELES INTL
               TERMINAL 1            TERMINAL B              DURATION 13:15
               RESERVATION CONFIRMED - V ECONOMY
               ON BOARD: DINNER/BREAKFAST
               AIRCRAFT OWNER: CX CATHAY PACIFIC
               COCKPIT CREW: CX CATHAY PACIFIC
               CABIN CREW: CX CATHAY PACIFIC
               EQUIPMENT: BOEING 777-300ER
               CHILD MEAL CONFIRMED FOR HUIZAR/█████████
               CHILD MEAL CONFIRMED FOR HUIZAR/█████████
               SEAT 42A NO SMOKING SEAT CONFIRMED FOR HUIZAR/█████████
               MSTR
               SEAT 42B NO SMOKING SEAT CONFIRMED FOR HUIZAR/█████████
               MISS

HUIZAR/█████████                    TICKET:CX/ETKT 160 2358381161
HUIZAR/█████████                    TICKET:CX/ETKT 160 2358381162
```

Exhibit 571
Page 2 of 6

 

```
CATHAY PACIFIC AIRWAYS LTD              DATE 30MARCH17
NORTH AMERICA RESERVATION SALES         BOOKING REF 6PU32B
UNITED STATES OF AMERICA
                                        HUIZAR/
                                        HUIZAR/

SERVICE         FROM                    TO                      DEPART  ARRIVAL
--------------  ------------------      ----------------------  ------  -------
CATHAY PACIFIC - CX 885
                LOS ANGELES CA          HONG KONG HK            1255    1855
SUN 16APR       LOS ANGELES INTL        INTERNATIONAL                   17APR
NON STOP        TERMINAL B              TERMINAL 1              DURATION 15:00
                RESERVATION CONFIRMED - M ECONOMY
                ON BOARD: LUNCH/DINNER
                AIRCRAFT OWNER: CX CATHAY PACIFIC
                COCKPIT CREW: CX CATHAY PACIFIC
                CABIN CREW: CX CATHAY PACIFIC
                EQUIPMENT: BOEING 777-300ER
                CHILD MEAL CONFIRMED FOR HUIZAR/
                CHILD MEAL CONFIRMED FOR HUIZAR/
                SEAT 42A NO SMOKING SEAT CONFIRMED FOR HUIZAR/
                MSTR
                SEAT 42B NO SMOKING SEAT CONFIRMED FOR HUIZAR/
                MISS

CATHAY PACIFIC - CX 882
                HONG KONG HK            LOS ANGELES CA          1635    1450
SUN 23APR       INTERNATIONAL           LOS ANGELES INTL
NON STOP        TERMINAL 1              TERMINAL B              DURATION 13:15
                RESERVATION CONFIRMED - V ECONOMY
                ON BOARD: DINNER/BREAKFAST
                AIRCRAFT OWNER: CX CATHAY PACIFIC
                COCKPIT CREW: CX CATHAY PACIFIC
                CABIN CREW: CX CATHAY PACIFIC
                EQUIPMENT: BOEING 777-300ER
                CHILD MEAL CONFIRMED FOR HUIZAR/
                CHILD MEAL CONFIRMED FOR HUIZAR/
                SEAT 42A NO SMOKING SEAT CONFIRMED FOR HUIZAR/
                MSTR
                SEAT 42B NO SMOKING SEAT CONFIRMED FOR HUIZAR/
                MISS

HUIZAR/                                 TICKET:CX/ETKT 160 2358381161
HUIZAR/                                 TICKET:CX/ETKT 160 2358381162
```

**From:** Jose Huizar
**To:** George Chiang <george.chiang@synergyalliance.net>
**Sent:** 4/7/2017 11:05:04 PM
**Subject:** Fwd: HUIZAR/███████ 16APR2017 LAX HKG

Sent from my iPhone

Begin forwarded message:

**From:** Richelle Rios <███████>
**Date:** March 31, 2017 at 11:48:16 PM PDT
**To:** Jose Huizar <jose.huizar@sbcglobal.net>
**Subject:** Fwd: HUIZAR/ISABELLA ROSE MS 16APR2017 LAX HKG

Sent from my iPhone

Begin forwarded message:

**From:** "Travel Document"<itinerary@amadeus.com>
**Date:** March 29, 2017 at 5:42:29 PM PDT
**To:** ███████
**Subject:** HUIZAR/███████ 16APR2017 LAX HKG

```
CATHAY PACIFIC AIRWAYS LTD              DATE 30MARCH17
NORTH AMERICA RESERVATION SALES         BOOKING REF 6PSNVG
UNITED STATES OF AMERICA
                                        HUIZAR/JOSE LUIS MR
                                        HUIZAR/███████
                                        RIOS/RICHELLE RAE MS

SERVICE         FROM                    TO                      DEPART    ARRIVAL
-------------   -------------------     ---------------------   -------   -------
CATHAY PACIFIC - CX 885
                LOS ANGELES CA          HONG KONG HK            1255      1855
SUN 16APR       LOS ANGELES INTL        INTERNATIONAL                     17APR
NON STOP        TERMINAL B              TERMINAL 1              DURATION 15:00
                RESERVATION CONFIRMED - L ECONOMY
                ON BOARD: LUNCH/DINNER
                AIRCRAFT OWNER: CX CATHAY PACIFIC
                COCKPIT CREW: CX CATHAY PACIFIC
                CABIN CREW: CX CATHAY PACIFIC
                EQUIPMENT: BOEING 777-300ER
                SEAT 42D NO SMOKING SEAT CONFIRMED FOR HUIZAR/JOSE LUIS MR
                SEAT 42E NO SMOKING SEAT CONFIRMED FOR HUIZAR/███████
                SEAT 42C NO SMOKING SEAT CONFIRMED FOR RIOS/RICHELLE RAE
                MS

CATHAY PACIFIC - CX 882
```

Exhibit 571
Page 4 of 6

```
                  HONG KONG HK        LOS ANGELES CA        1635      1450
SUN 23APR         INTERNATIONAL       LOS ANGELES INTL
NON STOP          TERMINAL 1          TERMINAL B            DURATION 13:15
                  RESERVATION CONFIRMED - V ECONOMY
                  ON BOARD: DINNER/BREAKFAST
                  AIRCRAFT OWNER: CX CATHAY PACIFIC
                  COCKPIT CREW: CX CATHAY PACIFIC
                  CABIN CREW: CX CATHAY PACIFIC
                  EQUIPMENT: BOEING 777-300ER
                  SEAT 42D NO SMOKING SEAT CONFIRMED FOR HUIZAR/JOSE LUIS MR
                  SEAT 42E NO SMOKING SEAT CONFIRMED FOR HUIZAR/█████
                  SEAT 42C NO SMOKING SEAT CONFIRMED FOR RIOS/RICHELLE RAE
                  MS

HUIZAR/██████████                     TICKET:CX/ETKT 160 2358381163
HUIZAR/JOSE LUIS MR                   TICKET:CX/ETKT 160 2358381164
RIOS/RICHELLE RAE MS                  TICKET:CX/ETKT 160 2358381165
```

  

```
CATHAY PACIFIC AIRWAYS LTD                    DATE 30MARCH17
NORTH AMERICA RESERVATION SALES               BOOKING REF 6PSNVG
UNITED STATES OF AMERICA
                                              HUIZAR/JOSE LUIS MR
                                              HUIZAR/
                                              RIOS/RICHELLE RAE MS


SERVICE          FROM                    TO                      DEPART    ARRIVAL
---------------  -------------------     ---------------------   -------   -------
CATHAY PACIFIC - CX 885
                 LOS ANGELES CA          HONG KONG HK            1255      1855
SUN 16APR        LOS ANGELES INTL        INTERNATIONAL                     17APR
NON STOP         TERMINAL B              TERMINAL 1              DURATION 15:00
                 RESERVATION CONFIRMED - L ECONOMY
                 ON BOARD: LUNCH/DINNER
                 AIRCRAFT OWNER: CX CATHAY PACIFIC
                 COCKPIT CREW: CX CATHAY PACIFIC
                 CABIN CREW: CX CATHAY PACIFIC
                 EQUIPMENT: BOEING 777-300ER
                 SEAT 42D NO SMOKING SEAT CONFIRMED FOR HUIZAR/JOSE LUIS MR
                 SEAT 42E NO SMOKING SEAT CONFIRMED FOR HUIZAR/

                 SEAT 42C NO SMOKING SEAT CONFIRMED FOR RIOS/RICHELLE RAE
                 MS

CATHAY PACIFIC - CX 882
                 HONG KONG HK            LOS ANGELES CA          1635      1450
SUN 23APR        INTERNATIONAL           LOS ANGELES INTL
NON STOP         TERMINAL 1              TERMINAL B              DURATION 13:15
                 RESERVATION CONFIRMED - V ECONOMY
                 ON BOARD: DINNER/BREAKFAST
                 AIRCRAFT OWNER: CX CATHAY PACIFIC
                 COCKPIT CREW: CX CATHAY PACIFIC
                 CABIN CREW: CX CATHAY PACIFIC
                 EQUIPMENT: BOEING 777-300ER
                 SEAT 42D NO SMOKING SEAT CONFIRMED FOR HUIZAR/JOSE LUIS MR
                 SEAT 42E NO SMOKING SEAT CONFIRMED FOR HUIZAR/

                 SEAT 42C NO SMOKING SEAT CONFIRMED FOR RIOS/RICHELLE RAE
                 MS
HUIZAR/                                       TICKET:CX/ETKT 160 2358381163
HUIZAR/JOSE LUIS MR                           TICKET:CX/ETKT 160 2358381164
RIOS/RICHELLE RAE MS                          TICKET:CX/ETKT 160 2358381165
```