

*SUBJECT TO PROTECTIVE ORDER – Sensitive Materials*

SUBJECT TO PROTECTIVE ORDER – Sensitive Materials

HAZENS00009998

Casino_1560730

CONFIDENTIAL

**Exhibit 572**
**Page 1 of 2**

Shenzhen VAT General Receipt

4403162320

No 37087053

4403162320

Machine Serial Number
929905339108

Invoice

37087053

Date of Receipt: April 19, 2017

| Purchaser | Name:<br>Tax Number:<br>Address, Telephone:<br>Bank and Account Number: | | | | Password Area: | 03/34*23<32-3083-582>*23*+75<br>009133*21/6>*637*6<<474*0<6<<br>+//34*23<32-3083-54<6+6*84>2<br>00>1/-/>29012134063-460<-*56 |
|---|---|---|---|---|---|---|
| Goods or taxable services, service name<br><br>Meal Expense | Specification Model | Unit | Quantity | Price per unit | Amount | Tax | Tax Amount |
| | | | 1 | 2152.83018867 | 2152.83 | 6% | 129.17 |
| Total | | | | | ¥2152.83 | | ¥129.17 |

| Total Price with Tax (Printed) | Two thousand two hundred eighty two yuan only           (Numerical) ¥2282.00 |
|---|---|

| Seller | Name: Wangpin (China) Catering Co., Ltd. Shenzhen Yitian Holiday Plaza Branch<br>Tax Number: 91440300685374928T<br>Address, Telephone: 3F, Hai'an cheng shopping mall, No. 33 Wenxinwu Lu, Nanshan District, Shenzhen<br>Bank and Account Number: China Construction Bank Shenzhen Luohu Branch 44201507300052513275 | Notes | Verification Code 11540 33182 47529 (illegible) |
|---|---|---|---|

Payee: Lin, Ruiling          Review: Administrator          Issuer: Chen, Minqi          Seller: (Seal)