George Chiang <​████@gmail.com>

## Download your tickets - Order #213993843
1 message

**StubHub Order** <orders@service.stubhub.com>   Mon, Jun 19, 2017 at 9:48 PM
Reply-To: orders@service.stubhub.com
To: ████@gmail.com

Your tickets are ready to print

Sports | Concerts | Theater

 Here's what happens next

Hi george ,

Your tickets are ready to print in your StubHub account.

View and print

### Print your tickets before arriving

**Important:** You will not be able to print your tickets or scan mobile tickets at the venue. Make sure you print your tickets at home before you go.

1. **Print your tickets.**
   You'll need Adobe Reader. Download it free.
2. **Check your tickets.**
   - Make sure it's what you ordered.
   - It's OK if your name isn't printed on them.
   - The price may reflect the face value, not the price you paid.
3. **Bring your printed tickets to the event. Have fun!**

Remember, your tickets are 100% guaranteed or your money back!

### Order info

**Order #:** 213993843   |   **Order date:** 06/19/2017

**Seller POS ID:** 563766

**Kendrick Lamar with Travis Scott and D.R.A.M.** at STAPLES Center, Los Angeles, CA
Tue, 08/08/2017, 7:30 p.m. PDT
(Event time subject to change - Check local listings)

**Floor 1 | 4** tickets
**Row 14 | Seats** 11, 12, 13, 14

**Order total: $1,670.26**

**Credit card:**

The credit or debit ending in the following 4 digits will now be charged.

************1005
This purchase will appear on your credit or debit card statement as a charge from StubHub Tickets.

### Thanks for using StubHub!

If you have any questions, comments, or concerns, please contact us. We're here 24/7.



KENDRA LAMAR

Exhibit 576
Page 1 of 7



Casino_0367560

## George Chiang

**From:** George Chiang
**Sent:** Saturday, August 12, 2017 6:18 PM
**To:** Jose Huizar
**Subject:** Re: Download your tickets - Order #213993843

Yes sir! Thank you.

Sent from my iPhone

On Aug 12, 2017, at 4:10 PM, Jose Huizar ▌wrote:

> Thank you George.
>
> I will provide check this coming week to you.
>
> Jose
>
> On Friday, August 11, 2017 10:32 AM, George Chiang <george.chiang@synergyalliance.net> wrote:
>
> Hi Boss,
> Below is the order for 4 Kendrick Lamar tickets total $1,670.26. Let me know when the check is ready. Thanks a lot!
> George
>
> **From:** StubHub Order [mailto:orders@service.stubhub.com]
> **Sent:** Monday, June 19, 2017 9:48 PM
> **To:** ▌@gmail.com
> **Subject:** Download your tickets - Order #213993843

Your tickets are ready to print

Sports | Concerts | Theater

 Here's what happens next

Hi george,

Your tickets are ready to print in your StubHub account.



### Print your tickets before arriving

**Important:** You will not be able to print your tickets or scan mobile tickets at the venue. Make sure you print your tickets at home before you go.

1. Print your tickets.

1

Exhibit 576
Page 2 of 7

Casino_0367561

You'll need Adobe Reader. Download it free.

2. **Check your tickets.**

- Make sure it's what you ordered.
- **It's OK if your name isn't printed on them.**
- The price may reflect the face value, not the price you paid.

3. **Bring your printed tickets to the event. Have fun!**

Remember, your tickets are 100% guaranteed or your money back!

## Order info

**Order #:** 213993843 | **Order date:** 06/19/2017

**Seller POS ID:** 563766

**Kendrick Lamar with Travis Scott and D.R.A.M.** at STAPLES Center, Los Angeles, CA
Tue, 08/08/2017, 7:30 p.m. PDT
(Event time subject to change - Check local listings)

**Floor 1** | 4 tickets
**Row** 14 | **Seats** 11, 12, 13, 14

Order total: $1,670.26

Credit card:

The credit or debit ending in the following 4 digits will now be charged.

************1005
This purchase will appear on your credit or debit card statement as a charge from StubHub Tickets.

## Thanks for using StubHub!

If you have any questions, comments, or concerns, please contact us. We're here 24/7.

StubHub. Your ticket out™

Get the StubHub app and enable notifications. You'll get instant alerts about your tickets and payments.

 

StubHub sent this message to george chiang (chiang.george@gmail.com). We've included your registered name and email to show this message originated from StubHub.

2

Exhibit 576
Page 3 of 7

Casino_0367562





TICKET DISCLAIMER LANGUAGE

NO REFUNDS OR EXCHANGES ♦ EVENT TIME & DATE SUBJECT TO CHANGE
NOTICE TO TICKET HOLDER

The holder of this ticket (the ♦Holder♦) is hereby granted admission to the facility indicated on this ticket for the purpose of viewing the event indicated on this ticket (the ♦Event♦) upon the conditions set forth below. Holder shall not be allowed to enter the facility without this ticket. THE HOLDER HEREBY ASSUMES ALL RISK OF INJURY RESULTING FROM, IN CONNECTION WITH, OR INCIDENTAL TO THE EVENT, WHETHER OCCURRING PRIOR TO, DURING OR AFTER THE EVENT AND AGREES THAT THE FACILITY, MANAGEMENT, PROMOTER, PARTICIPANTS, PARTICIPATING CLUBS OR PARTIES, AXS GROUP LLC, AND EACH OF THEIR AFFILIATES AND THEIR RESPECTIVE EMPLOYEES, PLAYERS, MUSICIANS, OFFICERS, DIRECTORS, MEMBERS, PARTNERS, OWNERS, MANAGERS, SPONSORS, CONTRACTORS AND OTHER AGENTS (COLLECTIVELY, THE ♦RELEASEES♦) SHALL NOT BE RESPONSIBLE OR LIABLE FOR, AND HOLDER DOES HEREBY RELEASE THE RELEASEES FROM, ANY LOSS, DAMAGE OR INJURY RESULTING FROM ANY SUCH INJURY.

In the event of a cancellation or rescheduling of the event, management shall not be required to issue a refund provided that holder is given the right, within twelve months of the date of the event, to attend a rescheduled performance of the same event or to exchange this ticket for a ticket comparable in price and location to another similar event as designated by management except as otherwise provided by law.

Certain maximum resale premiums and restrictions may apply. This ticket is a revocable license and admission may be refused upon refunding of the face amount of the ticket. However, each of the Releasees reserves the right, without the refund of any portion of the ticket purchase price, to refuse admission to or eject any person who fails to comply with management or facility rules.

Holder agrees by use of this ticket, not to transmit or aid in transmitting any description, account, picture or reproduction of the Event for which the ticket is issued. Holder acknowledges that the Event may be broadcast or otherwise publicized or promoted, and hereby grants permission to the Releasees to utilize the Holder♦s image or likeness incidental to any live or recorded video display or other transmission, reproduction, promotion or marketing of the Event. This ticket is subject to additional Terms and Conditions as set forth in the Ticket Purchase Agreement found here: www.axs.com/about-purchase-agreement.html. It is unlawful

- This page is your ticket. Please present this entire page at the event.
- Keep this ticket in a safe place as you would money or regular tickets, the Facility is not responsible for unauthorized duplication of the ticket.
- The barcode only allows one entry per scan.
- In the event that duplicate copies appear, The Facility reserves the right to refuse entry into the event.

Exhibit 576
Page 4 of 7

Casino_0367563







Exhibit 576
Page 5 of 7

Casino_0367564





TICKET DISCLAIMER LANGUAGE

NO REFUNDS OR EXCHANGES ♦ EVENT TIME & DATE SUBJECT TO CHANGE
NOTICE TO TICKET HOLDER

The holder of this ticket (the ♦Holder♦) is hereby granted admission to the facility indicated on this ticket for the purpose of viewing the event indicated on this ticket (the ♦Event♦) upon the conditions set forth below. Holder shall not be allowed to enter the facility without this ticket. THE HOLDER HEREBY ASSUMES ALL RISK OF INJURY RESULTING FROM, IN CONNECTION WITH, OR INCIDENTAL TO THE EVENT, WHETHER OCCURING PRIOR TO, DURING OR AFTER THE EVENT AND AGREES THAT THE FACILITY, MANAGEMENT, PROMOTER, PARTICIPANTS, PARTICIPATING CLUBS OR PARTIES, AXS GROUP LLC, AND EACH OF THEIR AFFILIATES AND THEIR RESPECTIVE EMPLOYEES, PLAYERS, MUSICIANS, OFFICERS, DIRECTORS, MEMBERS, PARTNERS, OWNERS, MANAGERS, SPONSORS, CONTRACTORS AND OTHER AGENTS (COLLECTIVELY, THE ♦RELEASEES♦) SHALL NOT BE RESPONSIBLE OR LIABLE FOR, AND HOLDER DOES HEREBY RELEASE THE RELEASEES FROM, ANY LOSS, DAMAGE OR INJURY RESULTING FROM ANY SUCH INJURY.

In the event of a cancellation or rescheduling of the event, management shall not be required to issue a refund provided that holder is given the right, within twelve months of the date of the event, to attend a rescheduled performance of the same event or to exchange this ticket for a ticket comparable in price and location to another similar event as designated by management except as otherwise provided by law.

Certain maximum resale premiums and restrictions may apply. This ticket is a revocable license and admission may be refused upon refunding of the face amount of the ticket. However, each of the Releasees reserves the right, without the refund of any portion of the ticket purchase price, to refuse admission to or eject any person who fails to comply with management or facility rules.

Holder agrees by use of this ticket, not to transmit or aid in transmitting any description, account, picture or reproduction of the Event for which the ticket is issued. Holder acknowledges that the Event may be broadcast or otherwise publicized or promoted, and hereby grants permission to the Releasees to utilize the Holder♦s image or likeness incidental to any live or recorded video display or other transmission, reproduction, promotion or marketing of the Event. This ticket is subject to additional Terms and Conditions as set forth in the Ticket Purchase Agreement found here: www.axs.com/about-purchase-agreement.html. It is unlawful

- This page is your ticket. Please present this entire page at the event.
- Keep this ticket in a safe place as you would money or regular tickets, the Facility is not responsible for unauthorized duplication of the ticket.
- The barcode only allows one entry per scan.
- In the event that duplicate copies appear, The Facility reserves the right to refuse entry into the event.

Exhibit 576
Page 6 of 7

Casino_0367565



| NEIGHBORHOOD | SECTION | ROW | SEAT |
|---|---|---|---|
| Admissions | FLOOR1 | 14 | 11 |

**EVENT CODE:** STC170808
**PRICE:** StubHub
**PURCHASED BY:** george chiang
**PRICE CODE:** B2B Consignment

330
3603235

TDE/LIVE NATION PRESENTS
KENDRICK LAMAR
**THE DAMN. TOUR**
STAPLES CENTER
**LOS ANGELES, CA**
TUE. AUG 8, 2017 7:30PM

113303358309014

Find the best events at axs.com
axs means Access [ 'AX-SES ]



+ FOLLOW
YOUR FAVORITE TEAMS, ARTISTS, AND VENUES AT
axs.com



axs is [ 'AX-SES ]
FIND EVENTS AT axs.com

TICKET DISCLAIMER LANGUAGE

NO REFUNDS OR EXCHANGES ♦ EVENT TIME & DATE SUBJECT TO CHANGE
NOTICE TO TICKET HOLDER

The holder of this ticket (the ♦Holder♦) is hereby granted admission to the facility indicated on this ticket for the purpose of viewing the event indicated on this ticket (the ♦Event♦) upon the conditions set forth below. Holder shall not be allowed to enter the facility without this ticket. THE HOLDER HEREBY ASSUMES ALL RISK OF INJURY RESULTING FROM, IN CONNECTION WITH, OR INCIDENTAL TO THE EVENT, WHETHER OCCURING PRIOR TO, DURING OR AFTER THE EVENT AND AGREES THAT THE FACILITY, MANAGEMENT, PROMOTER, PARTICIPANTS, PARTICIPATING CLUBS OR PARTIES, AXS GROUP LLC, AND EACH OF THEIR AFFILIATES AND THEIR RESPECTIVE EMPLOYEES, PLAYERS, MUSICIANS, OFFICERS, DIRECTORS, MEMBERS, PARTNERS, OWNERS, MANAGERS, SPONSORS, CONTRACTORS AND OTHER AGENTS (COLLECTIVELY, THE ♦RELEASEES♦) SHALL NOT BE RESPONSIBLE OR LIABLE FOR, AND HOLDER DOES HEREBY RELEASE THE RELEASEES FROM, ANY LOSS, DAMAGE OR INJURY RESULTING FROM ANY SUCH INJURY.

In the event of a cancellation or rescheduling of the event, management shall not be required to issue a refund provided that holder is given the right, within twelve months of the date of the event, to attend a rescheduled performance of the same event or to exchange this ticket for a ticket comparable in price and location to another similar event as designated by management except as otherwise provided by law.

Certain maximum resale premiums and restrictions may apply. This ticket is a revocable license and admission may be refused upon refunding of the face amount of the ticket. However, each of the Releasees reserves the right, without the refund of any portion of the ticket purchase price, to refuse admission to or eject any person who fails to comply with management or facility rules.

Holder agrees by use of this ticket, not to transmit or aid in transmitting any description, account, picture or reproduction of the Event for which the ticket is issued. Holder acknowledges that the Event may be broadcast or otherwise publicized or promoted, and hereby grants permission to the Releasees to utilize the Holder♦s image or likeness incidental to any live or recorded video display or other transmission, reproduction, promotion or marketing of the Event. This ticket is subject to additional Terms and Conditions as set forth in the Ticket Purchase Agreement found here: www.axs.com/about-purchase-agreement.html. It is unlawful

- This page is your ticket. Please present this entire page at the event.
- Keep this ticket in a safe place as you would money or regular tickets, the Facility is not responsible for unauthorized duplication of the ticket.
- The barcode only allows one entry per scan.
- In the event that duplicate copies appear, The Facility reserves the right to refuse entry into the event.

Exhibit 576
Page 7 of 7

Casino_0367566