RC#3114
September 14, 2017
**RAYMOND CHAN**, George Chiang

**Ex. 622A-T**
**Time Stamp: 00:00:34 -00:02:19**

| Speaker | Exhibit 622A (Transcript) |
|---|---|
| CHAN | So actually, this one, is this one, consequential, is really because we, somebody talked to the Mayor's office. |
| Chiang | Right. |
| CHAN | So we have a lot of people to thank too, we have to send a lot of chocolates and what-not to a lot of people. I came up with a list, and I'm sure you'll come up with a longer list. |
| Chiang | Yeah, there's a few people that I need to make sure that we... |
| CHAN | We'll get...we'll talk... are you going back to Rosemead? And you going back to Rosemead? |
| Chiang | I have to go to the Rosemead office, okay so there's that CRA signed off. I just wanted to make sure that they have, I don't know if it's a check, I'll find out, but there's a few items that we, that I need to address. I want to make sure I set the ducks in a row, and then so next week we're ready. And then the chairman's wife called me, I don't know if the chairman called her or something. So I don't know what it is, so I'll find out. |
| CHAN | By the end of the day we pick up the check, okay? |
| Chiang | Yeah, yeah, of course! (laughing) |
| CHAN | There's nothing is more important than that. |
| Chiang | And boss, you know, what's funny, all of a sudden Jose called me and said, hey, you know, congratulations, you know, we, actually I had to call the Mayor's office to tell him to tell David Ambroz to come down. |
| CHAN | Yeah when he says he calls, he means Shawn calls, okay? When Shawn calls because we asked Shawn to call, okay? Anyway, whatever, that's good, we'll give them some credit. We'll come up all the people that we need to thank, okay, so we think of a little celebration, okay? Are you going to go home directly? |

1

**Exhibit 622A-T**
**Page 1 of 1**