RC#3114
September 14, 2017
**RAYMOND CHAN**, George Chiang

**Ex. 622B-T**
**Time Stamp: 00:04:25 -00:05:19**

| Speaker | Exhibit 622B (Transcript) |
|---|---|
| CHAN | Alright? Okay, so you go back home okay and rest, okay, after that? But if you get a check, let me know, if you don't get a check, ask her, where the fuck is the check, okay? |
| Chiang | (laughing) yeah, okay. |
| CHAN | Alright, okay. |
| Chiang | Okay. |
| CHAN | Alright, okay. |
| Chiang | Okay. |
| CHAN | But did you talk to the chairman at all? |
| Chiang | No, no, I text him, I said, when you wake up, let me know, I can call you. But he hasn't replied, I'm assuming he... |
| CHAN | But did you say that there's good news, we passed? |
| Chiang | Yeah, I told him that the CPC is passed. |
| CHAN | Okay, good. |
| Chiang | Yeah. |
| CHAN | He should be up already, right? Okay, we'll talk, okay? |
| Chiang | No, he stay up late, because he stay up, he was texting me at, like, 1:00 pm. |
| CHAN | Yeah, because he thought you would be over by then. Okay, sounds good. Alright, we'll talk, bye. |
| Chiang | Okay, alright, bye. |

1