

Even W <evenw@cccig.net>

## Order Summary - Vivid Seats (Order #20516294)
1 message

Vivid Seats <orders@vividseats.com>  Thu, Jun 14, 2018 at 2:15 PM
To: evenw@cccig.net



SPORTS   CONCERTS   THEATER
MLB   NHL   NCAA   NBA   Tennis   WWE



# Thank you for your order!

## Order Summary

| Order # | Order Date | Order Total* |
|---|---|---|
| 20516294 | 6/14/2018 4:15 PM | $1932.76 |

| Order Status | Customer Information | Delivery |
|---|---|---|
| Processing | RAYMOND CHAN<br>█████████ 6463<br>MONTEREY PARK, CA 91755 | Electronic - Instant Download |

## Ticket Details

| Quantity | Event | Details* |
|---|---|---|
| 4 | San Francisco Giants at Los Angeles Dodgers<br>Dodger Stadium<br>Sat. Jun 16, 2018 5:15 PM | Section: Dugout 1 Row: GG<br>Dodgers Dugout Club access included. In-seat wait service.<br>Padded seats. Within 10 rows of field. |

**What is the next step?**
No further action is required at this time. The seller is currently processing your order. Once this is complete, you will receive a confirmation email with additional information. Feel free to view our FAQ if you have questions in the meantime.

**Are these tickets a gift?**
Personalize your present with customizable gift announcements!

**Exhibit 802**
**Page 1 of 3**

Have questions about your order?
Log in to view your current order status or click here for answers to all common customer questions. Still need help? Contact us!

We are always looking for ways to improve the ticket-buying experience. We would appreciate your feedback!

## Thank you for choosing VIVIDSEATS!

Check out these upcoming events from Vivid Seats!

| | | |
|---|---|---|
| MLB | Taylor Swift | Hamilton |
| NCAA Football | Elton John | Wicked |
| NHL | Pink | The Book Of Mormon |
| NBA | The Eagles | The Lion King |
| WWE | Foo Fighters | Las Vegas Shows |
| NASCAR | Justin Timberlake | Broadway Shows |
| View All Sports › | View All Concerts › | View All Theater › |

About Us | My Account | Privacy Policy




*As described in our terms and conditions, the seller may provide comparable or better tickets to the same event. Event times are subject to change; please check your local listings.

*All prices are in US Dollars

Exhibit 802
Page 2 of 3

Case 2:20-cr-00326-JFW   Document 1432-61   Filed 09/12/24   Page 3 of 3   Page ID
#:32047



**Exhibit 802**
**Page 3 of 3**