


**Extraction Report** - Apple iPhone Logical



Raymond Chan
6463



George Chiang
9240

---

**6463 Raymond Chan**

Good morning Seilo, in addition to the sign matter, please also 1) tell J that yuan is coming in June, we can talk about the Pac at that time; 2) ask J whether he will support 3 more stories for ADC; and tell him that we help Richelle to secure the support from Thomas for tomorrow's high school gala. Thanks!

4/20/2018 8:23:52 AM(UTC-7)

Source Extraction:
Logical (1)

**6463 Raymond Chan**

Also let's keep Monday lunch with SK. I'll reschedule with Farrell.

4/20/2018 8:38:29 AM(UTC-7)

Source Extraction:
Logical (1)

**6463 Raymond Chan**

Hi Dailo, yes sir! Will convey the messages. Also, I just text Shawn about Monday lunch. See you soon in office. Thanks!

4/20/2018 8:42:11 AM(UTC-7)

Source Extraction:
Logical (1)

**Exhibit 812**
**Page 1 of 1**

3