

**Extraction Report** - Apple iPhone Logical



Raymond Chan
6463

George Chiang
9240



## Conversation - SMS Messages (6)

> **6463 Raymond Chan**
> Please call me when you wake up. SK needs assistance. Good!
> 6/14/2018 1:11:38 PM(UTC-7)

Source Extraction:
Logical (1)

> **6463 Raymond Chan**
> Don't worry. Took care of it.
> 6/14/2018 2:03:37 PM(UTC-7)

Source Extraction:
Logical (1)

> **6463 Raymond Chan**
> Hi Dailo, Apologize couldn't call you earlier. I'm good to talk whenever you are. Thanks!
> 6/14/2018 6:48:02 PM(UTC-7)

Source Extraction:
Logical (1)

**Exhibit 817**
**Page 1 of 2**

3

**6463 Raymond Chan**

Don't worry.  Took care of that.  He's very happy.  Filled you in when you come back.

6/14/2018 9:15:28 PM(UTC-7)

Source Extraction:
Logical (1)

**6463 Raymond Chan**

Yes sir!

6/14/2018 9:17:46 PM(UTC-7)

Source Extraction:
Logical (1)

**6463 Raymond Chan**

Giant Vs Dodgers.

6/14/2018 9:18:44 PM(UTC-7)

Source Extraction:
Logical (1)

Exhibit 817
Page 2 of 2

4