

1D272
October 8, 2018
**RAYMOND CHAN**, Andy Wang



**RAYMOND CHAN**



Andy Wang

**TRANSLATED**

**Ex. 846-Z**
**Time Stamp: 01:46:30 – 01:50:30**

| Speaker | Exhibit 846 (Transcript) |
|---|---|
| Wang | Soon, only one thing. Master, I want to say that you have mentioned something about the dinner with his one client... |
| CHAN | I accidentally mentioned his [UI]. |
| Wang | No, no, no, it's fine. I just want to tell you that actually last week after our dinner I had a quick coffee with him. Yeah, he called...[OV] |
| CHAN | Good, good. No, no, you should, you should. |
| Wang | No, no, no. No, no. I want you know everything. No, no, no, [OV] that's because I... |
| CHAN | It's not a problem. |
| Wang | No, Sir, please listen to me. I just want to tell you everything about me. *I had a quick coffee with him and he seemed happy with your arrangement for this, you know*, to doing this. He just felt good, very good. He also mentioned that, yeah I started to talk to my friend, maybe, will come up something. There is one person named Daniel. I don't remember the company. |
| CHAN | Okay. |

1

**Exhibit 846-Z**
**Page 1 of 3**

1D272
October 8, 2018
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 846 (Transcript) |
|---|---|
| Wang | *And the Daniel, maybe the, will be the potential one.* |
| CHAN | *Sure.* |
| Wang | *He said he will contact you first.* |
| CHAN | *Yeah, yeah.* |
| Wang | *I said yeah, please contact Ray first.* |
| CHAN | *Sure, sure.* |
| Wang | *And ask Ray for schedule first.* |
| CHAN | *Yes, yes.* |
| Wang | *Yeah, yeah.* |
| CHAN | [SC for an incoming phone call] Hello? Hello? Okay. |
| Wang | Okay. I told him, I said that last time we had dinner, I told you also that once we start it, you know, you have like, kind of like sign-in bonus, and then I said last time we already talked about it. So he said, yeah, yeah, yeah, fine. So, I asked him... No, he said this to me. I just mentioned it, and he said, Oh, you know what I'm, can you just give to Ray and let him keep it, and... |
| CHAN | So he means that... you give me first and I will [UI]. |
| Wang | You just keep the money, keep the money. |
| CHAN | No—[OV] |
| Wang | I know that, I know that. What I'm worrying is that he will... No, no, sir, you listen to me. What I'm worrying is that he ask you to keep, and then I didn't give you materials or something like that, then he... |
| CHAN | I will explain to him, okay?. |
| Wang | Yes. |
| CHAN | I will say that you want to give it to me but I said it is not needed okay? Everyone is working based on trust. |
| Wang | Because before you said that, yeah, because you said you... |

2

**Exhibit 846-Z**
**Page 2 of 3**

1D272
October 8, 2018
**RAYMOND CHAN**, Andy Wang

| Speaker | Exhibit 846 (Transcript) |
|---|---|
| CHAN | Don't worry, don't worry. |
| Wang | Okay, but… |
| CHAN | Don't worry. Please don't worry about that. |
| Wang | I still want to, sir, I want to talk with you that we can put it here with you. All of it, all of it, that's okay too. |
| CHAN | No, no, no. Please don't worry. Please listen to me. [OV] |
| Wang | No, I just, because he mentioned this. |
| CHAN | It was you, you brought it up first. |
| Wang | Yes, I was the one who brought it up, but later when I met him that day, he just mentioned this matter. I didn't say that. |
| CHAN | You can just tell him that you just ask me to take care of it, you can just tell him to talk to me. Okay? Don't worry, go ahead. |
| Wang | No, I won't talk about this. |
| CHAN | Fine. |
| Wang | You know what I mean. So I need to tell you about the situation, Sir. |
| CHAN | You don't need to. Please don't worry. I just told you. You don't need to worry about that. If he asks you, you can just tell him to talk to me. You don't need to worry. It's okay. Right? |

Abbreviations:
    [ ]    Exegeses
    [TN:]    Translator's Notes
    [PH]    Phonetic
    [UI]    Unintelligible
    [IA]    Inaudible
    [SC]    Simultaneous Conversation
    [OV]    Overlapping Voices
    *Italics*    Spoken in English