SZNW (LA Grand)

## CASINO TRIPS | SUMMARY CHART

| Trip # | Date | Hotel | Group Benefit | Chips \| Huizar | Chips \| Esparza |
|---|---|---|---|---|---|
| 1 | March 22 - 24, 2013 | Wynn | $56,231 | $10,000 | $2,000 |
| 2 | December 30, 2013 - January 2, 2014 | Wynn | $53,293 | $10,000 | $2,000 |
| 3 | June 7 – 8, 2014 | Palazzo \| Wynn | $61,635 | $10,000 | $2,000 |
| 4 | June 14 – 15, 2014 | Palazzo \| Wynn | $17,844 | $10,000 | $2,000 |
| 5 | August 22 – 25, 2014 | Palazzo | $138,233 | $13,500 | $2,000 |
| 6 | March 13 – 14, 2015 | Palazzo | $30,953 | $10,000 | $2,000 |
| 7 | March 28 – 30, 2015 | Palazzo | $39,185 | $10,000 | $2,000 |
| 8 | May 1 – 3, 2015 | Palazzo | $2,676 | -- | -- |
| 9 | July 7 – 8, 2015 | Palazzo | $32,683 | $10,000 | $2,000 |
| 10 | October 28 – 30, 2015 | Cosmopolitan | $96,772 | $10,000 | $2,000 |
| 11 | December 11 – 13, 2015 | Caesars | $60,803 | $10,000 | $2,000 |
| 12 | February 12 – 13, 2016 | Cosmopolitan | $60,799 | $10,000 | $2,000 |
| 13 | February 26 – 28, 2016 | Caesars | $40,095 | $10,000 | $2,000 |
| 14 | April 30 – May 2, 2016 | Cosmopolitan \| Palazzo | $159,054 | $10,000 | $2,000 |
| 15 | May 5 – 6, 2016 | Caesars \| Palazzo | $17,334 | $10,000 | $2,000 |
| 16 | May 13 – 16, 2016 | Palazzo \| Wynn | $83,823 | $10,000 | $2,000 |
| 17 | July 13 – 16, 2016 | Caesars | $6,606 | $10,000 | $2,000 |
| 18 | August 5 – 7, 2016 | Cosmopolitan | $64,197 | $11,000 | $2,000 |
| 19 | January 29 – 31, 2017 | Caesars \| Palazzo | $73,839 | $10,000 | $2,000 |
| 20 | February 4 – 5, 2017 | Caesars \| Cosmopolitan | $15,738 | $10,000 | $2,000 |
| | | **TOTAL** | **$1,111,793** | **$194,500** | **$38,000** |

*Source: Casino Records, Bank Records, Flight Records, George Esparza*

Exhibit 921
Page 1 of 1