# Hazens (Luxe Hotel)

**2014**

**November 1**
Synergy Retainer #1
[Ex. 551B]

**August 21**
Huizar, Lulu Ji, Greg Sun
Re: ADA Issue
[Ex. 532]

**September 19**
Esparza, Lulu Ji
Re: Katy Perry Tickets
[Ex. 534]

**November 4**
Esparza, Chiang
Re: Huizar Fundraising,
Hazens Pledging Support
[Ex. 535]

**August 26**
Huizar, Lulu Ji, Greg Sun
Re: ADA Meeting
[Ex. 533]

**October 9**
Synergy Registered
[Ex. 51]

**November 6**
Huizar, Yuan
Hazens Dinner
[Ex. 26, p.310]

**November 26**
Huizar, Yuan
Hazens Dinner
[Ex. 536]

---

**March 2014** | **November 2014**

---

**January 24**
**CHAN** & Chiang
Re: New Year
[Ex. 530]

**August 27**
**CHAN**, Huizar
Re: ADA Resolved
[Ex. 590A]

**November 3**
**CHAN**, Huizar
Re: Hazens Dinner
[Ex. 590B]

**March 18**
**CHAN** & Esparza
Re: Hazens Introduction
[Ex. 531]

**October 16**
**CHAN**, Chiang, Jeremy
Chan, Chris Pak
Re: Yuan in Town
[Ex. 591A]

Exhibit 930 | Page 1 of 4

# Hazens (Luxe Hotel)

**2015**

**February 6**
Huizar & Chiang
Re: Work w/ George
[Ex. 596A]

**March 26**
Application Filed
Luxe Hotel Redevelopment
[Ex. 502, 503]

**April 9**
Huizar & Chiang
Re: Hazens Support Letter
& Salesian Fundraising
[Ex. 596B]

**August 5**
Huizar & LoGrande
Re: Hazens Meeting
[Ex. 539]

**August 3**
Huizar & Chiang
Re: Planning TFAR
[Ex. 538]

**August 17**
Huizar & Chiang
Re: Project Announcement
[Ex. 596C]

## February 2015 ——— August 2015

**April 4**
**CHAN**, Huizar
Re: *"I need to keep distance"*
[Ex. 177]

**April 14**
**CHAN**, Huizar, Chiang
Dinner
[Ex. 596B]

**May 3**
**CHAN** Radar Screen
Re: *"school - self"*
[Ex. 42A]

**May 24**
**CHAN** & Jeremy
Re: JH.docx
"School – Account"
[Ex. 114]

**June 13**
**CHAN** & Huizar
Re: *"idea with officeholder"*
[Ex. 158E]

**August 2**
**CHAN** & Chiang
Re: Planning TFAR
[Ex. 537]

**August 4**
**CHAN** & Huizar
Re: "sent to MG"
[Ex. 590D]

Exhibit 930 | Page 2 of 4



# Hazens (Luxe Hotel)

**2015**

**October 3**
Huizar To-Do
Re: *"Business Development"*
*"Begin LLC for Richelle"*
[Ex. 48]

**November 11**
Huizar, Esparza, Chiang, Greg Sun, Fuer Yuan
China Red Dinner
[Ex. 27, p. 315, 603A]

**November 16**
Chiang, Sun
Re: Huizar Golf
[Ex. 603B]

**November 16**
Esparza & Chiang
Re: Luxe Hotel Project, Common Consensus
[Ex. 543]

**November 26**
Huizar & Chiang
Re: Follow-up Items
[Ex. 596E]

**November 29**
Huizar, Chiang
Meeting – Pacific Dining Car
[Ex. 596E]

September 2015 | November 2015

**September 7 - 8**
**CHAN**, Huizar, Chiang
Re: Bi-weekly Hazens Meeting
[Ex. 590C]

**September 26**
**CHAN** & Chiang
Re: Mayor's Office
[Ex. 540, 541]

**October 21**
**CHAN** & Huizar
Re: *"China… low profile"*
[Ex. 364Y]

**October 26**
**CHAN** & Chiang
Re: Huizar Upset
[Ex. 542]

**November 8**
**CHAN** Radar Screen
Re: *"Hazen will TT JH 11/11"*
[Ex. 42B]

**November 10 - 12**
**CHAN** & Huizar
Re: *"talked to Yuan, proceed as discussed"*
[Ex. 590E]

**November 16**
Chiang, Sun
Re: **CHAN** Meeting w/ Yuan
[Ex. 603B]

**November 22**
**CHAN** Radar Screen
Re: *"TT JH about Richelle's Deal"*
[Ex. 42C]

**November 26**
**CHAN** & Huizar
Re: *"talked to Chairman Yuan"*
[Ex. 590F]

**November 29**
**CHAN**, Huizar
[Ex. 590F]

# Hazens (Luxe Hotel)

**2015**


**December 2**
Huizar & Chiang
Re: Rios License & Yuan Response
[Ex. 596F]


**December 8**
Huizar, Chiang
Meeting – Starbucks
[Ex. 596G]


**December 14**
Huizar, Chiang
Meeting *"urgent"* – Primera Taza
[Ex. 596H]


**December 15**
Huizar & Chiang
Re: Rios Meeting
[Ex. 596I]


**December 16**
Richelle Rios, Jenny Wu
Meeting
[Ex. 560, 602]

| December 2015 | January 2016 |


**December 15**
**CHAN**, Chiang, Greg Sun, Kevin Keller
Meeting
[Ex. 591G]


**December 6**
**CHAN** Radar Screen
Re: *"GC will follow up w/ JH's LLC and Contract"*
[Ex. 42D]

**Exhibit 930 | Page 4 of 4**