# Hazens (Luxe Hotel)

**2017**

**January 21**
Hazens → Synergy Contract
[Ex. 551, 551A]

**February 9**
Huizar, Chiang
Re: China Trip
[Ex. 597A]

## January 2017

**January 1**
**CHAN** Radar Screen
[Ex. 44A]

**January 2 & 17**
**CHAN**, Chiang, Jeremy
Re: *"People Who Influence the Project"*
[Ex. 547, 549]

**January 13 - 16**
**CHAN**, Chiang, Jeremy
Re: Hazens Contract Draft Discussions
[Ex. 592C, 592D]

**January 25**
**CHAN** & Keller
Meeting re: Hazens
[Ex. 552]

**January 26**
**CHAN**, Chiang, Lincoln Lee
Re: Synergy Full Control
[Ex. 592E]

**February 8**
**CHAN**, Chiang, Lee
Re: Standing Meeting
[Ex. 592L]

**February 9**
**CHAN**, Chiang, Keller, Fuer Yuan
Dinner re: Hazens
[Ex. 592M]

**February 25**
**CHAN**, Chiang, Fuer Yuan
Meeting
[Ex. 592N]

Exhibit 931 | Page 1 of 8

# Hazens (Luxe Hotel)

**2017**

**March 22**
Chiang
Re: Lakers Tickets
[Ex. 582]

**April 16 - 23**
Huizar
China Trip – Hazens
[Ex. 571]

**April 27**
Esparza, Chiang
Re: The Weeknd Tickets
[Ex. 574]

**May 13**
Huizar, Chiang
Re: Two v Three Towers
[Ex. 597F]

## March 2017 — May 2017

**March 5 & 11**
Chiang, Jeremy, Lee
Re: Project Timeline
[Ex. 556, 557]

**March 12**
**CHAN**, Chiang, Jeremy, Lee
Re: Lead Guy
[Ex. 592Q]

**March 13**
**CHAN**, Chiang, Jeremy, Lee
Re: Talked to Hani
[Ex. 592R]

**March 28**
**CHAN**, Chiang
Re: Hazens Payments
[Ex. 592S]

**April 6**
**CHAN**, Chiang, Jeremy, Lee
Re: DWP Water Division
[Ex. 592T]

Exhibit 931 | Page 2 of 8

# Hazens (Luxe Hotel)

**2017**



**May 18** — Hazens → Synergy Check **$100,000** [Ex. 630]

**May 24** — Luxe Hotel Public Hearing [Ex. 515]

**June 15** — Huizar, Chiang Re: Kendrick Lamar Tickets [Ex. 576]

**July 5** — Huizar, Chiang [Ex. 614]

**July 19** — Huizar, Chiang Re: "Everything good" [Ex. 597J]

**August 24** — Huizar, Chiang Re: TFAR Motion [Ex. 597K]

**May 2017** | **July 2017**

**May 12** — **CHAN**, Ambroz Meeting [Ex. 907C, 907D]

**June 11** — **CHAN** Radar Screen Re: *"Yuan – Compensation"* [Ex. 44B]

**June 30** — **CHAN** Retired

**August 8** — **CHAN**, Chiang Re: Deron Williams Jr. [Ex. 707]

**August 24** — **CHAN**, Chiang [Ex. 617]

**August 24** — **CHAN**, Deron Williams Jr. Meeting [Ex. 700]

Exhibit 931 | Page 3 of 8



# Hazens (Luxe Hotel)

**2017**

**September 1**
CD14 Public Benefit
TFAR Motion
Huizar Vote - Yes
Luxe Hotel Project
[Ex. 514]

**September 12**
Chiang, Williams
[Ex. 708, 709, 712]

**September 13**
Huizar, Chiang
[Ex. 619]

**September 14**
CPC Hearing
Luxe Hotel
[Ex. 516]

**September 14**
Huizar, Chiang
[Ex. 620]

**September 14**
Huizar, Chiang
Re: *"We were helpful"*
[Ex. 597N]

**September 21**
Huizar, Chiang
Re: CRA
[Ex. 597O]

**September 30**
Synergy → Jeremy Chan
Check **$8,450**
[Ex. 631]

## September 2017

**August 30**
**CHAN**, Chiang
[Ex. 618]

**September 1**
**CHAN** Hired
Deron Williams Jr.
[Ex. 701]

**September 4**
**CHAN**, Chiang
[Ex. 711]

**September 14**
**CHAN**, Associate
[Ex. 621]

**September 14**
**CHAN**, Chiang
[Ex. 622]

**September 14**
**CHAN**, Jeremy
Re: *"still waiting for 2nd payment"*
[Ex. 593G]

# Hazens (Luxe Hotel)

**2017**

**October 19**
Hazens → Synergy
Check **$150,000**
[Ex. 630]

**October 24**
Huizar, Chiang
Meeting – City Hall
[Ex. 597P]

**October 28**
Synergy → LABXG (**CHAN**)
Check **$36,432**
[Ex. 632]

**October 31**
Huizar, Chiang
Meeting – City Hall
[Ex. 597Q]

**October 31**
Synergy → Jeremy Chan
Check **$6,550**
[Ex. 632]

**November 9**
CPC Hearing
Luxe Hotel

**November 16**
Re: "IE Huizar Strategy"
"Hazens 100000"
[Ex. 125, 125A]

**November 17**
Huizar, Chiang
Re: PLUM Date
[Ex. 597R]

**December 5**
PLUM Approval
Huizar Vote - Yes
Luxe Hotel Project
[Ex. 517]

**October 2017** | **November 2017** | **December 2017**

Exhibit 931 | Page 5 of 8

# Hazens (Luxe Hotel)

**2017 - 2018**

**December 12**
City Council Approval
Huizar Vote - Absent
Luxe Hotel Project
[Ex. 518]

**December 14**
Hazens → Synergy
Check **$185,000**
[Ex. 630]

**December 27**
Synergy → LABXG (**CHAN**)
Check **$33,507**
[Ex. 633]

**December 19**
**CHAN**, Chiang
Re: "follow up with our check"
[Ex. 593I]

**January 4**
Hazens → Synergy
Check **$105,000**
[Ex. 630]

**January 10**
Huizar, Esparza
Re: IE Spreadsheet
[Ex. 125]

**January 11**
Huizar, Chiang
Meeting
[Ex. 30, p. 11]

**January 16**
Huizar, Christina Kegeyan
Re: PAC Fundraising
[Ex. 126]

**January 24**
**CHAN**, Huizar, Chiang, Rios, Yuan
Dinner
[Ex. 598A]

**February 9**
**CHAN**, Huizar
Meeting
[Ex. 30, p. 40]

**February 12**
Huizar, Chiang
Re: PAC Fundraising
[Ex. 598B]

December 2017 | January 2018

Exhibit 931 | Page 6 of 8

# Hazens (Luxe Hotel)

**2018**

**March 9**
PLUM Resolution
Huizar Motion
Luxe Hotel Project
[Ex. 519]

**March 12**
Huizar, Chiang
Meeting – City Hall
[Ex. 598C]

**March 29**
Huizar, Chiang
Meeting – Huizar's Residence
[Ex. 598D]

**April 23**
Huizar, Chiang
Meeting – Huizar's Residence
[Ex. 598E]

**February 2018**

**April 2018**

**April 23**
**CHAN**, Chiang
Re: Yuan June & PAC
[Ex. 813]

**April 20**
**CHAN**, Chiang
Re: Yuan June & PAC
[Ex. 812]

Exhibit 931 | Page 7 of 8

# Hazens (Luxe Hotel)

**2018**

**June 12**
City Council Approval
Huizar Vote - Yes
Luxe Hotel Project
[Ex. 522]

**June 12**
Huizar, Chiang
Re: Final Vote
[Ex. 598G]

**June 18**
Huizar, Chiang
Re: Finalize PAC
[Ex. 598G]

**July 29**
Huizar, Chiang
Re: Rios Campaign
[Ex. 598H]

**October 8**
Huizar, Chiang
Re: *"Loose Ends"*
[Ex. 598I]

**October 16**
Huizar, Chiang
Meeting
[Ex. 598I]

May 2018 | July 2018 | October 2018

**May 18**
**CHAN**, Huizar, Chiang
Meeting – La Parilla
[Ex. 598F]

**May 18**
Radar Screen [07/09/2018]
*"PAC (After Announcement in Sep (TT JH 5/18)"* [Ex. 45A]

Exhibit 931 | Page 8 of 8