









**EXH 2017 Page 4 of 4**