# ATTACHMENT A



Office of the Los Angeles City Attorney
Hydee Feldstein Soto

October 2, 2024

The Honorable John F. Walter
United States District Court
Central District of California
350 West 1st Street
Los Angeles, California 90012

Re: *City of Los Angeles's Victim Impact Statement Regarding Raymond Chan*

Honorable Judge Walter:

The United States Department of Justice in its sentencing memorandum asks the Court to order the defendant, Raymond Chan, to pay to the City of Los Angeles approximately three-quarters of a million dollars. While monetary restitution is certainly appropriate, the City requests the Court in sentencing Mr. Chan to focus on damage to the City that is insusceptible to monetary redress: namely, the defendant's corruption of government and the resulting loss of trust by both the public and also Mr. Chan's former fellow City employees. In light of this unquantifiable but most consequential damage, the City asks the Court to impose the sentence recommended in the sentencing memorandum.

The City of Los Angeles put its trust in Raymond Chan when it made him the General Manager of its Department of Building and Safety and then Deputy Mayor of Economic Development. Mr. Chan betrayed that trust. Although Mr. Chan is a City-employee and not an elected official, like his co-conspirator former Councilmember Huizar, his betrayal and its corrosive effects on the City's institutions and the public's and his former co-workers' degraded confidence in those institutions, is no less serious.

Mr. Chan used his positions to manage a pay-to-play criminal enterprise, serving as the indispensable intermediary who orchestrated bribes from real estate developers in exchange for favorable treatment from former Councilmember Jose Huizar who, as Chair of the City's Planning and Land Use Management Committee, streamlined or stalled proposed projects depending on whether the projects' developers agreed to pay. Mr. Chan lined his own pockets in the process.

The Honorable John F Walter
United States District Court
Central District of California
October 2, 2024
Page 2

    While the City's leadership has striven to restore the public's trust in its local government, the reputational damage Mr. Chan caused is deep and not easily overcome. Mr. Chan's effect on his former fellow City employees is no less profound. Mr. Chan used to have a sterling reputation. His co-workers were, and still are, shocked by his betrayal and corruption. This betrayal and its resulting damage warrants the sentence recommended in the United States Department of Justice's sentencing memorandum.

                Sincerely,

                HYDEE FELDSTEIN SOTO, City Attorney

                By    */s/ Strefan Fauble*
                      STREFAN FAUBLE
                      Assistant City Attorney

HFS:SF