# ATTACHMENT B

**Bernard C. Parks**

Chief, Los Angeles Police Department (Ret.)

8th District Councilmember, City of Los Angeles (Ret.)

▮▮▮▮▮▮, Los Angeles, CA 90043

June 7, 2024

The Honorable John F. Walter
United States Courthouse- #7A
350 West 1st Street
Los Angeles, CA 90012

Dear Judge Walter,

I am writing concerning Case No. CR20 326(A)-JFW: *The United States of America v. Raymond She Wah Chan.*

I served on the Los Angeles City Council during the time of Mr. Chan's malfeasance and view it as a sign of the times and him, specifically, as a spoke in a corrupt political wheel that rolled from the council floor to the mayor's office.

A tough sentence following his conviction is essential to prove that our justice system does not just penalize the poor decision makers— but also the ones who manipulate, conceal, contrive and carry out those decisions. That is why I ask that you consider sentencing Mr. Chan to the highest penalty that his crimes allow.

In a previous letter to you concerning the now convicted and sentenced Mr. Jose Huizar, I gave special attention to the egregiousness of his acts. Well, as a partner and facilitator of Huizar's criminal enterprise, Chan, in no way deserves leniency. The long period of time this criminal cabal was allowed to exist as well as the large sums of money involved, show that he's far more suited to be a prisoner than a public servant.

Through his corrupt activities, Mr. Chan set up an obstacle course for the shrinking number of public officials who sought to perform their jobs honorably. When my colleagues or I encountered Mr. Chan, Mr. Huizar or any of the other government employees who have fallen from grace, we were working with— many times— an unknown disadvantage. And, unfortunately, the public we were attempting to serve bore the brunt of that. I recognized then and I recognize now the damage that these con men caused, which often times came in the form of unnecessarily rushed and shady transactions on the council floor during my final years in office.

The reputation of the electeds in the LA area has taken a hit due to their performance and due to their affiliation with the likes of Mr. Chan, Mr. Huizar and convicted former pols Mitch Englander and Mark Ridley-Thomas. These sentencings are the first of many steps needed to restore credibility and civic pride to our local governments.

A significant sentence for Chan would allow him time to identify his errors and find the remorse that has, so far, eluded him.

Respectfully,

*[signature]*

BERNARD C. PARKS
Chief/Councilmember, *Retired*