UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- SENTENCING

Case No.   **CR 20-326(A)-JFW**                                         Dated: October 4, 2024

==============================================================

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | Miranda Algorri | Susan S. Har |
| Courtroom Deputy | Court Reporter | Cassie D. Palmer |
|  |  | Brian R. Faerstein |
|  | Interpreter: None | Asst. U.S. Attorney |
|  |  | present |

==============================================================

U.S.A. vs (Dfts listed below)                                 Attorneys for Defendants

2.   Raymond She Wah Chan                        2.   John Hanusz, Retained
     present on bond [19674-509]                        Michael Gregory Freedman
                                                                          present - retained

_____

PROCEEDINGS:   **SENTENCING**

Case called, and counsel make their appearance.

Court imposes sentence on defendant. For the terms and conditions of the sentence, refer to Judgment and Probation/Commitment Order.

Statement of Reasons processed.

Judgment entered, filed and distributed.


CC: USPO/PSA; USM; BOP


Initials of Deputy Clerk   sr