E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal. Bar No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0363/3289/3819
    Facsimile: (213) 894-6436
    E-mail:    Cassie.Palmer@usdoj.gov
              Susan.Har@usdoj.gov
              Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>RAYMOND SHE WAH CHAN,<br>  aka "She Wah Kwong,"<br><br>      Defendant. | No. 2:20-CR-326(A)-JFW-2<br><br><u>ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANT'S MOTION FOR BOND PENDING APPEAL</u><br><br>**Hearing Date:** 11/22/24<br>**Hearing Time:** 8:00 a.m.<br>**Location:** Courtroom of the<br>          Honorable John F. Walter |
|---|---|

      The Court has read and considered the Joint Stipulation Regarding Proposed Briefing Schedule and Hearing Date for Defendant's Motion for Bond Pending Appeal, filed by plaintiff United States of America and defendant RAYMOND SHE WAH CHAN. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, supports the parties' requested briefing schedule and hearing date for defendant's forthcoming motion for bond pending

appeal, and hereby sets the briefing schedule and hearing date (if necessary) as follows:

1. October 18, 2024 - Defense motion
2. November 1, 2024 - Government opposition
3. November 11, 2024 - Defense reply (if any)
4. November 22, 2024, 8:00 a.m. - Hearing (if necessary)

IT IS SO ORDERED.

October 10, 2024
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

CC: USPO/PSA

Presented by:

/s/ *Brian Faerstein*
BRIAN R. FAERSTEIN
Assistant United States Attorney

2