Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California  90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: Michael@thefreedmanfirm.com

Attorney for Raymond Chan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-00326-JFW |
| Plaintiff, | **[PROPOSED] ORDER** |
| vs. | |
| RAYMOND SHE WAH CHAN, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that Defendant Raymond Chan's *ex parte* application to seal Exhibits A & B to his Renewed Motion for Stay of Restitution is granted and the aforementioned exhibits shall be filed under seal.

Dated: _____

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

ORDER

**OR**

NO GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Exhibits A & B to Mr. Chan's Renewed Motion for Stay of Restitution are not to be filed under seal, and the Clerk is directed to return such documents to defense counsel.

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Michael G. Freedman*
Michael G. Freedman
Attorney for Defendant Raymond Chan

ORDER