Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: Michael@thefreedmanfirm.com

Attorney for Raymond Chan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 20-CR-00326-JFW |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| RAYMOND SHE WAH CHAN, | ) |
| Defendant. | ) |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that Defendant Raymond Chan's *ex parte* application to seal Exhibits A & B to his Renewed Motion for Stay of Restitution is granted and the aforementioned exhibits shall be filed under seal.

Dated: December 10, 2024

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:
*/s/ Michael G. Freedman*
Michael G. Freedman
Attorney for Defendant Raymond Chan

ORDER