```
E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0363/3289/3819
     Facsimile: (213) 894-6436
     E-mail:    Cassie.Palmer@usdoj.gov
                Susan.Har@usdoj.gov
                Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>RAYMOND SHE WAH CHAN,<br>   aka "She Wah Kwong," | CR No. 2:20-326(A)-JFW-2<br><br>[PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR DEFENDANT RAYMOND SHE WAH CHAN'S MOTION FOR STAY OF RESTITUTION ORDER OR REVISED PAYMENT SCHEDULE<br><br>Hearing Date: January 6, 2025<br>Location:     Courtroom of the<br>              Hon. John F. Walter |
|---|---|

The Court has read and considered the Stipulation Regarding Briefing Schedule for Defendant Raymond Chan's Renewed Motion for a Stay of Restitution Order or Revised Payment Schedule ("Renewed Motion") (Dkt. No. 1477), filed by counsel for the government and defendant Chan in this matter on December 14, 2024.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for setting the parties' proposed briefing schedule for the Renewed Motion.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court orders the following briefing schedule: (1) the government's opposition to defendant Chan's Renewed Motion shall be filed no later than December 20, 2024; and (2) defendant Chan's reply, if any, shall be filed no later than December 27, 2024.

IT IS SO ORDERED.

| DATE | HONORABLE JOHN F. WALTER |
|---|---|
|  | UNITED STATES DISTRICT JUDGE |

Presented by:

*/s/ Cassie D. Palmer*
CASSIE D. PALMER
Assistant United States Attorney