E. MARTIN ESTRADA
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
CASSIE D. PALMER (Cal. Bar No. 268383)
SUSAN S. HAR (Cal Bar. No. 301924)
BRIAN R. FAERSTEIN (Cal. Bar No. 274850)
Assistant United States Attorneys
Public Corruption & Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0363/3289/3819
    Facsimile: (213) 894-6436
    E-mail:    Cassie.Palmer@usdoj.gov
              Susan.Har@usdoj.gov
              Brian.Faerstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:20-326(A)-JFW-2 |
|---|---|
| Plaintiff, | <u>ORDER RE: BRIEFING SCHEDULE FOR DEFENDANT RAYMOND SHE WAH CHAN'S MOTION FOR STAY OF RESTITUTION ORDER OR REVISED PAYMENT SCHEDULE</u> |
| v. | |
| RAYMOND SHE WAH CHAN, aka "She Wah Kwong," | **Hearing Date:** January 6, 2025<br>**Hearing Time:** 8:00 a.m.<br>**Location:** Courtroom of the Hon. John F. Walter |

    The Court has read and considered the Stipulation Regarding Briefing Schedule for Defendant Raymond Chan's Renewed Motion for a Stay of Restitution Order or Revised Payment Schedule ("Renewed Motion") (Dkt. No. 1477), filed by counsel for the government and defendant Chan in this matter on December 14, 2024.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for setting the parties' proposed briefing schedule for the Renewed Motion.

THEREFORE, FOR GOOD CAUSE SHOWN:

The Court orders the following briefing schedule: (1) the government's opposition to defendant Chan's Renewed Motion shall be filed no later than December 20, 2024; and (2) defendant Chan's reply, if any, shall be filed no later than December 27, 2024.

IT IS SO ORDERED.

December 16, 2024
DATE

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Cassie D. Palmer*
CASSIE D. PALMER
Assistant United States Attorney

2