```
E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2091
     E-mail:    Mack.Jenkins@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. **See Attachment A** |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF DEPARTURE FROM THE UNITED STATES ATTORNEY'S OFFICE; ATTACHMENT A |
| **See Attachment A**, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that **MACK ERIC JENKINS** is departing the United States Attorney's Office, and all of the cases in **Attachment A** should have the contact information replaced with the generic USAO email used for docketing.

Dated: December 19, 2024          Respectfully submitted,

                                  Respectfully submitted,

                                  E. MARTIN ESTRADA
                                  United States Attorney

                                  /s/ Mack E. Jenkins
                                  _____
                                  MACK E. JENKINS
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

# ATTACHMENT A

| | |
|---|---|
| 1 | **2:01-cr-00091-TJH-6** |
| 2 | **2:05-cr-00866-GPS-7** |
| 3 | **2:05-cr-00866-GPS-8** |
| 4 | **2:08-cr-00629-PA-5** |
| 5 | **2:08-cr-00724-RHW-2** |
| 6 | **2:10-cr-00923-SJO-20** |
| 7 | **2:10-cr-00923-SJO-27** |
| 8 | **2:10-cr-00923-RGK-40** |
| 9 | **2:10-mj-01710-DUTY-2** |
| 10 | **2:11-cr-01068-ODW-2** |
| 11 | **2:13-cr-00863-JAK-5** |
| 12 | **2:14-cr-00338-DMG-25** |
| 13 | **2:14-cr-00684-CAS-1** |
| 14 | **2:14-cr-00684-CAS-3** |
| 15 | **2:14-cr-00684-CAS-6** |
| 16 | **2:14-cr-00684-CAS-7** |
| 17 | **2:14-cr-00684-CAS-8** |
| 18 | **2:14-cr-00684-CAS-9** |
| 19 | **2:14-cr-00684-CAS-16** |
| 20 | **2:14-cr-00684-CAS-23** |
| 21 | **2:14-cr-00684-CAS-34** |
| 22 | **2:16-cr-00442-CAS-7** |
| 23 | **2:20-cr-00326-JFW-3** |
| 24 | **5:22-cr-00001-JWH-1** |
| 25 | **8:11-cr-00069-GAF-8** |
| 26 | **8:11-cr-00069-GAF-10** |
| 27 | **8:11-cr-00069-GAF-11** |
| 28 | |