Michael G. Freedman (State Bar No. 281279)
THE FREEDMAN FIRM PC
1801 Century Park East, Suite 450
Los Angeles, California 90067
Telephone: (310) 285-2210
Facsimile: (310) 425-8845
Email: Michael@thefreedmanfirm.com

Attorney for Raymond Chan

FILED
CLERK, U.S. DISTRICT COURT

12/3024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___sr_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAYMOND SHE WAH CHAN, <br><br> Defendant. | Case No. 20-CR-00326-JFW <br><br> **ORDER** |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ORDERED that Defendant Raymond Chan's *ex parte* application to seal Exhibit C to his Reply in Support of Renewed Motion for Stay of Restitution is granted and the aforementioned exhibit shall be filed under seal.

Dated: December 30, 2024

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

*/s/ Michael G. Freedman*
Michael G. Freedman
Attorney for Defendant Raymond Chan