FILED

MAY 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff - Appellee,<br><br>　v.<br><br>RAYMOND SHE WAH CHAN, AKA She Wah Kwong, AKA Raymond She Wah Kwong,<br><br>　　Defendant - Appellant. | No. 24-6350<br><br>D.C. No. 2:20-cr-00326-JFW-2<br>Central District of California, Los Angeles<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff - Appellee,<br><br>　v.<br><br>RAYMOND SHE WAH CHAN, AKA She Wah Kwong, AKA Raymond She Wah Kwong,<br><br>　　Defendant - Appellant. | No. 25-412<br>D.C. No. 2:20-cr-00326-JFW-2<br>Central District of California, Los Angeles |

Before: CALLAHAN and KOH, Circuit Judges.

Appellant's motion (Docket Entry No. 15) to stay the restitution order is denied. *See Nken v. Holder*, 556 U.S. 418, 434-35 (2009).