BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture and Recovery Section
MARIAM KALOUSTIAN (Cal. Bar No. 236702)
Assistant United States Attorney
    312 North Spring Street, 11th Floor
    Los Angeles, California 90012
    Telephone:  (213) 894-6962
    E-mail:  Mariam.Kaloustian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND SHE WAH CHAN, <br>   aka "Kwong, Raymond She Wah," <br><br> Defendant. | Case No. 2:20-cr-00326-JFW-2 <br><br> **STIPULATION FOR ORDER DIRECTING THE CLERK OF THE COURT TO RETAIN ANY FUNDS COLLECTED OR TO BE COLLECTED WITH RESPECT TO DEFENDANT RAYMOND SHE WAH CHAN'S CRIMINAL MONETARY OBLIGATIONS** <br><br> [Proposed] ORDER |

1  The United States and defendant Raymond She Wah Chan stipulate that all funds collected or to be collected with respect to Chan's restitution and criminal monetary obligation shall remain in the Clerk's Deposit Fund until the final disposition of his direct appeal, or the final disposition of any related remanded proceedings.

The reason for this Stipulation is that the Clerk's Office is currently in possession of funds collected with respect to Chan's restitution and criminal monetary obligation which, absent an order from this Court, would be disbursed to the victim and respective funds.  However, Chan's criminal monetary obligations are the subject of appeal.  Thus, in order to delay the disbursement of funds until the appeal in this matter, or any related remanded proceedings, have resolved, the Clerk's Office requires an order from this Court.

/ / /

/ / /

/ / /

Accordingly, the parties jointly and respectfully request an order from the Court permitting the collected funds to remain in the Clerk's Deposit Fund until the final resolution of the appeal, or any related remanded proceedings.

Date: August 6, 2025

Respectfully submitted,

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

　　/s/ Mariam Kaloustian*
MARIAM KALOUSTIAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Date: August 5, 2025

　　/s/
Michael Gregory Freedman
Freedman Firm PC

Attorney for Defendant
Raymond She Wah Chan

*Pursuant to L.R. 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories hereby concur in this filing's content and have authorized this filing.