UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND SHE WAH CHAN,<br>aka "Kwong, Raymond She Wah,"<br><br>Defendant. | Case No. 2:20-cr-00326-JFW-2<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO RETAIN ANY FUNDS COLLECTED OR TO BE COLLECTED WITH RESPECT TO DEFENDANT RAYMOND SHE WAH CHAN'S CRIMINAL MONETARY OBLIGATIONS** |

Pursuant to Stipulation, and for good cause shown, IT IS ORDERED that all funds collected and to be collected with respect to Raymond She Wah Chan's restitution and criminal monetary obligations shall remain in the Clerk's Deposit Fund until the final disposition of his direct appeal, or any related remanded proceedings.

Date: August 6, 2025

_____
HON. JOHN F. WALTER
United States District Judge

CC: USPO/PSA; Fiscal