Davina T. Chen (State Bar No. 202272)
Law Office of Davina T. Chen
1751 Colorado Boulevard, No. 190
Los Angeles, California 90041
Telephone: (23)446-8791
Email: Davina@DavinaChen.com

Attorney for Defendant
Raymond Chan

**DENIED**
BY ORDER OF THE COURT

*Without prejudice to refiling as a noticed motion*

3/27/26

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAYMOND SHE WAH CHAN,

Defendant.

Case No. 20-CR-00326-JFW

**[Proposed] Order Permitting Disclosure of Financial Information in Presentence Investigation Report of George Chiang**

FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT the U.S. Probation Office shall release to attorney Davina T. Chen any portion of George Chiang's presentence investigation report, prepared in the case of *U.S. v. Chiang*, 2:20-cr-00203, that addresses Mr. Chiang's financial information and resources.

IT IS FURTHER ORDERED THAT the material be considered confidential material. Should Ms. Chen seek to file the material in the Ninth Circuit she shall move the Court to permit under seal filing.

IT IS SO ORDERED.

DATED: _____          _____
                                   HONORABLE JOHN F. WALTER
                                   United States District Court