# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| USA | 2:20–cr–00326–JFW |
| Plaintiff(s), | |
| v. | |
| RAYMOND SHE WAH CHAN, et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    3/27/2026

Document No.:    1531

Title of Document:    Notice of Appearance

**ERROR(S) WITH DOCUMENT:**

Lacking Notice of Association or Substitution of Counsel.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: March 27, 2026        By: _/s/ Shea Bourgeois  shea_bourgeois@cacd.uscourts.gov_
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS