## <u>DECLARATION OF KEDAR S. BHATIA</u>

I, Kedar S. Bhatia, declare as follows:

1.   I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I was recently assigned to represent the government in this matter and entered my appearance on March 24, 2026.

2.   On or about March 18, 2026, defendant Raymond She Wah Chan's appellate counsel, Davina Chen, Esq., asked the U.S. Attorney's Office to re-produce discovery that it had first produced in November 2020 in Production 12. Several days later, Ms. Chen and I had a call, and on March 26, 2026, I told Ms. Chen via email that we would re-produce to her all of Production 12, which is approximately 400 GB. Because I was new to the case at the time, I only had immediate access to some of the files in the case and I determined that the fastest way for me to produce the requested records to Ms. Chen – and to avoid inadvertently missing some material – was to send Production 12 in its entirety.

3.   We requested a drive from Ms. Chen and, on March 27, 2026, received the drive. I asked a paralegal to assist in loading the files. Based on my communications with the paralegal, I understand that my office started loading Production 12 to the drive in or about early-April 2026. Since then, the paralegal has been working to load the material, including by running the process over several days and during weekends. My best estimate of when the drive will be complete is next week.

4.   Based on my review of the government's discovery database and production records, I have learned that the government produced records related to a J.P.Morgan Chase Bank savings account in the

1

name of "Synergy Alliance Advisors, Inc." ending in x5878 (the "Synergy Alliance Advisors Savings Account"). These records include an account opening document and bank statements for the Synergy Alliance Advisors Savings Account for the period from September 29, 2018, to January 31, 2019. These are in the file marked as CASINO_0535801 and were produced on or about November 10, 2020 (Government's Production 11).[1] These records show little or no activity in the account between September 2018 and January 2019: The account balance was $3.83 at the beginning of this period and there were no inflows or outflows. Records produced in discovery from the same account for the period from April 29, 2017, to June 30, 2017, show significant inflows to and outflows from the account. *See* CASINO_0396840.

     5.    Based on my review of the government's discovery database and production records, I have learned that the government also produced bank records to defense in November 2020 related to a checking account in the name of Synergy Alliance Advisors, Inc., like the bank statements in the file marked as CASINO_0396840.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on April 21, 2026.

                              /s/
                              KEDAR S. BHATIA
                              Assistant United States Attorney

---

[1] Records for the same account from March 31, 2018, to June 29, 2018, are in the file marked as CASINO_0399785 and were also produced on or November 10, 2020.