Davina T. Chen (State Bar No. 202272)
Law Office of Davina T. Chen
1751 Colorado Boulevard, No. 190
Los Angeles, California 90041
Telephone: (213) 446-8791
Email: Davina@DavinaChen.com

Attorney for Defendant
Raymond Chan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 20-CR-00326-JFW |
|---|---|
| Plaintiff, | |
| v. | **Supplemental Declaration of Counsel In Support of Motion for Order Re Disclosure of Financial Information in Presentence Investigation Report of George Chiang** |
| RAYMOND SHE WAH CHAN, | |
| Defendant. | Date: May 11, 2026<br>Time: 8:30 a.m. |

Counsel files this supplemental declaration with discovery received from the government on April 29, 2026, in support of Raymond Chan's Motion for Order Re Disclosure of Financial Information in Presentence Investigation Report of George Chiang (ECF 1537).

## DECLARATION OF DAVINA T. CHEN

I, Davina T. Chen, declare as follows:

1.      I am an attorney licensed in the State of California and in good standing with all California courts and the United States District Court for the Central District of California. I represent defendant Raymond Chan on appeal, and I prepare this Supplemental Declaration in support of Mr. Chan's Motion for Order Re Disclosure of Financial Information in Presentence Investigation Report of George Chiang.

2.      On April 29, 2026, I received via FedEx a one terabyte hard drive containing Productions 11 and 12.

3.      Assistant United States Attorney Kedar S. Bhatia has stated that Production 11 was previously produced to defense counsel in November 2020. (ECF 1538-1 ¶¶4, 5 & n. 1). At my request, Mr. Bhatia provided me with access to the portions of the production he referenced in his declaration.

4.      I attached to Mr. Chan's Reply those Synergy Alliance Advisors, Inc., savings account statements for MMA5878 that were included in those files. (ECF 1539-2, 3, 4).

5.      Of the discovery I received yesterday, my indexing software located bank statements for Synergy Alliance Advisors, Inc., for the months missing from the documents Mr. Bhatia provided me earlier. Attached to this declaration as Exhibit E are statements for MMA5878 from March 28, 2017, the date the account was opened, to January 31, 2019, the last date of the production—in chronological order—all retrieved from Production 11.

6.      These statements reflect that this account was dormant from July 31, 2017, after the final interest credit, until the end of the document production, holding a $3.83 balance over the entire period.

2

Supplemental Declaration of Counsel

7.      From March 28, 2017, to July 14, 2017, a total of $127,100 was transferred from the checking account to the savings account, and the same total was transferred back to the checking account, as detailed below:

a.      On March 28 and March 29, 2017, $100 then $47,000 were transferred from the checking account to the savings account.

b.      On March 30, April 14, and April 18, 2017, $23,000, then $16,000 then $8,100 were transferred from the savings account to the checking account.

c.      On May 24, 2017, $80,000 was transferred from the checking account to the savings account.

d.      On June 14, June 20, July 11, and July 14, 2017, $30,000, then $25,000, then $10,000, then $15,000, were transferred from the savings account to the checking account

e.      This left a $3.83 balance, which remained consistent until January 31, 2019, the last day of the production.

8.      Attached as Exhibit F is a spreadsheet summarizing the above-described bank activity.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 30th day of April, 2026, in Los Angeles, California

/s/ Davina T. Chen
Davina T. Chen

Supplemental Declaration of Counsel

**Table of Contents**

| Declaration of Counsel | |
| --- | --- |
| Exhibit E – March 28, 2017–January 31, 2019 | Paragraphs 5, 6, 7 |
| Exhibit F - Spreadsheet | Paragraph 8 |

Supplemental Declaration of Counsel